# EXHIBIT A

| | |
|---|---|
| **From:** | Jeffrey Chang ███████████████████ |
| **Sent:** | Tue, 7 Aug 2018 19:08:29 +0000 (UTC) |
| **To:** | Rick Stollmeyer ██████████████████████████ Monti Saroya ███████████ |
| **Subject:** | (Re)connecting: Rick, MindBody <> Monti, Vista |

Monti

I hope you're well. I was with Rick today, whom I know you have met previously, and we were chatting about his vision and the platform he is building. Really exciting stuff.

At any rate, I know you all have met before but thought a direct thread might be helpful to get you, Brian and Rick together some time in the future.

Nothing pressing, but thought it'd be helpful for you all to meet.

I've copied Rick here as well for his convenience.

I'll let you guys connect from here.

Best
Jeff

Jeff Chang
Qatalyst Partners
███████████████

CONFIDENTIAL

MB0002722