# EXHIBIT B

**From:**                      Rick Stollmeyer
**To:**                           Mike Mansbach
**TimeStamp:**    10/09/18 09:57:36 AM
**DateDelivered:** 10/09/18 09:57:39 AM

Good morning. Vista presentations are mind blowing / inspiring. Talk at 11:45?

CONFIDENTIAL
MB0022681