# EXHIBIT C

**From:**                    Rick Stollmeyer
**To:**                      Mike Mansbach
**TimeStamp:**    10/09/18 10:24:30 AM
**DateDelivered:** 10/09/18 10:24:35 AM

On top of it all. I actually like them. From Robert Smith on down. You would too

CONFIDENTIAL                                                              MB0022682