# EXHIBIT D

| | |
|---|---|
| **From:** | Brett White |
| **Sent:** | Thu, 18 Oct 2018 00:28:36 +0000 (UTC) |
| **To:** | Rick Stollmeyer ███████████████ Mike Mansbach |
| | ██████████████ Kimberly Lytikainen |
| **Subject:** | RE: Introductions - "References" |

Rick,

Thanks for the heads up.  My lips are sealed.

**From:** Rick Stollmeyer
**Sent:** Wednesday, October 17, 2018 4:02 PM
**To:** Brett White ██████████████ Mike Mansbach ██████████████ ; Kimberly
██████████████
**Subject:** Fwd: Introductions - "References"

Highly Confidential - For Your Eyes and Ears only.  Do not forward or discuss outside this group without my permission

Dear Mike, Brett and Kim,

Please see below.

This conversation is progressing rapidly.  I did in fact receive a direct expression of interest from Vista yesterday (via Monti Saroyan), although I have not conveyed that to Jeff Chang or anyone else.  Vista is very enthused about us, would pay a substantial premium to recent trading range and see the stock correction as opportunity.  They have no idea what we are about to report or guide

Monti specifically asked to execute an NDA.  I told Monti that we will pick the conversation up after Earnings.

My current opinion is that Jeff and Qatalyst would be our best choice to advise as a we explore the possibility of taking MB private in 2019.  David Handler and his team are not sufficiently focused, or really listening for that matter.

I currently believe a sale to PE or synergistic strategic may be our bet path forward to achieve our 3 Year Plan and ultimate vision.  This would not be an automatic "exit" for any of us or our principles. Rather, we would lean into an acquirer who sees our current capabilities, gets our huge potential, and has the resources to accelerate our results over the 3 year planning window, and expedite the full realization of what our Vision and Purpose.

\*\*I would not support the sale of MB at this time in any other circumstance\*\*

I plan to socialize this possibility to the Board Directors individually over the next week.  Please do not hint or otherwise discuss with them or anyone else until I have a chance do so and give you the green light.

...more to follow,

Woo Hoo!

CONFIDENTIAL

MB0030504

Rick

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc.

---

**From:** Jeffrey Chang ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, October 11, 2018 9:15 PM
**To:** Rick Stollmeyer
**Subject:** Introductions - "References"

Rick

It was great to connect today and I hope you found our discussion helpful. As follow-up, I have made two "generic" introductions to former clients of mine and Qatalyst's – I purposely did not refer to them as references. I thought it would be beneficial to introduce you to the former CEO of Callidus (Leslie Stretch) with whom I worked earlier this year in their sale to SAP as well as the CEO of Ping Identity (Andre Durand) who I advised on his sale to Vista in 2016. He continues to run Ping at Vista, so I thought that might serve a dual purpose. I also have a few other folks I am happy to introduce you to as well in the event you would like further "references". Please just let me know.

Lastly, with regard to our discussion re: Vista: please let me know if and when in the coming weeks/months they ask you for more information that is *not* in the public domain. At that point, I would strongly advise that we get together to discuss next steps because it is at that juncture they will use their ability to move quickly to their advantage. Happy to chat more about this, but it is very important to get the right "process" and messaging from the start to optimize for value. That is what we spend all our time doing and I am confident we can be of great assistance to you and the team.

Please do not hesitate to reach out with any questions – as I mentioned, I truly value the relationship you have allowed me to build with you and I am available to you 24/7.

Thanks and talk soon.

Best
Jeff

Jeff Chang
Qatalyst Partners

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CONFIDENTIAL

MB0030505