# EXHIBIT G

| | |
|---|---|
| **From:** | Rick Stollmeyer <rick.stollmeyer@mindbodyonline.com> |
| **Sent:** | Mon, 24 Dec 2018 14:32:01 +0000 (UTC) |
| **To:** | Mitchell Green[mitchell@leadedgecapital.com] |
| **Subject:** | Re: Congrats!!! |

Vista loves me and wants us to step on the gas.  No retirement in my headlights :)

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc.

---

**From:** Mitchell Green <mitchell@leadedgecapital.com>
**Sent:** Monday, December 24, 2018 6:28 AM
**To:** Rick Stollmeyer
**Subject:** Re: Congrats!!!

CAUTION: This email originated from outside of the organization.
You going to retire?  Or keep running it?  Let's meet up for a meal this winter in slo or sb!

Mitchell H. Green
Lead Edge Capital

West Coast Office
136 W Canon Perdido St, Suite 230
Santa Barbara, CA 93101

East Coast Office
405 Lexington Avenue, 32nd Fl
New York, NY 10174

Work: (212) 984-2329
Cell: (917) 583-3741
mitchell@leadedgecapital.com

On Dec 24, 2018, at 4:25 PM, Rick Stollmeyer <rick.stollmeyer@mindbodyonline.com> wrote:

Thank you Mitchell!

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc.

---

**From:** Mitchell Green <mitchell@leadedgecapital.com>
**Sent:** Monday, December 24, 2018 6:16 AM
**To:** Rick Stollmeyer
**Cc:** Nimay Mehta
**Subject:** Congrats!!!

CAUTION: This email originated from outside of the organization.

Just saw the news.

CONFIDENTIAL

MB0019570

Mitchell H. Green
Lead Edge Capital

West Coast Office
136 W Canon Perdido St, Suite 230
Santa Barbara, CA 93101

East Coast Office
405 Lexington Avenue, 32nd Fl
New York, NY 10174

Work: (212) 984-2329
Cell: (917) 583-3741
mitchell@leadedgecapital.com

CONFIDENTIAL

MB0019571