# EXHIBIT H

| | |
|---|---|
| **From:** | Kimberly Lytikainen <kimberly.lytikainen@mindbodyonline.com> |
| **Sent:** | Wed, 26 Dec 2018 22:42:14 +0000 (UTC) |
| **To:** | Graham Smith <grahamvsmith@gmail.com>; Gail Goodman<gail.goodman@gmail.com>; Eric Liaw <eliaw@ivp.com>; court cunningham<court.cunningham@gmail.com>; Blair Christie <k.blairchristie@gmail.com>; Cipora Herman <cipora@gmail.com>; Adam Miller <amiller@csod.com>; "Rick Stollmeyer" <rick.stollmeyer@mindbodyonline.com> |
| **Cc:** | "Jon Avina (javina@cooley.com)" <javina@cooley.com>; "Leigh, Jamie"<jleigh@cooley.com>; Douglas Johnston <douglas.johnston@mindbodyonline.com>; Brett White <brett.white@mindbodyonline.com> |
| **Subject:** | FW: Vandenberg - Go Shop Process |
| **Attachments:** | Project Vandenberg - Outreach.pdf |

Dear MINDBODY Board of Directors and Members of the Strategic Transactions Committee,

We hope everyone enjoyed a wonderful Christmas Day.  To keep you apprised of the latest developments, we are sharing the outreach plan described below and in the attached for the Go Shop Period we are now in.  Rick has agreed with this plan, and has suggested that we speak with Luxor as well.

Best regards,

Kimberly Lytikainen
*Chief Legal Officer, Corporate Secretary*
MINDBODY, Inc.
p. 805.550.9189



**From:** Nikhil Raheja <nikhil.raheja@qatalyst.com>
**Sent:** Tuesday, December 25, 2018 8:55 PM
**To:** Brett White <brett.white@mindbodyonline.com>; Rick Stollmeyer <rick.stollmeyer@mindbodyonline.com>; Kimberly Lytikainen <kimberly.lytikainen@mindbodyonline.com>; Leigh, Jamie <jleigh@cooley.com>; Lieberman, Anne E <alieberman@cooley.com>
**Cc:** Vandenberg <vandenberg@qatalyst.com>
**Subject:** RE: Vandenberg - Go Shop Process

CAUTION: This email originated from outside of the organization.
Hi Rick,

Merry Christmas and happy holidays!

IVP-002798

Wanted to follow-up on our outreach list attached and get your sign-off before we start contacting folks.
Best,
Nikhil

---

**From:** Brett White <brett.white@mindbodyonline.com>
**Sent:** Monday, December 24, 2018 8:17 AM
**To:** Nikhil Raheja <nikhil.raheja@qatalyst.com>; Rick Stollmeyer <rick.stollmeyer@mindbodyonline.com>; Kimberly Lytikainen <kimberly.lytikainen@mindbodyonline.com>; Leigh, Jamie <jleigh@cooley.com>; Lieberman, Anne E <alieberman@cooley.com>
**Cc:** Vandenberg <vandenberg@qatalyst.com>
**Subject:** RE: Vandenberg - Go Shop Process

Good for me...please wait for Rick's ok.

---

**From:** Nikhil Raheja <nikhil.raheja@qatalyst.com>
**Sent:** Monday, December 24, 2018 7:49 AM
**To:** Rick Stollmeyer <rick.stollmeyer@mindbodyonline.com>; Brett White <brett.white@mindbodyonline.com>; Kimberly Lytikainen <kimberly.lytikainen@mindbodyonline.com>; Leigh, Jamie <jleigh@cooley.com>; Lieberman, Anne E <alieberman@cooley.com>
**Cc:** Vandenberg <vandenberg@qatalyst.com>
**Subject:** Vandenberg - Go Shop Process

CAUTION: This email originated from outside of the organization.

Hi Rick, Brett, Kimberly, Cooley Team,

Congratulations on the deal announcement and hope you have a great holiday.

We wanted to get your sign-off on our proposed go-shop outreach (document attached) prior to us beginning to contact parties today.

Also, please see below a summary of the process as George outlined on the board call yesterday. Let us know if any questions.

--

**Go-Shop Process:**
1.   Qatalyst will reach out via email to the various strategic parties and financial sponsors listed in the attached
2.   Those that are interested will be asked to sign an NDA that matches the form executed by Vista and will be provided with a soft copy of the management presentation.
3.   After giving them an opportunity to review, Qatalyst will follow-up with them to assess their interest.
4.   Those that show real interest will be granted access to the initial limited data room (the one that all parties were granted access to prior to Vista's bid with some subtractions – we will work with Cooley to get this in place).
5.   If they continue to show real interest, they will be given the opportunity to meet with Management.
6.   On the basis of the initial data room and Management meeting, they would be asked to provide an indication of interest.
7.   Access to the full data room (including materials granted to Vista in the last 48 hours) would be reserved for confirmatory diligence.

Confidential                                                                 IVP-002799

Best,
Nikhil

_____

Nikhil Raheja
W: +1 415 844-7787
M: +1 415 891-1419
nikhil.raheja@qatalyst.com

Confidential

IVP-002800