# EXHIBIT I

**From:**     +18054414913 Rick Stollmeyer

**To:**     +14083982640 Brett White;rick@mindbodyonline.com Rick Stollmeyer

**TimeStamp:**     01/06/19 11:29:17 AM

**DateDelivered:** 01/06/19 11:29:17 AM

---

had a meaningful conversation with Hamish and Andy. They expressed a lot of support for you and me, and feel we are worth a lot more than $36,59. I expressed our appreciation for the relationship and pointed out the Go Shop, and connected them with Jeff. Expect they will execute an NDA and want a meeting. You have my green light to execute that and any other NDAs Jeff feels are productive.

CONFIDENTIAL     MB0022716