# EXHIBIT K

**From:**      Eric Liaw

**Sent:**      Thu, 24 Jan 2019 18:31:52 +0000 (UTC)

**To:**        Graham Smith[████████████████]; Brett White
               ████████████ Cipora Herman[████████████]

**Cc:**        Douglas Johnston[████████████████]; 'Jamie
               Leigh'[jleigh@cooley.com]

**Subject:**   RE: Audit Committee Call

---

| Redacted |
|---|

Redacted        I don't believe we're on the hook for a break-up fee.  Practically, I think the stock price would take a large hit (possibly as much as down to the unaffected price but probably not quite that far since the market is a little stronger than it was a month ago) because we've been so thorough in the process we've run as disclosed in the proxy / go shop process and there has been little competitive tension.  Vista could try and sweeten the deal to get more votes, but that doesn't seem likely either as they are also aware of the competitive landscape.

**From:** Graham Smith ◄████████████████►

**Sent:** Thursday, January 24, 2019 10:22 AM

**To:** Brett White ◄████████████████►; Cipora Herman ◄████████████►; Eric Liaw
◄████████►

**Cc:** Eric Steinbroner ◄████████████████; Sara Townsend
████████████ Douglas Johnston ████████████

**Subject:** RE: Audit Committee Call

What happens (hypothetically) if the vote fails on Feb 14th?
Just want to understand that first.

Best,
Graham
On Jan 24, 2019, 10:15 AM -0800, Eric Liaw ◄████████►, wrote:

I agree with this approach.  Given the agitation from Luxor, who may use this information to attempt to bolster their position, are we under any obligation to / should we reconfirm that our budget for '19 (which is more material to future value) is unchanged from the proxy statement?

Re: 2/6, morning is better for me.

**From:** Brett White ████████████████

**Sent:** Thursday, January 24, 2019 9:25 AM

**To:** Eric Liaw ◄████████ Graham Smith ◄████████████►; Cipora Herman ████████████

**Cc:** Eric Steinbroner ◄████████████; Sara Townsend
████████████; Douglas Johnston ◄████████████████►

**Subject:** Audit Committee Call

Audit Committee,

We are currently planning to hold our shareholder vote on Feb 14th.  Since our Q4'18 revenue exceeded consensus pretty meaningfully ($68.3m actual vs $66m consensus) we think the right think to do is to publicly release this information via 8K no later than Feb 7th so the shareholders have the information before they vote.

We are assuming that you would like to review the information before it is released so we are proposing to send you the standard audit committee package and then have a quick call on Feb 6th to afford you the opportunity to ask any questions that you may have and also have the auditors provide an audit status update (they _will not_ be finished with their testing at that point).

Questions:

CONFIDENTIAL

LIAW_00001677

1. Do you agree with this approach?

2. What is your availability for a call on Feb 6th?

Thanks in advance!

Brett

**Brett White**
*Chief Operating Officer &*
*Chief Financial Officer*

███████████

**MINDBODY, Inc.**
4051 Broad Street, Suite 220
San Luis Obispo, CA 93401
E: ██████████████



CONFIDENTIAL

LIAW_00001678