**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE MINDBODY, INC. SECURITIES
LITIGATION

Index No. 1:19-cv-08331-VEC

**DECLARATION OF JOHN DEL MONACO**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, John Del Monaco, declare pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm Kirkland & Ellis LLP, attorneys for Defendants MINDBODY, Inc. ("Mindbody"), Richard L. Stollmeyer and Brett White. This Declaration accompanies the Memorandum of Law in Support of Defendants' Motion to Dismiss.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Mindbody Schedule 14A Definitive Proxy Statement, filed with the United States Securities and Exchange Commission ("SEC") on the Electronic Data Gathering, Analysis, and Retrieval System ("EDGAR") on January 23, 2019, available at https://www.sec.gov/Archives/edgar/data/1458962/000119312519014341/d681305ddefm14a.htm.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the transcript of Mindbody's First Quarter 2018 Earnings Conference Call, which took place on May 8, 2018, and is available through S&P Global Market Intelligence (with subscription), which is quoted in paragraphs 3 & 62-64 of the Amended Class Action Complaint, filed by Plaintiffs in the above-captioned action on December 20, 2019, at Dkt. No. 22 (the "AC").

4.      Attached hereto as Exhibit 3 is a true and correct copy of a company note, dated May 9, 2018, issued by Jefferies and titled "Q1: 2018 an Investment Year; Training for Triathlon," which is quoted in paragraph 65 of the AC.

5.      Attached hereto as Exhibit 4 is a true and correct copy of the transcript of Mindbody's Second Quarter 2018 Earnings Conference Call, which took place on July 31, 2018, and is available through S&P Global Market Intelligence (with subscription), which is quoted in paragraphs 4 & 66-72 of the AC.

6.      Attached hereto as Exhibit 5 is a true and correct copy of a research note, dated July 31, 2018, issued by J.P. Morgan and titled "2018: Quarter Revenue Up, Full Year Guidance Down," which is quoted in paragraph 73 of the AC.

7.      Attached hereto as Exhibit 6 is a true and correct copy of a company note, dated July 31, 2018, issued by Jefferies and titled "Q2: Still Getting in Shape," which is quoted in paragraph 73 of the AC.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the transcript for Mindbody's Analyst/Investor Day Conference Call, which took place on September 18, 2018, and is available through S&P Global Market Intelligence (with subscription), which is quoted in paragraphs 4, 74-77, & 80-83 of the AC.

9.      Attached hereto as Exhibit 8 is a true and correct copy of a research note, dated September 18, 2018, issued by J.P. Morgan and titled "Analyst Day 2018: Growing With the Right Business," which is quoted in paragraph 84 of the AC.

10.      Attached hereto as Exhibit 9 is a true and correct copy of a company note, dated September 19, 2018, issued by Jefferies and titled "Analyst Day Recap: Seeing Progress on a Long Journey," which is quoted in paragraph 84 of the AC.

11.     Attached hereto as Exhibit 10 is a true and correct copy of the Mindbody Form 10-K for the fiscal year ending December 31, 2017, filed with the SEC on EDGAR on March 1, 2018, available at https://www.sec.gov/Archives/edgar/data/1458962/000145896218000003/0001458962-18-000003-index.htm.

12.     Attached hereto as Exhibit 11 is a true and correct copy of the Mindbody Form 8-K, filed with the SEC on EDGAR on February 21, 2018, which includes as Exhibit 99.1 a press release issued by Mindbody on February 21, 2018 titled "MINDBODY Reports Fourth Quarter and Full Year 2017 Financial Results," available at https://www.sec.gov/Archives/edgar/data/1458962/000145896218000002/0001458962-18-000002-index.htm.

13.     Attached hereto as Exhibit 12 is a true and correct copy of the Charter of the Audit Committee of the Board of Directors of Mindbody, Inc., as amended on April 25, 2017, which was publicly available on Mindbody's Investor Website, https://investors.mindbodyonline.com, during the entirety of the relevant time period.  (*See* Ex. 10 at 13; Ex. 13 at 12.)

14.     Attached hereto as Exhibit 13 is a true and correct copy of the Mindbody Schedule 14A Definitive Proxy Statement, filed with the SEC on EDGAR on April 5, 2018, available at https://www.sec.gov/Archives/edgar/data/1458962/000117494718000566/c489649_def14a.htm.

15.     Attached hereto as Exhibit 14 is a true and correct copy of the Mindbody Form 8-K, filed with the SEC on EDGAR on November 6, 2018, which includes as Exhibit 99.1 a press release issued by Mindbody on November 6, 2018 titled "MINDBODY Reports Third Quarter 2018 Financial Results," available at https://www.sec.gov/Archives/edgar/data/1458962/000117184318007647/0001171843-18-007647-index.htm.

16.    Attached hereto as Exhibit 15 is a true and correct copy of a company note, dated November 7, 2018, issued by Jefferies and titled "Q3: Out of Shape, Time to Hit the Gym," which is quoted in paragraph 111 of the AC.

17.    Attached hereto as Exhibit 16 is a true and correct copy of the Mindbody Schedule 14A Definitive Additional Materials, filed with the SEC on EDGAR on February 7, 2019, available at https://www.sec.gov/Archives/edgar/data/1458962/000119312519029869/d625421ddefa14a.htm.

18.    Attached hereto as Exhibit 17 is a true and correct copy of the Mindbody Schedule 14A Preliminary Proxy Statement, filed with the SEC on EDGAR on January 9, 2019, available at https://www.sec.gov/Archives/edgar/data/1458962/000119312519005308/d681305dprem14a.htm.

