# EXHIBIT 2

**S&P Global**
Market Intelligence

# MINDBODY, Inc.
# FQ1 2018 Earnings Call Transcripts
## Tuesday, May 08, 2018 8:30 PM GMT
### S&P Global Market Intelligence Estimates

|  | -FQ1 2018- | | | -FQ2 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.04 | 0.06 | ▲50.00 | 0.04 | 0.23 | 0.52 |
| **Revenue (mm)** | 53.84 | 53.82 | ▼(0.04 %) | 63.34 | 255.25 | 325.44 |

Currency: USD
Consensus as of  Apr-30-2018 12:02 PM GMT



- EPS NORMALIZED -

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2017** | (0.05) | (0.01) | NM |
| **FQ3 2017** | (0.04) | 0.01 | NM |
| **FQ4 2017** | 0.01 | 0.03 | ▲1 200.00 % |
| **FQ1 2018** | 0.04 | 0.06 | ▲2 50.00 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

**Call Participants** ............................................................................... **3**

**Presentation** ...................................................................................... **4**

**Question and Answer** ....................................................................... **8**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Brett T. White**
*CFO & COO*

**Nicole Gunderson**

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

**ANALYSTS**

**Alexander Hu**
*Crédit Suisse AG, Research Division*

**Alyssa Danielle Johnson**
*KeyBanc Capital Markets Inc., Research Division*

**Brent John Thill**
*Jefferies LLC, Research Division*

**Dillon Griffin Heslin**
*Roth Capital Partners, LLC, Research Division*

**George Arthur Kelly**
*Imperial Capital, LLC, Research Division*

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

**Hannah Rudoff**

**Jennifer Alexandra Swanson Lowe**
*UBS Investment Bank, Research Division*

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon, ladies and gentlemen, and welcome to the MINDBODY Q1 2018 Earnings Conference Call. [Operator Instructions] As a reminder, this conference call is being recorded.

I would now like to turn the conference over to your host, Ms. Nicole Gunderson, Investor Relations. Please go ahead.

**Nicole Gunderson**

Good afternoon, everyone. Welcome to MINDBODY's First Quarter 2018 Earnings Conference Call. Joining me on the call today are Rick Stollmeyer, MINDBODY's Chief Executive Officer; and Brett White, Chief Financial Officer and Chief Operating Officer.

MINDBODY's press release was released after the market closed today and was furnished to the SEC on Form 8-K. You can access the press release and related investor materials, including non-GAAP reconciliations, on the MINDBODY Investor Relations website.

Our presentation of non-GAAP results excludes the impact of amortization of acquired intangible assets; acquisition-related expenses, including transaction expenses; the partial release of the valuation allowance due to acquisitions; and stock-based compensation expense.

Today's call is being recorded, and a replay will be made available at investors.mindbodyonline.com. In addition, MINDBODY posts supplemental materials to this website, and we encourage investors to check there.

Our remarks today will include forward-looking statements, including, among others, statements relating to our expectations for our recent acquisitions, our go-to-market strategy, investments in our combined business and projected financial results for Q2 2018 and full year 2018. These statements involve a number of risks and uncertainties that could cause actual results to differ materially. For more information, please refer to today's press release and the risk factors in our annual report on Form 10-K and subsequent quarterly reports on Form 10-Q. These forward-looking statements are based on assumptions as of today, and we undertake no obligation to update them as a result of new information or future events.

And with that, I'll turn the call over to Rick.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Thanks, Nicole, and welcome to everyone joining us on our first quarter 2018 earnings call. We had a successful start to the year with 28% year-over-year revenue growth, a 46% increase in consumer app bookings and our 10th consecutive quarter of improving bottom line. We also completed 2 pivotal acquisitions that add 3 exciting product lines, nearly 200 talented team members and a substantial new customer base to our platform.

Booker is a leading brand in cloud-based salon and spa management software. Serving more than 10,000 high-value salons and spas, we generated more than $3 billion in GMV and $1.4 billion in integrated payments in 2017. Immediately following our Booker acquisition on April 2, we were serving more than 66,000 high-value subscribers at an ARPS of approximately $283 per month. Booker's products are purpose-built for salons and spas, and they will form the cornerstone of our growth strategy in employment-based businesses moving forward. In the months ahead, Booker's New York-based development team will continue to advance that product while adding international payments capability. Meanwhile, our consumer team will be integrating their large inventory of available salon and spa appointments into the MINDBODY app.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

With our acquisition of Booker, we also acquired our fastest-growing platform partner, Frederick, found at the URL, hirefrederick.com. Frederick's AI-powered technology is deeply integrated into Booker, and the combination creates the most powerful automated marketing capability we have seen for appointment-based businesses. In the months ahead, our combined development team will deeply integrate Frederick into MINDBODY and add powerful new marketing capabilities optimized for class-based businesses.

