# EXHIBIT 7

**S&P Global**
Market Intelligence

# MINDBODY, Inc.

# Analyst/Investor Day

## Tuesday, September 18, 2018 9:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**1**

# Table of Contents

Call Participants ........................................................................................ 3

Presentation ........................................................................................ 4

Question and Answer ........................................................................................ 16

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

**Brett T. White**
*CFO & COO*

**John Davi**
*Senior Vice President of Product Management*

**Josh McCarter**
*Chief Strategy Officer*

**Josh Todd**
*Chief Marketing Officer*

**Michael Mansbach**
*President*

**Nicole Gunderson**
*Head of Investor Relations*

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

**Stephanie Moran**
*Senior Vice President of Sales*

**Unknown Executive**

**ANALYSTS**

**Alyssa Danielle Johnson**
*KeyBanc Capital Markets Inc., Research Division*

**Brian Lee Essex**
*Morgan Stanley, Research Division*

**Patrick D. Walravens**
*JMP Securities LLC, Research Division*

**Rishi Nitya Jaluria**
*D.A. Davidson & Co., Research Division*

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

**Timothy Wayne Willi**
*Wells Fargo Securities, LLC, Research Division*

**ATTENDEES**

**Jennifer Blair**

**Lindsey Jackson**

**Mimi Benz**

**Sarah Larson Levey**

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Nicole Gunderson**
*Head of Investor Relations*

All right, we're going to get started. Welcome, everyone. Welcome to everybody in the room, and welcome to everybody on the webcast to MINDBODY's Analyst Day. We're very excited to share with you our growth strategy and market opportunity and for you to get to know the greater MINDBODY executive team that will be speaking today.

A few housekeeping items before we get started. Today's presentations are being webcast live and will be archived for approximately 12 months on our IR website, investors.mindbodyonline.com. We will be -- we will not be reaffirming or updating our guidance during today's presentations or during Q&A. So unless explicitly stated otherwise, any references to our guidance speak as of July 31, 2018, the date of our second quarter earnings release. Additionally, we will share a number of non-key business metrics, which we may not update in the future.

During today's presentation, our management team will be making forward-looking statements within the meaning of the U.S. federal securities laws. These statements reflect management's current expectations and beliefs. Our actual results may differ materially from those contemplated by these statements due to a number of factors, including those described in our SEC filings and particularly in the risk factors sections in those filings.

These forward-looking statements speak only as of September 18, 2018, today's date. We disclaim any obligation to update these forward-looking statements or to reflect future events or circumstances.

In addition, we may discuss non-GAAP financial measures. All non-GAAP to GAAP reconciliations are available on our IR website.

We've got a great lineup of speakers for you today and a lot we want to get to. We reserved the last 5 to 10 minutes of each section too for Q&A, so please hold your questions until the end of the section.

With that, I'd like to introduce Rick Stollmeyer, our Co-founder and CEO.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

All right. Thank you, Nicole. Welcome to our 2018 Analyst Day, and welcome to MINDBODY BOLD. This is our biggest and most exciting week of the year. Over the next 2 days, we expect more than 2,000 attendees at the BOLD conference here, the majority of whom are customers from around the world. These are generally business owners, general managers, key staff members, these amazing businesses that we serve and highly representative of the market in which we are devoted.

And -- well, this one's particularly special because you might -- you may have heard that we have a guest tomorrow who's come to speak to us, that's Michelle Obama. And yes, you can pay for our speakers to come and speak. But Michelle Obama's not somebody that would just go to any venue to speak for a fee, quite to the contrary. She's very purpose-driven. She's committed to meaningful causes of inclusion, of diversity, of empowerment and, of course, of health and wellness. And so the reason that is happening is because this movement, this wellness revolution that's happening around the world is, we believe, the largest and most important opportunity of our age.

And so we had -- we have 5 really important goals for our time here together. Number one is to understand that opportunity. And I think to do that, I want to step back a bit and go -- like, we would generally talk when we meet, those of us here in this room and those listening in, at the 10,000 feet and occasionally, at the 500-foot level about what's going on in our business. I'm going to step back for a few minutes to 25,000, 30,000 feet, and let's talk about what's really going on in our society, where we are in the ark of civilization and why wellness is so important today.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Right now, our acquisitions position us favorably for this, in fact, better than anyone else in the world. By acquiring Booker, Frederick and FitMetrix in the last -- well, in the first half of the year, we now are positioned to grow our marketplace more quickly and to accelerate in all of our key markets.

We're going to dive into our product innovations. What we do for these businesses is really profound and deeply embedded into their operations. We are not a point solution. We're not some tool that they might opt into, and then 6 months later, opt out of. The decision to migrate your business to MINDBODY is a massive decision because it's changing your business operating system. And even if that operating system was on-prem software or some simple point-of-sale and a paper appointment book, you know what, I've been doing that for 20 years and that works. Our task, our opportunity is to convince a massive addressable market to move to a cloud-based solution that will revolutionize their operations, help them simplify their businesses, boost their revenues and focus on what they need to do most, which is deliver an exceptional transformational experience to their clients.

Our consumer brand is rapidly gaining ground. And those of you that have been following us for several years know this has been our audacious goal for a long time, literally goes back to the launch of our cloud software in 2005. Our philosophy has been, contrary to some marketplace plays where they'll come at it from a consumer perspective first, our realization was, you know what really matters here is aggregating the supply. And so we have focused our business on the B2B side up until the last few years, where we really started stepping on the gas of our consumer side, and we're going to be sharing some latest insights and new information about that.

And lastly, this is opportunity for us to showcase our leadership team. You all have heard a lot from Brett White and myself; we're going to be the lesser players today. We're going to show you some of our key executives that are advancing our causes across the business. And we'll give you opportunities throughout these presentations to pepper in some important questions.

So I would ask a fundamental question, and that is, what constitutes a good life? We believe this is a question that is increasingly important. And to understand that, let's go back to that 35,000-foot level and let's imagine the world of our grandparents and our great-grandparents and our great-great-grandparents. Generally, they lived in a world of survival. Of course, that's how humankind evolved over thousands of years, millions of years. It really was about survival and having enough food, having a roof over our head, avoiding the hazards of some warring tribe; that was the essence of life.

Well, what we've accomplished as a civilization over the last 100 years has transformed that. And while social media and our instant connectivity to every problem in the world can lead us to believe that we live in bad, troubled times, it's actually not objectively true. Actually, the risk of dying from some form of violence or from disease is much lower today for any one society regardless of their level of affluence.

So why is this relevant? Because if more people are living longer lives, we start asking deeper questions of what our lives are really about. Like first and foremost, that we want a body that really works: a body that doesn't become decrepit in our -- the last part of our lives; a body that allows us to really be vibrant. As my grandmother used to say, I want to live long enough to dance at your wedding. That's a body that works. And each of us knows people in our lives and our family and our friends whose bodies don't work because of age or disease, and that makes us recognize that this is fundamental to wellness.

Secondly, the ability to cope. We have lots of stresses in our lives, and these things come out of small directions. And this is an area where our modern technology has exacerbated the problem because we're constantly being triggered, we're constantly getting these cortisol hits on what's the latest thing that's wrong, whether it's in D.C. or in some crime that happened or in the latest whatever with another country. All of these are cortisol hits, and we have to have strong coping mechanisms.

The ability to expand our mind, well, that's where technology expanded our world. How many of us every day are in a conversation with somebody and we can pull up our phones and look up information to confirm I wonder what the answer -- what's the meaning of that word or what's the history of this particular issue.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

There's a deep and innate desire for human beings to be socially connected with others. And I don't mean the IT social network. I mean literally physical social connection. If that didn't matter, if face-to-face didn't matter, then why are we all sitting here right now? Because we all could have done this via a Zoom meeting. The reason is physical presence matters. We believe that the more the technology is virtualizing everything in our lives, the more valuable face-to-face interaction becomes. Now this is highly relevant to our business, isn't it?

Here's our evidence of that. Look at the price of concert tickets, the price of theater tickets, the price of sporting event tickets, all of which are, by the way, dynamically priced now. Where have those prices gone in the last 20 years as technology has made it a better and better experience to watch that football game or to watch that Broadway show or to watch that YouTube concert from the comfort of our living room? So people ask us, do you think that virtualization, on-demand streaming is going to destroy these brick-and-mortar businesses that we're serving? And we -- our answer is, heck, no.

In fact, we're going to show you the data, in fact it's growing stronger than ever from before, and it's tapping into 2 really important trends. The first one is people are increasingly attracted to local, authentic experiences. Think like craft breweries, local wineries. Well, the boutique wellness businesses that we serve have that same kind of local craft and authenticity.

And the second thing is a desire to be part of some tribe, some community. In generations past, that was generally churches, that was belonging to the Benevolent and Protective Order of Elks. Today, it's happening in these wellness centers that we serve.

The environmental movement is permanent, ongoing and increasing as well. Work that not only puts food on the table that truly fulfills us. And lastly, having the sense of purpose and meaning. If -- many people like today are probably going to live to 150 or longer. If you're going to live that long, you're going to start asking questions of why. Why am I here? What is the purpose really about?

So why did I take you through all of this? Because that is wellness. That's the -- that cause is why the wellness industry exists, and it's why we exist as a company. And this is not some niche-y play into the latest flavor of the week in the local economy; this is a permanent mega shift in humankind. And we believe that we've tapped into the most important element of it, and that is those teachers, trainers, therapists, aestheticians, stylists who have devoted their lives to helping other people figure out how to transform their wellness, because most of us human beings need that to change our habits.

So that's why our purpose, help people lead healthier, happier lives. How? By connecting the world to wellness. Yes, it's big, audacious and lofty, and it's real. I mean, today there are more than 60 million active consumers engaged to our platform, being served by more than 400,000 practitioners, being employed by more than 68,000 local businesses. I'll just remind people, 68,000. You know how many Starbucks there are in the world? About 20,000, okay? How many restaurants run OpenTable? The last time they reported, I think it was about 35,000. So just visually, because we all know how many Starbucks are in our neighborhood and we know how many restaurants we can see on OpenTable, to put that in perspective of the size of this network. Our focus right now is on growing the number of businesses we serve, yes, but we're going to grow with the right businesses. The right businesses that first and foremost, can deliver a substantial amount of services that people care about, high-quality services and that are durable and long-term growing in nature.

So integration, big topic in our last earnings call. We had purchased these 2 companies in the first half, which really involved 3 different product stacks. And Josh McCarter, the former CEO of Booker, is here. And he is now our Chief Strategy Officer. He's responsible for our M&A, our biz dev and our payment strategy. And he's going to speak to detail about how integration is going. And also dovetail that right into how we think about future partnership and M&A strategies.

So let's talk about the marketplace opportunity. We believe this is ultimately true, everyone needs wellness. The only difference right now in our society is whether they have access and knowledge of wellness services. Because once someone has tried these services, they don't get out of that habit. It's like, you know what, I'm going to stop eating healthy and exercising regularly and doing yoga. I'm going

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to turn into a couch potato and gain 100 pounds, that doesn't really happen. Once you get engaged in this, it transforms your life and it's an incredibly sticky habit.

This inventory is bespoke, it is local. Yes, there are a number of major brands running on our platform and most of them are represented here this week. Brands like Orangetheory Fitness and Pure Barre and Bar Method and Dailey Method and YogaWorks and CorePower Yoga, magnificent brands that are being built, global brands. But as you're going to see in the data this week, actually, the average MINDBODY customer still only has 1.2 locations. In other words, the vast majority are these locally crafted businesses.

Habits are hard. Habits are hard to make. Good habits are hard to make. Bad hard habits are hard to break. And when you talk about transforming someone's life to -- from an unhealthy life into a life of wellness where you're adding years to your life and life to your years, where you're dancing at your grandchildren's wedding, this requires some difficult choices for people.

And people want variety. Whereas our parents and perhaps many of us in this room like the fact that we belong to this one club and it's all we've ever done and we're going to stay in that one club, or perhaps I've been a practitioner of Pilates for 20 years, and I love Joe Pilates, and this is all I'm ever going to do, people increasingly want to do more and more things and particularly the millennials and the Generation Z folks, who really want the sort of on demand, let me do what I want to do right now, and I'll craft my own wellness practice around multiple providers. That's a key aspect of what we've built the MINDBODY app for.

And people move. People commute long distances, people take a lot of trips and people physically move their lives. They change their jobs. They move into new communities. And so there's a continuous and inexorable need to replace those people for the businesses that we serve. In fact, the businesses we serve will lose more than half of their customers in any given year generally because people are moving around and trying new things.

So here's some data. We did a survey ourselves of the U.S. population. By the way, these numbers are generally indicative of the English 8 countries that we serve. So today, around 54 million adults, 27% are actively engaged in some kind of group fitness activity. Now compare that to integrative health services. This is -- we also just call these the wellness service category. This is acupuncture, Ayurveda, naturopaths, Chinese medicine, chiropractors fit into this category now, and so about 79 million adults. Well, compare that to beauty services. These are salons and spas. So if you wonder why we bought Booker, why we've been prioritizing growing our business in the salon and spa industry for many years is because of this basic fact, because the point is every one of these people is getting their hair done by somebody but a lot of these people are not doing those things. And so a woman's coming out of her hair appointment, we can promote her into that yoga class or that group exercise class or that blow dry bar. Someone's coming out of their fitness activity, we can promote them into salons and spas as well. Those are 1.2 locations per brand. An average of the customers we serve is about 650 sessions per week. So let's understand what that means. Imagine that I'm running -- I have 30 spots in my class, per class, and I run 20 classes a week, pretty modest boutique wellness business. That would be 600. And then imagine, I'm doing 50 one-on-ones, either there's massage going on in the back room or I'm doing personal training or personal teaching as well. That would be a 650 approximate business. So not very large. These remain local, crafted and hard-to-find. And these businesses can be remarkably durable. But the rub is they've got to get through their first 2 years. They have to have the capital and the grit and the wherewithal to be able to develop a following in their communities. And we're going to talk more about that today and how we ever find our process of identifying these people early.

So let's talk about how these businesses operate. Only a little more than 1/3 of the consumer, clients who walk in the door in one of these businesses are still going to that business 90 days later. And this is how the spectrum runs. And as you can imagine, the number's higher in the health clubs because health clubs are in the business of locking you into a contract, and that's why health club industry has its own particular habits that are largely going away now. But back in the day, it was all about collections. They literally would call and harangue you because you've canceled your credit card and now you still owe them for another 6 months. The kind of businesses that we specialize in would never do that. They would never

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

go into a collections-type model because their intent is value delivery; this is consumption economics versus breakage model economics.

What you see also is that loyalty programs are starting to improve spa as well. So the people that are using our Promote system -- Promote is our dynamically priced classes, our introductory offers and our listings on partner sites such as Google, such as Instagram and many more to follow. So more than half are frequenting more than 1 business; this is showing this craving for variety. And only about 1/5 of all app users frequent more than 1 business. So what we're seeing is this category over here is growing in size, both in terms of people's preferences and also in terms of being able to sample different things through systems like MINDBODY Promote.

Here's the moving static -- statistic. 35 million people moved in 2017 from 1 physical location or 1 home to another. And this is an interesting new metric, person trips. There were 2.3 billion person trips of over 50 miles, meaning someone traveled from their home more than 50 miles and stayed overnight and then came home. So 2.3 billion, so there's lots of opportunity for people who are engaged in this lifestyle to be promoted into other offers.

So how do we do that? We focus on this marketplace. We have been principally focused historically into the customer side of the house. We're now increasingly balancing that with focus on the consumer side. This is MINDBODY Promote, as I talked about, the 3 things: dynamic pricing, introductory offers and partner listings.

Here's what we know about Promote. It's early days, okay? We've only been doing introductory offers for about 1.5 years. We've only been doing dynamic pricing, relaunched since Q4 of last year, so less than a year of data. They have nearly 2/3 higher GMV, the businesses that are engaged with Promote. They're generating more than 2.5x the number of bookings, and they have 184% more new consumers, more consumers discovering their businesses.

Now to be fair, this is part correlation and part causation. But from our perspective, both are very important. In other words, the smartest, more growth-oriented businesses are rapidly attaching on to our Promote product, and they're running successful businesses. So it's correlation and causation happening.

Average business on Promote, this is the number of businesses with Promote purchases. So we have in the past talked about opt-ins, what really matters is opting in, putting inventory out on Promote and it's actually selling and producing it. So a 44% growth year-on-year in the Promote system.

Here's some cool stats about dynamic pricing because one of our customer concerns would be, is dynamic pricing going to create some kind of race to the bottom? It's actually quite the opposite. What we're seeing is that dynamic pricing, more than half of the consumers who purchase dynamically priced items are returning again. And actually, the top line is more than half are people that either have never been to that business or haven't been in the business in the last 60 days, meaning they are dormant customers and dynamic pricing is reactivating them into the businesses. We're seeing great success with this.

Okay, that's my opening. What I'm going to is I'm going to play emcee. I'm going to be sitting over there, and I'll be introducing the speakers for the rest of the day.

So I'd like to start with our President, Mike Mansbach, who's going to speak to you about our growth strategy.

**Michael Mansbach**
*President*

Thank you, Rick.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

All right.

**Michael Mansbach**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President*

How's everybody doing? Heads up, heads down, typing, it's great to see your faces and it's great to have you here.

The essential question of the -- of a growth strategy starts with what's the basis for growth? And my background, prior to joining MINDBODY, was a couple of smaller companies and then a company called Citrix Online that was an acquisition of Citrix. And I was in Citrix for about a decade. And over that course of time, we grew revenue from about $50 million to about $600 million, $700 million. And the journey that we had at Citrix was a very interesting one because our product line was insanely focused on what we thought at the time was the small business, the small and medium business owner. And what we discovered over that 10-year period of time is that evolution for what we've sold, which was web conferencing and video conferencing, moved from the small business owner into the medium-sized business owner, then ultimately, into the enterprise business owner. And so we ended up serving multiple markets, those multiple markets being a product for very small businesses and a product for very large businesses.

Now the common denominator for MINDBODY is a relatively simple one, and that's that we serve businesses with 2 very core principles. One is they want to grow. The businesses we serve want to grow. It's important to remember that because not all businesses in the fitness or beauty or wellness space want to grow. They want to be in business, they don't necessarily want to grow. The consequence of that is our ability to filter out the companies that actually don't want to grow and focus on those that do. And we've gotten very good at that.

