# EXHIBIT 8

# J.P.Morgan

North America Equity Research
18 September 2018

# Mindbody

## Analyst Day 2018: Growing With the Right Business

The company hosted its annual analyst day in conjunction with Bold, its user conference, which this year brings together 2,100-2,200 customers (up from ~1,400 last year). Talking to customers, partners, and listening to the management presentations reinforces our positive outlook on the company. MB has a great competitive position and a long runway of companies to penetrate and grow as customers. Over the next couple of quarters we believe the customer metrics will start to show overall growth and that will benefit the stock. In fact, customer metric discussion at the analyst day likely provides some relief to those worried about increasing churn creating pressure on near term results.

- **Growing with the right businesses.** One of the major pushbacks we get from investors is around customer count which, prior to the Booker acquisition, was shrinking. But that was purpose driven pricing changes that is driving out customers that are not positioned to grow and be valuable to MB into the future. While this metric will always be noisy, we believe the solo customers that are down to 1,000 are small enough that the headwind is basically done and we can see a return to overall customer growth. We expect this to be a key catalyst for the stock.

- **Booker integration includes inventory on apps and payment integration in early 2019.** Looking at the acquisition integration timeline we see payment 2.0 and inventory integration as two major milestones coming down the pike in 2019. The Booker and MB platforms will remain separate on the front-end for the time being but there remains plenty of integration of back-end services that can benefit from the common platform. Customer identity, notifications, payments and a centralized analytics platform are all aspects of key areas of synergies that are being realized post-acquisition. The payment integration is particularly important to revenue and profit as the MB scale will drive improved economics into Booker customers.

- **Runway to double customers and ARPS in target market.** Currently, MB has ~68K total customers, of which ~61K are in the key target market for growth. Those ~61K pay $329/month in ARPS and management expects these metrics can get to 120K businesses with $700

## Overweight

**MB, MB US**
Price: $41.05
**Price Target: $48.00**

**Software Technology**

**Sterling Auty, CFA** [AC]
(1-212) 622-6389
sterling.auty@jpmorgan.com
**Bloomberg** JPMA AUTY <GO>
J.P. Morgan Securities LLC

**Jackson E Ader, CFA**
(1-212) 622-4863
jackson.e.ader@jpmorgan.com
J.P. Morgan Securities LLC

**Ugam Kamat**
(1-212) 622-6102
ugam.kamat@jpmchase.com
J.P. Morgan India Private Limited

**Price Performance**



|  | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 33.3% | 18.0% | 1.9% | 69.3% |
| Rel | 22.9% | 17.3% | 0.8% | 50.6% |



SMid Cap Research
THINK BIG, BUY SMALL

**Mindbody Inc (MB;MB US)**

| FYE Dec | 2015A | 2016A | 2017A | 2018E | 2019E |
|---|---|---|---|---|---|
| EPS - Non GAAP ($) | | | | | |
| Q1 (Mar) | (0.21) | (0.12) | (0.03) | 0.06A | 0.00 |
| Q2 (Jun) | (0.21) | (0.10) | (0.01) | (0.06)A | (0.00) |
| Q3 (Sep) | (0.19) | (0.09) | 0.01 | (0.07) | (0.01) |
| Q4 (Dec) | (0.17) | (0.04) | 0.03 | (0.06) | 0.01 |
| FY | (0.76) | (0.35) | 0.02 | (0.13) | 0.00 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

| Company Data | |
|---|---|
| Price ($) | 41.05 |
| Date Of Price | 18 Sep 18 |
| 52-week Range ($) | 45.50-23.95 |
| Market Cap ($ mn) | 2,097.22 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 51 |
| Price Target ($) | 48.00 |
| Price Target End Date | 31-Dec-19 |

**See page 11 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
18 September 2018

J.P.Morgan

ARPS without saturating the current target market. This shows a lot of potential growth still yet to come for the company.

- **Transformational acquisition unlikely in the near-term**. A segment of the day was dedicated to Booker's former CEO who is now the Chief Strategy Officer and head of M&A. The integration of the companies, as we mentioned, is still ongoing so management would not expect any sizeable M&A in the near-term but tuck-ins could always be part of the strategy.

- **High-value subscribers grew 25% in target markets.** While total subscribers grew 15% y/y, looking at only the high value subscribers in the company's target markets, which neutralizes other geographies and the headwinds from Solo churn, subscribers grew 25% from 2Q17 to 2Q18. Interestingly, high value subscribers outside the target markets grew 12% y/y, which is impressive given these customers do not receive development or go-to-market investments. Target market ARPS are up 21.4% y/y as well.

