# EXHIBIT 9

| COMPANY NOTE | | Jefferies |
| --- | --- | --- |
| Company Update | | |
| USA \| Technology \| Software | September 19, 2018 | |

# MINDBODY (MB)
## Analyst Day Recap: Seeing Progress on a Long Journey

**Key Takeaway**

**Mgmt made a solid presentation about its L-T prospects. Booker integration is progressing well, and previously planned investments (pdts, payments) carry more excitement thanks to the added scale of the combined cos. While N-T road may be bumpy as the journey stretches into 2019, we believe MB can extend & cement its lead in Cloud-based health & wellness solutions. We would remain long MB as story unfolds and as valuation still has a large discount to peers.**

**We recommend L-T investors stay long.** MB was bullish on its L-T prospects of transforming the health & wellness space with its market leading SaaS solutions. While the N-T road may be bumpy and some of the timelines may stretch, we believe MB is making the right investments that will extend & solidify its lead. These investments include: Booker integration, product innovation across the entire portfolio, and significant increase in go-to-market resources. Even at CY19 EV/S of 6.4x, MB trades at a significant discount to comp group median of 8.9x and still has 17% upside to our $48 12-mo PT.

**Attendance doubled in 2 years.** We traveled to San Diego to attend MB's annual Bold user conference & analyst day. Attendance has grown by ~500 in each of last 2 years to >2,000 this year. There was no update to guidance with <2 weeks left in Q3. Our raw notes are inside.

**Upbeat tone in mgmt outlook.** MB was confident in its ability to hit its previously stated L-T goal of $700 ARPS, which would be more than 2x the current $329 from subs in its target market (English 8 countries). In a hypothetical L-T model (no timeline given), target market subs could double to 120K from 61K (TAM 300K), avg GMV rise to $23K from $19K, and MB's wallet share expand to 3.0% from 1.8%, generating monthly rev of $84M (from $20M), which would equal an annual run rate of $1Bn.

**Encouraging data points:** 1) Booker integration moving along, with sales productivity gradually improving; 2) Booker pipeline from pre-acquisition have been converting at the higher price point that took effect on 7/1; 3) Sales capacity increased sequentially in Q2 for the 1st time in 5 qtrs as MB added 50 reps, and the plan is to ramp that higher in Q3 and again in Q4; 4) More positive feedback on Frederick marketing automation solutions - a hidden gem from the Booker acquisition; 5) payments 2.0 platform went live in HK & Singapore this month; 6) Booker customers can now get a branded app for the 1st time, which should help sale of the $395/mo Ultimate tier.

**Items that give pause:** While not explicitly stated, it appears to us that substantial progress on Booker integration and int'l payments support may stretch well into 2019.

| USD | Prev. | 2017A | Prev. | 2018E | Prev. | 2019E | Prev. | 2020E |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rev. (MM) | -- | 182.6 | -- | 248.7 | -- | 318.5 | -- | 391.8 |
| EV/Rev | | 10.9x | | 8.0x | | 6.3x | | 5.1x |
| EBITDA (MM) | -- | 8.9 | -- | 1.1 | -- | 11.1 | -- | 22.1 |
| EV/EBITDA | | NM | | NM | | NM | | 90.3x |
| Cons. EPS Non-GAAP | -- | 0.02 | (0.17) | (0.13) | 0.04 | 0.06 | 0.32 | 0.35 |
| **EPS** | | | | | | | | |
| Mar | -- | (0.03) | -- | 0.06A | -- | (0.03) | -- | -- |
| Jun | -- | (0.01) | -- | (0.06)A | -- | 0.01 | -- | -- |
| Sep | -- | 0.01 | -- | (0.07) | -- | 0.01 | -- | -- |
| Dec | -- | 0.03 | -- | (0.06) | -- | 0.03 | -- | -- |
| FY Dec | -- | 0.02 | -- | (0.14) | -- | 0.02 | -- | 0.20 |
| FY P/E | | NM | | NM | | NM | | NM |

Please see analyst certifications, important disclosure information, and information regarding the status of non-US analysts on pages 13 to 17 of this report.

**EQUITY RESEARCH AMERICAS**

## BUY
Price target $48.00
Price $41.05^

| Financial Summary | |
| --- | --- |
| Net Debt (MM): | ($94.2) |
| Cash & ST Invest. (MM): | $325.8 |

| Market Data | |
| --- | --- |
| 52 Week Range: | $45.50 - $23.95 |
| Total Entprs. Value: | $2.0B |
| Market Cap.: | $2.1B |
| Shares Out. (MM): | 50.9 |
| Float (MM): | 40.1 |
| Avg. Daily Vol.: | 601,670 |

**Brent Thill** *
Equity Analyst
(415) 229-1559 bthill@jefferies.com
**John Byun** *
Equity Analyst
(415) 229-1558 jbyun@jefferies.com
* Jefferies LLC / Jefferies Research Services, LLC

**Price Performance**



^Prior trading day's closing price unless otherwise noted.

# Our Raw Notes from the Analyst Day

**(Webcast)**

## CEO Rick S.

- Expect >2K attendees

- Agenda:

    o   Wellness opp

    o   Acquis position MB favorably

    o   Pdt innovations

    o   Consumer brand gaining ground

    o   Strong mgmt. team

- What is wellness – what constitutes a good life

- MB's purpose: help people lead healthier, happier lives by connecting world to fitness, beauty, & wellness

- >60M active consumers engaged on MB platform. 400K practitioners, >68K subs (vs. only ~20K SBUX locs).

- M&A integration is working.

- Booker head is now CSO, including M&A, bus dev, etc.

