# EXHIBIT 23

| MB Stock Price History (9/1/2018 - 12/31/2018) | | | | | |
|---|---|---|---|---|---|
| Date | Open | High | Low | Close | Volume |
| 9/4/2018 | $36.85 | $37.15 | $36.00 | $37.10 | 481,031 |
| 9/5/2018 | $37.20 | $37.35 | $36.50 | $37.15 | 461,382 |
| 9/6/2018 | $37.20 | $37.65 | $37.00 | $37.60 | 294,122 |
| 9/7/2018 | $37.80 | $39.20 | $37.58 | $38.65 | 518,470 |
| 9/10/2018 | $38.80 | $39.25 | $38.60 | $39.10 | 301,753 |
| 9/11/2018 | $38.95 | $40.55 | $38.95 | $39.35 | 526,821 |
| 9/12/2018 | $39.30 | $39.50 | $38.00 | $39.00 | 360,879 |
| 9/13/2018 | $39.10 | $39.45 | $38.55 | $39.05 | 427,693 |
| 9/14/2018 | $39.00 | $40.00 | $38.60 | $39.55 | 386,149 |
| 9/17/2018 | $39.50 | $40.20 | $39.10 | $40.00 | 789,706 |
| 9/18/2018 | $40.15 | $41.83 | $40.05 | $41.05 | 935,075 |
| 9/19/2018 | $41.50 | $42.25 | $41.00 | $41.35 | 1,157,420 |
| 9/20/2018 | $41.80 | $43.05 | $41.30 | $42.70 | 565,638 |
| 9/21/2018 | $42.85 | $43.20 | $41.75 | $41.85 | 1,087,089 |
| 9/24/2018 | $41.65 | $42.50 | $41.05 | $42.50 | 1,199,928 |
| 9/25/2018 | $42.10 | $43.90 | $41.65 | $43.85 | 707,166 |
| 9/26/2018 | $43.30 | $43.65 | $40.35 | $40.45 | 1,366,292 |
| 9/27/2018 | $40.55 | $40.90 | $39.70 | $40.35 | 554,227 |
| 9/28/2018 | $40.50 | $40.70 | $40.05 | $40.65 | 371,383 |
| 10/1/2018 | $40.59 | $40.93 | $40.27 | $40.60 | 937,197 |
| 10/2/2018 | $40.51 | $40.94 | $39.34 | $40.06 | 641,660 |
| 10/3/2018 | $40.14 | $41.32 | $39.91 | $41.25 | 535,192 |
| 10/4/2018 | $41.13 | $41.80 | $40.32 | $41.12 | 857,310 |
| 10/5/2018 | $41.01 | $41.72 | $40.33 | $41.25 | 814,971 |
| 10/8/2018 | $41.03 | $41.79 | $37.55 | $38.05 | 954,137 |
| 10/9/2018 | $38.00 | $38.31 | $36.93 | $37.23 | 1,255,577 |
| 10/10/2018 | $37.30 | $37.30 | $34.12 | $34.37 | 1,400,276 |
| 10/11/2018 | $34.02 | $34.60 | $31.66 | $31.86 | 3,038,959 |
| 10/12/2018 | $32.33 | $33.73 | $32.14 | $33.00 | 996,767 |
| 10/15/2018 | $32.81 | $34.20 | $31.97 | $33.27 | 1,357,237 |
| 10/16/2018 | $33.75 | $34.67 | $33.11 | $34.59 | 914,538 |
| 10/17/2018 | $34.45 | $34.60 | $33.60 | $34.55 | 800,791 |
| 10/18/2018 | $34.28 | $34.54 | $32.79 | $33.27 | 888,795 |
| 10/19/2018 | $33.42 | $33.95 | $31.57 | $31.87 | 641,883 |
| 10/22/2018 | $31.99 | $33.28 | $31.71 | $33.19 | 709,073 |
| 10/23/2018 | $32.39 | $33.19 | $31.56 | $33.04 | 776,037 |
| 10/24/2018 | $33.05 | $33.58 | $31.09 | $31.14 | 666,130 |
| 10/25/2018 | $31.55 | $32.30 | $31.20 | $32.12 | 698,794 |
| 10/26/2018 | $31.06 | $32.46 | $30.14 | $32.17 | 864,348 |
| 10/29/2018 | $33.08 | $33.74 | $30.70 | $31.37 | 592,639 |
| 10/30/2018 | $31.31 | $32.30 | $30.86 | $32.13 | 533,411 |

