# EXHIBIT 26

**IVP Partners Meeting**
**Monday, August 6, 2018 (JK)**



VI.      Portfolio Review – Mindbody

CONFIDENTIAL                                                                      MB0003147



CONFIDENTIAL

MB0003148



CONFIDENTIAL

MB0003149

| Company Name | Sym | Shares | Average Cost/Share | Cost @ 6/30/18 | Cost @ 8/3/18 | Average Carrying/Exit Value/Shr | Valuation/ Proceeds 8/3/18 | Gain/ (Loss) $ | Gain/ (Loss) % | Estimated IRR @ 6/30/18 | Initial Inv. Date | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOLDINGS** | | | | | | | | | | | | |
| **Public** | | | | | | | | | | | | |
| Mindbody | MB | 2,655,365 | $9.40 | 24,962,756 | 24,962,756 | $35.05 | 93,070,543 | 68,107,787 | 272.8% | 29.7% | Oct-12 | XIII |
| **Total** | | | | | | | | | | | | |

($MM, except per share information)

| | Market Data | | | | | | FD Capitalization | | Operating Statistics | | | | | | | | | | Trading Multiples | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 30-Day | | | | Revenue | | | | Margin | | | | | | Ent Value / | | | | | Growth-adjusted | |
| | Stock Price | % of 52-wk | % 1 Week | Target | Avg. | Avg. | Short | Equity | Ent. | | | Y/Y Growth % | | Gross Margin $ | | Gross Margin % | | EBITDA % | | Revenue | | Gross Margin | | EBITDA | | E/M/G | | P/E/G | |
| Company - FD Own % | 08/03/18 | High | Gain / (Loss) | Sell Price | Cost | Vol. (M) | Interest | Value | Value | CY18E | CY19E | '17-18E | '18-19E | CY18E | CY19E | CY18E | CY19E | CY18E | CY19E | CY18E | CY19E | CY18E | CY19E | CY18E | CY19E | CY18E | CY19E | CY18E | CY19E |
| **Portfolio Companies** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MINDBODY [MB] (EL, MM) - 5.35% | 35.05 | 77% | -14.5% | 48.00 | 9.40 | 0.77 | 14% | $1,740 | $1,660 | 248 | 311 | 36% | 25% | 176 | 222 | 71% | 71% | 1% | 5% | 6.7 | 5.3 | 9.4 | 7.5 | - | - | 21.3 | 16.9 | - | - |

CONFIDENTIAL

MB0003150



CONFIDENTIAL

MB0003151



CONFIDENTIAL

MB0003152



CONFIDENTIAL

MB0003153



CONFIDENTIAL

MB0003154



CONFIDENTIAL

MB0003155



CONFIDENTIAL

MB0003156



CONFIDENTIAL



CONFIDENTIAL

MB0003158



CONFIDENTIAL

MB0003159



CONFIDENTIAL

MB0003160



CONFIDENTIAL
MB0003161



CONFIDENTIAL

MB0003162



CONFIDENTIAL

MB0003163



CONFIDENTIAL

MB0003164



CONFIDENTIAL



CONFIDENTIAL

MB0003166

**Portfolio Review Schedule (CB / JK)**

**Company Reviews**

| 1H'2018 | | | | 2H'2018 | | |
|---------|---------|-------------------|--|---------|---------|-------------------|
| Week of | Company | Value of Position | | Week of | Company | Value of Position |
| | | | | | | |
| | | | | 8/6/2018 | MindBody | $         109 |
| 2/26/2018 | MindBody | $         109 | | | | |

CONFIDENTIAL

**IVP Portfolio Dashboard Summary (GZ/TH)**
**As of 8/03/18**



| Company | Cost | Value | Gain | Ownership |
|---|---|---|---|---|
| ● MindBody | 32 | 113 | 82 | 5% |

CONFIDENTIAL

MB0003168



CONFIDENTIAL

MB0003169



CONFIDENTIAL

MB0003170

CONFIDENTIAL

MB0003171



CONFIDENTIAL



CONFIDENTIAL

MB0003173



CONFIDENTIAL



CONFIDENTIAL

MB0003175

CONFIDENTIAL

MB0003176



CONFIDENTIAL

MB0003177



CONFIDENTIAL

MB0003178

## Institutional Venture Partners XIII
### Summary of Investments
#### 8/3/2018

| Company Name | Sym | Shares | Average Cost/Share | Cost @ 6/30/18 | Cost @ 8/3/18 | Average Carrying/Exit Value/Shr | Valuation/ Proceeds 8/3/18 | Gain/ (Loss) $ | Gain/ (Loss) % | Actual IRR @ 6/30/18 | Initial Inv. Date | Est./ Actual Exit | Dividends Included in Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOLDINGS** | | | | | | | | | | | | | |
| **Public** | | | | | | | | | | | | | |
| Mindbody | MB | 2,655,365 | $9.40 | 24,962,756 | 24,962,756 | $35.05 | 93,070,543 | 68,107,787 | 272.8% | 29.7% | Oct-12 | 2018 | |
| Mindbody | | 563,333 | $12.09 | | 6,809,234 | $36.00 | 20,279,988 | 13,470,754 | 197.8% | 29.7% | Oct-12 | Nov-17 | |

MB0003179



CONFIDENTIAL

MB0003180



CONFIDENTIAL

MB0003181

CONFIDENTIAL

MB0003182

**Institutional Venture Partners X, XI, XII, XIII, XIV, XV, & XVI**
**Consolidated Summary of Investments**
**8/3/2018**

| Company Name | Sym | Shares | Average Cost/Share | Cost @ 6/30/18 | Cost @ 8/3/18 | Average Carrying/Exit Value/Shr | Valuation/ Proceeds 8/3/18 | Gain/ (Loss) $ | Gain/ (Loss) % | Actual IRR @ 6/30/18 | Initial Inv. Date | Est./ Actual Exit | Dividends Included in Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOLDINGS** | | | | | | | | | | | | | |
| Public | | | | | | | | | | | | | |
| Mindbody | MB | 2,655,365 | $9.40 | 24,962,756 | 24,962,756 | $35.05 | 93,070,543 | 68,107,787 | 272.8% | 29.7% | Oct-12 | 2018 | |
| Private | | | | | | | | | | | | | |

MB0003183

CONFIDENTIAL

MB0003184

**Institutional Venture Partners X, XI, XII, XIII, XIV,XV, & XVI**
**Consolidated Summary of Investments**
**8/3/2018**

| Company Name | Sym | Shares | Average Cost/Share | Cost @ 6/30/18 | Cost @ 8/3/18 | Average Carrying/Exit Value/Shr | Valuation/ Proceeds 8/3/18 | Gain/ (Loss) $ | Gain/ (Loss) % | Actual IRR @ 6/30/18 | Initial Inv. Date | Est./ Actual Exit | Dividends Included in Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mindbody | MB | 563,333 | $12.09 | | 6,809,234 | $36.00 | 20,279,988 | 13,470,754 | 197.8% | 29.7% | Oct-12 | | - |

IVP Confidential - Trade Secret

CONFIDENTIAL

MB0003185