# EXHIBIT 27

**From:** Rick Stollmeyer █████████████████████████████████

**Sent:** Tue, 30 Oct 2018 13:12:54 +0000 (UTC)

**To:** Eric Liaw ████████████; Gail Goodman ███████████████████ "court cunningham" ████████████████████

**Subject:** CONFIDENTIAL Re: Rationale

---

BOD CONFIDENTIAL

Adding Court to round out the Strategy Committee.

Eric's suggested approach below makes sense to me and is completely authentic.  Our business is not broken.  Far from it.  We have never been better positioned to realize our vision.  I will have no problem speaking to that and committing to the long term success of MINDBODY.

I woke up from a dream this morning reliving a conversation with a portfolio manager in August, who yelled at Brett and me for bringing the H2 guide down in our last call.   The only difference between  that reality and my dream was my response.

Point is, I will have no problem expressing to potential acquirers how MB can and will perform even better in partnership with them.

Rick

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc.

---

**From:** Eric Liaw ██████████████
**Sent:** Monday, October 29, 2018 9:49 AM
**To:** Rick Stollmeyer; Gail Goodman
**Subject:** RE: Rationale

I think this is a good skeleton.

As with any other performance, you'll have to tailor the emphasis for various audiences at various stages.  It will be your version of a stump speech, hit all the points but depending on who / when we're talking to, you tweak the message.

Earlier on, you can throw the public investors under the bus and complain about how frustrating it is that they only care about things every 90 days and yet their decision making impacts your employee morale, etc.  The buyer concern will be that something 's fundamentally broken about the business / we're throwing in the towel.  Then as we get deeper into discussions about the business, the emphasis can be more on the business opportunity, which they will need to understand in order to get to an interesting level.

**From:** Rick Stollmeyer ████████████████████████████████
**Sent:** Sunday, October 28, 2018 9:36 PM
**To:** Eric Liaw █████████████████; Gail Goodman ██████████████████████
**Subject:** Re: Rationale

Gail and Eric

Thank you for this!  Here's my first riff on consolidating your input...

---------

Rationale for Project Vandenburg - MINDBODY Confidential

MB is embarking on a big and ambitious vision to connect the world of wellness and beauty.

Our Vision includes:

1.  Expanding our leadership in the global business software market for Fitness, Beauty and Wellness through organic growth and selective rollup of smaller players

2. Expanding our Marketplace of Wellness by creating a strong consumer brand, leveraging powerful platform partners and potential rollup of strong regional or vertical brands.

Pursuing this vision will drive changes in our revenue mix and investment profile that may be difficult for the public markets to absorb in the near terms.

- Since we've been public, we have proven we can run a growing, profitable, cash flow generative SaaS business.
- We believe more than ever that our TAM is enormous and is ripe for the taking.  That's why we went out and bought Booker, Frederick and Fitmetrix in 2018.
- Integration of these acquisitions is complex but proceeding well.  Full realization of the synergies will take 1-2 years.
- We are 100% convinced that's the right path forward but it's clear that the public markets have boxed in our strategic and operational flexibility with quarterly earnings constraints and a near term profit imperative.
- While we actually don't need capital to invest (we have 5 years on our debt), we would like to be able to move more quickly out of the public eye and have a partner to work with that shares the vision

CONFIDENTIAL                                                                                                                          MB0003296