# EXHIBIT 28

| From: | Rick Stollmeyer ██████████████████ |
|---|---|
| Sent: | Thu, 29 Nov 2018 15:08:29 +0000 (UTC) |
| To: | Eric Liaw ████████████    Brett White ████████████████ |
| Cc: | Gail Goodman ████████████████████████; court cunningham ███████ Adam Miller ██████; Graham Smith ████████████████; Cipora Herman ██████████████; Blair Christie◄███████████████    Nicole Gunderson ████████████ |
| Subject: | Re: Vandenberg \| Management Presentation |

+Nicole

Thank you for this Eric.

Board - Brett, Nicole, Qatalyst and I are continuing to work on the deck this morning, and creating s substantially shorter version for the ████ discussion this afternoon.

We will continue to evolve the full deck throughout the weekend and the week ahead, so we welcome feedback any time you may have it.

To save everyone's inboxes, you can send feedback just to Nicole, Brett and me.

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc.

---

**From:** Eric Liaw ████████████████
**Sent:** Wednesday, November 28, 2018 10:00 PM
**To:** Rick Stollmeyer; Brett White
**Cc:** Gail Goodman; court cunningham; Adam Miller; Graham Smith; Cipora Herman; Blair Christie
**Subject:** RE: Vandenberg \| Management Presentation

Hi Rick & Brett,

Nice to see you both today.

I have a few comments on the slides, some are nits others I think have more of an impact on the flow and positioning. I think the positioning and tone need to be very positive (as it should, we have a lot to be proud of). The natural question will then be – hey, if this is all working so well, why are we (i.e. you and the prospective buyer) having this conversation? I think we'll have a discussion on the narrative later but I think the answer needs to be slightly different for each strategic though you can have the same one for the PE firms (which is basically throwing the short-sighted, PITA public investors under the bus). On that, I have a few thoughts but admittedly I don't spend as much time with each of the strategics as Q does so should get their input on how to answer the question as well. Nonetheless, a few thoughts:

- ████
    - Will probably freak out if you tell them you want to be freed from the shackles of public market investors and invest aggressively. They are captive to their own market cap and valuation, which is driven off of EBITDA
- ██████
    - I think you can give them a similar message as you would to a PE firm b/c they are a huge, highly profitable conglomerate. I'd stroke their egos a bit by telling them that their success with ████ and some of their other properties in ████ and ██ has not gone unnoticed by MB management
- ██████
    - I think they'd appreciate an acknowledgement on how well they've expanded their ARPS over the years and note that there's some similarity there

Comments below☐

Eric

CONFIDENTIAL    MB0017602

Intro section
- Opinion on flow, I would probably move pages 13 / 14 (market leadership slides) ahead of page 8
  - You show the ability to scale to companies of all sizes on 7
  - Which is something that makes you the leader in both fitness (page 13) and B&W (page 14)
  - And the proof is page 8 – pull up our app and look at the density across all 3 categories
- Page 10
  - The Poynt device has been kind of disappointing, if there's better imagery to use maybe we can do that (minor point)
- Page 11
  - If I'm reading the chart right, you should replace "CAGR" with Q/Q growth (on # of HQCs in 3Q vs. 2Q)
- Page 12
  - The verbal overlay should include
    - We're the clear leader in E8 but have < 25% market share and for non E8 there's plenty of headroom
  - The strategics might not catch this nuance but the PE firms will ask why, after quarters of messaging focus on E8, you're including non-E8 now
    - I think the answer should be along the lines of "Non-E8 markets are definitely attractive to us but will take more investment to harvest.  Somethings make it cost more up front, including localization of the product (you have to get the terminology for industry phrases right and downward dog wasn't taught in college Spanish), building out local teams for sales / customer support, GDP levels are different, payments aren't there yet which means that in the microscope of the public markets, we have less flexibility to make the long term investment"
- Page 16 (nit)
  - The background motif is jarring and doesn't fit with the rest of the section (or deck)

Product overview section
- I like on page 19 how you color code the desired use case of the various features, after reading through the descriptions, I wonder if you want to color code the top of the page for each to match 19 or at minimum, make it crystal clear what a customer sees vs. a consumer
  - For example the transition from Frederick to Fitmetrix (27 & 28) has no flow
- Page 24 / 25 / 26 nits
  - Page 24 - "owner-operated"
  - Page 25 – should either delete the periods on the 2nd & 3rd bullets or add one to the 1st
  - Page 26 – extraneous comma after "social media", also not sure what the capitalization pattern is on the bullet points both the orange font "Key Features of all apps" and "Key Features of MB app" but also in the body "Leave Reviews For Classes Taken"
    - I love the stat on # of MBIDs created
- Page 29 / 30
  - Just to send the message Strategic Accounts matter, maybe add a 4th box on the right of Ultimate that says "Strategic Accounts", has some marketing verbiage underneath in the box like "Maximum feature set for regional and national chains / franchises" and for pricing say "Custom"
  - On page 30 maybe add some of the broader franchise-level features that are common

