# EXHIBIT 29

| | |
|---|---|
| **From:** | Nicolas Stahl███████████████████ |
| **Sent:** | Wed, 10 Oct 2018 22:50:26 +0000 (UTC) |
| **To:** | Adrian Alonso███████████████████ |
| **Cc:** | VEP Staffing███████████████ |
| **Subject:** | STAFFING REQUEST: MindBody |

Adrian,

As discussed, can we please add an Associate and Sr Associate to Mindbody to refresh the model as the stock has traded down and we have built a strong relationship with the CEO (could be actionable in near-term)?  If possible, it would be great to work with Derek given his context on Active and a couple competitive assets we looked at together.

Thank you,
Nicolas



**NICOLAS STAHL | Vice President | Vista Equity Partners**
2 Prudential Plaza, 180 North Stetson Avenue, Suite 4000, Chicago, IL 60601
███████████████████████████  | VistaEquityPartners.com

CONFIDENTIAL    VISTA_MB_00028608