# EXHIBIT 30

From:      Brett White ███████████████████████████
Sent:      Wed, 17 Oct 2018 23:10:42 +0000 (UTC)
To:        Nicole Gunderson███████████████████████████    Brett White
           ███████████████████████
Subject:   Conversation with Nicole Gunderson

---

**Brett White 3:29 PM:**

hi.

**Nicole Gunderson 3:29 PM:**

hi

**Brett White 3:29 PM:**

did you come up with a creative way to guide 2019 in this call?

**Nicole Gunderson 3:31 PM:**

Not really.  I would say something about setting expectations in that we won't see monetization of Payments 2.0 until the back half of 2019, but Rick said he doesn't want to talk to payments

**Nicole Gunderson 3:33 PM:**

in which case I'm out of ideas.  If we don't call out payments specifically and just guide below the street (whether for Q4 or 2019) "throwing booker under the bus" as rick put it, they would likely take down subs & services and then we would still miss on payments

**Brett White 3:35 PM:**

agree

**Nicole Gunderson 3:39 PM:**

Maybe we give a step by step process about how payments 2.0 is going to roll out, giving ourselves cushion, and caveating that monetization of current customers isn't going to happen for awhile.

**Nicole Gunderson 3:41 PM:**

that doesn't answer the Q4 question, where we're seeing the same thing.  It looks like we're slightly ahead or the street of subs & servs, but behind on payments. But the story doesn't totally tie together if we give one reason for payments in Q4, and a totally different reason for payments in 2019.

**Brett White 3:46 PM:**

I agree.  I still think we are going to have to explain why payments is slowing down more rapidly than Subs and Svcs.

We'll either have to do it in advance or after the fact

**Nicole Gunderson 3:49 PM:**

agree.  I don't think the enterprise reason is terrible.  It also could tie with the 2019 story on reaccelerating payments exiting 2019 with new enterprise features like royalty mgmt to further monetize enterprise

**Brett White 3:51 PM:**

Jason said he sent an idea on how to message....have you taken a look at that?

**Nicole Gunderson 3:57 PM:**

he's talking about "legacy" payments customer slowing down while "new" payments customers are growing very quickly, but since legacy customers are such a big part of the volume, they're causing a drag on growth.

**Brett White 3:58 PM:**

sounds like lemonade to me....

CONFIDENTIAL                                                                    MB0007178