# EXHIBIT 31

**From:**       Josh McCarter ███████████████████████████████

**Sent:**       Fri, 19 Oct 2018 20:39:51 +0000 (UTC)

**To:**         Mike Mansbach ██████████████████████████████

**Subject:**    RE: Three year narrative & outline

**Attachments:** MINDBODY Three Year Plan 10 19 JM1.docx

---

Comments redlined... In reading this again, one of the areas I think we are shortchanging is payments and related financial services.  It's almost 40% of our revenue – and has a huge story angle to it we can sell to our team and investors.  Take a look at my comments and LMK your thoughts.  I can write out something if you agree we should highlight this more. I'll just need finance to help with pulling #s together.

JM

**From:** Mike Mansbach
**Sent:** Friday, October 19, 2018 10:29 AM
**To:** Josh McCarter ████████████████████████████████
**Subject:** Re: Three year narrative & outline

Latest – lost the redlines with formatting

**From:** Josh McCarter ████████████████████████████
**Date:** Friday, October 19, 2018 at 9:37 AM
**To:** Mike Mansbach ██████████████████████████
**Subject:** FW: Three year narrative & outline

**From:** Mike Mansbach
**Sent:** Monday, October 15, 2018 9:06 PM
**To:** Gail Goodman ██████████████████████; Cipora Herman █████████████████
**Cc:** Josh McCarter ████████████████████████████; Rick Stollmeyer ██████████████████████
Brett White █████████████████████████
**Subject:** Three year narrative & outline

Hi Gail, Hi Cipora,

We've outlined our multi-year assumptions and growth drivers that will underpin our financial model. The emphasis here is Horizon 1 (through 2019) with additional thoughts around Horizons 2 & 3 and consumer/marketplace, both of which get further fleshed out as we align our teams in planning sessions this week.

Rick's even seen some of it.

Josh and I are looking forward to our discussion tomorrow morning.

Sleep tight!

Josh & Mike

CONFIDENTIAL                                                                                                      MB0010588

Mike Mansbach
*President*
MINDBODY, Inc.





CONFIDENTIAL

MB0010590

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

MB0010592



CONFIDENTIAL

MB0010593



CONFIDENTIAL

MB0010594