# EXHIBIT 32

**From:**      ▮▮▮▮▮▮▮ Jeffrey Chang
**To:**        ▮▮▮▮▮▮▮ Rick Stollmeyer
**TimeStamp:** 11/06/18 08:19:34 PM
**DateRead:**  11/06/18 08:37:51 PM

---

Rick, left you a message. I know today was a difficult day, but I thought your tone on the earnings call was pitch perfect. Want you to know I'm thinking of you, but I also know there are much brighter days ahead. I'm excited to chat on the 14th. In the meantime, if anything I can do to help don't hesitate to reach out.

CONFIDENTIAL                                                                    MB0022641

**From:** ▮▮▮▮▮▮▮ Rick Stollmeyer
**To:** ▮▮▮▮▮▮▮ Jeffrey Chang
**TimeStamp:** 11/06/18 08:41:11 PM
**DateDelivered:** 11/06/18 08:41:11 PM

Hi Jeff - thank you for the thoughts and the offer. We're not surprised by the after market action. I'm fine

CONFIDENTIAL                                                                                           MB0022642