# EXHIBIT 33







## Materials for Discussion

**DRAFT | Confidential**

**Preliminary | Subject to Further Review and Evaluation**

November 14, 2018

CONFIDENTIAL

MB0022784

# Agenda

- **Qatalyst Update**

- **Software Market Environment**

- **MINDBODY Financial and Trading Overview**

- **Strategic Considerations**

- **Process Considerations**

- **Appendix**

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022785

# Qatalyst Update

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022786

# Qatalyst's **MINDBODY** Team



**George Boutros**
CEO
Email: ▮▮▮▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮
*Years of experience: 33*

*Representative M&A Transactions*

**Jeff Chang**
Partner
Email: ▮▮▮▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮▮
*Years of experience: 12*

*Representative M&A Transactions*

**Karl Anderson**
Vice President
Email: ▮▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮
*Years of experience: 9*

*Representative M&A Transactions*

**Nikhil Raheja**
Vice President
Email: ▮▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮
*Years of experience: 7*

*Representative M&A Transactions*

**Jonathan Scherzer**
Associate
Email: ▮▮▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮
*Years of experience: 4*

*Representative M&A Transactions*

**Chase Packard**
Analyst
Email: ▮▮▮▮▮▮▮▮
Phone: ▮▮▮▮▮
*Years of experience: 1*

*Representative M&A Transactions*

CONFIDENTIAL | DRAFT

Qatalyst PARTNERS

CONFIDENTIAL

MB0022787

# Strategic Advisors to the Technology Industry



## Qatalyst Positioning

*Focus on Advice*

*Multi-industry*

*Advisory Boutiques*

*Bulge Bracket Firms*

*IPO Boutiques*

*Focus on Technology*

*Multi-Service*

## Qatalyst Snapshot

- **Formed in March 2008**
- **~60 employees globally**
- **17 Partners and MDs with over 300 years of combined experience**
- **100% employee owned**
- **>130 M&A Transactions, >$355Bn in Transaction Volume**

- Advisors to technology leaders since 1981; perspectives on four decades/cycles of consolidation
- >1,000 M&A and financing transactions worth >$1 Trillion
- Advised on many of the largest, most complex, transformative acquisitions

- Deep knowledge of sector/cross sector trends, industry structure changes
- Focus on key themes that drive 75% of the industry's fundamental change
- Advice on "3D Chess/Musical Chairs" game theory

- We deliver candid, independent advice in the best interest of our clients
- Not beholden to large acquirors—no financing fees cloud our advice on price
- Not beholden to investors—no commissions/prime brokerage fees

- Unparalleled access to CEOs and Boards to help achieve clients' objectives
- Insights into acquirors' priorities, processes and tactics
- Relationships and transaction experience in US, Europe and Asia

**Most Experienced Advisors**

**Domain Experts**

**Independent, Conflict-Free Advice**

**Vast Global Network**

**Passion For Excellence**

- Commitment to superior, senior level service
- Creative solutions, custom strategies
- Superior results, referenceable clients

5



CONFIDENTIAL

MB0022788

# >130 M&A Transactions,
# >$355Bn Transaction Volume



CONFIDENTIAL | DRAFT

# Qatalyst is Serving as Exclusive Financial Advisor to Qualtrics on its Proposed $8.0 Billion Sale to SAP



**qualtrics**

*Agreement to be Acquired by*

**SAP**

*$8,000,000,000 Pending*

- **Largest sale of a VC-backed private software company ever**
- **2nd largest sale of a private VC-backed technology company in history**
- **2nd largest sale of a SaaS company in history**
- **Highest revenue multiple paid for a SaaS application company in history**
- **Largest acquisition ever undertaken by SAP on an equity value basis**

## Revenue Trajectory ($M)[1]



+42% Y/Y $372

+52% Y/Y $290

$191

CY16 — CY17 — LTM (9/30/18)

## Transaction vs. IPO[2]



| $4.9B | 11.6x | |
| $8.0B | 21.1x | 79% |
| Equity Value | EV / LTM Revenue | Premium to Mid-Point of IPO Range |

"The combination of Qualtrics and SAP reaffirms experience management as the groundbreaking new frontier for the technology industry. SAP and Qualtrics are seizing this opportunity as like-minded innovators, united in mission, strategy and culture…We can't wait to stand beside Ryan and his amazing colleagues for the next chapters in the experience management story. The best for Qualtrics and SAP is yet to come!"

– Bill McDermott (SAP CEO)

"Our mission is to help organizations deliver the experiences that turn their customers into fanatics, employees into ambassadors, products into obsessions and brands into religions…SAP will help us scale faster and achieve our mission on a broader stage. This will put the XM Platform everywhere overnight. We could not be more excited to join forces with Bill and the SAP team in this once-in-a-generation opportunity to power the experience economy."

– Ryan Smith (Qualtrics CEO & Co-Founder)

### Qatalyst's Other Pre-IPO Assignments

| qualtrics | APPDYNAMICS | datalogix | glassdoor |
| 21.1x EV/LTM Rev | 17.9x EV/LTM Rev | ~10x [3] EV/LTM Rev | 7.0x EV/LTM Rev |

  

### Qatalyst has Advised on the Three Largest Cloud Deals

 

### Qatalyst has Advised on SAP's Two Largest Deals & Three Last Multi-Billion Deals

 

(1) Based on SEC Filings estimate.

(2) Based on mid-point of $18-21 per share per Qualtrics S-1/A filed November 5, 2018. Assumes overallotment is fully exercised.

(3) Based on 451 Group

MB0022790

# Qatalyst is Exclusive Financial Advisor to Apptio on its Proposed $1.9 Billion Sale to Vista

## Transaction Summary



**APPTIO**

*Agreement to be Acquired by*

**VISTA**
EQUITY PARTNERS

$1,900,000,000
*Pending*

**Announcement:** On November 11, 2018, Vista announced its intent to acquire Apptio for $38.00 per share, implying an equity value of $1.9Bn

**Quote from Sunny Gupta (Apptio CEO):** *"Our focus has been on building the next great cloud software platform by dedicating ourselves to helping companies of all sizes and industries…Vista's investment and deep expertise in growing world-class SaaS businesses will help us accelerate our growth while helping us maintain our commitment to creating wildly successful customers."*

**Quote from Brian Sheth (Vista Equity President):** *"IT is becoming a critical component for every business on the planet, and Apptio has created the leading platform to help customers manage this new paradigm."*

## Qatalyst Maximized Value for Shareholders in a Rapid Process

| $38.00 | 53% |
|---|---|
| Per Share In Cash | 1-Day Premium to Apptio Share Price |
| **7 Days** | **61%** |
| From First Vista Offer to Signing | 1-Day Premium to Apptio Ent. Value |
| **7.0x** | **12%** |
| EV / NTM Revenue Multiple | Increase from Initial Vista Offer to Final |

### Largest Multiple Paid by Private Equity for a SaaS Company in History

*EV / NTM Revenue*

Other high-multiple PE deals were able to rely on portfolio synergies to achieve price:



*EV / NTM Revenue / Revenue Growth*



CONFIDENTIAL

MB0022791

# Qatalyst Has Advised on the Largest and Most Transformative Technology Deals



CONFIDENTIAL | DRAFT

CONFIDENTIAL

MB0022792

# Qatalyst is the Undisputed Leader in Helping its Clients Consistently Achieve High Multiples in a Sale

*Public Technology Transactions Greater than $1Bn Since 2010 Ranked by NTM Revenue Multiple*



**Qatalyst Has Advised on 8 of Top 13, And 10 of Top 18 Highest Multiple Outcomes**

Source:   Company press releases, Company filings, 451 Group and Wall Street Research.
Note:   Includes public technology transactions with deal values greater than $1Bn and NTM revenue multiples higher than 6.0x.

**CONFIDENTIAL  |  DRAFT**

MB0022793

# Qatalyst's Public Clients Have Achieved Superior Premiums

*Average 1-Day Unaffected Premiums of Public Technology Deals with Equity Value greater than $1Bn (2009-2018YTD)*



|  | GS | MS | JPM | Mkt | QP |
|---|---|---|---|---|---|
| Range of | 5% | 6% | 6% | 5% | 10% |
| Prems | 71% | 159% | 74% | 242% | 242% |
| Sellside Vol (Txns) | 37 | 37 | 27 | 189 | 40 |
| Sellside Vol ($Bn) | $181 | $168 | $153 | $850 | $238 |

Source:  SDC, ThomsonOne Banker. Based on closing dates.

11  Note:  GS excludes Autonomy and National Semiconductor (received official league table credit). MS includes Isilon where QP served as lead financial advisor.

**CONFIDENTIAL | DRAFT**

CONFIDENTIAL

MB0022794

# Qatalyst Has the Most Experience Selling Cloud Software and Commerce Enablement Companies

*Cloud Software and Commerce Enablement Transactions Greater than $500MM Since 2012*



Source: 451 Research and company filings.

CONFIDENTIAL | DRAFT

CONFIDENTIAL                    MB0022795

# Software Market Update

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022796

# SaaS Multiples Down 23% Since September 2018 Peak

**Average EV/NTM Revenue Multiple** [1]

*Current is (23%) from Sept 2018 peak*

9.6x
Sept 2018

*Current is (20%) from Jan 2014 peak*

9.1x
Jan 2014

| Current Statistics | | |
|---|---|---|
| | SaaS Index | CRM |
| NTM Rev. Growth | 23% | 23% |
| NTM LFCF Margin | 9% | 21% |
| NTM Rev. Gr. + LFCF Margin | 32% | 43% |
| EV/NTM Revenue | 7.3x | 6.9x |

SaaS Index: 7.3x

salesforce 6.9x

3.4x
Feb 2016

*Current is +115% since Feb 2016 trough*

Jan-12  Jul-12  Jan-13  Jul-13  Jan-14  Jul-14  Jan-15  Jul-15  Jan-16  Jul-16  Jan-17  Jul-17  Jan-18  Jul-18

*Source: Capital IQ mean consensus estimates as of November 12, 2018.*
*Note: Multiples are undiluted. LFCF defined as cash flow from operations less capital expenditures.*
*(1) Statistics for acquired companies shown until close of transaction.* **CONFIDENTIAL | DRAFT**



MB0022797

# Market Peaks Can Drive Frothy Deal Multiples But Long Term Median Remains 6.4x



Source: Capital IQ as of November 12, 2018. SaaS index multiples are undiluted.

