**MEMO ENDORSED**

## KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/09/2020

601 Lexington Avenue
New York, NY 10022
United States

John P. Del Monaco
To Call Writer Directly:
+1 212 446 4795
john.delmonaco@kirkland.com

+1 212 446 4800

Facsimile:
+1 212 446 4900

www.kirkland.com

October 9, 2020

**VIA CM/ECF**

The Honorable Valerie E. Caproni
U.S. District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 240
New York, NY 10007

Re:    *In re Mindbody, Inc. Securities Litigation*, No. 1:19-cv-08331-VEC

Dear Judge Caproni:

I write on behalf of Defendants Mindbody, Inc., Richard L. Stollmeyer, and Brett White, and with the consent of counsel for Defendant Eric Liaw (collectively, "Defendants"). Pursuant to Section 2.C of Your Honor's Individual Practices in Civil Cases, Defendants respectfully request a brief, 14-day extension to file Defendants' answer, moving the deadline from October 16, 2020 to October 30, 2020. Defendants make this request because Mindbody's in-house counsel with primary responsibility for this matter, who is directly involved in this filing, is on paternity leave through the end of next week. Defendants have not made any previous requests to extend the deadline. Plaintiffs Walleye Trading LLC and Walleye Opportunities Master Fund Ltd. consent to this request.

We appreciate the Court's consideration of this matter.

Respectfully submitted,

*/s/ John P. Del Monaco*
John P. Del Monaco

cc:    All Counsel of Record (via CM/ECF)

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.

Application GRANTED.  Defendants must answer, move, or otherwise respond by no later than **Friday, October 30, 2020**.

 SO ORDERED.

Date: October 9, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE