USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2021

**Labaton Sucharow**

February 19, 2021

**MEMO ENDORSED**

**Carol C. Villegas**
Partner
212 907 0824 direct
212 907 0700 main
212 883 7524 fax
cvillegas@labaton.com

New York Office
140 Broadway
New York, NY 10005

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 443
New York, NY 10007

RE:       *In re Mindbody, Inc. Securities Litigation*, No. 1:19-cv-08331-VEC
          **Request to Extend Deadlines and/or Set Briefing Schedule**

Dear Judge Caproni:

I write on behalf of Lead Plaintiffs Walleye Trading LLC and Walleye Opportunities Master Fund Ltd. ("Plaintiffs"), pursuant to Rule 2(C) of Your Honor's Individual Practices, to respectfully request an extension to the deadlines for class certification as described below. *See* Proposed Order (Exhibit A). This is the first request to extend this deadline.

Plaintiffs are prepared to file a motion for class certification on March 1, 2020, the currently scheduled deadline. However, Plaintiffs submit that an extension is prudent because they intend to file a motion for leave to amend the pleadings next week on February 24, 2021. That motion will explain and justify the proposed amendment, but as relevant here, it would: (1) conform the previously sustained claims regarding Defendants' failure to disclose Mindbody's 4Q18 results to the evidence of when Defendants first learned of those results; and (2) renew the previously rejected claim that Defendants depressed Mindbody's stock price with misleading 4Q18 guidance and related statements, to reflect discovery that Plaintiffs contend confirms that claim. Importantly, and as it pertains to the class certification motion, if the Court grants the motion to amend (and denies any corresponding motion to dismiss), Plaintiffs would intend for the class definition to reflect the enlarged period of time relating to the amended allegations.

Plaintiffs believe that extending the deadline for the class certification motion, related briefing, and depositions until *after* the resolution of Plaintiffs' motion to amend would be the most prudent use of judicial resources, and would avoid the need for additional class certification briefing relevant to the longer class period, if the court grants the motion to amend. Further, Plaintiffs submit that given the narrow issues presented by the proposed amended complaint, the relevant briefing could proceed on an expedited basis, and thus would only create a short delay to the schedule governing this Action. *See* Proposed Order (Exhibit A). Lead Counsel previewed that such amendment may be requested in the October 23, 2020 scheduling hearing. ECF No. 62, Hr'g Tr. at 4:9-11 ("we think we should be able to explore these important fact issues before seeking certification. It's going to help us determine the class period.").

# Labaton Sucharow

February 19, 2021
Page 2

       Defendants oppose the requested extension and have indicated they will oppose Lead Plaintiffs' motion to amend.  Plaintiffs note that the only issue presented by this letter is the timing of the forthcoming class certification deadline, and related issues of judicial economy. The merit of Plaintiffs' motion to amend is a distinct issue, which Defendants will have a full opportunity to brief after Plaintiffs file their motion to amend, which will attach the proposed amended pleading and explain why the amendment is appropriate.

Respectfully submitted,                LABATON SUCHAROW LLP

                                     By:  */s/ Carol C. Villegas*
                                   Carol C. Villegas
                                   140 Broadway, 34th Floor
                                   New York, NY  10005
                                   Telephone: (212) 907-0700
                                   Fax: (212) 818-0477
                                   cvillegas@labaton.com

                                   ***Lead Counsel for Lead Plaintiffs Walleye Trading LLC and Walleye Opportunities Master Fund Ltd., and Lead Counsel for the Class***

---

Plaintiffs' motion to file a Second Amended Complaint is due no later than **Wednesday, February 24, 2021**. Any response in opposition to the motion is due no later than **Friday, March 12, 2021**.  Any reply in support of the motion is due no later than **Friday, March 19, 2021**.

The Court will decide whether to adjourn the discovery schedule and the deadline to file a motion for class certification after receiving Plaintiffs' motion to amend.

SO ORDERED.

Date: February 22, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE