**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MINDBODY, INC. SECURITIES LITIGATION | Judge Valerie E. Caproni No. 1:19-cv-08331-VEC |

**[PROPOSED] ORDER**

Upon considering Lead Plaintiffs' request filed on February 19, 2021, seeking an extension of the deadline to move for class certification, and upon considering Lead Plaintiffs' motion filed February 24, 2021, seeking leave to file a second amended complaint, it is hereby ORDERED that:

Lead Plaintiffs' request for an extension of the deadline to move for Class Certification is DENIED.

Briefing on the motion for class certification shall proceed based on timing specified in the case Management Order, Dkt. 65.

Dated: _____, 2021

_____
Hon. Valerie E. Caproni
UNITED STATES DISTRICT JUDGE