# EXHIBIT C

# EXHIBIT A

| From: | Jeffrey Chang ██████████████████████ |
| --- | --- |
| Sent: | Tue, 7 Aug 2018 19:08:29 +0000 (UTC) |
| To: | Rick Stollmeyer ███████████████████████ Monti Saroya ████████████ |
| Subject: | (Re)connecting: Rick, MindBody <> Monti, Vista |

Monti

I hope you're well. I was with Rick today, whom I know you have met previously, and we were chatting about his vision and the platform he is building. Really exciting stuff.

At any rate, I know you all have met before but thought a direct thread might be helpful to get you, Brian and Rick together some time in the future.

Nothing pressing, but thought it'd be helpful for you all to meet.

I've copied Rick here as well for his convenience.

I'll let you guys connect from here.

Best
Jeff

Jeff Chang
Qatalyst Partners

                                                                                   MB0002722

# EXHIBIT B

**From:**                          Rick Stollmeyer
**To:**                            Mike Mansbach
**TimeStamp:**    10/09/18 09:57:36 AM
**DateDelivered:** 10/09/18 09:57:39 AM

---

Good morning. Vista presentations are mind blowing / inspiring. Talk at 11:45?

CONFIDENTIAL                                                                    MB0022681

# EXHIBIT C

| From: | ▓▓▓▓▓▓▓ | Rick Stollmeyer |
|---|---|---|
| To: | | Mike Mansbach |

**TimeStamp:**    10/09/18 10:24:30 AM
**DateDelivered:** 10/09/18 10:24:35 AM

On top of it all. I actually like them. From Robert Smith on down. You would too

CONFIDENTIAL                                                                                      MB0022682

# EXHIBIT D

| From: | Brett White |
|---|---|
| Sent: | Thu, 18 Oct 2018 00:28:36 +0000 (UTC) |
| To: | Rick Stollmeyer ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mike Mansbach |
| | Kimberly Lytikainen |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Subject: | RE: Introductions - "References" |

Rick,

Thanks for the heads up.  My lips are sealed.

From: Rick Stollmeyer
Sent: Wednesday, October 17, 2018 4:02 PM
To: Brett White ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mike Mansbach ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ; Kimberly ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: Fwd: Introductions - "References"

Highly Confidential - For Your Eyes and Ears only.   Do not forward or discuss outside this group without my permission


Dear Mike, Brett and Kim,

Please see below.

This conversation is progressing rapidly.  I did in fact receive a direct expression of interest from Vista yesterday (via Monti Saroyan), although I have not conveyed that to Jeff Chang or anyone else.  Vista is very enthused about us, would pay a substantial premium to recent trading range and see the stock correction as opportunity.  They have no idea what we are about to report or guide

Monti specifically asked to execute an NDA.  I told Monti that we will pick the conversation up after Earnings.

My current opinion is that Jeff and Qatalyst would be our best choice to advise as a we explore the possibility of taking MB private in 2019.  David Handler and his team are not sufficiently focused, or really listening for that matter.

I currently believe a sale to PE or synergistic strategic may be our bet path forward to achieve our 3 Year Plan and ultimate vision.  This would not be an automatic "exit" for any of us or our principles. Rather, we would lean into an acquirer who sees our current capabilities, gets our huge potential, and has the resources to accelerate our results over the 3 year planning window, and expedite the full realization of what our Vision and Purpose.

**I would not support the sale of MB at this time in any other circumstance**

 I plan to socialize this possibility to the Board Directors individually over the next week.  Please do not hint or otherwise discuss with them or anyone else until I have a chance do so and give you the green light.

...more to follow,

Woo Hoo!

CONFIDENTIAL                                                                                                          MB0030504

Rick

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc.

---

**From:** Jeffrey Chang ███████████████████
**Sent:** Thursday, October 11, 2018 9:15 PM
**To:** Rick Stollmeyer
**Subject:** Introductions - "References"

Rick

It was great to connect today and I hope you found our discussion helpful. As follow-up, I have made two "generic" introductions to former clients of mine and Qatalyst's – I purposely did not refer to them as references. I thought it would be beneficial to introduce you to the former CEO of Callidus (Leslie Stretch) with whom I worked earlier this year in their sale to SAP as well as the CEO of Ping Identity (Andre Durand) who I advised on his sale to Vista in 2016. He continues to run Ping at Vista, so I thought that might serve a dual purpose.  I also have a few other folks I am happy to introduce you to as well in the event you would like further "references". Please just let me know.

