# EXHIBIT D

# EXHIBIT 1

**From:** ███████████ Brett White
**To:** ████████████████ Brett White; ████████████ Mike Mansbach
**TimeStamp:**    10/22/18 04:33:05 PM
**DateDelivered:** 10/22/18 04:33:06 PM

---

$68m forecast with at least $0.5m risk.

CONFIDENTIAL
CONFIDENTIAL

MB0180119
MB-WALLEYE-0185738

# EXHIBIT 2

| From: | u=Craig ███████████████████████████ ████████████████ |
| | ██████████████████████████████████████████████████ ████████ |
| Sent: | Fri, 26 Oct 2018 01:02:15 +0000 (UTC) |
| To: | "Brett White" ████████████████████████ |
| Subject: | Guidance Slide |
| Attachments: | 2.15 Q4 2018 Guidance.pptx;2.14 Guidance Model-Q4'18.xlsx |

Hi Brett,

Here is the guidance slide and back-up.

It is in the earnings call binder.

Regards,
Craig

CONFIDENTIAL
CONFIDENTIAL



CONFIDENTIAL
CONFIDENTIAL

# EXHIBIT 3

| | |
|---|---|
| **From:** | Brett White ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Fri, 26 Oct 2018 22:00:32 +0000 (UTC) |
| **To:** | FPA ▮▮▮▮▮▮▮▮▮▮ |
| **Cc:** | E-Staff ▮▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Board of Directors growth call update |
| **Attachments:** | 2019 Revenue deck_20181023_final draft.pptx |

FP&A Team,

Today we held our first Board of Directors Growth Planning Call and it was a big success! That would not have been the case if not for the huge effort and amazing professionalism of the FP&A team.

We originally planned to review the first pass of our 2019 plan with the Board at the end of November. Then we threw you a curveball and said, just kidding, we want to review the first pass of the revenue plan with the Board at the end of October.

You all rallied and delivered a very impressive product and importantly, were able to keep the whole exec team aware of the rapidly evolving assumptions so on the day of the call, we were all very well versed in the details of the plan and were all on the same page.

The work product that you have all produced (attached) and the countless meetings and hours of detailed work that it took to get us here is inspiring. It is truly amazing how much farther ahead we are now then where we were this time last year not only in terms of timing but most importantly, quality and depth of content.

Thank you all so much for your efforts and continued commitment to excellence.

Have a great weekend.


Brett

**Brett White**
*Chief Operating Officer &*
*Chief Financial Officer*
▮▮▮▮▮▮▮▮

**MINDBODY, Inc.**
4051 Broad Street, Suite 220
San Luis Obispo, CA 93401
▮▮▮▮▮▮▮▮▮▮



CONFIDENTIAL
CONFIDENTIAL

MB0005048
MB-WALLEYE-0010388



CONFIDENTIAL
CONFIDENTIAL

MB0005049
MB-WALLEYE-0010389



CONFIDENTIAL
CONFIDENTIAL

MB0005050
MB-WALLEYE-0010390



CONFIDENTIAL
CONFIDENTIAL

MB0005051
MB-WALLEYE-0010391



4

CONFIDENTIAL
CONFIDENTIAL



5

CONFIDENTIAL
CONFIDENTIAL

MB0005053
MB-WALLEYE-0010393

# EXHIBIT 4

| | |
|---|---|
| **From:** | Craig Heinle ████████████████████████ |
| **Sent:** | Fri, 2 Nov 2018 23:01:42 +0000 (UTC) |
| **To:** | Brett White ████████████████████ |
| **Subject:** | RE: Guidance |
| **Attachments:** | 6.11 Q4 2018 Guidance - 110218.pptx |

Hi Brett,

Here are my responses.

Attached are the two options I would suggest – with and without BMA.

**From:** Brett White
**Sent:** Friday, November 2, 2018 1:22 PM
**To:** Craig Heinle ████████████████
**Subject:** Guidance

Hi Craig,

A couple questions/observations:

1. Do we have enough cushion built into expenses? I believe so.
2. Last qtr we gave $1.5m range bottom line range....this qtr we are proposing a $2m range....is there a reason that we are expanding the range? This was what we discussed for the BOD – use $2M range and same expenses. I am good with $1.5M range to bottom.

**Brett White**
*Chief Operating Officer &*
*Chief Financial Officer*
████████████

MINDBODY, Inc.
4051 Broad Street, Suite 220
San Luis Obispo, CA 93401
████████████



CONFIDENTIAL
CONFIDENTIAL



CONFIDENTIAL
CONFIDENTIAL

MB0007538
MB-WALLEYE-0012878



CONFIDENTIAL
CONFIDENTIAL

MB0007539
MB-WALLEYE-0012879

# EXHIBIT 5

**From:** ████████ Craig Heinle

**To:** ████████ Kyle Gearhart

**TimeStamp:** 11/03/18 02:02:11 PM

**Read:** 11/03/18 02:04:23 PM

---

Will review. The philosophy is to forecast for the quarter not the month. We use the first month to identify if there is anything material that would affect the quarter. We minimally beat in October - that tells me we are on track to hit our forecast. If we were slightly under we would not push it through. The question is - did the assumptions we saw in month 1 cause us to think our assumptions for month 2 and 3 need to be revised - I do not know of anything in the flash that would materially change our assumptions for the preceding months.

CONFIDENTIAL
CONFIDENTIAL

# EXHIBIT 6

Participants: From: ███████████  ████  ████████

To:  ████████████  Kyle Gearhart

To:  ████████████  Brett White

From:

To:

Source:

Timestamp: 11/3/2018 9:02:03 PM(UTC+0)


Will review.  The philosophy is to forecast for the quarter not the month.  We use the first month to identify if there is anything material that would affect the quarter. We minimally beat in October - that tells me we are on track to hit our forecast.  If we were slightly under we would not push it through.  The question is - did the assumptions we saw in month 1 cause us to think our assumptions for month 2 and 3 need to be revised - I do not know of anything in the flash that would materially change our assumptions for the preceding months.

CONFIDENTIAL
CONFIDENTIAL

MB0224213
MB-WALLEYE-0229847

# EXHIBIT 7

**From:**      Craig Heinle ███████████████████████

**Sent:**       Mon, 5 Nov 2018 23:14:17 +0000 (UTC)

**To:**          Brett White ████████████████████████

**Subject:**   6.11 Q4 2018 Guidance - 110518.pptx

**Attachments:** 6.11 Q4 2018 Guidance - 110518.pptx

---

Updated guidance with color changed.

CONFIDENTIAL
CONFIDENTIAL



CONFIDENTIAL
CONFIDENTIAL

MB0008503
MB-WALLEYE-0013843

# EXHIBIT 8

| | |
|---|---|
| **From:** | Craig Heinle ███████████████████████ |
| **Sent:** | Tue, 6 Nov 2018 15:59:35 +0000 (UTC) |
| **To:** | Brett White ███████████████████████ Nicole Gunderson██████████████████████████ |
| **Subject:** | New Guidance |
| **Attachments:** | 6.11 Q4 2018 Guidance - 110618.pptx |

Updated new guide.

FYI...WASO would be ~ $47.9M.

CONFIDENTIAL
CONFIDENTIAL

MB0006933
MB-WALLEYE-0012273



CONFIDENTIAL
CONFIDENTIAL

MB0006934
MB-WALLEYE-0012274

# EXHIBIT 9

**MINUTES OF A VIDEO MEETING**

**OF THE BOARD OF DIRECTORS**

**December 7, 2018**

Pursuant to notice duly given, a telephonic meeting of the Board of Directors (the "**Board**") of MINDBODY, Inc., a Delaware corporation (the "**Company**"), was held on December 7, 2018, commencing at approximately 8:00 a.m., local time.

**Directors Present**:    Rick Stollmeyer, Chair
K. Blair Christie
Court Cunningham
Gail Goodman
Cipora Herman
Eric Liaw
Adam Miller
Graham Smith

**Others Present**:    Michael Mansbach, President
Brett White, Chief Financial Officer and Chief Operating Officer
Jon Avina, Cooley LLP
Jamie Leigh, Cooley LLP

## 1.  Call to Order

Mr. Stollmeyer, serving as Chair of the meeting, called the meeting to order.  The meeting, having been duly convened, was ready to proceed with business.  Mr. Avina served as secretary of the meeting and recorded the minutes.  All parties could hear and be heard by one another.

## 2.  Update on Company's 2019 Operating Plan

As the first order of business, Mr. Stollmeyer provided the Board with a high-level update of the Company's planning process and expected timing with respect to preparing a draft of the Company's 2019 Operating Plan for the Board to review.  Mr. Mansbach also added his perspective on the planning process as it relates to the Company's sales function and the assumptions that management was considering with respect to the impact that various hiring and productivity scenarios could have on the 2019 Operating Plan. Finally, Mr. White described the status of the various inputs that the Company's financial planning and analysis team would need to receive and review in order to provide the Board with the draft 2019 Operating Plan for its review and approval.  Questions were asked and answered, and a discussion ensued.

