**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE MINDBODY, INC. SECURITIES
LITIGATION

Index No. 1:19-cv-08331-VEC

**DECLARATION OF JOHN DEL MONACO**
**IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD**
**PLAINTIFFS' MOTION SEEKING LEAVE TO AMEND**
**THE AMENDED CLASS ACTION COMPLAINT**

I, John Del Monaco, declare pursuant to 28 U.S.C. § 1746:

1.      I am a partner of the law firm Kirkland & Ellis LLP ("Kirkland"), attorneys for Defendants MINDBODY, Inc. ("Mindbody"), Richard L. Stollmeyer and Brett White.  This Declaration accompanies Defendants' Opposition to Lead Plaintiffs' Motion Seeking Leave to Amend the Amended Class Action Complaint.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Mindbody Form 8-K, filed with the SEC on EDGAR on February 21, 2018, which includes as Exhibit 99.1 a press release issued by Mindbody on February 21, 2018 titled "MINDBODY Reports Fourth Quarter and Full Year 2017 Financial Results," available at https://www.sec.gov/Archives/edgar/data /1458962/000145896218000002/0001458962-18-000002-index.htm.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the transcript of Stollmeyer's deposition in the matter captioned *Phillip Ryan, Jr., et al. v. MINDBODY, Inc. et al.*, C.A. No. 2019-0061-KSJM (Del. Ch.), which took place on April 10, 2019.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Charter of the Audit Committee of the Board of Directors of Mindbody, Inc., as amended on April 25, 2017, which was

publicly available on Mindbody's Investor Website, https://investors.mindbodyonline.com, during the entirety of the relevant time period.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Mindbody Schedule 14A Definitive Proxy Statement, filed with the SEC on EDGAR on April 5, 2018, available at https://www.sec.gov/Archives/edgar/data/1458962/000117494718000566/c489649_def14a.htm.

6. Attached hereto as Exhibit 5 is a true and correct copy of the transcript of Mindbody's Second Quarter 2018 Earnings Conference Call, which took place on July 31, 2018, and is available through S&P Global Market Intelligence (with subscription), which is quoted in paragraphs 4 & 86-92 of the Proposed Second Amended Complaint, filed by Plaintiffs in the above-captioned action ("PSAC").

7. Attached hereto as Exhibit 6 is a true and correct copy of the Mindbody Form 8-K, filed with the SEC on EDGAR on January 31, 2018, which includes as Exhibit 99.1 a press release issued by Mindbody on January 31, 2018 titled "MINDBODY Reports Second Quarter 2018 Financial Results," available at https://www.sec.gov/Archives/edgar/data/0001458962/000145896218000007/0001458962-18-000007-index.htm.

8. Attached hereto as Exhibit 7 is a true and correct copy of a research note, dated July 31, 2018, issued by J.P. Morgan and titled "2018: Quarter Revenue Up, Full Year Guidance Down," which is quoted in paragraph 93 of the PSAC.

9. Attached hereto as Exhibit 8 is a true and correct copy of a company note, dated July 31, 2018, issued by Jefferies and titled "Q2: Still Getting in Shape," which is quoted in paragraph 93 of the PSAC

10. Attached hereto as Exhibit 9 is a true and correct copy of the Mindbody Form 8-K, filed with the SEC on EDGAR on November 6, 2018, which includes as Exhibit 99.1 a press

2

release issued by Mindbody on November 6, 2018 titled "MINDBODY Reports Third Quarter 2018 Financial Results," available at https://www.sec.gov/Archives/edgar/data/1458962/ 000117184318007647/0001171843-18-007647-index.htm.

11.    Attached hereto as Exhibit 10 is a true and correct copy of a company note, dated November 7, 2018, issued by Jefferies and titled "Q3: Out of Shape, Time to Hit the Gym," which is quoted in paragraph 130 of the PSAC.

12.    Attached hereto as Exhibit 11 is a true and correct copy of Stollmeyer's 10b5-1 plan, dated November 27, 2017, produced in the above-captioned action and bearing Bates numbers UBS00001357 - UBS00001368, which is incorporated by reference in paragraphs 13 & 285 of the PSAC.

13.    Attached hereto as Exhibit 12 is a true and correct compilation of certain of Stollmeyer's Form 4s, filed with SEC on EDGAR throughout 2017 and 2018 and are available generally at

https://www.sec.gov/Archives/edgar/data/0001458962/000120919117025862/0001209191-17-025862-index.htm (April 5, 2017),

https://www.sec.gov/Archives/edgar/data/0001458962/000120919117044219/0001209191-17-044219-index.htm (July 6, 2017),

https://www.sec.gov/Archives/edgar/data/0001458962/000120919118023195/0001209191-18-023195-index.htm (April 3, 2018).

14.    Attached hereto as Exhibit 13 is a true and correct copy of Lead Plaintiffs' First Set of Requests for Production of Documents Directed to All Defendants, dated November 10, 2020.

3

15.     Attached hereto as Exhibit 14 is a true and correct compilation of production letters from Kirkland on behalf of Mindbody, dated December 8, 2020, December 21, 2020, and February 9, 2021.

16.     Attached hereto as Exhibit 15 is a true and correct compilation of production letters from Cooley LLP on behalf of Eric Liaw, dated December 4, 2020 and December 6, 2020.

17.     Attached hereto as Exhibit 16 is a true and correct copy of a production letter from Kirkland on behalf of Vista Equity Partners, LLC, dated January 10, 2021.

18.     Attached hereto as Exhibit 17 is a true and correct copy of a production letter from Kirkland on behalf of Qatalyst Partners LP, dated January 10, 2021.

19.     Attached hereto as Exhibit 18 is a true and correct copy of a production letter from Gordon Rees Scully Mansukhani, LLP on behalf of UBS Financial Services Inc., dated January 4, 2021.

20.     Attached hereto as Exhibit 19 is a true and correct compilation of Deposition Notices of Graham Smith, Dominic Calvani, and Cipora Herman, dated December 21, 2020, January 4, 2021, and January 11, 2021, respectively.

21.     Attached hereto as Exhibit 20 is a true and correct copy of the transcript of Mindbody's Third Quarter 2018 Earnings Conference Call, which took place on November 6, 2018, and is available through S&P Global Market Intelligence (with subscription).

22.     Attached hereto as Exhibit 21 is a true and correct copy of a research note, dated January 10, 2019, issued by JMP Securities and titled "MINDBODY, Inc. (MB) 66 Parties Contacted. Fully Shopped."

4

23.   Attached hereto as Exhibit 22 is a true and correct copy of the transcript of Gail Goodman's deposition in the in the matter captioned *Luxor Capital Partners, LP v. Mindbody, Inc.*, C.A. No. 2019-0070-KSJM (Del. Ch.), which took place on January 18, 2020.

Dated: March 12, 2021

_____

John Del Monaco
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 446-4800