# EXHIBIT 5

# THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
## MB - Q2 2018 MINDBODY Inc Earnings Call

## EVENT DATE/TIME: JULY 31, 2018 / 8:30PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## JULY 31, 2018 / 8:30PM, MB - Q2 2018 MINDBODY Inc Earnings Call

### CORPORATE PARTICIPANTS

**Brett T. White** *MINDBODY, Inc. - CFO & COO*

**Nicole Gunderson**

**Richard Lee Stollmeyer** *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

### CONFERENCE CALL PARTICIPANTS

**Adam Kelsey**

**Alyssa Danielle Johnson** *KeyBanc Capital Markets Inc., Research Division - Associate*

**Brent John Thill** *Jefferies LLC, Research Division - Equity Analyst*

**Brian Lee Essex** *Morgan Stanley, Research Division - Equity Analyst*

**Darren Paul Aftahi** *Roth Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

**George Arthur Kelly** *Imperial Capital, LLC, Research Division - VP*

**Jennifer Alexandra Swanson Lowe** *UBS Investment Bank, Research Division - Analyst*

**Patrick D. Walravens** *JMP Securities LLC, Research Division - MD, Director of Technology Research and Senior Research Analyst*

**Rishi Nitya Jaluria** *D.A. Davidson & Co., Research Division - Software Analyst*

**Sterling Auty** *JP Morgan Chase & Co, Research Division - Senior Analyst*

### PRESENTATION

**Operator**

Good day, ladies and gentlemen, and welcome to MINDBODY's Second Quarter 2018 Earnings Conference Call. (Operator Instructions) As a reminder, this conference is being recorded.

I'd now like to turn the conference over to Nicole Gunderson, Investor Relations. Please go ahead.

---

**Nicole Gunderson**

Good afternoon, everyone. Welcome to MINDBODY's Second Quarter 2018 Earnings Conference Call.

Joining me on the call today are Rick Stollmeyer, MINDBODY's Chief Executive Officer; and Brett White, Chief Financial Officer and Chief Operating Officer.

MINDBODY's press release was released after the market closed today and was furnished to the SEC on Form 8-K.

You can access the press release and related investor materials, including non-GAAP reconciliations, on the MINDBODY Investor Relations website.

Our presentation of non-GAAP results excludes the impact of stock-based compensation expense; amortization of acquired intangible assets; acquisition-related expenses, including transaction and integration expenses; partial release of the valuation allowance due to acquisitions; and the amortization of debt discount and issuance costs from our convertible notes. Today's call is being recorded, and a replay will be made available at investors.mindbodyonline.com.

In addition, MINDBODY posts supplemental materials to this website, and we encourage investors to check there.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**THOMSON REUTERS**

Client Id: 77

## JULY 31, 2018 / 8:30PM, MB - Q2 2018 MINDBODY Inc Earnings Call

Our remarks today will include forward-looking statements, including, among others, statements related to our expectations for recent acquisitions; our go-to-market strategies; investments in our combined business; product developments and releases and projected financial results for Q3 2018 and full year 2018.

These statements involve a number of risks and uncertainties that could cause actual results to differ materially.

For more information, please refer to today's press release and the risk factors in our annual report on Form 10-K and subsequent quarterly reports on Form 10-Q.

These forward-looking statements are based on assumptions as of today, and we undertake no obligation to update them as a result of new information or future events.

And with that, I'll turn the call over to Rick.

---

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Thanks, Nicole, and welcome everyone to our second quarter 2018 earnings call. Q2 marks our first quarter post Booker acquisition, and we are pleased to report solid progress on our integration, strong early adoption of Frederick and FitMetrix, continued success in target market subscriber growth and rapid expansion of our consumer brand.

Our target market growth strategy focuses on committed business owners with a high probability of success in the fitness, beauty and wellness verticals. By focusing subscriber growth on these types of businesses in the English 8 countries, we have increased MINDBODY software ARPS, 28%; boosted average customer GMV, 20%; and grown average customer payments volume, 25%, year-over-year.

This strategy has also concentrated our growth of available classes and appointments in the major metros of the English 8, enhancing neighborhood network effects and fueling consumer adoption of our platform.

There are more than 300,000 target market businesses in the English 8 countries alone. And with our proven success over the past year, we are well positioned for continued expansion into that market for many years to come. And our Booker and FitMetrix acquisitions further enhance all of that.

In Q2, MINDBODY and Booker customers generated 184 million class and appointment bookings on our platform, worth $4 billion, boosting our platform GMV 48% year-over-year. 45 million class and appointments were booked directly by consumers via our mobile apps, representing a 42% increase in MINDBODY's consumer brand year-over-year, and this is before the Booker inventories have been integrated into those apps. And sales of promoted introductory offers, dynamically priced classes and platform partner bookings nearly tripled year-over-year. This indicates our emergence as a meaningful demand-generation platform for our customers.

Our vision at MINDBODY is a marketplace, helping hundreds of millions of people around the world connect to billions of impactful fitness, beauty and wellness experiences. And our acquisitions of Booker and FitMetrix is accelerating us to that vision.

Rapid integration of Booker and FitMetrix is an important priority this year, and the MINDBODY team made substantial progress in their first 100 days. Most notably, we formed 2 robust product and go-to-market teams on July 1, one focused on fitness and the other focused on beauty and wellness. While fitness studios share a common customer with salons and spas and wellness centers, their business models are distinctly different. So by enabling our products and our go-to-market teams to focus vertically, we are enhancing our capability to grow profitably into this target market for many years to come. With integration still in progress, we will scale these 2 teams gradually for the balance of 2018. When our integration is complete and the new payments platform is released, we will ramp our sales and marketing efforts much more substantially to fuel strong growth in the target market customer base in 2019. In this way, we will leverage our unmatched scale and product capabilities, as well as our team, to open a new chapter in our growth story.

