# EXHIBIT 7

## J.P.Morgan

North America Equity Research
31 July 2018

# Mindbody

## 2Q18: Quarter Revenue Up, Full Year Guidance Down

The quarter itself was fine with revenue coming in above expectations, the bottom line beating by a couple of pennies, and subscriber count being basically in-line. The most encouraging metric was that the core high-value subscribers that should generate meaningful growth moving forward actually increased by 16% in the quarter. But we expect the stock to likely take a hit as the full-year guidance is coming down by $1 million and in this market where valuations in software are a premium, investors are expecting nothing less than perfectly clean quarters out of companies. The reason for the decrease, we believe, is very short-term manageable items as the company works through the integration of the Booker acquisition and as we roll into 2019 we expect operational items and the product portfolio to be set to deliver better than expected results.

- **Revenue results beat expectations.** MB reported 2Q18 revenue/non-GAAP EPS of $61.6M/($0.06) compared to our estimate of $60.3M/($0.08) and Street's $60.4M/($0.08).

- **Higher priced software tiers saw 16% year-over-year growth.** The positives in the quarter were headlined by subscriber growth in the segment of the market the company is focused on for future growth. These higher-priced tiers (Essential, Accelerate, Ultimate) generate 96% of the revenue and represent higher margin target customers that should fuel growth moving forward.

- **Integration of Booker ticking down full year revenue.** Before the new payment platform, expected to be rolled out at the end of the year, look for MB to cross/up sell legacy Booker into Beauty and Wellness until launch. However, that solution comes at lower average price points. In addition, it will likely take more than a quarter to fully integrate sales operations including multiple salesforce.com instances. This creates a less than optimal sales environment causing increased friction in go to market functions. The combination of these items will likely hinder growth for the next two quarters and we are tweaking down second-half growth.

- **New payment platform can broaden the addressable market.** The

## Overweight

**MB, MB US**

Price: $37.35

▲ **Price Target: $48.00**
Previous: $40.00

---

**Software Technology**

**Sterling Auty, CFA** [AC]
(1-212) 622-6389
sterling.auty@jpmorgan.com
**Bloomberg** JPMA AUTY <GO>
J.P. Morgan Securities LLC

**Jackson E Ader, CFA**
(1-212) 622-4863
jackson.e.ader@jpmorgan.com
J.P. Morgan Securities LLC

**Ugam Kamat**
(1-212) 622-6102
ugam.kamat@jpmchase.com
J.P. Morgan India Private Limited

---

**Price Performance**

| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 21.3% | -5.9% | -5.8% | 43.9% |
| Rel | 13.5% | -6.8% | -14.2% | 26.7% |



SMid Cap Research
THINK BIG, BUY SMALL

**Mindbody Inc (MB;MB US)**

| FYE Dec | 2015A | 2016A | 2017A | 2018E (Prev) | 2018E (Curr) | 2019E (Prev) | 2019E (Curr) |
|---|---|---|---|---|---|---|---|
| EPS - Non GAAP ($) | | | | | | | |
| Q1 (Mar) | (0.21) | (0.12) | (0.03) | 0.06A | 0.06A | (0.02) | 0.00 |
| Q2 (Jun) | (0.21) | (0.10) | (0.01) | (0.08) | (0.06)A | (0.02) | (0.00) |
| Q3 (Sep) | (0.19) | (0.09) | 0.01 | (0.08) | (0.07) | (0.00) | (0.01) |
| Q4 (Dec) | (0.17) | (0.04) | 0.03 | (0.06) | (0.06) | 0.06 | 0.01 |
| FY | (0.76) | (0.35) | 0.02 | (0.16) | (0.13) | 0.02 | 0.00 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

**Company Data**

| | |
|---|---|
| Price ($) | 37.35 |
| Date Of Price | 31-Jul-18 |
| 52-week Range ($) | 45.50-21.57 |
| Market Cap ($ mn) | 1,908.19 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 51 |
| Price Target ($) | 48.00 |
| Price Target End Date | 31-Dec-19 |

**See page 10 for analyst certification and important disclosures, including non-US analyst disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
31 July 2018

J.P.Morgan

company does not currently enjoy card present rates across all of the English eight target markets, and certainly not into non-English speaking markets including France, Germany, and others. That makes the new payment platform very attractive as it has the potential to improve the economics in the core domestic markets as the company looks to upsell into the Booker customer base. However, the exposure also creates the potential to finally having a meaningful non-English market expansion.

- **Establishing December 2019 price target of $48.** Our price target is based on our 10-year DCF and a terminal FCFF multiple of 15x.

