# EXHIBIT 12

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| Stollmeyer Richard Lee | MINDBODY, Inc. [ MB ] | X  Director | 10% Owner |
| (Last)     (First)     (Middle) | | X  Officer (give title below) | Other (specify below) |
| 4051 BROAD STREET | 3. Date of Earliest Transaction (Month/Day/Year) | President & CEO | |
| SUITE 220 | 04/03/2017 | | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) | |
| SAN LUIS OBISPO     CA     93401 | | X  Form filed by One Reporting Person | |
| (City)     (State)     (Zip) | | Form filed by More than One Reporting Person | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 04/03/2017 | | C[(1)] | | 17,739 | A | $0.00 | 123,773[(2)] | D | |
| Class A Common Stock | 04/03/2017 | | S[(3)] | | 17,739 | D | $27.2602[(4)] | 106,034[(2)] | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock (convertible into Class A Common Stock) | [(5)] | 04/03/2017 | | C | | 17,739 | | [(5)] | [(5)] | Class A Common Stock | 17,739 | $0.00 | 889,715 | D | |
| Class B Common Stock (convertible into Class A Common Stock) | [(5)] | | | | | | | [(5)] | [(5)] | Class A Common Stock | 23,750 | | 23,750 | I | See footnote[(6)] |
| Class B Common Stock (convertible into Class A Common Stock) | [(5)] | | | | | | | [(5)] | [(5)] | Class A Common Stock | 1,250 | | 1,250 | I | See footnote[(7)] |
| Class B Common Stock (convertible into Class A Common Stock) | [(5)] | | | | | | | [(5)] | [(5)] | Class A Common Stock | 1,250 | | 1,250 | I | See footnote[(8)] |

**Explanation of Responses:**

1. Each share of Class A Common Stock was issued upon the conversion of one share of Class B Common Stock at the election of Reporting Person.
2. Includes 106,034 RSUs. Each RSU represents a contingent right to receive one share of the Issuer's Class A common stock upon settlement.
3. The sales reported on this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the Reporting Person.
4. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $26.75 to $27.60, inclusive. Upon request by the Commission staff, the Issuer,

or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.

5. Each share of Class B Common Stock is convertible into one share of Class A Common Stock at the option of the holder and has no expiration date.

6. The shares are held of record by the Reporting Person's spouse.

7. The shares are held of record by the Reporting Person as custodian for the benefit of his minor child.

8. The shares are held of record by the Reporting Person's spouse as custodian for the benefit of her minor child.

**Remarks:**

| | |
|---|---|
| /s/ Kimberly G. Lytikainen, Attorney-in-Fact | 04/05/2017 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

**FORM 4**

Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br> Stollmeyer Richard Lee <br><br> (Last)  (First)  (Middle) <br> 4051 BROAD STREET <br> SUITE 220 <br><br> (Street) <br> SAN LUIS OBISPO  CA  93401 <br><br> (City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> MINDBODY, Inc. [ MB ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X Director  10% Owner <br> X Officer (give title below)  Other (specify below) <br> CEO |
|---|---|---|
| | 3. Date of Earliest Transaction (Month/Day/Year) <br> 07/03/2017 | |
| | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 07/03/2017 | | C[1] | | 17,739 | A | $0.00 | 119,716[2] | D | |
| Class A Common Stock | 07/03/2017 | | S[3] | | 16,539 | D | $26.0998[4] | 103,177[2] | D | |
| Class A Common Stock | 07/03/2017 | | S[3] | | 1,200 | D | $26.9313[5] | 101,977[2] | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock (convertible into Class A Common Stock) | [6] | 07/03/2017 | | C | | | 17,739 | [6] | [6] | Class A Common Stock | 17,739 | $0.00 | 836,498 | D | |
| Class B Common Stock (convertible into Class A Common Stock) | [6] | | | | | | | [6] | [6] | Class A Common Stock | 23,750 | | 23,750 | I | See footnote[7] |
| Class B Common Stock (convertible into Class A Common Stock) | [6] | | | | | | | [6] | [6] | Class A Common Stock | 1,250 | | 1,250 | I | See footnote[8] |
| Class B Common Stock (convertible into Class A Common Stock) | [6] | | | | | | | [6] | [6] | Class A Common Stock | 1,250 | | 1,250 | I | See footnote[9] |

**Explanation of Responses:**

1. Each share of Class A Common Stock was issued upon the conversion of one share of Class B Common Stock at the election of Reporting Person.
2. Includes 95,240 RSUs. Each RSU represents a contingent right to receive one share of the Issuer's Class A common stock upon settlement.

