# EXHIBIT 14

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Jacob M. Rae
To Call Writer Directly:
+1 212 390 4516
jacob.rae@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

December 8, 2020

Carol C. Villegas
Labaton Sucharow LLP
140 Broadway, 34th Floor
New York, NY 10005

Re:    *In re Mindbody, Inc. Sec. Litig.*, No. 1:19-cv-08331-VEC

Dear Counsel:

Defendants MINDBODY, Inc., Richard L. Stollmeyer, and Brett White are producing documents bearing Bates numbers MB-WALLEYE-0000001 - MB-WALLEYE-0230991.  You will be receiving links to download, by secure file transfer, an encrypted archive which encloses the production under separate cover.

This production contains documents designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" pursuant to the Stipulation and Order Governing the Exchange of Confidential and Highly Confidential Information, entered on November 24, 2020 in the above-referenced action (Dkt. No. 67), and should be treated accordingly.

The password to this production is:  md$2%Mp5cZz*C3.

Sincerely,

/s/ Jacob M. Rae
Jacob M. Rae

cc:    All Counsel of Record

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Jacob M. Rae
To Call Writer Directly:
+1 212 390 4516
jacob.rae@kirkland.com

+1 212 446 4800

Facsimile:
+1 212 446 4900

www.kirkland.com

December 21, 2020

Carol C. Villegas
Labaton Sucharow LLP
140 Broadway, 34th Floor
New York, NY 10005

Re:    *In re Mindbody, Inc. Sec. Litig.*, No. 1:19-cv-08331-VEC

Dear Counsel:

Defendants MINDBODY, Inc., Richard L. Stollmeyer, and Brett White are producing documents bearing Bates numbers MB-WALLEYE-0230992 - MB-WALLEYE-0239062, as well as a reproduction of documents bearing Bates numbers MB-WALLEYE-0230082 - MB-WALLEYE-0230085.  You will be receiving links to download, by secure file transfer, an encrypted archive which encloses the production under separate cover.

This production contains documents designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" pursuant to the Stipulation and Order Governing the Exchange of Confidential and Highly Confidential Information, entered on November 24, 2020 in the above-referenced action (Dkt. No. 67), and should be treated accordingly.

The password to this production is:  x$35CZ%9MmP>x2.

Sincerely,

*/s/ Jacob M. Rae*
Jacob M. Rae

cc:    All Counsel of Record

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Jacob M. Rae
To Call Writer Directly:
+1 212 390 4516
jacob.rae@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

February 9, 2021

**By E-mail**

Carol C. Villegas
Labaton Sucharow LLP
140 Broadway, 34th Floor
New York, NY 10005

Re: *In re Mindbody, Inc. Sec. Litig.*, No. 1:19-cv-08331-VEC

Dear Counsel:

Defendants MINDBODY, Inc., Richard L. Stollmeyer, and Brett White (together, "Mindbody Defendants") are producing documents bearing Bates numbers MB-WALLEYE-0239063 - MB-WALLEYE-0239414. You will be receiving links to download, by secure file transfer, an encrypted archive which encloses the production under separate cover.

This production contains documents designated as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" pursuant to the Stipulation and Order Governing the Exchange of Confidential and Highly Confidential Information, entered on November 24, 2020 in the above-referenced action (Dkt. No. 67), and should be treated accordingly.

The password to this production is: b5glgEn$BRx3.

Sincerely,

/s/ *Jacob M. Rae*
Jacob M. Rae

cc:    All Counsel of Record

Beijing    Boston    Chicago    Dallas    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    Paris    San Francisco    Shanghai    Washington, D.C.