# EXHIBIT 15



Brian M. French                                        By Email to: JBissell-Linsk@labaton.com
+1 212 479 6504
bfrench@cooley.com


December 4, 2020

Jake Bissell-Linsk
Labaton Sucharow
140 Broadway
New York, NY 10005


**Re:  *In re Mindbody, Inc. Securities Litigation*, No. 1:19-cv-08331-VEC (S.D.N.Y.)**

Dear Jake:

In response to Lead Plaintiffs Walleye Trading LLC and Walleye Opportunities Master Fund Ltd.'s First Set of Requests for Production of Documents, Defendant Eric Liaw today is producing documents Bates stamped LIAW_SDNY_0000001 to LIAW_SDNY_0039223.

These documents were collected from Mr. Liaw's custodial files and were previously produced in response to a subpoena issued to Institutional Venture Partners in *In re Mindbody, Inc. Stockholders Litigation*, Consolidated C.A. No. 2019-0442-KSJM (Del. Ch.).

These documents are being produced subject to any protective order entered in the above-captioned action.  By producing these documents, Mr. Liaw does not waive any rights, including any applicable privilege, including the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection, all of which are expressly reserved. Mr. Liaw has not knowingly or intentionally produced any information covered by any such privilege. In the event that any such information has been produced, production was inadvertent and does not constitute a waiver of any privilege or protection.

The documents are being produced through Cooley's secure file transfer program and they are password-protected. We will send you a separate email containing the password.

# Cooley

Jake Bissell-Linsk
December 4, 2020
Page Two

Sincerely,


Brian M. French

cc:     Sarah Lightdale
        Elizabeth Wright
        Daniel Roy III
        Patrick Gibbs
        Carol Cecilia Villegas
        David Jacob Schwartz
        Francis Paul McConville
        Charles Farrell
        Matthew Osborn Solum
        Ian Clarke Spain
        John Paul Del Monaco



Brian M. French                                    By Email to: JBissell-Linsk@labaton.com
+1 212 479 6504
bfrench@cooley.com

December 6, 2020

Jake Bissell-Linsk
Labaton Sucharow
140 Broadway
New York, NY 10005

**Re:  *In re Mindbody, Inc. Securities Litigation*, No. 1:19-cv-08331-VEC (S.D.N.Y.)**

Dear Jake:

In response to Lead Plaintiffs Walleye Trading LLC and Walleye Opportunities Master Fund Ltd.'s First Set of Requests for Production of Documents, Defendant Eric Liaw today is producing documents Bates stamped LIAW_SDNY_0039224 to LIAW_SDNY_0078504.

These documents were previously produced in response to a subpoena issued to Institutional Venture Partners in *In re Mindbody, Inc. Stockholders Litigation*, Consolidated C.A. No. 2019-0442-KSJM (Del. Ch.).

These documents are being produced subject to any protective order entered in the above-captioned action.  By producing these documents, Mr. Liaw does not waive any rights, including any applicable privilege, including the attorney-client privilege, the work product doctrine, or any other applicable privilege or protection, all of which are expressly reserved. Mr. Liaw has not knowingly or intentionally produced any information covered by any such privilege. In the event that any such information has been produced, production was inadvertent and does not constitute a waiver of any privilege or protection.

The documents are being produced through Cooley's secure file transfer program and they are password-protected. We will send you a separate email containing the password.

# Cooley

Jake Bissell-Linsk
December 6, 2020
Page Two

Sincerely,


Brian M. French

cc:      Sarah Lightdale
        Elizabeth Wright
        Daniel Roy III
        Patrick Gibbs
        Carol Cecilia Villegas
        David Jacob Schwartz
        Francis Paul McConville
        Charles Farrell
        Matthew Osborn Solum
        Ian Clarke Spain
        John Paul Del Monaco