# EXHIBIT 17

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Jacob M. Rae
To Call Writer Directly:
+1 212 390 4516
jacob.rae@kirkland.com

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

January 10, 2021

Carol C. Villegas
Labaton Sucharow LLP
140 Broadway, 34th Floor
New York, NY 10005

Re:     *In re Mindbody, Inc. Sec. Litig.*, No. 1:19-cv-08331-VEC

Dear Counsel:

By secure file transfer, you will be receiving links to download an encrypted archive containing documents produced by Qatalyst Partners LP ("Qatalyst") in the matters captioned *Luxor Capital Partners, LP v. MINDBODY, Inc.*, C.A. No. 2019-0293-KSJM (Del. Ch.), *Philip Ryan, Jr. v. MINDBODY, Inc.*, C.A. No. 2019-0061-KSJM (Del. Ch.), *In re MINDBODY, Inc. Stockholders Litigation*, C.A. No. 2019-0442-KSJM (Del. Ch.), and *Luxor Capital Partners, LP, et al. v. Mindbody, Inc.*, C.A. No. 2019-0070-JTL (Del. Ch.), that Defendants MINDBODY, Inc., Richard L. Stollmeyer, and Brett White are reproducing with the consent of Qatalyst. Qatalyst has agreed to such reproduction to facilitate the interest of the parties to the above-referenced action (the "Parties") in coordinating discovery between the various matters and avoiding unnecessary burden in separately responding to the Walleye Plaintiffs' document subpoena, which the Walleye Plaintiffs have agreed to withdraw. Qatalyst and the Walleye Plaintiffs have reserved all rights (including any potential objections by Qatalyst to producing discovery of any kind or nature). The documents within the enclosed production are Bates stamped QAT-A-00000001 - QAT-A-00004604 and QAT-LX-00000001 - QAT-LX-00044191.

This production contains documents with confidentiality designations, and are being reproduced based on the agreement of the Parties that the documents will be treated in a manner that preserves Qatalyst's confidentiality claims as if they had been produced by Qatalyst under the Stipulation and Order Governing the Exchange of Confidential and Highly Confidential Information, entered on November 24, 2020 in the above-referenced action (Dkt. No. 67), and should be treated accordingly.

This production contains multiple volumes with separate passwords. The passwords are listed by volume in the below chart.

Beijing   Boston   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   Paris   San Francisco   Shanghai   Washington, D.C.

# KIRKLAND & ELLIS LLP

Carol C. Villegas, Esq.
January 10, 2021
Page 2

| **Production Volume** | **Password** |
|---|---|
| QAT-LX-001 | RsxWYgjMAK |
| QAT-LX-002 | (59%3Yi4Y& |
| QAT-LX-003 | rGbKHZx5_WWq |
| QAT-LX-003_Supp | a@ES89T^cX$CN9@f |
| QAT-LX-004 | 5B679c%QH7Pg |
| QAT-LX-005 | jR*v1q9@L |
| QAT-LX-006 | jR*v1q9@L |
| QAT-LX-007 | k3gSrVPm?U |
| QAT-LX-008 | <<m<!Yv7,Vxc:LuC |
| QAT-LX-009 | S?4ra@udridE |
| QAT-LX-010 | ?6Rzr#yuYbu7uUd |
| QAT-A-001 | RsxWYgjMAK |

Sincerely,

*/s/ Jacob M. Rae*
Jacob M. Rae

cc:    All Counsel of Record