# EXHIBIT 18

| | |
|---|---|
| **From:** | rsagstetter@grsm.com |
| **Sent:** | Monday, January 4, 2021 1:58 PM |
| **To:** | rsagstetter@grsm.com; amorales@grsm.com; Rae, Jacob M.; jbissell-linsk@labaton.com; Del Monaco, John P. |
| **Subject:** | In re Mindbody Inc. Securities Litigation Financial Services Subpoena |

 > This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

# Robin Sagstetter sent a message related to the "In re Mindbody Inc. Securities Litigation Financial Services Subpoena" folder

**Access folder**

Counsel,

Pursuant to your agreement with Ms. Morales, copied, we are re-producing the documents previously produced in the Delaware case (Case No. 2019-0442-KSJM) in satisfaction of the subpoena directed to UBS Financial Services Inc. in the SDNY case (Case No. 1:19-cv-08331-VEC). Please let us know if you have any questions or concerns.

Thanks,

_____
ROBIN G. SAGSTETTER | Paralegal

1

GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE PARTNER®

5 Park Plaza, Suite 1100
Irvine, CA 92614
D: 949-255-6962 | rsagstetter@grsm.com

www.grsm.com
vCard

Secured by Accellion

http://www.GRSM.com

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
**http://www.grsm.com**

| | |
|---|---|
| **From:** | rsagstetter@grsm.com |
| **Sent:** | Monday, January 4, 2021 1:57 PM |
| **To:** | Rae, Jacob M. |
| **Subject:** | Robin Sagstetter gave you secure access to the "In re Mindbody Inc. Securities Litigation Financial Services Subpoena" folder |

 > This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

# Robin Sagstetter gave you secure access to the "In re Mindbody Inc. Securities Litigation Financial Services Subpoena" folder

Access folder

Secured by Accellion

http://www.GRSM.com

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the

intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
**http://www.grsm.com**