# EXHIBIT 19

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE MINDBODY, INC., STOCKHOLDER LITIGATION | CONSOLIDATED C.A. No. 2019-0442-KSJM |

## PLAINTIFFS' NOTICE OF DEPOSITION OF GRAHAM SMITH

**TO:**  Lisa A. Schmidt, Esquire
Srinivas M. Raju, Esquire
Matthew D. Perri, Esquire
Robert L. Burns, Esquire
Sarah Clark, Esquire
John M. O'Toole, Esquire
RICHARDS LAYTON
   & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Ryan D. Stottmann, Esquire
Alexandra Cumings, Esquire
MORRIS NICHOLS ARSHT
   & TUNNELL, LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

Gregory V. Varallo, Esquire
BERNSTEIN LITOWITZ BERGER
   & GROSSMAN LLP
500 Delaware Avenue, Suite 901
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that pursuant to Delaware Court of Chancery Rule 30, Lead Plaintiffs, by and through their undersigned counsel, will take the deposition of Graham Smith on January 14, 2021, at 6:30 a.m. Eastern time, or on such other date and time as may be mutually agreed upon by counsel or ordered by the Court, via a remote, web-based, video teleconferencing service (*e.g.*, Zoom). The deposition will be conducted before a notary public or other person authorized by law to administer oaths, will be recorded by stenographic, audio, video and/or real-time transcription (e.g., LiveNote) means, and will continue from day to day until completed.  You are invited to attend and cross-examine.

{FG-W0474751.}

FRIEDLANDER & GORRIS, P.A.

*/s/ Christopher M. Foulds*
Joel Friedlander (Bar No. 3163)
Jeffrey M. Gorris (Bar No. 5012)
Christopher M. Foulds (Bar No. 5169)
1201 N. Market Street, Suite 220
Wilmington, DE 19801
(302) 573-3500

OF COUNSEL:

Mark Lebovitch
Jeroen van Kwawegen
Christopher J. Orrico
Andrew E. Blumberg
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1251 Avenue of the Americas
44th Floor
New York, NY 10020
(212) 554-1400

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
Greg Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
(302) 364-3600

*Co-Lead Counsel for Plaintiffs*

Dated: December 21, 2020

{FG-W0474751.}

## CERTIFICATE OF SERVICE

I hereby certify that, on December 21, 2020, I caused a true and correct copy

of the **Plaintiffs' Notice of Deposition of Graham Smith** to be served upon the

following counsel of record by File&Serve*Xpress*:

Lisa A. Schmidt, Esquire
Srinivas M. Raju, Esquire
Matthew D. Perri, Esquire
Robert L. Burns, Esquire
Sarah Clark, Esquire
John M. O'Toole, Esquire
RICHARDS LAYTON
   & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Ryan D. Stottmann, Esquire
Alexandra Cumings, Esquire
MORRIS NICHOLS ARSHT
   & TUNNELL, LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

Gregory V. Varallo, Esquire
BERNSTEIN LITOWITZ BERGER
   & GROSSMAN LLP
500 Delaware Avenue, Suite 901
Wilmington, DE 19801


*/s/ Christopher M. Foulds*
Christopher M. Foulds (Bar No. 5169)

{FG-W0474751.}

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE MINDBODY INC. | ) | Consolidated |
| STOCKHOLDERS LITIGATION | ) | C.A. No. 2019-0442-KSJM |

## NOTICE OF REMOTE 30(B)(6) DEPOSITION
## OF UBS FINANCIAL SERVICES INC.

TO:

| | |
|---|---|
| Ryan D. Stottmann, Esq. | Lisa A. Schmidt, Esq. |
| Alexandra Cumings, Esq. | Srinivas M. Raju, Esq. |
| MORRIS NICHOLS ARSHT | Sarah A. Clark, Esq. |
| & TUNNELL LLP | Matthew D. Perri, Esq. |
| 1201 N. Market Street | Robert L. Burns, Esq. |
| Wilmington, DE 19801 | John M. O'Toole, Esq. |
| | RICHARDS, LAYTON |
| Michael Hanrahan, Esq. | & FINGER, P.A. |
| Bruce E. Jameson, Esq. | 920 North King Street |
| Kevin Davenport, Esq. | One Rodney Square |
| Eric J. Juray, Esq. | Wilmington, DE 19801 |
| Jason W. Rigby, Esq. | |
| PRICKETT, JONES | |
| & ELLIOTT, P.A. | |
| 1310 King Street | |
| Wilmington, DE 19899 | |

PLEASE TAKE NOTICE that, pursuant to Court of Chancery Rules 26, 30, and 45, Plaintiffs, by and through their undersigned counsel, will take the remote deposition of the following witness upon oral examination. No commission is necessary; the deponent is by agreement:

| Deponent | Date/Time | Location |
|---|---|---|
| Dominic Calvani, UBS Financial Services Inc. | February 5, 2021 9:30 a.m. Eastern | Remote |

The deposition will commence on the date, time, and location set forth above, or on such other date and at such other time and location as are mutually agreed to by counsel. The deposition will be conducted remotely before a notary public (who may be present through remote means) and will be recorded by stenographic and video transcription. The deposition will continue from day to day until completed.