19.    Attached hereto as Exhibit 18 is a true and correct copy of the Mindbody Form 8-K, filed with the SEC on EDGAR on January 29, 2019, available at https://www.sec.gov/Archives/edgar/data/1458962/000119312519021092/0001193125-19-021092-index.htm.

20.    Attached hereto as Exhibit 19 is a true and correct copy of the Mindbody Schedule 14A Definitive Additional Materials, filed with the SEC on EDGAR on January 29, 2019, available at https://www.sec.gov/Archives/edgar/data/1458962/000119312519020876/d674770ddefa14a.htm.

21.    Attached hereto as Exhibit 20 is a true and correct copy of the Mindbody Form 8-K/A, filed with the SEC on EDGAR on February 21, 2019, available at https://www.sec.gov/Archives/edgar/data/1458962/000119312519046941/d712104d8ka.htm.

22.    Attached hereto as Exhibit 21 is a true and correct copy of a Schedule 13D, filed with respect to Mindbody by Luxor Capital Partners LP ("Luxor") and various entities owned by

4

or affiliated with Luxor, which was filed with the SEC on EDGAR on January 11, 2019, available at https://www.sec.gov/Archives/edgar/data/1458962/000101359419000046/0001013594-19-000046-index.htm.

23.     Attached hereto as Exhibit 22 is a true and correct copy of the transcript of Mindbody's Third Quarter 2018 Earnings Conference Call, which took place on November 6, 2018, and is available through S&P Global Market Intelligence (with subscription).

24.     Attached hereto as Exhibit 23 is a compilation of historic stock price information for Mindbody for the period from September 1, 2018 through December 31, 2018, inclusive.  The information contained in the compilation is published by Macrotrends on its website, and is available at https://www.macrotrends.net/stocks/charts/MB//stock-price-history.  The charts were modified for formatting and readability reasons but are otherwise and in all substantive respects true and correct copies of the information available at the webpage.

25.     Attached hereto as Exhibit 24 is a true and correct copy of the Mindbody Schedule 14A Definitive Additional Materials, filed with the SEC on EDGAR on December 26, 2018, available        at        https://www.sec.gov/Archives/edgar/data/1458962/000119312518357283/d679527ddefa14a.htm.

26.     Attached hereto as Exhibit 25 is a true and correct copy of the Mindbody Schedule 14A Definitive Additional Materials, filed with the SEC on EDGAR on January 2, 2019, available at                https://www.sec.gov/Archives/edgar/data/1458962/000119312519000618/d682234ddefa14a.htm.

27.     Attached hereto as Exhibit 26 is a true and correct copy of the Agenda to the IVP Partners Meeting that took place on August 6, 2018, as well as the exhibits thereto, produced in the matter captioned *Luxor Capital Partners, LP v. Mindbody, Inc.*, C.A. No. 2019-0070-KSJM

(Del. Ch.) (the "Luxor Action") and bearing Bates numbers MB0003147 - MB0003185, which is quoted in paragraphs 13 & 292 of the AC.

28.     Attached hereto as Exhibit 27 is a true and correct copy of an email chain spanning October 28, 2018 to October 30, 2018, produced in the Luxor Action and bearing Bates numbers MB0003295 - MB0003296, which is quoted in paragraphs 10, 20, 101-02, 130, 267, 300, & 312 of the AC.

29.     Attached hereto as Exhibit 28 is a true and correct copy of an email chain spanning November 27, 2018 to November 29, 2018, produced in the Luxor Action and bearing Bates numbers MB0017602 - MB0017605, which is quoted in paragraphs 10, 91, & 267 of the AC.

30.     Attached hereto as Exhibit 29 is a true and correct copy of an email dated October 10, 2018, produced in the matter captioned *Phillip Ryan, Jr., et al. v. MINDBODY, Inc. et al.*, C.A. No. 2019-0061-KSJM (Del. Ch.) (the "Ryan Action")[1] and bearing Bates number VISTA_MB_00028608, which is quoted in paragraphs 92 & 268 of the AC.

31.     Attached hereto as Exhibit 30 is a true and correct copy of an email dated October 17, 2018, produced in the Luxor Action and bearing Bates number MB0007178, which is quoted in paragraphs 21, 115, & 299 of the AC.

32.     Attached hereto as Exhibit 31 is a true and correct copy of an email chain spanning October 15, 2018 to October 19, 2018 attaching a draft of Mindbody's Three Year Plan (2019-2021), produced in the Luxor Action and bearing Bates numbers MB0010588 - MB0010594, which is quoted in paragraphs 21 & 116 of the AC.

---

[1]   Subsequent to the production of all documents attached hereto as exhibits from the Luxor and Ryan Actions, those matters were consolidated into a single matter captioned *In re Mindbody , Inc., Securities Litigation*, Consolidatd C.A. No. 2019-0442-KSJM.

6

33.     Attached hereto as Exhibit 32 are true and correct copies of a text message chain dated November 6, 2018, produced in the Luxor Action and bearing Bates numbers MB0022641 - MB0022642, which is quoted in paragraphs 17 & 118 of the AC.

34.     Attached hereto as Exhibit 33 is a true and correct copy of a draft presentation and materials for discussion prepared by Qatalyst Partners, dated November 14, 2018, produced in the Luxor Action and bearing Bates numbers MB0022784 - MB0022847, which is quoted in paragraphs 25 & 140 of the AC.

35.     Attached hereto as Exhibit 34 is a true and correct copy of the Mindbody Form 10-Q for the quarterly period ending September 30, 2018, filed with the SEC on EDGAR on November 8, 2018, available at https://www.sec.gov/Archives/edgar/data/1458962/ 000145896218000009/0001458962-18-000009-index.htm.

Dated: February 18, 2020

John Del Monaco
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800