Our acquisition of FitMetrix, URL fitmetrix.io, brings a suite of cloud technologies that enable any group exercise business to deliver cutting-edge immersive workouts. By combining the outputs of wearable heart rate monitors with spin bikes, treadmills and rowers, FitMetrix enables studios to give their clients compelling real-time leaderboards and read historical results into branded mobile apps. FitMetrix technology is all about making group exercise more fun and motivating, and it's no surprise that FitMetrix-enabled studios enjoy substantially better revenue and unit economics than non-FitMetrix-enabled studios. FitMetrix technology is so compelling that many traditional, large health clubs, YMCAs and JCCs are beginning to adopt it as well. These classic membership-based clubs represent a new market for MINDBODY, and we believe they -- their incorporation of fee-based classes will make group exercise more accessible for tens of millions of people who may not otherwise have access to boutique fitness experiences. In the months ahead, our lab-based FitMetrix team will continue to advance their product suite and accelerate their sales into both boutique studios and club-based fitness businesses.

Collectively, the Booker and FitMetrix acquisitions add substantial capabilities to our platform. And to best leverage those capabilities, while expanding our leadership around the globe, we are aligning MINDBODY into 3 vertically focused go-to-market teams: beauty and wellness, fitness and consumer. Our beauty and wellness team will be staffed with our best product and market experts from Booker and MINDBODY, and their intention is to grow our salon, spa and integrative health business. Booker Software and MINDBODY software each offer distinct advantages to certain appointment-based businesses depending on the individual needs of business owners and the nature of the services they offer. By now being able to offer both MINDBODY and Booker solutions, our beauty and wellness team will be able to better optimize product-market fit and thereby accelerate our growth in this very important market. Our fitness team meanwhile will be staffed with our best product and market experts from MINDBODY and FitMetrix. Their focus will be to expand our clear leadership in boutique fitness studios by opening up new channels of growth in health clubs, gyms, YMCAs and JCCs. Our consumer team will tie it all together by combining Booker and FitMetrix inventory with the more than 5 million available classes and appointments already found on the MINDBODY platform. The overarching purpose of these acquisitions is to accelerate the growth of our marketplace of wellness, engage more consumers and connect the world to wellness.

In Q1, nearly 45 million classes and appointments were booked directly by consumers via the MINDBODY apps, and adoption of dynamic pricing increased substantially. We now have nearly 3,000 U.S. fitness studios opted into dynamic pricing, and our early-adopter customers are finding this methodology to be an effective marketing tool. Here are 2 data points we find particularly compelling. 29% of consumer purchases since our Q4 launch of dynamic pricing have been to businesses that they had never visited before, and more than half of those went on to make subsequent purchases from the same business. That's really exciting to the business owners that we serve. And all in all, our promoted sales of introductory offers and dynamically priced classes increased 177% year-over-year in the first quarter.

Most recently, we are pleased to announce the full commercial release of the new MINDBODY app, which is designed to increase consumer discovery and engagement as well as our new partnership with Instagram. Our customers with Instagram profiles will now be able to add reserve and book buttons directly to their profiles. We expect this integration to release before the end of Q2, providing a compelling new way for wellness businesses to engage with their followers and customers. All of the above is incredibly exciting for our business as it represents a big leap forward in the growth and evolution of our marketplace.

In closing, I want to thank the MINDBODY team for the exceptional effort you have put forth to achieve the close of these amazing 2 acquisitions and that you are now putting forth to successfully integrate and accelerate Booker and FitMetrix under the MINDBODY platform. You're doing this while continuing to give unparalleled service to our customers, continuing to advance our products and continuing to grow our marketplace of wellness. I want to thank our customers as well who booked those 172 million wellness

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

sessions worldwide in the first quarter. You're helping tens of millions of people lead healthier, happier lives. You are our why. You are the reason that MINDBODY exists.

And with that, I'll turn the call over to our Chief Operating Officer and Chief Financial Officer, Brett White.

**Brett T. White**
*CFO & COO*

Thanks, Rick. Please note that our first quarter results do not include the impact of the acquisition of Booker as the transaction closed on April 2, 2018. In the first quarter, total revenue grew 28% year-over-year to $53.8 million. Subscription and services revenue increased 31% year-over-year to $32.7 million. Payments revenue increased 21% year-over-year to $20.2 million. Our payments take rate of approximately 90 basis points was consistent with last quarter and in line with our expectations. Product and other revenue increased 67% year-over-year to approximately $850,000. For the first quarter of 2018, 80% of revenue was from the U.S. and 20% was international.

For the remainder of my commentary, unless otherwise noted, I will discuss non-GAAP results. A reconciliation to the corresponding GAAP results can be found on our website at investors.mindbodyonline.com.