Where has it taken us? It's taken us to a target market. We've got 68,000 customers, as Rick mentioned. 61,000 of those today are what I will classify as companies that have durability, companies that desire to grow.

The second common denominator of all these durable businesses is they would desire to offer a boutique service level. Another way to say boutique is bespoke, yet another one is something that is specific and differentiated. They need complexity. And what that means is these small businesses look and feel ironically like much, much, much larger companies. So in the enterprise world, we would have said, wow, we have to sell to the head of sales, and we have to sell to the head of IT, and we have to sell to the head of marketing, we've got to talk to the head of support; and we need a solution that addresses all of those. In the world we serve today, we have to talk to the trainer. We have to talk to the assistant manager and the manager. And ultimately, our financial buyer is the owner of either that particular studio or, if we're talking to a large franchisor, is the franchisor, him or herself? And the consequence of that is you are actually solving the problem for 4, 5, 6, even 7 different people. You are running very complex software that's incredibly sticky as we build into it.

The second is that we are currently booking 650 million classes and appointments a year, trailing 12 months. That is currently running on those 61,000 businesses.

And finally, generating over $12 billion in GMV. Why is GMV important? Because GMV ultimately represents the collective success of these 61,000 customers. Why is it important that for us to grow GMV? Because when we grow GMV, those customers are growing, we're adding customers that are growing. Going back to the premise, we are onboarding and growing customers that want to grow; sounds obvious. For many businesses, they're simply happy surviving. We're focused on the ones that want to grow.

So what are our growth drivers? There are 5. One, and we'll spend a few minutes on each of these, is scaling the go-to-market engine; 2, as I mentioned, accelerating GMV; 3, becoming the platform of choice; 4, increasing marketplace adoption, as Rick mentioned; and finally, expanding the share of wallet. These are the toggles to the short-term and long-term growth of our business.

Let's start with scaling the go-to-market engine. This is not rocket science. This is about making sure that we understand how to land and expand studios, making sure that we understand how to land and expand studios. So first, what we did is we have focused on specialization. All customers are not created equal. All businesses do not require the same things. So we specialized our go-to-market teams end-to-

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

end in fitness, beauty and wellness. And the second dimension of that is in company size, in business size. A studio of 1 that wants to grow does not look like a studio of 2 to 9 and does not look like a franchisor who's interested in moving from 5 to 500 studios. Those are different buying cycles, and they require different specialization. A beauty customer wants a little bit different approach than a fitness customer. We specialize the teams again, end-to-end across selling and marketing, to address those needs.

We've also expanded our sales headcount in both land and expand. In fact, we have greatly expanded 2 emerging sales hubs in Atlanta and Scottsdale. We've added over 50 quota-carrying sales reps in the last quarter alone. Now while it takes time for those sales reps to ramp, what matters is because of our specialization, because of our focus, because we are targeting small, single studios, medium 2 to 9 and large enterprise class, if you will, the large franchise that works differently, we are able to attract a completely different class of salesperson with deep experience in understanding how to move transactionally or strategically across a large organization.

We've also developed the cadence to balance inbound and outbound. Inbound is fantastic if the market is -- it recognizes that it simply wants to grow, it comes to you. On the other hand, as you move into large organizations, they aren't necessarily looking for a solution. They don't necessarily recognize the pain they have. And they don't necessarily understand that there are better alternatives. So our ability to go out and communicate with them proactively and introduce to them a new and better way to do things, to have a best-of-breed approach as opposed to a bunch of point solutions, is incredibly important, and it's an emerging opportunity for us.

And finally, data and analytics. We've been doing this for a lot of years, 17 years. And the amount of data that we have is unique on this planet. Our ability to understand who to go after, when to go after them and how to go after them based on look-alike modeling is singular in the industry. So we've gotten better and better and better at working through and with data science to target best possible scenarios for landing new customers and, equally importantly, for understanding by-product usage, who is ripe for an upsell, who is ripe for what value.

Let's talk about accelerating customer GMV. It has historically been very, very hard to retain customers in the first 90 days. That's where historically you've seen the greatest attrition in the business. Based on the work that we've done over the last year, we're actually seeing a 33% improvement in GMV in the first 3 months of onboarding customers. I'll repeat that. New customers are growing GMV 33% faster in the first 3 months than they have a year ago.

Why is that? Well, first of all, it matters because again, we're focusing on customers that want to grow. Second of all, it matters because we are demonstrating to our customers that we can partner with them in growing them. A, we're focused on the ones that want to grow; B, we've transformed the way we onboard these customers. Rather than simply taking them through our onboarding process, we actually ask questions, we dive in to understand business goals. And again, we go back and partner with them, and Josh Todd will spend more time digging into how we partner with them very specifically to help them understand how exactly they need to grow. What does social look like? What does the business plan look like? You'd be amazed.

Faster payments attach. Our payment's attach rate is higher than it's ever been. And finally, because of our level of knowledge and partnership, we're able to unlock product value at a much earlier stage than historically we have. Now while that's a driver of ARPS, it's also a driver of customer value.

As I mentioned, ARPS up to the right, this is where you want to see ARPS. We're at $329 now. Why? Landing better, expanding faster and driving more value.

What does it mean to be a platform of choice? This is something we've talked about, but we haven't gotten very, very specific about in many years. Josh McCarter will drill into this further in the future. What this essentially means is that we are the underpinning. We are truly the foundation for the entire fitness, beauty and wellness industry. There are 800 partners that sit on our APIs today, that rely on our customers to deliver their value.

We are the market enabler for consumer aggregators including, as many of you know, ClassPass.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And then again importantly, what the platform partnership allows us to do is figure out our next recurring revenue stream. Two examples: we added FitMetrix. In March, we added Frederick. What you're looking at is year-over-year growth of what happens when we move from a partnership focusing on adding value to bringing that in the fold. This is what our expand-and-land teams are able to do to drive revenue. The point is not the numbers themselves, the point is that once we understand what our customers need, once we conceptualize and deeply understand what a whole product is for these companies that want to grow, we can bring it in-house and we can rapidly expand it.

Finally, as Rick mentioned, we talk a lot about what's happening in consumer. These are bookings on Promote. What's important here isn't so much the fact that the number's up to the right, it's that we are starting to innovate at faster and faster pace, bringing in the 5.0 app, Dynamic Pricing the second half of last year and we'll be introducing later today, mindbody.io, which means that you can now book a class on the web at mindbody.io. This is magical because now you can go look and search for local inventory without actually logging in. But when you want to book that local inventory, guess what? Tell us who you are. You've seen announced Strava and then Fitbit, excitingly, is going to be improved as well. MINDBODY, our app, will now be able to consume all of your Fitbit data, which means that we become the engagement platform that aggregates not just MINDBODY data but also Fitbit data, single point, single place to go to look at your performance. Think about what that does for the stickiness of the app.

And where does all this lead? It leads to this concept of wallet share. We went out and surveyed 300 customers. And we asked them, what's your average spend? And on average, our customers spend about $7,000 in payroll, about $6,000 in rent and mortgage, about $3,000 in other expenses, and then between advertising and website, software and payment, they spend $485, $500. So think about that. Their current spend is $1,565 today's dollars. Our average target market customer is spending $1,565 today in what we do and what I'd broadly classify as very close adjacencies.

Today, going back to that $329 ARPS number, we collect $131 in payments processing with the current payments processing approach. We collect $193 in software and services and roughly $5 on the consumer side. That is opportunity. So when we talk about wallet share, it is the capacity our customers have to spend dollars in categories that we serve or are serving just adjacent to. Again, today's dollars.

So what does it all mean? It means that we've got lots of space in the English 8 in fitness, beauty and wellness. There are 300,000 businesses today that are in that target market of durable, scalable businesses that have the intention to grow.

When we went public, we saw 4.2 million total customer stores in the Frost & Sullivan report. That remains a fact. What we have discovered over time is that there are 300,000 of them that are true target markets that we want to chase today. Why? Because when we focus the entire go-to-market, the entire product and the entire end-to-end engine on customers that desire to grow right now, the GMV opportunity is $110 million (sic) [ $110 billion ], that's if and where we focus today.

And what does that look like? There are no dates here. What it looks like is we put our toggles together and said, wow, we have 61,000 active customers today. Today, our average customer GMV is about $19k and that's a total monthly GMV of about $1 billion. Our take rate or our revenue as a percentage of their GMV is 1.8%. That's what MINDBODY gets today, a fraction of what they earn. And then our ARPS are $329, which generates roughly our monthly revenue.

In the future, imagine if you will, a day where we can double that number of customers. Is it 5 years? Is it 6 years? Is it 7 years? The average GMV is up about 20%, which in the future seems very reasonable particularly as we're seeing GMV grow already. And then our take rate goes up a little bit as their GMV goes up, but an ARPS of $700? No problem. Today, their current spend, their current wallet share of our software and immediately adjacent opportunities in marketing and website and payments is $1,500. So we've got a very modest assumption built in that we can roughly double it, and there's headroom there. There's a lot of headroom there.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Mike, why don't you clarify target models or target market?

**Michael Mansbach**
*President*

These up here? Yes. These are our target market customers. This is not the total install base of 68,000. This is the focus on 61,000 that we are calling target market. Thank you.

JT, or do you want to do questions now?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

So what we'll do -- I think we've asked this -- some of the questions you probably have burning in your hearts right now, Josh Todd, our Chief Marketing Officer, is going to answer. So I think we have Josh come up, do his presentation, and then we'll have about a 10-minute Q&A time in which the 3 of us will be up here to field your questions, okay?

**Michael Mansbach**
*President*

Okay.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

So I'd like to introduce Josh Todd, our Chief Marketing Officer.

Thank you, Mike.

**Josh Todd**
*Chief Marketing Officer*

Thanks, Mike. Thanks, Rick. I'm really excited to be here today to add a little more color on the growth model that Mike was talking about.

But before we do that, let's talk about why I'm here. So you've all -- I'm sure you've done your homework, you know who I am, you know my background, a combination of B2B, B2C and several different leadership roles across those over time. But for me, why I'm here, why MINDBODY was the right thing for me, it comes from a deep passion for small business. Both of my parents were small business owners. And growing up, I got to see how great that is. If anybody here grew up with a small business owner parent, extra flexibility, they were able to control their own destiny, follow their passion. Those were all the great sides of it. But at the same time, it's on the other side, how hard that was, how alone they felt sometimes and how they had to invent, it seems, all of the ways for them to build their businesses. They didn't go to business school. They weren't experts in business. And what they were lacking is what I'm dedicating my career to, which is helping them, giving them an advantage over everyone else.

Wellness is also very personal to me because my wife is a yoga instructor, a Pilates instructor and a spin instructor. So I get a lot of feedback at home, which is always good, but it keeps me really close to the customer. And so for those reasons -- those are reasons why MINDBODY was the perfect fit for me, and I'm so excited to work with this team and share our growth strategies with you today.

So Mike shared the large addressable market opportunity. The next thing we want to do is start to peel back the onion, let's take a look at the core verticals and where those categories are.

So we'll start with boutique fitness. So I'm sure you're all familiar with the technology innovation curve, it's been around for almost 70 years. Geoffrey Moore really popularized that with Crossing the Chasm. And we think of it as a good way for us to think about where is the particular market? So we'll share what we -- where boutique fitness is, where spa is and where salon is.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We're very confident in our understanding of where the boutique fitness space is, solidly in the early majority. And some of those reasons are because the market is rewarding the most comprehensive solution. The market's rewarding the most comprehensive solution. We also see -- that shows the maturity, but we also see new businesses coming into the space. And we also continue to see core search volume for really tight terms like Pilates software, we still see growth in those terms. So we see a market that's matured, but it still has a lot of growth in it.

Now as we step into the beauty and wellness world, things get pretty complex. And so we broke up the 2 largest parts of that, which is spa and salon. So if we take a look at the spa business, now unlike boutique fitness where online booking was a mandatory part of the business management software for prospects and customers, we don't see that in spa. Actually in spa, they're a little -- they lag a little bit in terms of online booking. Online booking is not yet a mandatory part of business management software during the evaluation period for prospects. Why is that? So what that causes is we see a highly fragmented market. And it's this idea of a discrete unit. That's what separates these categories.

And I want to use salon as an example to really show what I mean here. When we look at salon, we see an even bigger gap, right? The innovators are starting to have online booking in salon. Now why is that? Why is salon separated and so different from boutique fitness? It's that discrete unit. So when you think about boutique fitness, we can think about a 90-minute Bikram Yoga class. There's a class, it's for a set period of time, it's at a time, and there's a certain number of spots available. It's very easy to take that, turn that into an online unit. You know what you're getting, you can purchase it. And MINDBODY and the other players in the market have done a good job of having this entire boutique fitness industry grow up with the idea that these 2 things must be together.

Now we don't see that in salon. Salon, they're significantly decoupled. And the reason is think about the complexity with what happens in salon, all the different types of hair. Now if you're going to get a cut and color, it's not going to be the same for 2 different people. So for those reasons, it's more difficult to get to that discrete unit to really have online booking take off and be a core part of what it means to go look for a business management software.

So we see this highly fragmented market. We see a lot of small players solving different parts of this problem. And then we see other larger players who are -- who have a more complete solution but they're actually on-prem, which is really interesting about this space. Those are on-prem solutions. Now we're starting to see the early signs of the salon prospects searching for things like online booking for salon, right? Just the beginning stages of this market shifting into that online world. We also see some of the larger competitors who are -- have on-prem solutions also looking to disrupt themselves because they know that the market will eventually move to online booking. We see them taking steps to move their customer bases into the cloud. Now MINDBODY is really well positioned with that shift to the cloud. We've been in the cloud for over 10 years. We have that experience. We've been able to prove it at scale. So as these customers must migrate to that future space, the proven solution is MINDBODY. So we're really excited about where we see this market going and the early signs that we're seeing.

So what are we going to do about that? If that's what the market looks like today, what are our core strategies? And Mike alluded to several of these: first is end-to-end verticalization; next is market segmentation by business size; being local, we talked about how unique these businesses are; and finally, bringing to bear all the information that we have to help these businesses succeed, to not only help them survive but to help them thrive. So those are the 4 main areas of our go-to-market strategy that I want to share with you today.

Let's talk about verticalization. So when we think about our funnel, we talk about demand creation, all of our marketing efforts. We're creating all this content out there. We're advertising. We're bidding on search terms. That's all very hyper verticalized, right? So that's not boutique fitness, that's Pilates, right? That's very deep, and everything that we're doing from a marketing perspective gets down to that subvertical level because that's the way these prospects think.

And then when we pass those leads on to the sales team, we've also verticalized the sales team. Now that's really important because when we're thinking about how a salesperson lives in their day-to-day world, right, they're talking to one Pilates customer and then they're talking to a yoga studio, they can tie

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

together those stories that -- those similar challenges that those businesses face, and they're able to have conversations and have those prospects not only know that the sales rep understands the software, but the sales rep understands their business. And the more that we specialize in this way, the more we see improvements in our conversion rates, in our metrics down the funnel.

Now customer success, that's a place where it's very important for them to have a deep understanding of the products. So here, we focus on platform. So they run across the entire business.

And finally, expand. When we think about expand, that is basically how we sell into our existing customer base. How do we make sure they're getting everything that they can out of the product? And there we have the same benefits as we have on the land side with that commonality for how -- what it means to run a business. So we've verticalized down, and we've created these teams to go after this opportunity in a very direct way.

The next core part of our approach is to understand, and Mike alluded to this, is that different businesses need different styles of selling. So Booker and MINDBODY have been at the SMB game, we are really good at acquiring customers at an SMB level. And to that, we're now adding the additional muscles of the mid-market and strategic accounts. So here, we're talking about things like account-based marketing, often thrown out as a buzzword, but the reality is we are working very closely with sales, we're able to identify who these accounts are, who we want to go after. And then we go at it in a joint way. Maybe they're getting a direct mail piece and a call and a cadence of e-mails, but it's a very specific strategy to go after these different types of business.

And as we move up to the really largest businesses, here now we're starting to bring in the partner solution. They have more complex needs. And we work closely with partner to make sure -- with our product team to make sure that we're giving them what they need, what their unique needs are so we can serve them most effectively.

The next thing I want to share is local. We talked about all businesses are local, small business are local. When you think about these business owners, they are really deep parts of their community. They're deeply connected into their communities. And so we need to go to where they are. So we're launching city manager programs, which we launched in the first half of the year where we're actually putting a MINDBODY employee into these markets so that they can drive both sides of that market. They're putting on education events where they're teaching these prospects and customers about social media, about how to retain customers, about pricing strategies. But it's in person, they're bringing these groups together. They're also bringing the consumers to the table. So they're attending all of the consumer events, and they're making sure that these consumers are understanding what they can get out of -- getting on the MINDBODY app.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

And JT, the blue versus the orange?

**Josh Todd**
*Chief Marketing Officer*

The blue versus the orange. So the orange is where we currently have city managers, and the blue is our next markets we're expanding. We have a pretty sophisticated way that we look at fit scores and other things that make up a market to make sure that it's a good market for us to go in and to really start building that personalized preference -- personalized presence.

Now so it's great that we got these local people in this market and we're building this -- humanizing this brand there, but we're going further. And as many of you I'm sure know, in the first half, we were advertising in Boston and San Francisco. So we had a consumer message that we are putting out into market, a lot out of home advertising, digital advertising, really bringing to bear a strong media mix with the consumer message to download the app. And what we saw was a nice increase in mindbody.io, which is our consumer site, a nice increase in visits to the site, nice increase in registrations within those markets versus control markets, but what's also interesting is we saw branded search traffic increase,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

right? Branded search traffic is where B2B meets consumer. And that's the part that gets me really excited because we have a consumer message in market and we're seeing the opportunities increase on the B2B side, so more prospects are looking for MINDBODY when we advertise to consumers.

We also saw retention improve in these markets. So the more we advertise to consumers, our customers are understanding that we're working to drive more consumers into their businesses. And we're continuing this strategy. As we look forward, the yellow dots represent all the prospects in the Denver Metro area, and we're surrounding those prospects with all of this type of out-of-home advertising, plus all the digital advertising. And what we're pushing is the fact that there are all these fitness classes, there are all these opportunities for consumers to try all these different types of engagements with these different wellness companies with the idea of FOMO for the businesses, fear of missing out, right? If these businesses realize that they have to be on the platform in order to get with these customers, then that's a great way for us to drive new business. And so these will be over Denver in the coming weeks.