J.P.Morgan

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
18 September 2018

J.P.Morgan

# CEO Addresses High Level Goals

CEO and co-founder Rick Stollmeyer began the day with a very high-level look at the company's mission and how Mindbody plays a role in the improvement and fulfillment of people's lives before addressing the size of the opportunity.

- **TAM reminder: focusing on the English 8 for now.** The company currently have 61K customers and is currently targeting 300K in the English 8 markets and eventually will move to the broader global market.

- **Booker rationale comes into focus with 64% of adults using beauty services.** Mindbody conducted a survey in July that found that 64% of adults in the US use salons and spa compared to 27% that participate in group fitness.

- **Customers using the Promote customer generation product raise the quality of MB customers.** Customers that purchase the Promote product, which includes dynamic pricing capabilities, introductory offers and the partner network, have on-average 62% higher gross monthly sales and generate 2.5x the number of bookings as a customer not using the product. This is a function of the fact that healthier businesses have the capital to spend the additional investment to generate customer acquisitions and the power of the platform itself.

# Scale Through Sales Segmentation

Mindbody President, Mike Mansbach and Chief Marketing Officer, Josh Todd, went through two presentations focused on the steps the company has and is taking to scale MB's go-to-market and marketing strategies. Key highlights include:

- **Segmenting the sales force into verticals, by size was the first step to scale.** Sales people are now organized by specialization (fitness, beauty, health, etc.) and by size. This helps the sales people become experts within their segment and to be able to understand the challenges that each segment at the outset. Makes more sense than having a sales person try and sell to a large fitness chain and a one-locale spa.

- **Have hired ~50 quota-carrying reps in the last quarter.** Focusing the hiring in Atlanta and Scottsdale.

- **Current customer spend on payment processing and adjacent technology is ~$1,500.** This gives plenty of runway to grow ARPS from the roughly $300 it stands at today. So if MB gets to $700 they still would be less than 50% of this wallet.

- **Have found that salon and spa customers lag boutique fitness in terms of technology adoption.** Salons are just now starting to require online bookings where this has been table-stakes for fitness studios. Starting to see early growth in salon searches for "online booking."

- **Saw customers' retention increase in markets with direct-to-consumer marketing.** Mindbody had direct marketing campaigns in Boston and San Francisco in the first half of the year, which helped drive an uptick in retention as

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
18 September 2018

J.P.Morgan

well as an expected increase in awareness and adoption. The company is beginning another campaign in Denver in the coming months.

## Product Roadmap Update

Senior Product Manager, John Davi, ran through the product updates and detailed the integration necessary with Mindbody's recent acquisitions, particularly Booker:

- **In-studio experience aids retention.** Engagement with consumers in the studio via products like FitMetrix can aid in consumer retention in a notoriously high churn vertical.

- **Booker and Mindbody product lines will remain distinct for now.** However, a centralized service layer is important to create a singular consumer experience. For example, interacting with a fitness studio and salon as a single identity-–instead of one with each—is important for the experience for end-users. Messaging and notifications, payments and analytics are also part of the back-end layering that requires integration without having to bring the products together on the front end.

- **Beginning to sell a Booker branded Mobile App this month.** Believe this will help drive the new Booker Ultimate package tier ($395/month) and the company hopes this will aid in the surge in demand for online booking.

- **Payments 2.0 application is now a single screen and cuts down days of approval.** The previous process was a 13-screen process to sign up for payments.

## Looking for Booker on Payments Platform and MB Apps in 2019

Former Booker CEO, Josh McCarter, is now Mindbody's Chief Strategy Officer and heads up the company's M&A strategy moving forward.

- **Targeting Booker inventory in MB mobile apps in early 2019.** Below is Mindbody's historical and target integration timeline with the acquisition of Booker.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
18 September 2018

**J.P.Morgan**

**Figure 1: Booker integration off to a good start**



Source: Company reports

- **M&A strategy includes target market competitors and point solutions.** The company continues to look at potential competitor consolidation, like the Booker acquisition, or point solutions like Frederick or Fitmetrix.

- **Adjacencies could be geographical or vertical.** Looking at potential expansion includes moving into adjacent geographies and into other wellness segments that do not current use MB.