- TAM is big

    o   Everyone needs wellness

    o   Inventory is local, crafted, hard to find

        ▪   Avg MB custr still only has 1.2 locations

    o   Habits are hard

        ▪   35% 90-day retention for new consumers

        ▪   48% health clubs, 46% personal training, 41% fitness, 32% yoga, 21% spa

        ▪   Data based on MB subs as of 2Q18

    o   People want variety, increasingly

        ▪   Espec millennials and gen Z

        ▪   MB Promote (dynamic, introductory, and Google/IG listings)

            •   51% of Promote users frequent >1 bus

            •   Vs. 18% of all app users frequent >1 bus

    o   People move

        ▪   MB clients lose >50% of their own end-customers in a year

**Brent Thill**, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.                    **Jefferies**

- 35M peopled moved in US in '17

- 2.3Bn person trips of >50 miles in '17 by U.S. residents

o Based on US pop'n 201M, age 18-65 (2018 US Census Bureau)

- Group fitness: 54M adults (27%)

- Integrative health: 79M adults (39%)

- Beauty services: 127M adults (64%)

  - Can cross-promote

o Local

- 650+ bookable sessions per location per week (for MB custs, avg)

- 1.2 locations per brand

- MB Promote

o Early, but Promote custs are more successful

o Intro offers 1.5yr old, dyn pricing since 4Q17.

o 62% higher GMV, >2.5x more bookings, 184% more new consumers discovering their bus.

o 44% y/y growth in bus w/Promote purchases

o >50% of consumers from dynamic pricing return to same bus

o >50% of dyn pricing consumers also have not been in the bus in past 60 days

## Mike Mansbach, Pres – Growth Strategy

- His background: PunchTab, BlueJeans, CTXS Online

- MB custs: 61K (all want to grow), booking >650M classes & appointments (LTM), >$12Bn GMV generating. As of 2Q18.

- 5 growth drivers: scale GTM engine, accel custs' GMV, becoming platform of choice, increasing marketplace adoption, expanding wallet share.

- Scale GTM engine

o Increase sales productivity. With specialization in fitness, beauty, and wellness; also by size (franchise, single loc, multi-loc)

o Increased sales headcount in both land and expand; Atlanta and Scottsdale emerging hubs. >50 quota reps in Q2 alone.

o Both outbound and inbound; balanced.

o Use data and analytics to focus. Target right opps.

- Accel custs' GMV

Brent Thill, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.

Jefferies

- o    33% improvement in GMV in 1st 3 mos of onboarding a custr, vs. a yr ago; so it's working (vs. it's very hard); based on starting April '18

- o    How: target right custs; better onboarding; faster pmts attach; unleash pdt value earlier

- Platform of choice. For partners and competitors

  - o    800+ platform developers (partners) who use MB's APIs. Enhance B2B and B2C

  - o    Mkt enabler for consumer aggregators, like ClassPass.

  - o    Add recurring rev streams: FitMetrix, Frederick

  - o    Increased top of funnel reach & innovation drive consumer interest and bookings

  - o    Will launch Mindbody.io – can search class inventory on web, without logging in; then log in when want to book.

  - o    Added capabilities increase consumer engagement

  - o    Expanding wallet share:

    - ▪    Avg custr: payroll $6890, rent/mtge $5890. Also $1565 for target mktg, vs. MB's share $329 (ARPS). Advertising & web $485, sw & svce $500, pmts $580, vs. MB $5, $193, $131.

- English 8 countries: US, Canada, NZ, HK, Singapore, UK, Ireland, Australia

- 300K wellness businesses in target market; high quality stores in E8; ~$110Bn GMV opp (vs. current >$12Bn).

- L-T model: monthly active custs 120K (implies ~33% share) (vs 61K in target mkt today; not all 68K), avg GMV per custr $23K (vs today $19K), total GMV $2.8Bn (1.1Bn), ARPS $700 (today $329). Total rev $84M (vs. today $20M). Recurring rev as % of GMV 3.0% (vs. 1.8% today) (does not mean pmt take rate, but more like wallet share, based on value add). Multiple dials that can adjust.

## Josh Todd, CMO

- Background: CTCT, Lycos, Staples, Localytics

- Boutique fitness – online booking pretty much required.

- Online booking in spas not as required today vs. in boutique fitness; lagging; highly fragmented market.

- Online booking in salons is even earlier stage. But need bus mgmt. sw (b/c complex). Also highly fragmented mkt. Existing on-prem solutions.

- GTM approach, aligned: verticalized, segment by size, local with network effect, help custs grow.

- Vertical: boutique fitness vs. beauty & wellness

- Segment by size:

  - o    MB & Booker have been strong with SMBs; adding mid & strategic.

Brent Thill, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.

Jefferies

- o   SMB: content driven, etc.

- o   Mid-mkt: acct based mktg; specialized sales & support

- o   Strategic: retain & grow top relationships; competitive, outbound, & partner strategies

- Local presence in key mkts

  - o   Launching city mgr prg; a MB EE in key cities (US and Sydney, London). Also at consumer events. Next cities planned: SF, DC, London.

- Did consumer brand advertising in 1H (SF and Boston)

  - o   Promising results: branded search traffic +34% (B2B prospects reached, when advertised to consumers); mindbody.io visits +40%.

- Help custs grow:

  - o   The "MB Advantage" – multi-phase plan from 6 mos before opening to 6 mos & 1 yr after (included as part of MB software; maybe diff levels depending on tier)


**Group Q&A**

- 300K TAM breakdown: is >300K, a conservative #. ~1/2 in single locations; ~1/2 in multi-locations.

- 61K subs that want to grow; who are the other 7K of total 68K? 61K is laser focused portion where they want to help grow.

- Low hanging fruit? Marketing – help custs grow & retain custs.


# John Davi, SVP Pdt

- At MB 6 mos; background: Thomson Reuters, CSCO, Diffbot. AI & Ml expertise. 7 patents awarded.

- A platform to grow target market businesses

- Attract: MB Promote

  - o   Core: dynamic pricing.

  - o   What's coming:

    - ▪   Promotions

    - ▪   New affiliates

    - ▪   Expansion of dynamic pricing tech (today in MB app only; future: avail in ecosystem).

    - ▪   Add'l inventory

- Retain:

**Brent Thill**, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.

**Jefferies**

- o Branded Mobile app

  - Expanded into Booker pdt line.