Source: https://www.macrotrends.net/stocks/charts/MB//stock-price-history

| MB Stock Price History (9/1/2018 - 12/31/2018) | | | | | |
|---|---|---|---|---|---|
| Date | Open | High | Low | Close | Volume |
| 10/31/2018 | $32.64 | $33.17 | $31.76 | $31.84 | 938,824 |
| 11/1/2018 | $32.00 | $33.65 | $31.43 | $33.46 | 750,988 |
| 11/2/2018 | $33.71 | $34.05 | $33.06 | $33.50 | 560,321 |
| 11/5/2018 | $33.51 | $33.66 | $32.33 | $33.59 | 774,316 |
| 11/6/2018 | $33.79 | $34.50 | $32.24 | $32.63 | 1,445,229 |
| 11/7/2018 | $25.00 | $28.87 | $24.75 | $26.18 | 7,086,726 |
| 11/8/2018 | $25.79 | $27.06 | $25.78 | $27.00 | 1,973,289 |
| 11/9/2018 | $26.53 | $27.59 | $26.11 | $26.82 | 1,246,871 |
| 11/12/2018 | $26.83 | $27.34 | $25.60 | $26.18 | 1,201,647 |
| 11/13/2018 | $26.26 | $26.55 | $25.48 | $26.00 | 1,114,139 |
| 11/14/2018 | $26.18 | $26.68 | $24.96 | $25.48 | 796,468 |
| 11/15/2018 | $25.51 | $26.31 | $25.32 | $26.27 | 554,380 |
| 11/16/2018 | $26.11 | $26.92 | $25.90 | $26.39 | 402,333 |
| 11/19/2018 | $26.31 | $26.49 | $23.90 | $23.97 | 766,232 |
| 11/20/2018 | $23.48 | $25.12 | $23.02 | $25.00 | 1,084,227 |
| 11/21/2018 | $25.30 | $26.05 | $25.03 | $25.68 | 411,785 |
| 11/23/2018 | $25.37 | $26.14 | $25.37 | $25.60 | 241,520 |
| 11/26/2018 | $25.95 | $27.35 | $25.95 | $27.14 | 834,557 |
| 11/27/2018 | $27.11 | $27.22 | $26.51 | $27.14 | 542,798 |
| 11/28/2018 | $27.42 | $28.10 | $26.80 | $27.97 | 667,805 |
| 11/29/2018 | $27.94 | $28.62 | $27.31 | $27.86 | 509,026 |
| 11/30/2018 | $27.85 | $28.22 | $27.22 | $27.76 | 454,600 |
| 12/3/2018 | $28.28 | $28.32 | $27.43 | $28.03 | 380,235 |
| 12/4/2018 | $28.02 | $28.20 | $26.62 | $26.70 | 508,250 |
| 12/6/2018 | $26.28 | $26.84 | $25.57 | $26.20 | 1,003,347 |
| 12/7/2018 | $26.17 | $26.98 | $25.30 | $25.61 | 956,245 |
| 12/10/2018 | $25.66 | $26.70 | $25.54 | $26.21 | 793,999 |
| 12/11/2018 | $26.72 | $27.18 | $25.83 | $26.28 | 320,869 |
| 12/12/2018 | $26.57 | $27.08 | $25.57 | $25.60 | 861,750 |
| 12/13/2018 | $25.61 | $25.83 | $24.90 | $25.16 | 426,916 |
| 12/14/2018 | $24.90 | $25.63 | $24.62 | $24.98 | 399,760 |
| 12/17/2018 | $24.88 | $24.88 | $23.78 | $23.93 | 511,077 |
| 12/18/2018 | $24.03 | $24.75 | $23.80 | $24.23 | 592,890 |
| 12/19/2018 | $24.21 | $24.88 | $23.48 | $23.70 | 561,249 |
| 12/20/2018 | $23.71 | $24.05 | $22.31 | $22.76 | 1,132,949 |
| 12/21/2018 | $22.89 | $23.61 | $21.61 | $21.72 | 1,145,503 |
| 12/24/2018 | $36.31 | $36.44 | $35.83 | $35.83 | 7,923,506 |
| 12/26/2018 | $36.00 | $36.14 | $35.91 | $36.06 | 12,697,163 |
| 12/27/2018 | $36.05 | $36.20 | $36.00 | $36.13 | 6,899,165 |
| 12/28/2018 | $36.10 | $36.50 | $36.08 | $36.45 | 4,130,814 |
| 12/31/2018 | $36.37 | $36.50 | $36.21 | $36.40 | 1,796,775 |

Source: https://www.macrotrends.net/stocks/charts/MB//stock-price-history

**Mindbody Stock Price History**
**(Daily Closing Price)**
**9/1/2018 - 12/31/2018**



Source: https://www.macrotrends.net/stocks/charts/MB//stock-price-history