GTM section
- Page 33 (nit)
  - The B&W image seems out of place
- Page 34, 36 (nit)
  - The background motifs seem out of place compared to the rest of the deck
- Page 38
  - Obvious question is going to be how many of these people are located in each office that have each of these functions (SLO vs. Phoenix vs. Atlanta, etc.).  I might be cagey on this with ▇▇ only because they have a lot of people in ▇▇▇ too and may want to gauge size and / or poach

Growth section
- Page 41
  - I really like the 5 icons representing the key growth drivers and that you use the icons as references on the following pages, the problem they vanish on some pages (pages 45 – 47) which makes it look like this was just cobbled together from various sources
  - Simple solution might be to just move the relevant icons on pages 42 – 50 to somewhere on the slides to keep the look consistent and keep the audience's attention on the point at hand
- Page 45 – obviously key to hit in the verbal commentary that the acquisitions accelerate because we can offer instant distribution to our entire base vs. the partners having to add customers on their own
- Page 46
  - I have no idea what the axis of the chart is

- o Also don't the Q3 integrations actually drive engagement (and thus may better fit with page 47)
    - I would change the order of pages 48 and 49
        - o Remind the audience how we've been growing
        - o Then show page 48, that the pie is actually much larger
        - o And then hit them on page 50 with the drill down
    - I think you need some kind of transition (maybe just verbally) before you head into page 51
        - o On page 51 (nit) – you have some bullet points w/ periods and others w/o, please be consistent
        - o I also think you're under-selling by only saying "Refined Growth Strategy", I would change the title to "Shifted Emphasis to Efficient Growth Strategy…"
        - o And change the title on page 52 to "The Strategy is Paying Off" and then have the sub titles through page 55
    - Page 56 feels pretty clunky / like an afterthought to me, perhaps you can tie it back to the section by tagging each acquisition with one or more icons to indicate the appropriate growth driver / rationale for acquisition

Financial Overview
- Page 58
    - o This title sounds apologetic. I'd change it to "Customer Base Shift Driven by Premium Tier Subscribers"
- Page 60
    - o Nit – can you fix the "(Revenue Share / Transaction Fees) to fit on one line, (to the left of the 64%), it looks sloppy
- Page 61
    - o Why not add 2018E & 4Q18E based on midpoints of guidance
- Page 64
    - o Let's make this look bigger, why not make it a stacked bar chart vs. a grouped bar chart
- After page 66
    - o Why not add a summary balance sheet?

Appendix – I would actually just delete this whole section except for pages 75 and 76, which I would insert w/ the relevant growth driver icon into the growth section

**From:** Rick Stollmeyer ███████████████████████████
**Sent:** Wednesday, November 28, 2018 2:46 PM
**To:** Gail Goodman ███████████████████████ ; Eric Liaw ██████████████ ; Graham Smith ████████████████████████ ; Blair Christie ████████████████████ Cipora Herman ███████████████ ; court cunningham ██████████████████ Adam Miller ███████████████
**Subject:** FW: Vandenberg | Management Presentation

Dear Directors,

Here is the latest draft.   As noted, we still have significant work to do, including:

1. Better growth strategy outline.
2. Possible additional 2016 decile analysis information  (Data Science simply didn't have it last week)
3. Technology stack overview
4. 2019 Product Roadmap themes
5. Consumer Marketplace monetization potential

Most of this is greatly aided by the content of the past two days.

If you have feedback, please provide in the body of your email response, referencing the deck page number if applicable.

Thank you!

Rick

**From:** Nikhil Raheja ████████████████████
**Sent:** Tuesday, November 27, 2018 11:49 PM

CONFIDENTIAL

MB0017604

**To:** Rick Stollmeyer ███████████████████████ Brett White ███████████████████████ Kimberly Lytikainen ███████████████████████; Nicole Gunderson ███████████████████
**Cc:** VandenbergWG ███████████████████ Jeffrey Chang ███████████████████; Jenelle Schmidt ███████████████████

**Subject:** Vandenberg | Management Presentation

Team,

Please find attached the latest PDF of the management presentation. We have uploaded the PPT to the Dropbox in a folder named "Draft Management Presentation". Please note, we added the consumer pages to the end of the presentation but want to discuss their placement.

Let us know if there is a time that works tomorrow afternoon to go through?

Best,
Nikhil

Nikhil Raheja
███████████████
███████████
███████████

CONFIDENTIAL                                                                        MB0017605