CONFIDENTIAL | DRAFT

Qatalyst PARTNERS

CONFIDENTIAL

MB0022798

# Historically, Large Software Acquirors Have Bought Enterprise-Focused Assets

*Selected Software Transactions >$500MM Since January 2011*

**Number Of Transactions**



| Selected Statistics | ORACLE | salesforce | CISCO | SAP | IBM | SIEMENS | Adobe | vmware | Microsoft | Google | BROADCOM | workday | twilio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Txn Value ($Bn) | $26.9+ | $13.9 | $15.5 | $29.3+ | $40.4 | $7.1 | $7.6+ | $3.8 | $34.9 | $0.6 | $18.9 | $1.6 | $2.0 |
| % Horizontal Txn Value | 62% | 100% | 68% | 100% | 91% | 10% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Largest Deal ($Bn) | $9.4 | $6.5 | $5.0 | $8.3 | $34.7 | $4.5 | $4.8 | $1.5 | $26.2 | $0.6 | $18.9 | $1.6 | $2.0 |
| Highest NTM Rev. Multiple | 9.1x | 15.7x | >12.0x | >16.0x | 9.3x | 3.6x | >10.0x | >15.0x | 18.0x | 4.7x | 4.3x | >11.0x | 11.5x |

Source: 451 research, Capital IQ
Note: Transaction statistics exclude transactions where transaction value was not publicly disclosed.

**CONFIDENTIAL | DRAFT**

Qatalyst PARTNERS

CONFIDENTIAL

MB0022799

# It Is Only A Matter of Time Before There Is A New Cohort of Software Acquirors

*Selected Transactions Since January 2011*

| Largest M&A ($MM) (1) | Illustrative Firepower ($MM) | | Illustrative Firepower Calculation | | |
|---|---|---|---|---|---|
| | | | Cash on Balance Sheet | Q4'CY18E + CY19E LFCF ($MM) | Leverage @ 4.0x CY18E EBITDA |
| $1,200 ACTIVE | global payments | $2,269 | $1,009 | $1,130 | $129 |
| apigee $625 | Google | $352,336 | $119,089 | $38,343 | $194,904 |
| Trello $425 | ATLASSIAN | $2,651 | $1,809 | $515 | $326 |
| Demandforce $424 | intuit | $12,849 | $1,729 | $2,352 | $8,767 |
| weebly $365 | Square | $2,192 | $1,770 | $421 | $0 |
| ELEMENTAL $296 | amazon | $153,521 | $30,338 | $38,320 | $84,863 |
| BASE $200 | zendesk | $881 | $811 | $70 | $0 |
| main street hub $175 | GoDaddy | $1,891 | $870 | $843 | $178 |
| nebula $100 | servicenow | $5,171 | $2,097 | $1,178 | $1,896 |
| turnstyle $20 | yelp | $1,797 | $837 | $242 | $718 |
| Oberlo $17 | shopify | $1,832 | $1,578 | $97 | $157 |
| Performable $14 | HubSpot | $650 | $578 | $71 | $0 |
| NA | PayPal | $35,733 | $16,492 | $5,260 | $13,980 |
| NA | f | $192,241 | $41,206 | $18,838 | $132,197 |

Source: 451 Research, Capital IQ mean consensus estimates as of November 12, 2018.
(1) Largest M&A includes any software transactions undertaken by the acquirors.

**CONFIDENTIAL | DRAFT**



CONFIDENTIAL

MB0022800

# Vertical Software M&A Has Been Driven by Vista and Thoma

*Selected Vertical Software Transactions >$500MM Since January 2011*

**Number Of Transactions**



| | Vista Equity Partners | THOMA BRAVO | ORACLE | IBM | SS&C | Apax Partners | globalpayments | HELLMAN & FRIEDMAN | Blackstone | VERITAS CAPITAL | EQT | ROPER | TPG | TA ASSOCIATES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Txn Value ($Bn) | $19.7 | $6.1 | $10.4 | $6.5 | $6.4 | $2.2 | $2.3 | $4.7 | $2.6 | $7.8 | $3.2 | $2.1 | $4.9 | $0.8 |
| Largest Deal ($Bn) | $3.7 | $1.5 | $4.6 | $3.6 | $2.5 | $1.0 | $1.2 | $1.8 | $1.0 | $5.5 | $2.4 | $1.4 | $3.5 | $0.8 |

Source: 451 research, Capital IQ.

CONFIDENTIAL | DRAFT

Qatalyst PARTNERS

CONFIDENTIAL

MB0022801

# MINDBODY Financial and Trading Overview

CONFIDENTIAL | DRAFT

Qatalyst
PARTNERS

CONFIDENTIAL

MB0022802

# MINDBODY Financial Summary

## Revenue ($MM) | Y/Y Growth (%)

Actuals | Estimates

'14A – '17A CAGR: 38%    '18E – '20E CAGR: 21%

21% organic growth

| | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|
| Total | $70 | $101 | $139 | $183 | $245 | $297 | $357 |
| Product & Other | | | | | | | |
| Payments | $26 | $37 | $54 | $71 | | | |
| Subscription & Services | $41 | $61 | $83 | $109 | | | |
| % Subsc. & Serv. | 58% | 61% | 60% | 60% | 63% (1) | 64% (1) | 64% (1) |

Y/Y Growth: 45%, 37%, 31%, 34%, 21%, 20%

18% organic growth

## Non-GAAP Gross Profit ($MM) | Margin (%)

Actuals | Estimates

'14A – '17A CAGR: 49%    '18E – '20E CAGR: 21%

| | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|
| Gross Profit | $40 | $65 | $97 | $132 | $173 | $211 | $255 |
| Margin | 57% | 64% | 70% | 72% | 71% | 71% | 72% |

## Adj. EBITDA ($MM) | Margin (%)

Actuals | Estimates

| | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|
| EBITDA | ($19) | ($20) | ($5) | $9 | $1 | $12 | $28 |
| Margin | (27%) | (20%) | (3%) | 5% | 1% | 4% | 8% |

## Levered Free Cash Flow ($MM) | Margin (%)

Actuals | Estimates

| | 2014A | 2015A | 2016A | 2017A | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|
| LFCF | ($25) | ($28) | ($12) | $4 | ($18) | $1 | $18 |
| Margin | (36%) | (28%) | (9%) | 2% | (8%) | 0% | 5% |

*Source: Capital IQ and Company Filings.*
*(1) Per broker research.*

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022803

# MINDBODY Analyst Price Targets and Valuation Methodologies

## Valuation Methodologies (2)



| Date | Company | Broker Rec. | Price Target | Valuation Methodology |
|---|---|---|---|---|
| 11/06/18 | Wells Fargo | Buy | $45.00 | 20-25x CY22 EBITDA (Discounted) |
| 11/07/18 | Jefferies | Buy | 42.00 | 6.0x CY20E Revenue |
| 11/07/18 | Northland | Buy | 42.00 | 6.0x CY19E Revenue |
| 11/07/18 | JMP | Buy | 41.00 | 5.7x CY20E Revenue |
| 11/07/18 | KeyBanc | Buy | 38.00 | 6.2x CY19E Revenue |
| 11/08/18 | Imperial Capital | Buy | 36.00 | 5.0x CY20E Revenue |
| 11/07/18 | D.A. Davidson | Buy | 33.00 | 4.6x CY20E Revenue |
| 11/07/18 | Craig Hallum | Hold | 32.00 | 5.0x CY19E Revenue |
| 11/07/18 | Roth | Hold | 32.00 | 5.1x CY19E Revenue |
| 11/07/18 | J.P. Morgan | Hold | 31.00 | 4.75x CY20E Revenue |
| 11/07/18 | Credit Suisse | Hold | 30.00 | 5.0x CY19E Revenue |
| 11/07/18 | Morgan Stanley | Hold | 30.00 | DCF |
| 11/07/18 | UBS | Hold | 28.00 | 5.0x CY18E Revenue |
| 11/06/18 | William Blair | Hold | | |
| | **Median** | | **$33.00** | |
| | **Mean** | | 35.38 | |

26% premium to current price of $26.18 as of 11/12/2018 [1]

## Analyst Recs. / Stock Price (Since IPO)



Hold ▢   Buy ▢

% Total Analyst Recommendations          Share Price (1)



## Current Analyst Price Targets



Current Price: $26.18



UBS $28.00, Credit Suisse $30.00, Morgan Stanley $30.00, J.P. Morgan $31.00, Craig Hallum $32.00, Roth $32.00, D.A. Davidson $33.00, Imperial Capital $36.00, KeyBanc $38.00, JMP $41.00, Jefferies $42.00, Northland $42.00, Wells Fargo $45.00

*Source: Wall Street Research.*
(1) *Based on Capital IQ as of November 12, 2018.*
(2) *Brokers using multiple valuation methodologies* — *included multiple times.*

**CONFIDENTIAL | DRAFT**

Qatalyst PARTNERS

MB0022804

# MINDBODY Long-Term Trading Performance

*From MINDBODY IPO (June 19, 2015) to Current (November 12, 2018)*



| Average Operating and Trading Statistics | | | | |
|---|---|---|---|---|
| | 2015 | 2016 | 2017 | 2018YTD |
| NTM Rev. Mult. | 5.2x | 4.3x | 6.2x | 7.2x |
| NTM Rev. Gr. | 32% | 32% | 28% | 33% |
| NTM Op. Margin | (28%) | (13%) | (0%) | (0%) |

| | Volume Traded Below Share Price as | |
|---|---|---|
| **Stock Price** | **% Total Volume (1)** | **% Float (2)** |
| $45.00 | 100.0% | 456.9% |
| $40.00 | 77.1% | 352.4% |

Source: Capital IQ mean consensus estimates as of November 12, 2018.