Lastly, with regard to our discussion re: Vista: please let me know if and when in the coming weeks/months they ask you for more information that is *not* in the public domain. At that point, I would strongly advise that we get together to discuss next steps because it is at that juncture they will use their ability to move quickly to their advantage. Happy to chat more about this, but it is very important to get the right "process" and messaging from the start to optimize for value. That is what we spend all our time doing and I am confident we can be of great assistance to you and the team.

Please do not hesitate to reach out with any questions – as I mentioned, I truly value the relationship you have allowed me to build with you and I am available to you 24/7.

Thanks and talk soon.

Best
Jeff

Jeff Chang
Qatalyst Partners

███████████████████

CONFIDENTIAL

MB0030505

# EXHIBIT E

**From:**     Rick Stollmeyer
**Sent:**     Tue, 6 Nov 2018 06:46:42 +0000 (UTC)
**To:**       Jason Gold███████████████ Brett White████████████████████████
                                          Nicole Gunderson
                                          Kimberly Lytikainen
              ███████████████ ]; Jennifer Saxon
                                          Mike Mansbach
              ████████████████████████

**Subject:**     MB Q318 CEO V8.3
**Attachments:** MB Q318 CEO V8.3.docx

---

IR Team,

Our Audit Committee, Brett, Kimberly, Mike and I met this evening to review our latest Q4 forecasts, and aligned around a substantial guide down for the quarter.   This doesn't change the tenor of our long term outlook for the business, but it does necessitate changes to my script.  In the attached draft, I have inserted an early acknowledgement of our operational difficulties in my script, and pulled some of the other material out.   There was good stuff in V8.1 – 8.2, which we will save for future use.

Sorry for the late changes.  I will work on mine in the early morning, so if you are reading this after 8am, go to DropBox.

Let's follow this agenda for tomorrow:

Finalize the Press Release:  10- 10:15a
Land my script: 10:15 - 11a
Land Brett's script:  11 – 11:30
Practice Q&A: 11:30-12:45

Nicole - Here's a swing at my Press Release quote:

"This was our first full quarter with two distinct Go To Market Teams for Fitness and Beauty & Wellness" said Rick Stollmeyer…. "While we remain excited about our long term growth opportunities, we encountered greater operating challenges than expected in Q3, and this caused our results to come in below expectations"

CONFIDENTIAL                                                                                          MB0019328

CEO Script – Q3 2018

Thanks Nicole, and welcome everyone to our third quarter 2018 earnings call.

The MINDBODY Team delivered 37% year over year revenue growth in Q3 while making substantial progress in our integrations, accelerating higher price software tier subscriber growth, increasing ARPS 19% year over year and delivering a better than expected bottom line.

We also experienced notable execution challenges in Q3, including an unexpected buildup of deferred revenue from Branded Mobile Apps and a slower ramp of our newly formed Fitness and Beauty and Wellness sales teams.   These short term issues reflect in less than anticipated Q3 revenues, and a significant reset to our Q4 growth expectations.   In my view these challenges stem from growing pains as our people, processes and systems adjust to the increased complexity of our business post acquisitions.  They are fixable and we are confident we can and will do better in the quarters ahead.

But, our long term future remains very bright.

Our B2B SaaS enabled Marketplace of Wellness managed over 188 million classes and appointments and $ 4 billion in GMV in Q3, while our consumer interfaces set new records.

- In September, our consumer products team released multiple improvements to the MINDBODY App, and an all new consumer web booking interface on MINDBODY.IO.  This product work set off a powerful inflection in consumer engagement as we closed the quarter, and delivered a 40% year over year increase in MINDBODY App bookings and a near doubling in purchases of promoted Introductory Offers, Dynamic Pricing and Partner Bookings.

- And sales of our Branded Mobile Apps are on fire.  Our customers are signing up for these apps via the Ultimate software tier and Fitmetrix in greater numbers than ever before, and consumers are eagerly engaging with them.

- All in, MINDBODY's web and mobile interfaces generated more than 64 million consumer bookings or more  1/3rd of all the  fitness, beauty and wellness sessions booked on our platform.  This marks a sea change in consumer behavior over the past several years, and has become a paramount value proposition to our customers.

- MINDBODY's marketplace of real time available classes and appointments combined with the growing reach of our web and mobile interfaces are changing how people engage with wellness. When someone can find, book and pay for the classes or services they want in a few taps, this inevitably leads to more bookings and relieves the businesses we serve from employing extra desk staff to answer the phone and manually record transactions. It will likely take several more years for MINDBODY to completely replace manual bookings in our Target Markets, but we are well on our way.