*At this time, Mr. Mansbach left the meeting, and Ms. Leigh joined the meeting.*

## 3.  Project Vandenberg

Next, Mr. Stollmeyer updated the Board on the status of Project Vandenberg, and the Strategic Transactions Committee of the Board (the "**Committee**") updated the Board regarding discussions with potential strategic transaction participants and future meetings with certain participants and management scheduled for the week of December 10, 2018.  Mr. Stollmeyer also previewed with the Board the broad outline of the management presentation that management was preparing with assistance from Qatalyst Partners LP (the Company's financial advisor), for additional preliminary, high-level, business diligence meetings scheduled to take place the week of December 10, 2018.  Discussion ensued.  Mr. Avina also

CONFIDENTIAL
CONFIDENTIAL

reviewed with the Board and management the process for seeking Board approval of the 2019 Operating Plan and the Company's 5-Year Forecast, which would take place prior to sharing any such information with potential bidders. Questions were asked and answered, and a discussion ensued.

**4. Adjournment**

There being no further business to come before the Board, the meeting was duly adjourned.

*Jon Avina*

Jon Avina,
Secretary for the Meeting

-2-

CONFIDENTIAL
CONFIDENTIAL

MB0000167
MB-WALLEYE-0005507

# FY'19 Plan – Preliminary

| | Q1'18-A | Q2'18-A | Q3'18-A | Q4'18-F | FY'18-F | Q1'19-F | Q2'19-F | Q3'19-F | Q4'19-F | FY'19-F |
|---|---|---|---|---|---|---|---|---|---|---|
| **P&L** | | | | | | | | | | |
| Subscription and services | 32.7 | 38.5 | 40.8 | 43.6 | 155.7 | 46.5 | 48.9 | 51.1 | 53.7 | 200.2 |
| *Year over year % change* | *31%* | *48%* | *44%* | *46%* | *43%* | *42%* | *27%* | *25%* | *23%* | *29%* |
| Payments | 20.2 | 22.3 | 22.0 | 23.2 | 87.8 | 23.6 | 24.4 | 25.7 | 29.7 | 103.4 |
| *Year over year % change* | *21%* | *26%* | *24%* | *22%* | *23%* | *17%* | *10%* | *17%* | *28%* | *18%* |
| Product and other | 0.9 | 0.8 | 1.0 | 1.2 | 3.8 | 1.1 | 1.1 | 1.3 | 1.7 | 5.2 |
| **Total revenue** | **53.8** | **61.6** | **63.8** | **68.0** | **247.2** | **71.2** | **74.4** | **78.1** | **85.0** | **308.8** |
| *Year over year % change* | *27%* | *40%* | *37%* | *37%* | *35%* | *32%* | *21%* | *22%* | *25%* | *25%* |
| Cost of revenue | 14.6 | 18.0 | 18.7 | 20.1 | 71.5 | 21.4 | 22.3 | 23.2 | 25.8 | 92.7 |
| *Year over year % change* | *26%* | *51%* | *51%* | *53%* | *45%* | *46%* | *24%* | *29%* | *37%* | *361%* |
| Gross profit | 39.2 | 43.6 | 45.0 | 47.9 | 175.8 | 49.9 | 52.1 | 54.9 | 59.3 | 216.1 |
| *Gross margin* | *72.9%* | *70.8%* | *70.6%* | *70.4%* | *71.1%* | *70.0%* | *70.0%* | *70.2%* | *69.7%* | *70.0%* |
| Operating expenses | | | | | | | | | | |
| Sales and marketing | 16.8 | 20.3 | 21.6 | 23.9 | 82.6 | 24.7 | 25.7 | 26.5 | 28.5 | 105.4 |
| *Year over year % change* | *6%* | *22%* | *22%* | *28%* | *20%* | *47%* | *26%* | *23%* | *19%* | *28%* |
| *YoY Excl impact of capitalized commissions* | *23%* | *38%* | *41%* | *45%* | *37%* | *67%* | *42%* | *38%* | *31%* | *43%* |
| Research and development | 10.5 | 15.5 | 16.6 | 16.7 | 59.2 | 16.9 | 17.3 | 17.3 | 17.8 | 69.3 |
| *Year over year % change* | *29%* | *98%* | *112%* | *103%* | *85%* | *62%* | *12%* | *4%* | *7%* | *17%* |
| General and administrative | 9.4 | 10.6 | 10.1 | 11.4 | 41.5 | 12.6 | 12.4 | 12.3 | 12.8 | 50.0 |
| *Year over year % change* | *26%* | *35%* | *23%* | *44%* | *32%* | *33%* | *16%* | *22%* | *12%* | *20%* |
| **Total operating expenses** | **36.7** | **46.5** | **48.2** | **52.0** | **183.4** | **54.2** | **55.3** | **56.1** | **59.1** | **224.7** |
| *Year over year % change* | *17%* | *44%* | *43%* | *49%* | *39%* | *48%* | *19%* | *16%* | *14%* | *23%* |
| **Non-GAAP loss from operations** | **2.5** | **(2.9)** | **(3.2)** | **(4.1)** | **(7.7)** | **(4.4)** | **(3.2)** | **(1.2)** | **0.2** | **(8.6)** |
| Other income (expense), net | 0.4 | 0.1 | 0.9 | 1.3 | 2.7 | 1.6 | 1.6 | 1.6 | 1.5 | 6.2 |
| Income (loss) before prov. for inc. taxes | 2.9 | (2.8) | (2.3) | (2.8) | (5.0) | (2.8) | (1.7) | 0.4 | 1.7 | (2.4) |
| Provision for income taxes | 0.1 | 0.1 | 0.2 | 0.1 | 0.4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 |
| **Non-GAAP net income/(loss)** | **2.9** | **(2.9)** | **(2.5)** | **(2.9)** | **(5.4)** | **(2.9)** | **(1.8)** | **0.3** | **1.6** | **(2.8)** |
| **Adjusted EBITDA** | **4.6** | **(0.5)** | **(0.7)** | **(1.6)** | **1.8** | **(2.0)** | **(0.8)** | **1.2** | **2.5** | **1.0** |

Reconciliation of Gross to Net Rev Rec and Expense as % of Revenue in Plan Appendix

8

CONFIDENTIAL

MB0002307

# EXHIBIT 10

IN THE COURT OF CHANCERY
OF THE STATE OF DELAWARE

_____

IN RE MINDBODY, INC. STOCKHOLDER
LITIGATION


C.A. No. 2019-0442-KSJM

_____


                         December 18, 2020
                         9:40 a.m.


          *** HIGHLY CONFIDENTIAL ***


          VIDEOCONFERENCE DEPOSITION of
GAIL GOODMAN, pursuant to Notice, held at
███████ █████████ █████ █████████████ █████
███████████  before Wayne Hock, a Notary
Public of the State of New York.

Page 2

A P P E A R A N C E S:

FRIEDLANDER & GORRIS, P.A.
Attorneys for Plaintiffs
        1201 North Market Street
        Wilmington, Delaware 19801
BY:     CHRISTOPHER FOULDS, ESQ.
        cfoulds@friedlandergorris.com
        (via videoconference)
        -and-
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
        500 Delaware Avenue
        Wilmington, Delaware 19801
BY:     CHRISTOPHER ORRICO, ESQ.
        christopher.orrico@blbglaw.com
        (via videoconference)
        ANDREW BLUMBERG, ESQ.
        andrew.blumberg@blbglaw.com
        (via videoconference)

LABATON SUCHAROW LLP
Attorneys for Class Plaintiffs
        140 Broadway
        New York, New York 10005

BY:     JAKE BISSELL-LINSK, ESQ.
        jbissell-linsk@labaton.com
        (via videoconference)
        CAROL VILLEGAS, ESQ.
        cvillegas@labaton.com
        (via videoconference)

A P P E A R A N C E S:

FRIEDLANDER & GORRIS, P.A.
Attorneys for Plaintiffs
            1201 North Market Street
            Wilmington, Delaware 19801
    BY:     CHRISTOPHER FOULDS, ESQ.
            cfoulds@friedlandergorris.com
            (via videoconference)
            -and-
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
            500 Delaware Avenue
            Wilmington, Delaware 19801
    BY:     CHRISTOPHER ORRICO, ESQ.
            christopher.orrico@blbglaw.com
            (via videoconference)
            ANDREW BLUMBERG, ESQ.
            andrew.blumberg@blbglaw.com
            (via videoconference)

LABATON SUCHAROW LLP
Attorneys for Class Plaintiffs
            140 Broadway
            New York, New York 10005

    BY:     JAKE BISSELL-LINSK, ESQ.
            jbissell-linsk@labaton.com
            (via videoconference)
            CAROL VILLEGAS, ESQ.
            cvillegas@labaton.com
            (via videoconference)

Page 3

A P P E A R A N C E S: (Continued)

KIRKLAND & ELLIS LLP
Attorneys for MINDBODY
RICK STOLLMEYER
BRETT WHITE
          601 Lexington Avenue
          New York, New York 10022
BY:       JOHN P. DEL MONACO, ESQ.
          john.delmonaco@kirkland.com
          (via videoconference)
          COURTNEY CARVILL,  ESQ.
          courtney.carvill@kirkland.com
          (via videoconference)
          MATTHEW SOLUM, ESQ.
          matthew.solum@kirkland.com
          (via videoconference)

COOLEY LLP
Attorneys for Witness
          55 Hudson Yards
          New York, New York 10001
BY:       SARAH LIGHTDALE, ESQ.
          slightdale@cooley.com
          (via videoconference)
          ELIZABETH WRIGHT, ESQ.
          ewright@cooley.com
          (via videoconference)
          CODY MARDEN, ESQ.
          cmarden@cooley.com
          (via videoconference)

**Page 4**

A P P E A R A N C E S: (Continued)


ALSO PRESENT:


GAYLE ASHTON, Videographer

(via videoconference)

DOUGLAS JOHNSTON

(via videoconference)


*        *        *

Page 285

G. Goodman -- HIGHLY CONFIDENTIAL recommendation of both Brett White or Rick Stollmeyer?

A.    And where they thought the risks were and where the upside opportunities were?  That is additional information that they were given.