3

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us



©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MB0012312

Client Id: 77

## JULY 31, 2018 / 8:30PM, MB - Q2 2018 MINDBODY Inc Earnings Call

Now this speaks to our outlook for the balance of the year. The integration of Booker, Frederick and FitMetrix is a massive project that touches every aspect of our business, and we are front-loading the effort. Not surprisingly, as we drive and accelerate the pace of integration, we are experiencing some minor near-term friction. As an example, for the next several months, our beauty and wellness sales team will need to operate on 2 instances of sales force. Now that gives us the benefit of directing more salons and spas onto the Booker platform, which is a better product fit, but it also introduces some near-term inefficiencies until those systems can be merged.

To account for a slight reduction, a slight net reduction in sales productivity during this integration period, we have lowered the midpoint of our full year revenue guide by $1 million or 40 basis points of our expected revenue for the year.

Now turning to subscriber reporting. After our May earnings call, it became clear that we've not effectively communicated the positive results that we see in our target market customer growth strategy. To improve understanding, we released a new analysis of MINDBODY's software subscribers in mid-May. This delineated our higher-priced tiers from the legacy tiers that we are phasing out, and it showed how this important group grew 17% year-over-year in Q1.

Now we've updated this analysis for Q2. It's on Page 8 of our investor presentation. We are pleased to report that MINDBODY subscribers in the higher-priced tiers grew 16% year-over-year. This is despite bundling more new salon and spa customers to Booker in the second quarter. These pricing tiers are where nearly all of our target market customers reside, and in Q1, these businesses comprise -- excuse me, in Q2, these businesses comprise 94% of our revenue and 96% of our GMV. These are the businesses that are driving MINDBODY forward.

Our long-term sustainable growth model is based on growing our customer base in the mid-teens year-over-year. That combined was steady our stroke, produced the revenue and the margin expansion that we've seen in the past, and we'll continue to do so for years to come.

Moving forward, we will report MINDBODY and Booker subscribers consolidated. To increase understanding, we'd like to highlight 3 important truths about the MINDBODY -- about the Booker subscriber base we acquired.

First, several hundred Booker subscribers were in verticals not suitable to our consumer platform, and we expect most of those will leave by end of the year. Second, while Booker's prior tiered pricing looks similar to MINDBODY's, their features and functionality were not as differentiated. Most Booker customers at acquisition were on boarded at their lowest price point, and few have been moved up after that. Third, Booker was in the habit of discounting subscription fees to win deals. While this can boost near-term subscriber growth, it degrades unit economics over time, it inflames cash burn, and it curtails the ability for the company to invest in the future.

So our focus now to increase the value we deliver to Booker Software customers as we have done with our MINDBODY software customers today, helping to drive their business success while improving our unit economics and fueling future growth.

On Page 29 of the investor presentation, you'll find a consolidated analysis of MINDBODY and Booker subscribers. In this view, we have grouped the approximately 30% of Booker customers who are paying $125 per month or more into our higher-priced tier subscriber group, which increases the growth of that tier to 24% year-on-year. And we have placed the Booker subscribers paying less than $125 per month into a group labeled upsell opportunity.

Now we've looked at this closely. The vast majority of these Booker subscribers are well-established salons and spas. Their average GMV is greater than $15,000 per month, which is really quite strong. We are confident that the vast majority of them will respond favorably to a more robust value proposition.

That confidence has been validated in recent weeks. Since we realigned Booker pricing to align with MINDBODY's on July 1, average monthly subscription fees of new customers has increased more than 50% over prior averages, despite the ready availability of cheaper software.

Now to understand why salons and spas are willing to pay more for better software solutions, picture a better salon owner who's been in business for many years. She probably has a basic point-of-sale system and a manual appointment book. She pays her staff thousands of dollars per month to manually manage appointments and process transactions. Her business information can't be accessed remotely. She can't juggle appointments,

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

4

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MB0012313

for example, from home when a stylist called in sick, and she has no CRM or automated marketing to drive growth. Her monthly operating expenses and lost income opportunity vastly exceed the cost of even our highest-priced software.

She probably hasn't heard of this yet, and she has been shopping for software right now, but within the next few years as online booking and automated marketing increasingly become table stakes for small business owners and as the majority of business ownership shifts to the millennial generation, that better salon owner and tens of thousands like her will feel the call to action to enter the market, searching for a robust cloud salon software solution. And when they do, MINDBODY will be the most capable, accessible and compelling platform in the world to serve them.

And with that, I'll turn the call over to our Chief Operating Officer and Chief Financial Officer, Brett White.

---

**Brett T. White** - *MINDBODY, Inc. - CFO & COO*

Thanks, Rick. In the second quarter, total revenue was $61.6 million, up 40% year-over-year. Revenue from the Booker products was approximately $6.9 million.

During the quarter, sales and marketing resources that were previously selling the MINDBODY salon and spa software were redirected to sell Booker, causing sales of MINDBODY software to be lower than they would have had we not acquired Booker. Subscription and services revenue was $38.5 million, up 48% year-over-year.

Payments revenue was $22.3 million, up 26% year-over-year. Our new blended payments take rate was approximately 82 basis points, reflecting the combination of MINDBODY's take rate, which was consistent with prior periods and the addition of Booker's payments business. Booker's current take rate is less than half of MINDBODY's due to the majority of their volume being card-present transactions, which yield a lower take rate and they're smaller scale. We expect the Booker take rate to improve over time, but not meaningfully in the second half of 2018.