J.P.Morgan

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
31 July 2018

J.P.Morgan

# Estimate Reconciliation

**Table 1: New vs. Old Estimates**

|  | Sep-18E | Dec-18E | 2018E | Mar-19E | Jun-19E | Sep-19E | Dec-19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|
| **Revenue** |  |  |  |  |  |  |  |  |  |
| New | 64.1 | 68.0 | 247.5 | 72.2 | 74.4 | 77.9 | 85.7 | 310.2 | 381.3 |
| Old | 64.1 | 69.2 | 247.4 | 73.4 | 76.5 | 80.6 | 87.9 | 318.5 |  |
|  |  |  |  |  |  |  |  |  |  |
| **Non-GAAP EPS** |  |  |  |  |  |  |  |  |  |
| New | ($0.07) | ($0.06) | ($0.13) | $0.00 | ($0.00) | ($0.01) | $0.01 | $0.00 | $0.30 |
| Old | ($0.08) | ($0.06) | ($0.16) | ($0.02) | ($0.02) | ($0.00) | $0.06 | $0.02 |  |

Source: J.P. Morgan estimates, Company data.

**Table 2: GAAP vs. Non-GAAP Reconciliation**

|  | Sep-18E | Dec-18E | 2018E | Mar-19E | Jun-19E | Sep-19E | Dec-19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|
| **GAAP EPS** | ($0.34) | ($0.33) | ($1.06) | ($0.26) | ($0.28) | ($0.29) | ($0.27) | ($1.09) | ($0.83) |
| Reconciliation | ($0.27) | ($0.27) | ($0.93) | ($0.26) | ($0.28) | ($0.28) | ($0.27) | ($1.09) | ($1.13) |
| **Non-GAAP EPS** | ($0.07) | ($0.06) | ($0.13) | $0.00 | ($0.00) | ($0.01) | $0.01 | $0.00 | $0.30 |

Source: J.P. Morgan estimates, Company data.

3

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
31 July 2018

J.P.Morgan

**Table 3: Actual 2Q18 Results vs. JPM Estimates and Consensus**

|  | Consensus | Actual Jun-18 | JPM Estimates | Variance per Share |
|---|---|---|---|---|
| **Revenue** |  |  |  |  |
| Subscription and services |  | 38.5 | 37.1 |  |
| Y/Y Change |  | 48.3% | 42.9% |  |
| Payments |  | 22.3 | 22.7 |  |
| Y/Y Change |  | 26.4% | 28.9% |  |
| Product and other |  | 0.8 | 0.4 |  |
| Y/Y Change |  | 62.3% | -10.0% |  |
| Total revenue | **60.4** | **61.6** | **60.3** |  |
| Y/Y Change | **37.0%** | **39.7%** | **36.7%** |  |
|  |  |  |  |  |
| Cost of revenue |  | 15.8 | 17.5 |  |
| %Total Revenue |  | 25.6% | 29.0% |  |
| Total cost of goods sold | 17.4 | 15.8 | 17.5 |  |
|  |  |  |  |  |
| Gross profit | **43.0** | **45.8** | **42.8** |  |
| Gross margin | **71.1%** | **74.4%** | **71.0%** |  |
|  |  |  |  |  |
| Operating expenses |  |  |  |  |
| Sales/marketing |  | 22.5 | 21.1 | $0.03 |
| %Total Revenue |  | 36.6% | 35.0% |  |
| R&D |  | 15.5 | 13.3 | ($0.05) |
| %Total Revenue |  | 25.2% | 22.0% |  |
| G&A |  | 10.6 | 11.5 | $0.03 |
| %Total Revenue |  | 17.3% | 19.0% |  |
| Total operating expenses |  | 48.7 | 45.8 |  |
|  |  |  |  |  |
| Operating income | **(4.0)** | **(2.9)** | **(3.0)** |  |
| Operating margin | **-6.6%** | **-4.6%** | **-5.0%** |  |
|  |  |  |  |  |
| Adjusted EBITDA |  | **(0.5)** | **(0.8)** |  |
| Adjusted EBITDA Margin |  | **-0.9%** | **-1.3%** |  |
|  |  |  |  |  |
| Other income (expense) |  | (0.0) | (0.3) |  |
| %Total Revenue |  | 0.0% | -0.5% |  |
| Change in fair value of preferred warrants |  | 0.0 | 0.0 |  |
| %Total Revenue |  | 0.0% | 0.0% |  |
| Total other income (expense) |  | **0.1** | **(0.3)** |  |
|  |  |  |  |  |
| Pretax income |  | **(2.8)** | **(3.3)** |  |
| Pretax margin |  | **-4.5%** | **-5.5%** |  |
|  |  |  |  |  |
| Income taxes |  | 0.1 | 0.5 | $0.01 |
| Tax rate |  | -2.8% | -15.1% |  |
| Net income |  | **(2.9)** | **(3.8)** |  |
| Net margin |  | **-4.6%** | **-6.3%** |  |
|  |  |  |  |  |
| EPS - fully diluted | **($0.08)** | **($0.06)** | **($0.08)** |  |
| Shares used in calculating EPS (MM) |  | 47.6 | 47.6 |  |
| Y/Y EPS Change |  | 470.5% | 660.6% |  |
|  |  |  |  |  |
| **Total variance** |  |  |  | **0.02** |
|  |  |  |  |  |
| CFO | 1.4 | (5.2) | (3.7) |  |
| FCFF | (1.4) | (7.6) | (6.2) |  |
|  |  |  |  |  |
| Subscribers (000s) |  | 68.1 | 68.2 |  |
| ARPS |  | 293.0 | 292.3 |  |
| Payment volume ($M) |  | $2,716.0 | $2,496.0 |  |

Source: Company reports, J.P. Morgan estimates, Street Account and Bloomberg.