3. The sales reported on this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the Reporting Person.

4. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $25.725 to $26.70, inclusive. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.

5. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $26.725 to $27.50, inclusive. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in this Form 4.

6. Each share of Class B Common Stock is convertible into one share of Class A Common Stock at the option of the holder and has no expiration date.

7. The shares are held of record by the Reporting Person's spouse.

8. The shares are held of record by the Reporting Person as custodian for the benefit of his minor child.

9. The shares are held of record by the Reporting Person's spouse as custodian for the benefit of her minor child.

**Remarks:**

| | | |
|---|---|---|
| | /s/ Kimberly G. Lytikainen, Attorney-in-Fact | 07/06/2017 |
| | ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

## FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| 1. Name and Address of Reporting Person* <br> **Stollmeyer Richard Lee** <br><br> (Last) (First) (Middle) <br> **4051 BROAD STREET** <br> **SUITE 220** <br> (Street) <br> **SAN LUIS OBISPO**   **CA**   **93401** <br> (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> **MINDBODY, Inc.** [ **MB** ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> **04/02/2018** <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X Director    10% Owner <br> X Officer (give title below)    Other (specify below) <br> **CEO** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br> Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 04/02/2018 | | C[(1)] | | 17,739 | A | $0.00 | 192,194[(2)] | D | |
| Class A Common Stock | 04/02/2018 | | S[(3)] | | 10,979 | D | $37.416[(4)] | 181,215[(2)] | D | |
| Class A Common Stock | 04/02/2018 | | S[(3)] | | 6,760 | D | $38.241[(5)] | 174,455[(2)] | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Class B Common Stock (convertible into Class A Common Stock) | (6) | 04/02/2018 | | C | | | 17,739 | (6) | (6) | Class A Common Stock | 17,739 | $0.00 | 664,449 | D | |
| Class B Common Stock (convertible into Class A Common Stock) | (6) | | | | | | | (6) | (6) | Class A Common Stock | 10,150 | | 10,150 | I | See Footnote[(7)] |
| Class B Common Stock (convertible into Class A Common Stock) | (6) | | | | | | | (6) | (6) | Class A Common Stock | 1,250 | | 1,250 | I | See Footnote[(8)] |
| Class B Common Stock (convertible into Class A Common Stock) | (6) | | | | | | | (6) | (6) | Class A Common Stock | 1,250 | | 1,250 | I | See Footnote[(9)] |

**Explanation of Responses:**

1. Each share of Class A Common Stock was issued upon the conversion of one share of Class B Common Stock at the election of the Reporting Person.
2. Includes 157,438 restricted stock units ("RSUs"). Each RSU represents a contingent right to receive one share of Issuer's Class A Common Stock upon settlement.

3. The sales reported on this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the Reporting Person.

4. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $36.85 to $37.825, inclusive. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in the Form 4.

5. The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $37.85 to $38.775, inclusive. Upon request by the Commission staff, the Issuer, or a security holder of the Issuer, the Reporting Person will provide full information regarding the number of shares sold at each separate price within the range set forth in the Form 4.

6. Each share of Class B Common Stock is convertible into one share of Class A Common Stock at the option of the holder and has no expiration date.

7. The shares are held of record by the Reporting Person's spouse.

8. The shares are held of record by the Reporting Person's child.

9. The shares are held of record by the Reporting Person's spouse as custodian for the benefit of her minor child.

**Remarks:**

| | |
|---|---|
| /s/ Kimberly G. Lytikainen, Attorney-in-Fact | 04/03/2018 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**