Dated: January 4, 2021

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

OF COUNSEL:

*/s/ Gregory V. Varallo*

Gregory V. Varallo (Bar No. 2242)

Mark Lebovitch                          500 Delaware Avenue, Suite 901
Jeroen van Kwawegen                     Wilmington, DE 19801
Christopher J. Orrico                   (302) 364-3601
Andrew Blumberg
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020                      **FRIEDLANDER & GORRIS, P.A.**
(212) 554-1400
                                        Joel Friedlander (Bar No. 3163)
                                        Jeffrey M. Gorris (Bar No. 5012)
                                        Christopher M. Foulds (Bar No. 5169)
                                        1201 N. Market Street, Suite 2200
                                        Wilmington, DE 19801
                                        (302) 573-3500

                                        *Co-Lead Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Gregory V. Varallo, hereby certify that on this 4th day of January, 2021, a

true and correct copy of the foregoing *Notice of Remote Deposition* was served via

File and Serve*Xpress* upon the following counsel:


Lisa A. Schmidt, Esq.
Srinivas M. Raju, Esq.
Sarah A. Clark, Esq.
Robert L. Burns, Esq.
Matthew D. Perri, Esq.
John M. O'Toole, Esq.
RICHARDS, LAYTON
  & FINGER, P.A.
920 N. King St.
Wilmington, DE 19801

Ryan D. Stottmann, Esq.
Alexandra Cummings, Esq.
MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP
1201 N. Market St.
Wilmington, DE 19801

Michael Hanrahan, Esq.
Bruce E. Jameson, Esq.
Kevin Davenport, Esq.
Eric J. Juray, Esq.
Jason W. Rigby, Esq.
PRICKETT, JONES
  & ELLIOTT, P.A.
1310 King Street
Wilmington, DE 19899

Joel E. Friedlander, Esq.
Jeffrey M. Gorris, Esq.
Christopher M. Foulds, Esq.
FRIEDLANDER & GORRIS, P.A.
1201 N. Market St., Suite 2200
Wilmington, DE 19801


*/s/ Gregory V. Varallo*
Gregory V. Varallo (Bar No. 2242)

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE MINDBODY, INC.,<br>STOCKHOLDER LITIGATION | CONSOLIDATED<br>C.A. No. 2019-0442-KSJM |

## PLAINTIFFS' NOTICE OF DEPOSITION OF CIPORA HERMAN

**TO:**  Lisa A. Schmidt, Esquire
Srinivas M. Raju, Esquire
Matthew D. Perri, Esquire
Robert L. Burns, Esquire
Sarah Clark, Esquire
John M. O'Toole, Esquire
RICHARDS LAYTON
    & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Ryan D. Stottmann, Esquire
Alexandra Cumings, Esquire
MORRIS NICHOLS ARSHT
    & TUNNELL, LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

Gregory V. Varallo, Esquire
BERNSTEIN LITOWITZ BERGER
    & GROSSMAN LLP
500 Delaware Avenue, Suite 901
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that pursuant to Delaware Court of Chancery Rule 30, Lead Plaintiffs, by and through their undersigned counsel, will take the deposition of Cipora Herman on January 18, 2021, at 12:00 p.m. Eastern time, or on such other date and time as may be mutually agreed upon by counsel or ordered by the Court, via a remote, web-based, video teleconferencing service (*e.g.*, Zoom). The deposition will be conducted before a notary public or other person authorized by law to administer oaths, will be recorded by stenographic, audio, video and/or real-time transcription (e.g., LiveNote) means, and will continue from day to day until completed. You are invited to attend and cross-examine.

{FG-W0475362.}

FRIEDLANDER & GORRIS, P.A.

*/s/ Christopher M. Foulds*
Joel Friedlander (Bar No. 3163)
Jeffrey M. Gorris (Bar No. 5012)
Christopher M. Foulds (Bar No. 5169)
1201 N. Market Street, Suite 220
Wilmington, DE 19801
(302) 573-3500

OF COUNSEL:

Mark Lebovitch
Jeroen van Kwawegen
Christopher J. Orrico
Andrew E. Blumberg
BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
1251 Avenue of the Americas
44th Floor
New York, NY 10020
(212) 554-1400

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
Greg Varallo (Bar No. 2242)
500 Delaware Avenue, Suite 901
Wilmington, DE 19801
(302) 364-3600

*Co-Lead Counsel for Plaintiffs*

Dated: January 11, 2021

## CERTIFICATE OF SERVICE

I hereby certify that, on January 11, 2021, I caused a true and correct copy of

the **Plaintiffs' Notice of Deposition of Cipora Herman** to be served upon the

following counsel of record by File&Serve*Xpress*:

Lisa A. Schmidt, Esquire
Srinivas M. Raju, Esquire
Matthew D. Perri, Esquire
Robert L. Burns, Esquire
Sarah Clark, Esquire
John M. O'Toole, Esquire
RICHARDS LAYTON
  & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Ryan D. Stottmann, Esquire
Alexandra Cumings, Esquire
MORRIS NICHOLS ARSHT
  & TUNNELL, LLP
1201 N. Market Street, 16th Floor
Wilmington, DE 19801

Gregory V. Varallo, Esquire
BERNSTEIN LITOWITZ BERGER
  & GROSSMAN LLP
500 Delaware Avenue, Suite 901
Wilmington, DE 19801


/s/ *Christopher M. Foulds*
Christopher M. Foulds (Bar No. 5169)

{FG-W0475362.}