In the first quarter, we delivered gross margin of 72.9%, a 30 basis point improvement from the first quarter of 2017 and in line with our expectations. Sales and marketing expense was $16.8 million or 31% of revenue compared to $15.8 million or 37% of revenue in the first quarter of 2017. R&D expense was $10.5 million or 19% of revenue compared to $8 million or 19% of revenue in the first quarter last year. G&A expense was $9.4 million or 17% of revenue compared to $7.5 million or 18% of revenue in the first quarter of 2017.

In the first quarter, non-GAAP net income was approximately $2.9 million or 5% of revenue, a $4.1 million improvement from a loss of $1.2 million or 3% of revenue in the first quarter of last year. Adjusted EBITDA was $4.6 million or 9% of revenue, a $3.5 million improvement from $1.1 million or 3% of revenue in the first quarter of 2017. Non-GAAP EPS was positive $0.06 per share compared to a loss of $0.03 per share in the first quarter of last year. Diluted weighted average shares outstanding for the quarter was approximately 49.6 million shares.

In the first quarter, we generated positive cash flow from operations and used $3 million for capital expenditures and internally developed software. As of the end of the first quarter, cash and cash equivalents was approximately $218 million, and we have no debt.

Turning to our first quarter key metrics. We ended the quarter with total subscribers of 57,909 with high-value subscribers growing 3% year-over-year to 55,780 and Solo subscribers declining 64% year-over-year to 2,129. The positive shift in our subscriber mix contributes -- combined with our success in delivering additional value to our customers, continues to positively impact ARPS, which was approximately $302 in Q1, representing 31% growth year-over-year, consistent with last quarter's record growth rate. Payments volume increased 20% year-over-year to approximately $2.2 billion. Our average dollar-based net expansion rate for the quarter was 106% compared to 108% a year ago.

Turning to guidance. On April 2, we acquired Booker for $150 million in cash and the assumption of unvested option awards, and we brought on board approximately 180 new employees. Though they have outstanding products, Booker as a stand-alone business was capital-constrained, not yet profitable and growing at a slower rate than MINDBODY. For the balance of 2018, we will be investing in Booker's products, technology and team and accelerate our growth in salons, spas and integrative health centers. This will position our new combined business for long-term growth and a return to profitability in 2019.

As Rick outlined in his remarks, we are aligning our go-to-market efforts with several teams focused on beauty and wellness, fitness and consumer opportunities. Booker's brands and product lines will be important components of our growth strategy moving forward when Booker as a reportable business unit no longer exists. We will therefore guide and report as a combined entity moving forward.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The following Q2 and updated full 2018 guidance includes the expected contribution from the Booker acquisition as well as the substantial investments we plan to make. For the second quarter of 2018, we expect revenue to be in the range of $59.5 million to $61.5 million or 35% to 39% growth over the second quarter of last year. We expect non-GAAP net loss to be in the range of $4.5 million to $3 million and weighted average shares outstanding for the quarter of approximately 47.6 million. For the full year of 2018, we expect revenue to be in the range of $246 million to $252 million or approximately 35% to 38% growth in 2018. For the full year of 2018, we expect non-GAAP net loss to be in the range of $10 million to $6 million and weighted average shares outstanding for the full year of approximately 47.8 million shares. We intend to return to profitability in 2019.

With that, I'll open the call for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from the line of Sterling Auty from JPMorgan.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Yes. Just a couple from my side. First, FitMetrix, what was the contribution to the quarter?

**Brett T. White**
*CFO & COO*

Yes. It's not a big number. It's not material.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Okay. So not material to top line or bottom line?

**Brett T. White**
*CFO & COO*

No.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Okay. And then looking at the -- you made some pricing changes coming into the year, looking at just kind of where you finished the subscriber count. How do you feel in terms of the receptivity to what you've seen in the marketplace from this round of pricing changes and kind of where it positions you to grow going forward?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes. We think that this round of pricing changes actually has really hit a sweet spot. We position ourselves as a higher-end product, attracting the higher-quality businesses. As you know, the lowest end of our price point is $125 a month. That's still a de minimis amount of money for the kind of businesses that we are targeting. And the highest price point, including the branded app, which is really a highly capable functionality that's unparalleled in our industry, is now $395. And so we're seeing greater adoption of the higher price points than ever before, and we're seeing receptivity to what we have. So we're pleased with the outcome.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Okay. And then just one other -- looking at the guidance, can -- just want to make sure we understand how Booker gets layered in. Can you give us a sense of -- is all the change on the bottom line just the investment for Booker? Or is there anything happening here organically embedded in the guidance? Or is all the change really the contribution of Booker for both top line and bottom line?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes. What we're doing is we're significantly investing both in Booker and FitMetrix to set the stage for a much greater growth to come, and the integration of these businesses is a nontrivial matter. And so we're layering in the significant OpEx to get that done quickly so that we can exit 2018 with a truly unified and aligned business, capable of returning to profitability and growing strongly for years to come.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Okay. But in terms of what was -- I missed if you said it in the prepared remarks. But how much of the -- what are we looking for revenue contribution from Booker specifically? And maybe how much of that investment -- is all the change in the non-GAAP net income just from the acquisition?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