And with that, I want to touch on the final piece of our go-to-market strategy. We talked about verticalization, we talked about segmentation, and we talked about going local. The final piece is how do we help our customers grow? And Rick talked about what constitutes a good life, and this is more than just a slide. Internally at MINDBODY, this is something that we consciously think about. This is a really important part of our mission.

And so we took that and it -- we flipped it over to say, what does it mean to be a healthy business? What does it mean to be a strong, growing business? What are the components of that, right? The owners, do they have the grit? Can they stick with it? Do they have the capital? Location, where are they? Business model, right? Market fit? Quality, can they attract and retain talent? Special sauce?

Now we understand our customers. We have -- truly have big data of understanding what's going to make a business successful. So we are able to take all that information, bring that information together to help them understand how to price their classes, how to pick that next location. So we bring all that to bear. And this business model, that's the part we can help them out with. If any of you were here last year at BOLD, you know this as a fact. And anybody who's here for the first time, you're going to see this over the next couple of days. The passion with the people that you will see is unmatched with anything I've ever seen. Where we need to help them is with this business model, and that's exactly what we're doing.

We're calling it the MINDBODY Advantage. And this is really -- we're core defying it. We're creating a modular approach to deliver that right education, whether you're 6 months from opening or you're thinking about your second and third location. We know what it takes to be successful, and we're building out all of the different granular ways that we can help these businesses succeed. Why is that important? We talked about GMV before. We don't want these businesses to just survive, we want them to thrive. So we need to take all those things that MINDBODY knows and bring those to bear to help them be successful.

So verticalized experience, segmentation, accelerate in local to accelerate those networks and finally, bringing everything that we know about the market to bear to help these businesses succeed, that's the successful on there for how we're going to drive growth and the core of our go-to-market strategy.

So with that, we can open up to questions.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Thank you, JT. Let's have Mike come back up. And now's the opportunity, we have about 10 minutes. So let's have a vibrant Q&A.
Sterling, want to kick it off?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

The slide that you had up there, [ like in terms of ] today, but in terms of the current businesses, and then you had the 120,000 future businesses, can you just talk to us? I didn't understand what the 120,000 businesses represented in the future. Is that maybe an indication of what you think is a realistic market share of the over 300,000 target businesses?

**Michael Mansbach**
*President*

So what we wanted to do is we wanted to build a model that looked out and said, a dominant player in the industry has -- can have up to 50% market share. A gorilla in the industry has 30% to 40% market share. What would that mean for us? It would mean that we go from our current roughly 18%, 19% market share to roughly 30%, 33% market share. So however long that takes us to get those seemed very reasonable and very attainable numbers to achieve. The 120,000 represents a line of sight for us at some point in the future.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

The point of it is that we think about -- we're always thinking 4x to 5x ahead of where we are right now. And of course, if 4x to 5x from where we are right now has tapped out our opportunity, then we need to start expanding our definition of target market. And Mike's point was that we'd be nowhere near tapped out. In fact, we'd be hitting the sweet spot at about that number.

**Michael Mansbach**
*President*

Plenty of space.

**Unknown Attendee**

Could I follow up on that?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes?

**Unknown Attendee**

So the number, the subscriber number going to 1 million, but you also gave the 1.8 -- you gave the 1.8% take rate going to 3%? How does that happen? And how do you -- is that pricing increases? Or how do you expect to get to 3%?

**Michael Mansbach**
*President*

ARPS -- that's ARPS growth. So the question if anybody out here didn't hear it is how do you increase take rate? Right now, our take rate in industry comparison is very, very, very low. So we charge very little for what we do. So it is not simply the mechanism of increasing pricing, though, that's something that we'll reserve the ability to do over time. Really, it's the concept of adding value. It's the concept of doing more for our customers than we historically have. Things like Frederick, things like FitMetrix, which cause our customers to say, yes, we want more of that stuff, MINDBODY, and drives ARPS up to the right. So it's literally current.

**Josh Todd**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chief Marketing Officer*

Helping them deliver more immersive experiences, helping them simplify their operations further. There are many other vectors that we can expand on. Helping them grow their businesses and tapping into their marketing budgets. And so what we -- how we think about it is, all those vectors are going to expand in the years ahead, even before we think about increasing prices. Most of what you're going to see from us moving forward is prices going up in the context of additional value delivery ways of running the businesses. Does that get at it, George?

**Unknown Attendee**

Yes.

**Michael Mansbach**
*President*

So the other answer to your question is, those aren't -- obviously, those aren't fixed numbers. And each one of those toggles has its degree of variability in it. So if your mental model is they can't get to 120,000, they can't get to 200,000, then you need less ARPS. If the mental model is what happens if they get to 90,000, then you drag the ARPS numbers up. So we have multiple knobs that we can dial to increase both our ability to achieve the target market as well as grow revenue.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Brian?

**Brian Lee Essex**
*Morgan Stanley, Research Division*

Easy pass to the mic. Back to the target businesses, the 300,000 target businesses, can you give us a sense of how many of those are in fitness, how many in wellness, how many in spa, how many local versus international or domestic versus international? Just to get a sense of where your growth is going to come from. Are you already penetrated in the fitness space and most of the focus will come from salon and spa and other wellness businesses ? Or how do we think about that?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

So first of all, it is greater than 300,000. 300,000 is a conservative number. We see about half in salon and spa, about 1/3...

**Brett T. White**
*CFO & COO*

Rick, I'm going to cover that in my slides.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes. Brett's going to cover it in his slides. Half, 1/3 and the rest is -- 1/3 of this business…

**Michael Mansbach**
*President*

We're going to front-run you, Brett.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

The rest's going to go to val. Brett's like, please don't steal my thunder. So sorry about that, Brett.

**Josh Todd**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chief Marketing Officer*

Let's just steal more of Brett's thunder...

**Brett T. White**
*CFO & COO*

It will be validation.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Brett, I actually don't think you have this in your thunder, but...

**Josh Todd**
*Chief Marketing Officer*

It's rolling...

**Michael Mansbach**
*President*

To add some lightning, it's roughly -- there's roughly half in single locations and roughly half to a little less than half in multilocations. Some of which are 2 to 9, some of which are quite large. So it's -- you have 2 dimensions. You have the dimension of vertical, and you have the dimension of small -- what I'll call small medium and large.

**Brian Lee Essex**
*Morgan Stanley, Research Division*

Got it. I do have one follow-up, JT.

**Josh Todd**
*Chief Marketing Officer*

Sure. You've got the mic.

**Brian Lee Essex**
*Morgan Stanley, Research Division*

Yes, there you go. A question on the road map that you ended with -- or I guess you ended with. Where are we in terms of the development of that? Helping the businesses at least analyze their progress and become better business owners as opposed to just fitness fanatics?

**Josh Todd**
*Chief Marketing Officer*

Yes. So when we show -- when I showed you the chart, which was the translation of what makes a well life to what makes a good business, we're actually able to look at our customers and help understand and basically put them into categories to understand how we can help them better within that. A lot of what you saw is actually created. And what -- right now, what we're putting on it is the interface. So our expectation is that, by the end of the year, we'll have kind of the first iterations of this, but this is something that we're going to build on and grow over time.

**Unknown Attendee**

And where does that start? So now my wife's a fitness instructor as well and it's really hard to tell, I guess, as an operator. You get so many different types of offers, right? You got free month, free week, 10 ClassPass, whatever. It's hard to know who's showing up and like, am I even making money? Am I even breaking even by selling an extra mat or opening another class? And do you have that now or is that like coming?

**Richard Lee Stollmeyer**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Co-Founder, CEO & Chairman*

So you're speaking about analytics, and actually John Davi is going to touch on some of that with his product. To answer your very specific question, actually, right now, there's an average revenue contribution per pass report. So check with me offline and I'll show you where it is.

**Unknown Attendee**

Okay, all right.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

All right. Thank you. Yes, over here. And then after that, the lady over here, okay.

**Unknown Attendee**

So 2 questions. One, your 61,000 subs that are "sort of wanting to grow," can you delineate between that 61,000 and the other roughly 7,000? How do you characterize that? Second question, your ARPS opportunity roughly looks like 21% penetrated, that $329 versus the $1,500. Just curious like low-hanging fruit, where is the biggest opportunity to kind of grow ARPS on those 3 categories you got laid out?

**Michael Mansbach**
*President*

Yes. So the first question is of this -- what's the delta between 61,000 and 68,000. The answer is in many cases, these are sustainable, durable businesses, often out of the E8, right? So when we're categorizing target market, we're really talking about the English 8, that's what we're focused on. And again, it's incredibly important to recognize that it is not that there aren't many more opportunities outside of the target market or the E8. It is that, that is where we are laser-focused to get it right and grow them fast.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

And Brett's going to give more detail on that to protect his thunder.

**Michael Mansbach**
*President*

Protect his thunder, no more thunder.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes, and right here in front. There you go. Thank you.

**Michael Mansbach**
*President*

We had -- the second part of the question was where do we see low-hanging fruit. We see a low-hanging fruit in marketing, without question, in literally helping customers grow and retain their consumers.

**Alyssa Danielle Johnson**
*KeyBanc Capital Markets Inc., Research Division*

Great. Alyssa Johnson, KeyBanc. I was wanting to hit on kind of you mentioned partner kind of driven sales at the strategic level. I was hoping you could kind of unpack that a little bit. What does that motion with partners kind of look like now? How do you see that kind of starting to evolve over time?

**Michael Mansbach**
*President*

So do you want to answer that? Or should we leave that to Mr. McCarter, who's coming up in a bit?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes, in fact -- so I'll talk about status quo ante has been that we have generally sourced all of our new customers ourself and have not had channel partners. One of the things that we saw happening with Josh and his Booker team was they developed a pretty meaningful partner strategy. And so we'll let him dive in detail and give you some more meat on those bones, okay?

**Michael Mansbach**
*President*

It's good.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

How are we doing on time?

**Nicole Gunderson**
*Head of Investor Relations*

The total -- the last -- that was the last question.

**Michael Mansbach**
*President*
That was the last question.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

That was the last question. All right. We'll have other opportunity as we go through and right now, thank you, guys. I'd like to introduce John Davi. He is our Senior Vice President of Product.

**John Davi**
*Senior Vice President of Product Management*

Thank you, Rick.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Take it away, John.

**John Davi**
*Senior Vice President of Product Management*

Good afternoon, everybody. Very quickly. I'm delighted to be here, this is my first day, I've been here at MINDBODY for 6 months. I'm not new to MINDBODY. As a product, I am new to MINDBODY Inc.

Why am I here? I've had a lifelong -- I've had a life of being an early adopter on the nutritional side and on the proselytization of nutrition and overall wellness and fitness, whether it was low-fat, low-carb, Paleo. I was always the early adopter. And then, of course, every fitness craze that you could imagine, from NordicTrack to Bar, to the point of where I became a certified high-intensity weightlifting trainer nights and weekends back in 2011 and, at that point, a MINDBODY customer.

Rick talked about various elements of wellness. And I saw firsthand in training clients who are in their 20s and clients in their 80s how important physical fitness was as you age and as a part of our life. More recently, I've been an adviser and an investor in a robotic hair transplantation company and the leading online teledermatology service which helps with obviously hair restoration, how you look, your hairline, and then acne medication, and how your face looks. What used to be vanity is now just wellness. I'm very passionate about all facets of wellness. I'm delighted to bring my software-as-a-service, big data AI experience to bear now on something I'm so passionate about.

So all that being said, how do we think about product at MINDBODY? The core gut instant reaction or instant way to think about product is about features. What features and functionality are snazzy and cool and stand out? What drives our product team in delivering value? You've heard that from all of us today. We care about delivering value to our customers. What increments of value can our product deliver for you to better run your business?

How can we better deliver value to MINDBODY? Well, a clear way is to continue adding value to our customers across our differentiated product tiers. We'll talk about ways we've done that with the Booker product already. But as we invest in product, as we deliver value to customers, as we increase our share of our customers' wallet, Mike talked about, we want to make sure that we are appropriately compensated for that, and we are retaining and deriving value ourselves from the value we deliver to customers.

And third, as we think about what's important in our product and important in our ecosystem, long term, you can't get away from the fact that if we deliver new consumers, if we deliver new business, bring more people in the doors of our customers, that's the be all, end all. And so every decision we make in product, every choice we make, as in service, long term, how is this accreting toward this marketplace vision of driving more consumer adoption and engagement with their wellness. We're going to talk about that today.

Before we do, some quick numbers. Our target market customers, as we'd expect, overlying and taking advantage of more of the product. We want that to happen. Our product, you'll see in the next slide,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

does so much in terms of running your business. Our target market customers are taking advantage of that, whether it's online booking, usage of MINDBODY payments, having customers on autopay or memberships.

I'm going to call out the bottom left quadrant. Branded mobile app is the only one of these 4 that's not core in our software. That's an add-on, that's part of our ultimate tier in the MINDBODY software package. It's double the monthly subscription cost. Not only does that represent, as you'd expect, the kind of value that we would want our target market customers to be taking advantage of, it's a huge opportunity for us to continue growing that particular product. And you'll see our plans for doing that across our platform.

Speaking of, I talked about the breadth and the expanse of the MINDBODY platform, this is how we view it. At the top, this is a focus on running your business. This is everything from the MINDBODY product, our new compatriots on the Booker side, to how we cater and craft the right In Studio experience. And when we think about delivering value to our customers, it's all about this. How do we continue making it that much easier for your business to be run for you to -- how do we facilitate your In Studio experience engagement with clients that much more easily?

And then increasingly, what we care about is how do we help you grow? How do we help you manage and build your brand? How do you engage and find new consumers? How do you hold on to those consumers? And a lot of our work going forward, a lot of our work that we've put in place this past year is in service of this.

We want to be and are becoming the platform to grow target market businesses. So our primary mechanism for new business acquisition of consumers is MINDBODY Promote. As Rick mentioned, the core of MINDBODY Promote, it's not even pricing. It's promoting intro offers and it's delivery of inventory through an affiliate network.

So what's coming? What are we investing in right now to further increase the value that MINDBODY Promote is delivering and to drive more consumers into our customers business? Well, promotions. This is a notion of our work in working with partners to facilitate discounted and/or free classes to just drive consumer adoption of the MINDBODY app and consumption of promoted inventory. There's no better way to get started in fitness than not having to pay. We'll get you in the door, get consumers in the door to our businesses through our promotions work happening in the back half of the year. We're always increasing the number of affiliates who can consume and deliver inventory to their consumer users. We are now working to expand our Dynamic Pricing technology. It's currently in existence in the MINDBODY app and as you'll see, on mindbody.io. This should be available throughout our ecosystem and in our affiliates as well to make sure that, that consumer, when they are ready to buy, can make that purchase of the appropriate inventory at the appropriate price.

And then we'll talk a little bit later about additional inventory, but the future of the MINDBODY platform is delivering the right inventory, the right beauty, wellness, fitness service to the right consumer at the right time. Right now, that inventory is from MINDBODY online. We'll increase our services going forward.

Of course, once you bring a new consumer in the door, we care a whole lot about making sure you can retain that consumer. How do you hold on to that client? Well, our branded mobile app I talked about is a significant way that our customers are doing so. We'll talk in a moment about how we've expanded this over the past few months into the Booker product line, but there's no better way to communicate with your consumer and to facilitate rebooking and consistent engagement with your brand and your business into the branded mobile app.

Through FitMetrix and many other decisions and efforts in product, we've improved all the ways you can engage with your consumers in the studio, in the salon. This is a screenshot of the FitMetrix visual workout builder, which enables drag-and-drop customization of a custom permutation of any workout you'd like to offer your consumers In Studio, displayed on individual stations or the main screen to lead a class based on drag-and-drop videos that we provide, but that if you're still engaged, that you can provide to help produce a custom experience on monitors throughout your studio. Whether it's the check-in app, increased facilitation of individual trainers being able to share their open inventory in social networks, all investments we've made in product over the past quarter or 2.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In-product alerts. It sounds like a small feature, but this is a big deal. The notion of having to run a report, to pull data from the system to find out which consumers or clients you might need to act upon, adds too much friction to our customer base. We've released a new in-product alert framework that brings to the surface, when you're logged in to your MINDBODY dashboard, which consumers you need to act upon. Do you have failing auto payments? That's a consumer you need to reach out to, a client to talk to. Are there credit cards failing? That's worthy of a conversation. Are there promoted offers or introductory offers that are expiring? Those are times when consumers are ripe to make sure that you're engaged and you can retain that consumer.

As we move forward, our integration of marketing automation, our Frederick partners, our acquisition of Frederick product will help make this even more turnkey. When consumers are ripe for engagement, Frederick will help automate that. This is a screen from our new integrated MINDBODY marketing tab rolling out later this month, which consolidates the Promote and Frederick retention efforts into a single screen in the MINDBODY interface. And it's just the beginning for the integration of Frederick automated functionality throughout the MINDBODY platform.

Speaking of integrations. Yes, through our acquisitions this year, we now have a host of new products, new platforms that we need to think about consciously. All of our integration work is driven by this concept of a marketplace, of how do we deliver more consumers to our customers. The vertical specific bundling of FitMetrix, this is an easier way to sell the FitMetrix combination of features and functionality. It also is an expanded effort to sell the FitMetrix product to non-MINDBODY customers and expand beyond and continue to expanding the FitMetrix ecosystem on other MINDBODY platforms. We'll talk about that in a moment.

We've already worked to integrate Frederick functionality into MINDBODY and Booker. In Booker, on July 1, we integrated the first aspect, a teaser of Frederick functionality in curating and sending highly customized e-mails to your consumer base. We'll do the same with MINDBODY in the coming months, an expansion upon our marketing effort.

Then more to the point, for the time being, MINDBODY and Booker's products are going to remain distinct, however, with increasingly shared services in service of this marketplace. This is my favorite slide. I will try my best not to go too deep. But this is when I talk about a shared services layer. This is what facilitates our marketplace and our long-term horizon of driving this much more business and more consumers to our customers.

So at the top, these are sources of inventory, inventory or classes, appointments, bookable engagements with your wellness. At the bottom are all of the consumer touch points, where are consumers interacting with this potential inventory, whether it's In Studio, whether it's booking on the web, a branded experience on our customer's website, the MINDBODY app, mindbody.io, you can read those.