- **Payment uptake at Booker can increase simply from increased focus.** Mr. McCarter mentioned that one of the issues with the low payment attach rate at Booker was due to a lack of focus and a difficult sign-up process. In addition, getting Booker on the Payments 2.0 platform will jump up the net economics gained from Booker customers as they will benefit from the MB scale where fees are lower.

# High-value Subscribers Key to Financial Success

Brett White, CFO and COO, dug into the subscriber base showing the growth the company is driving in the right areas. Namely, high-value subscribers within the target geographies. Other key highlights include:

- **Higher price tiers growing north of 20%.** Within this, legacy MB higher priced tiers (Essential, Accelerate and Ultimate) are up 16% organically and adding in the Booker subscribers leads to 24% growth overall.

- **45% of the MB installed based are Accelerate or Ultimate customers.**

5

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
18 September 2018

J.P.Morgan

- **Booker average monthly subscription revenue up 52% from 2Q to July for new customers.** The company increased the pricing on new Booker customers beginning July 1st.

- **2018 subscriber cohort showing stronger payment volume growth than previous three years.** As of the six month mark in the year the new subscriber cohort signed thus far in 2018 is tracking better than 2017 had (which outperformed 2016).

- **High-value subscribers outside the company's target market still growing.** Non-target high-value subscribers grew 12% y/y showing the power of acquiring quality customers.

## Payment business accounting

There was some talk about Payments 2.0 during the day, but the discussion did not come up about the accounting treatment difference under the new solution. The traditional payment solution from MB had them acting as an independent sales organization or ISO. In that structure MB recognizes revenue net of fees ("net") in its income statement. But in Payments 2.0 the simplification of the onboarding process for customers comes as MB transitions to a payment facilitator ("PayFac"). In this structure the accounting is done gross where the total sales generated goes into revenue, and the fees paid to MB partners to process the transactions now are in COGS. The actual gross margin dollars do not change, but it does increase revenue and reduce gross margin percentage. This transition will take a couple of years as it will be a process for the volume of PayFac revenue to get big enough with new customers coming on Payments 2.0 unless we see a shift of existing customers from the legacy model over to Payments 2.0.

# Investment Thesis, Valuation and Risks

## Mindbody *(Overweight; Price Target: $48.00)*

**Investment Thesis**

Mindbody is the leading company providing solutions for fitness, beauty, and wellness companies. Solutions include the broad range of functionality for these companies to operate ranging from helping market the business to attract customers, manage memberships, schedule classes/instructors/facilities, and even process payments. Being a vertical industry application vendor, we believe, can allow MB to maintain a 50% market share over time. The target market of over 300,000 businesses in the English 8 target developed markets provides enough opportunity to double customers, while increasing functionality could more than double the average revenue per subscription creating an attractive long-term growth potential.

**Valuation**

Our December 2019 price target of $48 is based on our 10-year DCF analysis, a discount rate of 10.5%, and a terminal EV/FCFF multiple of 15x, which is in line with our expected FCFF growth rate at the end of our analysis. We believe that an EV/FCFF-to-growth ratio of ~1 is appropriate for a company like Mindbody, which is not expected to reach terminal growth by the end of our forecast period.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
18 September 2018

J.P.Morgan

### Table 4: DCF analysis

| | FY 2017 | FY 2018E | FY 2019E | FY 2020E | FY 2021E | FY 2022E | FY 2023E | FY 2024E | FY 2025E | FY 2026E | FY 2027E | FY 2028E | FY 2029E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Free Cash Flow to Firm (FCFF) Analysis** | | | | | | | | | | | | | |
| Cash Flow from Operations (CFO) | 11.1 | 0.4 | 21.4 | 42.0 | 61.7 | | | | | | | | |
| + After Tax Net Interest Expense (Income) | | | | | | | | | | | | | |
| - Capital expenditures | (8.8) | (9.9) | (10.9) | (13.3) | (16.1) | | | | | | | | |
| **FCFF** | **2.3** | **-9.5** | **10.6** | **28.6** | **45.6** | **63.8** | **87.4** | **117.1** | **153.4** | **191.8** | **234.0** | **276.1** | **317.5** |
| **Growth** | **-118%** | **-515%** | **-211%** | **171%** | **59%** | **40%** | **37%** | **34%** | **31%** | **25%** | **22%** | **18%** | **15%** |
| | | | | | | | | | | | | | |
| Present value of FCFF | | | | 25.9 | 37.3 | 47.2 | 58.5 | 70.9 | 83.9 | 94.9 | 104.7 | 111.7 | |

Source: Company reports and J.P. Morgan estimates.