  - o Improved in-studio engagement: check-in, trainer mgmt., FitMetrix

  - o In-pdt alert framework (e.g., bad credit card, promos expiring, etc.)

  - o Integrating mktg automation throughout pdt

    - Integrated MB Marketing Tab rolling later this month – MB Promote and Frederick together

- Marketplace-driven integrations of Booker, Frederick, FitMetrix

  - o Vertical-specific bundling of FitMetrix

  - o Integration of Frederick into MB and Booker

  - o More shared services b/t MB and Booker pdts

    - Identity (single view of consumer), CRM, messaging & notifications, inventory, payments 2.0, analytics

  - o On 7/1, brought Booker pdts into parity with MB side ($125, 195, 395/mo)

  - o Booker branded mobile app – now starting to sell this month; highly demanded. For new Booker Ultimate tier.

  - o Payments 2.0: live in HK and Singapore in Sep '18.

    - Single screen to sign up for pmts functionality. Submit, approved, then instantly start accepting pmts.

    - Benefits to custs: frictionless onboarding, consolidated reporting, net remittance models enabled., foundation of future value props.

    - Facilitates plug & play.

- MB Promote:

  - o Reduced opt-in friction and payouts model July '18 (fees reduce net pmt to custr, instead of sending a bill).

  - o Expanding inventory with Booker in 2019.

  - o Releasing Mindbody.io today. On web, search/browse inventory in an area, look for discounted offers, last minute offers. Can book & schedule.

Q&A

- When will shared services be done? Is perpetual work. 1st 2 investing in: identity and pmts. Rest, expect in flight in 2019.

- Booker did not have a branded mobile app until this month.

- Lend capital to small bus? Think opps there; if they do pmts, MB controls all the A/R of their subs. Was skeptical, but saw success of SQ and SHOP with Capital.

**Brent Thill**, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.

**Jefferies**

# Customer fireside chats

- Moderators:

    o Aaron Stead, VP & GM, Beauty & Wellness

    o Stephanie Moran (formerly Jennings), SVP of Regional Mkt Development.

        ▪ Background: group fitness instructor since '03; also bought a studio. Ran MB sales org for 10 yrs; now running Local.

- Deka lash – owner & founder Jennifer Blair

    o Fastest growing MB & Booker custr

    o 40 open studios; 190 locs under development; started franchising (using membership type model).

    o Annual rev $5M; Booker custr since 2015; founded 2011

    o Pittsburgh area.

    o Started with Mindbody, had 4 stores. Then Booker on radar, as Dry Bar was using Booker. Thought Booker was better for beauty.

    o One of their biggest competitors didn't have online booking. Most book online from mobile phone.

    o Frederick has been great. Send out marketing emails. Also appointment reminders (reduce no shows). Also like reputation mgmt. – sends out email survey (quick – how likely to refer to a friend). Everybody is using it.

- Revive Med Spas – Dr. Lindsey Jackson, owner & founder

    o Founded 2016; MB custr since '17

    o Annual rev ~$2.1M. 1 location.

    o Used to be general surgeon; but medical reimb rates decreasing, so was looking at cash pay bus idea. Also PhD in cell biology. So, IV injections.

    o Hurricane Harvey impact. All records were in a PC. Salvaged some.

    o Then chose MB. Bus has doubled in size as rebuilt.

- Y7 Studio – Sarah Larson Levy, owner & co-founder

    o Founded 2013; MB custr since '14 (after 2nd location; was more than could afford; wanted ClassPass link). Started with TulaSoft (spl?) before MB.

    o Yoga, new concept.

    o Annual rev ~$5.6M

    o #80 on Inc 5000 fastest growing private cos.

    o 10 locs (NY & LA)

Brent Thill, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.

**Jefferies**

- o Expanding to Chicago, Philly, SF in '19

- o Built the bus off Instagram.

- o Now use other apps on MB platform: Venga for CRM & email mktg, just started FitMetrix, NetGym for teacher-facing.

- o >100 yoga instructors.

- o Not using dynamic pricing. b/c decided each class has equal level of excellence, for their consumers.

- o Do use branded app, MB app.

- The Sweat Shoppe – Mimi Benz, owner & founder

  - o LA area

  - o Founded 2011; MB custr since '11

  - o Annual rev ~$1M

  - o Hot/heated (80-84 degrees, infrared - penetrating) indoor cycling

  - o Expanding to 20 corp-owned in U.S.; franchising int'ly

  - o Used MB since start. Every studio she worked (out?) at had MB.

  - o Tried ZingFit for 30 days; was the worst 30 days. During transition from NoHo location to Toluca Lake location. Wanted to offer book-a-bike functionality, which Soul Cycle made popular. (MB can now offer ftn).

  - o Use ClassPass – great for attracting new custs; but if they have a busy location, can convert existing users to ClassPass (& pay less); so, is good when launch new loc.

  - o Indu trend? Seeing people move back to big box gym; as they try to save $. But big box can't do all the diff boutique fitness well.

## Josh McCarter, CSO – Platform partnership and M&A strategy

- Was Booker CEO

- B4: Booker, Spafinder, Arbitech, Autobytel

- Founder of DryBar presenting tomorrow.

- Why sold to MB? Best likelihood of building global wellness team.

- Booker stats as of '17 and for FY17: 10K hi end salon & spas, $3.3Bn GMV, $1.4Bn (pmt vol?).

- Integration steps:

  - o Deal closed April '18

  - o Combined beauty & wellness GTM team launch in July

  - o Branded mobile app sales into BKR base Sep '18

Please see important disclosure information on pages 13 - 17 of this report.

**Jefferies**

- o   Frederick highlighted into MB core platform Sep '18

- o   Channel partner prgs combined Oct. '18 (MB's prg was not as involved).

- o   MB Land reps start selling Frederick.

- o   Consolidation of SFDC systems (after Dec. '18)

- o   1H19: Booker inventory into MB app; Booker on MB Payments 2.0

- Lymber team – dynamic pricing (~1000 custs); focused on consumer facing, like MB Web.