(1)  Calculated as aggregate trading volume on days with a closing share price below the reference share price divided by total trading volume over the last 12 months.

(2)  Calculated as aggregate trading volume on days with a closing share price below the reference share price divided by free float (~33MM shares).

CONFIDENTIAL  |  DRAFT

Qatalyst PARTNERS

CONFIDENTIAL

MB0022805

# MINDBODY's EV / NTM Revenue Multiple vs. Peers



**EV/NTM Revenue Multiples Since MINDBODY IPO (June 19, 2015) [1]**

| Current Statistics | Selected SaaS Avg. | MB |
|---|---|---|
| NTM Rev. Growth | 18% | 23% |
| NTM LFCF Margin | 10% | (2%) |
| NTM Rev. Gr. + LFCF Margin | 29% | 21% |
| EV/NTM Revenue | 6.4x | 4.8x |

*18% organic growth (2)*

*Illustrative Future Trading Revenue Range: 4.0x-7.0x*

NTM — Selected SaaS Average 6.4x — MINDBODY 4.8x

CY19E — Selected SaaS Average 6.1x — MINDBODY 4.5x

*Source: Capital IQ mean consensus estimates as of November 12, 2018. Note: LFCF defined as cash flow from operations less capital expenditures.*

(1)   For peers that had their IPO over the time period, statistics shown since their respective IPOs. Peers based on average of: APPF, AVLR, BNFT, BOX, DBX, FIVN, INST, RP, ULTI, WK.

(2)   MINDBODY LTM revenue pro forma for the acquisition of Booker.

**CONFIDENTIAL  |  DRAFT**

Qatalyst PARTNERS

CONFIDENTIAL

MB0022806

# Operating Statistics of Selected Companies

Legend
■ Selected SaaS
■ Selected SMB-Enablement







Source: Company filings, news articles, industry research, and Capital IQ as of November 12, 2018.

(1)    MINDBODY CY18E revenue pro forma for the acquisition of Booker.

(2)    LFCF defined as cash flow from operations. **CONFIDENTIAL | DRAFT** less capital expenditures.

(3)    Based on CY19E subscription revenue from selected brokers.



CONFIDENTIAL

MB0022807

# Trading Statistics of Selected Companies



**Legend**
- Selected SaaS
- Selected SMB-Enablement

| Ent. Val. ($Bn) | $1.3 | | $2.6 | $2.0 | $2.1 | $9.7 | $1.7 | $8.0 | $1.5 | $5.1 | $1.2 | $2.8 | | $32.7 | $13.9 | $4.2 | $4.9 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| EV/NTM Rev. | 4.8x | | 9.4x | 9.1x | 7.0x | 6.3x | 6.2x | 6.2x | 5.4x | 5.2x | 4.9x | 4.2x | | 15.6x | 10.3x | 11.2x | 7.2x |

**CY19E EV / Revenue Multiple**

*Illustrative Future Trading CY19E Revenue Range: 4.0 – 7.0x*

Median: 5.9x    Median: 9.3x

| MINDBODY | Five9 | AppFolio | Avalara | Dropbox | Workiva | Ultimate | Benefitfocus | RealPage | Instructure | Box | Square | Shopify | Xero | Wix |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4.5x | 9.0x | 8.5x | 6.7x | 6.0x | 5.9x | 5.9x | 5.2x | 5.1x | 4.6x | 3.8x | 14.5x | 9.5x | 9.1x | 6.4x |

**CY 19E EV/ Revenue Multiple / Revenue Growth**

Median: 0.33x    Median: 0.26x

| MINDBODY | Five9 | Workiva | Dropbox | Avalara | RealPage | Benefitfocus | AppFolio | Ultimate | Instructure | Box | Square | Xero | Shopify | Wix |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0.21x | 0.52x | 0.40x | 0.38x | 0.34x | 0.34x | 0.33x | 0.32x | 0.30x | 0.19x | 0.18x | 0.34x | 0.29x | 0.24x | 0.24x |

**CY19E EV/ Revenue Mult. / Revenue Growth + LFCF Margin [1]**

Median: 0.19x    Median: 0.23x

| MINDBODY | Avalara | Five9 | Workiva | Benefitfocus | Instructure | Ultimate | AppFolio | RealPage | Dropbox | Box | Square | Xero | Shopify | Wix |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0.21x | 0.36x | 0.33x | 0.30x | 0.27x | 0.21x | 0.17x | 0.17x | 0.16x | 0.15x | 0.11x | 0.24x | 0.24x | 0.22x | 0.14x |

Source: Capital IQ as of November 12, 2018.
(1)    LFCF defined as cash flow from operations less capital expenditures.

**CONFIDENTIAL | DRAFT**

Catalyst PARTNERS

CONFIDENTIAL

MB0022808

# Illustrative Future Trading Sensitivity



*(1) Based on MINDBODY price of $26.18 as of November 12, 2018.*

26

**CONFIDENTIAL | DRAFT**

CONFIDENTIAL

# Selected Cloud Transaction Statistics

## Public Cloud Transactions >$500MM Since 2011
($MM)

| Annc. Date | Target | Acquiror | FD Equity Value | FD Ent. Value | Revenue LTM | Revenue NTM | Rev / Growth NTM | Unaffected Premiums 1-Day | Unaffected Premiums LTM High | NTM Rev. | NTM Rev. Growth | NTM LFCF Margin |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/20/18 | MuleSoft | Salesforce | $6,798 | $6,451 | 21.8x | 15.7x | 0.41x | 36% | 31% | $411 | 39% | 2% |
| 10/15/18 | SendGrid | Twilio | 2,006 | 1,841 | 14.3 | 11.5 | 0.47 | 19% | (3%) | 160 | 24% | 8% |
| 09/18/14 | Concur | SAP | 7,768 | 8,286 | 12.6 | 10.2 | 0.44 | 28% | 1% | 812 | 23% | 4% |
| 07/28/16 | NetSuite | Oracle | 9,420 | 9,388 | 11.8 | 9.1 | 0.31 | 62% | 9% | 1,029 | 30% | 11% |
| 06/01/16 | Demandware | Salesforce | 3,030 | 2,834 | 11.2 | 8.9 | 0.34 | 56% | (1%) | 319 | 26% | (6%) |
| 12/03/11 | SuccessFactors (2) | SAP | 3,748 | 3,499 | 10.2 | 8.7 | 0.35 | 52% | (1%) | 403 | 25% | 12% |
| 01/29/18 | Callidus Software | SAP | 2,532 | 2,356 | 9.8 | 8.3 | 0.44 | 10% | 10% | 285 | 19% | 9% |
| 12/20/12 | Eloqua | Oracle | 971 | 885 | 9.8 | 8.2 | 0.42 | 31% | (5%) | 108 | 19% | 2% |
| 12/17/17 | Aconex (1) | Oracle | 1,230 | 1,207 | 9.4 | 8.1 | 0.48 | 47% | 43% | 150 | 17% | 3% |
| 05/22/12 | Ariba | SAP | 4,609 | 4,437 | 8.8 | 7.8 | 0.60 | 20% | 13% | 567 | 13% | 24% |
| 11/11/18 | Apptio | Vista Equity Partners | 1,938 | 1,823 | 8.1 | 7.0 | 0.45 | 53% | (8%) | 260 | 16% | 10% |
| 12/20/13 | Responsys | Oracle | 1,679 | 1,572 | 8.1 | 6.9 | 0.39 | 38% | 35% | 228 | 18% | 5% |
| 06/13/16 | LinkedIn | Microsoft | 28,142 | 26,152 | 8.1 | 6.7 | 0.32 | 50% | (23%) | 3,895 | 21% | 10% |
| 04/18/16 | Cvent | Vista Equity Partners | 1,647 | 1,502 | 8.0 | 6.5 | 0.29 | 69% | (2%) | 230 | 23% | (4%) |
| 06/04/13 | ExactTarget | Salesforce | 2,671 | 2,570 | 7.9 | 6.5 | 0.30 | 53% | 36% | 396 | 22% | (4%) |
| 08/01/16 | Fleetmatics | Verizon | 2,537 | 2,371 | 7.6 | 6.3 | 0.31 | 40% | (3%) | 374 | 20% | 19% |
| 10/24/11 | RightNow | Oracle | 1,840 | 1,599 | 7.4 | 6.2 | 0.32 | 20% | 10% | 258 | 19% | 11% |
| 04/28/16 | Textura | Oracle | 741 | 662 | 7.6 | 6.1 | 0.24 | 31% | (15%) | 109 | 25% | 13% |
| 05/31/16 | Marketo | Vista Equity Partners | 1,789 | 1,700 | 7.5 | 5.9 | 0.21 | 64% | 5% | 288 | 28% | 2% |
| 02/09/12 | Taleo | Oracle | 2,056 | 1,940 | 6.3 | 5.3 | 0.29 | 40% | 21% | 365 | 18% | 12% |
| 05/30/17 | Xactly | Vista Equity Partners | 564 | 533 | 5.5 | 4.5 | 0.19 | 17% | (1%) | 119 | 23% | 1% |
| 06/15/15 | DealerTrack | Cox Automotive | 3,997 | 4,617 | 4.9 | 4.1 | 0.21 | 59% | 27% | 1,135 | 20% | 18% |
| 11/11/18 | Athenahealth (3) | Veritas Capital & Elliott | 5,695 | 5,649 | 4.3 | 3.9 | 0.37 | 7% | (13%) | 1,449 | 10% | 12% |
| 05/18/16 | inContact | NICE | 1,059 | 973 | 4.2 | 3.6 | 0.21 | 55% | 30% | 273 | 17% | (5%) |
| 05/02/16 | Opower | Oracle | 621 | 532 | 3.6 | 3.3 | 0.40 | 30% | (18%) | 161 | 8% | (4%) |
| 08/27/12 | Kenexa | IBM | 1,359 | 1,302 | 4.0 | 3.3 | 0.15 | 42% | 37% | 398 | 22% | 13% |
| 07/01/11 | Blackboard | Providence Equity | 1,638 | 1,750 | 3.7 | 3.2 | 0.19 | 21% | 2% | 553 | 17% | 18% |
| 08/31/16 | Interactive Intelligence | Genesys | 1,620 | 1,421 | 3.4 | 3.2 | 0.35 | 36% | 32% | 450 | 9% | 4% |
| 12/06/16 | Intralinks | Synchronoss | 821 | 854 | 2.9 | 2.7 | 0.28 | 15% | 11% | 318 | 9% | 11% |
| 11/02/15 | Constant Contact | Endurance International | 1,105 | 924 | 2.6 | 2.3 | 0.20 | 23% | (25%) | 394 | 12% | 12% |
| **Median:** | | | | | 7.8x | 6.4x | 0.32x | 38% | 2% | $342 | 20% | 9% |
| **Mean:** | | | | | 7.9 | 6.5 | 0.33 | 37% | 8% | 530 | 20% | 7% |
| Memo: | | | | | | | | | | | | |
| 6/13/2014 | OpenTable | The Priceline Group | $2,602 | $2,484 | 12.5x | 10.6x | 0.57x | 46% | 19% | $235 | 19% | 30% |
| 11/4/2015 | HomeAway | Expedia | 3,879 | 3,384 | 7.0 | 6.0 | 0.39x | 18% | 14% | 560 | 15% | 21% |