- All of this is fueling the rapid expansion of our brand.   One measure of that brand is our annual MINDBODY Bold Conference, held this year in San Diego, where we hosted over 2,000 attendees.

CONFIDENTIAL

MB0019329

# EXHIBIT F

**From:**      +18054414913 Rick Stollmeyer

**To:**        +16154769466 Kent Kirby;+16155009677 Dominic Calvani

**TimeStamp:**  12/24/18 06:39:50 AM

Thanks Dominic. Vista's in love with me (and me with them). No retirement in my headlights. However, I will likely sell most or all of my stock. It will be incumbent upon them to provide compelling incentives. Let's meet after the holidays to talk about how to allocate the inbound cash

CONFIDENTIAL

MB0022668

# EXHIBIT G

| | |
|---|---|
| **From:** | Rick Stollmeyer <rick.stollmeyer@mindbodyonline.com> |
| **Sent:** | Mon, 24 Dec 2018 14:32:01 +0000 (UTC) |
| **To:** | Mitchell Green[mitchell@leadedgecapital.com] |
| **Subject:** | Re: Congrats!!! |

Vista loves me and wants us to step on the gas.  No retirement in my headlights :)

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc.

---

**From:** Mitchell Green <mitchell@leadedgecapital.com>
**Sent:** Monday, December 24, 2018 6:28 AM
**To:** Rick Stollmeyer
**Subject:** Re: Congrats!!!

CAUTION: This email originated from outside of the organization.
You going to retire?  Or keep running it?  Let's meet up for a meal this winter in slo or sb!

Mitchell H. Green
Lead Edge Capital

West Coast Office
136 W Canon Perdido St, Suite 230
Santa Barbara, CA 93101

East Coast Office
405 Lexington Avenue, 32nd Fl
New York, NY 10174

Work: (212) 984-2329
Cell: (917) 583-3741
mitchell@leadedgecapital.com

On Dec 24, 2018, at 4:25 PM, Rick Stollmeyer <rick.stollmeyer@mindbodyonline.com> wrote:

Thank you Mitchell!

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc.

---

**From:** Mitchell Green <mitchell@leadedgecapital.com>
**Sent:** Monday, December 24, 2018 6:16 AM
**To:** Rick Stollmeyer
**Cc:** Nimay Mehta
**Subject:** Congrats!!!

CAUTION: This email originated from outside of the organization.

Just saw the news.

CONFIDENTIAL
MB0019570

Mitchell H. Green
Lead Edge Capital

West Coast Office
136 W Canon Perdido St, Suite 230
Santa Barbara, CA 93101

East Coast Office
405 Lexington Avenue, 32nd Fl
New York, NY 10174

Work: (212) 984-2329
Cell: (917) 583-3741
mitchell@leadedgecapital.com

CONFIDENTIAL

MB0019571

# EXHIBIT H

| | |
|---|---|
| **From:** | Kimberly Lytikainen <kimberly.lytikainen@mindbodyonline.com> |
| **Sent:** | Wed, 26 Dec 2018 22:42:14 +0000 (UTC) |
| **To:** | Graham Smith <grahamvsmith@gmail.com>; Gail Goodman<gail.goodman@gmail.com>; Eric Liaw <eliaw@ivp.com>; court cunningham<court.cunningham@gmail.com>; Blair Christie <k.blairchristie@gmail.com>; Cipora Herman <cipora@gmail.com>; Adam Miller <amiller@csod.com>; "Rick Stollmeyer" <rick.stollmeyer@mindbodyonline.com> |
| **Cc:** | "Jon Avina (javina@cooley.com)" <javina@cooley.com>; "Leigh, Jamie"<jleigh@cooley.com>; Douglas Johnston <douglas.johnston@mindbodyonline.com>; Brett White <brett.white@mindbodyonline.com> |
| **Subject:** | FW: Vandenberg - Go Shop Process |
| **Attachments:** | Project Vandenberg - Outreach.pdf |

Dear MINDBODY Board of Directors and Members of the Strategic Transactions Committee,

We hope everyone enjoyed a wonderful Christmas Day.  To keep you apprised of the latest developments, we are sharing the outreach plan described below and in the attached for the Go Shop Period we are now in.  Rick has agreed with this plan, and has suggested that we speak with Luxor as well.