Q.    Was that additional information provided in any sort of report or written format or just conveyed by Stollmeyer and White?

A.    It was usually in a presentation.

Q.    What's the purpose of giving guidance?

A.    A debate frequently had at many board meetings, by the way.

So it is -- setting guidance expectations helps ensure that public shareholders have an accurate view to the company's perspective on what's likely to happen.  So otherwise, public shareholders are flying blind in many ways you risk them either under-forecasting or over-forecasting.  It is not required that

G. Goodman -- HIGHLY CONFIDENTIAL

a company give guidance, but it is very common practice.

Q.    And did Mindbody customarily issue guidance in a range?

A.    Yes.

Q.    And what's the point of providing a range?

A.    To give you some room to flex that risk, that downside risk.

Q.    Are you familiar with the term "a beat and raise?"

A.    Yes.

Q.    And what is your understanding of that phrase?

A.    So a beat and raise is when one of your metrics -- let's just use revenue as an example -- comes in above the guidance range; that's beating the range. And raising is then increasing the expectation for the next quarter or year. This could happen on revenue, it can happen in earnings.  So beat the metric; raise for the next quarter or year.

Q.    And in what context is that

G. Goodman -- HIGHLY CONFIDENTIAL

phrase used?

A.    Best practices.

Q.    Have you heard of someone planning for a beat and raise?

A.    Yes.

Q.    And what would that mean?

A.    That would mean setting your guidance range so that there is an opportunity to get ahead of it and then of course, once you're ahead of it, being able to raise for the next quarter.

Q.    Earlier you said a beat and raise to be a best practice.

Why is that?

A.    The shareholders love it.

Q.    And why do shareholders love it?

A.    Shareholders reward companies that do this with higher stock price.

Why do they love it?  Wow.  Good philosophical question.  I think this is one of these self-reinforcing cycles. When a company beats and raise, the stock prices go up, the shareholders are happy; therefore, they want them to beat and

G. Goodman -- HIGHLY CONFIDENTIAL

raise.

I think shareholders like it because the stock goes up.

Q.    And in saying that shareholders like it, are you distinguishing between shareholders like strong results that beat expectations or that shareholders like the practice of a beat and raise?

A.    I'm not sure there's a meaningful distinction between those two.

Q.    Understood.

Shifting gears just slightly, did Mindbody announce guidance for the fourth quarter of 2018?

A.    Yes.

Q.    And do you know when that information was released?

A.    That was the early November date, I think it was the seventh.  It was Q3 earnings.  We guided for -- yeah.

Actually, when you guide for Q3, you have an implied guide for Q4 because you have an annual guide.

Does that make sense?

G. Goodman -- HIGHLY CONFIDENTIAL

Q.    Yes.

A.    So we obviously guided sort of twice to Q4.  Like the Q2 earnings, when we guided to Q3, there's an implied guide and then there's an explicit guide at Q3.

Q.    And so you released updated guidance for the fourth quarter of 2018 when you released your third quarter 2018 results?

A.    Correct.

Q.    Do you recall what that updated guidance was set at?

A.    I want to say it was like sixty-six to sixty-seven, but it could have been sixty-six and a half.  It was in that order of magnitude.

Q.    Regardless of the specific numbers, was it an increase or a decrease from the previously implied guidance?

A.    It was a decrease.

Q.    Have you ever given information about Mindbody's internal expectations for the fourth quarter of 2018 before that guidance was released?

G. Goodman -- HIGHLY CONFIDENTIAL

MR. DEL MONACO: I object to the form.

THE WITNESS:  Their current forecast?

Q.    Internal expectations.

A.    Yes.

Q.    In what context were you given that information?

A.    Well, I'll also be specific that I don't recall it at the time, but I have seen documents in prep that reminded me that I saw them.

In the pre-earnings materials that Brett shared with the board.

Q.    And when were those materials shared?

A.    Again, I don't recall the specifics, but a few days before earnings.

Q.    Do you recall what those forecasts were?

A.    In preparation for this testimony, it was refreshed to me that we were right about sixty-eight million on the internal forecast.

Page 291

G. Goodman -- HIGHLY CONFIDENTIAL

Q.    All right.

Could you please open what was previously marked as Exhibit 8.  It will take me a moment as well.

A.    I have it open.

Q.    Is it correct that these are materials related to the October 26, 2018 board meeting?

A.    They are.

Q.    And if you'll scroll down to the fourth page, that's the cover page for a slide deck; correct?

A.    Correct.

Q.    Do you know what that slide deck was, or is?

A.    The very first pass at the 2019 plan and the strategic growth path to five hundred million in revenue.

Q.    Could you please scroll to page fourteen of the exhibit.

MS. LIGHTDALE: Jake, what's the Bates?

MR. BISSELL-LINSK: It's Bates number Mindbody 0002554.

G. Goodman -- HIGHLY CONFIDENTIAL

THE WITNESS:  I'm on it.

Q.    Great.

Do you see the columns at the top and the see the columns labeled Q4 2018?

A.    I do.

Q.    And then you see the row labeled total revenue, it's in grey?

A.    Correct.

Q.    What does that number mean?

A.    Sixty-seven million eight hundred fifty-eight thousand.

Q.    And what is that number a reference to?

A.    Total quarterly revenue.

Q.    Is that actual revenue?

A.    No, this is a forecasted revenue.  We're just at the beginning of the quarter.  It's October 26.  We're in the first month of the quarter.

Q.    And what does it mean to have forecasted revenue?

A.    It means that the internal finance team has used various inputs,

G. Goodman -- HIGHLY CONFIDENTIAL inputs often from the sales team, inputs from their own modeling, and created their best view of where they think the quarter might come in.

Q.   Do you recall whether Mindbody's internal fourth quarter 2018 internal forecasts were ever reduced from that number?

A.   I don't recall.

Q.   Did you ever discuss these forecasts with anyone?

A.   Again, I don't recall.

Q.   Okay.

Could you please open Exhibit 23 that was previously marked.

A.   I'm in.

Q.   Awesome.

Is it correct that these are minutes associated with the December 7, 2018 board meeting?

A.   They are.

Q.   And if you scroll down four pages, there is a slide -- the cover page to a slide deck; is that correct?

# EXHIBIT 11

**From:**     Rick Stollmeyer
**Sent:**     Wed, 14 Nov 2018 19:25:54 +0000 (UTC)
**To:**       Eric Liaw[                    ]; Gail Goodman
              ; Court Cunningham
**Subject:**  FW: Thank You (MB /                    )

---

Committee – we now have three inbound indications of interest from the three leading PE acquirers.    I will give my now well practiced luke warm response, cite a busy IR season, and suggest we plan a get together in December.

(woo hoo)

Rick

**From:**                    >
**Sent:** Wednesday, November 14, 2018 11:16 AM
**To:** Rick Stollmeyer
**Subject:** RE: Thank You (MB /                    )

Hey Rick – hope everything has been going well.  I just wanted to follow up on the conversation you recently had with our Managing Partners,            .  I think the next step was to set up an in-person with us and you to try to brainstorm ways we could potentially work together.

Do you by chance have any plans in the coming weeks to come up the bay area?  If not, we can always try to find a time that works well for both of us to come down to SLO – it's an easy trip.  We'd be bringing          , another Managing Partner            (lead on          ), myself and a                , so should be a productive conversation.

Please let me know what you think.

Thanks!

**From:** Brett White
**Sent:** Monday, February 26, 2018 10:50 AM
**To:**                                    ; Rick Stollmeyer
**Cc:** Nadia Adam
**Subject:** RE: Thank You (MB /                    )

Great.  We will be in the lobby.  See you then.

**From:**
**Sent:** Monday, February 26, 2018 10:41 AM
**To:** Brett White                    ; Mike Mansbach                            ; Rick Stollmeyer
**Cc:** Nadia Adam
**Subject:** RE: Thank You (MB /                    )

Awesome, how about 3:30pm then?  We will come by your hotel (I think there is plenty of space to catch up in the lobby or whatever is convenient for you).  It will be myself and            who you guys met before – both of us are also on the          

CONFIDENTIAL
CONFIDENTIAL

MB0006267
MB-WALLEYE-0011607

Please let me know if that works.

Thanks,

██

**From:** Brett White ████████████████████████
**Sent:** Monday, February 26, 2018 10:35 AM
**To:** ████████████████████████████ Mike Mansbach ██████████████████████████ Rick Stollmeyer ████████████████████████████
**Cc:** Nadia Adam ████████████████████████
**Subject:** RE: Thank You (MB / ████████████ )

Hi ██

Thanks for reaching out.  Rick and I are at the Palace Hotel today and we have an opening between 2:30-4pm if there is 30 mins in that block that works for you.

Let me know.