Subscription and services revenue represent 63% of total revenue and payments revenue was 36%. For the remainder of the year, we expect the proportion of subscription and services revenue to increase slightly relative to payments revenue.

Product and other revenue was $800,000, up 62% year-over-year. For the second quarter of 2018, 82% of revenue was from the U.S. and 18% was international. Booker has a higher percentage of its revenue derived from the U.S. than MINDBODY stand-alone.

For the remainder of my commentary, unless otherwise noted, I will discuss non-GAAP results. A reconciliation to the corresponding GAAP results can be found on our website at investors.mindbodyonline.com.

In the second quarter, we delivered gross margin of 70.8%, which is in line with our expectations given that previously announced investments in our production environment, the integration of Booker's technology and Booker's lower gross margins. Additionally, we began amortizing some of our capitalized software development costs in Q2, which has a 40 basis point impact on gross margins. We expect gross margins to remain flat for the remainder of the year as we complete the integration.

Sales and marketing expense was $20.3 million or 33% of revenue compared to $16.7 million or 38% of revenue in the second quarter of 2017. We will be holding BOLD, our annual customer conference in Q3, which will result in significant incremental sales and marketing expense over Q2.

R&D expense was $15.5 million or 25% of revenue compared to $7.8 million or 18% of revenue in the second quarter of last year. The sequential increase was driven by the addition of the Booker development team and the increase in product and technology investments previously announced. Additionally, the completion of software development projects that have been capitalized increased R&D P&L expense by approximately $1 million. We expect R&D as a percentage of revenue to be consistent with Q2 '18 levels for the remainder of the year.

G&A expense was $10.6 million or 17% of revenue compared to $7.9 million or 18% of revenue in the second quarter of 2017. In the second quarter, non-GAAP net loss was approximately $2.9 million or 5% of revenue compared to a loss of $455,000 or 1% of revenue in the second quarter of last year.

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Client Id: 77

## JULY 31, 2018 / 8:30PM, MB - Q2 2018 MINDBODY Inc Earnings Call

Adjusted EBITDA was a loss of $523,000 or 1% of revenue compared to a positive $1.7 million or 4% of revenue in the second quarter of 2017. Non-GAAP EPS was a loss of $0.06 per share compared to a loss of $0.01 per share in the second quarter of last year.

Weighted average shares outstanding for the quarter was approximately 47.6 million shares. In the second quarter, we used approximately $5.2 million in cash from operations, which was driven negative by the acquisition of Booker.

Additionally, we used $2.3 million for capital expenditures and internally developed software. We ended the second quarter with cash and cash equivalents of approximately $326 million. This includes net proceeds of approximately $265 million from the convertible senior note offering that we closed this quarter. This puts us in a strong financial position to invest in growth with flexibility to pursue opportunistic M&A.

Turning to our second quarter key metrics. We ended the quarter with 68,142 total subscribers, up 15% year-over-year. ARPS grew 20% year-over-year to approximately $293, reflecting continuing strong growth in ARPS of MINDBODY customers, offset by the lower ARPS of Booker's customers. We expect ARPS to continue growing at a similar year-over-year rate for the balance of the year.

Payments volume was up 39% year-over-year to approximately $2.7 billion. Q3 is a seasonally softer payments quarter for both MINDBODY and Booker. So we expect sequentially flat payments volume in Q3, with Q4 being seasonally stronger for both customer bases.

Our average combined dollar-based net expansion rate for the quarter was 103%, reflecting Booker's historically lower rate and a 1% impact from our April 5 outage.

Turning to guidance. For the third quarter, we expect revenue to be in the range of $63 million to $65 million or 35% to 39% growth over the third quarter of last year. For the full year of 2018, we expect revenue to be in the range of $246 million to $250 million or approximately 35% to 37% growth over 2017.

For the third quarter, we expect non-GAAP net loss in the range of $4 million to $2.5 million and weighted average shares outstanding for the quarter of approximately 47.9 million shares. For the full quarter -- for the full year of 2018, we expect non-GAAP net loss to be in the range of $7.5 million to $4.5 million and weighted average shares outstanding for the full year of approximately 47.7 million shares.

As a result of our convertible financing, we expect net interest income of $600,000 per quarter for the rest of the year. This income is included in our non-GAAP net loss guidance. We remain on target to return to non-GAAP profitability in 2019.

With that, I'll open the call to questions.

---

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) Our first question comes from Brent Bracelin with KeyBanc Capital Markets.

---

**Alyssa Danielle Johnson** - *KeyBanc Capital Markets Inc., Research Division - Associate*

This is Alyssa, on for Brent. I was hoping we could talk a little bit about kind of your new product and go-to-market strategies, kind of on the beauty side of the equation, maybe kind of walking through what some of the early efforts are and then kind of balancing that with kind of your pricing realignment on Booker. How much of that is you already starting to add new functionality versus just kind of a strict price realignment and kind of how you see that phasing throughout the next few quarters.