Note: EPS variances may not sum to total due to rounding.

4

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
31 July 2018

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Mindbody *(Overweight; Price Target: $48.00)*

**Investment Thesis**

*Total addressable market an estimated $10.5B, with $1.4B near term*
On a global basis there appear to be roughly 4.2 million businesses in the wellness industry. These range from yoga studios to pilates to fitness locations and even spas. Taking the estimated $283 average revenue per subscriber—based on an average subscription price of $171 and a 65% payments attach rate— in the high-value segment and $112.5 ARPS—based on a $75 subscription and a 50% payment attach rate—in the lower value segment and applying it to the 4.2 million businesses yields an estimated total addressable market of roughly $10.5 billion on an annual basis. The impressive part is that this is a recurring revenue number. Tactically, MB is focusing on 75 metro areas across eight English-speaking countries that comprise roughly 400,000 or 10% of the global market. On that basis, the near-term total addressable market would be roughly $1.4 billion, and, again, that is an annual recurring number.

*Vertical SaaS is a competitive advantage*
Customers appreciate a deep level of knowledge of their industry being built into the core systems that they run their businesses on day to day. Over the last 10 years we have witnessed a number of SaaS vendors being able to establish impressive competitive positions that benefit top-line growth and ultimately margins. Companies like Blackboard in education and Veeva (VEEV/OW) in life sciences are great examples. We believe Mindbody is the latest to be able to capitalize on this phenomenon, and the greater the subscriber base grows the harder it will be to displace MB as the leader, in our view.

*Network effect*
Businesses are being attracted to MB solutions to be able to easily schedule appointments and resources and to process payments to run their operations. They also like the mobile app, integration to social media, and web capabilities to interact with customers. Now partners, including Google, see the benefit to the over 60,000 businesses as another way to drive traffic and revenue. Together these three areas are creating a network effect that should help sustain growth over the long term.

*Execution—Under Promise and Over Deliver*
In the eight quarters since going public, MB has under promised and over delivered to the tune of an average 2.6% beat on the top line. Given the complete subscription business model for MB it is difficult to drive large upside to revenue quarter in and quarter out, so it is a testament to the execution in the timing of when new subscribers close in the quarter and the amount of upsell, in our view. Growth is coming from both more subscribers and higher revenue per subscriber in a balanced fashion that we believe creates a more sustainable growth profile for the future.

*International opportunity*
Currently, less than 20% of revenue comes from outside the US. In fact, the company has been focused on eight English-speaking countries as the primary markets thus

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
31 July 2018

J.P.Morgan

far. However, the majority of the 4.2 million businesses in the addressable market lies outside the 75 metro areas that are currently being targeted. We see significant opportunity for the company to localize its solutions and drive additional growth similar to what we saw with GoDaddy (GDDY/N) starting in 2012.

**Valuation**

Our December 2019 price target of $48, up from $40, is based on our 10-year DCF analysis, a discount rate of 10.5%, and a terminal EV/FCFF multiple of 15x, which is in line with our expected FCFF growth rate at the end of our analysis. We believe that an EV/FCFF-to-growth ratio of ~1 is appropriate for a company like Mindbody, which is not expected to reach terminal growth by the end of our forecast period.

**Table 4: DCF analysis**

| | FY 2017 | FY 2018E | FY 2019E | FY 2020E | FY 2021E | FY 2022E | FY 2023E | FY 2024E | FY 2025E | FY 2026E | FY 2027E | FY 2028E | FY 2029E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Free Cash Flow to Firm (FCFF) Analysis** | | | | | | | | | | | | | |
| Cash Flow from Operations (CFO) | 11.1 | 0.4 | 21.4 | 42.0 | 61.7 | | | | | | | | |
| + After Tax Net Interest Expense (Income) | | | | | | | | | | | | | |
| - Capital expenditures | (8.8) | (9.9) | (10.9) | (13.3) | (16.1) | | | | | | | | |
| **FCFF** | 2.3 | -9.5 | 10.6 | 28.6 | 45.6 | 63.8 | 87.4 | 117.1 | 153.4 | 191.8 | 234.0 | 276.1 | 317.5 |
| **Growth** | -118% | -515% | -211% | 171% | 59% | 40% | 37% | 34% | 31% | 25% | 22% | 18% | 15% |
| Present value of FCFF | | | | 25.9 | 37.3 | 47.2 | 58.5 | 70.9 | 83.9 | 94.9 | 104.7 | 111.7 | |

Source: Company reports and J.P. Morgan estimates.