So as I've mentioned in my remarks, Booker as an entity or as a business unit no longer exists. We've already blended Booker revenue streams and MINDBODY revenue streams. We're creating a beauty and wellness team that will sell both Booker and MINDBODY. As you know, the acquisition of Booker also brought in Frederick, which is a suite of advanced marketing capabilities that we'll sell into all the verticals we have. So you really can't pull apart what's Booker revenue and what's MINDBODY revenue. Again, the intention -- yes. I'll stop there.

**Brett T. White**
*CFO & COO*

And Sterling, just a reminder, FitMetrix, we acquired in mid-February. Prior to that, they were a technology partner, so we were receiving a rev share up to that point. So the shift moving -- to be fully owned halfway through the quarter doesn't have a big impact on the quarter.

**Operator**

Your next question comes from the line of Jennifer Lowe from UBS.

**Jennifer Alexandra Swanson Lowe**
*UBS Investment Bank, Research Division*

Great. Maybe 2 questions for me. First, I just wanted to drill in on the alignment around the 3 different customer segments. Could you give us a little detail on how deep that goes? Is that purely a go-to-market sales function? Or are you seeing sort of bifurcation in the R&D department as well? How would you sort of characterize what groups are and are not impacted by that alignment?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Jen, well, actually, our go-to-market is led by product. And so, first and foremost, this alignment is around the B2B products themselves. So the bulk of our R&D and advancement in product or beauty and wellness will be on the Booker platform. The bulk of that team is in New York, in the Booker offices there, which we'll be expanding that capability there as well as with the people that are in San Luis Obispo and other offices. And on the fitness side of the house, our lead product, of course, is MINDBODY. And MINDBODY is already a global leader. They're going to benefit by added focus and being able to really a laser-like focus on the things that boutique fitness studios need to succeed and further expand our leadership in that market. And then the go-to-market, the marketing, the sales, the onboarding and the support will be people that have the channel expertise in that space. It's one of the big wins of the Booker acquisition is they really have unparalleled expertise in spas and salons, and so it's great to have them on the team. And of course, there's nobody in the world that knows more about fitness studios than we do.

**Jennifer Alexandra Swanson Lowe**
*UBS Investment Bank, Research Division*

And given that you have some products that share common characteristics across those end markets, things like payments, how are -- are there sort of mechanisms in place to ensure harmonization on those product areas where there is potentially a benefit from shared efforts across all 3 of those segments?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. I mean, our desire is going to want to be to consolidate our back-end payments partnerships to being those that are the most beneficial to our customers and to our business, and we can do that behind the scenes. It's not something that our customers are necessarily cognizant of. Our back-end payment partnerships, we can have multiple partnerships in multiple countries as we do right now. So both Booker and MINDBODY currently have multiple back-end partners, and you can expect us to be consolidating our partnerships in the future. And that will have multiple benefits to the business.

**Jennifer Alexandra Swanson Lowe**
*UBS Investment Bank, Research Division*

Okay. And then just one last one for me, and not to beat a dead horse but just following up on Sterling's questions. I think you had mentioned at the time the Booker deal was announced that the business was doing around $25 million of revenue. And if I look at the midpoint of guidance, it moves about $13 million higher for the year. Obviously, the deal closes midyear, and there's going to be some purchase accounting in there. But if we sort of run that math, I guess, a, do you have a sense of how we sort of reconcile the $25 million of total revenue that you bought relative to the $13 million of increase in the midpoint of full year guidance? And b, to the extent that there is some non -- or there are some purchase accounting impacts on the revenue side, how material is that to the extent that, that feathers back into the model next year?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Well, I'll speak a bit high level on it, and Brett can maybe dig in a little more detail on that. So Booker, historically, has not just served salons and spas. They have a number of customers historically who would not be in our target markets and are not businesses that we want to continue to serve moving forward. So we are focused on the 10,000 salons and spas on the Booker platform. That's the majority of their revenue last year but not all of their revenue. And as you guys know who've been watching us, we're really choosing about the customers that we're going to focus on because we are most interested in those customers that will contribute a material amount of transaction-enabled inventory, that's available classes and appointments, under the MINDBODY apps and the MINDBODY Network. So that and the fact that it's a big acquisition, and there's always uncertainty in the early days of a new acquisition. And we want to be careful in how we forecast the future right now, and that's also factored into some of our guidance there. So Brett, you want to add to that?