Let's focus on this central layer. When I talk about a shared services layer, what facilitates this marketplace experience? Well, these are the core efforts. Identity, we need to know who consumers are, whether they come from Booker customers, whether they come from MINDBODY customers, whether they come from a partner facilitated by FitMetrix. A single view of the consumer is integral to understanding how they're -- what are they interested in, what kind of wellness services are they adopting and taking advantage of in the MINDBODY platform.

Our work in a shared service layer has started on identity, will continue throughout 2019 to give us a single view of consumers, regardless of their origin.

As part of that, CRM, which is the engagement of our customers with this consumer base, a single view of managing these individual consumers, regardless of their origin. If they interacted with your business, we need to have a single view of that consumer and how you coordinate your communication, how you manage your engagement with those consumers.

Of course, that communication has to run on a messaging platform. As more and more consumers from more and more touch points integrate -- or excuse me, utilize the MINDBODY platform, we have to be very thoughtful and also very aware about how we deliver messages and notifications to that consumer.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

A single messaging platform, a notification platform helps us to ensure that we can deliver automated opportunities to consumers, whether it's a uniquely tailored dynamically priced class, whether it's a last-minute opening with your stylist, whether it's a nail appointment, it can be delivered to that consumer in the right channel at the right time and also to the right consumer in the first place. Moreover, that's a foundation for messaging. And we think messaging, which is the ability for the consumer to respond, to engage with the business through my SMS channel or other messaging channels, through e-mail, this is very likely a foundation for future booking. Not all booking may be occurring via web-based form or an app-based form, but we think transactional messaging is very likely to be a way forward particularly in beauty.

Inventory aggregation. We talked about inventory, it's classes, it's appointments. It might be from MINDBODY, it might be from Booker, it might be from partners facilitating by our FitMetrix engagement. We need to consolidate this inventory into 1 location in our platform service and then distribute it out wherever that inventory is most appropriately consumed, to make sure that if this class is available through MINDBODY, it's available in the MINDBODY app. It might come from a third-party provider, a partner through FitMetrix. We want that same class offered to consumers in the MINDBODY app.

We're going to talk about Payments 2.0. But inevitably, when you're booking, we care about making sure that you're able to pay or authorize that transaction. And that is a rich vein and rich source of data around consumer behavior. It affords numerous opportunities for increased value delivered to the customer base and simply needs to be a core service throughout our platform.

And then finally, there was a question here about data and analytics. Yes, based on a single identity of consumer, there is no way around the importance of analytics and our ability to do more intelligent things with data, to make sure that we offer you, as the consumer, through the MINDBODY platform, the most appropriate, most tailored experience and services possible. The only way through that and to that is through a single aggregated analytics platform.

Some touch points of things that we've done over the past 6 months in service of adding value to customers and driving toward the marketplace. I mentioned on July 1, we brought our Booker product into parity with MINDBODY from a packaging and pricing standpoint. Part of this was introducing much more value in the Essential tier for Booker to make sure that running your business was that much easier in starting off with the product.

We also integrated Frederick basic functionality in the Accelerate tier, along with 2-way SMS to make sure that the basics of messaging and communicating with the business were part of that Accelerate product.

And then, we are now starting to sell this month a Booker-branded mobile app. This is a brand-new foundation of our branded mobile app platform. It's a highly demanded piece of functionality from the Booker customer base. It drives this new Booker Ultimate tier and we think will help drive the growth of online booking adoption and engagement with the Booker customer base and their clients.

And as I mentioned, this is a brand-new foundation for the future of all of our branded mobile apps. And we will continue to invest in this new foundation on both the fitness and beauty and wellness side through the rest of 2018 and into 2019. If you're around through BOLD, you can see some of these example apps at the product playground, which I think is a floor or 2 downstairs.

Payments 2.0. I mentioned the identity work is one of the core shared services that we've started on. Payments 2.0 is another. And in fact, this new approach to payments is live in Hong Kong and Singapore this month. We have pilot customers already onboarded and processing payments through our new Payments product.

Why is this a transformation? Well, it's a transformation from first step in processing payments as a customer. New customers to Payments 2.0, instead of having this as their experience for signing up for payment processing, which -- this is a near interminable slide, but just think about it in real life, there's 13 individual steps you need to go through to sign up for a new merchant processing account, oh, there's the 13th. And days of wait before you can take actual payment to start processing as a payments processor. With Payments 2.0, this is the actual payments application. It's a single screen. So our new

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

pilot customers in Hong Kong and Singapore have gone through this screen. The moment they hit Submit, there's an approval. They're taking payments instantly. So we've changed this from 13 screens and days of waiting for approval to a single screen, instant payments. And then customers are able to get payouts to their account on their schedule, often as quick as 2 days.

Numerous other benefits to customers in addition to that frictionless onboarding. This allows us to offer consolidated reporting in the MINDBODY product instead of through a third party. I mentioned the importance of analytics in our platform. This also gives us a view at MINDBODY into the payments behavior and activity of our customers. And it also enables future value propositions, including net remittance. I'll talk about net remittance in a moment. We've started to test this out with the MINDBODY Promote product earlier this summer. But once MINDBODY is in the mix in payments, there's a lot more opportunity we have in the future.

Obviously, the benefits to MINDBODY. We've started in Hong Kong and Singapore because this helps us complete the whole product internationally where we aren't able to offer payments processing or haven't been. It will increase the attachment rate for Booker and MINDBODY customers as they onboard. A single payments layer makes it -- it's easier for us to support, much easier for us to drive features to market. And more importantly, the way we have built and are building Payments 2.0 is so that we are processor agnostic. So when it comes to working with and having leverage in the future, we've got that built in from the beginning. We are not wed to any particular processing back-end.

And we expect this will help us accelerate our target market expansion and then facilitate future acquisitions should we choose to go down that road.

Let's talk about Promote. I mentioned that we'd done some work on net remittance models. The first step that -- our first work in MINDBODY Promote was consolidating the features, Dynamic Pricing, promoted intro offers and participation in our affiliate network into a single management interface in our MINDBODY product. That happened this year with the rebranding or the branding of these features as MINDBODY Promote. We also introduced a payouts model, so that as you onboard into MINDBODY Promote, we no longer send you a bill at the end of the month for those consumers we've driven to your door. Instead, we deliver funds in your account net of fees. The only thing MINDBODY sends you is new consumers, new clients in your bank account, again, in as little as 2 days.

And then we've expanded. We plan and we are at work now to expand our inventory, I mentioned that earlier, with Booker inventory. MINDBODY, as a source of inventory, is just a start. We're very excited to expand into the appointment base world in spa and salon with Booker inventory being integrated into MINDBODY Promote and the MINDBODY app and MINDBODY web in 2019.

And then speaking of MINDBODY web, we've been talking about it all afternoon. We are thrilled to release officially today mindbody.io, which perhaps in the break, you can go ahead and visit. I'm going to do it live for you right now. This is www. -- if I can find my cursor -- mindbody.io, here we go. And this is the same great direct-to-consumer experience that we've delivered on within the MINDBODY app, now on the web, which allows us to take advantage of organic search traffic that is robust to mindbody.io, but also gives our customers yet another acquisition channel.

So in this case, we're here in San Diego. We can browse through inventory to see what's available nearby. You can see that Promote is up and running with discounted services, last-minute offers, all available for us to browse, book and schedule at mindbody.io. And I encourage you in the break to fire it up on your laptops, your phones and play around with that.

And that's it.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*
Thank you, John. We have 5 minutes for Q&A with John. And then after that, we'll take a break to reset for our customer fireside chats, light the fire, if you will. So let's start here on the corner. Just a couple it looks like, yes.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Attendee**

Just on the things you mentioned in the shared services layer, how far along are you on each of those? And when will they all be done?

**John Davi**
*Senior Vice President of Product Management*

So when would they all be done? The answer to that is probably never. These are areas that should receive perpetual investment, and they will be lifelong investments for the product. First thing is first, this needs to start with an actual platform. This has been in development for the last 6 to 9 months. It even predates our acquisitive nature and acquisitive behavior. The 2 first services that we have been investing in, identity and payments. The others are in flight. We expect we'll have progress on all of these in 2019. The new platform time-to-market is -- it's very short.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Brian? Let's go to Brian and then Sterling. I was trying to be democratic, Brian. I figured Sterling had the first try. Go ahead, Sterling.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Yes. On one of the slides, you talked about or it listed keeping Booker separate but an increasing amount of shared services. But I'm kind of curious, the Booker road map, in particular, now that you're there underneath the covers, et cetera, what are maybe some of the first big milestones that you would like to deliver to the Booker community?

**John Davi**
*Senior Vice President of Product Management*

I'll tell you the first one and, as I mentioned in that slide, was branded mobile app and the ability to extend Booker customers' brand into a branded app. The inventory in the MINDBODY app is another highly sought-after feature and functionality. We've got a host of other areas of investment that, I think, the shared services layer will drive, in particular, in the salon and spa space in the Booker product, messaging and notifications and its ability to facilitate a better booking experience. There's constant innovation and efforts, and we've expanded our direct support of the Booker product. I think those are probably the highlights in terms of what's coming over the next 6 to 12 months.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Highlight 2 things, I would say, increasing its capabilities for enterprise customers, large franchises, of whom are -- many are very interested in it. And we've had some success already boarding some new ones. And also, I think HIPAA compliance are what would be important for Booker ultimately. So those are some key areas. Brian?

**Brian Lee Essex**
*Morgan Stanley, Research Division*

Yes, to follow up on that, so do you have a sense of what the attach was or what the engagement's like on the salon and spa wellness as opposed to fitness from branded app, Payments? It seems as though if you have a mobile app, whether it's straight through MINDBODY or through a branded app, you have a lot more engagement with such of higher frequency event, like going to a fitness class as opposed to a salon or spa. Any sense what the attach rates are with the engagements like through those 2 different segments and what you anticipate they might become?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Let me make sure I understand the question while John is thinking about that. So you're asking the level of success of businesses, branded mobile app versus those who don't; or the level of customer attachment to branded mobile app right now?

**Brian Lee Essex**
*Morgan Stanley, Research Division*

The level of engagement through your either the MINDBODY mobile app or a branded app for wellness, like, I guess, maybe not wellness, but salon and spa versus fitness.

**John Davi**
*Senior Vice President of Product Management*

Oh, it's significantly higher in fitness, of course, mainly because we have a much higher -- we have a much larger number of fitness customers overall, even after the acquisition and because the Booker application has not had a branded mobile app until literally this month. As far as consumer engagement, the vast majority of the bookings on the MINDBODY app right now are fitness classes. And it speaks right to what JT was talking about; the adoption curves of spa services are lagging behind the group exercise classes just because they're later to that game than the group ex people have been, I would say, 5 to 7 years behind. And salon's way back in early stages because of complexities and I think market inertia. And we see that as a huge opportunity moving forward. Ultimately, we're going to move all of these things to an online or mobile app booking environment just like we expect everything else in our life to be. And businesses that aren't capable of doing online booking will be at a severe disadvantage, we think, because this is what consumers want. It's what we all want.

**Brian Lee Essex**
*Morgan Stanley, Research Division*

But do the market penetration numbers that you had up there assume they reach parity between those 2 segments?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

I think you were talking about the 10% going to 33% in that lower left quadrant. Or was it -- because there was a...

**Brian Lee Essex**
*Morgan Stanley, Research Division*

Just the penetration like in terms of your ability to penetrate the TAM, the take rate, what you anticipate your...

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

For branded mobile app or MINDBODY app, is that...

**Brian Lee Essex**
*Morgan Stanley, Research Division*

Do those assumptions -- are those assumptions based on the thesis that your salon and spa engagement will reach parity with your fitness engagement?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

You're talking about Mike's talk about what we'd look like in a future state of ARPS versus...

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Brian Lee Essex**
*Morgan Stanley, Research Division*

Yes.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes, okay. So there's different sets of dynamics. In the case of a salon or a spa, the unit economics in terms of GMV per square foot tend to be significantly higher than a group exercise studio, but they have a generally card presence, credit card transactions. So it kind of nets out in terms of expected payments revenue per location. It's actually remarkably similar right now between the verticals. Booker came on board with us with significantly lower attach, and you guys have those numbers, and also, significantly lower take rate. And we're going to be addressing both of those. Ultimately, think -- we think our economy is moving to a card-not-present world, the ability to transact remotely, the ability for the business to take a credit card not only to secure that appointment but to be able to enable a frictionless checkout. You know how disorienting it is right now to take a taxi and at the end of the ride, you actually have to get your credit card out and fumble with the machine versus what we all experience with Uber and Lyft. We think that, that same phenomenon is going to play out in salons and spas as well as it had played out in the boutique fitness studios and that's generally card-not-present activity. Imagine finishing your salon or spa appointment and your app is enabling the checkout right in front of you, including the tip, all completely frictionless, all without the awkwardness of the slip of paper and writing something down. If I was on the restaurants offer business, I would bet on the same thing in restaurants. It's all going frictionless. Does that help?

**Brian Lee Essex**
*Morgan Stanley, Research Division*

Yes, very much.

**John Davi**
*Senior Vice President of Product Management*

If I can add, the appointment booking we experience is definitely significantly different.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

[ Chelsea ], one more in back there while he's finishing up. Yes?

**John Davi**
*Senior Vice President of Product Management*

In Booker, we brought a best-in-class appointment booking experience. We think integrating that and delivering that to consumers through a branded mobile app experience, through inventory integration in mindbody.io and the MINDBODY app will help drive consumers' expectation of online booking functionality and just being a customer in the way that you book salon and spa services. So that is one of the key components, obviously, of the branded mobile app you can see in the product playground and will be right at the gate in terms of facilitating this experience when it comes to salon and spa services.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Let's do the gentleman in back and I think then we have to wrap, okay.

**Brian Lee Essex**
*Morgan Stanley, Research Division*

Actually, you know...

**Richard Lee Stollmeyer**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Co-Founder, CEO & Chairman*

That's Pat -- sorry. Yes, it's Pat. Sorry.

**Brian Lee Essex**
*Morgan Stanley, Research Division*

That's all right.

**Brian Lee Essex**
*Morgan Stanley, Research Division*

You know your...

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

You look different in the…

**Patrick D. Walravens**
*JMP Securities LLC, Research Division*

Boy, I got the glasses.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes, you would do, yes.

**Brian Lee Essex**
*Morgan Stanley, Research Division*

You know your Payments 2.0 slide?

**John Davi**
*Senior Vice President of Product Management*

Yes.

**Brian Lee Essex**
*Morgan Stanley, Research Division*

So your fourth bullet was foundation of future value propositions. What are we talking about there?

**John Davi**
*Senior Vice President of Product Management*

Boy, what aren't we talking about there? Future value propositions. This is everything from royalty management, franchisee-franchisor relationships, payment of 1099 contractors in the studio and facilitating any kind of payments the business itself needs to make even potentially down to the MINDBODY service fees themselves.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

I'll add one more. We have been interested observers in Square Capital and Shopify Capital. I'll be perfectly candid. If you asked me 2 years ago, we were skeptical, concerned about the relative risk of lending money to small business owners. We've seen that they're delivering it successfully. I think when well applied and carefully applied, it can be an important value prop because many of our customers are borrowing money at ridiculous rates, credit cards or expensive lines of credit. So we think there's opportunity there all because as a payments facilitator, we become the merchant of record and all the cash is flowing through our accounts. And therefore, we have essentially control of the receivables coming in.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Brian Lee Essex**
*Morgan Stanley, Research Division*

Okay, great. And then, Rick, can I ask you -- and maybe this is coming up later. So when you showed us the advertising in Denver, is that to prep us for in order for this consumer strategy part to work, you're going to have to start to spending more on different types of advertising that you don't do today?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Well, I think, what John...

**Brian Lee Essex**
*Morgan Stanley, Research Division*

The big concern is TV. Are you going to start running TV campaigns? I think that's what people are wondering about?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

JT, do you have any TV ads planned?

**Josh Todd**
*Chief Marketing Officer*

No TV ads.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

No TV ads planned as of this time, no. Digital advertising and some exterior advertising. I think the main point that Josh was speaking on, Josh Todd, is what we found by doing consumer advertising was driving B2B inbound. I mean, of course, it was causing app downloads and hits on mindbody.io and it was causing new registrations and some bookings. It was also causing the other business owners of having a -- thank you for teaching me a new acronym, FOMO -- of yes, a fear of missing out. Yes, that's an important tipping point. And the reason for concentrating in these major metros is that you need to create this effect. And so Denver, we're going to apply very seriously for the balance of this year and perhaps further into the next year. And you can expect us to be expanding that out. As far as the level of investments, it falls on our sales and marketing line item. It, of course, replaces some of the other efforts necessary to generate inbound leads for B2B. And the level of spend you see right now is pretty typical, what you'd expect from us moving forward, no great increases imagined, yes, in -- as percent of revenue.

**Nicole Gunderson**
*Head of Investor Relations*

So we're going to take a quick break for -- just a quick 5-minute break. For those on the webcast, we'll resume at 2:40 with our customer panel.
[Break]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**MINDBODY, INC. ANALYST/INVESTOR DAY | SEP 18, 2018**

# Presentation

**Nicole Gunderson**
*Head of Investor Relations*

We're going to get started.

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

All right. Let's get started. My name is Aaron Stead, Vice President and General Manager of our beauty and wellness team. Rick asked each of us to give our quick why, and the inside joke is he took one look at me and said, "He's a little out of shape but he's got good hair. I think he can run beauty."

Well, for me, it's 3 things. First and foremost, can I make a difference? And does that make a difference? And in this world, I think we all want to make a difference. And as Booker came into the family of MINDBODY, I asked myself the question, can I make a difference in this business? And will that make any difference in the world? And certainly, what we're up to at MINDBODY, the second is true and jury's still out on the first but we'll see.

The second thing is working with people you love and respect and have fun being around. From the very beginning of our interactions in the process of merging the 2 companies, Booker and MINDBODY, I enjoyed every interaction. The men and women of MINDBODY are so passionate to the cause. And we saw such a natural synergy between our core values at Booker and our company purpose at Booker. It's a very natural, "all part of the same family" interaction. And from the very beginning, that was a yes for me.