### Table 5: Terminal multiple scenario analysis

| Terminal multiple scenarios | | | | |
|---|---|---|---|---|
| Terminal value | 1,510.6 | 1,626.8 | 1,743.0 | 1,859.2 |
| Last forecasted FCFF | 276.1 | 276.1 | 276.1 | 276.1 |
| Terminal EV/FCFF multiple | 13 | 14 | 15 | 16 |
| | | | | |
| Total present value of FCFF | 634.9 | 634.9 | 634.9 | 634.9 |
| Terminal value | 1510.6 | 1626.8 | 1743.0 | 1859.2 |
| Total enterprise value | 2,145.5 | 2,261.7 | 2,377.9 | 2,494.1 |
| - debt | 15 | 15 | 15 | 15 |
| + excess cash | 86 | 86 | 86 | 86 |
| = equity value | 2,216.7 | 2,332.9 | 2,449.1 | 2,565.3 |
| / shares outstanding | 50.6 | 50.6 | 50.6 | 50.6 |
| = Price per share | $ 43.81 | $ 46.11 | $ 48.40 | $ 50.70 |
| | | | | |
| Based on 2019E | | | | |
| Implied EV / Sales | 6.9 | 7.3 | 7.7 | 8.0 |

Source: Company reports and J.P. Morgan estimates.

## Risks to Rating and Price Target

- Economic environment rolls over and as things weaken we see customer churn significantly increase as customers go out of business

- Pricing changes aimed at eliminating less profitable low end customers leads to unintended increase in customer churn in more profitable price points

- Large technology brand acquires/builds competitive solution that jeopardizes market share goals