- M&A strategy: current target market competitors (did Booker), point solution pdt extension (FitMetrix), marketplace (still evolving), adjacent mkt opps (global; other bus mgmt solutions in wellness)

- MB supports custs in ~100 countries

Q&A

- How were pmts at Booker? Lack of focus. Was an afterthought. In fitness, need online booking, and need pmt. Starting to happen in wellness.

- No acquis like a Booker in the near future. Tuck ins could happen anytime.

- Frederick offers several mktg pdts in 1 platform: retention mktg, reputation, email mktg.

## Brett White, CFO & COO

- Background: Meru Networks, FTNT, ORCL 10 yrs. MB CFO since '13.

- End of '16, kicked off refined subs strategy.

- 2Q18 higher priced tiers ($125 & up) = 94% of rev, 96% of GMV; up 24% y/y (MB only up 16%).

- Majority of Booker subs are at <$125/mo sw.

- MB platform active subs only:

- Mix 2Q18: Ultimate 12%, Accel 33%, Pro/Essential 46%, legacy 9%

- o   Vs. 2Q17: 7%, 14%,

- Avg monthly sub rev of new custs: Q1 +18% y/y, Q2 +25%. Only MB side.

- o   Booker: from Q2 to July '18, +52%; when came out with equal pricing tiers.

- GMV per avg sub conts to grow.

- Avg GMV for Booker custr is 50% higher than MB custr.

- Target Market Update

- o   >300K businesses

- ▪   50% beauty, 33% fitness, wellness 17%

Please see important disclosure information on pages 13 - 17 of this report.                                   **Jefferies**

- 2Q18 subs: 25%, 61%, 11%, 3% other.

    o Target market 65% US, 35% other E8 countries

    - 2Q18 subs: 75% US, 19% other E8, 6% other

- Higher value subs up 25% y/y in target markets in 2Q18

    o Total subs up 15%, solo subs down 80%, higher value subs in other mkts up 12%.

- ARPS up 21% to $329 from 271 – target market subs

    o Total subs: To $312 from $244. 2Q18 from 2Q17.

- NG profitability in 2019. (adj EBITDA)

Q&A

- Been upselling Booker custs too; Booker didn't do much in upselling. This is before any price increase (won't raise this yr, on existing).

- PureBar renewed in Q1, multi-yr deal, agreed to take everyone to Accelerate.

- Consumer platform is generating real rev, and growing q/q

- Not seen any sub-$100M competitor that's anywhere close to profitability

- Booker take rate only ~70bp; vs. MB ~1.8% (more like wallet share than a pmt take rate); how can improve Booker take rate? Pmts attach in salon & sap, even at MB, has not been as good as in fitness; think payments 2.0 will help. Opp for CNP (card not present) to grow in salon & spa indu; over some years.

Other qstns (aside)

- Sales reps added 50; b/t fitness and salon/spa? '18 plans? 50 were spread across wellness, fitness, land, and expand; not evenly, but some bias to wellness. 50 # should ramp higher in Q3, and in Q4.

- What will happen to the 7K subs not part of 61K in target market (from total 68K)? 6.1K of those are good custs, but not in E8 countries, e.g., OrangeTheory Japan. Some keep adding locations. And still get inbounds.

Brent Thill, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.