Source: Company press releases, Company filings, Capital IQ, 451 Group and Wall Street research. Note: '-' = Not meaningful (multiples greater than 50.0x) or not available.
(1) Represents an estimated LTM multiple, for the twelve-month period ended September 30, 2017 (based on an average of the LTM revenue, for the period ended June 30, 2017 and the CY17E revenue) and an estimated NTM multiple, for the twelve-month period ended September 30, 2018 (based on an average of the NTM revenue, for the period ended June 30, 2018 and the CY18E revenue). Balance sheet metrics as of June 30, 2017.
(2) LTM revenue pro forma for acquisition of Plateau. Estimated NTM revenue growth pro forma for acquisition of Plateau and the closure of professional services and license businesses.
(3) Unaffected premium shown based on unaffected date of May 4, 2018, the day prior to Elliott Management's proposal of $160 per share. Premium day prior to announcement of 12%.

CONFIDENTIAL | DRAFT

Qatalyst PARTNERS

CONFIDENTIAL                                    MB0022810

# MINDBODY Analysis at Various Prices

*($MM, except per share amounts)*

| | Statistic | MINDBODY Current as of (11/12/18) $26.18 | Illustrative MINDBODY Valuation Statistics | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Illustrative Share Price: | | | $30.00 | $32.50 | $35.00 | $37.50 | $40.00 | $42.50 | $45.00 |
| **Implied Transaction Premium** | | | | | | | | | |
| Premium to Current Price | $26.18 | - | 15% | 24% | 34% | 43% | 53% | 62% | 72% |
| Premium to 30 Day Average Price | 33.40 | (22%) | (10%) | (3%) | 5% | 12% | 20% | 27% | 35% |
| Premium to LTM High Share Price | 44.60 | (41%) | (33%) | (27%) | (22%) | (16%) | (10%) | (5%) | 1% |
| Premium to LTM Low Share Price | 26.18 | 0% | 15% | 24% | 34% | 43% | 53% | 62% | 72% |
| Premium to LTM Average Share Price | 36.71 | (29%) | (18%) | (11%) | (5%) | 2% | 9% | 16% | 23% |
| **Implied Valuation & Multiples** | | | | | | | | | |
| Fully-Diluted Shares | | 51.4 | 51.7 | 51.8 | 51.9 | 52.1 | 52.2 | 52.2 | 52.3 |
| **Fully-Diluted Equity Value (1)** | | **$1,345** | **$1,550** | **$1,684** | **$1,818** | **$1,952** | **$2,086** | **$2,220** | **$2,355** |
| Plus: Financing Obligation (1)(6) | | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Plus: Cash Settlement of Convertible Debt (1) | | 311 | 311 | 311 | 311 | 311 | 311 | 311 | 311 |
| Plus: Convertible Debt Make-Whole Premium (3)(4) | | - | - | - | - | - | 8 | 19 | 30 |
| Less: Settlement of Capped Call (3)(5) | | - | (21) | (24) | (27) | (30) | (33) | (35) | (38) |
| Less: Cash (1) | | (325) | (325) | (325) | (325) | (325) | (325) | (325) | (325) |
| **Fully-Diluted Enterprise Value (1)** | | **$1,345** | **$1,529** | **$1,660** | **$1,792** | **$1,923** | **$2,063** | **$2,204** | **$2,347** |

Note: Current market prices as of November 12, 2018.

(1) Based on MINDBODY 10-Q for the period ended September 30, 2018.
(2) Based on Capital IQ mean consensus estimates as of November 12, 2018.
(3) Assumes a transaction close date of December 31, 2018.
(4) Additional shares based on MINDBODY indenture dated June 12, 2018 (2023 convertible notes). If the stock price is less than $38.10 per share, no additional shares shall be added to the conversion rate.
(5) Based on a Black-Scholes option valuation model. The capped call has an initial strike price of $49.53 per share and an initial cap price of $76.20 per share.
(6) Represents financing obligation on an office space lease arrangement.

28



CONFIDENTIAL

MB0022811

# Strategic Considerations

CONFIDENTIAL | DRAFT



CONFIDENTIAL

# MINDBODY is Very Well Positioned in an Underpenetrated Wellness Market



Legend
- ★ Leading Capability
- ✓ Competency
- ＋ Building Capability

## Market Opportunity (1)

**Software and Advertising** / **Integrated Payments**

Fitness — 100K+ Businesses
Beauty — 150K+ Businesses
Wellness — 50K+ Businesses

**300K+** Wellness Businesses

**$110Bn** GMV

Spend ~$1K/month or ~$12K/year
**$3.6Bn Opp.**

Illust. 90bps take rate for pymt processing
**$1.0Bn Opp.**

## Competitive Landscape

| | MINDBODY | Wellness Software Providers (vagaro, phorest, virtuagym) | Payment Processors (PayPal, Square, stripe) | Consumer Discovery (facebook, Google, yelp) |
|---|---|---|---|---|
| Consumer Discovery | ✓ *Significant Growth Opportunity* | | | ★ |
| Marketing | ★ | ✓ | ＋ | ✓ |
| Scheduling | ★ | ✓ | ＋ | ＋ |
| HR | ✓ | ✓ | ＋ | |
| Payments | ★ | ＋ | ★ | |

(1)    2018 Analyst Day Presentation.

CONFIDENTIAL | DRAFT

Qatalyst PARTNERS

CONFIDENTIAL

MB0022813

# MINDBODY Has Built a Platform for Long-Term Sustainable Growth

## Drive Subscriber Growth

- Significant opportunity to continue to penetrate the potential subscriber base

- Largest competitive threat remains manual and home-grown offerings which lack the capabilities of MINDBODY's offering

**Penetration Across Markets (1)**



## Expand Average Revenue Per Subscriber

- Given MINDBODY's position with the customer base, they have the ability to continue to expand their ARPS

- Land and expand will continue to be a core part of the business model

**Monthly ARPS vs. Customer Spend (1)**

## Capitalize on Unique Marketplace Position

- Consumer discovery / advertising remains a nascent part of the business today but can drive MINDBODY's value proposition over time with subscribers

- MINDBODY is the only company currently in position to implement a wellness marketplace

**Marketplace Dynamics (1)**



*(1)    2018 Analyst Day Presentation.*

CONFIDENTIAL  |  DRAFT

Qatalyst PARTNERS

31

CONFIDENTIAL

MB0022814

# MINDBODY's Execution and Multiple Expansion Has Driven Its Stock Price Performance

*Since IPO (June 19, 2015) to Current (November 12, 2018)*

**Legend**
- Revenue
- Share price

Revenue ($MM): $26.1  $28.3  $32.0  $33.6  $35.3  $38.2  $42.2  $44.1  $46.6  $49.7  $53.8  $61.6  $63.8

Quarters: Q3'15  Q4'15  Q1'16  Q2'16  Q3'16  Q4'16  Q1'17  Q2'17  Q3'17  Q4'17  Q1'18  Q2'18  Q3'18

+126%

**67MM+** Fitness, Beauty and Wellness Subscribers

**650MM+** Bookings of Classes and Appointments*

**~$14Bn** GMV Generated by Subscribers*

**~$10Bn** Payments Volume Processed*

**58MM+** Consumers Served

**~12MM** Mobile App Users

**100%+** Net Revenue Retention

**$300+** Monthly Revenue Per Subscriber

*Source: CapitalIQ, MINDBODY Investor Presentation.*
*\*Represents metric over the LTM ended September 30, 2018.*

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022815

# SMB Leaders Are In Early Stages Of Building Full Stack Solutions



CONFIDENTIAL

MB0022816

# Overview of Potential Partners

| | |
|---|---|
| **SMB-Focused Software and Services** | • Providing commerce enablement solutions to a vertical that is relatively underserved<br><br>• Opportunity to cross-sell SMB software offerings<br><br>• Limited competitive threats in the wellness market from established software vendors |
| **SMB-Focused Payments** | • Adding $10Bn+ of payments volume that is growing 30% Y/Y<br><br>• Part of ongoing strategy to bring value-added software services to their platforms to create stickiness for payments offerings<br><br>• Limited competitive threats in the wellness market from established software vendors |
| **Consumer Discovery** | • Fitness and wellness continue to be top-of-mind for their user base<br><br>• Ability to monetize the user base with additional revenue streams beyond advertising<br><br>• Opportunity to accelerate user adoption to drive MINDBODY's marketplace |
| **Financial Sponsors** | • Leading software provider to an underpenetrated but sizeable market with a long-runway for growth<br><br>• Executable path to improving margins<br><br>• Platform to consolidate fragmented wellness market |