Best regards,

Kimberly Lytikainen
*Chief Legal Officer, Corporate Secretary*
MINDBODY, Inc.
p. 805.550.9189



---

**From:** Nikhil Raheja <nikhil.raheja@qatalyst.com>
**Sent:** Tuesday, December 25, 2018 8:55 PM
**To:** Brett White <brett.white@mindbodyonline.com>; Rick Stollmeyer <rick.stollmeyer@mindbodyonline.com>; Kimberly Lytikainen <kimberly.lytikainen@mindbodyonline.com>; Leigh, Jamie <jleigh@cooley.com>; Lieberman, Anne E <alieberman@cooley.com>
**Cc:** Vandenberg <vandenberg@qatalyst.com>
**Subject:** RE: Vandenberg - Go Shop Process

CAUTION: This email originated from outside of the organization.

Hi Rick,

Merry Christmas and happy holidays!

Confidential

IVP-002798

Wanted to follow-up on our outreach list attached and get your sign-off before we start contacting folks.
Best,
Nikhil

---

**From:** Brett White <brett.white@mindbodyonline.com>
**Sent:** Monday, December 24, 2018 8:17 AM
**To:** Nikhil Raheja <nikhil.raheja@qatalyst.com>; Rick Stollmeyer <rick.stollmeyer@mindbodyonline.com>; Kimberly Lytikainen <kimberly.lytikainen@mindbodyonline.com>; Leigh, Jamie <jleigh@cooley.com>; Lieberman, Anne E <alieberman@cooley.com>
**Cc:** Vandenberg <vandenberg@qatalyst.com>
**Subject:** RE: Vandenberg - Go Shop Process

Good for me…please wait for Rick's ok.

---

**From:** Nikhil Raheja <nikhil.raheja@qatalyst.com>
**Sent:** Monday, December 24, 2018 7:49 AM
**To:** Rick Stollmeyer <rick.stollmeyer@mindbodyonline.com>; Brett White <brett.white@mindbodyonline.com>; Kimberly Lytikainen <kimberly.lytikainen@mindbodyonline.com>; Leigh, Jamie <jleigh@cooley.com>; Lieberman, Anne E <alieberman@cooley.com>
**Cc:** Vandenberg <vandenberg@qatalyst.com>
**Subject:** Vandenberg - Go Shop Process

CAUTION: This email originated from outside of the organization.
Hi Rick, Brett, Kimberly, Cooley Team,

Congratulations on the deal announcement and hope you have a great holiday.

We wanted to get your sign-off on our proposed go-shop outreach (document attached) prior to us beginning to contact parties today.

Also, please see below a summary of the process as George outlined on the board call yesterday. Let us know if any questions.

--

**Go-Shop Process:**
1. Qatalyst will reach out via email to the various strategic parties and financial sponsors listed in the attached
2. Those that are interested will be asked to sign an NDA that matches the form executed by Vista and will be provided with a soft copy of the management presentation.
3. After giving them an opportunity to review, Qatalyst will follow-up with them to assess their interest.
4. Those that show real interest will be granted access to the initial limited data room (the one that all parties were granted access to prior to Vista's bid with some subtractions – we will work with Cooley to get this in place).
5. If they continue to show real interest, they will be given the opportunity to meet with Management.
6. On the basis of the initial data room and Management meeting, they would be asked to provide an indication of interest.
7. Access to the full data room (including materials granted to Vista in the last 48 hours) would be reserved for confirmatory diligence.

IVP-002799

Best,
Nikhil

_____
Nikhil Raheja
W: +1 415 844-7787
M: +1 415 891-1419
nikhil.raheja@qatalyst.com

Confidential

IVP-002800

# EXHIBIT I

**From:**       +18054414913 Rick Stollmeyer
**To:**         +14083982640 Brett White;rick@mindbodyonline.com Rick Stollmeyer
**TimeStamp:**  01/06/19 11:29:17 AM
**DateDelivered:** 01/06/19 11:29:17 AM

had a meaningful conversation with Hamish and Andy. They expressed a lot of support for you and me, and feel we are worth a lot more than $36,59. I expressed our appreciation for the relationship and pointed out the Go Shop, and connected them with Jeff. Expect they will execute an NDA and want a meeting. You have my green light to execute that and any other NDAs Jeff feels are productive.