Brett

**From:** ████████████████████████████ ]
**Sent:** Monday, February 26, 2018 10:26 AM
**To:** Mike Mansbach ██████████████████████ ; Rick Stollmeyer ████████████████████ >
**Cc:** Brett White ████████████████████████ ; Nadia Adam ██████████████████████
**Subject:** RE: Thank You (MB / ████████████ )

Mindbody team – just wanted to circle up on the below.  Let me know if you have any free time for a coffee or drinks while in town this week – absolutely no worries if not because we can meet up at IHRSA.  I was also with the ████ ████ on Friday and they mentioned connecting with you guys in the coming weeks.  We could always combine the connection and set up a call between you and us and them, if easier.

Either way, I'll be at your presentation tomorrow, so will swing by to say hi afterwards.

Looking forward to connecting soon!

Best,

██

**From:** Mike Mansbach ██████████████████████████
**Sent:** Wednesday, February 14, 2018 5:03 PM
**To:** ████████████ ████████████ Rick Stollmeyer ██████████████████
**Cc:** Brett White ██████████████████████ ; Nadia Adam ██████████████████████
**Subject:** Re: Thank You (MB / ████████████ )

Hi ██

Looking forward to meeting you.

Mike

**From:** ██████████████████████

CONFIDENTIAL
CONFIDENTIAL

**Date:** Wednesday, February 14, 2018 at 4:55 PM
**To:** Rick Stollmeyer ███████████████████████████
**Cc:** Brett White ██████████████████████████████, Nadia Adam ████████████████████████
Mike Mansbach ███████████████████████
**Subject:** RE: Thank You (MB / ███████████████████)

Rick – that all sounds great! Let's see how the ████████ works out and then we can find a time to get together at your convenience. I also spoke to the ████████ today, and ████████ said he'd definitely be interested in meeting up with you guys at IHRSA. Looking forward to see you all there and meeting you in person as well Mike.

We'll stay close over the coming weeks.

Best,

██

**From:** Rick Stollmeyer ██████████████████████████████
**Sent:** Tuesday, February 13, 2018 11:06 PM
**To:** ████████████████████████
**Cc:** Brett White ███████████████████████; Nadia Adam ████████████████████████; Mike
Mansbach ████████████████
**Subject:** Re: Thank You (MB / ███████████████)

H██████

Glad to reached out. If you don't get on the JMP roster, let Brett and me know. We'll find some time. Maybe grab a coffee / drink.

And, all three of us will be at IHRSA. We would be happy with meet with you and the ████████ there as well.

Cheers,

Rick
On Feb 13, 2018, at 1:56 PM ██████████████████████████████ wrote:

Rick and team – I see you will be attending the JMP conference in a couple weeks. I put in for a meeting with the ████
█████, so hopefully that works out. If not, do you plan on attending IHRSA this year? I will be down there with the
████████ so would be good to meet up at some point if so!

Please let me know!

Thanks,

██

**From:** ████████████
**Sent:** Friday, November 10, 2017 4:35 PM
**To:** 'Rick Stollmeyer' ██████████████████████████
**Cc:** Brett White ████████████████████████; Nadia Adam █████████████████████████; Mike
Mansbach ████████████████████
**Subject:** RE: Thank You (MB / █████████████████)

Great, thanks Rick. Mike – looking forward to catching up with you in more detail in the New Year after the transaction has closed!

CONFIDENTIAL
CONFIDENTIAL

Have a great weekend!

Best,

██

**From:** Rick Stollmeyer ████████████████████████████
**Sent:** Friday, November 10, 2017 5:07 AM
**To:** ██████████████████████████
**Cc:** Brett White ██████████████████████; Nadia Adam ████████████████████ Mike Mansbach ████████████████████
**Subject:** Re: Thank You (MB / ████████████████)

Congrats on the successful acquisition ███ Looping in our President, Mike Mansbach, whose responsibilities include strategic partnerships.   Let us know when you and team would like to discuss.

Cheers,

Rick

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc
On Nov 9, 2017, at 6:24 PM, █████████████████████████ wrote:

Rick and Brett – not sure if you saw the announcement yesterday: ████████████████████ ████████████████████████

We are excited to partner with ████████████████ – thanks for sharing the insight a few weeks back.  That being said and as you mentioned, we'd love to find ways to further work together as we look to continue growing both businesses!  Let's stay close.

Also, congrats on the great last quarter!  It's great to watch MB continue to execute upon its mission!

Best,

██

*The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information and is intended only for the use of the intended addressee. It is the property of ████████████ Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.*

**From:** Rick Stollmeyer ████████████████████████
**Sent:** Tuesday, September 12, 2017 11:11 PM
**To:** ██████████████████████
**Cc:** Brett White ████████████████████; Nadia Adam ████████████████████
**Subject:** Re: Thank You (MB / ████████████████)

Sounds timely...

Talk tomorrow at 7:45a ?

CONFIDENTIAL
CONFIDENTIAL

You can call my cell ████████

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc
On Sep 12, 2017, at 8:48 AM, ███████████████████████ wrote:

Thanks Rick – I completely understand and respect the rush up to the Bold Conference.  We were planning on just doing a phone call for now to not only get an update on the business, but to also chat about one of your competitors that may be in the market right now.  To the extent you are not active or interested in that process, we're more than happy to push out our update until after your conference.  However, if you think the conversation could be timely, we'd love to chat at your convenience.

Please let me know what works best for you.

Thanks and best of luck in the conference prep!

██

**From:** Rick Stollmeyer ██████████████████████
**Sent:** Tuesday, September 12, 2017 12:35 AM
**To:** ███████████████████
**Cc:** Brett White █████████████████; Nadia Adam █████████████████
**Subject:** Re: Thank You (MB / ██████████████)

Hi ███

Brett and I are in Boston right now.  Next two weeks leading up the the Bold Conference are pretty tight.  Were you thinking of coming out or a doing a phone call?

Rick

On Sep 11, 2017, at 4:17 PM, ████████████████████ wrote:

Rick and Brett – hope all is well and that you have been able to enjoy the Summer!  I know it's been a while since we last caught up.  As I'm sure you are aware, there is some interesting stuff going on in the market.  Just wondering if you have some time to briefly catch up in the coming days.

Please let me know.

Thanks,

██

**From:** Rick Stollmeyer ██████████████████
**Sent:** Wednesday, March 29, 2017 9:48 PM
**To:** ███████████████████
**Cc:** Brett White <brett.white@mindbodyonline.com>
**Subject:** Re: Thank You (MB / Thoma Bravo Meeting)

Thanks ███!  We look forward to your Summer visit as well.

Cheers,

CONFIDENTIAL
CONFIDENTIAL

MB0006271
MB-WALLEYE-0011611

Rick

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc
On Mar 29, 2017, at 6:20 PM, ██████████████████████████ wrote:

Rick and Brett – congrats on the acquisition announced yesterday!  Yield management definitely makes sense for the industry, and it sounds like you got a great technology which will really enable your customers to squeeze out some incremental revenue!

Looking forward to staying in touch and visiting you down in SLO later this Summer!

Best,



**From:** ██████████
**Sent:** Tuesday, January 10, 2017 9:41 AM
**To:** 'Rick Stollmeyer'
**Cc:** Brett White
**Subject:** RE: Thank You (MB /█████████████████)

Thanks Rick!  Brett, please do let us know if you have any availability during your trip out here.  Otherwise we are happy to make the short trip down to SLO this Summer to catch up and taste some good wines again!

Best,



**From:** Rick Stollmeyer██████████████████████
**Sent:** Tuesday, January 10, 2017 5:53 AM
**To:** ████████████
**Cc:** Brett White
**Subject:** Re: Thank You (MB /██████████████)

Thanks ████  These are exciting times at MB, indeed.

Brett is managing our SF trip schedule, and will circle back on any openings there.  It's pretty tight, so a trip to SLO might be the better option.

Cheers,

Rick
On Jan 6, 2017, at 2:40 PM, ██████████████████████████ wrote:

Rick and Brett – we saw all of the big news this week and just wanted to reach out to congratulate you on both the announcement of the new custom-branded web technology and your partnership with Google.  Both sound extremely exciting as the partnership with Google will bring many new customers to your subscriber base, and the web technology will further your web solutions, especially along mobile, which we discussed in detail during our last meeting.  Can't wait to see how these developments pan out over the coming quarters!

We also see that you will be in SF towards the end of February – we would love to meet you again for lunch, coffee or drinks while you are in town.  Otherwise, maybe we can meet up later in the year down in SLO again.

Best,

CONFIDENTIAL
CONFIDENTIAL

MB0006272
MB-WALLEYE-0011612

Eric

**From:** ████████████
**Sent:** Friday, October 28, 2016 5:11 PM
**To:** 'Rick Stollmeyer'
**Cc:** Brett White
**Subject:** RE: Thank You (MB /████████████

Rick and Brett –

Apologies for the late Friday afternoon email (was traveling the past few days), but I just wanted to reach out to congratulate you on yet again another impressive quarter!

Not only were we once again impressed with your ability to beat the plan, but we are also excited to see the impressive net new subscribers added this quarter! Furthermore, the focus on high-quality customers was really demonstrated through the growth in ARPS and maintenance of a high net expansion rate. Lastly, we'd like to congratulate you on the 8,000 subscribers now on the network – this is a strong validation of the opportunity that exists in this platform. The ████████ team wishes you continued success on closing out the rest of the year!