---

6

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**THOMSON REUTERS**

MB0012315

Client Id: 77

## JULY 31, 2018 / 8:30PM, MB - Q2 2018 MINDBODY Inc Earnings Call

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Sure, Alyssa. Okay. So first of all, we've taken the beauty and wellness team and combined them. And so wellness in this context means integrative health centers. This is acupuncture, Ayurveda, Chinese medicine, naturopath, and it's quite a really important vertical for us. So all in, the beauty and wellness target market is actually even larger than the boutique fitness target market. And so we've taken the best of the salon, spa and integrative health team from MINDBODY and the Booker team and combined them, and we're going to be growing that team into parity with our fitness team in the quarters ahead. So their focus -- they can sell either Booker or MINDBODY. In the vast majority of cases, they're going to be selling Booker. There's only a few edge cases where MINDBODY's a better solution. There's some international use cases, for example. There's a couple of gaps we need to close, such as HIPAA compliance for Booker, for example, and also MINDBODY can actually do appointment-based plus class-based. So some of these business -- in fact, like my wife's wellness center, she has both appointment-based and class-based. That's an example of an edge case. So anyway, this team can sell both products, and what we're doing right now with Booker is we're greatly strengthening the product. We're adding some powerful automated market features out of the Frederick system that will be -- that are bundled into the accelerate version of Booker. And most importantly, we are developing a brand-new mobile app that will form the ultimate tier of the Booker Software. Now that branded mobile app isn't going to be delivered until end of summer. But even before delivery of that, we're seeing nice, strong response just in the first few weeks from our beauty industry leads and prospects, beauty and wellness. Plans as we go ahead. This is a global strategy. So we will have the largest go-to-market team in the salon, spa and wellness industry in the world, and it's a devoted product team that's very closely connected to them as well. And what this does on the other side is it frees up the MINDBODY team to focus, both the product team and the go-to-market team, focus on fitness. And actually, we saw an inflection in fitness studio growth in Q2 as a result.

---

**Operator**

Our next question comes from Darren Aftahi with Roth Capital Partners.

---

**Darren Paul Aftahi** - *Roth Capital Partners, LLC, Research Division - MD & Senior Research Analyst*

Rick, could you just expand on Alyssa's last question? You made a comment about aligning pricing on 7/1, and then you said add a subscription. I believe that Booker was up 50%. Just -- I know you just touched on kind of the products updates, but just kind of what have you seen -- could you expand on those comments about the 50% growth? How much of Booker space have we go on and kind of sold into? And what's the time frame for kind of trying to upgrade Booker's installed base with kind of the new co, if you will?

---

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Sure. So the 50% increase in average monthly subscription revenue to start is for the new customers coming in the doors since July 1. And what we're seeing is what we expected, and that is that salon and spa owners are at least as sophisticated as boutique fitness studio owners. They want automated marketing. They want powerful branded app. They want to increase adoption by their customers of things that reduce their overhead and operating expenses and fill their chairs and their tables. So it's what we expected. In fact, it's even a little bit better than we thought. Now for the existing customer base, that analysis on Page 29 of the investor presentation really lays it out. So those that are already in the higher pricing tiers, we're going to leave them alone for a while. We don't have any price increase for existing Booker subscribers planned for this year, but those in green, where we've labeled as upsell opportunity, those are the ones that are currently paying something less than $125, some of them as low as $85 a month, but mostly these are really robust businesses. We think they're going to respond favorably to the accelerated ultimate tiers of Booker, and so we plan to approach them with that in the months ahead. But any price changes for existing customers, that would be a 2019 opportunity.

---

**Operator**

Our next question comes from Brent Thill with Jefferies.

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



CONFIDENTIAL

MB0012316

Client Id: 77

**Brent John Thill** - *Jefferies LLC, Research Division - Equity Analyst*

Rick, I think -- just to get a little more color on the guide down. I realized it's a pretty small amount. But I think the first wave of the integration, investors were a little concerned on the cut that you took and now we're taking another cut. So there's some questions around, is there any impact to the core boutique business for saturation or anything else that's playing in? Or is this just, from your perspective, just the simple integration pain you go through on these deals and you feel good about what you see in the back half of the year.

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

I think, first and foremost, someone in The Street might have misinterpreted how much revenue that we were gaining by adding Booker and perhaps not understanding that Booker wasn't growing (inaudible) at the point of acquisition. So that was [I think] the first part of the sense of having to dial back expectations for us. But actually, the strongest growth in Q2 is in boutique fitness in North America, our most penetrated vertical. I mean, we're in the sweet spot of adoption of fitness. There's no end in sight for fitness growth. The market is still growing. There's plenty growing in North America where we're most densely penetrated and then, of course, overseas, not nearly as penetrated yet. And that's starting to ramp up as well. So no, it's just the simple human factoring and business systems of getting 2 companies, their people, their systems, their go-to-market strategies aligned, so that we can ramp up beauty. In the meantime, we didn't want to board more salons and spa on Booker when we know -- or excuse me, on MINDBODY, when we know that Booker isn't a better product for that market. It's easier to onboard for salons and spas, easier to support, and we saw that in Booker's unit costs when we analyzed them before the acquisition. So a little bit of near-term friction, and yes, we just dialed back the guide. Actually, we took the high end of the guide down $2 million, right?

**Brett T. White** - *MINDBODY, Inc. - CFO & COO*

Yes, yes.

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

The midpoint down $1 million. We're still very bullish on where this is going to take us in 2019. We just want to be cautious for the balance of the year.

**Brent John Thill** - *Jefferies LLC, Research Division - Equity Analyst*

Brett, real quick follow-up. Just on new sales capacity coming in for the back half of the year. Can you just give us a sense of are you ready to add new capacity? Or are you going to take the existing team? You've been trying to make them more productive at this point.

**Brett T. White** - *MINDBODY, Inc. - CFO & COO*

So we are adding sales reps. We started, I'd say in earnest, in Q2, started the recruitment process, and we've added not only the Booker sales reps, but also new sales reps. We had a large class join in July. So Q3 will be up, and then Q4 will be up again. And so we're definitely onboarding. We wanted to onboard everybody to the new platform, which is why we pulled the trigger in July. And we are expecting increased efficiency once we get through this period of kind of dual sales forces, the salon and spa business running on 2 systems. So we're being cautious about that through the rest of the year, but we're definitely onboarding salespeople in a rate in the second half that exceeds the rate in the first half, for sure.