**Table 5: Terminal multiple scenario analysis**

| Terminal multiple scenarios | | | | |
|---|---|---|---|---|
| Terminal value | 1,510.6 | 1,626.8 | 1,743.0 | 1,859.2 |
| Last forecasted FCFF | 276.1 | 276.1 | 276.1 | 276.1 |
| Terminal EV/FCFF multiple | 13 | 14 | 15 | 16 |
| | | | | |
| Total present value of FCFF | 634.9 | 634.9 | 634.9 | 634.9 |
| Terminal value | 1510.6 | 1626.8 | 1743.0 | 1859.2 |
| Total enterprise value | 2,145.5 | 2,261.7 | 2,377.9 | 2,494.1 |
| - debt | 15 | 15 | 15 | 15 |
| + excess cash | 86 | 86 | 86 | 86 |
| = equity value | 2,216.7 | 2,332.9 | 2,449.1 | 2,565.3 |
| / shares outstanding | 50.6 | 50.6 | 50.6 | 50.6 |
| **= Price per share** | $ 43.81 | $ 46.11 | $ 48.40 | $ 50.70 |
| | | | | |
| Based on 2019E Implied EV / Sales | 6.9 | 7.3 | 7.7 | 8.0 |

Source: Company reports and J.P. Morgan estimates.

**Risks to Rating and Price Target**

*Solos revenue headwind creates growth challenge*
From the time of the IPO, subscriber growth was the key metric, but at the start of the year, management shifted its focus to higher value customers that have payment attached to their account. Management believes the users that chose its Solo option, while good for subscriber growth, actually created low-quality revenue. Those Solo subscribers tended to be sole proprietor businesses like a fitness trainer where the average revenue was on the low side and arguably future profitability as well. This group represents roughly 4% of revenue but a higher percentage of the overall subscribers. Solos are expected to churn off over the course of calendar 2018, creating a revenue growth headwind, but if our estimate of the impact is too low we could see a greater revenue hit and with it a hit to share performance.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
31 July 2018

J.P.Morgan

*Flattening growth in high value targets*
Taking an estimate of the contribution from Solo subscribers to the subscriber count over the last couple of years, it is difficult to zero in on just how quickly high-value targets are actually growing. We believe overall growth has been a relatively even split between improvement in the average revenue per subscriber (storefront) and the addition of new subscribers. If the growth rate of subscribers flattened it would increase the risk to the top line as more emphasis would have to be placed on improvements in average revenue statistics.

*Subscriber growth slowdown heightens the need for ARPS growth*
Now that the solo option has been eliminated, the focus turns to higher value customers. Higher value customers are not added at the same rate and pace of the Solo customers of the past. That means the mix of revenue growth coming from increasing ARPS is a bigger factor moving forward. Any stagnation in that ARPS increase would likely lead to growth deceleration and impact the stock.

*Large addressable market attracts large technology competitors*
While Google is currently a partner, and Amazon is nowhere to be found in the space, there is a risk that they will recognize the size of the opportunity in this market and decide to enter as competitors. The broad reach of these tech franchises would pose a risk if focus and execution are brought to bear.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
31 July 2018