**Brett T. White**
*CFO & COO*

Yes. I mean, just other than the obvious, we're -- they're only going to be on board for 3 quarters. The $25 million -- so last quarter, they did just over $6 million in what I would call revenue that we want to grow. They had some kind of onetime revenue and some business lines that they got out of. So we're going to focus on growing their subscription revenue and their payments revenue, and that's -- and then kind of on top of how Rick talked about, merging the business units and how that affects overall growth. But those are the main pieces.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

I want to focus on something here. You realize that we -- I think our investors should note that we spent about 9% of our enterprise value for Booker at the moment of close, and we picked up about a 30% pop in GMV. GMV matters because that represents the value of the businesses that are on that platform. And the one thing that we see is that we're going to have the ability to deepen relationships with those businesses and deliver value and reap additional economics in a way that Booker, by themselves, could not. But that's going to take some time. It's going to take a few quarters for us to pick up that momentum and increase those unit economics.

**Brett T. White**
*CFO & COO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. And then the other kind of nuance I would mention is that Booker -- as we mentioned, Booker owned a product called Frederick. Frederick was a technology partner of ours on which we received a rev share, and that business was growing very, very strongly. So when we originally gave our guidance, we had our Frederick revenue share in our guidance, which, of course, now we can't double count, right? So that piece goes away.

**Operator**

Your next question comes from the line of Brent Bracelin from KeyBanc Capital Markets.

**Alyssa Danielle Johnson**
*KeyBanc Capital Markets Inc., Research Division*

This is Alyssa on for Brent. Kind of dialing into Booker again. I was hoping you can maybe talk about anything kind of on the payments versus subscription kind of mix side of their business and any kind of strategies you have for kind of increasing the attach rate on that. I think you mentioned before that, that was a little bit lower than kind of your corporate average.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Absolutely, Alyssa. Well, nice to meet you. And I'll tell you that you kind of picked up on the important point, and that is that there is enormous opportunity to increase payments attach as well as payments margin on the Booker platform, and it's one of the features that we liked about this acquisition. Less than half of Booker's GMV is currently going through their payments gateways. And at MINDBODY, we're averaging significantly higher than -- like in the U.S., we're closer to 90%. And so we expect to apply similar methodologies to increase payments attach rate, which is a benefit to the customers, enables us to make their bookings transaction enabled on our platform, and of course, will increase the revenue as well.

**Alyssa Danielle Johnson**
*KeyBanc Capital Markets Inc., Research Division*

Okay, makes sense. And then on the consumer side with your new mobile app as well as your new consumer-facing website, I was hoping you could give us a little bit of color on kind of what your aspiration is there, specifically on kind of a consumer-facing relationship.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

You mean with regards to Booker specifically?

**Alyssa Danielle Johnson**
*KeyBanc Capital Markets Inc., Research Division*

Less so. More broadly kind of with your -- kind of -- yes, kind of overall consumer strategy.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes. Well, the MINDBODY app is just -- sure. So our consumer strategy, the jewel in the crown is the MINDBODY app itself. As we mentioned, it's a brand-new app that just released in the last few weeks. We really encourage everyone to download it and take a look at it. You're going to see how much more compelling it is, how much more it engages people to try new things, to both more easily book with the businesses they've already been to in the past, their favorites, but also to discover new things. And as I mentioned in my remarks, we're seeing increased discovery already just -- first of all, from dynamic pricing. And then secondly, we're already starting to see increased attach rate of discovery in the new app. So we expect that to continue to increase. We also, as I mentioned in a previous call, are going to be releasing a web version of the MINDBODY app in the next quarter or so, and we have some other exciting things coming. The integration with Instagram is kind of cool. It's yet another way for these businesses to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

engage with their followers. It's all about getting consumers back in the door of those businesses to get them attending to their health and wellness even better.

**Operator**

Your next question comes from the line of George Sutton from Craig-Hallum.

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

I just want to clarify a couple of things. The -- you mentioned Booker will create the ability for you to go after appointment-based opportunities, which sounded broader than just salon and spa. But then you mentioned that you were not going to be taking on other types of Booker customers, so I want to make sure I understand that strategy.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Sure, George. So we are singularly focused on appointment-based businesses that are part of the wellness and beauty ecosystem, so those are salons and spas and integrative health centers we've talked about in the past. And depending on the specific nature of those businesses, on the needs of the business owners themselves, whether they're parts of franchises or independently owned and operated, it may be better for them to adopt MINDBODY or to adopt Booker. What Booker really does is fill in the holes of our capability and give us a complete, combined solution for appointment-based businesses that are in the beauty and wellness industries.