And lastly, at heart, I'm a sales guy. I'm a capitalist and I want to make money. And as you think about the economic opportunity of MINDBODY, is there an opportunity for us to make money and the answer's absolute heck yes. When we think about the 2 sided marketplace, when we think about how beauty and wellness is just lagging a little bit behind the fitness industry, how much upside we have, when we think about our 61,000 businesses in comparison to our 300,000 and not even to mention the other 4.2 million, that could be opportunity for us down the road someday.

So for those 3 reasons, I'm very pleased to be here today. And instead of as a hermit listening in on the other end as one of MINDBODY's customers, I'm happy to be here in person today.

All right. So my job today is easy. We want to introduce you to 4 of our target market customers across beauty, wellness and fitness. These 4 customers represent, we think, very well the 2,000-plus customers that are part of the BOLD conference this week, of which I encourage each of you to spend time with as you wander around the conference.

First, I want to introduce the founder and owner, Jennifer Blair, of Deka Lash. Deka Lash is our fastest-growing Booker by MINDBODY customer, and she has a tremendous story that I think you'll enjoy. So Jennifer, come on up. So why don't we start and -- oh, microphone. Why don't we start and I would love for you to share just the background of how Deka started and how you've integrated your family, your daughters and how the business is today.

**Jennifer Blair**

Sure. Basically, I took an eyelash extension training class back in 2011. At that time, I had no idea how lashes were going to change my life. I had no intention of branding, franchising. I was just basically trying to get out of the house to make a little bit of extra money. After -- what initially had me interested in eyelash extensions was I wanted to have the service done myself. And I was searching for a place locally in Pittsburgh, where the company started, to have it done and had a hard time finding anywhere to get it done. And the places that I did find had very limited appointments. It was more of an add-on service in a salon or spa then. Nobody was really focusing on it. And it was also very expensive. So we're looking in the $300 or $500 range. As I was looking for the appointment, I came across -- this training kept popping up. And we were already kind of in the beauty business. So I thought maybe I'll just start doing eyelash

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

extensions myself. So that's kind of what I did. I rented a single room out of a salon in the basement of a salon and spa and started doing the services. I quickly realized how much women were addicted -- basically, it's not a good word, but to eyelashes. They absolutely loved it. The look of what they -- when they would look in the mirror after having the service done and the smiles and the hugs that I was receiving and the compliments that they were telling me they were getting from people after having -- just random people stopping them on the street, asking them about their eyelashes and where could they go and get it. I developed a real passion myself for the business. And it was not only making women feel good, but it was making me feel good to help people.

After that, we decided -- as the clientele grew, we decided to move out of the salon and start our own, stand-alone, dedicated eyelash extension store. And we believe that if you were specific to one service, you got really good at it, and that's what we did. We got really good at what we did, and people were driving for hours to come and get an appointment.

After that, we saw something. My husband's like, "I think you have something here." And I said, "Okay, I agree." And we opened up more studios and basically took over the Pittsburgh market. After 4 stores opened, we started -- in 2016, we started franchising. And we now have over 38, maybe 39 stores open now and 190 under commitment to open.

So that's how we did it.

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

Fantastic, fantastic. There's a couple of things you said there, points that I want to draw out. When we think about connecting the world to wellness, it isn't just fitness that makes the world feel good and feel healthy. And when you said the hugs you received and the feelings that you saw in other women as you were giving those eyelash extensions, to us, that is the fulfillment of the promise as much as the high-intensity fitness workout.

You guys are doing something pretty innovative from what we've seen on the beauty side in terms of your franchise stores' revenue models. Do you want to talk a little bit about that?

**Jennifer Blair**

We're basically a membership model. Originally, we didn't know if we needed the membership. The customers were coming back. The one thing about eyelashes, you need to keep up with them every 2 to 3 weeks or they're not there anymore. But what we were getting from our customers was, "We wanted more of a loyalty-type program," and that's kind of what the membership was able to do. So by signing up for a membership, they were able to save money on their future services.

So we still have the member and nonmember model, but 95-plus people participated the membership. And we actually use Booker to help us. We have 3 different levels of memberships. So they can come in once a month, twice a month or they can have unlimited appointments each month. So -- and then we also have tiers depending on where our studios are open that we're able to set up different tier prices and charge different amounts depending on what cities studios are open in.

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

Awesome. Thank you. Very similar to what we experienced in fitness studios, to have a membership model or a recurring subscription model for the locations, I think it's super innovative and something we're starting to see more and more on the beauty side. Tell the audience a little bit about your journey in finding the right solution for running and growing not just the 4 locations in Pittsburgh but now all the locations you have wide plus the ones coming. You started with MINDBODY actually.

**Jennifer Blair**

We did, yes. We started with MINDBODY and we -- as we were looking more into the membership model and it was when we had the 4 stores, we had MINDBODY, and as we started to grow the franchise model,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Booker came up. And we -- one of the top -- the Drybar was using Booker. So we were kind of saying, "Okay, we would love to be a Drybar someday and have that many stores." So we kind of looked into it more and -- but the MINDBODY was a little more for the fitness and the Booker was a little bit better for the beauty and the membership. The membership part was something that really worked for us.

The other part that we liked was one of our biggest competitors, they don't have an online booking solution. So Booker was able to do that for us. And most of our clients that we -- when we look at statistically how they book, they actually book online from their mobile phones. So that was another big part of moving to Booker as well, the -- how friendly it was and user-friendly.

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

Great. So the locations have just adopted Frederick. Can you tell us a little bit about what the franchisees and the locations are doing for marketing as well as what's happening at the corporate level?

**Jennifer Blair**

Yes. I mean, Frederick has been great for us. We use it a lot for marketing and sending out e-mail blast. It also is an appointment reminder, which we didn't have that before. So if someone doesn't confirm their appointment online, it sends them a message, I believe, up to 5 times to remind them to hit the little button that says yes, and it gives us a thumbs up in our appointment so we know that they've confirmed, which has cut down a lot on our no-shows. Like I said, promotions are specials.

And then another favorite part of Frederick for me is the reputation management part of it. So for us, a lot of times, our franchisees are -- come -- they come from the corporate world and they're like, "We don't know anything about eyelashes. How are we going to know if someone's doing a good job?" Frederick will send down an e-mail and ask them -- it's a simple question, "How -- would you like to -- how likely would you be to refer your -- to a friend?" And it's a 1 through 5 star and they can either write a comment or just hit a star, but it gives us a great insight onto each studio on how they rate so we get a percentage. And as an owner, not only for the stores I own, but as a whole, that we can look at all of the studios and really help the franchisees know how to manage their customers better and helps manage people. So it's a great neat tool for when you're having one-on-ones with your employees. So Frederick's been great, yes. Everybody's using it. So it's across the board. Everybody, hands down, really likes it.

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

Great. Thank you. You're definitely an innovator, influencer in the beauty space. Are there any market trends, anything that you're seeing either inside your business or as the beauty market continues to evolve and adopt technologies like Booker and Frederick?

**Jennifer Blair**

I mean, we're always trying to keep up with the trends too ourselves, feeling that's -- my husband will joke -- he's my business partner now but he's with -- he's a graduate from Carnegie Mellon and we always want -- he says, "We're a technology company that does eyelashes." And I'm like, "No, we're an eyelash company that's good technology." So yes, we're just trying to keep up with it and work with our systems and try to make everything good.

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

Awesome. Well, thank you for being here with us today.

**Jennifer Blair**

Yes, my pleasure.

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

It's been neat to see the Deka Lash brand grow. A new location opened up just a few miles from my house, and my wife is a loyal customer. So thanks for being here.

**Jennifer Blair**

Awesome, okay.

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

All right. Thanks, Jennifer. So when we think about beauty and wellness, we wanted to obviously have Jennifer and Deka represent beauty. I want to call out Dr. Lindsey Jackson from Revive Med Spa to kind of represent the wellness category of our target market. Dr. Jackson has a tremendous story that we want to share with you today, some triumph and pulling through. But Dr. Jackson, come and join us. So why don't you start with the story of Hurricane Harvey and how that changed the course of history for you and your business?

**Lindsey Jackson**

Yes. Boy, we actually founded in 2016. I'm just a physician who had an idea for a cash model for business, just seeing the declining reimbursements in surgery, came from general surgery trauma, and we were working harder and making a lot less money. So just for job security and time with the family, I decided to build Revive, a cash-pay model; also had a masters and PhD in cell biology and had looked extensively into the IV vitamin models especially as it concerned cancer patients. So we established in 2016. And I think if you guys know any doctors, you probably know that we're not the best business people, so kind of haphazardly picked our first software. And Hurricane Harvey was a real eye-opener in terms of realizing what our limitations were with our software. There are some pictures of our office manager in a kayak paddling up to the front desk to try to retrieve our desktop because that was the only way we had access to our client base. It was all in that computer. We had to have that computer in order to access our clients and their data. All of our charts were lost in the flood. Luckily, it managed to survive -- they had some water damage, but we had some computer engineers retrieve the data. But we had some refugee locations set up, where we had -- we have patients that couldn't miss a weekly vitamin administration. Some of those were cancer patients. So we had a chiropractor who took us in. We had a competing business actually who took us in, and we were running out of their business. The problem was we needed our desktop in order to be able to check clients out. It was a real limitation. And meanwhile, the chiropractor with whom we were working had MINDBODY in place in his facility, and the office manager was like, "Let me show you what this can do. This is real software. This will help your business." And as soon as we had a facility back up and going, we made that switch. And it made all of the difference.

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

Tell us a little bit about your expansion plan.

**Lindsey Jackson**

Yes. So actually, after -- we had just opened our expansion the week before Harvey hit. So we lost all of our furniture and equipment. So in the rebuilding process, after the introduction of MINDBODY, we actually have doubled in size in just 6 months' time actually. So we expanded to an additional -- like we doubled in size literally, the square footage. So we have a new business open, split out the IV and wellness from the med spa side, and have stayed incredibly busy. So we're looking at just starting the franchise process now.

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

Great. Tell us a little bit about what you're seeing on the wellness side, industry trends. You and I spoke a little bit about it. You're starting to see it evolve more and more. And one of the things you're excited to do is grow quickly and franchise out and stay ahead of the curve a little bit. Tell the audience what you're observing there.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Lindsey Jackson**

Yes. It's -- there's a lot of physicians going into wellness in a cash-pay model because of declining reimbursements. So there's been a lot of developing competition in our market. So the ability to reach people now with the marketing aspect of what you guys -- what MINDBODY is able to provide, that has opened up a whole new level of reach. We have people who actually fly in to see us now that never would have found us beforehand. So it's -- yes, we're just really looking forward to expanding this business.

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

Awesome. Well, Dr. Jackson, thank you for being here. Thanks for sharing your story. And I think you've got a little more exposure with the video and context for the audience tomorrow. So thanks so much for being here.

**Lindsey Jackson**

Thank you.

**Aaron Stead**
*VP and GM of Salon, Spa & IH*

All right. So I'm going to call up my friend, Stephanie Jennings, who is going to moderate a couple of customers on the fitness side. Hi, Stephanie.

**Stephanie Moran**
*Senior Vice President of Sales*

Thank you. Hi. All right. Good afternoon, everyone. My name is Stephanie Moran, formerly Jennings, which is why Aaron said Jennings.

I have been with MINDBODY for 10 years. And since Rick wants us to share why, my why is pretty simple for me. For the last 20 years, I've been in technology, sales and leadership. I've worked in the telecommunications space for quite some time. And my passion, because work isn't always our passion, it's what makes us money, has been fitness, beauty and wellness.

So in 2003, I became a certified fitness instructor. I'm a massive consumer of everything our customers offer. And I recently, in the last 2 years, purchased a studio myself. So I'm also a studio owner. So talk about practicing what you preach, I definitely do that. And today, I'm really excited that I actually got to pick a couple of customers that I really love their brands. I consume their brands. So I can actually speak with these folks today as someone who takes their classes and enjoys what they have to offer.

So I'm going to first call up Sarah Larson Levey, who is with Y7, to join me. Test, test, and this is on. I'm going to change sides if that's okay. So Sarah has had an incredible journey that I'm really excited about her sharing with us today, starting Y7, as you can see, back in 2013.

I'd call Sarah a disrupter in the industry. Yoga has been around for decades and has a philosophy behind it. And Sarah was actually able to bring heat into the yoga studio. But not only heat, there's something else beyond that that's just so disruptive and so amazing that consumers are just clobbering for.

So what I'd love for you to do, Sarah, is just kick off with telling us about how you got started and how all this Y7 craze began.

**Sarah Larson Levey**

Sure. So thank you, by the way, for the lovely introduction.

**Stephanie Moran**
*Senior Vice President of Sales*

I'm a fan. I travel all over to take these classes.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Sarah Larson Levey**

One of my best clients. So Y7 was really started out of a personal frustration that I had within the yoga space. I was going to several studios throughout the city and would leave super frustrated because I wasn't satisfied with the workout. It was either slow or really meditative, and I felt like I had to go to the gym afterwards. Or I was in the class in front of a mirror, staring at myself, wondering, "I don't know if I'm doing this right. I don't know if I'm supposed to look like the girl next to me. I don't really know what's happening. I'm a little embarrassed to try anything because nobody looks good in chair pose." And it was just a really frustrating experience for me, but I love what yoga stands for. I love the mind-body connection, no pun intended. And it was just really important to me to find a space to practice at.

So Y7 is a space created for people who really think that yoga wasn't for them because I was one of those people. We are a dark, infrared-heated, candlelit studio with no mirrors, and we practice to the beat of the music.

**Stephanie Moran**
*Senior Vice President of Sales*

That's -- it's amazing. I think it'd be awesome if you share with everybody. I was so surprised when I finally got to meet you and you shared with me the first location, size and number of mats and where.

**Sarah Larson Levey**

So this is a real side project. We actually started as a pop-up. Again, I created the space for myself. I hired teachers off of Craigslist, told them how I wanted them to teach. And thankfully, somebody at the end of the month-long pop up asked to buy a package. So I politely lied and told her we are working on a lease for our first permanent location and I would be in touch. I found a really great space in a sort of shared, co-working environment. It was 300 square feet. We checked people in, in the hallway and we could only fit about 8 mats, max.

**Stephanie Moran**
*Senior Vice President of Sales*

Yes, amazing, and now 10 locations. And what's your biggest location, number of mats?

**Sarah Larson Levey**

Our biggest location is Upper East Side. That's the 1 studio that we do have 2 studio rooms in. So we have 26 in 1 studio and 16 in the other.

**Stephanie Moran**
*Senior Vice President of Sales*

And I got to tell you. Like whenever I book, it's impossible to get in. I have to book in advance because these classes are always for full. So it's awesome. Curious. I know the part of the story I'd love for you to share, why you chose MINDBODY. You originally started with TulaSoft back in 2013. So how long you were with TulaSoft when you decided to move to MINDBODY and why?

**Sarah Larson Levey**

Yes, we did. We were self-funded up until the end of 2016. So for us, I was funding the business with my day job and just throwing that extra cash I was making into the business. And for me, it was really -- MINDBODY wasn't an option, budget-wise. As we started to grow and we moved into our second location in early 2014, it became really apparent that if we wanted to use ClassPass, have an integrative system, make the booking experience pleasant and easy for our clients, that we needed to switch. So even though it was a little over our budget at the time, MINDBODY was really the only choice. It's the leader in the market and the only software that made sense for us.

**Stephanie Moran**
*Senior Vice President of Sales*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. And I know you used ClassPass a lot when you got started. That was a big part of drawing new students in, big reason why you've moved to MINDBODY, the integration.

**Sarah Larson Levey**

Absolutely.

**Stephanie Moran**
*Senior Vice President of Sales*

What's -- and that's a big marketing tool, right, and has been for you.

**Sarah Larson Levey**

100%.

**Stephanie Moran**
*Senior Vice President of Sales*

Especially when you do new pop-ups, right?

**Sarah Larson Levey**

Yes.

**Stephanie Moran**
*Senior Vice President of Sales*

What other marketing tools are you using, technology or non-technology? I know social's huge for you.

**Sarah Larson Levey**

Yes, social media is really huge for us. We really built our business off of Instagram. And now we're really using a lot of more advanced software that is integrated with MINDBODY. We use Venga for CRM and e-mail marketing. We do iKizmet for data and reporting. We just started doing FitMetrix, and we also use a new feature actually using a technology called NetGym.

**Stephanie Moran**
*Senior Vice President of Sales*

Yes. It's -- you guys saw earlier in one of the presentations, we have 800 integrators. NetGym's a new integrator. I think it's really cool what they're doing and they help you with the substitution for teachers.

**Sarah Larson Levey**

Yes, it's really amazing. So we have over 100 yoga instructors. And as you can imagine, emergencies come up often. So NetGym's really fantastic where it's a platform that the teacher can go in, open up a class for subbing. Any teacher that is not scheduled already at that time has the ability to pick up the sub. So before NetGym, what we were doing is just a full e-mail, "Hey, guys. I need a sub on this day. Who can pick it up?" We would get teachers double-booking themselves, overextending. We had a teacher who booked herself for 24 classes in a week, which was insane. And it just wasn't sustainable for us to do as we continue to grow. So NetGym has been really, really important for us.

**Stephanie Moran**
*Senior Vice President of Sales*

Curious, right, you have branded mobile app with MINDBODY because I know I can book your classes on that.

**Sarah Larson Levey**

We do.

**Stephanie Moran**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Senior Vice President of Sales*

You're also using the MINDBODY app to book classes, right?

**Sarah Larson Levey**

Yes.

**Stephanie Moran**
*Senior Vice President of Sales*

And then we've also talked most recently about kind of the introductory offers that you're doing. We're going to work on surfacing those on the app. That's why I said it. But you're not using Dynamic Pricing. Why?

**Sarah Larson Levey**

We are not. Yes, so we made a conscious choice not to use Dynamic Pricing. For us, a point of pride is that every class at every studio, no matter what time it is, is going to be the same level of excellence no matter where you are. So for us to devalue, say, a noon class on a Wednesday and up the price for a 7:00 p.m. on a Thursday doesn't really make sense for my clients. It's just not something that we want to get into and it doesn't really work with our pricing model.

**Stephanie Moran**
*Senior Vice President of Sales*

Right. But some of the other things on Promote, like our Google partnership and our Fitbit partnership, some of those other things really do excite you and talk about what you're interested in.