7

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
18 September 2018

**J.P.Morgan**

## Table 1: Non-GAAP Income Statement

$ in millions, except per share data

| Legend: Blue=Input/Company Provided; Orange=Forecast<br>Black=Formula; Green=Link to Another Sheet | FY 2016 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | FY 2017 | Mar-18 | Jun-18 | Sep-18E | Dec-18E | FY 2018E | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Subscription and services | 82.9 | 25.0 | 26.0 | 28.3 | 29.9 | 109.2 | 32.7 | 38.5 | 41.3 | 44.5 | 157.1 | 206.7 | 258.5 |
| Y/Y Change | 35.2% | 29.6% | 29.2% | 33.5% | 33.9% | 31.7% | 31.2% | 48.3% | 45.9% | 48.7% | 43.9% | 31.6% | 25.1% |
| Payments | 53.8 | 16.8 | 17.6 | 17.8 | 19.1 | 71.3 | 20.2 | 22.3 | 22.3 | 22.9 | 87.7 | 101.0 | 120.6 |
| Y/Y Change | 43.6% | 37.8% | 36.5% | 31.9% | 25.2% | 32.4% | 20.8% | 26.4% | 25.4% | 20.0% | 23.1% | 15.1% | 19.4% |
| Product and other | 2.3 | 0.5 | 0.5 | 0.5 | 0.6 | 2.2 | 0.9 | 0.8 | 0.5 | 0.6 | 2.7 | 2.4 | 2.2 |
| Y/Y Change | -10.7% | -14.5% | -9.0% | -8.4% | 14.5% | -4.6% | 66.5% | 62.3% | -10.0% | -10.0% | 24.2% | -10.0% | -10.0% |
| **Total revenue** | **139.0** | **42.2** | **44.1** | **46.6** | **49.7** | **182.6** | **53.8** | **61.6** | **64.1** | **68.0** | **247.5** | **310.2** | **381.3** |
| **Y/Y Change** | **37.1%** | **31.9%** | **31.4%** | **32.2%** | **30.1%** | **31.4%** | **27.5%** | **39.7%** | **37.4%** | **36.9%** | **35.5%** | **25.3%** | **22.9%** |
| | | | | | | | | | | | | | |
| Cost of revenue | 41.7 | 11.6 | 12.0 | 12.4 | 13.2 | 49.1 | 14.5 | 15.8 | 16.7 | 17.7 | 64.6 | 79.9 | 97.2 |
| %Total Revenue | 30.0% | 27.4% | 27.1% | 26.7% | 26.5% | 26.9% | 26.8% | 25.6% | 26.0% | 26.0% | 26.1% | 25.8% | 25.5% |
| **Total cost of goods sold** | **41.7** | **11.6** | **12.0** | **12.4** | **13.2** | **49.1** | **14.5** | **15.8** | **16.7** | **17.7** | **64.6** | **79.9** | **97.2** |
| | | | | | | | | | | | | | |
| **Gross profit** | **97.3** | **30.6** | **32.1** | **34.2** | **36.5** | **133.5** | **39.4** | **45.8** | **47.4** | **50.3** | **182.9** | **230.3** | **284.1** |
| **Gross margin** | **70.0%** | **72.6%** | **72.9%** | **73.3%** | **73.5%** | **73.1%** | **73.2%** | **74.4%** | **74.0%** | **74.0%** | **73.9%** | **74.3%** | **74.5%** |
| | | | | | | | | | | | | | |
| **Operating expenses** | | | | | | | | | | | | | |
| Sales/marketing | 54.4 | 15.8 | 16.7 | 17.7 | 18.8 | 69.0 | 17.0 | 22.5 | 23.7 | 24.5 | 87.7 | 106.6 | 127.7 |
| %Total Revenue | 39.1% | 37.5% | 37.8% | 37.9% | 37.7% | 37.8% | 31.5% | 36.6% | 37.0% | 36.0% | 35.4% | 34.4% | 33.5% |
| R&D | 28.3 | 8.1 | 7.8 | 7.8 | 8.2 | 31.9 | 10.5 | 15.5 | 16.2 | 16.8 | 59.0 | 71.3 | 76.3 |
| %Total Revenue | 20.4% | 19.2% | 17.7% | 16.8% | 16.5% | 17.5% | 19.5% | 25.2% | 25.3% | 24.8% | 23.8% | 23.0% | 20.0% |
| G&A | 26.7 | 7.5 | 7.9 | 8.1 | 8.0 | 31.4 | 9.4 | 10.6 | 11.4 | 12.1 | 43.5 | 49.6 | 55.3 |
| %Total Revenue | 19.2% | 17.7% | 17.8% | 17.5% | 16.0% | 17.2% | 17.5% | 17.3% | 17.8% | 17.8% | 17.6% | 16.0% | 14.5% |
| **Total operating expenses** | **109.4** | **31.4** | **32.4** | **33.6** | **34.9** | **132.3** | **36.9** | **48.7** | **51.3** | **53.4** | **190.2** | **227.6** | **259.3** |
| | | | | | | | | | | | | | |
| **Operating income** | **(12.1)** | **(0.8)** | **(0.2)** | **0.6** | **1.6** | **1.2** | **2.5** | **(2.9)** | **(3.8)** | **(3.1)** | **(7.2)** | **2.7** | **24.8** |
| **Operating margin** | **-8.7%** | **-1.9%** | **-0.5%** | **1.2%** | **3.3%** | **0.6%** | **4.7%** | **-4.6%** | **-6.0%** | **-4.5%** | **-2.9%** | **0.9%** | **6.5%** |
| | | | | | | | | | | | | | |
| **Adjusted EBITDA** | **(4.8)** | **1.1** | **1.7** | **2.5** | **3.6** | **8.9** | **4.6** | **(0.5)** | **(1.5)** | **(0.7)** | **1.9** | **13.2** | **37.0** |
| **Adjusted EBITDA Margin** | **-3.5%** | **2.6%** | **3.8%** | **5.3%** | **7.3%** | **4.9%** | **8.6%** | **-0.9%** | **-2.4%** | **-1.0%** | **0.8%** | **4.3%** | **9.7%** |
| | | | | | | | | | | | | | |
| **Other income (expenses)** | | | | | | | | | | | | | |
| Interest expense | (0.6) | (0.2) | (0.1) | | | (0.3) | | (0.4) | (0.2) | (0.2) | (0.8) | (0.9) | (1.0) |
| %Total Revenue | -0.4% | -0.5% | -0.2% | | | -0.2% | | -0.6% | -0.3% | -0.3% | -0.3% | -0.3% | -0.3% |
| Other income (expense) | (0.8) | (0.1) | (0.0) | 0.2 | (0.3) | (0.2) | (2.1) | (0.0) | (0.3) | (0.3) | (2.8) | (1.6) | (1.9) |
| %Total Revenue | -0.6% | -0.2% | 0.0% | 0.5% | -0.7% | -0.1% | -3.9% | 0.0% | -0.5% | -0.5% | -1.1% | -0.5% | -0.5% |
| **Total other income (expense)** | **(1.3)** | **(0.3)** | **(0.1)** | **0.2** | **(0.1)** | **(0.3)** | **(1.7)** | **0.1** | **(0.5)** | **(0.6)** | **(2.7)** | **(2.5)** | **(2.9)** |
| | | | | | | | | | | | | | |
| **Pretax income** | **(13.5)** | **(1.1)** | **(0.3)** | **0.8** | **1.5** | **0.9** | **0.8** | **(2.8)** | **(4.4)** | **(3.6)** | **(10.0)** | **0.3** | **21.9** |
| **Pretax margin** | **-9.7%** | **-2.6%** | **-0.8%** | **1.7%** | **3.1%** | **0.5%** | **1.5%** | **-4.5%** | **-6.8%** | **-5.3%** | **-4.0%** | **0.1%** | **5.7%** |
| | | | | | | | | | | | | | |
| Income taxes | 0.3 | 0.1 | 0.1 | 0.1 | (0.2) | 0.2 | (2.1) | 0.1 | (1.1) | (0.9) | (3.9) | 0.1 | 5.3 |
| Tax rate | -2.4% | -13.0% | -35.0% | 10.7% | -11.5% | 19.0% | -259.8% | -2.8% | 24.0% | 24.0% | 39.0% | 24.0% | 24.0% |
| **Net income** | **(13.8)** | **(1.2)** | **(0.5)** | **0.7** | **1.7** | **0.7** | **2.9** | **(4.6)** | **(3.3)** | **(2.8)** | **(6.1)** | **0.2** | **16.7** |
| **Net margin** | **-9.9%** | **-2.9%** | **-1.0%** | **1.5%** | **3.4%** | **0.4%** | **5.3%** | **-4.6%** | **-5.2%** | **-4.0%** | **-2.5%** | **0.1%** | **4.4%** |
| | | | | | | | | | | | | | |
| **EPS - fully diluted** | **($0.35)** | **($0.03)** | **($0.01)** | **$0.01** | **$0.03** | **$0.02** | **$0.06** | **($0.06)** | **($0.07)** | **($0.06)** | **($0.13)** | **$0.00** | **$0.30** |
| Shares used in calculating EPS (MM) | 39.9 | 40.8 | 43.1 | 48.3 | 49.1 | 45.3 | 49.6 | 47.6 | 48.0 | 48.5 | 48.4 | 51.2 | 54.8 |
| Y/Y EPS Change | -54.8% | -74.0% | -89.8% | -116.5% | -187.2% | -104.5% | -289.3% | 470.5% | -582.5% | -262.9% | -903.7% | -103.1% | 7673.4% |
| Q/Q sharecount change | | 0.6% | 5.9% | 12.0% | 1.5% | | 9.3% | -4.1% | 1.0% | 1.0% | | | |