Jefferies

# Models

**Table 1: MB Income Statement**

| Income Statement ($ in 1,000s, except per share) (FY ends in Dec.) | FY14 | FY15 | FY16 | FY17 | F1Q18 | F2Q18A | F3Q18E | F4Q18 | FY18 | FY19 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue:** | | | | | | | | | | |
| Subscription & Services | 40,501 | 61,339 | 82,919 | 109,174 | 32,743 | 38,540 | 41,180 | 43,951 | 156,415 | 207,470 |
| % YoY growth | 43% | 51% | 35% | 32% | 31% | 48% | 46% | 47% | 43% | 33% |
| Payments | 26,060 | 37,460 | 53,807 | 71,263 | 20,229 | 22,266 | 22,327 | 24,009 | 88,831 | 107,185 |
| % YoY growth | 52% | 44% | 44% | 32% | 21% | 26% | 26% | 26% | 25% | 21% |
| Product & Other | 3,449 | 2,570 | 2,294 | 2,189 | 851 | 805 | 843 | 939 | 3,438 | 3,838 |
| % YoY growth | 3% | -25% | -11% | -5% | 67% | 62% | 55% | 47% | 57% | 12% |
| **TOTAL revenue** | **70,010** | **101,369** | **139,020** | **182,626** | **53,823** | **61,611** | **64,351** | **68,899** | **248,683** | **318,494** |
| guidance | | 100.1-101.1M | 138.5-139.5M | 181.4-182.4M | 53.0-54.5M | 59.5-61.5M | 63-65M | | 246-250M | |
| % YoY growth | 44% | 45% | 37% | 31% | 28% | 40% | 38% | 39% | 36% | 28% |
| | | | | | | | | | | |
| cost of rev | 29,784 | 36,202 | 41,744 | 49,135 | 14,600 | 18,003 | 18,442 | 19,624 | 70,669 | 88,270 |
| gross profit | 40,226 | 65,167 | 97,276 | 133,491 | 39,223 | 43,608 | 45,909 | 49,275 | 178,014 | 230,224 |
| gross margin % | 57.5% | 64.3% | 70.0% | 73.1% | 72.9% | 70.8% | 71.3% | 71.5% | 71.6% | 72.3% |
| | | | | | | | | | | |
| S&M | 30,726 | 42,812 | 54,401 | 68,953 | 16,811 | 20,326 | 26,143 | 27,383 | 90,663 | 117,240 |
| % of rev | 43.9% | 42.2% | 39.1% | 37.8% | 31.2% | 33.0% | 40.6% | 39.7% | 36.5% | 36.8% |
| R&D | 15,869 | 22,155 | 28,346 | 31,946 | 10,476 | 15,499 | 12,583 | 13,772 | 52,330 | 62,755 |
| % of rev | 22.7% | 21.9% | 20.4% | 17.5% | 19.5% | 25.2% | 19.6% | 20.0% | 21.0% | 19.7% |
| G&A | 17,399 | 26,230 | 26,674 | 31,440 | 9,416 | 10,644 | 11,235 | 11,721 | 43,016 | 51,058 |
| % of rev | 24.9% | 25.9% | 19.2% | 17.2% | 17.5% | 17.3% | 17.5% | 17.0% | 17.3% | 16.0% |
| total opex | 63,994 | 91,197 | 109,421 | 132,339 | 36,703 | 46,469 | 49,961 | 52,877 | 186,009 | 231,054 |
| **EBIT** | **(23,768)** | **(26,030)** | **(12,145)** | **1,152** | **2,520** | **(2,861)** | **(4,052)** | **(3,602)** | **(7,995)** | **(831)** |
| operating margin % | -33.9% | -25.7% | -8.7% | 0.6% | 4.7% | -4.6% | -6.3% | -5.2% | -3.2% | -0.3% |
| | | | | | | | | | | |
| **EBITDA (adjusted)** | **(19,194)** | **(19,862)** | **(4,816)** | **8,901** | **4,621** | **(523)** | **(1,756)** | **(1,205)** | **1,137** | **11,054** |
| EBITDA margin % | -27.4% | -19.6% | -3.5% | 4.9% | 8.6% | -0.8% | -2.7% | -1.7% | 0.5% | 3.5% |
| | | | | | | | | | | |
| interest & other | (136) | (1,100) | (1,325) | (275) | 405 | 78 | 600 | 600 | 1,683 | 2,383 |
| EBT | (23,904) | (27,130) | (13,470) | 877 | 2,925 | (2,783) | (3,452) | (3,002) | (6,312) | 1,552 |
| taxes | 116 | 246 | 321 | 167 | 75 | 78 | 67 | 67 | 287 | 407 |
| tax rate % | -0.5% | -0.9% | -2.4% | 19.0% | 2.6% | -2.8% | -1.9% | -2.2% | -4.5% | 26.2% |
| **Net Income (non-gaap)** | **(24,020)** | **(27,376)** | **(13,791)** | **710** | **2,850** | **(2,861)** | **(3,519)** | **(3,069)** | **(6,598)** | **1,146** |
| | | | | | | | | | | |
| **EPS (diluted, non-gaap)** | **(0.77)** | **(0.76)** | **(0.35)** | **0.02** | **0.06** | **(0.06)** | **(0.07)** | **(0.06)** | **(0.14)** | **0.02** |
| shares (diluted, avg) | 31,283 | 35,835 | 39,913 | 46,382 | 49,560 | 47,552 | 47,932 | 48,316 | 47,727 | 50,792 |

Source: Jefferies estimates, company data

Brent Thill, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.

**Jefferies**

**MB**

Company Update

September 19, 2018

**Table 2: MB Metrics**

| METRICS | FY14 | FY15 | FY16 | FY17 | F1Q18 | F2Q18A | F3Q18E | F4Q18 | FY18 | FY19 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Subscribers** | **40,517** | **51,481** | **60,385** | **58,584** | 57,909 | 68,142 | 67,842 | 67,942 | 67,942 | 73,942 |
| QoQ change (except FY) | 9,474 | 10,964 | 8,904 | (1,801) | (675) | 10,233 | (300) | 100 | 9,358 | 6,000 |
| % YoY growth | 31% | 27% | 17% | -3% | -3% | 15% | 15% | 16% | 16% | 9% |
| % QoQ growth | | | | | -1% | 18% | 0% | 0% | | |
| high value subs | 36,600 | 44,700 | 52,994 | 55,179 | 55,780 | 67,142 | 67,642 | 67,842 | 67,842 | |
| % YoY growth | 28% | 22% | 19% | 4% | 3% | 23% | 24% | 23% | 23% | |
| solo tier subs | 3,917 | 6,781 | 7,391 | 3,405 | 2,129 | 1,000 | 200 | 100 | 100 | |
| % YoY growth | 60% | 73% | 9% | -54% | -64% | -80% | -95% | -97% | -97% | |
| | | | | | | | | | | |
| Wellness practitioners | 240,000 | 278,000 | 329,000 | 373,000 | 395,000 | 465,000 | | | | |
| Active consumers (M) | 23 | 28 | 30 | 41 | 43 | 57 | | | | |
| consumer/practitioner | | | | | 109 | 123 | | | | |
| consumer/subscriber | | | | | 743 | 836 | | | | |
| consumer app users (M) | | | | | 9.6 | 10.7 | | | | |
| | | | | | | | | | | |
| Total bookings (Ms) | 320 | 393 | 485 | 600 | 173 | 184 | | | | |
| % YoY growth | 27% | 23% | 23% | 24% | | | | | | |
| | | | | | | | | | | |
| **ARPS (official; monthly avg** | **155** | **182** | **205** | 253 | 302 | 293 | | | | |
| % YoY growth | 6% | 17% | 13% | 23% | 31% | 20% | | | | |
| ARPS (Jefferies calc.) | 152 | 180 | 204 | 253 | 303 | 322 | 311 | 334 | 319 | 371 |
| % YoY growth | | 19% | 13% | 24% | 31% | 32% | 20% | 20% | 26% | 16% |
| | | | | | | | | | | |
| **Payments volume ($Ms)** | **4,121** | **5,061** | **6,470** | 7,921 | 2,245 | 2,716 | 2,715 | 2,911 | 10,587 | 12,894 |
| % YoY growth | 33% | 23% | 28% | 22% | 20% | 39% | 38% | 36% | 34% | 22% |
| monthly volume/avg. sub | 9,381 | 9,208 | 9,635 | 11,103 | 12,848 | 14,365 | 13,311 | 14,291 | 13,767 | 15,189 |
| take rate % | 0.63% | 0.74% | 0.83% | 0.90% | 0.90% | 0.82% | 0.82% | 0.82% | 0.84% | 0.83% |
| | | | | | | | | | | |
| **$-based net expansion rate** | **109%** | **113%** | **108%** | 107% | 106% | 103% | | | | |
| **Geography, rev by** | | | | | | | | | | |
| **% mix** | | | | | | | | | | |
| Outside U.S. | 16% | 16% | 17% | 19% | 20% | 18% | | | | |
| | | | | | | | | | | |
| % YoY growth | | | | | | | | | | |
| U.S. | 41% | 44% | 35% | 28% | 26% | 42% | | | | |
| Outside U.S. | 61% | 48% | 46% | 47% | 36% | 30% | | | | |
| | | | | | | | | | | |
| **Employees** | 1,035 | 1,226 | 1,350 | 1,426 | 1,461 | | | | | |
| QoQ change (% YoY for FY) | 28% | 18% | 10% | 6% | 35 | | | | | |
| rev/EE (avg, annualized) | $ 76,056 | $ 89,667 | $ 107,935 | $ 131,575 | $ 149,146 | | | | | |
| EE's in S&M | 358 | 422 | 493 | 471 | 464 | | | | | |
| % YoY growth | 13% | 18% | 17% | -4% | -18% | | | | | |
| | | | | | | | | | | |
| **B/S & C/F, selected items** | | | | | | | | | | |
| Cash & securities, gross | 34,675 | 93,405 | 85,864 | 232,019 | 217,708 | 325,795 | 321,294 | 317,572 | 317,572 | 319,509 |
| Deferred revenue | 2,756 | 5,253 | 8,128 | 9,519 | 7,448 | 8,692 | 12,597 | 12,867 | 12,867 | 16,350 |
| % YoY growth | 38% | 91% | 55% | 17% | -15% | -5% | 35% | 35% | 35% | 27% |
| CFFO | (17,928) | (18,574) | (3,896) | 11,110 | 55 | (5,175) | (1,460) | (466) | (7,046) | 14,780 |
| % YoY growth | 118% | 4% | -79% | -385% | -95% | -265% | -208% | -108% | -163% | -310% |
| OCF mgn (% of rev) | -26% | -18% | -3% | 6% | | | | | -3% | 5% |