34

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022817

# Overview of Potential Strategic Partners



Legend: High (dark blue) · Medium (light blue) · Low (open)

| Market Capitalization / Cash Balance ($Bn) | Focused on | | | | | Ability to Pay | Willingness to Pay | Key Contacts |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Cloud Revenue | Commerce Enablement / Vertical SW | Payments Volume | SMB | Fitness / Wellness | | | |
| $800 / $30 | High | Low | Medium | High | Medium | High | Medium | |
| $726 / $119 | High | Medium | Medium | High | Medium | High | High | |
| $407 / $41 | Medium | Medium | Medium | High | Medium | High | High | |
| $99 / $16 | Medium | Medium | High | High | Medium | Medium | Medium | |
| $55 / $2 | High | High | High | High | Low | Medium | Medium | |
| $29 / $2 | Medium | High | High | High | Medium | Medium | Medium | |
| $17 / $1 | High | High | High | Medium | High | Medium | Medium | |
| $15 / $2 | High | High | High | High | Medium | Medium | Low | |
| $11 / $1 | Medium | High | Low | High | Medium | Low | Low | |
| $3 / $1 | Medium | High | Medium | High | High | Low | Low | |

Source: CapitalIQ. Market data as of November 12, 2018.

35

CONFIDENTIAL | DRAFT

Qatalyst PARTNERS

MB0022818

# Overview of Potential Financial Sponsor Partners



36

CONFIDENTIAL | DRAFT

CONFIDENTIAL

MB0022819

# Process Considerations

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022820

# Process Considerations

- **Is this the right time to consider a sale of MINDBODY**

  - MINDBODY is a unique asset delivering SaaS solutions to a fitness and wellness vertical that should be of interest to a universe of SMB-focused players, payments vendors as well as private equity

  - Does MINDBODY's competitive position and universe of competitors evolve over time given increased focus on commerce enablement and SMB from both software and payments vendors?

  - Quarterly performance and the integration of Booker has caused some volatility and pressure on the stock price

  - What is the value trajectory for shareholders as an independent company on a risk-adjusted basis, and how does it compare to the price achievable in a sale?

  - Create framework for comparing the value realizable in a sale to the risk-adjusted value that can be created as an independent company

  - What is the likelihood of realizing a compelling value in a sale?

  - How will the universe of potential acquirers change in the future?

- **If MINDBODY's board decides to engage in discussions that could lead to a sale, there are a number of considerations for maximizing the outcome…**



CONFIDENTIAL

MB0022821

# Keys to Maximizing the Outcome

- **Imperative to design a process that gets to the right answer swiftly and with minimal disruption**
    - Conducting a "market check" does not mean the Board has decided the sell the company and in no way obligates the Board to effect a sale of the company: this decision will only be made once the available alternatives have been fully identified and defined
    - Ultimately, the Board will select the alternative that maximizes shareholder value, including potentially staying the course and remaining independent

- **Determine when to contact potential acquirors, and whom to contact**
    - First engagement with potential acquirors will set the tone for future negotiations
    - Understanding each party's priorities, negotiating tactics, hot buttons, constraints, weaknesses and decision-making process is essential to maximizing the outcome
    - Balance the risk of leaks against the desire to engage with all logical acquirors in order to maximize value
    - Create a competitive dynamic: weigh the likelihood of real competition versus the fear of competition
    - Take into account each potential acquiror's familiarity with the company and typical decision making process/ability to move quickly in crafting the appropriate process

- **The inbound interest that MINDBODY has received over time presents a very natural context to engage with potential acquirors that may have an interest in an acquisition**

- **Qatalyst is uniquely positioned to assist the MINDBODY Board in analyzing strategic alternatives available to MINDBODY, and, if appropriate, designing and conducting a tailored process designed to thoroughly and promptly evaluate the best alternative to maximize shareholder value**
    - Best track record at maximizing value for selling shareholders
    - Most experienced and seasoned team
    - Unparalleled access to key decision makers at potential acquirors
    - Intimate knowledge of potential acquirors' negotiating styles and strategic priorities
    - Intimate knowledge of MINDBODY
    - Unconflicted and not beholden to any potential acquiror

39



CONFIDENTIAL

MB0022822

# Illustrative Process Timeline

| Week of | November 2018 | | | December 2018 | | | | | January 2018 | | | | February 2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12 Today | 19 | 26 | 3 | 10 | 17 | 24 | 31 | 7 | 14 | 21 | 28 | 4 | 11 | 18 | 25 |

**Preparation: Internal Preparation and Outreach**
- Preparation of mgmt. presentation and key business diligence items
- Outreach to selected potential strategic and financial acquirors
- Negotiation of NDAs

*Holidays*

★ *Nov 22nd: Thanksgiving*

**Phase I: Business Diligence and Preliminary Indication of Value**
- Management meetings with potential buyers/business due diligence follow-ups
- Receipt of initial non-binding indications of interest

◆ **January 7th: Initial Indication Date**

**Phase II: Final Business and Confirmatory Diligence Leading to Final Bids**
- Narrow the field to 2-3 potential acquirors
- Complete business and confirmatory due diligence
- Allow engagement of financing sources
- Receipt of final bids

◆ **February 4th: Final Bids Due**

*Potentially accelerate the process if a party provides a pre-emptive bid that the Board finds compelling and other parties indicate lower ranges of value*

**Phase III: Negotiation Documentation, Signing and Announcement**
- Conclude negotiations with 1-2 parties

◆ **February 18th: Sign & Announce**

**Accelerated Phase II and III:**

◆ **December 31st: Sign & Announce**

**Potential Go Shop Process: Solicitation of Superior Proposal**
- Outreach to broad set of potential acquirors and negotiation of NDAs
- Make information available to interested parties
- Business and confirmatory diligence

*Note: All time durations are subject to change depending on how the process evolves.*

40

CONFIDENTIAL | DRAFT

**Qatalyst PARTNERS**

CONFIDENTIAL

MB0022823

# Illustrative Take Private Analysis



CONFIDENTIAL

MB0022824

## Illustrative Take Private Analysis:
# Illustrative Sources & Uses

| ($MM) | |
|---|---|
| **CY18E / LTM EBITDA** | $1 |
| (+) Illustrative Cost Savings | 34 |
| *% of Revenue* | *14%* |
| (+) Change in Deferred Revenue (7) | 2 |
| *% of Revenue* | *1%* |
| **Illustrative LTM Cash EBITDA** | $38 |
| *Implied EBITDA Margin* | *15%* |

*($MM, except per share amounts)*

### Illustrative Transaction Overview

| | |
|---|---|
| Illustrative Closing Date | 12/31/18 |
| **Price Per Share** | **$32.50** |
| *Premium to Current (1)* | *24%* |
| **FD Equity Value (2)** | **$1,684** |
| **FD Enterpise Value (2)** | **1,660** |

### Post-Closing Ownership

| | *Primary* | *FD* |
|---|---|---|
| Sponsor Equity | 100% | 90% |
| Management / Employee Options | 0% | 10% |
| Total | 100% | 100% |

### Sources of Funds

| | *Leverage Multiple (3)* | *Interest Rate* | *Amount* | *% of Total* |
|---|---|---|---|---|
| 12/31/18 Estimated Cash Balance (4) | | 0.50% | $321 | 15% |
| Est. Unvested Equity | | | 74 | 3% |
| Term Loan (LIBOR + 375bps) | 4.0x | L+375bps | 151 | 7% |
| Senior Notes (LIBOR + 375bps) | 3.25x | L+775bps | 123 | 6% |
| Sponsor Equity | | | 1,452 | 68% |
| **Total Sources of Funds** | | | **$2,120** | **100%** |

### Use of Funds

| | *Amount* | *% of Total* |
|---|---|---|
| Equity Purchase Price | $1,684 | 79% |
| *Common and Vested Equity* | 1,610 | 76% |
| *Est. Unvested Equity* | 74 | 3% |
| Retire Convert. Debt (Incl. Breakage Costs) (6) | 287 | 14% |
| Cash Required for Ongoing Operations | 100 | 5% |
| Transaction Fees and Expenses (5) | 50 | 2% |
| **Total Uses of Funds** | **$2,120** | **100%** |

### Implied Revenue Multiples

| | *LTM / CY2018E Revenue* | *NTM / CY2019E Revenue* | *CY2020E Revenue* |
|---|---|---|---|
| Based on Street Estimates | 6.8x | 5.6x | 4.7x |

### Balance Sheet Summary

| | *Pre-Txn* | *Post-Txn* | *Delta* |
|---|---|---|---|
| Debt | $326 | $274 | ($52) |
| Cash (4) | 325 | 100 | (225) |
| Net Debt / (Cash) | $0 | $174 | $173 |

(1) Based on MINDBODY stock price of $26.18 as of November 12, 2018.

(2) Capitalization based on MINDBODY 10-Q for the period ended September 30, 2018.

(3) Based on leverageable LTM Cash EBITDA of $38MM as of transaction date, December 31, 2018. Cash EBITDA calculated as EBITDA plus change in deferred revenue.

(4) Estimated cash balance as of December 31, 2018 calculated as current cash balance plus Q4'18 levered free cash flow Capital IQ mean consensus estimates as of November 12, 2018.

(5) Advisory, financing and other fees and expenses.

(6) Retirement of existing debt includes face value of convertible note, any in-the-money value of the convertible note, the make-whole premium from early retirement, and the cash received from the settlement of the capped call.

(7) Change in deferred revenue based on CY2016A-CY2017A change in deferred revenue as a percentage of revenue.