CONFIDENTIAL                                                       MB0022716

# EXHIBIT J

| From: | Franklin Reis ████████████████████ |
|---|---|
| Sent: | Tue, 8 Jan 2019 22:04:28 +0000 (UTC) |
| To: | Brett White ████████████████████ |
| Cc: | Nicolas Stahl ████████████████; Derek Klomhaus█████████████████ Nikhil Raheja<████████████>; Rick Stollmeyer█████████████████ |
| Subject: | RE: MB - 4Q'18 Preliminary Results |

CAUTION: This email originated from outside of the organization.
Excellent, Brett. Thanks for passing along. Congratulations on the great quarter!

Best,
Franklin



**Franklin Reis | Associate | Vista Equity Partners**
Four Embarcadero Center, 20th Floor, San Francisco, CA 94111  ███████████████████████ |
VistaEquityPartners.com

---

**From:** Brett White ████████████████
**Sent:** Tuesday, January 8, 2019 1:43 PM
**To:** Franklin Reis█████████████████
**Cc:** Nicolas Stahl████████████████; Derek Klomhaus████████████████████; Nikhil Raheja██████; Rick Stollmeyer ███████████████████
**Subject:** RE: MB - 4Q'18 Preliminary Results

**EXTERNAL**

---

Hi Franklin,

Prelim Q4'18 revenue came in strong, about $0.3m above forecast and $2.2m above analyst consensus.  Our current estimate is below.

Our accounting close process is to produce a revenue "flash" (estimate) by workday (WD) 3 and close the books by WD 9 (Monday, Jan 14th).  We will not have a solid EBITDA estimate until Monday.

Let me know if you have any questions.

Brett

CONFIDENTIAL

MB0002775

| | Q4-FY17 | Q1-FY18 | Q2-FY18 | Q3-FY18 | Q4-FY18 Current Forecast | Q4-FY18 YoY Growth (Reported) |
|---|---|---|---|---|---|---|
| **Subscribers** | | | | | | |
| **Gross Subscribers** | 4,569 | 3,900 | 4,440 | 4,488 | 4,172 | |
| **Net New Subscribers** | 4,097 | 3,451 | 3,998 | 4,073 | 3,752 | |
| **Cancellations** | 4,541 | 4,626 | 5,167 | 4,853 | 4,510 | |
| **Net Subscriber Growth** | (444) | (675) | (1,178) | (778) | (761) | |
| **Total Subscribers** | 58,584 | 57,909 | 68,142 | 67,364 | 66,603 | 14% |
| *MINDBODY* | *58,584* | *57,372* | *56,034* | *55,254* | *54,514* | |
| *FitMetrix* | *–* | *537* | *634* | *756* | *810* | |
| *Booker* | *11,126* | *11,421* | *11,474* | *11,354* | *11,279* | |
| **Subscribers - HVS/Solo** | | | | | | |
| **Total Subscribers** | 58,584 | 57,909 | 68,142 | 67,364 | 66,603 | 14% |
| *HVS* | *55,179* | *55,780* | *67,127* | *66,908* | *66,259* | *20%* |
| *Solo* | *3,405* | *2,129* | *1,015* | *456* | *344* | *-90%* |
| **Revenue** | | | | | | |
| Subscription Revenue | 24,535 | 26,284 | 32,538 | 34,550 | 37,111 | 51% |
| Premium Services & Tech Partners | 5,411 | 6,456 | 6,003 | 6,242 | 6,700 | 24% |
| **Subscription & Services** | 29,946 | 32,741 | 38,540 | 40,792 | 43,812 | 46% |
| Payments Revenue | 19,109 | 20,228 | 22,266 | 22,036 | 23,470 | 23% |
| **Recurring Revenue** | 49,054 | 52,968 | 60,807 | 62,828 | 67,281 | 37% |
| Products & Other Sales | 639 | 852 | 804 | 954 | 1,025 | 61% |
| **Total Revenue** | 49,693 | 53,820 | 61,611 | 63,782 | 68,307 | 37% |
| **YoY Revenue Growth (Reported)** | 30.1% | 27.5% | 39.7% | 36.8% | 37.5% | |

**From:** Franklin Reis <█████████████████>
**Sent:** Tuesday, January 8, 2019 11:35 AM
**To:** Brett White <████████████████
**Cc:** Nicolas Stahl <██████████████  Derek Klomhaus <███████████████████████; Nikhil Raheja <
**Subject:** MB - 4Q'18 Preliminary Results

CAUTION: This email originated from outside of the organization.

Brett,

Hope you had some relaxing time off over the last few weeks, a strong close out to year end and a great start to 2019! Whenever available, could you please provide how 4Q'18 financial results closed out? It'd be helpful to have high level preliminary stats at your earliest convenience (total revenue, total subscription revenue, total payments revenue, & EBITDA).