Hope all is well and we look forward to staying in touch. Hope you both have great weekends!

Best,

██

**From:** Rick Stollmeyer ████████████████████████
**Sent:** Saturday, September 03, 2016 9:41 AM
**To:** ██████████████████████████████
**Cc:** Brett White
**Subject:** Re: Thank You (MB /████████████

Thanks ████

████████████

Brett and I enjoyed meeting you, talking about MB, learning more about your firm and demonstrating the slide. We will let you know next time ████████

Wishing you and yours a fun and relaxing Labor Day weekend.

Cheers,

Rick
On Sep 2, 2016, at 12:41 PM, ████████████████████████████ wrote:

Rick and Brett –

Just wanted to thank you again for taking the time to meet with us on Tuesday. We thoroughly enjoyed the opportunity to get to know you and the company in greater detail. As we mentioned, we realize there isn't necessarily anything to do now, but as management-centric investors, we truly enjoy getting to know highly-successful management teams (especially in situations where management is such a crucial component in the company's great culture). We think Mindbody aligns well with our investment criteria, and we look forward to following the Company's continued success!

Please do let us know next time you are ████████████, and we'd love to grab a coffee or host you in our new

CONFIDENTIAL
CONFIDENTIAL

offices (complete with a sleek new gym!).  Also, we will definitely check out Zak Ebrahim's "The Terrorist's Son" and Ted Talk before we see you next!

Have a great holiday weekend,



Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc

CONFIDENTIAL
CONFIDENTIAL

# EXHIBIT 12

**From:**   Craig Heinle ███████████████████████

**Sent:**   Sat, 5 Jan 2019 01:27:14 +0000 (UTC)

**To:**     Brett White ████████████████████████; Kyle
            Gearhart<███████

**Cc:**     Alexis Lohr ██████████████████████████ Eric
            Steinbroner ███████████████████████████ Kelly
            Symmes ███████████████████████ Mark
            Baker ███████████████████ Mike
            Mansbach ██████████████████████ Nicole
            Gunderson ███████████████████; Rick
            Stollmeyer █████████████████ Scott
            Fisher █████████████████████ >

**Subject:**   RE: Revenue flash DECEMBER

---

Agree – this was an amazing effort by the team.

Take out ██████████████ (both were held out of forecast due to uncertainty) and this is right on the forecast.

This is what is called hitting the bullseye "dead-on" – Great job.

**From:** Brett White ████████████████████████
**Sent:** Friday, January 4, 2019 3:55 PM
**To:** Kyle Gearhart ████████████████████████
**Cc:** Alexis Lohr ████████████████████████; Craig Heinle ████████████████████████ Eric
Steinbroner █████████████████████; Kelly Symmes ██████████████████████████; Mark
Baker ██████████████████████; Mike Mansbach ████████████████████████; Nicole
Gunderson ████████████████████████; Rick Stollmeyer ██████████████████████████
Scott Fisher ████████████████████████
**Subject:** Re: Revenue flash DECEMBER

Pow!!!  Nailed it. Great job revenue forecast team!!!
On Jan 4, 2019, at 1:51 PM, Kyle Gearhart ████████████████████████████ wrote:

> Rick, Brett, Mike, Mark and team,
>
> The December revenue flash is attached and available in Dropbox here: █████████████
> ██████████████
>
> **MINDBODY Consolidated: Q4'18 estimated revenue of $68.3M, favorable to last E-Staff Forecast by $0.3M**
>
> **DECEMBER revenue favorable $0.4M to BOQ Q4'18**
> Subs & Services favorable by $0.1M
> ████████████████████████████████
> ██████████████████████████████████
>
> Payments favorable $0.3M
> -█████████████████████
> ██████████████████████████████████
> ███████████████████████████████████████████
>
> ████████
> Product & Other unfavorable less than ($0.1M)

████████████████████████████████

**Q4'18 revenue forecast favorable to BOQ Q4'18 $0.3M**

Subs & Services favorable by $0.2M

████████████████████████

████████████████████

████████████████████████████████████████████

██████████

Payments favorable to BOQ $0.2M

██████████████████████████████████████

Product & Other unfavorable ($0.1M)

- ████████████████████████████

HAPPY NEW YEAR!  Looking forward to a great 2019!

Thanks and regards,

Kyle

**Kyle Gearhart**
*Senior Finance Manager, FP&A*
MINDBODY, Inc.

████████████████

████████████

Get MINDBODY Connect™

 <image001.jpg>
<2. Revenue Flash_DEC_20190104.xlsx>

CONFIDENTIAL
CONFIDENTIAL

# EXHIBIT 13



**From:**       Rick Stollmeyer ████████████████████████
**Sent:**       Sat, 5 Jan 2019 02:14:16 +0000 (UTC)
**To:**         Kyle Gearhart <███████████████████████; Alexis
                Lohr████████████████████████; Brett White████████████████████████; Craig
                Heinle███████████████████████; Eric
                Steinbroner███████████████████████████; Kelly
                Symmes███████████████████████████; Mark Baker███████████████████████████;
                Mike Mansbach███████████████████████; Nicole
                Gunderson███████████████████████; Scott
                Fisher███████████████████████████; E-Staff ███████████████████████; "Dan Chandre"
                ███████████████████████████ Corey Kossack<████████████████████████;
                Aaron Severs██████████████████████; Aaron
                Stead████████████████████████, Monica Dioda ███████████████████████; "Josh Lloyd"
                ██████████████ Kevin Teague ███████████████████ Brent Kraus
                ██████████████████████; Annie Woo████████████████████████ Doug Hecht
                ██████████████████████; Chuck Phillips ███████████████████████
                Shawn Jacques████████████████████████; Russell
                Cherry███████████████████████; Yancy
                Olson███████████████████████; Natalie
                Efstathiou████████████████████████; Joe
                Callinan███████████████████████; Christina
                Schumann███████████████████████████ Emily
                Bartels██████████████████████; Carl
                Lytikainen███████████████████████; Brian
                Raboin███████████████████████ Akshay
                Gadre██████████████████████ Matthew
                Mahoney███████████████████████; Rosemary
                Biagioni███████████████████████ Samantha
                Law██████████████████████ Alexander
                Soria███████████████████████; Michelle
                Berlin███████████████████████; Angela
                Berlin███████████████████████ Pete
                Premenko██████████████████████
**Subject:**    Re: Revenue flash DECEMBER

---

**Company Confidential - do not forward without permission.**

+ETeam  and key senior leaders

Dear MB Leaders,

We are looking at a strong finish to a challenging and pivotal year.  Our estimated Q4 revenue of $68.3M reflects +37% growth YoY and a massive beat against the Street's consensus midpoint of $66M.

In Q4, you and the teams you lead  produced strong  growth across nearly every facet of our business, with notable revenue inflections in multiple key areas - including upper tier sales, Frederick, FitMetrix, BMA, and Promote.  These results are a direct reflection of this team's focus, dedication, passion and sheer grit.

In 2018, we assembled the juggernaut of the Fitness, Beauty and Wellness market and came together as #OneMBTeam.  As we carry that momentum into 2019, I can't think of a better way to say goodbye to the public markets (for now) and open up a new chapter as a flagship company of Vista Equity Partners - the largest and most successful privately held software company in the world.

We have a tremendous future ahead of us and I am enormously proud of all of you.

Woo Hoo!

Rick

CONFIDENTIAL
CONFIDENTIAL

MB0018201
MB-WALLEYE-0023541

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc.

---

**From:** Kyle Gearhart ████████████████████████
**Sent:** Friday, January 4, 2019 4:51 PM
**To:** Alexis Lohr; Brett White; Craig Heinle; Eric Steinbroner; Kelly Symmes; Mark Baker; Mike Mansbach; Nicole Gunderson; Rick Stollmeyer; Scott Fisher
**Subject:** Revenue flash DECEMBER


Rick, Brett, Mike, Mark and team,

The December revenue flash is attached and available in Dropbox here: ████████████████████████

**MINDBODY Consolidated: Q4'18 estimated revenue of $68.3M, favorable to last E-Staff Forecast by $0.3M**

**DECEMBER revenue favorable $0.4M to BOQ Q4'18**
Subs & Services favorable by $0.1M

████████████████████████████████

Payments favorable $0.3M

████████████████████████████████████████

Product & Other unfavorable less than ($0.1M)

██████████████████████████

**Q4'18 revenue forecast favorable to BOQ Q4'18 $0.3M**
Subs & Services favorable by $0.2M

██████████████████████████████████████████

Payments favorable to BOQ $0.2M

████████████████████████

Product & Other unfavorable ($0.1M)

████████████████████

HAPPY NEW YEAR!  Looking forward to a great 2019!