**Operator**

Our next question comes from Jennifer Lowe with UBS.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**THOMSON REUTERS**

MB0012317

Client Id: 77

## JULY 31, 2018 / 8:30PM, MB - Q2 2018 MINDBODY Inc Earnings Call

**Jennifer Alexandra Swanson Lowe** - *UBS Investment Bank, Research Division - Analyst*

Great. I guess, sort of the first question. It's a little bit of a housekeeping question, but I just want to clarify. I think there's a comment earlier about the net retention rate and there was a 1% impact from the outage. And I knew about the outage, but I just want to clarify. When you talk about 1% impact, is that simply the credits that were being offered? Or did you actually see an increase in churn as a result of the outage?

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Jen, no, no change, no increase in churn. Our churn of target market customers who ramped up meaningful payments volumes is very, very low. It's about 0.5% a month, and that didn't budge. What this is all about is that we gave -- we empowered our frontline teams to give one month of subscription credit to customers who were upset in the days and weeks (inaudible) outage, and Brett, it came in a [little] lower than we thought.

**Brett T. White** - *MINDBODY, Inc. - CFO & COO*

Yes, I think we said publicly we were estimating it would be about $0.5 million, and it came in just below that. And it's purely revenue credits, not churn.

**Jennifer Alexandra Swanson Lowe** - *UBS Investment Bank, Research Division - Analyst*

Great. And then just a question about the go-to-market going live July 1, and I just wanted to make sure I was thinking about that correctly. So when you talk about going live July 1, does that mean everybody is trained up on the ground ready to go? Or is that sort of the kickoff for the training process? Where are we at this point in terms of that realignment?

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Going live meant that we have the team delineated. We have the first round of training completed. We have these parallel sales force systems set up. And leadership of that team is Aaron Stead. He's a former Chief Revenue Officer at Booker. He's doing a great job. But I think it's fair to say, at this point, to suggest that everyone is trained up probably on both products, and not yet the case. It takes time to get people fully ramped up. As Brett indicated, that's one of the reasons why we didn't want to add a lot of sales team up until this point because we wanted to have these 2 go-to-market teams fully formed and the new platform stood up. So there's still work to be done and -- but we're pleased with the early results. And our objective is to enter 2019 a fully integrated company with the most capable go-to-market and most powerful suite of products of anyone in the industry, in fitness, beauty or wellness.

**Operator**

Our next question comes from Sterling Auty with JPMorgan.

**Sterling Auty** - *JP Morgan Chase & Co, Research Division - Senior Analyst*

Yes. So I wanted to just revisit. I know the guide is a small tweak, and I know it's frustrating, but you know how the market reacts to it and I can kind of understand. And I wanted to take it from this perspective. You made positive comments in terms of the consistency of churn. What you didn't mention kind of it's going to be hard to look at the MINDBODY demand, given that some of the software didn't sell because of having Booker on the platform. How can we -- is there any more color, detail or granular metrics that you can give to get investors comfortable with the rate and pace of the organic MINDBODY business. That's question number one. And then question number two, what gives you the confidence that you booked in enough kind of confidence around the disruptions that you think you'll experience over Q3, Q4 that you can deliver on the combined numbers?

9

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MB0012318

Client Id: 77

JULY 31, 2018 / 8:30PM, MB - Q2 2018 MINDBODY Inc Earnings Call

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Well, I'll take the first part of that and then maybe Brett can take the second part. Well, look, we understand people's concerns and looking at MINDBODY and Booker result separately, honestly, for us, became meaningless on April 2, because as we said, we're already directing the salon and spa leads and opportunities to Booker. It's causing salon and spa sales from MINDBODY, of course, to decline rapidly, but that was our intention because Booker is a better product fit for most salons and spas, and that's why we bought them. So we're going to be reporting subscriber results consolidated and delineated, and what's much more important is the higher-priced tiers and the legacy tiers because that's really how we're running the business. But to give you some perhaps some color on what's happening right now, total MINDBODY high-value subscribers, even giving all the impacts we said, slightly declined from Q1 to Q2, and that was due to the combination of a rapid attrition of legacy software tiers. So these are whole lot of solos and starters coming off a platform as well as low legacy price points. These have a much lower ARPS of sub-$100 ARPS and actually are oftentimes more expensive to maintain. And the redirection of salon and spa leads to Booker. So even with that happening, it's important to know that MINDBODY software alone gained 1,200 higher-priced software tier customers in the second quarter. So we're seeing strong organic adoption of MINDBODY software. And in an imaginary world where we have not acquired Booker and gone through all that effort to do so, we'd be growing MINDBODY quite strongly right now. But this is a better outcome to be MINDBODY and Booker united together because this is going to fuel much greater growth in the periods ahead. Brett, do you want to take the second part?

**Brett T. White** - *MINDBODY, Inc. - CFO & COO*

Yes. And as to our confidence for the second half of the year, we've done a lot of heavy lifting on the integration. And the teams, the management teams and the sales teams are clear on the go-to-market going forward. We have most of the go-to-market pieces in place. We've got the sales, the new sales headcount ramping. We've got, of course, July to reference for our sales velocity. So we're confident in the guidance that we've given, and the business is doing well.

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

It's important to remember that the guidance we've formulated before the last call was just a few weeks after we closed on the deal.

**Brett T. White** - *MINDBODY, Inc. - CFO & COO*

Right.

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

And we've learned a lot in the last couple of months about Booker, about the team, about the product, about the different cohorts of customers, and we're feeling very confident where we sit right now and the path ahead.

**Operator**

Our next question comes from Rishi Jaluria with D.A. Davidson.