J.P.Morgan

### Table 6: Non-GAAP Income Statement

| Legend: Blue=Input/Company Provided; Orange=Forecast Black=Formula; Green=Link to Another Sheet | FY 2016 | Mar-17 | Jun-17 | Sep-17 | Dec-17 | FY 2017 | Mar-18 | Jun-18 | Sep-18E | Dec-18E | FY 2018E | FY 2019E | FY 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Subscription and services | 82.9 | 25.0 | 26.0 | 28.3 | 29.9 | 109.2 | 32.7 | 38.5 | 41.3 | 44.5 | 157.1 | 206.7 | 258.5 |
| Y/Y Change | 35.2% | 29.6% | 29.2% | 33.5% | 33.9% | 31.7% | 31.2% | 48.3% | 45.9% | 48.7% | 43.9% | 31.6% | 25.1% |
| Payments | 53.8 | 16.8 | 17.6 | 17.8 | 19.1 | 71.3 | 20.2 | 22.3 | 22.3 | 22.9 | 87.7 | 101.0 | 120.6 |
| Y/Y Change | 43.6% | 37.8% | 36.5% | 31.9% | 25.2% | 32.4% | 20.8% | 26.4% | 25.4% | 20.0% | 23.1% | 15.1% | 19.4% |
| Product and other | 2.3 | 0.5 | 0.5 | 0.5 | 0.6 | 2.2 | 0.9 | 0.8 | 0.5 | 0.6 | 2.7 | 2.4 | 2.2 |
| Y/Y Change | -10.7% | -14.5% | -9.0% | -8.4% | 14.5% | -4.6% | 66.5% | 62.3% | -10.0% | -10.0% | 24.2% | -10.0% | -10.0% |
| **Total revenue** | **139.0** | **42.2** | **44.1** | **46.6** | **49.7** | **182.6** | **53.8** | **61.6** | **64.1** | **68.0** | **247.5** | **310.2** | **381.3** |
| **Y/Y Change** | **37.1%** | **31.9%** | **31.4%** | **32.2%** | **30.1%** | **31.4%** | **27.5%** | **39.7%** | **37.4%** | **36.9%** | **35.5%** | **25.3%** | **22.9%** |
| | | | | | | | | | | | | | |
| Cost of revenue | 41.7 | 11.6 | 12.0 | 12.4 | 13.2 | 49.1 | 14.5 | 15.8 | 16.7 | 17.7 | 64.6 | 79.9 | 97.2 |
| %Total Revenue | 30.0% | 27.4% | 27.1% | 26.7% | 26.5% | 26.9% | 26.8% | 25.6% | 26.0% | 26.0% | 26.1% | 25.8% | 25.5% |
| **Total cost of goods sold** | **41.7** | **11.6** | **12.0** | **12.4** | **13.2** | **49.1** | **14.5** | **15.8** | **16.7** | **17.7** | **64.6** | **79.9** | **97.2** |
| | | | | | | | | | | | | | |
| **Gross profit** | **97.3** | **30.6** | **32.1** | **34.2** | **36.5** | **133.5** | **39.4** | **45.8** | **47.4** | **50.3** | **182.9** | **230.3** | **284.1** |
| **Gross margin** | **70.0%** | **72.6%** | **72.9%** | **73.3%** | **73.5%** | **73.1%** | **73.2%** | **74.4%** | **74.0%** | **74.0%** | **73.9%** | **74.3%** | **74.5%** |
| | | | | | | | | | | | | | |
| **Operating expenses** | | | | | | | | | | | | | |
| Sales/marketing | 54.4 | 15.8 | 16.7 | 17.7 | 18.8 | 69.0 | 17.0 | 22.5 | 23.7 | 24.5 | 87.7 | 106.6 | 127.7 |
| %Total Revenue | 39.1% | 37.5% | 37.8% | 37.9% | 37.7% | 37.8% | 31.5% | 36.6% | 37.0% | 36.0% | 35.4% | 34.4% | 33.5% |
| R&D | 28.3 | 8.1 | 7.8 | 7.8 | 8.2 | 31.9 | 10.5 | 15.5 | 16.2 | 16.8 | 59.0 | 71.3 | 76.3 |
| %Total Revenue | 20.4% | 19.2% | 17.7% | 16.8% | 16.5% | 17.5% | 19.5% | 25.2% | 25.3% | 24.8% | 23.8% | 23.0% | 20.0% |
| G&A | 26.7 | 7.5 | 7.9 | 8.1 | 8.0 | 31.4 | 9.4 | 10.6 | 11.4 | 12.1 | 43.5 | 49.6 | 55.3 |
| %Total Revenue | 19.2% | 17.7% | 17.8% | 17.5% | 16.0% | 17.2% | 17.5% | 17.3% | 17.8% | 17.8% | 17.6% | 16.0% | 14.5% |
| **Total operating expenses** | **109.4** | **31.4** | **32.4** | **33.6** | **34.9** | **132.3** | **36.9** | **48.7** | **51.3** | **53.4** | **190.2** | **227.6** | **259.3** |