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

Understand. Okay. I'm curious, are you happy internally with the 3% growth in the high-value subscribers? Or what are you targeting? What have you been targeting for growth there?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Well, the high-value subscriber growth rate has been impeded and has received a headwind because there's been a boiling off of businesses that on MINDBODY weren't in our target markets. And the one thing we actually have in common with Booker is that both of our platforms got adopted in prior years by businesses that aren't in our target markets. And so even though the high-value subscribers, that really slow growth rate year-on-year, 3%, beneath that are much better trues. We look at, first of all, target market. And that's specifically boutique fitness, salon and spa, integrative health centers in the major metros and English 8 countries that we're focused on. That group is growing really nicely. I mean, nice -- growing in the teens rates. Because when they have the right amount of GMV, and we track a threshold amount of GMV above which we know that this is really a going concern, those are businesses that are going to stay on our platform for many, many years. They're going to have great unit economics, and they're going to contribute a lot of inventory. So that core group is growing nicely, and that's what you see in ARPS. That's what you see in the rev growth. That's what you see in the good margins of the business, and that's what we're focused on. As we go forward, we are finally going to get to the point where there aren't many more of those nontarget market customers in the high-value subscriber base, and you're going to start seeing those growth rates pick up, but it's hard to predict. Meanwhile, we like what we see beneath the -- those numbers.

**George Frederick Sutton**
*Craig-Hallum Capital Group LLC, Research Division*

That's helpful perspective. Lastly for me. Post quarter, you did have an outage that was -- seemed to be relatively significant. Can you talk about the impact of that? And I assume that would be handled in your second quarter.

**Richard Lee Stollmeyer**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Co-Founder, CEO & Chairman*

That's right. We have a -- prolonged outages on our system have been extremely rare through the years because we take a lot of effort in making sure that our system is reliable and secure. We did have a significant outage on April 5. We did not trigger our service-level agreement, and there certainly were no security breaches engaged in that. But as a matter of goodwill gesture, we did give some credit to existing customers who were particularly impacted, and that does have some impact on our Q2 guide.

**Operator**

Your next question comes from the line of Brent Thill from Jefferies.

**Brent John Thill**
*Jefferies LLC, Research Division*

Just on the alignment around beauty, fitness and consumer, can you just talk about the alignment and how disruptive historically when these alignments happen, there tends to be some short-term defocus? Do you expect this to be more optical tweak versus kind of deep into the organization? And can you also just talk about the go-to-market motion between beauty and fitness and the sales force alignment? Is it separate sales force? Is it integrated? How do you think about managing that process?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Sure. Well, listen, we've studied acquisitions to a great degree. We've done a number of them, as you know, ourselves, tuck-in acquisitions. This is definitely the biggest one we've ever done. And mergers and acquisitions are made or broken on, first of all, the validity of the strategy; and secondly, on the alignment, culture and values of the team. And so we're putting a lot of effort in making sure that we get that second one right because we're absolutely confident about the first one. This was the best move for the company at this point in time. So we created an integration management office. We have a deep amount of leadership focus on this. We are purposely blending teams. The new beauty and wellness team is being led by Aaron Stead, the former CRO of Booker. And we're blending in the salon, spa and integrative health experts from the MINDBODY side so that we don't create silos within the organization. And so I think what you have to think about is that in the near term, there is significant amount of effort. It does add OpEx. It's normal, and it's important to get it right so that we set ourselves up as we exit 2018 for a really fabulous '19 and '20, '21 ahead. Does that answer your question?

**Brent John Thill**
*Jefferies LLC, Research Division*

Yes. So bottom line, Rick, you don't expect a major disruption in the next quarter or 2 through this. You expect to be able kind of move through this in a more seamless way versus anything your -- I think the guidance that you gave has got some questioning whether this creates some kind of disruption or are you just being extra conservative on Booker?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Well, I guess we want to remind everyone that we've owned Booker for just a little more than 30 days, or is it 40 days, I think, at this point. So we want to be careful on how we assume on a business that did not exist 40 days ago, a combined entity. That being said, we're really pleased with the early alignment of the teams. There is some near-term disruption around the fact that just simply having to train people into new processes and cross-train people. We had our entire sales team, the combined Booker and MINDBODY sales team, offsite for a few days in April just to retrain them on selling the combined products of this new company. So yes, there is a bit of near-term disruption, and there's a certain amount of uncertainty. And so yes, that is factored into how we're guiding.

**Operator**

Your next question comes from the line of Darren Aftahi from Roth Capital Markets.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Dillon Griffin Heslin**
*Roth Capital Partners, LLC, Research Division*

This is Dillon on for Darren. I want to talk about the number of dynamic pricing options that are out there. I think on the last call, you mentioned there's 2,300, and now there's up to 3,000. What are some of the steps you can take to get more customers to opt into having that service available? And then a follow-up. How's international penetration going?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Sure. So first of all, dynamic pricing right now is only available in the U.S. We will be introducing it globally down the road. But right now, all the adoption is in the U.S. Second, these business owners, by nature, tend to be conservative. So we have to target the early adopters, the most forward-thinking businesses first, and that's what our team has been doing. And generally, it's a direct outreach to explain how dynamic pricing works, to walk them through the few steps they need to activate it in their MINDBODY site and then to watch the results. And third, we want to promote those results and make sure that these business owners understand what the benefits are and can see the actual reality around them. At some point, our push into that becomes a pull, and you don't want to be the last man out as a business that doesn't have it. So we have seen, even just in recent weeks, an acceleration of dynamic pricing adoption, and we expect it to follow a similar curve that introductory offers did, and perhaps even an accelerated curve from that. But there's no doubt in our mind that dynamic pricing will be the norm in the industries that we serve in the future, and so it's just a matter of -- it's really far more conservatism on the B2B side than there is on the B2C side. Consumers absolutely love it. Business owners just need to satisfy themselves that it's good for their business, which it most definitely is.