**Sarah Larson Levey**

Yes, absolutely, and especially for our new client specials, it's something that we don't really advertise a ton about, but it's really only relevant for us through the app and how our clients are going to get that information.

**Stephanie Moran**
*Senior Vice President of Sales*

Yes, great. If you could share with the audience then, fitness is definitely a little bit different from beauty, what are some of the hottest trends that you're seeing on the fitness scene, especially being in 2 of the biggest major metros that there are?

**Sarah Larson Levey**

Yes. I think in terms of physical fitness, I'm seeing a lot of hybrid workouts. So you're getting a lot of like yoga and surfing, yoga and boxing, running and boxing, and a lot of these kind of combo workouts, which I think are really great. But it will be interesting to see what kind of sticks and has legs because those kinds of activities to me aren't really sustainable in the long run. And I think that's what clients are starting to look for as they continue to delve into the boutique fitness market. And another thing we're seeing a ton in New York and L.A. is these sort of mini malls, I guess, you would say, of health and wellness, where there's cryo, there's infrared heating, there's IV drips, there's juice bars. And it's sort of this all-in-one place where you can go to get your health fix.

**Stephanie Moran**
*Senior Vice President of Sales*

Which I imagine, with you being on the MINDBODY app, those folks being on the MINDBODY app, you guys see crossover clientele?

**Sarah Larson Levey**

Absolutely, all the time.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Stephanie Moran**
*Senior Vice President of Sales*

Yes, super exciting. Just one last question from me. Inc. 5000, #80, congratulations.

**Sarah Larson Levey**

Thank you.

**Stephanie Moran**
*Senior Vice President of Sales*

How does that feel when you think about the 300 square-foot space?

**Sarah Larson Levey**

Really crazy. I'm an accidental entrepreneur and business owner. So it's been really, really wild but really exciting to be sort of recognized on that level and everything we brought to the space.

**Stephanie Moran**
*Senior Vice President of Sales*

Well, congratulations. It's super awesome to have you here. Thanks for being here.

**Sarah Larson Levey**

Thank you so much. Thank you, guys.

**Stephanie Moran**
*Senior Vice President of Sales*

So my second customer, also a disrupter in the space. How many of you have ever taken an indoor cycling class? Wow, awesome. How many of you have even taken it in the heat? Exactly, okay. So Mimi Benz, who is the owner and founder of The Sweat Shoppe in Los Angeles, come on up, Mimi, is joining me today. She's had a wide variety of success as well. Go ahead and take that and have a seat. Starting off in North Hollywood back in 2011 and then expanding into Toluca Lake, where she's now -- her location in Toluca Lake, it's hot. I hear a lot of people in Glendale and Burbank are going there. By hot, I mean heated indoor cycling. And she's also now in Atlanta and then adding a location Downtown L.A.

**Mimi Benz**

Hotlanta.

**Stephanie Moran**
*Senior Vice President of Sales*

Hotlanta. So Mimi, if you'd like to start off, just the same way, give us a little intro to how you got started. How this whole thing began for you.

**Mimi Benz**

Sure, yes. I've been a spin addict since 1996, not to age myself or anything, but it's been a while. So it's been an obsession for a long time. And I met my husband at a cycling studio. After we had our first baby, I was in pursuit of trying to drop that baby weight and had a couple -- started coupling it with heated yoga. I became super obsessed with that. Every time I would take a cycling class, I was that person that got annoyed by the fans. I know we're very unique human. So one day, I was taking a cycling class at the gym that I normally take classes at and their AC broke that day, so that was kind of, like, my light bulb moment because I was really into the class, probably the only one maybe that was digging it. But I went home super excited to share my experience with my husband and pitched opening up a heated cycling studio to him. And he thought I was crazy. But he loves me, so he was sort of like, "Let's do it." So a year later, we opened up our first location in NoHo and we started off with half non-heated classes and half

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

heated because it was kind of a new thing, scary thing to try. And by year 2, we phased out all non-heated classes because people really took to it. So...

**Stephanie Moran**
*Senior Vice President of Sales*

And how hot is the room?

**Mimi Benz**

It's only 80 to 84 degrees, guys. It's not that hot.

**Stephanie Moran**
*Senior Vice President of Sales*

Not that bad. So they're all going to go try.

**Mimi Benz**

Yes. But we do use infrared heat. So it's a penetrating heat. So it can mess with your head a little bit.

**Stephanie Moran**
*Senior Vice President of Sales*

Yes, I notice infrared, both of these amazing women in their stories. So it's definitely hot and up and coming. Why infrared heat versus regular heat?

**Mimi Benz**

It's -- like I mentioned, it's a penetrating heat. So it kind of mocks the sun in that sense. So for me, it was -- it kind of tied into the detox benefits that we promote and all the science behind the heat training that we do. But also, there's also like from a sanitary -- it's not forced. Forced heat, just stuff travels through the air that way. So it's not as healthy. So it's just a healthier approach to heating the room.

**Stephanie Moran**
*Senior Vice President of Sales*

Yes. As a consumer, I can say massive calorie burner. I take a regular Vinyasa flow class, 300 calories. I burn 725, 750 calories in a Y7 yoga class. I normally do 500 in a 45-minute spin class. I walked out of your class and I had burned 825 calories. So if you're looking to get fit and lose, that's definitely one thing that the heat can do.

**Mimi Benz**

We cut to the chase. We don't waste time.

**Stephanie Moran**
*Senior Vice President of Sales*

So you actually started with MINDBODY from day 1. There was no question for you. Can you tell the audience why?

**Mimi Benz**

I have -- well, every studio I've ever worked at, managed, I mean, this is my passion. The studios I've worked out, they either had MINDBODY, or, if they didn't, I pitched it and promoted it, got them to change over to it because I just believe in the software so much.

**Stephanie Moran**
*Senior Vice President of Sales*

Yes. The first studio you worked out was actually client number 3, RPM Cycling, right, in L.A.?

**Mimi Benz**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes.

**Stephanie Moran**
*Senior Vice President of Sales*

Which I think they had the CD then, right? You put the disc in...

**Mimi Benz**

Yes. I had to insert the disc into the computer and there was no online access or anything fancy like that. But back then, I was like, "Yes."

**Stephanie Moran**
*Senior Vice President of Sales*

Yes. But in '05, we went on the cloud. It was like wow.

**Mimi Benz**

It was amazing.

**Stephanie Moran**
*Senior Vice President of Sales*

Awesome. You had actually told me that in 2015, when you went from NoHo to your Toluca Lake location, you actually swayed from MINDBODY for a minute. Can you share that story?

**Mimi Benz**

Yes. So Full Psycle kind of changed the landscape of indoor cycling in a big way, and one of the things that they do is spot scheduling, which is book a bike. So people pick a specific bike, similar to, like, ArcLight in movie theaters. And so we had opened up initially without it and people just kind of picked their own bike. They had to show up early if they were attached to a certain bike. And by 2014, we got quite a bit of requests for this type of capability in the software. So we explored zingfit. We transitioned over to them for 30 days, and it was the worst 30 days. So we didn't stick it out with them. I think seeing internally what MINDBODY does and just the depth of the reporting and everything was just to go from that to something like zingfit was really difficult for us on the business end. So when we transitioned back to MINDBODY, we partnered up with LiveEdit and were able to offer that bike booking.

**Stephanie Moran**
*Senior Vice President of Sales*

The book a bike, which now you're using FitMetrix for your book-a-bike features, right?

**Mimi Benz**

Yes.

**Stephanie Moran**
*Senior Vice President of Sales*

And curious, what other technology partners that are on the MINDBODY businesses you're using?

**Mimi Benz**

We use ClassPass. ClassPass has been great in terms of attracting new customers. But what I've found that if you have an existing space that's busy and established, it actually can kind of convert people into ClassPass users that were initially paying full price for classes. So I like using it to launch new studios to attract new clients in, but I wouldn't suggest using it once you're established anymore because it could potentially convert people to being just a full ClassPass user.

**Stephanie Moran**
*Senior Vice President of Sales*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then a similar question to what I asked Sarah, right. You actually are not on the MINDBODY app. You use the branded app -- mobile app.

**Mimi Benz**

Yes, through FitMetrix.

**Stephanie Moran**
*Senior Vice President of Sales*

And really bring all of your customers' history in that realm. And the MINDBODY app, Dynamic Pricing, those things that we've talked about a little bit, can you share why you're not on that yet?

**Mimi Benz**

So I like the idea of using it. I'm not -- any kind of method that we could bring clients in, I'm all for. But we're -- we have really strict scheduling rules. So we do like a weekly schedule release every Sunday at 4 for the week ahead. It's pretty standard in the indoor cycling industry. But what Dynamic Pricing and the MINDBODY app did was allow people, kind of, to find a secret entrance into the software without having to wait. So I had to dismantle that for that purpose. Otherwise, I would totally use it.

**Stephanie Moran**
*Senior Vice President of Sales*

Yes. That was your policies, your procedures kind of not matching with the way the system worked.

**Mimi Benz**

Yes, yes. And indoor cycling attracts type As, and they have their bikes that they like. And this became something that was quite upsetting to our loyal customers, realizing that certain customers were able to get in prematurely. So it's just a matter of just remaining consistent, right.

**Stephanie Moran**
*Senior Vice President of Sales*

So with the product playground here, we talked about getting you down there and kind of looking at different ways that we can maybe get that to work for you because I think especially [ with them ].

**Mimi Benz**

I would love that.

**Stephanie Moran**
*Senior Vice President of Sales*

The cycling industry has changed so much, Peloton, some of the other things that are coming into the scene. What else are you seeing that's changing in the industry?

**Mimi Benz**

I am seeing more people moving back to big box gyms. Just I think more people are becoming cognizant of their spending, and I think a lot of the marketing that's going around in big box gyms is trying to lure the boutique fitness studio clients in with, "They specialize in yoga. They have" -- but you can't. It's just not the same model. So I do -- I am seeing that, like a lot of ads, like, for 24 Hour Fitness, saying, "We've got yoga classes and TRX," and whatnot but you just don't get that same sense of community in a big box, like, yes...

**Stephanie Moran**
*Senior Vice President of Sales*

Community at boutique fitness is pretty hard to replace. One of the other things you shared with me is your scale as you're looking to expand the 20 corporate locations, a different way of actually scanning up new studios, which definitely is available for you to come back at.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mimi Benz**

So in response to that, our approach would be to open up satellite studios, smaller spaces, less amenities like no showers and no lockers and whatnot but -- and then we could offer reduced pricing because overhead would be lower. I mean, a lot of the overhead comes in with the showers, multiple showers. I mean, that's another thing that Full Psycle did in terms of changing the landscape for us. We always came from -- you show up with your towel, you get your workout on, and you go home and you shower. But everything has sort of changed once these brands sort of took over the market. So we had to adapt and -- but as a result, the overhead can be quite high when you have those type of amenities. So I -- we would like to open up some satellite locations with less amenities, same workout but lower prices to compete.

**Stephanie Moran**
*Senior Vice President of Sales*

Which is a nice complement because you'd still have your high-end studios that are up and running; and then on satellite, but those that want the different offering.

**Mimi Benz**

That's right, exactly, yes.

**Stephanie Moran**
*Senior Vice President of Sales*

Awesome. Well, thank you for being here.

**Mimi Benz**

Thank you guys for having me.

**Stephanie Moran**
*Senior Vice President of Sales*

Thanks for your time.

**Mimi Benz**

Thank you.

**Nicole Gunderson**
*Head of Investor Relations*

So we have a break now. There's refreshments outside, and we'll reconvene in here at 4:00.

[Break]

**Josh McCarter**
*Chief Strategy Officer*

Are we all back? Everybody's so quiet.

**Unknown Executive**

Let's [ get them off of that ].

**Josh McCarter**
*Chief Strategy Officer*

Yes, I guess so. No, I never have the command of a room like this. So thank you all for coming back on time. It looks like 4:00, so we're going to jump in. My name is Josh McCarter. I was CEO of Booker, and now I'm Chief Strategy Officer at MINDBODY. Similar to the other folks that went before me, Rick has asked me to answer one question and actually a second one. First one is why am I here? Second one is why did we sell Booker to MINDBODY?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So first answer is, why am I here, it's because I'm passionate about this industry, and I'm passionate about our customers. When you see people like the ladies that we had up here earlier talking about their journey and how they started their business, the great part about my job is I get to hear that all the time. In fact, tomorrow, we have one of our keynote speakers is Alli Webb. She is the Founder of Drybar. And so she started out blow-drying hair in Pacific Palisades, literally going to people's houses in her car, she opened up a single location, and now they've got about 90 locations and they're probably the leader in that space. So seeing some of those stories is really exciting for me.

I was -- I've been involved in the wellness industry since Rick started MINDBODY. I was with a company called SpaFinder. We also started something called the Global Wellness Summit and the Global Wellness Institute. So this is an area that I've been passionate about before I got involved with Booker. And since being involved with Booker, obviously, this is an area that we've continued to really recognize a lot of opportunity in.

And so that brings me to why we chose MINDBODY to be the acquirer of Booker. And it really was because we collectively, my team and I, wanted to join what we thought was the company and the team that have the best likelihood of building a global wellness platform and a global wellness marketplace. When you look at how fragmented this marketplace is with the market overall, we really saw the opportunity to join the #1 team in the area. And Aaron mentioned the fact that we also saw great alignment with the mission, vision and values of MINDBODY with Booker. And so that was something that was very compelling for us was, was to be able to -- hey, Rick. All good?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Hey, Josh.

**Josh McCarter**
*Chief Strategy Officer*

Hey, nice seeing you up there. You look good.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Thanks. That was a great day.

**Josh McCarter**
*Chief Strategy Officer*

That was a great day, wasn't it?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

I'm just going to go over here and sit down here...

**Josh McCarter**
*Chief Strategy Officer*

Yes, please, please. Yes. So we can actually get a handshake. We can like recreate that. There we go.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

As you can see, the relative height hasn't changed.

**Josh McCarter**
*Chief Strategy Officer*

I think I am wearing the same shirt. Thanks for calling that out. I think -- I hope I washed it at least, Brett. Let's see.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes, it looks like Dave had a shirt.

**Josh McCarter**
*Chief Strategy Officer*

So yes, no, so we saw

[Audio Gap]

some of the key things that we'd done. We closed the deal at the beginning of April, and we really set out right after closing the deal to focus on bringing together all of the assets on both sides of the business that are specifically focused on beauty and wellness and creating a plan that we were going to launch on July 1 under Aaron that brought all of those assets together and then formed the go-to-market going forward for everything related to beauty and wellness. So there were things like training the sales team, integrating systems, getting Booker on the MINDBODY website. John Davi talked about the pricing that we were also able to get on par with MINDBODY, so all of that was done in the early days.

And then we started thinking about how do we drive additional value into the products. So John also talked about the branded mobile app as being something that's really critical and was something that was asked to Booker by our customers but we couldn't deliver on it. There's a variety of reasons why we weren't able to do that, but it was also one of the great parts of looking at the synergies between the companies, being able to bring an asset that MINDBODY has, bring that into the Booker base. And then separately, also taking an asset that Booker had acquired, which was Frederick, and really pushing that into the MINDBODY base.

We historically had an integration with MINDBODY, like many of the 800 tech partners that MINDBODY has. But this is really about making the product discoverable and usable within the MINDBODY core platform. When we did that at Booker, that's when we saw sales take off because you can imagine somebody having to log in to 2 different systems, synchronize information. This way, it's all done in one area.

There was a question earlier about channel partner programs. I didn't highlight it on here but I'll just mention. Channel was an important part of Booker's marketing funnel, and so we were able to drive a lot of leads through that. I also found very sticky customers because they had a relationship with one of our partners. MINDBODY's program, I would say, was not as developed as ours, and so what we decided to do was bring those 2 programs together. We're launching a new version of that in October, and it's going to have both third-party referral partners as well as customer referrals. So those are 2 powerful referral channels for us.

Other things that we're working on and has been in flight for a while is the consolidation of our sales force instances. I'm sure you heard about that on the last earnings release. But really, this is driving towards making sure that our sales team is just using one system and that all of the other plug-ins that we have in the sales force, both at MINDBODY and at Booker, are consolidated to give us better visibility into the funnel, conversion metrics and pipeline management.

And then as we go out into 2019, through the other bigger product integrations that we have, one is Booker inventory going into MINDBODY app; and then number two is Booker on Payments 2.0. We're really excited about the Payments 2.0 platform because we do believe it's going to bring additional opportunities to monetize payments on the Booker platform.

So before we jump into partner strategy in general, I also wanted to talk about the history of some of the trends, the partnerships and acquisitions that MINDBODY has done because this also will help you understand how we're thinking about M&A in the future.

So the first acquisition that was done 2015, Fitness Mobile App, has now become the branded mobile app. And you've heard a lot about that today. It's really a key part of our differentiator. We have over 13,000

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

customers that are using it now. It's also something that is built into our higher-priced product tiers. And so that's something that when you think about how MINDBODY has been able to move up ARPS over the years, something like the Fitness Mobile App is a key part of that; also HealCode, which is a branded booking experience that has been integrated in 2017 into higher-priced tiers. Again, these are acquisitions that were blended into different product tiers that have helped us move up ARPS.

Now Lymber is totally different. This was another partner that we had, and Lymber had an app that delivered dynamic pricing to about 1,000 studios or so. The team is based here in San Diego. And the vision, ultimately, was they're going to become our consumer play. So right out of the gates, the Lymber team was tasked with owning and building out Dynamic Pricing, integrating that into the MINDBODY app. You've heard recently that we also released the MINDBODY web product. So that was the Lymber team that did that. They also spearheaded our integrations into Google and into Instagram. So a lot of stuff that's coming out of the consumer team, and I think that that's indicative of how you can think about the history of the acquisitions as some tuck-ins.

Another one, FitMetrix, that was done recently this year. You heard earlier that this was a -- is a great product that serves a specific need in some niches, being able to pick a bike, having leaderboards. It also pushes us into other categories that we're not currently in: YMCAs, JCCs and other big box gyms that are looking to deliver a boutique fitness experience in those gyms. So we talked about Booker and Frederick, so I'll jump past that.