Source: J.P. Morgan estimates, Company

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
18 September 2018

J.P.Morgan

# Mindbody: Summary of Financials

| Income Statement - Annual | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| Revenue | 139 | 183 | 248 | 310 | 381 |
| COGS | (43) | (52) | (80) | (102) | (120) |
| **Gross profit** | 96 | 131 | 168 | 209 | 262 |
| SG&A | (87) | (109) | (150) | (172) | (202) |
| **Adj. EBITDA** | (5) | 9 | 2 | 13 | 37 |
| D&A | (8) | (9) | (22) | (30) | (31) |
| **Adj. EBIT** | (12) | 1 | (7) | 3 | 25 |
| Net Interest | (1) | (0) | (7) | (14) | (15) |
| **Adj. PBT** | (13) | 1 | (10) | 0 | 22 |
| Tax | (0) | (0) | 4 | (0) | (5) |
| Minority Interest | - | - | - | - | - |
| **Adj. Net Income** | (14) | 1 | (6) | 0 | 17 |
| Reported EPS | (0.58) | (0.33) | (1.05) | (1.09) | (0.83) |
| **Adj. EPS** | (0.35) | 0.02 | (0.13) | 0.00 | 0.30 |
| **DPS** | - | - | - | - | - |
| Payout ratio | - | - | - | - | - |
| Shares outstanding | 40 | 45 | 48 | 51 | 55 |