Source: Jefferies estimates, company data

**Brent Thill**, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.

**Jefferies**

## Company Description

**MINDBODY**

MINDBODY is the leading provider of online business management solutions for wellness businesses such as yoga studios and beauty salons. Revenues grew 31% in FY17 to $183M, with operating margin improving 9% percentage points YoY to +0.6%. Revenues were primarily from the U.S. (81% of total), although international is growing fast (+47% vs. 28% for the U.S.).

## Company Valuation/Risks

**MINDBODY**

Our $48 12-mo. PT is based on EV/S 6.7x, applied to our sales ests in 5-8 Qs. Multiple compares to comp group median of >9x NTM. We maintain a discount multiple for MB despite superior growth as we monitor M&A integration. Risks include: 1) executing on its growth strategy; 2) increasing competition; 3) reliance on price increases; 4) changes in sales go-to-market initiatives; 5) M&A integration.

## Analyst Certification:

I, Brent Thill, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

I, John Byun, certify that all of the views expressed in this research report accurately reflect my personal views about the subject security(ies) and subject company(ies). I also certify that no part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed in this research report.

As is the case with all Jefferies employees, the analyst(s) responsible for the coverage of the financial instruments discussed in this report receives compensation based in part on the overall performance of the firm, including investment banking income. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgement.

## Investment Recommendation Record

**(Article 3(1)e and Article 7 of MAR)**

Recommendation Published             September 19, 2018 , 01:01 ET.
Recommendation Distributed           September 19, 2018 , 01:01 ET.

## Company Specific Disclosures

Jefferies Group LLC makes a market in the securities or ADRs of MINDBODY Inc.

## Explanation of Jefferies Ratings

Buy - Describes securities that we expect to provide a total return (price appreciation plus yield) of 15% or more within a 12-month period.

Hold - Describes securities that we expect to provide a total return (price appreciation plus yield) of plus 15% or minus 10% within a 12-month period.

Underperform - Describes securities that we expect to provide a total return (price appreciation plus yield) of minus 10% or less within a 12-month period.

The expected total return (price appreciation plus yield) for Buy rated securities with an average security price consistently below $10 is 20% or more within a 12-month period as these companies are typically more volatile than the overall stock market. For Hold rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is plus or minus 20% within a 12-month period. For Underperform rated securities with an average security price consistently below $10, the expected total return (price appreciation plus yield) is minus 20% or less within a 12-month period.

NR - The investment rating and price target have been temporarily suspended. Such suspensions are in compliance with applicable regulations and/or Jefferies policies.

CS - Coverage Suspended. Jefferies has suspended coverage of this company.

NC - Not covered. Jefferies does not cover this company.

Restricted - Describes issuers where, in conjunction with Jefferies engagement in certain transactions, company policy or applicable securities regulations prohibit certain types of communications, including investment recommendations.

Monitor - Describes securities whose company fundamentals and financials are being monitored, and for which no financial projections or opinions on the investment merits of the company are provided.

## Valuation Methodology

Jefferies' methodology for assigning ratings may include the following: market capitalization, maturity, growth/value, volatility and expected total return over the next 12 months. The price targets are based on several methodologies, which may include, but are not restricted to, analyses of market risk, growth rate, revenue stream, discounted cash flow (DCF), EBITDA, EPS, cash flow (CF), free cash flow (FCF), EV/EBITDA, P/E, PE/growth, P/CF,

Please see important disclosure information on pages 13 - 17 of this report.

**Jefferies**

P/FCF, premium (discount)/average group EV/EBITDA, premium (discount)/average group P/E, sum of the parts, net asset value, dividend returns, and return on equity (ROE) over the next 12 months.