**CONFIDENTIAL | DRAFT**


Qatalyst PARTNERS

CONFIDENTIAL

MB0022825

Illustrative Take Private Analysis:

# Illustrative Returns Analysis

*Return Sensitivity to Revenue CAGR and Exit Multiple*

43

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022826

# Appendix

## Additional Detail on Vista Equity Partners

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022827

Vista Equity Partners:

# Company Overview and Selected Key Contacts


**VISTA** EQUITY PARTNERS.

## Vista Equity Partners Overview

- Vista Equity is an investment firm focused exclusively on enterprise software, data, and technology solutions, with more than $43 billion in cumulative capital commitments

- Completed 360+ transactions representing $110Bn+ in transaction value

- Along with its operational arm, Vista Consulting Group (VCG), it has a team of approximately 185 investment and operating professionals located in San Francisco, Austin, and Chicago



*The Vista Platform*

**200+** EXECUTIVES  **100+** BEST PRACTICES  **75+** OPERATING EXPERTS (VCG)

## Selected Key Contacts

| Name | Title | Biography |
| --- | --- | --- |
| Robert Smith | Founder, Chairman and CEO | Directs Vista's investment strategy and decisions, firm governance, and investor relations; he has overseen 270+ completed transactions representing nearly ~$85Bn in transaction value |
| Brian Sheth | Co-founder and President | Actively involved in the execution of all of the investment activities for Vista Private Equity Funds |
| Monti Saroya | Principal | Currently sits on the boards of Advanced Computer Software Group, Cvent, Finastra, Infoblox, Marketo, PowerSchool, The Active Network, and Vivid Seats |

## Software Focus

### 4th Largest Enterprise Software Company



**50,000+**
Portfolio Company Employees



**800,000+**
Portfolio Company Customers



**220MM+**
Users of Portfolio Company Software



**175+**
Countries

## Investment Criteria

 **Focus:** Enterprise software, data, and technology-enabled businesses

 **Enterprise Value:** $20MM to over $10Bn, smaller for add-ons

 **Company Size:** >$10MM of recurring revenue, smaller for add-ons

 **Stability:** Loyal customer base with high renewal rates

 **Diversification:** Limited customer concentration

 **Well-Positioned:** Current or potential market leaders

 **Growth Potential:** Revenue and margin opportunities

*Source: Company website.*

45

**CONFIDENTIAL | DRAFT**



CONFIDENTIAL

MB0022828

Vista Equity Partners:

# Summary of M&A Approach



## Summary of M&A Approach

- Engages in significant background work and approaches conversations well educated, leveraging knowledge and product use / feedback from current portfolio companies

- Consider themselves a quasi-strategic player who can leverage synergies across the portfolio

- Pro-active in making friendly unsolicited approaches and prefer to kick-off processes vs. reacting to outreach; however will participate in auctions

- Able to move very quickly through both business and confirmatory diligence (~2 – 4 weeks)

- Willing to fully equitize transactions in order to circumvent the time required to get final debt commitment letters; subsequently raising leverage on the back-end

- Will leverage the above to truncate processes and reduce the ability for other potential acquirers to be able to complete diligence and provide certainty at the finish line

- Will often provide a final proposal with a short expiration window, together with their own merger agreement (with the intention of keeping key provisions in-line with their prior public transactions) and requesting a short period (48-72 hours) of exclusivity to get to signing

- Generally won't move more than 10% from initial proposal to final offer

46

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022829

Vista Equity Partners:

# Xactly Summary Transaction Timeline



**Vista were educated ahead of approaching Xactly and used their ability to move quickly as well as their willingness to underwrite an all-equity funded deal as a competitive advantage**

- ✓ Outside-in preparation work completed (with third-party advisors) ahead of unsolicited approach
- ✓ Approached transaction as a quasi-strategic (13 of Vista's 38 portfolio companies were Xactly customers, effectively representing Xactly's second largest customer in the aggregate)
- ✓ 4 weeks from execution of NDA to transaction signing
- ✓ Provided their own merger agreement draft
- ✓ All-equity financed upfront

*Xactly held various conversations with 2 strategic parties regarding their interest in an acquisition of Xactly*

**July '16**: Vista reached out to and met with Chris Cabrera (CEO) and Joe Consul (CFO)

**Apr 11 '17**: Vista reached out to Chris Cabrera and scheduled a dinner on 4/24

**Apr 24 '17**: During dinner Vista indicated they had already engaged various third party advisors to conduct some external diligence and were interested in acquiring Xactly

**May 1 '17**: Vista entered into a non-disclosure agreement

**May 22 '17**: Following a dinner with Chris Cabrera, Vista sent a written indication of interest to acquire Xactly for $15.00 cash per share, funded entirely by equity, including a draft merger agreement and draft equity commitment letters. Vista indicated they could complete their diligence and sign an agreement within 72 hours.

**May 28 '17**: Vista increased their offer price to $15.50, conditioned on the merger agreement not containing a "go-shop" provision

**May 29 '17**: Vista made a best and final offer of $15.65; the transaction was subsequently signed

**May 30, '17**: Transaction announced

← *28 days from signing of non-disclosure agreement to signing of transaction* →

*Xactly engages in various conversations with strategic parties regarding a potential transaction, following continued unsolicited interest from a single party*

*Vista and the company engaged in detailed diligence, including an all-day in-person management presentation and various other diligence sessions*

*Xactly Board meetings; Vista continues final diligence and merger agreement negotiations continue*

47

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022830

Vista Equity Partners:

# Marketo Summary Transaction Timeline



## Vista demonstrated an ability to move very fast, with significant speed in diligence

✓ Kicked-off the process with an unsolicited approach

✓ Approached transaction as a quasi-strategic, initially reaching out to discuss standardizing Vista portfolio companies on the Marketo platform

✓ 2 weeks from execution of NDA to transaction signing

✓ Provided their own merger agreement draft

✓ All equity financed upfront

*Marketo held various conversations with 6 strategic parties and 2 financial sponsors regarding their potential interest in an acquisition of Marketo*

**Apr 27 '16**: Vista reached out to and met with Phil Fernandez (CEO) during which Vista expressed an interest in acquiring Marketo

**May 3 '16**: During a conversation to gauge Vista's level of interest they provided a verbal indicated of interest of "low-$30s" per share; Vista was subsequently provided with price guidance of "mid-$30s"

**May 10 '16**: A news article indicated Marketo was engaged in a strategic review

**May 13 '16**: Vista sent a written proposal of $34.00 - $35.00 per share, funded entirely by equity, contingent on 10-17 days of confirmatory diligence and a request for exclusivity;

Vista subsequently entered into a non-disclosure agreement

**May 24 '16**: Vista submitted a revised proposal of $34.50 per share, including a draft merger agreement and draft equity commitment letters

**May 25 '16**: Vista submitted a best and final proposal of $35.25 per share; exclusivity was subsequently provided through May 27, '17

**May 27 '16**: Transaction signed

**May 31, '16**: Transaction announced

← *14 days from signing of non-disclosure agreement to signing of transaction* →

**May 13 '16**: Financial Sponsor A indicated an interest in acquiring Marketo in the "high-$20s"; subsequently provided with price guidance of "mid-$30s" to be competitive

**May 23 '16**: Financial Sponsor A submitted written proposal of $34.00 per share, funded entirely by equity, inc. draft merger agreement and draft equity commitment letters, contingent on 1 week of business and confirmatory diligence and a request for exclusivity

**May 25 '16**: Financial Sponsor A submitted a best and final proposal of $35.05 per share

48

**CONFIDENTIAL | DRAFT**



MB0022831

Vista Equity Partners:

# Cvent Summary Transaction Timeline



## Vista demonstrated their willingness to move quickly in a more complex combination scenario

✓ Unsolicited approach

✓ Approached transaction as a quasi-strategic, looking to combine Lanyon, a portfolio company, with Cvent

✓ Willing to accept anti-trust risks; agreeing to strong anti-trust covenants

✓ ~2.5 weeks from initial outreach to transaction signing

✓ Provided their own merger agreement draft

✓ All equity financed upfront

*Cvent held various conversations with 3 strategic parties and 1 financial sponsor regarding their potential interest in an acquisition of Cvent*

**Mar 31 '16**: Vista reached out to discuss combining Cvent with Lanyon

**Apr 3, '16**: Vista was informed that Cvent had received an indication of interest from a third party

**Apr 4, '16**: Vista provided with price guidance of "mid-$30s"

**Apr 6 '16**: Vista submitted a written indication of interest of $34.00;

Vista subsequently told they will need to improve on price and to continue working toward a final bid deadline of Apr 15 '16

**Apr 11, '16**: Vista submitted a draft merger agreement to Cvent's outside legal counsel

**Apr 15 '16**: Vista submitted a revised proposal of $35.00 per share, funded entirely by equity, including a revised merger agreement and indicating that all diligence was complete

Vista later submitted a final proposal of $36.00 per share; exclusivity was subsequently provided through Apr 17, '6

**Apr 17 '16**: Transaction signed

**Apr 18, '16**: Transaction announced

**Nov 16, '16**: Transaction closed and Cvent / Lanyon announced merger

*18 days from initial outreach to signing of transaction*

**Mar 3, '16**: Financial Sponsor A met with Cvent and indicated an interest in making a financial investment in Cvent as a public company

**Mar 4, '16**: Strategic A met with Cvent and expressed interest in acquiring the company

**Mar 17 '16**: Strategic A submitted an indication of interest of $28.00 - $29.00 per share and requested exclusivity

**Apr 1, '16**: Strategic A submitted a revised proposal of $31.00 per share and requested exclusivity

**Apr 15, '16**: Strategic A submitted a revised proposal of $32.50 per share, contingent on confirmatory diligence of less than 2 weeks

**Apr 15, '16**: Financial Sponsor A submitted a proposal of $34.00 per share;

Financial Sponsor A later submitted a best and final proposal of $35.50 per share