I've added Nikhil from Qatalyst so they're in the loop too.

Thank you,
Franklin



**Franklin Reis | Associate | Vista Equity Partners**
Four Embarcadero Center, 20th Floor, San Francisco, CA 94111  ████████████████████████
VistaEquityPartners.com

This message contains information that is confidential and/or may be privileged. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this message or its attachments is strictly prohibited.

CONFIDENTIAL

MB0002776

In addition, emails sent from and to this vistaequitypartners.com domain are monitored, archived, and subject to disclosure, including in connection with regulatory or other legal processes. If you have received this message in error, please advise the sender immediately by reply email and delete this message.

This message contains information that is confidential and/or may be privileged. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this message or its attachments is strictly prohibited. In addition, emails sent from and to this vistaequitypartners.com domain are monitored, archived, and subject to disclosure, including in connection with regulatory or other legal processes. If you have received this message in error, please advise the sender immediately by reply email and delete this message.

CONFIDENTIAL

MB0002777

# EXHIBIT K

| From: | Eric Liaw |
|---|---|
| Sent: | Thu, 24 Jan 2019 18:31:52 +0000 (UTC) |
| To: | Graham Smith[ ▮▮▮▮▮▮▮▮▮ ]; Brett White ▮▮▮▮▮▮▮▮▮▮ Cipora Herman[ ▮▮▮▮▮▮▮ ] |
| Cc: | Douglas Johnston[ ▮▮▮▮▮▮▮▮▮▮ ]; 'Jamie Leigh'[jleigh@cooley.com] |
| Subject: | RE: Audit Committee Call |

---

| Redacted |
|---|

Redacted  I don't believe we're on the hook for a break-up fee. Practically, I think the stock price would take a large hit (possibly as much as down to the unaffected price but probably not quite that far since the market is a little stronger than it was a month ago) because we've been so thorough in the process we've run as disclosed in the proxy / go shop process and there has been little competitive tension. Vista could try and sweeten the deal to get more votes, but that doesn't seem likely either as they are also aware of the competitive landscape.

**From:** Graham Smith ▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, January 24, 2019 10:22 AM
**To:** Brett White ▮▮▮▮▮▮▮▮▮ >; Cipora Herman ▮▮▮▮▮▮▮ >; Eric Liaw ▮▮▮▮▮▮▮
**Cc:** Eric Steinbroner ▮▮▮▮▮▮▮▮▮▮ ; Sara Townsend ▮▮▮▮▮▮▮ Douglas Johnston ▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Audit Committee Call

What happens (hypothetically) if the vote fails on Feb 14th?
Just want to understand that first.

Best,
Graham
On Jan 24, 2019, 10:15 AM -0800, Eric Liaw ▮▮▮▮▮▮▮ >, wrote:

I agree with this approach. Given the agitation from Luxor, who may use this information to attempt to bolster their position, are we under any obligation to / should we reconfirm that our budget for '19 (which is more material to future value) is unchanged from the proxy statement?

Re: 2/6, morning is better for me.

**From:** Brett White ▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, January 24, 2019 9:25 AM
**To:** Eric Liaw ▮▮▮▮▮▮▮ ; Graham Smith ▮▮▮▮▮▮▮▮▮ >; Cipora Herman ▮▮▮▮▮▮▮▮ ▮
**Cc:** Eric Steinbroner ▮▮▮▮▮▮▮▮▮▮ >; Sara Townsend ▮▮▮▮▮▮▮ ; Douglas Johnston ▮▮▮▮▮▮▮▮▮▮ >
**Subject:** Audit Committee Call

Audit Committee,

We are currently planning to hold our shareholder vote on Feb 14th. Since our Q4'18 revenue exceeded consensus pretty meaningfully ($68.3m actual vs $66m consensus) we think the right think to do is to publicly release this information via 8K no later than Feb 7th so the shareholders have the information before they vote.

We are assuming that you would like to review the information before it is released so we are proposing to send you the standard audit committee package and then have a quick call on Feb 6th to afford you the opportunity to ask any questions that you may have and also have the auditors provide an audit status update (they will not be finished with their testing at that point).

Questions:

LIAW_00001677

1. Do you agree with this approach?
2. What is your availability for a call on Feb 6th?

Thanks in advance!

Brett

**Brett White**
*Chief Operating Officer &*
*Chief Financial Officer*

████████████

MINDBODY, Inc.
4051 Broad Street, Suite 220
San Luis Obispo, CA 93401
E: ██████████████