Thanks and regards,

Kyle

**Kyle Gearhart**
*Senior Finance Manager, FP&A*
MINDBODY, Inc.

████████████████

Get MINDBODY Connect™



MB0018202
MB-WALLEYE-0023542

# EXHIBIT 14

**From:** ▮▮▮▮▮▮ Rick Stollmeyer
**To:** ▮▮▮▮▮▮▮▮ Brett ▮▮▮▮▮▮▮ Brett White
**TimeStamp:** 01/06/19 11:23:12 AM
**DateRead:** 01/06/19 11:23:18 AM

One question: should we plan on a last Earnings Call? My script: "here's our big beat. Adios mutha fuckahs"

CONFIDENTIAL
CONFIDENTIAL

MB0180579
MB-WALLEYE-0186198

# EXHIBIT 15

| From: | Franklin Reis ███████████████ |
|---|---|
| Sent: | Tue, 8 Jan 2019 22:04:28 +0000 (UTC) |
| To: | Brett White ██████████████████ |
| Cc: | Nicolas Stahl ███████████████████; Derek Klomhaus █████████████████; Nikhil Raheja██████████████: Rick Stollmeyer███████████████████ |
| Subject: | RE: MB - 4Q'18 Preliminary Results |

CAUTION: This email originated from outside of the organization.
Excellent, Brett. Thanks for passing along. Congratulations on the great quarter!

Best,
Franklin



**Franklin Reis | Associate | Vista Equity Partners**
Four Embarcadero Center, 20th Floor, San Francisco, CA 94111 ████████████████████████
VistaEquityPartners.com

**From:** Brett White████████████████████
**Sent:** Tuesday, January 8, 2019 1:43 PM
**To:** Franklin Reis ████████████████████
**Cc:** Nicolas Stahl █████████████████████ Derek Klomhaus ██████████████████████ Nikhil Raheja █████████████████████ Rick Stollmeyer████████████████████
**Subject:** RE: MB - 4Q'18 Preliminary Results

**EXTERNAL**

Hi Franklin,

Prelim Q4'18 revenue came in strong, about $0.3m above forecast and $2.2m above analyst consensus.  Our current estimate is below.

Our accounting close process is to produce a revenue "flash" (estimate) by workday (WD) 3 and close the books by WD 9 (Monday, Jan 14th).  We will not have a solid EBITDA estimate until Monday.

Let me know if you have any questions.

Brett

CONFIDENTIAL
CONFIDENTIAL

MB0002775
MB-WALLEYE-0008115

| | Q4-FY17 | Q1-FY18 | Q2-FY18 | Q3-FY18 | Q4-FY18 Current Forecast | Q4-FY18 YoY Growth (Reported) |
|---|---|---|---|---|---|---|
| **Subscribers** | | | | | | |
| **Gross Subscribers** | 4,569 | 3,900 | 4,440 | 4,488 | 4,172 | |
| **Net New Subscribers** | 4,097 | 3,451 | 3,998 | 4,073 | 3,752 | |
| **Cancellations** | 4,541 | 4,626 | 5,167 | 4,853 | 4,510 | |
| **Net Subscriber Growth** | (444) | (675) | (1,178) | (778) | (761) | |
| **Total Subscribers** | 58,584 | 57,909 | 68,142 | 67,364 | 66,603 | |
| *MINDBODY* | 58,584 | 57,372 | 56,034 | 55,254 | 54,834 | |
| *FitMetrix* | – | 537 | 634 | 756 | 810 | |
| *Booker* | 11,126 | 11,421 | 11,474 | 11,354 | 11,229 | |
| **Subscribers - HVS/Solo** | | | | | | |
| **Total Subscribers** | 58,584 | 57,909 | 68,142 | 67,364 | 66,603 | |
| *HVS* | 55,179 | 55,780 | 67,127 | 66,908 | 66,259 | |
| *Solo* | 3,405 | 2,129 | 1,015 | 456 | 344 | |
| **Revenue** | | | | | | |
| Subscription Revenue | 24,535 | 26,284 | 32,538 | 34,550 | 37,111 | |
| Premium Services & Tech Partners | 5,411 | 6,456 | 6,003 | 6,242 | 6,700 | |
| **Subscription & Services** | 29,946 | 32,741 | 38,540 | 40,792 | 43,812 | |
| Payments Revenue | 19,109 | 20,228 | 22,266 | 22,036 | 23,470 | |
| **Recurring Revenue** | 49,054 | 52,968 | 60,807 | 62,828 | 67,281 | |
| Products & Other Sales | 639 | 852 | 804 | 954 | 1,025 | |
| **Total Revenue** | 49,693 | 53,820 | 61,611 | 63,782 | 68,307 | |
| **YoY Revenue Growth (Reported)** | 30.1% | 27.5% | 39.7% | 36.8% | 37.5% | |

**From:** Franklin Reis ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, January 8, 2019 11:35 AM
**To:** Brett White ▮▮▮▮▮▮▮▮▮▮
**Cc:** Nicolas Stahl ▮▮▮▮▮▮▮▮▮▮▮▮▮ Derek Klomhaus ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Nikhil Raheja ▮▮▮▮▮▮▮▮▮▮
**Subject:** MB - 4Q'18 Preliminary Results

CAUTION: This email originated from outside of the organization.

Brett,

Hope you had some relaxing time off over the last few weeks, a strong close out to year end and a great start to 2019! Whenever available, could you please provide how 4Q'18 financial results closed out? It'd be helpful to have high level preliminary stats at your earliest convenience (total revenue, total subscription revenue, total payments revenue, & EBITDA).

I've added Nikhil from Qatalyst so they're in the loop too.

Thank you,
Franklin



**Franklin Reis | Associate | Vista Equity Partners**
Four Embarcadero Center, 20th Floor, San Francisco, CA 94111 ▮▮▮▮▮▮▮▮▮▮▮▮
VistaEquityPartners.com

This message contains information that is confidential and/or may be privileged. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this message or its attachments is strictly prohibited.

CONFIDENTIAL
CONFIDENTIAL

MB0002776
MB-WALLEYE-0008116

In addition, emails sent from and to this vistaequitypartners.com domain are monitored, archived, and subject to disclosure, including in connection with regulatory or other legal processes. If you have received this message in error, please advise the sender immediately by reply email and delete this message.

This message contains information that is confidential and/or may be privileged. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this message or its attachments is strictly prohibited. In addition, emails sent from and to this vistaequitypartners.com domain are monitored, archived, and subject to disclosure, including in connection with regulatory or other legal processes. If you have received this message in error, please advise the sender immediately by reply email and delete this message.

CONFIDENTIAL                                                                                                          MB0002777
CONFIDENTIAL                                                                                                          MB-WALLEYE-0008117

# EXHIBIT 16

## MINUTES OF A TELEPHONIC MEETING

## OF THE BOARD OF DIRECTORS

### January 18, 2019

Pursuant to notice duly given, a telephonic meeting of the Board of Directors (the "**Board**") of MINDBODY, Inc., a Delaware corporation (the "**Company**"), was held on January 18, 2019, commencing at approximately 10:30 a.m., Pacific Time.

**Directors Present**:    Rick Stollmeyer, Chair
K. Blair Christie
Court Cunningham
Gail Goodman
Cipora Herman
Eric Liaw
Graham Smith

**Directors Absent**:    Adam Miller

**Others Present**:    Brett White, Chief Financial Officer and Chief Operating Officer
Kimberly Lytikainen, Chief Legal Officer and Secretary
Douglas Johnston, Vice President, Deputy General Counsel
Jon Avina, Cooley LLP
Jamie Leigh, Cooley LLP

### 1.  Call to Order

Mr. Stollmeyer, serving as Chair of the meeting, called the meeting to order and introduced the Company attendees.  The meeting, having been duly convened, was ready to proceed with business.  Mr. Johnston served as secretary of the meeting and recorded the minutes.  All parties could hear and be heard by one another.

### 2.  2019 Budget

As the first order of business, Mr. White led a presentation regarding the Company's 2019 fiscal year financial plan incorporating changes from the version presented to the Board in December of 2018 including fourth quarter 2018 actuals. Questions were asked and answered, and a discussion ensued. Following discussion, upon motion duly made and seconded, the Board members present unanimously approved the following resolution:

*Approval of 2019 Budget*

**RESOLVED**:  That the Company's proposed 2019 Budget, as presented to the Board, is hereby approved.

### 3.  Project Vandenberg Update

Next, Mr. Avina and Ms. Leigh presented an update on Project Vandenberg, including an update on the outreach conducted to date to strategic parties and financial sponsors during the go-shop period.

CONFIDENTIAL
CONFIDENTIAL

Mr. Avina and Ms. Leigh also discussed the timeline and process for the proposed special meeting of stockholders. Questions were asked and answered, and a discussion ensued. Following discussion, upon motion duly made and seconded, the Board members present unanimously approved the following resolutions:

*Special Meeting of Stockholders*

**RESOLVED**: That a special meeting of stockholders (the "**Special Meeting**") shall be held on Thursday, February 14, 2019 at 9:00 a.m., Pacific Time, at the Company's corporate offices located at 651 Tank Farm Road, San Luis Obispo, California 93401 for the following purposes:

1. To adopt the Agreement and Plan of Merger, dated as of December 23, 2018, by and among the Company, Torreys Parent, LLC, and Torreys Merger Sub, Inc. (the "**Merger Agreement**");
2. To approve, on an advisory (non-binding) basis, the compensation that may be paid or become payable to the Company's named executive officers that is based on or otherwise relates to the Merger Agreement and the transactions contemplated by the Merger Agreement (the "**Compensation Proposal**"); and
3. To approve any proposal to adjourn the Special Meeting to a later date or dates, if necessary or appropriate, to solicit additional proxies if there are insufficient votes to adopt the Merger Agreement at the time of the Special Meeting.