**Rishi Nitya Jaluria** - *D.A. Davidson & Co., Research Division - Software Analyst*

I guess, first, I mean, I appreciate commentary around M&A with a capital raise. Can you give us a sense for what sort of targets kind of makes sense? I mean, would you be looking more at some of the current MINDBODY API partners or something similar to Booker that was outside of that ecosystem? Can you kind of help us frame how you're thinking about future M&A opportunities once, obviously, the integration with Booker is done? And then I've got a follow-up.

10

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MB0012319

Client Id: 77

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Sure. Well, there really are 2 categories of M&A opportunities for us. The first would be technology partners, platform partners, as you mentioned. Mostly those are that are API integrated with us. And as you know from our history, we've acquired 5 of those since early 2015, and it's really been quite a success for us. We're extremely pleased how even FitMetrix is doing just in the first few months, strong quarter-on-quarter growth, from Q1 to Q2, and of course, fantastic growth year-on-year for FitMetrix. Now Frederick was an additional acquisition. They were part of Booker. Booker acquired them a couple of years prior, and it's been a technology partner as well for a while, and they're also ramping up beautifully. So we see multiple opportunities on our platform. As you know, we have an open API platform with over 800 people developing on it. Maybe 1/10 of those are growing concerns, and then a fraction of those are some interesting acquisition opportunities, generally tuck-ins. Now the other category is competitors, and there are some interesting competitors around the world. In most cases, we're probably going to just beat those competitors head to head. But where a competitor has a strong entrenched position and a desirable niche of the markets we're going after, we would be interested in acquisition. Of course, in those cases, we're looking for, first and foremost, a good cultural fit between the teams because mergers and acquisitions are made or broken on the cultural fit of the teams. And of course, that they've got a solid product. It's pretty rare when we want to acquire a competitor with a strategy of migrating hundreds of thousands of customers over to our system. We'd rather just take those customers organically. But we think there's multiple opportunities, both in the U.S. and overseas, and it's great right now to have the resources, the cash on hand, because no one can tell an entrepreneur or a private equity investor when it's time to sell. And when they're ready to sell, we want to be ready.

**Rishi Nitya Jaluria** - *D.A. Davidson & Co., Research Division - Software Analyst*

Okay, got it. That's helpful. And I'd like to slide on Slide 29 on the investor deck, talking about the opportunity to convert some of those lower-priced Booker tiers to higher-priced. Can you give us a little bit more detail on maybe what that sales motion and conversion sort of looks like, what your strategy there, what's sort of investments may be required?

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Sure. So over the last year, we have been balancing our sales team between land and expand. So land in this nomenclature is the onboarding of new subscribers. Expand is saying us approaching existing customers and offering them additional products and services on top of that. And so we've been growing the size of our expand team. And now with the -- forking them into 2 vertically focused teams, fitness and beauty and wellness, they both have a significant expand capability, and we'll be growing that capability in the quarters ahead. And the way this works is we use predictive metrics to find businesses that we think would likely be receptive. We may provide some calls to action inside the software that give an opportunity to check out some of the new capabilities. We can give them case studies of existing customers who have implemented things, for example, like Frederick. Businesses that implement Frederick increase our revenue 50% in the first year. It's really quite striking. And so it's a kind of a soft-sell approach. We're certainly not trying to push this stuff hard on people. We want them to understand benefit, give an opportunity perhaps even to see the benefit, and then say yes and be onboard. And so we've had great success

(technical difficulty)

products, and we're quite confident we're going to do the same thing on the Booker side.

**Operator**

Our next question comes from Brian Essex with Morgan Stanley.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

CONFIDENTIAL

MB0012320

Client Id: 77

**Brian Lee Essex** - *Morgan Stanley, Research Division - Equity Analyst*

Rick, I was wondering if we can start maybe by hitting on some of the partner initiatives that you have. I know Instagram coming soon. Any others that you anticipate as meaningful partners on the platform? And how do you anticipate those partners will drive incremental volume over the platform?

---

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Sure. Yes, the Instagram, we announced that earlier in Q2, and it's actually out in beta right now. And there's a handful of businesses that are running it, getting some early adoption. We found with these partners is we get to see a partnership that's just like instantly had a huge explosion of volume, including Google. But they are growing steadily. And it is a component of that tripling and promoted inventory offering that's happened year-on-year. And we've got other partnerships in the cooker. But of course, we're not going to announce them until they're ready. But the magnitude of available classes and appointments in our system, well north of 5 million a day at this point, is quite attractive to a number of different consumer brands. And we expect meaningful partnerships to be an important part of our future.

---

**Brian Lee Essex** - *Morgan Stanley, Research Division - Equity Analyst*

Is this like -- specifically referring to Instagram, I mean, is that driving, I guess, bookable functionality for Instagram? Or does it just connect you through to MINDBODY?

---

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Yes. Sure. What we'll do is we'll send you some links. And so Instagram, businesses are starting to have their own Instagram pages, and so that's where they and their customers will upload pictures. And it's part of like getting the whole social experience of what's going on inside the gym or the salon or the spa and providing bookable capability right from Instagram. It is a high priority of Facebook to grow that kind of transaction enablement on that platform.

---

**Brian Lee Essex** - *Morgan Stanley, Research Division - Equity Analyst*

Got it. And maybe if I can sneak one more in. As you kind of go to market, both with legacy Booker as well as MINDBODY, or I guess, new Booker and MINDBODY customers, how much is data and analytics part of the platform in terms of measuring the health of the business as opposed to filling new mats in a studio?

---

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Data analytics for our customers' consumption or what we're doing internally?

---

**Brian Lee Essex** - *Morgan Stanley, Research Division - Equity Analyst*

Yes. So basically, typically, studio operators aren't the best businesspeople. What do you do on your platform? And is it a compelling value proposition for them to better measure the health of their business in the way that you can provide data and analytics to help them understand how they're doing, as opposed to the proposition of just filling the mats in the studio and driving revenue?