| | | | | | | | | | | | | | |
| **Operating income** | **(12.1)** | **(0.8)** | **(0.2)** | **0.6** | **1.6** | **1.2** | **2.5** | **(2.9)** | **(3.8)** | **(3.1)** | **(7.2)** | **2.7** | **24.8** |
| **Operating margin** | **-8.7%** | **-1.9%** | **-0.5%** | **1.2%** | **3.3%** | **0.6%** | **4.7%** | **-4.6%** | **-6.0%** | **-4.5%** | **-2.9%** | **0.9%** | **6.5%** |
| | | | | | | | | | | | | | |
| **Adjusted EBITDA** | **(4.8)** | **1.1** | **1.7** | **2.5** | **3.6** | **8.9** | **4.6** | **(0.5)** | **(1.5)** | **(0.7)** | **1.9** | **13.2** | **37.0** |
| **Adjusted EBITDA Margin** | **-3.5%** | **2.6%** | **3.8%** | **5.3%** | **7.3%** | **4.9%** | **8.6%** | **-0.9%** | **-2.4%** | **-1.0%** | **0.8%** | **4.3%** | **9.7%** |
| | | | | | | | | | | | | | |
| **Other income (expenses)** | | | | | | | | | | | | | |
| Interest expense | (0.6) | (0.2) | (0.1) | | | (0.3) | | (0.4) | (0.2) | (0.2) | (0.8) | (0.9) | (1.0) |
| %Total Revenue | -0.4% | -0.5% | -0.2% | | | -0.2% | | -0.6% | -0.3% | -0.3% | -0.3% | -0.3% | -0.3% |
| Other income (expense) | (0.8) | (0.1) | (0.0) | 0.2 | (0.3) | (0.2) | (2.1) | (0.0) | (0.3) | (0.3) | (2.8) | (1.6) | (1.9) |
| %Total Revenue | -0.6% | -0.2% | 0.0% | 0.5% | -0.7% | -0.1% | -3.9% | 0.0% | -0.5% | -0.5% | -1.1% | -0.5% | -0.5% |
| **Total other income (expense)** | **(1.3)** | **(0.3)** | **(0.1)** | **0.2** | **(0.1)** | **(0.3)** | **(1.7)** | **0.1** | **(0.5)** | **(0.6)** | **(2.7)** | **(2.5)** | **(2.9)** |
| | | | | | | | | | | | | | |
| **Pretax income** | **(13.5)** | **(1.1)** | **(0.3)** | **0.8** | **1.5** | **0.9** | **0.8** | **(2.8)** | **(4.4)** | **(3.6)** | **(10.0)** | **0.3** | **21.9** |
| **Pretax margin** | **-9.7%** | **-2.6%** | **-0.8%** | **1.7%** | **3.1%** | **0.5%** | **1.5%** | **-4.5%** | **-6.8%** | **-5.3%** | **-4.0%** | **0.1%** | **5.7%** |
| | | | | | | | | | | | | | |
| Income taxes | 0.3 | 0.1 | 0.1 | 0.1 | (0.2) | 0.2 | (2.1) | 0.1 | (1.1) | (0.9) | (3.9) | 0.1 | 5.3 |
| Tax rate | -2.4% | -13.0% | -35.0% | 10.7% | -11.5% | 19.0% | -259.8% | -2.8% | 24.0% | 24.0% | 39.0% | 24.0% | 24.0% |
| **Net income** | **(13.8)** | **(1.2)** | **(0.5)** | **0.7** | **1.7** | **0.7** | **2.9** | **(2.9)** | **(3.3)** | **(2.8)** | **(6.1)** | **0.2** | **16.7** |
| **Net margin** | **-9.9%** | **-2.9%** | **-1.0%** | **1.5%** | **3.4%** | **0.4%** | **5.3%** | **-4.6%** | **-5.2%** | **-4.0%** | **-2.5%** | **0.1%** | **4.4%** |
| | | | | | | | | | | | | | |
| **EPS - fully diluted** | **($0.35)** | **($0.03)** | **($0.01)** | **$0.01** | **$0.03** | **$0.02** | **$0.06** | **($0.06)** | **($0.07)** | **($0.06)** | **($0.13)** | **$0.00** | **$0.30** |
| Shares used in calculating EPS (MM) | 39.9 | 40.8 | 43.1 | 48.3 | 49.1 | 45.3 | 49.6 | 47.6 | 48.0 | 48.5 | 48.4 | 51.2 | 54.8 |
| Y/Y EPS Change | -54.8% | -74.0% | -89.8% | -116.5% | -187.2% | -104.5% | -289.3% | 470.5% | -582.5% | -262.9% | -903.7% | -103.1% | 7673.4% |
| Q/Q sharecount change | | 0.6% | 5.9% | 12.0% | 1.5% | | 9.3% | -4.1% | 1.0% | 1.0% | | | |