**Operator**

Your next question comes from the line of Rishi Jaluria from D.A. Davidson.

**Hannah Rudoff**

This is Hannah on for Rishi. I know you touched on it earlier, but could you comment on the adoption of MINDBODY outside of the English 8?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Sure. MINDBODY is currently being used in over 100 countries. But right now, about 95% of our revenue is derived from those 8 English-speaking countries. And if you go back a few years, it was about 90%. Once we realized that concentration and once we realized what's necessary to create the critical mass that occurs in cities and in neighborhoods to create a true marketplace, that's when we decided to focus on the E8. What's interesting is we continue to see inbound customers adopting our software from Continental Europe, Scandinavia, from certain APAC countries, from Dubai and even from Latin America, but we're going to continue to focus on the E8. We may start adding other European high-income countries to that category of target market in the near future, but we see lots of virtuous benefit from this tight market focus.

**Hannah Rudoff**

Perfect. Great. And then could you comment on the time line for international expansion for Booker?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes. We need to get Booker integrated on to payments. Right now Booker's international presence, they're in about 30 countries. Most of the overseas presence is in the hospitality industry and resorts because Booker also serves resort spas, and they're integrated with hotel property management systems, where they don't need to have the payments adoption. So to get Booker into neighborhood salons and spas, they

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

need to have international payments. And as I mentioned in my remarks, that's one of the top priorities of the Booker team, and we expect to deliver that before the end of the year.

**Operator**

Your next question comes from the line of George Kelly from Imperial Capital.

**George Arthur Kelly**
*Imperial Capital, LLC, Research Division*

So just a couple for you. First, I know it's only been a few weeks now that you've had the new app out, but wondering if you've seen any kind of change in booking patterns or dynamic -- the consumer adoption of dynamic pricing and interest there, just any kind of general change in consumer trends regarding the app.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Sure, George. We definitely have. We're seeing more discovery. We're seeing more adoption of dynamic pricing. We're seeing a nice uptick in re-bookings. As I just said, early days. We actually rolled out the app over the course of April, first on Android and then in stages onto iOS. So full app adoption only happened just in the last -- well, in the last week. That's actually when we press released when we did that. And even with the full app adoption there, a lot of people have their phones set not to update the app until they manually do it. So it's going to be a while before we see full results, but we're encouraged by the early results. It's always kind of fun. When you change an experience for an app user or frankly for any software user, it's a little like when somebody is sneaking into your kitchen in the middle of night and changing where the coffee maker is and the refrigerator is and where the dishwasher is, you're going to come downstairs, turn the lights on and be kind of instantly a bit annoyed because they've changed it. So reviews are always fun. We're seeing most people are really thrilled with it. We're seeing a few people are saying things like, "Why did you change it? I loved it the way it was." That's pretty normal anytime you're doing something significant like this. So we're pleased with the early results.

**George Arthur Kelly**
*Imperial Capital, LLC, Research Division*

Got you. And just to make sure that I understand correctly, I think you mentioned in your prepared remarks you'll be launching the web version in the next quarter. And will that offer the same kind of dynamic pricing and intro offers in other products?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes. The web version will be an opportunity to get much larger audiences into our marketplace. There's less commitment to doing something on the web than there is downloading an app and having to register. So our web version is going to focus on ways to get new users into the ecosystem, and of course, new customer -- new clients to our customers. And dynamic pricing is actually the right product to lead with because that's really compelling, right? It's like buying theater tickets or sporting events tickets. When the price is act now, you're going to get more people to act. You can also offer the dynamic pricing without having to know who they are, so they won't have to go through the process of registering with MINDBODY before they actually find the booking that they want. And so that kind of bread-crumbing methodology of increasing adoption is something that we are excited to weave into our web experience.

**George Arthur Kelly**
*Imperial Capital, LLC, Research Division*

Okay, okay, makes sense. And then last question, could you update where we are on international payments integration?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Well, we have a major payments integration strategy in process right now that will open up multiple additional countries and allow us to have card presence in the English 8 before end of the year, so that's our current focus. And of course, by having Booker part of that process as well, we expect the Booker team to catch up and be fast following on those integrations as well. And this is going to allow us to consolidate and offer a complete product solution with integrated payments, card present or card not present, in more than 30 countries before it's all done.