Now you've heard before about the partnerships that MINDBODY has and the 8,000 -- or sorry, 800 developers that we have that are integrating with our APIs. And we have a strategic priority for MINDBODY to be the platform of choice for competitors and for partners. And so this is kind of the world that we see ourselves being able to play in, and it's a very large ecosystem. And our view is, is that we need to be the market leader in this. We need to be driving all of these things that are in here and have an opportunity to drive value to our customers through the lens of the whole product. And so when we think about the whole product, it's delivering value both to customers and to consumers. And so as we go around this a little bit, you'll see where I'm going.

We have been known at MINDBODY and Booker primarily as business management. So the vast majority of the years that we've spent building out the platform has been focused on business management. And that's an area where I think that we will continue to have to iterate and innovate. Enterprise management, that's an area where we see, and we heard it this morning from some of our enterprise partners, that there's really opportunity to continue to expand there with some of our own feature development as well as working with partners. And when you become the business management system for these various studios and wellness businesses, you really have a ton of data that's flowing through the system, and that really enables you to deliver other products and services.

So as we go over to the right, one of the first things that Rick and I both recognized was a big opportunity was marketing-related services. And so we've heard that kind of come up earlier. We ended up buying Frederick to focus on customer engagement and retention marketing, and that's been a great play for us. But we've also seen that there are many, many other partners that are building out other feature function in this area that's different from Frederick's.

So you heard about Venga earlier today. There -- if you go to the product showcase downstairs, there are about, I'd say, 50% of the exhibitors have some type of a marketing-related offering. So that's an area where we believe that our customers are looking for solutions. They're looking for solutions that are integrated so that they can see what is actually working and where should they be investing their money. We want more of that money to be invested through MINDBODY, whether it's with our partners or whether it's with us on products that we deliver.

Some cool things that are happening in the market now are around messaging and AI and chatbots. I think John mentioned earlier, messaging. Before, messaging used to just be about appointment confirmations, are you coming tomorrow or not. Now it's about communication within the business so that you can let somebody know in the back that Jimmy just checked in for a service so that you can communicate better with your customers. You can send them last-minute offers. Messaging, I think

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

is going to be really key to our platform in the future and everything that you can do to engage those customers and drive more customers.

Now coming down this side here on the marketplace and consumer, I would say this is one of the areas that is least developed in the marketplace. And we have, obviously, a big role to play in this category. Aggregators, we've heard about ClassPass today. We work with every version of ClassPass in the U.S. and really around the world. In Asia Pacific, there's GuavaPass. In the U.S., there's also other companies like Purefit who are focused on corporate wellness. And so that's an area that's just starting to develop that we think is really interesting. And we also have our own products in the space, right? We have MINDBODY app. We just released the web. And so we think that there's a lot of ways to be able to deliver value to our customers and help them sell more inventory through various different partnerships.

Another category that I think is interesting because we're seeing our own customers take advantage of this is virtual fitness. So I think a lot of times people think about virtual fitness and say, "Well, that's going to disintermediate the studios from the consumers." Well, something like Peloton does disintermediate and maybe Aaptiv does disintermediate. But there's other companies like Wexer that are out there who are delivering a platform that gyms and studios can use to provide virtual fitness to their own membership base. And so that's something where somebody could film a video and be able to consume it at home. Or they can set up a large studio where they could deliver various yoga classes without even an instructor being there. So there are some cool things like that, and I see us being able to play an important role in that category.

Last but not least is payments. Similar to how the business management platform is really the foundation for everything that we do, payments cuts across everything that we do. It's a huge part of MINDBODY's revenue stream right now, and that's a category where we have to both build and partner. And so if you think about payments, if somebody is buying something, maybe a membership at a studio or a yoga mat, if they're buying a gift card or a membership online or if they're booking through Instagram, payments supports all of that. So for us, it's highly relevant. Earlier, John was talking about as we have Payments 2.0, that's going to give us an opportunity to expand into additional financial products and services. And so that's another component that's interesting.

So one thought I wanted to share a little bit in response to the questions before about Mike's chart about the number of businesses and the revenue potential there. That is a lens of looking at just the studios and the ARPS in the studios. It doesn't really consider a lot of these other things that are out there: virtual fitness, the consumer play, even on-demand services.

So if you would have thought about what defines the wellness TAM 5 years ago, you never would have had Peloton in there. You wouldn't have had companies like Zeel or like Aaptiv. And so that's one of the things, for me, that's exciting is thinking about how big this opportunity is in front of us, and every 3 or 4 years, it grows. There's something new that comes in. And my belief is, is that it's our opportunity to really bring those services to the market, to customers and to consumers.

So when you think about how we're considering our M&A strategy, it first of all starts with the whole product, which is in the center there. It starts with being the platform of choice for partners and for competitors because that puts us in the middle of everything that's happening in the marketplace.

And this should be pretty straightforward. Obviously, I can't share with you companies that we're talking with or our specific strategy. But in terms of how we think about it, it's either -- we have experience with doing an acquisition like Booker. Integration's going well. We've shown that we know how to do that at scale and that we can bring on teams and integrate them in meaningful ways. So current target market competitors is definitely an opportunity for us, or going and looking at other companies like a FitMetrix or a Frederick or a Fitness Mobile Apps. All of those are very logical places for us to look. We've talked a lot about marketing, but there are many other categories there that could be point solution extensions.

The marketplace is still evolving. And consumer apps, I don't think yet have the scale where we would say, hey, we've seen somebody that scaled and they have a proven business model. There's a bunch of horses in that race right now, and so we're watching to see how that unfolds. And then there's adjacent market

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

opportunities. And so from that, you could think about business management systems for other wellness-related categories, or you could also think about all of this playing out on a global basis.

So MINDBODY right now supports customers in almost 100 countries. So when we think about this, this isn't just a U.S. proposition or a North America proposition. It's thinking about is there a competitor in the U.K. that makes sense for us to acquire? Is there a marketing service in Hong Kong that 30% of the wellness businesses are using? Is there a customer marketplace or an app that's growing in Canada that's gaining traction? How do we think about all of those?

And so as I go back to the very first question which is why are you here, this is what excites me is really this huge opportunity to think about how do we go after this entire wheel and all of these categories and bring it together in a way that drives value to both customers and to consumers.

Thank you.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Thank you, Josh. How are we doing on time?

**Nicole Gunderson**
*Head of Investor Relations*

So we have some time for Q&A.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Okay. So we have some time for Q&A. Why don't we do some Q&A here?

**Josh McCarter**
*Chief Strategy Officer*

Sure.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*
Lots of juicy stuff that Josh just surfaced. What kind of questions does that bring to mind? Yes, Brian? First hand up. Yes?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Brian Lee Essex**
*Morgan Stanley, Research Division*

Brian Essex from Morgan Stanley. I guess maybe if you could -- absolutely this is a question. Maybe if you could give us a little bit of color into what was going on with payments at Booker? What was the barrier for penetration there? And what makes it that much easier on the MINDBODY platform?

**Josh McCarter**
*Chief Strategy Officer*

Yes, so I'll give you a couple components to it. One, I would just tell you is kind of a lack of focus. So we never had, up until the last kind of year of Booker, somebody solely dedicated to payments. And for us, payments originally was a little bit of an afterthought. And so we didn't have the best deals in place. As an example, when John showed you the 10 screens that it takes to sign up, I had 20 screens that it took to sign up. We were taking an application, throwing it over the wall, hoping that 1 or 3 or 4 partners was going to pay attention to it, that they were going to underwrite it and that they'd ultimately board that merchant. And so what we saw was high attach rate like initial, at point of sale and then a huge falloff on the back end. And so that's one of the things, again, with Payments 2.0 that we see that much more efficient onboarding process being something that can drive not only attach but really people going live with it.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

I'll add something to that. I think -- he and I have known each other a long time, and we enjoy the tailwind in fitness because it was imperative. As online booking in the fitness studios became a necessary automotive business, to have online booking, you have to have integrated payments in a class-based system because you're paying at the point of booking. Not true in a salon or spa, right? All you needed was to record a credit card for possible future use and even that's not ubiquitously used. But one of the things you heard today from our customers who are up here in front is that it is starting to happen, right? And so the advent of membership base, the kind of frictionless payment model that I've talked about before, we're actually feeling quite bullish about our ability to increase payments attach in the beauty industry. That being said, it's not going to happen overnight. So you're being very humble about the fact it was a lack of focus. You obviously didn't have the imperative coming from the market saying we must have payments integration, whereas that's what drove us to develop that competency earlier. We're going to -- we're focused now on how we're going to translate that in the beauty industry. Yes, sir, right in front.

**Unknown Attendee**

Question on the M&A. So obviously, very early days, I think -- obviously, it's very early days with the Booker integration. So in terms of timing of any acquisition, is this something that you would consider in the near term? What's your appetite to do an acquisition in the near term?

**Josh McCarter**
*Chief Strategy Officer*

I think I'd let Rick respond to that

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes, so an acquisition on the magnitude of a Booker, we'd not expect that in the near future. Our ability to do the tuck-ins like the others, we could do that anytime. So obviously, we can't signal what our funnel looks like and, as Josh said, who we're talking to right now. But rest assured, we understand that when you're acquiring a significant competitor, there's a lot of work to do there. And as we promised you guys the earnings call before last, we're going to frontload that work in '18, so that we can enter the New Year

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

in '19, first of all, with strong growth and secondly, with a positioning ready in case opportunities come. Last thing I'll say is that we're both entrepreneurs, and we are seriously weird cats. And nobody can tell us when it's time to sell. It is an alignment of the stars. And so you cannot predict with great efficiency. If a major competitor came on the market and was running a process and some PE or media or payments company was going after them, I mean, we would have -- we would want to take -- be in that, right? We'd want to have our hat in the ring. To do that, we need to have access to capital and we need to have a team. And what better person to be running point on our acquisition strategy than the CEO of the last big company we just bought because he can speak directly to those strange entrepreneurs like us and why they want to be part of this larger vision. Yes, sir, back here.

**Unknown Attendee**

I guess this is more about Frederick. Like you said, there's lots of competing kind of marketing solutions for your customers but you've grown that business a lot since it's become part of Booker than MINDBODY. What's so special about it? And then how applicable do you think you can be across the customer base?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

So I want to say something. We identified Frederick as one of the hottest new tech partners 3.5, 4 years ago, and we were just starting to go like maybe this is an opportunity and this guy slipped in and bought them first. So why did you do that, Josh? Why did you buy Frederick ahead of us?

**Josh McCarter**
*Chief Strategy Officer*

Well, we had recognized marketing as being a huge area of opportunity, and one of the things that we liked about Frederick is similar to how MINDBODY and Booker both built a platform of services: so point of sale, CRM and so forth. That's exactly what Frederick did. So their marketing solution has multiple different components. So there's retention marketing. There's reputation management that's expanded into e-mail marketing now. And there are several other components to it. And what they were able to do was pull all of that together onto one platform, one system that actually drove results because that's what you'll hear time and time again in talking with the small and medium businesses is that they spent a bunch of money on marketing and they have no idea how it performs. And so this is something that with Frederick, we have all of these different marketing tools, but ultimately, it drives back into one dashboard that tells you exactly how many bookings, how many memberships, how many appointments, what your revenue was. And so that, to us, was really kind of the proof in the pudding was seeing a marketing product that actually worked. And I think as we look at all of the different opportunities in the marketplace, there's components that I think that we'll add into Frederick. There's components that we're going to partner for. But ultimately, anything that we own is going to have a better integration and a better experience within MINDBODY. It's just kind of how the work that John and his team are doing will drive towards that.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

I'll just add that this is a really sharp San Francisco-based team. We took a hard -- a deep look at it. Before we knew whether we were going to be able to acquire it, plan B was to go build it, and that would have been a concerted effort across multiple years to build the level of sophistication. Think of it as like an Accelerate -- MINDBODY Accelerate on steroids. It's like a 5 to 10x more capability. So it's deeply exciting that we now have this on our repertoire and to blend it in to the different pricing tiers of both MINDBODY and Booker.

**Unknown Attendee**

How applicable do you think it is across the customer base?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

How applicable is it across the customer base? Extremely applicable. In fact, the vast majority of MINDBODY customers should have Frederick as well as the vast majority of the Booker users as well. And we're now incorporating it into our land efforts as well. So the ability to actually sell Frederick in the process of selling the business management system, which is either MINDBODY or Booker, can happen in one action. So it pays for itself. It shows you how it pays for itself. It works. And, in fact, there's an opportunity, they also are down there in the playground.

**Josh McCarter**
*Chief Strategy Officer*

Yes. Yes, for sure.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes, go down and chat them up. Have a salesperson tell you why it's a great product. They'll do a better job even than me. So how are we doing, Nicole?

**Nicole Gunderson**
*Head of Investor Relations*
We need to move on.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Okay. So I'd like to introduce somebody that you've never met before, my partner in crime, Chief Financial Officer, Chief Operating Officer, Brett White.

**Brett T. White**
*CFO & COO*

Thank you, Rick. Okay. Am I mic-ed up? Yes. All right. There we go. So let's switch over to me.

So you've heard this already. We're supposed to tell you why we're here. I came here a while ago, so I can't tell you -- I don't think I can repeat why I came, so I can just tell you why I'm here.

This is a deeply personal mission for me. What we do matters. If you get the opportunity to spend some time here over the next couple of days, walk around, meet the business owners, sit through the presentations, you'll realize that we have the opportunity to have an enormous impact on the small business owners and our broader community. And for me, that's just tremendously exciting.

I spent the majority of my career in Silicon Valley selling databases and networking gear, and for me, this is just a much, much more personal mission. And I come to work every day knowing that, hopefully, if I do it right, I will positively improve someone's life, a business owner or one of their consumers. So that's why I'm here.

So once a year, we get the opportunity to do a little bit deeper dive into our business and share some of our successes and opportunities with you. If you roll back the clock a year ago, we were just 3 quarters into our new refined subscriber acquisition strategy. We kicked that off at the end of 2016, beginning of 2017, where we really focused all of our guns, all of our effort, everything we were doing around acquiring and retaining businesses that have the opportunity to grow and be successful and really steer away from the hobbyist. So we really switched away from trying to grow the subscribers to trying to grow the business and the revenue.

And last year, we were only 3 months into that. We had some evidence of success, and here we are 7 quarters into it, so we can really share more data with you and share with you the successes of what some of the folks have been talking about earlier today: Josh Todd on the marketing side; John on the product side and what we're seeing.

So first, let's just jump in to what we're seeing. We started sharing one of our views into our subscriber base last April to really have you opportunity to take a look under the covers and see what's happening in our subscriber base so you could appreciate what we see, which is the increasing value of the portfolio and it's being contributed to, in part, by our subscribers moving up into higher-priced software tiers.

So this chart shows you the split of our subscriber base between what we would call the higher-priced software tiers. Those are software tiers on MINDBODY, or actually all the platforms, that are $125 and above. And the -- that's the red line. And then the orange line is the, what we call, legacy tiers. So those would be the solo subscribers, the starter subscribers and then some old, legacy software tiers and those are below 125% (sic) [ $125 ]. And what you could see is they've consistently grown quarter after quarter. Year-over-year, we're up 24%. That's inclusive of the Booker subs. MINDBODY only is up 16%, and that's the result of both bringing on new subscribers at the higher-priced tiers, so selling more value, as well as upgrading within the internal subscriber base.

One of the other interesting stats here is the big green box. So that's the Booker subscribers who are in lower-priced tiers. The majority of Booker subscribers are at less than $125 a month on software. And as you'll see in subsequent slides where we talk about GMV, there is an amazing opportunity there because the Booker businesses are actually very solid businesses on an average, and we think there's an opportunity there.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So if we double-click on this purple bar and let's take a look at those higher-priced tiers, how do those break down. So here, I've broken them down into the actual software tiers. So you could see this line at the bottom, that's dark maroon, that's the Ultimate software tier. That's $395 a month. The next tier up, that's, what, like a pinkish, that's Accelerate. That's $195 a month. And then you've got the pink, which is pro Essential, $125 a month.

So the big "So what?" here is that we've really been able to sell value and target the right kind of customers who will come in and purchase the higher-priced software tiers. You can see one big "So what?" is we're now 50%, and this is MINDBODY only, 50% of the MINDBODY installed base is -- sorry, 45% of the MINDBODY installed base is at Accelerate and Ultimate, and that's versus 21% a year ago. So that's a great stat.

Now how are we doing on the sales side? So this quarter, Q2, 60% of our new MINDBODY subscribers were brought on in either Accelerate or Ultimate.

So what does that do to revenue? So this is monthly -- average monthly subscription revenue, so what is the average monthly subscription revenue of new subscribers acquired on the platform. So Q1 to Q1, '17 to '18, it was up 18%. And then Q2 '17 to Q2 '18, it's up 25%. And that's really just a result of the focus that the sales teams are putting on and the really highly targeted efforts that JT and his team have been able to execute. And that's just on the MINDBODY side.

If you look at the Booker side, so we acquired them in April and on July 1, we brought them to pricing parity with MINDBODY. Now that would be the 3 software tiers, but branded mobile app for Booker wasn't available until September. So from the Q2 average MSR for new subscribers to just July alone, we weren't selling Ultimate yet, it was up 52%. That's off the same pipeline that they were working basically prior to the acquisition. So we're able to sell value to these businesses because they're solid businesses, and we just need to get the price -- the software pricing right. So we're very, very excited about what we're seeing on the sales side.

If we look at the overall health of our subscribers. So one of the ways we look at that is what's the GMV of our average subscriber, that's continuing to grow, if you look at -- and this is, remember, we kind of kicked off this real focus on the higher-value subscribers in Q1. What we've seen is the average GMV per subscriber has continued to march up. It's up 20% year-over-year, Q2 to Q2. And then the other really interesting statistic is the Booker subscribers. If you add the Booker subscribers, it pops pretty meaningfully. The average GMV for a Booker subscriber is 50% higher than the average GMV for a MINDBODY subscriber. So that's why we're absolutely confident that the revised pricing on the Booker side is going to fit.

One of the slides that Mike showed was that on the MINDBODY side, where we've got about a 1.8% share of wallet, our software and payments compared to their business, this is -- right now, we're monetizing about 0.7 on the Booker side. So that would be what we monetized versus their GMV, so there's a lot of opportunity on the Booker side.