| Income Statement - Quarterly | 1Q18A | 2Q18A | 3Q18E | 4Q18E |
|---|---|---|---|---|
| Revenue | 54A | 62A | 64 | 68 |
| COGS | (15)A | (19)A | (22) | (23) |
| **Gross profit** | 38A | 42A | 42 | 45 |
| SG&A | (31)A | (41)A | (38) | (40) |
| **Adj. EBITDA** | 5A | (1)A | (2) | (1) |
| D&A | (3)A | (5)A | (7) | (7) |
| **Adj. EBIT** | 3A | (3)A | (4) | (3) |
| Net Interest | 0A | (1)A | (3) | (3) |
| **Adj. PBT** | 1A | (3)A | (4) | (4) |
| Tax | 2A | (0)A | 1 | 1 |
| Minority Interest | - | - | - | - |
| **Adj. Net Income** | 3A | (3)A | (3) | (3) |
| Reported EPS | (0.03)A | (0.36)A | (0.34) | (0.33) |
| **Adj. EPS** | 0.06A | (0.06)A | (0.07) | (0.06) |
| **DPS** | - | - | - | - |
| Payout ratio | - | - | - | - |
| Shares outstanding | 50A | 48A | 48 | 49 |

| Balance Sheet & Cash Flow Statement | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| Cash and cash equivalents | 86 | 232 | 327 | 337 | 366 |
| Accounts receivable | 9 | 11 | 15 | 20 | 25 |
| Inventories | 0 | 0 | 0 | 0 | 0 |
| Other current assets | 4 | 6 | 11 | 12 | 15 |
| **Current assets** | 99 | 249 | 353 | 369 | 406 |
| PP&E | 33 | 33 | 33 | 34 | 35 |
| LT investments | - | - | - | - | - |
| Other non current assets | 12 | 20 | 179 | 161 | 143 |
| **Total assets** | 144 | 301 | 566 | 564 | 583 |
| | | | | | |
| Short term borrowings | 0 | 0 | 0 | 0 | 0 |
| Payables | 5 | 7 | 10 | 12 | 15 |
| Other short term liabilities | 16 | 21 | 29 | 40 | 53 |
| **Current liabilities** | 21 | 29 | 39 | 52 | 67 |
| Long-term debt | - | - | 238 | 251 | 266 |
| Other long term liabilities | 21 | 21 | 23 | 25 | 30 |
| **Total liabilities** | 42 | 49 | 300 | 329 | 363 |
| Shareholders' equity | 102 | 252 | 266 | 235 | 220 |
| Minority interests | - | - | - | - | - |
| **Total liabilities & equity** | 144 | 301 | 566 | 564 | 583 |
| **BVPS** | 2.55 | 5.56 | 5.49 | 4.59 | 4.02 |
| *y/y Growth* | *(13.8%)* | *118.2%* | *(1.2%)* | *(16.5%)* | *(12.4%)* |
| Net debt/(cash) | (86) | (232) | (89) | (86) | (100) |
| | | | | | |
| **Cash flow from operating activities** | (4) | 11 | 0 | 21 | 42 |
| o/w Depreciation & amortization | 8 | 9 | 22 | 30 | 31 |
| o/w Changes in working capital | 2 | 2 | 1 | 9 | 11 |
| **Cash flow from investing activities** | (13) | (11) | (162) | (11) | (13) |
| o/w Capital expenditure | (9) | (7) | (9) | (11) | (13) |
| *as % of sales* | *6.2%* | *3.8%* | *3.5%* | *3.5%* | *3.5%* |
| **Cash flow from financing activities** | 9 | 145 | 256 | 0 | 0 |
| o/w Dividends paid | - | - | - | - | - |
| o/w Net debt issued/(repaid) | - | - | - | - | - |
| **Net change in cash** | (8) | 146 | 95 | 11 | 29 |
| **Adj. Free cash flow to firm** | (12) | 4 | 2 | 21 | 40 |
| *y/y Growth* | *(56.8%)* | *(136.2%)* | *(60.6%)* | *1163.7%* | *86.9%* |