**Jefferies Franchise Picks**

Jefferies Franchise Picks include stock selections from among the best stock ideas from our equity analysts over a 12 month period. Stock selection is based on fundamental analysis and may take into account other factors such as analyst conviction, differentiated analysis, a favorable risk/reward ratio and investment themes that Jefferies analysts are recommending. Jefferies Franchise Picks will include only Buy rated stocks and the number can vary depending on analyst recommendations for inclusion. Stocks will be added as new opportunities arise and removed when the reason for inclusion changes, the stock has met its desired return, if it is no longer rated Buy and/or if it triggers a stop loss. Stocks having 120 day volatility in the bottom quartile of S&P stocks will continue to have a 15% stop loss, and the remainder will have a 20% stop. Franchise Picks are not intended to represent a recommended portfolio of stocks and is not sector based, but we may note where we believe a Pick falls within an investment style such as growth or value.

## Risks which may impede the achievement of our Price Target

This report was prepared for general circulation and does not provide investment recommendations specific to individual investors. As such, the financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based upon their specific investment objectives and financial situation utilizing their own financial advisors as they deem necessary. Past performance of the financial instruments recommended in this report should not be taken as an indication or guarantee of future results. The price, value of, and income from, any of the financial instruments mentioned in this report can rise as well as fall and may be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's home currency, a change in exchange rates may adversely affect the price of, value of, or income derived from the financial instrument described in this report. In addition, investors in securities such as ADRs, whose values are affected by the currency of the underlying security, effectively assume currency risk.

## Other Companies Mentioned in This Report

• MINDBODY Inc (MB: $41.05, BUY)



**Notes:** Each box in the Rating and Price Target History chart above represents actions over the past three years in which an analyst initiated on a company, made a change to a rating or price target of a company or discontinued coverage of a company.

Legend:

I: Initiating Coverage

D: Dropped Coverage

B: Buy

H: Hold

UP: Underperform

For Important Disclosure information on companies recommended in this report, please visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action or call 212.284.2300.

Brent Thill, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.

**Jefferies**

## Distribution of Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. | | JIL Mkt Serv./Past 12 Mos. | |
|---|---|---|---|---|---|---|
| | | | Count | Percent | Count | Percent |
| **BUY** | 1129 | 54.15% | 88 | 7.79% | 15 | 1.33% |
| **HOLD** | 832 | 39.90% | 16 | 1.92% | 1 | 0.12% |
| **UNDERPERFORM** | 124 | 5.95% | 0 | 0.00% | 0 | 0.00% |

**Brent Thill**, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.

**Jefferies**

## Other Important Disclosures

Jefferies does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Jefferies Equity Research refers to research reports produced by analysts employed by one of the following Jefferies Group LLC ("Jefferies") group companies:

**United States:** Jefferies LLC which is an SEC registered broker-dealer and a member of FINRA (and distributed by Jefferies Research Services, LLC, an SEC registered Investment Adviser, to clients paying separately for such research).

**United Kingdom:** Jefferies International Limited, which is authorized and regulated by the Financial Conduct Authority; registered in England and Wales No. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ; telephone +44 (0)20 7029 8000; facsimile +44 (0)20 7029 8010.

**Hong Kong:** Jefferies Hong Kong Limited, which is licensed by the Securities and Futures Commission of Hong Kong with CE number ATS546; located at Suite 2201, 22nd Floor, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

**Singapore:** Jefferies Singapore Limited, which is licensed by the Monetary Authority of Singapore; located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950.

**Japan:** Jefferies (Japan) Limited, Tokyo Branch, which is a securities company registered by the Financial Services Agency of Japan and is a member of the Japan Securities Dealers Association; located at Hibiya Marine Bldg, 3F, 1-5-1 Yuraku-cho, Chiyoda-ku, Tokyo 100-0006; telephone +813 5251 6100; facsimile +813 5251 6101.

**India:** Jefferies India Private Limited (CIN - U74140MH2007PTC200509), which is licensed by the Securities and Exchange Board of India as a Merchant Banker (INM000011443), Research Analyst (INH000000701) and a Stock Broker with Bombay Stock Exchange Limited (INB011491033) and National Stock Exchange of India Limited (INB231491037) in the Capital Market Segment; located at 42/43, 2 North Avenue, Maker Maxity, Bandra-Kurla Complex, Bandra (East) Mumbai 400 051, India; Tel +91 22 4356 6000.

This report was prepared by personnel who are associated with Jefferies (Jefferies International Limited, Jefferies Hong Kong Limited, Jefferies Singapore Limited, Jefferies (Japan) Limited, Jefferies India Private Limited); or by personnel who are associated with both Jefferies LLC and Jefferies Research Services LLC ("JRS"). Jefferies LLC is a US registered broker-dealer and is affiliated with JRS, which is a US registered investment adviser. JRS does not create tailored or personalized research and all research provided by JRS is impersonal. If you are paying separately for this research, it is being provided to you by JRS. Otherwise, it is being provided by Jefferies LLC. Jefferies LLC, JRS, and their affiliates are collectively referred to below as "Jefferies". Jefferies may seek to do business with companies covered in this research report. As a result, investors should be aware that Jefferies may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only one of many factors in making their investment decisions. Specific conflict of interest and other disclosures that are required by FINRA and other rules are set forth in this disclosure section.

* * *

If you are receiving this report from a non-US Jefferies entity, please note the following: Unless prohibited by the provisions of Regulation S of the U.S. Securities Act of 1933, as amended, this material is distributed in the United States by Jefferies LLC, which accepts responsibility for its contents in accordance with the provisions of Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. Transactions by or on behalf of any US person may only be effected through Jefferies LLC. In the United Kingdom and European Economic Area this report is issued and/or approved for distribution by Jefferies International Limited ("JIL") and is intended for use only by persons who have, or have been assessed as having, suitable professional experience and expertise, or by persons to whom it can be otherwise lawfully distributed.

JIL allows its analysts to undertake private consultancy work. JIL's conflicts management policy sets out the arrangements JIL employs to manage any potential conflicts of interest that may arise as a result of such consultancy work. Jefferies LLC, JIL and their affiliates, may make a market or provide liquidity in the financial instruments referred to in this report; and where they do make a market, such activity is disclosed specifically in this report under "company specific disclosures".