49

**CONFIDENTIAL | DRAFT**



# Sample Vista Initial Diligence Request List

**Financial**

1. Historical quarterly detailed financial statements (since CY2015):
   a) Revenue by type (i.e. subscription, services, payments, product, etc.)
   b) 3rd party COGS (i.e. hosting / data center costs, third-party royalties, etc.) by type (i.e. subscription, services, payments, product, etc.)
   c) COGS and operating expense detail in natural expense format (i.e. compensation, T&E, facilities / rent, D&A, etc.) with allocation to functional groups (i.e. Support, Services, Sales, Marketing, R&D, G&A, etc.)
2. Detailed multi-year financial projections, including current fiscal year budget
3. Financial models and/or overview materials on recent acquisitions (Booker, FitMetrix, etc.)
4. Detailed capitalization summary, including outstanding stock option and RSU detail by tranche

**Sales & Bookings**

1. Historical bookings data (since CY2015, including $ ACV and # of deals)
2. New logo vs. expansion / upsell bookings (excluding renewals)
3. Breakdown of bookings by geography
4. Historical win / loss / no-decision analysis (including competitor, if available)

**Customers**

1. Historical monthly recurring revenue by customer (to enable the calculation of historical dollar retention)
2. Any customer cohort performance data since CY2015
3. Any historical analysis on TAM and ROI opportunity

**Operations**

1. Current employee census (no-names basis) including job title, business unit, functional area, location, hire date, and annual salary / bonus / commission (including any consultants)
2. Office and lease information (location, sq. ft., lease term, lease rate, headcount, and primary product/function out of each office)
3. Standard customer contract terms and practices (term, price increases, renewal terms, etc.)

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022833

# Appendix

## Potential Partners Profiles

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022834

# Potential Partners M&A History



*Note: '-' = Not publicly available or not meaningful.  Multiples greater than 50.0x considered not meaningful.*

CONFIDENTIAL | DRAFT

MB0022835

# Potential Partners M&A History (Cont.)



Source: Company press releases, Company filings and Wall Street Research.
Note: '-' = Not publicly available or not meaningful. Multiples greater than 50.0x considered not meaningful.

CONFIDENTIAL  |  DRAFT

CONFIDENTIAL

MB0022836

# Potential Partners M&A History (Cont.)



Source: Company press releases, Company filings and Wall Street Research.
Note: '-' = Not publicly available or not meaningful.  Multiples greater than 50.0x considered not meaningful.

**CONFIDENTIAL | DRAFT**

CONFIDENTIAL

MB0022837

# Potential Partners M&A History (Cont.)



Source: Company press releases, Company filings and Wall Street Research.
Note: '-' = Not publicly available or not meaningful. Multiples greater than 50.0x considered not meaningful.

**CONFIDENTIAL | DRAFT**

CONFIDENTIAL

MB0022838

# Potential Partners M&A History (Cont.)



Source: Company press releases, Company filings and Wall Street Research.
Note: '-' = Not publicly available or not meaningful. Multiples greater than 50.0x considered not meaningful.

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022839

# Appendix

## Supplementary Materials

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022840

# Statistics of Selected Companies

*($MM, except per share information)*

| Company (FYE) | Stock Price 11/12/18 | Equity Value | Ent. Value | EV/Rev CY18E | EV/Rev CY19E | EV/EBITDA CY18E | EV/EBITDA CY19E | EqV/LFCF CY18E | EqV/LFCF CY19E | Rev $ CY18E | Rev $ CY19E | Rev % Growth '17-18E | Rev % Growth '18-19E | Gross Margins CY18E | Gross Margins CY19E | LFCF Margins CY18E | LFCF Margins CY19E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MINDBODY (Dec.) (1) | $26.18 | $1,345 | $1,345 | 5.5x | 4.5x | - | - | - | - | $245 | $297 | 34% | 21% | 71% | 71% | (8%) | 0% |
| *Selected SaaS* | | | | | | | | | | | | | | | | | |
| Dropbox (Dec.) | $24.34 | $10,566 | $9,690 | 7.0x | 6.0x | 29.7x | 26.5x | 29.6x | 26.0x | $1,386 | $1,604 | 25% | 16% | 75% | 75% | 26% | 25% |
| Ultimate Software (Dec.) | 250.04 | 8,176 | 8,047 | 7.1 | 5.9 | 29.4 | 24.8 | 50.7 | 41.4 | 1,136 | 1,363 | 21% | 20% | 64% | 66% | 14% | 14% |
| RealPage (Dec.) | 49.48 | 4,666 | 5,096 | 5.8 | 5.1 | 22.2 | 17.9 | 37.9 | 26.1 | 873 | 1,003 | 30% | 15% | 65% | 65% | 14% | 18% |
| Box (Jan.) | 17.76 | 2,918 | 2,809 | 4.6 | 3.8 | - | 50.7 | 54.2 | 28.5 | 608 | 735 | 20% | 21% | 74% | 74% | 9% | 14% |
| Five9 (Dec.) | 42.00 | 2,666 | 2,645 | 10.5 | 9.0 | 64.0 | 52.5 | - | - | 252 | 295 | 26% | 17% | 62% | 63% | 9% | 10% |
| Avalara (Dec.) | 30.99 | 2,281 | 2,143 | 8.1 | 6.7 | - | - | - | - | 266 | 318 | 25% | 20% | 73% | 73% | (11%) | (1%) |
| AppFolio (Dec.) | 57.97 | 2,093 | 2,028 | 10.8 | 8.5 | 44.8 | 30.4 | 60.2 | 36.1 | 188 | 237 | 30% | 27% | 62% | 64% | 19% | 24% |
| Workiva (Dec.) | 35.35 | 1,735 | 1,657 | 6.8 | 5.9 | - | - | - | - | 243 | 279 | 17% | 15% | 74% | 74% | 4% | 5% |
| Benefitfocus (Dec.) | 42.56 | 1,461 | 1,540 | 6.0 | 5.2 | - | 68.5 | - | - | 257 | 297 | 0% | 16% | 50% | 53% | 0% | 4% |
| Instructure (Dec.) | 36.42 | 1,367 | 1,195 | 5.7 | 4.6 | - | - | - | - | 209 | 259 | 32% | 24% | 73% | 73% | (4%) | (2%) |
| *Median* | | | | 6.9x | 5.9x | 29.7x | 30.4x | 50.7x | 28.5x | | | 25% | 18% | 69% | 69% | 9% | 12% |
| *Mean* | | | | 7.2x | 6.1x | 38.0x | 38.7x | 46.5x | 31.6x | | | 23% | 19% | 67% | 68% | 8% | 11% |
| *Selected SMB-Enablement* | | | | | | | | | | | | | | | | | |
| Square (Dec.) | $69.83 | $33,083 | $32,677 | 20.7x | 14.5x | - | - | - | - | $1,575 | $2,251 | 60% | 43% | 81% | 80% | 9% | 17% |
| Shopify (Dec.) | 135.54 | 15,502 | 13,924 | 13.2 | 9.5 | - | - | - | - | 1,057 | 1,472 | 57% | 39% | 56% | 56% | 0% | 5% |
| Wix (Dec.) | 88.60 | 5,061 | 4,869 | 8.1 | 6.4 | 44.0 | 28.4 | 49.0 | 34.5 | 599 | 759 | 41% | 27% | 80% | 80% | 17% | 19% |
| Xero (Mar.) | 27.95 | 3,917 | 4,186 | 12.0 | 9.1 | - | 46.2 | - | - | 349 | 460 | 38% | 32% | 82% | 83% | (1%) | 7% |
| *Median* | | | | 12.6x | 9.3x | 44.0x | 37.3x | 49.0x | 34.5x | | | 49% | 36% | 81% | 80% | 5% | 12% |
| *Mean* | | | | 13.5x | 9.9x | 44.0x | 37.3x | 49.0x | 34.5x | | | 49% | 35% | 75% | 75% | 6% | 12% |

Source: Capital IQ mean consensus estimates and Wall Street analyst research. "In-the-money" convertible debt assumed to be net share settled.

Note: Based on market prices as of November 12, 2018. Multiples greater than 75x or negative noted as dashes.

58

CONFIDENTIAL  |  DRAFT



CONFIDENTIAL

# Illustrative Take Private Analysis:
# Sponsor Case Cash Flow Bridge



59

CONFIDENTIAL | DRAFT

CONFIDENTIAL

MB0022842

# MINDBODY Q3'18 Earnings Summary

*($MM)*

| | Q3'18 Results vs. Expectations | | | | |
|---|---|---|---|---|---|
| | **Actual** | **Street** | ***Prior Guidance (1)*** | **Δ Street** | **Δ Prior Guidance (1)** |
| Total Revenue | $63.8 | $64.0 | $63 - $65 | *(0%)* | *(0%)* |
| *Y-o-Y % Growth* | *37%* | *37%* | *37%* | *(45 bps)* | *(47 bps)* |
| Non-GAAP Net Loss | ($2.5) | ($3.8) | ($4.0 - $2.5) | *(34%)* | *(24%)* |
| *% Margin* | *(4%)* | *(6%)* | *(5%)* | *201 bps* | *121 bps* |

| | Q4'18 Guidance vs. Expectations | | | | |
|---|---|---|---|---|---|
| | **Guidance** | **Street** | | **Δ Street** | |
| Total Revenue | $65 - $67 | $68.2 | | *(3%)* | |
| *Y-o-Y % Growth* | *33%* | *37%* | | *(448 bps)* | |
| Non-GAAP Net Loss | ($5.0 - $3.5) | ($7.5) | | *43%* | |
| *% Margin* | *(2%)* | *(3%)* | | *119 bps* | |

*(1) Based on midpoint of guidance.*

> "It's definitely not a lack of market opportunity.. boutique fitness in the North America, which is our most penetrated vertical, is our strongest growing vertical. And lead generation has significantly inflected up in recent quarters. So no, **the opportunity is as big as ever**. It's multiple times greater than what we currently have in every vertical. And there's -- **the only thing standing between us and that is execution.** "
>
> -Rick Stollmeyer (November 7, 2018)