**RESOLVED FURTHER**: That the Board hereby recommends a vote by the stockholders:

1. "FOR" the adoption of the Merger Agreement;
2. "FOR" the approval, on an advisory (non-binding) basis, of the Compensation Proposal; and
3. "FOR" any proposal to adjourn the Special Meeting to a later date or dates, if necessary or appropriate, to solicit additional proxies if there are insufficient votes to adopt the Merger Agreement at the time of the Special Meeting.

**RESOLVED FURTHER**: That a representative of Computershare Trust Company, N.A. is hereby appointed and designated as the Inspector of Elections for the Special Meeting.

**RESOLVED FURTHER**: That the Board hereby designates each of Richard Stollmeyer, Chief Executive Officer and Chairman of the Company, Brett White, Chief Operating Officer and Chief Financial Officer of the Company, and Douglas Johnston, Vice President, Deputy General Counsel of the Company, with full power of substitution, as a proxy for the Company's solicitation of stockholder votes at the Special Meeting.

**RESOLVED FURTHER**: That the officers of the Company, in consultation with counsel, are hereby authorized and directed to prepare or cause to be prepared a notice of special meeting of stockholders, a proxy statement, and a form of proxy card (collectively, with any and all amendments or supplements thereto, the "**Proxy Materials**"), including any modifications to the Proxy Materials as may be required by the Securities and Exchange Commission (the "**SEC**"), and to take such actions as are reasonably necessary to carry out the intent of the foregoing resolutions.

**RESOLVED FURTHER**: That all actions taken by the officers of the Company to date in connection with the preparation of the Proxy Materials are hereby ratified, and that the proxy statement for the Special Meeting is hereby approved in substantially the form previously presented to and reviewed by the Board, with such changes deemed necessary or advisable by the officers, in consultation with legal counsel.

CONFIDENTIAL
CONFIDENTIAL

MB0000196
MB-WALLEYE-0005536

**RESOLVED FURTHER**:  That the officers of the Company, in consultation with counsel, be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to file or submit, as applicable (or cause to be filed or submitted, as applicable) with the SEC, the Proxy Materials as necessary to comply with the Securities Exchange Act of 1934, as amended, the rules and regulations thereunder, and the listing standards of the NASDAQ Stock Market.

**RESOLVED FURTHER**:  That the officers of the Company are hereby directed to cause the Proxy Materials to be sent to all stockholders of record as of January 18, 2019, the record date for the Special Meeting.

**RESOLVED FURTHER**: That the officers of the Company be, and each of them hereby is, authorized to solicit proxies from the stockholders to approve the matters set forth in the proxy statement with respect to the Special Meeting.

**RESOLVED FURTHER**:  That the Board hereby authorizes, directs and empowers the officers of the Company to pay any and all expenses and fees as they shall deem necessary and advisable (including, without limitation, those of any proxy solicitation firm) arising in connection with the solicitation of proxies for and from the Company's stockholders.

**RESOLVED FURTHER**:  That the officers of the Company are hereby authorized and directed, in the name and on behalf of the Company, or otherwise, to execute all such instruments, documents, and certificates and to take all such further and other action in connection with the resolutions hereinabove adopted as they may deem necessary, advisable or proper to effectuate the intent and purpose of these resolutions.

## 4.  Administrative Approvals

Next, Ms. Lytikainen presented for discussion certain resolutions that had been distributed to the Board for review prior to the meeting regarding the appointment of Corporate Secretary and approval of prior Board and Strategic Transactions Committee minutes.

*Approval of Strategic Transactions Committee Minutes*

Upon motion duly made and seconded, the members of the Strategic Transactions Committee unanimously adopted the following resolution:

**RESOLVED**:  That the minutes from the meetings of the Strategic Transactions Committee held on October 31, 2018, November 14, 2018, December 3, 2018, December 14, 2018, and December 19, 2018, in the forms previously distributed to the members of the Strategic Transactions Committee, are hereby approved.

*Approval of Prior Minutes*

Upon motion duly made and seconded, the Board members present unanimously adopted the following resolution:

**RESOLVED**:  That the minutes from the meetings of the Board held on November 27, 2018, November 28, 2018, December 7, 2018, December 17, 2018, December 20, 2018, December 21, 2018, and December 23, 2018, in the forms previously distributed to the Board, are hereby approved.

*Appointment of Corporate Secretary*

-3-

CONFIDENTIAL
CONFIDENTIAL

MB0000197
MB-WALLEYE-0005537

Upon motion duly made and seconded, the Board members present unanimously adopted the following resolutions:

**WHEREAS**, on December 17, 2018, the Board received notice of the resignation of Kimberly Lytikainen from her role as Chief Legal Officer and Corporate Secretary of the Company, to be effective as of January 18, 2019; and

**WHEREAS**, the Board has determined that it is in the best interests of the Company and its stockholders to appoint Douglas Johnston as the Company's Corporate Secretary, effective as of January 18, 2019.

**NOW, THEREFORE, BE IT RESOLVED**: That the Board hereby approves the appointment of Mr. Johnston as the Company's Corporate Secretary, effective as of January 18, 2019.

*Omnibus Resolutions*

**RESOLVED**: That any of the appropriate officers of the Company be, and each of them hereby is, authorized (i) to prepare, execute, deliver and perform, as the case may be, such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, (ii) to pay or cause to be paid on behalf of the Company any related costs and expenses, and (iii) to take such other actions, in the name and on behalf of the Company, as each such officer, in his or her discretion, shall deem necessary or advisable to complete and effect the foregoing transactions or to carry out the intent and purposes of the foregoing resolutions and the transactions contemplated thereby, and the preparation, execution, delivery and performance of any such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, the payment of any such costs or expenses and the performance of any such other acts shall be conclusive evidence of the approval of the Audit Committee thereof and all matters relating thereto.

**RESOLVED FURTHER**: That all actions heretofore taken by any officer, director, employee or agent of the Company that are within the contemplation of the foregoing resolutions are hereby in all respects ratified, confirmed, authorized, and approved as acts of the Company.

5. **Adjournment**

There being no further business to come before the Board, the meeting was duly adjourned.

*Douglas Johnston*
_____
Douglas Johnston,
Secretary for the Meeting

-4-

CONFIDENTIAL                                                                              MB0000198
CONFIDENTIAL                                                                        MB-WALLEYE-0005538

# EXHIBIT 17

From:   Eric Liaw
Sent:   Thu, 24 Jan 2019 23:27:59 +0000 (UTC)
To:     Brett White█████████████████████████, Cipora Herman█████████████
Cc:     Graham Smith█████████████████████; Eric Steinbroner
        █████████████████████████; Sara Townsend
        █████████████████████; Douglas Johnston
        █████████████████████████

Subject: RE: Audit Committee Call

---

I can't read tone but I wouldn't do that.

**From:** Brett White █████████████████████████
**Sent:** Thursday, January 24, 2019 3:14 PM
**To:** Eric Liaw █████████████ Cipora Herman ███████████████
**Cc:** Graham Smith ███████████████████; Eric Steinbroner █████████████████████████; Sara Townsend █████████████████████; Douglas Johnston █████████████████████
**Subject:** RE: Audit Committee Call

We could give prelim 2019 revenue guidance based on the 2019 forecast….haircutting it for beat and raise….that would definitely move votes to "yes"!

**From:** Eric Liaw █████████████████
**Sent:** Thursday, January 24, 2019 3:04 PM
**To:** Brett White █████████████████████████; Cipora Herman ███████████████
**Cc:** Graham Smith █████████████████; Eric Steinbroner █████████████████████████; Sara Townsend █████████████████████████; Douglas Johnston █████████████████████
**Subject:** RE: Audit Committee Call

**CAUTION: This email originated from outside of the organization.**
I wonder whether affirming the forecast helps move votes into the "yes" column.

**From:** Brett White█████████████████████████
**Sent:** Thursday, January 24, 2019 2:58 PM
**To:** Cipora Herman █████████████████; Eric Liaw █████████████
**Cc:** Graham Smith █████████████████; Eric Steinbroner █████████████████████████; Sara Townsend █████████████████████████; Douglas Johnston █████████████████████
**Subject:** RE: Audit Committee Call

Thanks all for your responses.  I will schedule the call for 9am PT, Feb 6th.

Eric, I don't think we have an obligation to affirm the 2019 revenue forecast but I will double check.

Brett

**From:** cipora herman █████████████████
**Sent:** Thursday, January 24, 2019 1:45 PM
**To:** Eric Liaw █████████████████
**Cc:** Brett White█████████████████████████; Graham Smith █████████████████████; Eric Steinbroner █████████████████████████; Sara Townsend █████████████████████████; Douglas Johnston █████████████████████████
**Subject:** Re: Audit Committee Call

Confidential
Confidential

IVP-020369
LIAW_SDNY_0009387

CAUTION: This email originated from outside of the organization.

I could do a call on the 6th. Morning is strictly better for me as well.

Thanks,

Cipora

On Thu, Jan 24, 2019 at 10:15 AM Eric Liaw ██████████████ wrote:

I agree with this approach. Given the agitation from Luxor, who may use this information to attempt to bolster their position, are we under any obligation to / should we reconfirm that our budget for '19 (which is more material to future value) is unchanged from the proxy statement?

Re: 2/6, morning is better for me.