---

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Sure. Well, we've been really strengthening our own data science capabilities over the last couple of years and we'll continue to ramp that. It has been used for internal consumption at this point. It helps us drive our product road map. It helps us serve our customers better. It helps us understand

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



CONFIDENTIAL

MB0012321

the cohorts and all kinds of analyses that we've been sharing with investors have come out of that. And it's in our road map to be able to surface much of that to our customers and to [other] interested third parties where it's beneficial to the industry. Our North Star is going to be -- it needs to be helping those small business owners to succeed, number one; and number two, helping to connect more consumers to them. And so if we can meet that, those 2 criteria, then heck, yes, we want to share that anonymized, aggregated data in an appropriate way to help grow the industry.

**Operator**

Our next question comes from Pat Walravens with JMP.

**Patrick D. Walravens** - *JMP Securities LLC, Research Division - MD, Director of Technology Research and Senior Research Analyst*

Great. I have 2. Rick, my first one is just sort of wrapping up on this guidance thing. So when we talked and hosted that call with you at the end of May, you still felt like the guidance was likely to end up being conservative. So one of the things you learned apparently in June and July was about the impact of the double CRM systems. What else came up?

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Well, first of all, I don't think I've ever commented about a guidance that's out there. So I'll take a bit of an issue with that color, but as a matter of fact, we actually beat this quarter. But as far as in my view, I don't think I understood personally what it would take to combine 2 instances of sales force because we've never done it before. And the hard reality is, it's a pretty gnarly experience to do it. I think that we knew it would take time to ramp up, and what we didn't know was all the details around the Booker customer base. I mean, naturally, in the process of acquisition. The seller, in this case, is potentially selling their company to a competitor. So there's still a veil, if you will, between buyer and seller where we understand aggregate information about their customers, but we don't have details. And so as we dig into the details, it changes some of our viewpoints. And I touched on a bit of that in my comments, for example, the several hundred that just aren't in our target markets. And so that alone puts more than $1 million of haircut over our revenue this year. So there's a lot of puts and takes, and there's a lot of positives happening. We're really pleased with -- so just in the last, what, 4 weeks, the uptake of the higher pricing tiers by inbound Booker subscribers. I mean, that's exceeding our expectations. So that's good. That actually helps give us more confidence than we would have had 2 months ago. But we've got to understand what's going to happen to the customers that we have. We feel very good about the GMV of those 30% that we call the upsell opportunity. That's surprisingly high, an average of 15,000 per location. Actually, compares favorably. I mean, it's greater than 15, by the way, to MINDBODY. And so we're pleasantly surprised about that, and it's just difficult to predict the pace at which they'll adopt a higher price point and it's difficult to predict the pace at which we can ramp up this new consolidated beauty and wellness team. But meanwhile, the fitness team is firing on all cylinders. We're feeling really good about that.

**Patrick D. Walravens** - *JMP Securities LLC, Research Division - MD, Director of Technology Research and Senior Research Analyst*

All right. Great. That's a helpful overview. Then my other question is, one of the things that we're -- that I'm excited about on this is the ability to cross-market between fitness and beauty. How hard is that going to be? And how much of that is going to be like a permissioning privacy sort of issue?

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Well, I think, first and foremost, the business owners have to agree to cross-promote. And when a consumer agrees to have their information stored in a small business' database, there's an "I agree" moment, where they say it's okay for you or your affiliates to market me. So the consumer has to say yes to that. So when they say yes to that and when -- like my wife, her East Wellbeing Spa in San Luis Obispo and the Blueberry Hair Salon and the Smiling Dog Yoga Studio and the Yoga Center have agreed to be referral partners. And so right now, she's doing it manually. She has the business fliers and cards of those businesses on her front desk and her people ask her first. We're going to be able to give her and her [friendlies], if you will, in the local neighborhood, doing complementary things, the ability to market directly through web and mobile apps.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



CONFIDENTIAL                                                                                                          MB0012322

Client Id: 77

**Operator**

Our next question comes from George Kelly with Imperial Capital.

**George Arthur Kelly** - *Imperial Capital, LLC, Research Division - VP*

Just a couple for you. So first on dynamic pricing, and I may have missed this in your prepared remarks, but did you give any of the metrics about number of studios that have opted in? Or any kind of -- aside from the 3x up versus last year, did you provide any other kind of metrics? And if not, how would you characterize progress in getting people to sign up and in consumer adoption?

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

So I would characterize this as follows. First of all, we did not. We do not give those metrics on adoption. We did talk about a tripling year-on-year overall promoted offers, and that's being driven by strong internal offers and strong dynamic pricing, even more so than by partnerships. The long pole of the tent is business opt in. And so we have improved interfaces, joined in with the software, that will drive more business opt in. I think it's fair to characterize that we have several thousand opt ins now into dynamic pricing. And once people see performance from that, they rarely opt out, if ever. But the consumers love it. And so the new MINDBODY app was specifically designed to encourage more discovery and more engagement. And we like what we see. I mean, we're seeing sequential gains certainly quarter-on-quarter almost every week. Now we're going into a bit of the dark days of boutique fitness. The summer is the slow season. So we're excited about positioning the system with some additional iterations on the app with some additional opt ins on the business side for the big -- the boom lift that happens after Labor Day.

**George Arthur Kelly** - *Imperial Capital, LLC, Research Division - VP*

Okay. And then are you -- I believe it was last call that you mentioned you were doing some consumer marketing in select cities and testing that. Is that right? And what have you learned from those tests?