Source: J.P. Morgan estimates, Company data.

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
31 July 2018

**J.P.Morgan**

# Mindbody: Summary of Financials

| Income Statement - Annual | FY16A | FY17A | FY18E | FY19E | FY20E | Income Statement - Quarterly | 1Q18A | 2Q18A | 3Q18E | 4Q18E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 139 | 183 | 248 | 310 | 381 | Revenue | 54A | 62A | 64 | 68 |
| COGS | (43) | (52) | (80) | (102) | (120) | COGS | (15)A | (19)A | (22) | (23) |
| Gross profit | 96 | 131 | 168 | 209 | 262 | Gross profit | 38A | 42A | 42 | 45 |
| SG&A | (87) | (109) | (150) | (172) | (202) | SG&A | (31)A | (41)A | (38) | (40) |
| Adj. EBITDA | (5) | 9 | 2 | 13 | 37 | Adj. EBITDA | 5A | (1)A | (2) | (1) |
| D&A | (8) | (9) | (22) | (30) | (31) | D&A | (3)A | (5)A | (7) | (7) |
| Adj. EBIT | (12) | 1 | (7) | 3 | 25 | Adj. EBIT | 3A | (3)A | (4) | (3) |
| Net Interest | (1) | (0) | (7) | (14) | (15) | Net Interest | 0A | (1)A | (3) | (3) |
| Adj. PBT | (13) | 1 | (10) | 0 | 22 | Adj. PBT | 1A | (3)A | (4) | (4) |
| Tax | (0) | (0) | 4 | (0) | (5) | Tax | 2A | (0)A | 1 | 1 |
| Minority Interest | - | - | - | - | - | Minority Interest | - | - | - | - |
| Adj. Net Income | (14) | 1 | (6) | 0 | 17 | Adj. Net Income | 3A | (3)A | (3) | (3) |
| Reported EPS | (0.58) | (0.33) | (1.05) | (1.09) | (0.83) | Reported EPS | (0.03)A | (0.36)A | (0.34) | (0.33) |
| Adj. EPS | (0.35) | 0.02 | (0.13) | 0.00 | 0.30 | Adj. EPS | 0.06A | (0.06)A | (0.07) | (0.06) |
| DPS | - | - | - | - | - | DPS | - | - | - | - |
| Payout ratio | - | - | - | - | - | Payout ratio | - | - | - | - |
| Shares outstanding | 40 | 45 | 48 | 51 | 55 | Shares outstanding | 50A | 48A | 48 | 49 |

| Balance Sheet & Cash Flow Statement | FY16A | FY17A | FY18E | FY19E | FY20E | Ratio Analysis | FY16A | FY17A | FY18E | FY19E | FY20E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 86 | 232 | 327 | 337 | 366 | Gross margin | 69.0% | 71.6% | 67.7% | 67.2% | 68.6% |
| Accounts receivable | 9 | 11 | 15 | 20 | 25 | EBITDA margin | (3.5%) | 4.9% | 0.8% | 4.3% | 9.7% |
| Inventories | 0 | 0 | 0 | 0 | 0 | EBIT margin | (8.7%) | 0.6% | (2.9%) | 0.9% | 6.5% |
| Other current assets | 4 | 6 | 11 | 12 | 15 | Net profit margin | (9.9%) | 0.4% | (2.5%) | 0.1% | 4.4% |
| Current assets | 99 | 249 | 353 | 369 | 406 | | | | | | |
| PP&E | 33 | 33 | 33 | 34 | 35 | ROE | (13.3%) | 0.4% | (2.4%) | 0.1% | 7.3% |
| LT investments | - | - | - | - | - | ROA | (9.7%) | 0.3% | (1.4%) | 0.0% | 2.9% |
| Other non current assets | 12 | 20 | 179 | 161 | 143 | ROCE | (12.0%) | 0.5% | (2.7%) | 0.4% | 3.9% |
| Total assets | 144 | 301 | 566 | 564 | 583 | SG&A/Sales | 62.5% | 59.8% | 60.5% | 55.3% | 53.0% |
| | | | | | | Net debt/equity | (84.5%) | (92.1%) | (33.4%) | (36.5%) | (45.6%) |
| Short term borrowings | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Payables | 5 | 7 | 10 | 12 | 15 | P/E (x) | NM | 2,384.3 | NM | 9,544.0 | 122.8 |
| Other short term liabilities | 16 | 21 | 29 | 40 | 53 | P/BV (x) | 14.7 | 6.7 | 6.8 | 8.1 | 9.3 |
| Current liabilities | 21 | 29 | 39 | 52 | 67 | EV/EBITDA (x) | NM | 188.3 | 952.8 | 137.8 | 48.9 |
| Long-term debt | - | - | 238 | 251 | 266 | Dividend Yield | - | - | - | - | - |
| Other long term liabilities | 21 | 21 | 23 | 25 | 30 | | | | | | |
| Total liabilities | 42 | 49 | 300 | 329 | 363 | Sales/Assets (x) | 1.0 | 0.8 | 0.6 | 0.5 | 0.7 |
| Shareholders' equity | 102 | 252 | 266 | 235 | 220 | Interest cover (x) | NM | 141.3 | 0.3 | 0.9 | 2.4 |
| Minority interests | - | - | - | - | - | Operating leverage | (143.6%) | (349.0%) | (2051.8%) | (543.8%) | 3528.2% |
| Total liabilities & equity | 144 | 301 | 566 | 564 | 583 | | | | | | |
| BVPS | 2.55 | 5.56 | 5.49 | 4.59 | 4.02 | Revenue y/y Growth | 37.1% | 31.4% | 35.5% | 25.3% | 22.9% |
| *y/y Growth* | *(13.8%)* | *118.2%* | *(1.2%)* | *(16.5%)* | *(12.4%)* | EBITDA y/y Growth | (75.8%) | (284.9%) | (78.5%) | 592.3% | 179.6% |
| Net debt/(cash) | (86) | (232) | (89) | (86) | (100) | Tax rate | (2.4%) | 19.0% | (39.0%) | 24.0% | 24.0% |
| | | | | | | Adj. Net Income y/y Growth | (49.6%) | (105.1%) | (958.4%) | (103.3%) | 8207.4% |
| Cash flow from operating activities | (4) | 11 | 0 | 21 | 42 | EPS y/y Growth | (54.8%) | (104.5%) | (903.7%) | (103.1%) | 7673.4% |
| o/w Depreciation & amortization | 8 | 9 | 22 | 30 | 31 | DPS y/y Growth | - | - | - | - | - |
| o/w Changes in working capital | 2 | 2 | 1 | 9 | 11 | | | | | | |
| Cash flow from investing activities | (13) | (11) | (162) | (11) | (13) | | | | | | |
| o/w Capital expenditure | (9) | (7) | (9) | (11) | (13) | | | | | | |
| *as % of sales* | *6.2%* | *3.8%* | *3.5%* | *3.5%* | *3.5%* | | | | | | |
| Cash flow from financing activities | 9 | 145 | 256 | 0 | 0 | | | | | | |
| o/w Dividends paid | - | - | - | - | - | | | | | | |
| o/w Net debt issued/(repaid) | - | - | - | - | - | | | | | | |
| Net change in cash | (8) | 146 | 95 | 11 | 29 | | | | | | |
| Adj. Free cash flow to firm | (12) | 4 | 2 | 21 | 40 | | | | | | |
| *y/y Growth* | *(56.8%)* | *(136.2%)* | *(60.6%)* | *1163.7%* | *86.9%* | | | | | | |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
31 July 2018