**Operator**

[Operator Instructions] Your next question comes from the line of Michael Nemeroff from Crédit Suisse.

**Alexander Hu**
*Crédit Suisse AG, Research Division*

This is Alex on for Michael. So just a couple. So the alignment on the go-to-market efforts for Booker and MINDBODY makes sense, but just curious on the product side. Do you foresee sort of any potential future integrations on the technology side? I mean, correct me if I'm wrong, but it appears that you'll be maintaining 2 separate products with different teams. But I'm just kind of curious of what your thoughts there.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Well, back-end integration and technology will begin almost immediately, Alex, and that's mostly behind the scenes. We also have the opportunity to integrate mobile app experiences on the front end, so a business-facing app that integrates with Booker, leveraging our technology we already have, as well as a branded mobile app that integrates with Booker, which is something that their customers keenly want. So it's going to happen in stages. One thing that's really helpful is that Booker is actually built on the same stack as MINDBODY. And so the 2 teams, both development and product management teams, can work together pretty cohesively right out of the gate. And ultimately, long range, I mean, multiple years down the road, there is a future upon which both platforms will be converged onto a new platform, but it's -- again, it's going to happen in stages and by virtue of rebuilding services and unifying things across the product. In cloud-based software, it's a lot easier to do that when there's a similarity in stacks than it is with the old days with on-prem solutions where it's much harder to migrate.

**Alexander Hu**
*Crédit Suisse AG, Research Division*

Got it. Very helpful. And then just I think I heard you say you picked up a 30% pop in GMV. So just kind of curious, can you share or even quantify what is the current average GMV per high-value sub at MINDBODY before Booker was versus that of Booker?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Sure. I think for last year, we said that our GMV was $10.9 billion. And it's pretty easy to do our average subscriber base, so you can do the math there. And high-value subscribers throughout the year averaged around 54,000, so you can do that math. Booker's GMV, as you might be kind of hinting towards, is -- average GMV is significantly higher. They had north of $3 billion GMV off of about 10,000, what we would call, high-value subscribers. So it's a good, high-quality customer base and represents lots of opportunity for us as we think about ability to deliver future value.

**Alexander Hu**
*Crédit Suisse AG, Research Division*

And then just on the penetration, I think you said half of Booker's GMV is going through a payments gateway. Is there something structural? Like is that like more driven by more cash payments or just simply because their payment partnerships are not as robust?

**Richard Lee Stollmeyer**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Co-Founder, CEO & Chairman*

Well, the -- first of all, they didn't have any payment partnerships outside the U.S. Secondly, the call to action to get fitness studios integrated on to our payments rails has always been, first and foremost, get your auto pays, your monthly recurring payments, your e-commerce online booking. The salon and spa industry is later to that concept. So I think that Booker, in the past, had a little more headwind in getting that adoption. They didn't have quite the same repertoire we did in payments as well. They've been gaining ground in recent years, which is a good momentum, but we have little doubt that we are going to significantly increase payments adoption across our -- all of our salon, spa and integrative health customers. By the way, MINDBODY salon, spa and integrative health, a bit of a lower adoption rate than in fitness. So the key to this is having card present and card not present. The key also is getting these salons, spas and integrative health centers really excited and on board with online booking, which seems obvious but is still relatively novel to many of these business owners, as well as selling their services promoted through our various channels like the MINDBODY app or integrations with third parties. And all of that requires integrated payments.

**Alexander Hu**
*Crédit Suisse AG, Research Division*

Got it. And then my last question is for Brett. I think you mentioned Booker was growing at a slower rate historically than MINDBODY. Just curious, can you give us a rough sense what they grew historically in 2017? Is it mid-teens? Is it single-digit growth?

**Brett T. White**
*CFO & COO*

So the parts we care about, which would be the ongoing recurring revenue elements like subscription revenue and the payments revenue, kind of grew, say, Q1, low teens, so we -- there's lots of opportunity there that we're very excited about. And then just to answer your GMV question, the exact number, we did about $3 billion GMV for MINDBODY stand-alone in Q1, and average GMV per HVS was around $18,000 a month.

**Operator**

I am showing no further questions at this time. I turn the call back over to the management team for closing remarks.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Well, I want to thank everybody for joining us today. It has been a pivotal and momentous quarter. It sets us up for a truly fabulous future. I want everyone to know that our team worked enormously hard on this over the past year. None of this done -- was done lightly. All of it is intentional to our long-term future. Understand that we're going to invest over the next few quarters to get these integrations right, to focus our teams and prepare ourselves for really magnificent out-years.

And so with that, thank you, and look forward to talking to each of you later. Take care.

**Operator**
Ladies and gentlemen, this does conclude today's conference. Thank you for your participation, and have a wonderful day. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.