If we look at -- well, payments volumes follow GMV, right? So you've got your GMV, the businesses grow and then how good are you at monetizing it. So this chart shows you what happens to a subscriber's payments volume starting at month 0. So they're brought on board and what happens to their payments volume over time. And each one of these cohorts is a year. So the orange is all the subscribers we brought on in 2015, what happened to their payments volume over time. Subscribers brought on in 2016, what happened to their payments volume over time. You can see, we started to see serious inflection in '17. And then the '18 cohort is performing even better, and we saw this in Mike's slide as well. It's actually up 30% from the 2015, 2016 point after month 6. And in month 6 in 2018, it's almost the same level as month 12 in 2016. So we're bringing on subscribers that grow GMV more quickly, grow payments volume more quickly. And obviously, that's great for the health of their business and the health of our business.

So I'll give you a quick update on target market. Mike clicked on some of this. We've talked about target market being fitness, beauty and wellness, English 8 countries, greater than 300,000 businesses. I think this is one of your questions, Brian. Target market: 50% beauty, 33% fitness, 17% wellness. Our current

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

subscriber distribution after the acquisition of Booker: 61% fitness, 25% beauty, 11% wellness. So that works out to 37% penetration, 13% and 10%.

On the distribution by geography, target market, we think, is split about 65% U.S., 35% other E8. Right now, we're U.S. -- our subscriber base is U.S. 75%; other E8, 19%; and non-E8 countries, 6%. So the "So what?" here is we've got a great opportunity on the international side. Payments 2.0 is really going to help us leverage that because now we'll have a full product payments card present and card-not-present outside the U.S. But remember, the reason we talked about the E8 in the target market is those are the countries that we're focused on all of our efforts, all of our marketing, all of our product. And so we really want to knock the ball out of the park there first before we get our efforts diffused outside of those markets. And with these market share numbers, we obviously have a lot of runway there.

So what's happened to the subscriber base since last year? So high-value subscribers target markets is up 25% to 61,000 versus 48.8. Total subscribers is up 15%. Solo subscribers is down 80%. If you'd asked me last year, I would have said it would have been 0. There are still some stragglers sticking around. And then we've got this other bucket called high-value subscribers other market, that's up 12%.

So I was asked last year by someone in this room, "Brett, don't you think that 5,500 is the churn risk and it's going to go away?" and that would be the high-value subscribers other markets. And the answer at the time was I don't think so because those are -- for example, Orangetheory Fitness Japan, great businesses, high ARPS, low churn. We're just not focused there. We're just not building product for that market. We're just -- but they're great businesses. So the good news is that I'm not eating crow this year, and that actually business -- that segment turns out to be quite stable, very low churn, high ARPS. But we're not focused on growing it, but they still come and they stay and they use the product successfully.

So what's happening on the ARPS side? Target market subscriber ARPS still continue to grow. It's up 21% relative to our total subscriber cohort, which is up 28%, $329. So that's the number that you saw through the other presentations. $312 is the total.

So let's quickly click over to just a little discussion about our business model. So one of the things we did, one of the decisions we made in early Q1, mid-Q1, was 2 things. One, we were going to acquire Booker, and that was going to require us to change our go-to-market for both fitness and beauty and wellness. And we also decided at that time, we were going to accelerate some of the product work and some of the platform work that was originally kind of contemplated for Q4 and 2019.

So a lot of the things that John talked about and things he's working on in his platform was 2019 stuff that we just decided we had to pull forward. So I want to -- that's important because if you look at the financial trends, it's important to understand that those are conscious actions that we took to bring forward.

So first of all, gross margins. We've consistently grown our gross margins year-after-year. This is driven primarily by ARPS. Our cost of delivery has not grown very much. It's grown a little bit, and that's mostly around some platform work we're doing. But when we acquired Booker, they had a slightly lower gross margin so that brought us down, but we really brought forward some of the platform work, some of which falls into the cost of revenue line that hit gross margin. But we're confident we can continue to grow gross margin over time. We've said in the guidance that we expected to kind of be basically in the same ZIP code for the rest of the year. But we'll be back to growing gross margin in the out years, and that's going to be driven by ARPS. But we want to get through some of this platform work that we're doing.

We've done a good job, I think, of building leverage into our model. We've consistently taken OpEx down as a percentage of revenue. So sales and marketing used to be in the low 40s. It's now kind of in the mid-30s. G&A was in the high 20s. It's now about 17. And then R&D was kind of in the mid-20s, low 20s. We got it down to the high teens, and it popped in Q2 because of this platform work that we talked about accelerating and bringing forward. So we're confident in our ability to deliver leverage through OpEx.

And then here's the adjusted EBITDA slide. So this is where all those previous 2 slides kind of come together. We know how to grow a business and deliver leverage. We've -- we're making these platform investments. We're going to work through this, as we've talked about throughout 2018, and this is what gives us confidence in the ability to pass back through profitability on a non-GAAP basis in 2019. So we're

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

really excited to have been given this opportunity to bring forward a lot of the dev work that otherwise would have probably been in 2019, so really accelerating some of the opportunity that we see in front of us.

So this chart is illegible. So I won't make you read it. So that's it.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*
All right. Thank you, Brett. Why don't we take a couple of minutes? Any quick follow-up questions to Brett's presentations? Yes, sir, back there.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Attendee**

Can you talk about -- so you raised pricing for new incoming Booker subscribers.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Correct.

**Unknown Attendee**

Can you talk about the timing of repricing the Booker base and what impact that would have if they all move to the current pricing tiers?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

So we don't talk about future price moves, and -- but I guess we will share that we're not going to move price on existing Booker customers in this year. But -- or I should say and, there's an opportunity in upselling. So we are right now upselling existing Booker customers. The Booker team didn't have much of an expand motion. So there's untapped opportunity to sell Accelerate and Ultimate to people that were at a sub-$100 price point, and we are starting to land those deals. So we are seeing there is some uplift in ARPS of that base before we even move on price, which we may do in the future. Yes, Sterling?

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

So Brett, I don't know if you'd go back to Slide 115, which I'm sure you'll be really excited about to bring us...

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

That one?

**Brett T. White**
*CFO & COO*

No.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Back here. Keep going. Keep going. 115. There you go. So back to a point that you made. A lot of conversations and questions I get from investors that particularly are not an investor, so thinking about it, is just what you said, all right. So we've seen solos, you've got about 1 million stragglers left.

**Brett T. White**
*CFO & COO*

1,000.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

Or -- I'm sorry, you've got 1,000 that have left.

**Brett T. White**
*CFO & COO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

God, please, don't do it to me.

**Sterling Auty**
*JP Morgan Chase & Co, Research Division*

You've got the 6.2 then, all right, it showed some growth, but I think a lot of investors are still wanting to understand what should be the dynamic of the profit moving forward. Are we at a point where we're going to see the total, that 68.1, now that you've got Booker kind of in there, are we going to grow? Or is there are any kind of moving to choppiness in the coming quarters?

**Brett T. White**
*CFO & COO*

So we -- so first of all, we don't guide subs mostly because it's really, really hard to tell. What we do know is that the value of the subs that leave are very, very low and the value of the subs who are onboarding are much, much higher. So obviously, our goal, and we've laid it out in the long-term plan, is to grow subs and grow ARPS. Precisely when that's going to happen, we're not guiding. But you can see we're through almost most of the, I would call, the hobbyists, right? So if you look at this slide, and for the folks on the webcast, I'm going back to the percent distribution slide, we're through most of the hobbyists. And the folks that are coming onboard are paying real money for the software, which means they're using it. So I don't want to guide to a sub number other than, obviously, it's our stated intent to grow subs.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

I'll just add that as Mike indicated in our growth strategy, our growth strategy models are built on target market subscriber growth times ARPS growth. So as we've said many, many times, our bogey is to grow the target market customers in the mid-teens and to grow the ARPS in the high teens to low 20s. So that's our bogey. That's what we aim at. That's our -- the line that we are driving our model to. We've had headwind in prior quarters because we've had people that don't meet that criteria peeling off. And even though their ARPS and unit economics were inferior, they'd still contribute revenue. So they put a headwind on us and for us. So what can we look at here? That it is the high value -- it's the target market and high-value sub other market, which at this point are predominantly actually the right kinds of businesses. They're just not in the E8 countries, and we're still get -- we get inbound because of brands like Orangetheory and because they know who we are in Paris and Amsterdam and so on…

**Brett T. White**
*CFO & COO*

Yes, so this one, year-on-year ARPS target market subscribers up 21%. And so Rick's talking about bogey being -- there you go.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Yes, it's right in -- we're actually right in the bogey, right, the trailing 12 months. And the only -- the noise is the boiling off of the ones that aren't in our target. And I think the charts speak for themselves. You can see where we're headed. You can extrapolate those curves, and we should be continuing along that trajectory. Yes?

**Unknown Attendee**

What percent of the legacy pricing tier customers upgrade versus churn? And like, what part of your sales funnel is responsible for that? Is it the sales team that is responsible for upgrading, or the customer success team?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So the question was, I'll repeat it, what percentage of the legacy pricing tiers churn versus upgraded to Essential, Accelerate or Ultimate? The answer is only a small percentage were upgraded. Most of them churned. So the only cases of upgrades were, for example, Pure Barre in Q1 executed a new multiyear contract with us and agreed to take everyone to Accelerate and they had maybe 70 or 80 that were on a legacy tier. So that's an example. So it's not more than a couple hundred that were in that category and then moved up, in other words, boosting, I think that's your point, right, to boost the higher price growth. No, it is predominantly a story of organic growth, new customers coming in the door which we grew 16% year-on-year in that category. And the others, sadly, the ones that -- most of the starters, and we used to have a price point called Grow and, of course, we all know about solos, just sadly, most of them don't even have real businesses. I mean, it was just -- we see GMV averages in the hundreds of dollars per month. That's what we're kind of talking about. The good news is we're largely through that group at this point, and it really makes us a better business. In addition to all the economic benefits you guys can model, now our team, our customer-facing team, can focus on business owners that really have a shot at it. Like JT showed they have the grit. They're well capitalized. They have the location. They have a business model that works. And we can serve them up with the best software and services in the world. So this is the winning model for us. It's absolutely working, and there's a giant market to go get. And at some point, and imagine in the future we say we're getting too close to the end of the 300,000 businesses, guys, we're just going to open up the market broader. There's adjacencies both geographically and, of course, vertically. And that is years in the future. Right now, we need to be the leading brand in the English 8 countries and most importantly, in the 70 major metros because this really is a city strategy because we're building a marketplace. So market leadership is good. It's a good thing. It's not a bad thing to be crossing through 50% target market. That means you're in a really unique position to deliver a value to your customers that you couldn't do if you only had 10%. Make sense? Yes, on the back.

**Unknown Attendee**

On the Fredericks, is there a plan to make it part of the bundle the way you did that with Fitness Mobile App and HealCode?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Well, as we've said, we've already taken components of Frederick and incorporated into the new Booker Accelerate tier, and we expect to use additional functionality of Frederick. Frederick will -- is still being sold as a product and a whole product that can be added to any tier. Moving forward, expect it to get more and more blended in. And so at some point, the Frederick brand is probably going to submerge, right? It just becomes a set of capabilities, marketing capabilities that dovetail nicely with what we're doing with the MINDBODY app and the MINDBODY web, the MINDBODY Promote system that galvanizes and strengthen the upper tiers of our price points of the software. Our customers want the pricing to be simple. As you guys know, you go back a couple years, we had 5 price points and a really confusing menu. And so we've gotten it down to a good, better, best. It's really the sweet space to be. Now it's about putting more value into those tiers.

**Unknown Attendee**

And maybe on the M&A side, was the crux of the discussion to accelerate your acquisition of partners, which you have done very successfully? And you are the captive buyer, right? If somebody's using APIs and building stuff for you, you are the only buyer.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Well, I'm not sure where we are. I mean, I can tell you that we weren't the only one buying for FitMetrix. So yes, it's true that most of the technology partners that you'll see in the product playground have a predominance of their customers riding on MINDBODY, but many of them also have other platforms they can integrate. We happen to be the leading platform, and the bigger we get, the more partner we get. I think your point is we've got the best shot at acquiring them accretively because if someone else acquires them, well, their relationship with us might be affected. I mean, that's possible. So I guess that we know

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

how to do this really, really well. The platform strategy is working, and it tees up opportunities for these tuck-ins moving forward. Yes?

**Timothy Wayne Willi**
*Wells Fargo Securities, LLC, Research Division*

It's Tim Willi with Wells Fargo. Two questions for you. First, sort of the revenue and acquiring subscribers, there's been references around data and working on that advertising land and expand. Could you talk about how confident you are in terms of understanding the returns and the allocation as you sort of move through that phase of consumer marketing and putting people in metro areas to engage the gym owners? Just sort of thinking about how good you are at that now versus where you think you could take it as you learn more. And then I had a follow-up.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

So you're thinking on the return on investment of the consumer play specifically or on the city strategy?

**Timothy Wayne Willi**
*Wells Fargo Securities, LLC, Research Division*

The city strategy, the consumer play where you're doing the marketing in San Fran and Boston, and just what are the learnings? Where do you say, wow, we can get better at that after we saw some of the initial results?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

So I think JT spoke to that. Our results from San Francisco and Boston, and previously, we had a small test in London, have given us the data we need to focus our approach. And what he showed you in that one slide -- and it actually literally hasn't started yet. We'll start in a couple of weeks. We actually did beta where we're going to show it to you today because that hasn't started yet because we don't like giving away what we're about to do. But that is informed by the strategy and tests that we did. We love the fact that we get a 2-for-1 special. We get an increase, of course, in consumer adoption and awareness of our app, which itself creates demand for our business software; and we get inbound B2B funnel. And so the economics appear favorable to us, and it's something that we can scale, particularly as the consumer platform itself starts becoming an actual revenue generator. And it is generating real revenue today and growing nicely quarter-on-quarter.

**Timothy Wayne Willi**
*Wells Fargo Securities, LLC, Research Division*

And my follow-up was around the margins. And just as you've moved to this higher-value subscriber base, people with real businesses, et cetera, is there any way to think about scaling customer service, support, driving margin leverage as you get a better customer that maybe doesn't take up as much bandwidth as your lower-tier customers? What can we attribute or what should we think about on that end as we go forward?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

Well -- and that's what we've seen. I mean, the amount of time that they would take up isn't directly correlated to the economic value. And so our target market is designed to add the customers who generate the most LTV, who are least likely to attrite, who take up the least amount of bandwidth on the customer service floor. So we believe we do have, over the long haul, some significant economies of scale that are building. Obviously, we shop around for competitors. We haven't seen a competitor sub-$100 million that's anywhere close to profitability and they cannot invest at the rate that we're investing in product. They cannot build a marketplace that we can. So this strategy is absolutely working. The refined growth strategy being much more careful in curating and how we bring on customers and then giving those customers a bit more love and attention so they can yield in a much higher LTV. So what it means

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

in the near term? A little bit higher CAC. What it means? A much greater LTV. And is that getting at your question?

**Brett T. White**
*CFO & COO*

Yes, maybe I'll just put a little bit more color on that. So one of the things we made a conscious decision, we're not bringing in these low-value subscribers, the solos, anymore. And what we've done with the onboarding resources now that those resources have been freed up is just -- so we would just like you to spend more time with the businesses that we are bringing on because we've changed our graduation process from a number of courses that you take and then you graduated and good luck. We've changed it. So we want the onboarding support resources spend more time with these new businesses. So that's why you haven't seen an initial pop in gross margin for that, but it will come over time in LTV.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

I think most of you in this room probably have an LTV model built on us. We've said it multiple times. When you look at the target market subscribers, these businesses, once they surpass a meaningful amount of GMV and the bare minimum threshold of being a business that's going to be sustainable, in most cases, around $15,000, their probability of future attrition drops below 0.5% per month. It's a phenomenal durability. In fact, they're the ones driving the dollar-based net expansion on the business. So it's worth it. As Brett alluded to, to spend a few hundred more dollars in what we call life plus service and high-value delivery of best business practices, not just mechanically how to set up the software, but let us help you, wellness entrepreneur, to maximize your chance of success and your future growth, and that's what showing up today.

**Brett T. White**
*CFO & COO*

Yes, our view is that's showing up right there, yes.

**Nicole Gunderson**
*Head of Investor Relations*

We'll take one last question here.

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

All right. Last one.

**Rishi Nitya Jaluria**
*D.A. Davidson & Co., Research Division*

Rishi Jaluria, D.A. Davidson. You mentioned about Booker having about 70 bps take rate versus 1.8%, what you have with MINDBODY as a percentage of total GMV. So as we think about that, I mean, other than getting pricing in line on Booker and getting payments, what drivers are there to get that up closer to your overall take rate? And then did you -- before you bought Booker, did you have salon and spa customers that had around a 1.8% take rate? Or is there anything different in the salon and spa industry that maybe might be more pricing sensitive than the fitness?

**Richard Lee Stollmeyer**
*Co-Founder, CEO & Chairman*

We do have salon and spa customers today that are as good or better unit economics than the fitness average. The payments attached though in salon and spa, even for MINDBODY, hasn't been as good as the payments attached for fitness because there's more of a drive. We think Payments 2.0 is going to help approach that. The way we think of it is this. We've looked at every vertical software, SMB vertical software, legal systems, property management software, retail software, a pretty good model for the kind of software we provide is 2% to 3% of direct subscription and services fees for the software, number one.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So it's literally just having higher-value software and charging the appropriate amount for that. Payments, we just have that model. So MINDBODY overall is averaging about 90 basis points. We say that's sort of asymptotically approaching 100 basis points. Card-not-present is higher than 100. Card present is a bit lower. Booker, if it was pure card presence, you wouldn't quite get as high. You might be in the 60 to 70 range, okay? But as we said, there's increasingly opportunities for card-not-present to grow in that industry. It's just several years behind the fitness industry. So there's multiple levers to have that wallet share get up to par, and we believe it will. And what's really exciting is that the average salon and spa, as indicated by their customer base, is significantly more valuable per square foot for sure and usually even in absolute terms than the average boutique fitness. And so on a unit economic business, I believe there will be a point in the future when the beauty and wellness team has higher unit economics than the fitness team.

Okay. I think that's it. Thank you very much, everybody. I hope you get to stick around and enjoy the conference. Thank you for coming out.

**Brett T. White**
*CFO & COO*
Yes. Thank you, everyone.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**MINDBODY, INC. ANALYST/INVESTOR DAY | SEP 18, 2018**

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.