| Ratio Analysis | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|
| Gross margin | 69.0% | 71.6% | 67.7% | 67.2% | 68.6% |
| EBITDA margin | (3.5%) | 4.9% | 0.8% | 4.3% | 9.7% |
| EBIT margin | (8.7%) | 0.6% | (2.9%) | 0.9% | 6.5% |
| Net profit margin | (9.9%) | 0.4% | (2.5%) | 0.1% | 4.4% |
| | | | | | |
| ROE | (13.3%) | 0.4% | (2.4%) | 0.1% | 7.3% |
| ROA | (9.7%) | 0.3% | (1.4%) | 0.0% | 2.9% |
| ROCE | (12.0%) | 0.5% | (2.7%) | 0.4% | 3.9% |
| SG&A/Sales | 62.5% | 59.8% | 60.5% | 55.3% | 53.0% |
| Net debt/equity | (84.5%) | (92.1%) | (33.4%) | (36.5%) | (45.6%) |
| | | | | | |
| P/E (x) | NM | 2,620.5 | NM | 10,489.5 | 134.9 |
| P/BV (x) | 16.1 | 7.4 | 7.5 | 9.0 | 10.2 |
| EV/EBITDA (x) | NM | 188.3 | 952.8 | 137.8 | 48.9 |
| Dividend Yield | - | - | - | - | - |
| | | | | | |
| Sales/Assets (x) | 1.0 | 0.8 | 0.6 | 0.5 | 0.7 |
| Interest cover (x) | NM | 141.3 | 0.3 | 0.9 | 2.4 |
| Operating leverage | (143.6%) | (349.0%) | (2051.8%) | (543.8%) | 3528.2% |
| | | | | | |
| Revenue y/y Growth | 37.1% | 31.4% | 35.5% | 25.3% | 22.9% |
| EBITDA y/y Growth | (75.8%) | (284.9%) | (78.5%) | 592.3% | 179.6% |
| Tax rate | (2.4%) | 19.0% | (39.0%) | 24.0% | 24.0% |
| Adj. Net Income y/y Growth | (49.6%) | (105.1%) | (958.4%) | (103.3%) | 8207.4% |
| EPS y/y Growth | (54.8%) | (104.5%) | (903.7%) | (103.1%) | 7673.4% |
| DPS y/y Growth | - | - | - | - | - |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
18 September 2018

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Mindbody.

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for Mindbody within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Mindbody.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Mindbody.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Mindbody.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Mindbody.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Mindbody.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

**Mindbody (MB, MB US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 09-Jun-17 | OW | 27.90 | 38.00 |
| 22-Feb-18 | OW | 33.35 | 40.00 |
| 31-Jul-18 | OW | 35.00 | 48.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Jun 09, 2017.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.

J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
18 September 2018

J.P.Morgan

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Auty, Sterling P**: ANSYS, Inc. (ANSS), Adobe Systems (ADBE), Akamai Technologies, Inc. (AKAM), Altair (ALTR), Aspen Technology (AZPN), Autodesk (ADSK), Avalara (AVLR), CA Inc (CA), Cadence Design Systems (CDNS), Carbon Black (CBLK), Check Point Software (CHKP), CoStar Group (CSGP), CyberArk (CYBR), DocuSign (DOCU), Ellie Mae (ELLI), FireEye (FEYE), Five9 (FIVN), ForeScout (FSCT), Fortinet, Inc (FTNT), GoDaddy Inc (GDDY), Guidewire Software (GWRE), Imperva (IMPV), Intuit (INTU), LogMeIn (LOGM), Medidata Solutions (MDSO), Mimecast (MIME), Mindbody (MB), New Relic (NEWR), Okta (OKTA), PTC Inc (PTC), Palo Alto Networks (PANW), Pluralsight (PS), Q2 Holdings Inc. (QTWO), Qualys (QLYS), RealPage (RP), RingCentral (RNG), SecureWorks (SCWX), ServiceNow (NOW), Synchronoss Technologies (SNCR), Synopsys Inc (SNPS), Tenable (TENB), TiVo Corp (TIVO), Veeva Systems (VEEV), VeriSign (VRSN), Web.com (WEB), Wix.com (WIX)

**J.P. Morgan Equity Research Ratings Distribution, as of July 02, 2018**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 41% | 13% |
| IB clients* | 54% | 48% | 40% |
| JPMS Equity Research Coverage | 45% | 42% | 13% |
| IB clients* | 74% | 66% | 58% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of JPMS, are not registered/qualified as research analysts under NASD/NYSE rules, may not be associated persons of JPMS, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
18 September 2018

J.P.Morgan

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 046/09/2018], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors, as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
18 September 2018

J.P.Morgan

prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised August 18, 2018.

**Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Completed   18 Sep 2018 10:24 PM EDT                    Disseminated 18 Sep 2018 10:24 PM EDT