For Canadian investors, this material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "Designated Institution" as defined by the Securities Act (Ontario). In Singapore, Jefferies Singapore Limited ("JSL") is regulated by the Monetary Authority of Singapore. For investors in the Republic of Singapore, this material is provided by JSL pursuant to Regulation 32C of the Financial Advisers Regulations. The material contained in this document is intended solely for accredited, expert or institutional investors, as defined under the Securities and Futures Act (Cap. 289 of Singapore). If there are any matters arising from, or in connection with this material, please contact JSL, located at 80 Raffles Place #15-20, UOB Plaza 2, Singapore 048624, telephone: +65 6551 3950. In Japan, this material is issued and distributed by Jefferies (Japan) Limited to institutional investors only. In Hong Kong, this report is issued and approved by Jefferies Hong Kong Limited and is intended for use only by professional investors as defined in the Hong Kong Securities and Futures Ordinance and its subsidiary legislation. In the Republic of China (Taiwan), this report should not be distributed. The research in relation to this report is conducted outside the People's Republic of China ("PRC"). This report does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. In India, this report is made available by Jefferies India Private Limited. In Australia, this information is issued solely by JIL and is directed solely at wholesale clients within the meaning of the Corporations Act 2001 of Australia (the "Act"), in connection with their consideration of any investment or investment service that is the subject of this document. Any offer or issue that is the subject of this document does not require, and this document is not, a disclosure document or product disclosure statement within the meaning of the Act. JIL is authorised and regulated by the Financial Conduct Authority under the laws of the United Kingdom, which differ from Australian laws. JIL has obtained relief under Australian Securities and Investments Commission Class Order 03/1099, which conditionally exempts it from holding an Australian financial services license under the Act in respect of the provision of certain financial services to wholesale clients. Recipients of this document in any other jurisdictions should inform themselves about and observe any applicable legal requirements in relation to the receipt of this document.

This report is not an offer or solicitation of an offer to buy or sell any security or derivative instrument, or to make any investment. Any opinion or estimate constitutes the preparer's best judgment as of the date of preparation, and is subject to change without notice. Jefferies assumes no obligation to maintain or update this report based on subsequent information and events. Jefferies, and their respective officers, directors, and employees, may have long or short positions in, or may buy or sell any of the securities, derivative instruments or other investments mentioned or described herein, either as agent or as principal for their own account. This material is provided solely for informational purposes and is not tailored to any recipient,

Brent Thill, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.

**Jefferies**

and is not based on, and does not take into account, the particular investment objectives, portfolio holdings, strategy, financial situation, or needs of any recipient. As such, any advice or recommendation in this report may not be suitable for a particular recipient. Jefferies assumes recipients of this report are capable of evaluating the information contained herein and of exercising independent judgment. A recipient of this report should not make any investment decision without first considering whether any advice or recommendation in this report is suitable for the recipient based on the recipient's particular circumstances and, if appropriate or otherwise needed, seeking professional advice, including tax advice. Jefferies does not perform any suitability or other analysis to check whether an investment decision made by the recipient based on this report is consistent with a recipient's investment objectives, portfolio holdings, strategy, financial situation, or needs

By providing this report, neither JRS nor any other Jefferies entity accepts any authority, discretion, or control over the management of the recipient's assets. Any action taken by the recipient of this report, based on the information in the report, is at the recipient's sole judgment and risk. The recipient must perform his or her own independent review of any prospective investment. If the recipient uses the services of Jefferies LLC (or other affiliated broker-dealers), in connection with a purchase or sale of a security that is a subject of these materials, such broker-dealer may act as principal for its own accounts or as agent for another person. Only JRS is registered with the SEC as an investment adviser; and therefore neither Jefferies LLC nor any other Jefferies affiliate has any fiduciary duty in connection with distribution of these reports.

The price and value of the investments referred to herein and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

This report has been prepared independently of any issuer of securities mentioned herein and not as agent of any issuer of securities. No Equity Research personnel have authority whatsoever to make any representations or warranty on behalf of the issuer(s). Any comments or statements made herein are those of the Jefferies entity producing this report and may differ from the views of other Jefferies entities.

This report may contain information obtained from third parties, including ratings from credit ratings agencies such as Standard & Poor's. Reproduction and distribution of third party content in any form is prohibited except with the prior written permission of the related third party. Jefferies does not guarantee the accuracy, completeness, timeliness or availability of any information, including ratings, and is not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such content. Third-party content providers give no express or implied warranties, including, but not limited to, any warranties of merchantability or fitness for a particular purpose or use. Neither Jefferies nor any third-party content provider shall be liable for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including lost income or profits and opportunity costs) in connection with any use of their content, including ratings. Credit ratings are statements of opinions and are not statements of fact or recommendations to purchase, hold or sell securities. They do not address the suitability of securities or the suitability of securities for investment purposes, and should not be relied on as investment advice.

Jefferies research reports are disseminated and available electronically, and, in some cases, also in printed form. Electronic research is simultaneously made available to all clients. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of Jefferies. Neither Jefferies nor any of its respective directors, officers or employees, is responsible for guaranteeing the financial success of any investment, or accepts any liability whatsoever for any direct, indirect or consequential damages or losses arising from any use of this report or its contents. Nothing herein shall be construed to waive any liability Jefferies has under applicable U.S. federal or state securities laws.

For Important Disclosure information relating to JRS, please see https://adviserinfo.sec.gov/IAPD/Content/Common/crd_iapd_Brochure.aspx?BRCHR_VRSN_ID=483878 and https://adviserinfo.sec.gov/Firm/292142 or visit our website at https://javatar.bluematrix.com/sellside/Disclosures.action, or www.jefferies.com, or call 1.888.JEFFERIES.

© 2018 Jefferies Group LLC

**Brent Thill**, Equity Analyst, (415) 229-1559, bthill@jefferies.com

Please see important disclosure information on pages 13 - 17 of this report.

**Jefferies**