> "**Integration challenges also continued to impact the quarter.** Management lowered guidance for revenue and non-GAAP net income due to continued challenges from the sales reorganization as well as the hiring of 51 additional quota-carrying reps, **and elongated app deployment times.**"
>
> -William Blair (November 7, 2018)

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022843

# Appendix

## Cost of Capital Calculation



CONFIDENTIAL

MB0022844

# Cost of Equity Calculation

*($MM, except per share information)*

| | Current Stock Price | FD Equity Value | Debt | Equity / Debt | Tax Rate | Betas Historical (1) Levered Beta | Betas Historical (1) Unlevered Beta | Betas Predicted (2) Levered Beta | Betas Predicted (2) Unlevered Beta |
|---|---|---|---|---|---|---|---|---|---|
| **MINDBODY** | $26.18 | $1,347 | $325 | 81% / 19% | 24% | 0.96 | 0.81 | 1.12 | 0.94 |
| *Selected Companies* | | | | | | | | | |
| Square | $69.83 | $33,083 | 1,303 | 96% / 4% | 11% | 1.77 | 1.71 | 1.67 | 1.62 |
| Shopify | 135.54 | 15,502 | 0 | 100% / 0% | 14% | 1.80 | 1.80 | 1.13 | 1.13 |
| Dropbox | 24.34 | 10,566 | $163 | 98% / 2% | 11% | 1.59 | 1.57 | 1.32 | 1.30 |
| Ultimate Software | 250.04 | 8,176 | 12 | 100% / 0% | 28% | 1.19 | 1.18 | 1.03 | 1.03 |
| Wix | 88.60 | 5,061 | 444 | 92% / 8% | 14% | 1.47 | 1.36 | 1.10 | 1.02 |
| RealPage | 49.48 | 4,666 | 653 | 88% / 12% | 26% | 0.95 | 0.86 | 1.21 | 1.09 |
| Xero | 27.95 | 3,917 | 321 | 92% / 8% | 21% | 1.46 | 1.37 | 1.32 | 1.24 |
| Box | 17.76 | 2,918 | 95 | 97% / 3% | 16% | 1.41 | 1.38 | 1.49 | 1.45 |
| Five9 | 42.00 | 2,666 | 259 | 91% / 9% | 21% | 1.35 | 1.25 | 1.15 | 1.07 |
| AppFolio | 57.97 | 2,093 | 0 | 100% / 0% | 21% | 1.15 | 1.15 | 1.05 | 1.05 |
| Workiva | 35.35 | 1,735 | 19 | 99% / 1% | 21% | 1.03 | 1.02 | 1.00 | 0.99 |
| Benefitfocus | 42.56 | 1,461 | 130 | 92% / 8% | 27% | 1.15 | 1.08 | 1.09 | 1.02 |
| Instructure | 36.42 | 1,367 | 0 | 100% / 0% | 21% | 0.97 | 0.97 | 0.94 | 0.94 |
| *Median* | | | | 97% / 3% | | *1.35* | *1.25* | *1.13* | *1.07* |
| *Mean* | | | | 96% / 4% | | *1.33* | *1.29* | *1.19* | *1.15* |

| Selected Companies | Overall Betas Historical Unlevered Beta | Overall Betas Predicted Unlevered Beta |
|---|---|---|
| MINDBODY | 0.81 | 0.94 |
| Overall Median | 1.25 | 1.07 |
| *Illustrative Unlevered Beta Calculation* | | |
| 67% MINDBODY | 0.55 | 0.63 |
| 33% Overall Median | 0.41 | 0.35 |
| **Illust Unlevered Beta** | **0.96** | **0.98** |

*Sources: Capital IQ, Barra, Bloomberg.*

*Note: Prices as of November 12, 2018. Debt includes currently outstanding face value of 'in-the-money' convertible debt and excludes minority interests.*

*(1) Based on Bloomberg betas as of October 31, 2018.*

*(2) Based on Barra betas as of October 31, 2018.*

62

**CONFIDENTIAL | DRAFT**



CONFIDENTIAL

MB0022845

# Cost of Equity Calculation (CONTINUED)

| Cost of Capital Calculation - Equity Market Risk Premium / Unlevered Predicted Beta Sensitivity | | | | | |
|---|---|---|---|---|---|
| | | | Cost of Equity | | |
| Unlevered Beta | Levered Beta | Equity Market Risk Prem.: | 6.0% | 6.5% | 7.1% |
| | | Debt as % of Cap.: | - | - | - |
| 0.94 | 1.12 | <--- Standalone | 10.0% | 10.6% | 11.2% |
| 0.98 | 1.17 | <--- Overall Blended w/ Selected Companies | 10.3% | 10.9% | 11.6% |

| Market Assumptions | |
|---|---|
| Risk Free Rate (1) | 3.3% |
| Market Risk Premium (2) | 6.0% - 7.1% |
| Size Premium (3) | |
| Historical | 1.7% |
| Predicted | 0.0% |

| Cost of Capital Calculation - Equity Market Risk Premium / Unlevered Historical Beta Sensitivity | | | | | |
|---|---|---|---|---|---|
| | | | Cost of Equity | | |
| Unlevered Beta | Levered Beta | Equity Market Risk Prem.: | 6.0% | 6.5% | 7.1% |
| | | Debt as % of Cap.: | - | - | - |
| 0.81 | 0.96 | <--- Standalone | 10.8% | 11.3% | 11.9% |
| 0.96 | 1.13 | <--- Overall Blended w/ Selected Companies | 11.8% | 12.5% | 13.1% |

Note: Unlevered Betas based on median of peer group.

(1) Based on 20-Year U.S. Interpolated Treasury Yield as of November 12, 2018. Source: Capital IQ.

(2) Long-horizon expected equity risk premium (historical) and Long-horizon expected equity risk premium (supply side) based on Duff & Phelps 2018 Valuation Handbook: Guide to Cost of Capital.

(3) Size premium based on Duff & Phelps 2018 Valuation Handbook: Guide to Cost of Capital.

(4) WACC equals (Rd*(1 - t)*D / Net Capital) + Re*E / Net Capital.
Net Capital equals D + E
Re equals Rf + βlevered*(Rm - Rf) + Sp.

63

CONFIDENTIAL | DRAFT



CONFIDENTIAL

MB0022846

# Disciaimer

These materials have been prepared by Qatalyst Partners LP (including any affiliates "Qatalyst") for the Qatalyst client or potential client to whom such materials are directly addressed and delivered (the "Company") in connection with an actual or potential mandate or engagement and may not be used or relied upon for any purpose other than as specifically contemplated by a written agreement with Qatalyst. These materials are based on information provided by or on behalf of the Company and/or other potential transaction participants, from public sources or otherwise reviewed by Qatalyst. Qatalyst assumes no responsibility for independent investigation or verification of such information and has relied on such information being complete and accurate in all respects. To the extent such information includes estimates and forecasts of future financial performance (including estimates of potential cost savings and synergies) prepared by or reviewed with the managements of the Company and/or other potential transaction participants or obtained from public sources, Qatalyst has assumed that such estimates and forecasts have been reasonably prepared on bases reflecting the best currently available estimates and judgments of such managements (or, with respect to estimates and forecasts obtained from public sources, represent reasonable estimates). No representation or warranty, express or implied, is made as to the accuracy or completeness of such information and nothing contained herein is, or shall be relied upon as, a representation, whether as to the past, the present or the future. These materials were designed for use by specific persons familiar with the business and affairs of the Company and are being furnished and should be considered only in connection with other information, oral or written, being provided by Qatalyst in connection herewith. These materials are not intended to provide the sole basis for evaluating, and should not be considered a recommendation with respect to, any transaction or other matter. Prior to entering into any transaction the Company should determine, without reliance on Qatalyst, the economic risks and merits as well as the legal, tax and accounting characterizations and consequences of any such transaction. In this regard, by accepting this presentation, the Company acknowledges that (a) Qatalyst is not in the business of providing (and the Company is not relying on Qatalyst for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any transaction, (c) the Company should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) the Company should apprise senior management as to such legal, tax and accounting advice (and any risks associated with any transaction) and Qatalyst's disclaimer as to these matters. Qatalyst does not provide tax advice. Accordingly, any statements contained herein as to tax matters were neither written nor intended by Qatalyst to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed on such taxpayer. Any discussion of tax matters in these materials may have been written in connection with the "promotion" or "marketing" of any transaction contemplated hereby. Accordingly, any taxpayer should seek advice based on such taxpayer's particular circumstances from an independent tax advisor. These materials do not constitute an offer or solicitation to sell or purchase any securities and are not a commitment by Qatalyst to provide or arrange any financing for any transaction or to purchase any security in connection therewith. Qatalyst is not acting in any other capacity as a fiduciary to the Company. Qatalyst assumes no obligation to update or otherwise revise these materials. These materials have not been prepared with a view toward public disclosure under state or federal securities laws or otherwise, are intended for the benefit and use of the Company, and may not be reproduced, disseminated, quoted, summarized or referred to, in whole or in part, without the prior written consent of Qatalyst. These materials may not reflect information known to other professionals in other business areas of Qatalyst.

Qatalyst is a full service securities firm providing investment banking services and products to a wide range of corporations and individuals, domestically and offshore, from which conflicting interests or duties may arise. In the ordinary course of these activities, Qatalyst may at any time hold long or short positions, and may trade or otherwise effect transactions, for their own account or the accounts of others, in debt or equity securities or loans of the Company, potential counterparties, or any other company that may be involved in a transaction.

Qatalyst is required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with it, which information includes the complete name and address and taxpayer ID number. Qatalyst may also request corporate formation documents, or other forms of identification, to verify information provided.

**Qatalyst** PARTNERS

CONFIDENTIAL

MB0022847