**From:** Brett White ███████████████████████

**Sent:** Thursday, January 24, 2019 9:25 AM

**To:** Eric Liaw ██████████████ ; Graham Smith ███████████████ ; Cipora Herman ██████████████

**Cc:** Eric Steinbroner ██████████████████████████████ ; Sara Townsend ██████████████████████ ; Douglas Johnston ████████████████████████████████

**Subject:** Audit Committee Call

Audit Committee,

We are currently planning to hold our shareholder vote on Feb 14th. Since our Q4'18 revenue exceeded consensus pretty meaningfully ($68.3m actual vs $66m consensus) we think the right think to do is to publicly release this information via 8K no later than Feb 7th so the shareholders have the information before they vote.

We are assuming that you would like to review the information before it is released so we are proposing to send you the standard audit committee package and then have a quick call on Feb 6th to afford you the opportunity to ask any questions that you may have and also have the auditors provide an audit status update (they will not be finished with their testing at that point).

Questions:
1. Do you agree with this approach?
2. What is your availability for a call on Feb 6th?

Thanks in advance!

Brett

Brett White
*Chief Operating Officer &*
*Chief Financial Officer*
████████████████

MINDBODY, Inc.
4051 Broad Street, Suite 220
San Luis Obispo, CA 93401
████████████████

Confidential
Confidential



Confidential
Confidential

IVP-020371
LIAW_SDNY_0009389

# EXHIBIT 18

Message
_____

| | |
|---|---|
| **From:** | Calvani, Dominic ███████████████████ |
| **Sent:** | 2/20/2018 2:02:55 PM |
| **To:** | Rick Stollmeyer ███████████████████  Kirby, Kent ██████████████ ]; Young, Jennifer ███████████████ |
| **Subject:** | RE: Three topics |

Rick:

The first trade starts of the 10b5-1 plan should trade today for 17,739 shares. The remaining trades will occur on the 1st of every month. The lateness of the first trade revolves around the cooling off period. We will manage the cash flow for you and dip into the line of credit if we need to. Right now there is a ████████ balance on the line of credit from some of the cash outflows. Our plan would be to pay off the line of credit with the cash proceeds from the 10b5-1 plan so we keep the balance, if any, as small as possible.

I'll let Jennifer respond with respect to the check.

Best regards,

Dominic Calvani
Senior Vice President – Wealth Management
UBS Private Wealth Management
████████████

_____

**From:** Rick Stollmeyer ███████████████████████
**Sent:** Monday, February 19, 2018 8:00 AM
**To:** Kirby, Kent; Calvani, Dominic; Young, Jennifer
**Subject:** Three topics

Good morning KCW Team,

Three items top of mind this morning:

1. Please confirm my new 10B5-1. When does it go off this month and for how many shares? Will this late month schedule be consistent for the remainder of the year?

2. I need to revise my financial plan based on the above, and the following greater than expected H1 cash outlays:

- our ██████████████████████ is accelerating to completion, with ████████ per month needed March - July.

- I am doing a follow on investment in ████████████████████████ needed in mid-March. (The motors are selling! ████████████████████████ )

- I will probably be making a substantial investment in a local medical device startup ████████ in late March. (████████████████████████████████ more to follow on this later).

3. I made a ████████ short term loan to a friend last week. Please confirm attached check will draw against LOC.

I am completely comfortable with digging into my LOC in H1 to cover all the above. In the back half of 2018 it should all pay down rapidly - house and car done, ████████████████ and no further angel investing.

Please estimate my cash position accordingly.

Confidential Treatment Requested                                                                    UBS00000845

# EXHIBIT 19

Message
_____

**From:**     Seymour, Grace ███████████████████████

**Sent:**     1/18/2019 5:10:42 PM

**To:**      'rick.stollmeyer@mindbodyonline.com' ████████████████████

**CC:**      Kirby, Kent ███████████████ Calvani, Dominic ████████████████

**BCC:**    ████████████████████ ██████████████████████

**Subject:**   RE: [External] Cash requirements for Q1

**Attachments:**   Portfolio Holdings, 01.18.2019.pdf

_____

Hi Rick,

I left a voicemail earlier to confirm the transfers to ██████ and █████████████ When you have a free minute will you give me a call to authorize? Once these transfers are complete it will leave your UBS assets as follows:

- **<u>Cash:</u>** ███████

- **<u>Equity:</u>** ████
- ████████████████████
- 
- 
- 

- **<u>SBL:</u>** $0 balance, approximately ███████ available for use

Please let me know if you have any questions or if I can assist further.

Regards,

**Grace Seymour**

**Family Office Partners**
UBS | Private Wealth Management
Office (615) 750-8230 | Fax (888) 409-6724
<u>www.ubs.com/team/familyofficepartners</u>

_____

**From:** Rick Stollmeyer ████████████████████████████

**Date:** Friday, Jan 18, 2019, 8:51 AM

**To:** Calvani, Dominic ████████████████████ Kirby, Kent ████████████████

**Subject:** [External] Cash requirements for Q1

Kent and Dominic,

To cover our cash needs during the interim period between my 10b51 hold and pending large liquidiity, please

transfer ██████████████████████████████████████████

UBS00000761-UNREDACTED

Where does this leave our UBS cash on hand and total holdings after that?

Jill and I are looking forward to your visit next week!

Rick

Rick Stollmeyer

CEO / Co-Founder

MINDBODY, Inc.

UBS00000762-UNREDACTED

# EXHIBIT 20

Message

| | |
|---|---|
| **From:** | Rick Stollmeyer ████████████████████████ |
| **Sent:** | 2/2/2019 4:20:34 PM |
| **To:** | <dominic.calvani@███████████████████     <kent.kirby███████ █████████████ ████████████████████ |
| **Subject:** | [External] Introducing Todd, Kent and Dominic |

Dear Kent, Dominic and Todd,

As we have discussed, Jill and I have engaged Todd Mirolla to assist us in the scope defined below.

Todd ██████████████████████████████████████, and has now formed a family office - Prossimo Advisors - with his daughter in SLO. ███████████████████████.

Kent and Dominic have been ████████████████████████████████████████████ - Kirby, Calvani and Walker. █████████████████████████████████.

██████████████████████████████████████████████████████ ██████████████     Jill and I are navigating a complex and wonderful transition from "wealthy on paper" to actually wealthy.  During this transition, and in the years that follow, we want to substantially reduce the complexity and stress of our lives, avoid legal hassles and protect our wealth.  We also want to lead our children to their best self sustainable, happy lives.███████████████████████████████████.

We that in mind, Jill and I have committed to keep the majority of our assets in relatively low risk investments managed by KCW, with occasional higher risk investments (generally angel investing and private equity) kept within clearly defined guardrails and a well managed annual budgets.

We will not buy yachts, planes or expensive second and third homes.  Instead, we will stay liquid and live a debt and risk free life filled with rich, meaningful experiences, and robust giving back.

████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████

We ask you to work together collaboratively and peacefully to help us live that dream.

████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████

Todd ███████████████████████████████     His initial scope is as follows:

1. **Strategic Advice -** ████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████

In particular, Prossimo's near term focus will include:

████████████████████████████████████████████████████████████

████████████████████████████████████████

                                                      UBS00000954

██████████████████████████████████

████████████████████████

████████████████████████████████████████████████████
██████████████████████

████████████████████████████████████████

████████████████████████

**(2) Management Services -** ████████████████████████████████████████████████
██████████████████████████████████

In particular, Todd will provide an independent review of:

████████████████

██████████████████████

██████████████████████

████████████████

███████████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████████████████████████████
██████████████████████

████████████████████████ I expect MB's acquisition by Vista Equity Partners to close that same day. My liquidity will follow in approximately 30 days.

Please connect with each other between now and then to begin your collaboration on our behalf.

Thank you,

Rick and Jill

UBS00000955

Confidential Treatment Requested

UBS00000956

# EXHIBIT 21

Message

| | |
|---|---|
| **From:** | Calvani, Dominic ██████████████████████ |
| **Sent:** | 3/28/2019 9:20:57 PM |
| **To:** | Jayo, Alicia █████████████ Johnson, B Matthew ███████████████████ ]; Kirby, Kent ███████████ ; Kirby, Kris █████████████████ Lewis, Jacquie ██████████████████ Quina, Tripp ██████████████ ]; Seymour, Grace ████████████████ ; Tostenson, Angela ██████████████████ Walker, Benjamin ████████████ ; Williams, Katie ██████████████ |
| **Subject:** | Stollmeyer Call Notes |

I think I forgot to send these but I spoke with Rick Stollmeyer recently. ████████████████████████████
███   He has promised the company 3 more years and in 1.5 yrs he is taking a 3 month sabbatical. He thinks that he could make as much money over the next three years as he did the first go around.  They are in the process of working on his comp agreement and the equity pool for the company. ████████████████████████████████████
██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████
███████████████████████

We discussed setting a budget for Angel investing.  He thinks ████████████ will need another $1 million ████
██████████████████████████████████████████████████████████

Best regards,


**Dominic M. Calvani**
**Senior Vice President – Wealth Management**

**Family Office Partners**
UBS | Private Wealth Management
3102 West End Avenue, Suite 780
Nashville, TN 37203
████████████ | ██████████
██████████

�֍ UBS

www.ubs.com/team/familyofficepartners