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

That's right. Yes. We've done some significant consumer marketing in select cities. What we learned is really fascinating. So the first one is, of course, it causes more download of the apps and more registrations. But equally importantly, it causes people who already have the app, it reminds them to open up again. And when we think about how many apps we all have on our phone now, we can sometimes lose track and then we've fallen off the wagon of regular exercise. And so it helps bring people back in the door and reengage. And also, it helps increase inbound. So for example, we did some significant marketing in San Francisco. In San Francisco, you would probably imagine is a pretty penetrated market for fitness. Actually, we saw significant boost in inbound leads and opportunities of fitness studios in the San Francisco Bay Area because of our consumer advertising. And that's what's really powerful because we can now have a consolidated 360-degree approach as we look at the different major metros, the 70 major metros in the English 8 countries, and we're going to be expanding that in the quarters ahead.

**George Arthur Kelly** - *Imperial Capital, LLC, Research Division - VP*

Okay. And last question for me. I thought there was going to be a mashed-up schedule online, just desktop, website presence sometime in the second quarter. Is that coming sometime soon?

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

No, we said that in the summer. So there's -- I think what you're talking about is the web version of the MINDBODY app?

14


THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

 **THOMSON REUTERS**

MB0012323

Client Id: 77

**JULY 31, 2018 / 8:30PM, MB - Q2 2018 MINDBODY Inc Earnings Call**

**George Arthur Kelly** - *Imperial Capital, LLC, Research Division - VP*

Correct.

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

And yes, that's coming. And by the way, coming soon and it's definitely before the end of summer.

**George Arthur Kelly** - *Imperial Capital, LLC, Research Division - VP*

And there will be -- all the kind of marketing initiatives will be listed on the app -- on that web version as well?

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Yes. The intention is the web version is a place to grab the attention of new users who haven't yet created an account. So it allows them to peruse inventory without having to register. And so the inventory that doesn't need to know who you are is dynamic pricing. Intro offers need to know who you are, because we're not going to offer George an intro offer to studio he's already going to. And so the idea is a bit of a breadcrumb approach, where you start perusing the inventory like you would with (inaudible) or other marketplaces like that. You find something you want, and then you enter your information as you're registering and paying for it. And then at that point, you're prompted to download the full MINDBODY app. So we see it initially as a funnel to drive more people to the MINDBODY app, also as a system that can more quickly provide access to inventory, either on our own URL, which is mindbody.io or on the URLs of partners.

**Operator**

(Operator Instructions) Our next question comes from Adam Kelsey with Craig-Hallum.

**Adam Kelsey**

This is Adam, on for George. Could you be more specific on how the dual sales force platforms impacted productivity?

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Sure. So right now, the sales reps themselves have to use 2 different instances of the software. Brett, do you want to talk a little bit more about that?

**Brett T. White** - *MINDBODY, Inc. - CFO & COO*

Yes. So basically, we've got leads coming in, both for MINDBODY and Booker, being channeled to either fitness side or the Booker side. So that has entered 2 instances. And we also have 2 billing systems. So basically, you have to double enter. You have to double manage the opportunities in 2 instances of sales force, and it's just -- it reduces the number of deals that you can attend to on a daily basis. It's just a productivity hit.

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

As a sales specialist.

15

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



MB0012324

Client Id: 77

JULY 31, 2018 / 8:30PM, MB - Q2 2018 MINDBODY Inc Earnings Call

---

**Brett T. White** - *MINDBODY, Inc. - CFO & COO*

Yes, as a sales rep, yes. And so that's the challenge. So when we look at how many deals we need to close a day per rep, both for ramp and ramping, the mats started getting hard with the amount of extra work that they had to do. And so that's what we're being cautious about.

---

**Adam Kelsey**

Okay, great. And then one more question. Coming off the Q1 call at conferences, you mentioned that slow adoption of the point terminal was an issue. Is there any update on that for the second quarter?

---

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Yes. We closed a number of the feature gaps and have met with Poynt to discuss some of the hardware improvements that they can make. That has improved Poynt sales somewhat. We're waiting to kind of see and make sure that the Poynt devices, the latest versions that are out there in the field are being well adopted and getting good reviews from our customers. And we're seeing that now. So we're seeing good retention of Poynt devices, good ramp of payments volume, significant improvements Q2 over Q1, and now we can start ramping the sales of those again. But we've dialed back our expectations for the balance of the year as a result.

---

**Brett T. White** - *MINDBODY, Inc. - CFO & COO*

Yes.

---

**Operator**

I show no further questions in queue. So I'd like to turn the conference back over to management for closing remarks.

---

**Richard Lee Stollmeyer** - *MINDBODY, Inc. - Co-Founder, CEO & Chairman*

Well, I just want to say that I think the most operative and important thing to say about MINDBODY is this is opening a new chapter in our history, and it both introduces complexities that our team has to deal with. And they've done so in a remarkable way. I'm extremely proud of them. And just enormous opportunity. There's no one in the world that has our go-to-market capabilities now in any of our target markets and nobody has the strength of our products not just MINDBODY and Booker, but Frederick and FitMetrix and our brand of overlaps. And so we're very excited about our long-term growth prospects. We're excited to return to profitability in 2019, because we love being profitable, and we're excited about the continued ramp of our consumer platform. Thanks, everybody.

---

**Operator**

Thank you, ladies and gentlemen. That does conclude today's conference. Thank you very much for your participation. You may all disconnect. Have a wonderful day.

---

16

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**THOMSON REUTERS**

MB0012325

## JULY 31, 2018 / 8:30PM, MB - Q2 2018 MINDBODY Inc Earnings Call

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2018, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**THOMSON REUTERS**

CONFIDENTIAL

MB0012326