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Mindbody.

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for Mindbody within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Mindbody.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Mindbody.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Mindbody.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Mindbody.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Mindbody.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

**Mindbody (MB, MB US) Price Chart**



| Date | Rating | Share Price ($) | Price Target ($) |
|---|---|---|---|
| 09-Jun-17 | OW | 27.90 | 38.00 |
| 22-Feb-18 | OW | 35.55 | 40.00 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Jun 09, 2017.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
31 July 2018

J.P.Morgan

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Auty, Sterling P**: ANSYS, Inc. (ANSS), Adobe Systems (ADBE), Akamai Technologies, Inc. (AKAM), Altair (ALTR), Aspen Technology (AZPN), Autodesk (ADSK), Avalara (AVLR), CA Inc (CA), Cadence Design Systems (CDNS), Carbon Black (CBLK), Check Point Software (CHKP), CoStar Group (CSGP), CyberArk (CYBR), DocuSign (DOCU), Ellie Mae (ELLI), FireEye (FEYE), Five9 (FIVN), ForeScout (FSCT), Fortinet, Inc (FTNT), GoDaddy Inc (GDDY), Guidewire Software (GWRE), Imperva (IMPV), Intuit (INTU), LogMeIn (LOGM), Medidata Solutions (MDSO), Mimecast (MIME), Mindbody (MB), New Relic (NEWR), Okta (OKTA), PTC Inc (PTC), Palo Alto Networks (PANW), Pluralsight (PS), Q2 Holdings Inc. (QTWO), Qualys (QLYS), RealPage (RP), RingCentral (RNG), SS&C Technologies (SSNC), SecureWorks (SCWX), ServiceNow (NOW), Synchronoss Technologies (SNCR), Synopsys Inc (SNPS), TiVo Corp (TIVO), Veeva Systems (VEEV), VeriSign (VRSN), Web.com (WEB), Wix.com (WIX)

**J.P. Morgan Equity Research Ratings Distribution, as of July 02, 2018**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 41% | 13% |
| IB clients* | 54% | 48% | 40% |
| JPMS Equity Research Coverage | 45% | 42% | 13% |
| IB clients* | 74% | 66% | 58% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of JPMS, are not registered/qualified as research analysts under NASD/NYSE rules, may not be associated persons of JPMS, and may not be subject to FINRA Rule 2241 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

North America Equity Research
31 July 2018

J.P.Morgan

**Private Bank Clients:** Where you are a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is issued to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including but not limited to the J.P. Morgan corporate and investment bank and its research division.

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 099/04/2018 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 059/09/2017], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. J.P. Morgan's research coverage universe spans listed securities across the ASX All Ordinaries index, securities listed on offshore markets, unlisted issuers and investment products which Research management deem to be relevant to the investor base from time to time. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all GIC sectors as well as across a range of market capitalisation sizes. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and

Sterling Auty, CFA
(1-212) 622-6389
sterling.auty@jpmorgan.com

**North America Equity Research**
31 July 2018

J.P.Morgan

Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: Research relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised June 30, 2018.

**Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Completed    31 Jul 2018 09:59 PM EDT                                                Disseminated 31 Jul 2018 09:59 PM EDT