# EXHIBIT 21

**Software | Company Update**
January 10, 2019



# MINDBODY, Inc. (MB)
## 66 Parties Contacted. Fully-Shopped.

**MARKET OUTPERFORM**
Price: $36.59
Price Target: $41.00

## INVESTMENT HIGHLIGHTS

**Patrick Walravens**
pwalravens@jmpsecurities.com
(415) 835-8943

**Mathew Spencer**
mspencer@jmpsecurities.com
(415) 835-8930

- **We maintain our Market Outperform rating and $41 price target on MINDBODY after reviewing the Form PREM14A the company filed yesterday, which provided the background of the merger agreement with private equity firm Vista Equity Partners and in anticipation of the "go-shop" period expiring at 12:00 p.m. PT on January 22, 2019.**

- As a reminder, the $1.9B ($36.50 per share) deal announced on December 24 represents 2019 and 2020 EV/revenue multiples of 6.1x and 5.1x, respectively, and is expected to close in 1Q19.

- Key takeaways from the filing include: 1) MINDBODY's internal management plan for 2019, which was approved by the board, called for revenue of $304M, versus the consensus of $297M, in CY19 and, in our opinion, would likely have led to guidance in a range of around $280-$290M in order to provide some cushion and room to beat and raise throughout the year; 2) the same internal plan looked for a non-GAAP operating loss of $9M, versus the consensus of a loss of $1M, and again would likely have resulted in lower initial guidance; 3) MINDBODY's financial advisor, Qatalyst Partners, initially contacted 15 parties to gauge interest in a strategic transaction and, subsequently, during the "go-shop" period, it contacted another 51 parties – suggesting that the deal has been extensively shopped; 4) there has been only one offer thus far, which was from Vista; and 5) the "go-shop" period that will expire at 12:00 p.m. PT on January 22.

- We look for 4Q18 non-GAAP EPS of ($0.09) (consensus ($0.09)) on y/y revenue growth of 33%, 2019 non-GAAP EPS of ($0.17) (consensus ($0.02)) on revenue growth of 20%, and 2020 non-GAAP EPS of $0.12 (consensus $0.20) on revenue growth of 19%.

- MINDBODY currently trades close to its takeout price of $36.50, which implies 2019 and 2020 EV/revenue multiples of 6.1x and 5.1x, respectively, while our $41 price target implies multiples of 6.9x and 5.8x, versus 7.8x and 6.6x, respectively, for the SaaS peer group median multiple.

### MARKET DATA

| | |
|---|---|
| Price | $36.59 |
| 52-Week Range: | $21.61 - $45.50 |
| Shares Out. (M): | 51.5 |
| Market Cap ($M): | $1,884.4 |
| Average Daily Vol. (000): | 1,793.0 |

*Source: Thomson Reuters and JMP Securities LLC*

| FY DEC | | 2018E | 2019E | 2020E |
|---|---|---|---|---|
| Revenue ($M) | 1Q | $53.8A | $70.4 | $83.4 |
| | 2Q | $61.6A | $71.8 | $85.2 |
| | 3Q | $63.8A | $75.0 | $89.1 |
| | 4Q | $66.0 | $77.9 | $92.7 |
| | **FY** | **$245.2** | **$295.1** | **$350.3** |
| EPS | 1Q | $0.06A | ($0.08) | ($0.01) |
| | 2Q | ($0.06)A | ($0.06) | $0.01 |
| | 3Q | ($0.05)A | ($0.02) | $0.05 |
| | 4Q | ($0.09) | ($0.01) | $0.08 |
| | **FY** | **($0.15)** | **($0.17)** | **$0.12** |

*Source: Company reports and JMP Securities LLC*

### STOCK PRICE PERFORMANCE



**MINDBODY, Inc. (MB)**

**JMP**

## KEY POINTS

- **The deal:** On December 24, MINDBODY announced that it had entered into a definitive agreement to be acquired by private equity firm Vista Equity Partners for $1.9B, or $36.50 per share, in cash. The deal is expected to close in 1Q19 and is not subject to a financing condition. Based on our estimates, this implies that MINDBODY is being acquired for a multiple of 6.1x 2019 EV/revenue and 5.1x 2020 EV/revenue. The transaction is subject to customary closing conditions, including the approval of MINDBODY stockholders and antitrust approval in the U.S. The definitive agreement for the transaction includes a 30-day "go-shop" period (until 12:00 p.m. PT on January 22, 2019), which permits MINDBODY's board of directors and financial advisors to actively initiate, solicit, encourage, and potentially enter negotiations with other parties that make alternative acquisition proposals.

- **Fully-shopped deal:** We believe the background of the merger, as discussed below, clearly reveals that this was a fully shopped deal. Specifically, MINDBODY's financial advisor initially contacted 15 parties (seven financial sponsors and eight strategic companies) to gauge interest in a potential strategic transaction with MINDBODY. The only offer MINDBODY received was from Vista Equity Partners. Since execution of the merger agreement with Vista on December 23, 2018, MINDBODY's financial advisor has contacted 51 additional parties (28 financial sponsors and 23 strategic companies) to gauge their interest in providing an alternative acquisition proposal. While MINDBODY has executed confidentiality agreements with seven of those parties (six financial sponsors and one strategic company), it has not received an alternative acquisition proposal. The 30-day "go-shop" period provided for in the merger agreement is set to expire at 12:00 p.m. PT on January 22, 2019.

- **Management projections:** The SEC filing included the company's "Management Projections" that were made available to, and approved by, MINDBODY's board of directors in connection with its evaluation of the merger with Vista Equity Partners. As shown in Figure 1 below, management's projection for revenue in CY19 is $304M, above the consensus of $297M and our estimate of $295M. In CY20, management projects that its revenue will be $372M, above the consensus of $357M and our estimate of $350M.

### FIGURE 1.  Management's Projections ($M)

| | CY19E | | | CY20E | | | CY21E | CY22E | CY23E |
|---|---|---|---|---|---|---|---|---|---|
| | MB | JMP | Consensus | MB | JMP | Consensus | MB | MB | MB |
| Revenue | $304 | $295 | $297 | $372 | $350 | $357 | $446 | $528 | $620 |
| *y/y growth* | 24% | 20% | 21% | 22% | 19% | 20% | 20% | 18% | 17% |
| Non-GAAP Gross Profit | $216 | $212 | $212 | $276 | $256 | $255 | $342 | $412 | $491 |
| *% margin* | 71% | 72% | 72% | 74% | 73% | 73% | 77% | 78% | 79% |
| Adjusted EBITDA | $1 | $15 | $12 | $32 | $35 | $26 | $76 | $111 | $151 |
| *% margin* | 0% | 5% | 4% | 9% | 10% | 7% | 17% | 21% | 24% |
| Non-GAAP Operating Income | ($9) | ($5) | ($1) | $22 | $15 | $12 | $64 | $96 | $131 |
| *% margin* | -3% | -2% | 0% | 6% | 4% | 3% | 14% | 18% | 21% |
| Free Cash Flow[1] | ($18) | $9 | $3 | $15 | $28 | $18 | $59 | $96 | $107 |
| *% margin* | -6% | 3% | 1% | 4% | 8% | 5% | 13% | 18% | 17% |

*Source: JMP Securities LLC, Company Filings, and Thomson Reuters.*

*1- MB's management projections are for "unlevered free cash flow," which equals Non-GAAP Operating Income less cash taxes, less capital expenditures, plus depreciation expense, less investment in working capital.*

**MINDBODY, Inc. (MB)**

JMP

- **Lateral implications:** In terms of positive lateral implications, we note that Vista included its "Investment Criteria," as shown in Figure 2 below, in a Schedule 14A filing on December 26 and those criteria include: 1) a focus on software, data, and technology companies; 2) enterprise value of $20M to over $10B; 3) companies with greater than $10M of recurring revenue; 4) a stable and loyal customer base with high renewal rates; 5) limited customer concentration; 6) current or potential market leaders; and 7) growth potential in revenue and margin categories. This suggests to us that some other possible private equity targets could include Ellie Mae (ELLI, MO, $99 PT), BlackLine (BL, MO, $60 PT), RealPage (RP, MO, $80 PT), SPS Commerce (SPSC, MO, $98 PT), Avalara (AVLR, MO, $40 PT), Cornerstone (CSOD, MO, $65 PT), Tyler Technology (TYL, MO, $245 PT, Lowry), and Zuora (ZUO, NC).

**FIGURE 2.  Vista Equity Partners Investment Criteria**

## Investment Criteria

**Focus** – Software, data, and technology companies

**Enterprise Value** - $20MM to over $10BN, smaller for add-ons

**Company Size** - >$10MM of recurring revenue, smaller for add-ons

**Stability** – Loyal customer base with high renewal rates

**Diversification** – Limited customer concentration

**Well-positioned** – Current or potential market leaders

**Growth Potential** – Revenue and margin opportunities

MINDBODY.

Proprietary and Confidential

*Source: MINDBODY, Vista Equity Partners, and  SEC.gov*

MINDBODY, Inc. (MB)



## HIGHLIGHTS FROM THE BACKGROUND OF THE MERGER

Included below is a timeline of what we consider to be the key events from the background of the merger between MINDBODY and Vista. The full background of the merger is included in Appendix A below.

- **October 2018:** Representatives of Vista and MINDBODY CEO Rick Stollmeyer discussed Vista's investment strategy and the firm's interest in learning more about MINDBODY's approach to the fitness, beauty, and wellness services industries. During this time period, Mr. Stollmeyer also had introductory meetings with representatives of two other financial sponsors, Party A and Party B.

- **October 30, 2018:** The board of directors established the Transaction Committee, to which it appointed pointed Eric Liaw (Chairman of the Committee), Court Cunningham, and Gail Goodman.

- **November 18, 2018:** MINDBODY entered into an engagement letter with Qatalyst Partners to act as MINDBODY's exclusive financial advisor.

- **November 19, 2018 through December 2018:** Representatives of Qatalyst Partners contacted 15 parties (seven financial sponsors and eight strategic companies) to gauge interest in a potential strategic transaction with MINDBODY and provided a form confidentiality agreement to those parties that indicated such interest, including Vista, Party A (a potential financial sponsor participant), Party B (a potential financial sponsor participant), and Party C (a potential strategic company participant).

- **November 27, 2018 through December 18, 2018:** MINDBODY entered into confidentiality agreements with, and conducted management presentations for, 10 of the 15 parties contacted in the transaction process, including Vista (on December 5, 2018), Party A, Party B, and Party C.

- **December 15, 2018:** Representatives of Qatalyst Partners, on behalf of MINDBODY, granted access to an electronic data room populated by MINDBODY, with select business and legal diligence documents to Vista, Party A, Party B, and four other financial sponsors (two of which were working together with MINDBODY's consent) that expressed continued interest in the process, had executed confidentiality agreements with MINDBODY, and had attended or were scheduled to attend management presentations. The other two parties that had executed confidentiality agreements with MINDBODY in connection with the transaction process (other than Party C, which received data room access on December 17, 2018, after first providing the list of its representatives to be granted such access) had declined to continue participating in the process.

- **December 18, 2018:** Vista submitted a non-binding indication of interest to acquire MINDBODY for $35.00 per share. Vista also requested that MINDBODY grant exclusivity to Vista through the earliest to occur of (i) the execution of a definitive merger agreement with Vista; (ii) notice from Vista that it was no longer pursuing the contemplated transaction; and (iii) 11:59 p.m. Pacific Time on Friday, December 21, 2018. The initial draft of the Merger Agreement contemplated, among other things, (a) a 30-day "go-shop" period; (b) a termination fee of 3.5% of the equity value of MINDBODY in the event of entry by MINDBODY into an alternative proposal, or 1.5% of the equity value of MINDBODY in the event of entry by MINDBODY into an alternative proposal during the "go-shop" period; (c) a limitation on Vista's liability in connection with the proposed acquisition of MINDBODY equal to 5.5% of the equity value of MINDBODY; and (d) a limitation on MINDBODY's liability in connection with the proposed acquisition of MINDBODY equal to 3.5% of the equity value of MINDBODY.

- **December 19, 2018:** The four financial sponsors that had received data room access, other than Vista, Party A and Party B, declined to continue participating in the transaction process.

JMP

- **December 20, 2018:** Party B declined to continue participation in the process for valuation reasons. The board of directors directed Qatalyst Partners to approach Vista with a request for a revised offer with an increase to the offer price to $40.00 per share. That evening, following negotiations with Vista by Qatalyst Partners on MINDBODY's behalf, Vista increased its original non-binding indication of interest from $35.00 in cash per share of MINDBODY common stock to $36.50 in cash per share of MINDBODY common stock, agreed to decrease the termination fee for the period after the expiration of the "go-shop" from 3.5% to 3.0% of the equity value of MINDBODY, to increase the cap on Vista's liability from 5.5% to 7.0% of the equity value of MINDBODY, and to decrease the cap on MINDBODY's liability from 3.5% to 3.0% of the equity value of MINDBODY.

- **December 23, 2018:** Party A revealed that it would require several weeks to complete its due diligence and that it was in a value range of between $30.00 and $35.00 per share. Qatalyst Partners rendered its opinion to the board of directors that the $36.50 per share offer from Vista was fair. Later that evening, MINDBODY and Vista executed the Merger Agreement and related agreements in connection with the transactions contemplated by the Merger Agreement. At the time of the signing of the Merger Agreement, Vista and MINDBODY had not engaged in any employment or retention-related discussions with regard to MINDBODY management.

- **December 24, 2018:** The parties issued a joint press release announcing the execution of the Merger Agreement.

- **Since December 24, 2018:** Since execution of the Merger Agreement, in connection with the Go-Shop Period provided for in the Merger Agreement, which expires at 12:00 p.m. Pacific Time on January 22, 2019, at the direction of the board of directors, representatives from Qatalyst Partners have contacted 51 parties (23 strategic parties and 28 financial sponsors) to gauge interest in such parties providing an Alternative Proposal. Of those parties, MINDBODY has executed confidentiality agreements with seven parties (one strategic party and six financial sponsors). Party A, Party B, and Party C declined to continue participating in the potential transaction process. To date, the company has not received an alternative Acquisition Proposal.

**MINDBODY, Inc. (MB)**

**JMP**

## APPENDIX A: FULL BACKGROUND OF THE MERGER

Included below is the full text from the background of the merger included in the Form PREM14A that MINDBODY filed yesterday.

MINDBODY's Board of Directors frequently reviews, with MINDBODY management, and with the assistance of its outside advisors, MINDBODY's strategic and financial alternatives in light of developments in MINDBODY's business, the sectors in which it competes, the economy generally and financial markets. As part of this process, from time to time, during the period since MINDBODY's initial public offering in 2015 and prior to the contacts described below and the process that resulted in MINDBODY's entry into the Merger Agreement, members of MINDBODY senior management have engaged in business development and/or strategic discussions with participants in the software, payments services and/or health and wellness industries. None of those discussions progressed beyond preliminary phases, nor did MINDBODY enter into any acquisition-related non-disclosure or standstill agreements with such parties other than as discussed below.

In October 2018, representatives of Vista and Mr. Stollmeyer discussed Vista's investment strategy and the firm's interest in learning more about MINDBODY's approach to the fitness, beauty and wellness services industries. During this time period, Mr. Stollmeyer also had introductory meetings with representatives of two other financial sponsors, Party A and Party B.

On October 26, 2018, the Board of Directors held a telephonic meeting with members of MINDBODY senior management and representatives from Cooley LLP, MINDBODY's outside legal counsel ("Cooley"). At the meeting, and in response both to Vista's initial inquiry to learn more about MINDBODY's business, as well as the broader market dynamic with respect to recent transactions between SaaS software companies and financial sponsors, the Board of Directors determined that it should engage a financial advisor to provide a financial and strategic market update and a preliminary evaluation of MINDBODY's market situation and potential strategic opportunities. The Board of Directors then discussed the formation of a strategic transaction committee (the "Transaction Committee") that would ease facilitation of designated matters related to the review of potential strategic alternatives and related tasks. The Board of Directors discussed the preference for any Transaction Committee to be comprised solely of independent directors to initially meet with potential financial advisors, and, if the Transaction Committee determined, to make a recommendation to the Board of Directors with respect to the engagement of one or more financial advisors to assist in the review of potential strategic alternatives.

On October 30, 2018, the Board of Directors established the Transaction Committee and delegated authority to the Transaction Committee for the limited purpose of reviewing the potential engagement of a financial advisor to assist MINDBODY with evaluating potential strategic alternatives and evaluating candidates for this role, including Qatalyst Partners. Based upon experience with strategic alternatives and a willingness to serve in such role, the Board of Directors appointed Eric Liaw, Court Cunningham, and Gail Goodman to the Transaction Committee and designated Mr. Liaw as Chairman of the Transaction Committee.

On October 31, 2018, the Transaction Committee held a video meeting with members of MINDBODY senior management and representatives from Cooley to discuss the process for considering the engagement of a financial advisor to review potential strategic transactions. Following such discussion,

MINDBODY senior management left the meeting, and the Transaction Committee met separately with representatives from Cooley to discuss the importance of a rigorous and independent process. Following the discussion, the Transaction Committee requested that Cooley provide written guidelines concerning management neutrality in any potential strategic transaction review process. The Transaction Committee also determined that MINDBODY management should contact Qatalyst Partners and one other potential financial advisor (in each case, based on historical experience with the financial advisor and such advisor's experience in the technology marketplace) and request that each potential financial advisor present proposals to the Transaction Committee with respect to its advisory services.

Following the Transaction Committee meeting, and in accordance with the Transaction Committee's direction, Mr. Stollmeyer reached out to the potential financial advisors to present to the Transaction Committee on November 14, 2018.

On November 1, 2018, representatives of Cooley provided the Transaction Committee with a general written framework for management neutrality with respect to potential strategic transaction participants, which included avoidance of any discussions or activities that would indicate favoring one participant over another or would indicate a preference between MINDBODY engaging in a strategic transaction or continuing as a stand-alone entity. Each member of MINDBODY senior management acknowledged and confirmed the management neutrality guidelines.

On November 14, 2018, the Transaction Committee held a telephonic meeting and invited representatives from each potential financial advisor to discuss an overall market assessment and potential strategic transaction outlook, as well as information regarding advisory services, including conflict disclosure related to potential process participants, to the Transaction Committee. Each of MINDBODY's directors was also invited to attend the telephonic meeting. The Transaction Committee actively participated in each meeting. Following the presentations, the Transaction Committee, representatives of Cooley, and participating members of the Board of Directors discussed and reviewed the alternative choices for financial advisory services. On the basis of Qatalyst Partners' knowledge and deal experience in the SaaS industry and its reputation as a driver of higher valuations in a competitive auction process, and taking into account the conflict disclosure by Qatalyst Partners, the Transaction Committee, as well as the Board of Directors (represented by a quorum thereof) authorized MINDBODY to engage Qatalyst Partners as its exclusive financial advisor in connection with a process to evaluate potential strategic transactions.

On November 17, 2018, members of MINDBODY senior management discussed the strategic transaction process with representatives of Qatalyst Partners and Cooley, including potential strategic companies and financial sponsors to be contacted as part of the initial outreach phase. The parties also discussed that strategy for this initial outreach and agreed to discuss with the Transaction Committee an approach designed to gauge initial, but sincere, interest in any strategic transaction process.

The following day, on November 18, 2018, members of MINDBODY senior management provided the Transaction Committee with a proposed list of strategic companies and financial sponsors discussed with representatives of Qatalyst Partners for outreach and described Qatalyst Partners' proposed plan to first contact the strategic companies, with outreach to financial sponsors to follow, with a goal of allowing relevant parties appropriate time to consider a potential strategic process.

Also on November 18, 2018, in accordance with the recommendation by the Transaction Committee, MINDBODY entered into an engagement letter with Qatalyst Partners to act as MINDBODY's exclusive financial advisor with respect to a process to evaluate potential strategic transactions.

JMP

From November 19, 2018 through December 2018, representatives of Qatalyst Partners contacted 15 parties (comprised of seven financial sponsors and eight strategic companies) to gauge interest in a potential strategic transaction with MINDBODY and provided a form confidentiality agreement to those parties that indicated such interest, including Vista, Party A (a potential financial sponsor participant), Party B (a potential financial sponsor participant), and Party C (a potential strategic company participant). In accordance with the plan described for the Transaction Committee on November 18, 2018, representatives of Qatalyst Partners approached the strategic companies first, beginning on November 19, 2018, and began approaching financial sponsors on November 30, 2018.

On November 21, 2018, members of MINDBODY management provided an email update to the Transaction Committee from a representative of Qatalyst Partners on outreach and status of communications with the strategic companies contacted as of that time.

On November 26, 2018, the Board of Directors delegated, by unanimous written consent, additional authority to the Transaction Committee to advise, direct and oversee management of MINDBODY in the review and negotiation of strategic alternatives, to evaluate indications of interest related thereto, to initiate solicitations of indications of interest, to meet on a regular basis with the management of MINDBODY concerning such activities, and to make recommendations to the Board of Directors with respect to the foregoing; provided, however, the Board of Directors reserved authority to approve any specific transaction recommended to it by the Transaction Committee.

From November 27, 2018 through December 18, 2018, MINDBODY entered into confidentiality agreements with, and conducted management presentations for, 10 of the 15 parties contacted in the transaction process by representatives of Qatalyst Partners, including Vista (on December 5, 2018), Party A, Party B, and Party C. Each of the confidentiality agreements included a standstill with a standard fall-away provision and/or permission for the counterparty to privately and confidentially approach MINDBODY senior management, the Board of Directors or Qatalyst Partners during the standstill period.

On November 28, 2018, the Board of Directors held a regularly scheduled meeting at MINDBODY's headquarters. Members of MINDBODY management and representatives from Cooley attended the meeting and representatives from Qatalyst Partners attended a portion of the meeting by telephone. During the meeting, representatives of Qatalyst Partners provided an update on the strategic transaction process, including an overview of potential strategic companies and financial sponsor participants, a summary of its outreach to strategic companies, and a summary of next steps (including outreach to potential financial sponsor participants and upcoming management presentations) and discussed various relevant financial information relating to MINDBODY and a potential transaction.

On December 3, 2018, the Transaction Committee met by telephone with members of MINDBODY senior management and representatives of Cooley for a status update on the strategic transaction process. Members of senior management discussed with the Transaction Committee the proposed timing for producing a draft of MINDBODY's 2019 internal operating plan and long-term financial plan (as part of the Company's customary annual financial outlook process), including projections (as would be customary for annual planning purposes at that time), and the considerations related thereto.

On December 7, 2018, the Board of Directors held a video meeting with members of MINDBODY management and representatives of Cooley for a status update from management with respect to MINDBODY's planning process for its 2019 internal operating plan and a status update from the Transaction Committee regarding discussions with potential strategic transaction participants and future meetings with certain participants scheduled for the week of December 10, 2018. Mr. Stollmeyer also

**JMP**

previewed with the Board of Directors the broad outline of the management presentation that management was preparing with assistance from Qatalyst Partners for additional preliminary, high-level, business diligence meetings scheduled to take place the week of December 10, 2018.

On December 11, 2018, MINDBODY held a management presentation for Vista.

On December 14, 2018, the Transaction Committee held a telephonic meeting with members of MINDBODY management and representatives of Qatalyst Partners and Cooley. Representatives of Qatalyst Partners presented an update to the Transaction Committee on the outreach to strategic companies and financial sponsor participants conducted to date.

On December 15, 2018, representatives of Qatalyst Partners, on behalf of MINDBODY, granted access to an electronic data room populated by MINDBODY with select business and legal diligence documents to Vista, Party A, Party B, and four other financial sponsors (two of which were working together with MINDBODY's consent) that expressed continued interest in the process, had executed confidentiality agreements with MINDBODY and had attended or were scheduled to attend management presentations. The other two parties that had executed confidentiality agreements with MINDBODY in connection with the transaction process (other than Party C, which received data room access on December 17, 2018, after first providing the list of its representatives to be granted such access) had declined to continue participating in the process.

On December 17, 2018, the Board of Directors held a telephonic meeting with members of MINDBODY senior management and representatives of Cooley. Senior management reviewed MINDBODY's preliminary 2019 internal operating plan with, and presented the long-term financial plan to, the Board of Directors, including projections extending for five years through calendar year 2023. The Board of Directors discussed with MINDBODY senior management certain aspects of the long-term financial plan and determined that the projections were, in the Board of Directors' opinion, the most current and predictive forecasts of the future financial performance of MINDBODY and approved both the 2019 internal operating plan and long-term financial plan (the "Management Projections"). The Board of Directors (i) authorized management and Qatalyst Partners to share a subset of the Management Projections with all participants granted access to the electronic data room MINDBODY had established in connection with the strategic transaction process and (ii) approved Qatalyst Partners' use of the Management Projections for its financial analysis. For more information regarding such projections, see the section titled "The Merger—Management Projections."

On December 17, 2018 and December 18, 2018, as requested by Vista following review of data room materials, members of the MINDBODY management team engaged in business, accounting and legal due diligence calls with representatives from Vista and Kirkland & Ellis LLP ("Kirkland & Ellis"), outside legal counsel to Vista. In addition, representatives of Party A participated in similar calls on December 17, 2018 and December 19, 2018, representatives of Party B participated in similar calls on December 19, 2018, and representatives of Party C were provided a product demo on December 19, 2018.

During the evening of December 18, 2018, Vista submitted a non-binding indication of interest to acquire MINDBODY for $35.00 per share (the "$35 Per Share Proposal"), which submission included an initial draft of the corresponding merger agreement, ancillary deal documents, an equity commitment for, in the aggregate, 100% of the purchase price, and an agreement requesting that MINDBODY grant exclusivity to Vista through the earliest to occur of (i) the execution of a definitive merger agreement with Vista, (ii) notice from Vista that it was no longer pursuing the contemplated transaction, and (iii) 11:59 p.m. Pacific Time on Friday, December 21, 2018. The initial draft of the Merger Agreement

contemplated, among other things, (a) a 30 day "go-shop" period, (b) a termination fee of 3.5% of the equity value of MINDBODY in the event of entry by MINDBODY into an alternative proposal, or 1.5% of the equity value of MINDBODY in the event of entry by MINDBODY into an alternative proposal during the "go-shop" period, (c) a limitation on Vista's liability in connection with the proposed acquisition of MINDBODY equal to 5.5% of the equity value of MINDBODY and (d) a limitation on MINDBODY's liability in connection with the proposed acquisition of MINDBODY equal to 3.5% of the equity value of MINDBODY. Along with the Merger Agreement, Vista provided drafts of (x) an equity commitment letter to be executed by Vista Fund VI and Vista Fund VII, (y) a limited guaranty from each of Vista Fund VI and Vista Fund VII, which, taken together, would guarantee the payment of all of the liabilities and obligations of Parent and Merger Sub under the Merger Agreement, subject to an aggregate cap equal to 5.5% of the equity value of MINDBODY, and (z) a voting and support agreement to be executed by certain stockholders of MINDBODY (to be mutually agreed). The non-binding indication of interest specified that any potential transaction between Vista and MINDBODY was not contingent on any individual at MINDBODY signing an employment agreement prior to Closing (and no discussions concerning any such potential employment agreements or arrangements occurred) and emphasized that Vista's confirmatory due diligence could be completed in 48 hours with the full cooperation of MINDBODY management. Vista advised that the $35 Per Share Proposal would expire by 11:59 p.m. Pacific Time on December 19, 2018, if MINDBODY and Vista had not entered into the exclusivity agreement prior to that time.

The following morning, on December 19, 2018, at 8:00 a.m. Pacific Time, the Transaction Committee held a telephonic meeting to discuss the indication of interest submitted by Vista and the tenor and cadence of other parties engaged in the diligence process. Senior management and representatives from Cooley and Qatalyst Partners also attended the meeting. Representatives from Qatalyst Partners provided a summary of the status of the strategic transaction process and updated the Transaction Committee on the scope and timing of diligence conducted by other financial sponsors and strategic company participants that expressed continued interest in a possible strategic transaction with MINDBODY. Representatives of Qatalyst Partners informed the Transaction Committee that Party A and Party B were still engaged in diligence, that representatives of Qatalyst Partners had indicated to Party A and Party B the highly competitive nature and timing of the process, and that in order to be competitive in such process, those parties would need to give an indication of value within the next 24-48 hours. Representatives of Qatalyst Partners also indicated that, except for Party C, no strategic parties remained engaged in the process. All strategic parties that had been approached in the process, except for Party C, had either (i) failed to respond to outreach, (ii) expressly declined to engage in the initial process, or (iii) entered into a confidentiality agreement with MINDBODY and then expressly declined to continue in the process. Party C, although it had not expressly declined to continue in the process, was still relatively early in its due diligence process and had not provided guidance on its valuation of MINDBODY or a timeline for producing a potential indication of interest. Following the update from representatives of Qatalyst Partners, the Transaction Committee then discussed with representatives of Qatalyst Partners financial aspects of Vista's $35 Per Share Proposal and discussed with representatives of Qatalyst Partners and Cooley certain material terms of Vista's proposed merger agreement, including the 30-day "go-shop" provision and the termination fees (including the lower fee amount if the fee is triggered during the "go-shop" period, instead of after its expiration), and the cap on Vista's liability for monetary damages under the draft merger agreement. The Transaction Committee then considered the potential responses to Vista, including a response to Vista's request for exclusivity. Following a discussion, the Transaction Committee requested that Qatalyst Partners (i) prepare to discuss further with the Transaction Committee and the full Board of Directors financial aspects of the

$35 Per Share Proposal and (ii) communicate to the remaining parties in the process the need for prompt indications of interest and value in order for such parties to be competitive in the process. The Transaction Committee determined that, pending those further discussions, there would be no formal response to Vista's $35 Per Share Proposal.

Following such meeting, in accordance with the Transaction Committee's direction, Qatalyst Partners engaged with the other remaining strategic transaction participants, including Party A, Party B, and Party C, and those potential participants that had been previously contacted by representatives of Qatalyst Partners but had not responded to the initial outreach, to communicate the competitive nature of the process, accelerated timeline, and the need for prompt indications of interest. In connection with such conversations, the four financial sponsors that had received data room access, other than Vista, Party A and Party B, declined to continue participating in the transaction process.

On December 20, 2018, at 3:00 p.m. Pacific Time, the Board of Directors held a telephonic meeting to discuss Vista's $35 Per Share Proposal and the status of the strategic transaction process. Members of MINDBODY senior management and representatives of Cooley and Qatalyst Partners also attended the meeting. Representatives of Qatalyst Partners provided an update on the status of conversations with potential strategic transaction participants, noting that (i) Party B had expressly declined to continue participation in the process for valuation reasons, (ii) Party C remained in the process but did not seem likely to produce an indication of value, concrete proposal or a timeline that would be competitive with Vista, and (iii) Party A remained interested and aimed to provide additional information on its position to Qatalyst Partners by the end of the following day. Representatives of Qatalyst Partners and Cooley provided a summary of the $35 Per Share Proposal and the corresponding exclusivity arrangement and merger agreement proposed by Vista, including the "go-shop" provision, the lack of employment agreement condition, the termination fee during the "go-shop" period versus after its expiration, the cap on Vista's liability for monetary damages under the merger agreement, the specific performance provisions, and the structure of the proposed voting and support agreements. Representatives of Qatalyst Partners discussed with the Board of Directors financial aspects of the $35.00 per share price being offered by Vista. Following discussion, Qatalyst Partners left the meeting, and the Board of Directors continued discussing the $35 Per Share Proposal and next steps. Following such discussion, the Board of Directors concluded that Qatalyst Partners should approach Vista with a request for a revised offer with an increase to the offer price to $40.00 per share, as well as a decreased termination fee of 3.0% for the period after expiration of the "go-shop" and an increased cap on Vista's liability of at least 6.0%. The Board of Directors instructed management to communicate that direction to Qatalyst Partners following the meeting.

That evening, on December 20, 2018, following negotiations with Vista by Qatalyst Partners on MINDBODY's behalf, Vista increased its original non-binding indication of interest from $35.00 in cash per share of MINDBODY common stock to $36.50 in cash per share of MINDBODY common stock, agreed to decrease the termination fee for the period after the expiration of the "go-shop" from 3.5% to 3.0% of the equity value of MINDBODY, to increase the cap on Vista's liability from 5.5% to 7.0% of the equity value of MINDBODY and to decrease the cap on MINDBODY's liability from 3.5% to 3.0% of the equity value of MINDBODY.

On December 21, 2018, the Board of Directors held a telephonic meeting with representatives from senior management, Cooley and Qatalyst Partners. Representatives of Qatalyst Partners provided an update on discussions with Vista, including Vista's revised proposal to acquire MINDBODY for $36.50 per share of MINDBODY common stock, with a decreased termination fee applicable to the period after expiration of the "go-shop" period, from 3.5% to 3.0% of the equity value of MINDBODY, an increased

**JMP**

cap on Vista's liability from 5.5% to 7.0% of the equity value of MINDBODY and a decreased cap on MINDBODY's liability from 3.5% to 3.0% of the equity value of MINDBODY (such proposal, the "Revised Proposal"). Representatives of Qatalyst Partners relayed Vista's instruction that $36.50 per share price was the highest price Vista would be willing to offer. Representatives of Qatalyst Partners provided an update on the remaining parties engaged in the transaction process, noting that Party A had not responded to Qatalyst Partners with any update or clarity on the likelihood that Party A would be able to produce a proposal at a valuation and on a timeframe that would be competitive with Vista, and that if Party A did respond, it was likely to be with an estimate subject to additional due diligence that would require additional time, with the transaction requiring third party debt financing. Representatives from Qatalyst Partners left the meeting. Representatives from Cooley then reviewed the fiduciary duty obligations of the Board of Directors in the context of considering Vista's Revised Proposal and gave an overview of the deal protection provisions in Vista's proposed merger agreement. The Board of Directors then discussed Vista's Revised Proposal and the transaction process with members of management and representatives of Cooley. The members of management then left the meeting. Following further discussion, the Board of Directors considered Vista's Revised Proposal in the context of the $36.50 price per share proposed by Vista compared to various financial multiples, short and long-term historical trading prices of MINDBODY's common stock, various other financial aspects of the Revised Proposal discussed with representatives of Qatalyst Partners, the risks inherent in MINDBODY continuing as a stand-alone company, and general market risks. The Board of Directors also discussed Vista's request for exclusivity. Following such discussion, the Board of Directors determined that it was in the best interests of MINDBODY and its stockholders to pursue a transaction with Vista under the terms of the Revised Proposal, without executing an exclusivity agreement. Members of management returned to the meeting, and the Board of Directors directed MINDBODY management to negotiate for the best terms possible in the definitive agreements in accordance with the Revised Proposal, and not to execute an exclusivity agreement unless necessary.

Over the course of the following two days, representatives from Cooley and Kirkland & Ellis negotiated the terms of the merger agreement and other definitive deal documents. In parallel, Vista completed its confirmatory due diligence on technical, legal, accounting and tax matters.

On December 23, 2018, at 4:00 p.m. Pacific Time, the Board of Directors held a telephonic meeting with representatives of MINDBODY senior management, Cooley and Qatalyst Partners, to consider the Revised Proposal from Vista and corresponding definitive deal documents, including the Merger Agreement. Representatives of Qatalyst Partners reviewed for the Board of Directors the current status of discussions regarding a possible strategic transaction with Party A and Party C, informing the Board of Directors that Party A had indicated to representatives of Qatalyst Partners following the December 21 telephonic meeting of the Board of Directors that they would require several weeks to complete their due diligence and were in a value range of between $30 and $35 per share and that Party C had not provided an indication of valuation or timing with respect to a concrete proposal. Representatives of Qatalyst Partners then provided Qatalyst Partners' financial analysis of the $36.50 in cash per share of MINDBODY common stock to be paid by Vista pursuant to the proposed final Merger Agreement. Qatalyst Partners orally rendered its opinion to the Board of Directors, subsequently confirmed by delivery of a written opinion, to the effect that, as of December 23, 2018 and based upon and subject to the various assumptions, qualifications, limitations and other matters set forth in such opinion, the $36.50 in cash per share to be received pursuant to, and in accordance with, the terms of the Merger Agreement by the holders of shares of MINDBODY Class A common stock, in their capacity as such holders (other than Vista or any affiliate of Vista), was fair, from a financial point of view, to

JMP

such holders. For more information about Qatalyst Partners' opinion, see below under the caption "The Merger—Opinion of Qatalyst Partners LP". Following that delivery, representatives of Cooley provided a review for the Board of Directors of its fiduciary duties, and reviewed certain material terms of the proposed final Merger Agreement, including (i) the 30-day "go-shop" provision that would allow MINDBODY to and, following such "go-shop" period, the fiduciary duty exceptions that would permit MINDBODY, in certain limited circumstances, to negotiate and accept an unsolicited superior proposal, (ii) the 1.5% termination fee to be paid by MINDBODY in the event MINDBODY were to terminate the Vista transaction in order to accept an Alternative Proposal with another party during the "go-shop" period, (iii) the 3.0% termination fee to be paid by MINDBODY in the event MINDBODY were to terminate the Vista transaction in order to accept an Alternative Proposal with another party after the "go-shop" period ended, (iv) the 7.0% cap on Vista liability under the Merger Agreement, and (v) the conditions to consummation of the merger. Representatives from Cooley answered questions from members of the Board of Directors regarding the terms of the Merger Agreement and MINDBODY's ability to conduct its business during the Pre-Closing Period. After the presentation by Cooley, the Board of Directors continued to discuss the potential transaction with Vista and the reasons that the Board of Directors believed that the proposed merger with Vista, Merger Agreement, and other transactions contemplated thereby, were advisable and in the best interests of MINDBODY and its stockholders (for more information concerning the recommendation of the Board of Directors, see the section titled "The Merger Agreement—Reasons for the Merger"). Following such discussion, the Board of Directors unanimously determined that the merger, Merger Agreement and the other transactions contemplated thereby were advisable and in the best interests of MINDBODY and its stockholders, and authorized MINDBODY's management to execute the final Merger Agreement and related definitive documents with Vista.

Later that evening, MINDBODY and Vista executed the Merger Agreement and related agreements in connection with the transactions contemplated by the Merger Agreement. At the time of the signing of the Merger Agreement, Vista and MINDBODY had not engaged in any employment or retention-related discussions with regard to MINDBODY management.

The following morning, on December 24, 2018, the parties issued a joint press release announcing the execution of the Merger Agreement.

Since execution of the Merger Agreement, in connection with the Go Shop Period provided for in the Merger Agreement, which expires at 12:00 p.m. Pacific Time on January 22, 2019, at the direction of the Board of Directors, representatives from Qatalyst Partners have contacted 51 parties, comprised of 23 strategic parties and 28 financial sponsors to gauge interest in such parties providing an Alternative Proposal. Of those parties, MINDBODY has executed confidentiality agreements with seven parties (one strategic party and six financial sponsors), five of which confidentiality agreements included a standstill with a standard fall-away provision and permission for the counterparty to privately and confidentially approach MINDBODY senior management, the Board of Directors or Qatalyst Partners during the standstill period. Party A, Party B, and Party C declined to continue participating in the potential transaction process. To date, the Company has not received an alternative Acquisition Proposal.

**MINDBODY, Inc. (MB)**



## HISTORICAL VALUATIONS

Many investors have asked us how current SaaS valuations compare to historical levels. Figure 3 below shows that, over the last eight years, the median high-growth SaaS peer group median multiple has been 7.1x. The group currently trades at 7.4x and the peak was in March 2014 when the median hit a remarkable 12.3x.

As shown below, there has been a pullback roughly every two years. In 2011-2012, the group fell ~40% from 7.8x in July 2011 to 4.7x in January 2012. In 2014, the group fell ~41% from 12.3x in March 2014 to 7.3x in April 2014. In the beginning of 2016, the group fell ~35% from 7.1x in December 2015 to 4.6x in March 2016. More recently, the group has fallen ~33% from 11.1x on October 1, 2018, to 7.4x currently. Of course, having the calendar flip to 2019 means we use 2020 revenue projections for the multiple, which places downward pressure on the January 2019 multiple relative to the October 2018 multiple. We also note that the peer group displayed below is different from the one we typically compare to MINDBODY.



FIGURE 3.    Median Forward EV/Revenue Multiple for High-Growth SaaS Peer Group[1]

Source: JMP Securities LLC, Thomson Reuters, and Company filings

1 – Based on the multiple cited in JMP's published research reports. Forward EV/revenue multiple is based on the next full calendar year, so the forward multiple in February 2012 or November 2012 would be based on 2013 revenue. The high-growth SaaS peer group generally consists of companies with 30%+ expected forward revenue growth.

January 10, 2019

MINDBODY, Inc. (MB)

## FIGURE 4.  MB Revenue Drivers

| | 2014 | 2015A | 2016A | 2017A | | | | | 2018E | | | | | 2019E | | | | | 2020E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Q1A | Q2A | Q3A | Q4A | 2017A | Q1A | Q2A | Q3A | Q4 | 2018E | Q1 | Q2 | Q3 | Q4 | 2019E | Q1 | Q2 | Q3 | Q4 | 2020E |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Subscription and services | 40,500 | 61,339 | 82,919 | 24,953 | 25,992 | 28,283 | 29,946 | 109,174 | 32,743 | 38,540 | 40,792 | 41,247 | 153,322 | 44,027 | 44,428 | 46,354 | 47,311 | 182,120 | 49,747 | 51,325 | 53,963 | 55,597 | 210,631 |
| *y/y growth* | 43% | 51% | 35% | 30% | 29% | 34% | 34% | 32% | 31% | 48% | 44% | 38% | 40% | 34% | 15% | 14% | 15% | 19% | 13% | 16% | 16% | 18% | 16% |
| *Sequential Growth* | | | | 12% | 4% | 9% | 6% | | 9% | 18% | 6% | 1% | | 7% | 1% | 4% | 2% | | 5% | 3% | 5% | 3% | |
| *% of total* | 58% | 61% | 60% | 59% | 59% | 61% | 60% | 60% | 61% | 63% | 64% | 62% | 63% | 63% | 62% | 62% | 61% | 62% | 60% | 60% | 61% | 60% | 60% |
| Payments | 26,000 | 37,460 | 53,807 | 16,750 | 17,619 | 17,786 | 19,108 | 71,263 | 20,229 | 22,266 | 22,037 | 24,108 | 88,640 | 25,670 | 26,658 | 28,010 | 29,920 | 110,258 | 33,031 | 33,211 | 34,522 | 36,462 | 137,227 |
| *y/y growth* | 52% | 44% | 44% | 38% | 37% | 32% | 25% | 32% | 21% | 26% | 24% | 26% | 24% | 27% | 20% | 27% | 24% | 24% | 29% | 25% | 23% | 22% | 24% |
| *Sequential Growth* | | | | 10% | 5% | 1% | 7% | | 6% | 10% | -1% | 9% | | 6% | 4% | 5% | 7% | | 10% | 1% | 4% | 6% | |
| *% of total* | 37% | 37% | 39% | 40% | 40% | 38% | 38% | 39% | 38% | 36% | 35% | 37% | 36% | 36% | 37% | 37% | 38% | 37% | 40% | 39% | 39% | 39% | 39% |
| **Recurring Revenue** | **66,500** | **98,799** | **136,726** | **41,703** | **43,611** | **46,069** | **49,054** | **180,437** | **52,972** | **60,806** | **62,829** | **65,355** | **241,962** | **69,697** | **71,086** | **74,363** | **77,231** | **292,377** | **82,778** | **84,536** | **88,485** | **92,059** | **347,858** |
| *y/y growth* | 47% | 49% | 38% | 33% | 32% | 33% | 30% | 32% | 27% | 39% | 36% | 33% | 34% | 32% | 17% | 18% | 18% | 21% | 19% | 19% | 19% | 19% | 19% |
| *Sequential Growth* | | | | 11% | 5% | 6% | 6% | | 8% | 15% | 3% | 4% | | 7% | 2% | 5% | 4% | | 7% | 2% | 5% | 4% | |
| *% of total* | 95% | 97% | 98% | 99% | 99% | 99% | 99% | 99% | 98% | 99% | 99% | 99% | 99% | 99% | 99% | 99% | 99% | 99% | 99% | 99% | 99% | 99% | 99% |
| Products and other sales | 3,510 | 2,570 | 2,294 | 511 | 496 | 543 | 639 | 2,189 | 851 | 805 | 953 | 650 | 3,259 | 675 | 720 | 675 | 675 | 2,745 | 630 | 640 | 600 | 600 | 2,470 |
| *y/y growth* | 5% | -27% | -11% | -15% | -9% | -8% | 15% | -5% | 67% | 62% | 76% | 2% | 49% | -21% | -11% | -29% | 4% | -16% | -7% | -11% | -11% | -11% | -10% |
| *% of total* | 5% | 3% | 2% | 1% | 1% | 1% | 1% | 1% | 2% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
| **Total revenue** | **70,010** | **101,369** | **139,020** | **42,214** | **44,107** | **46,612** | **49,693** | **182,626** | **53,823** | **61,611** | **63,782** | **66,005** | **245,221** | **70,372** | **71,806** | **75,038** | **77,906** | **295,122** | **83,408** | **85,176** | **89,085** | **92,659** | **350,328** |
| *y/y growth* | 44% | 45% | 37% | 32% | 31% | 32% | 30% | 31% | 28% | 40% | 37% | 33% | 34% | 31% | 17% | 18% | 18% | 20% | 19% | 19% | 19% | 19% | 19% |
| *Sequential Growth* | | | | 11% | 4% | 6% | 7% | | 8% | 14% | 4% | 3% | | 7% | 2% | 5% | 4% | | 7% | 2% | 5% | 4% | |
| **Drivers** | | | | | | | | | | | | | | | | | | | | | | | |
| High Value Subs (end of period) | 36.600 | 44.700 | 53.000 | 54.100 | 54.350 | 54.658 | 55.179 | 55.179 | 55.780 | 67.100 | 66.908 | 66.708 | 66.708 | 66.708 | 66.708 | 66.908 | 67.308 | 67.308 | 68.058 | 68.808 | 69.558 | 70.308 | 70.308 |
| *y/y growth* | 28% | 22% | 19% | 17% | 13% | 8% | 4% | 4% | 3% | 23% | 22% | 21% | 21% | 20% | -1% | 0% | 1% | 1% | 2% | 3% | 4% | 4% | 4% |
| *Sequential Growth* | | | | 2% | 0% | 1% | 1% | | 1% | 20% | 0% | 0% | | 0% | 0% | 0% | 1% | | 1% | 1% | 1% | 1% | |
| Net Adds | 8.000 | 8.100 | 8.300 | 1.100 | 0.250 | 0.308 | 0.521 | 2.179 | 0.601 | 11.320 | (0.192) | (0.200) | 11.529 | - | - | 0.200 | 0.400 | 0.600 | 0.750 | 0.750 | 0.750 | 0.750 | 3.000 |
| High Value Subs (avg.) | 32.600 | 40.650 | 48.850 | 53.550 | 54.225 | 54.504 | 54.919 | 54.090 | 55.480 | 61.440 | 67.004 | 66.808 | 60.944 | 66.708 | 66.708 | 66.808 | 67.108 | 67.008 | 67.683 | 68.433 | 69.183 | 69.933 | 68.808 |
| Solo Subs (end of period) | 3.917 | 6.781 | 7.385 | 5.819 | 4.995 | 4.370 | 3.405 | 3.405 | 2.129 | 1.042 | 0.456 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| *y/y growth* | 60% | 73% | 9% | -19% | -33% | -45% | -54% | -54% | -63% | -79% | -90% | -100% | -100% | -100% | -100% | | | | | | | | |
| *Sequential Growth* | | | | -21% | -14% | -13% | -22% | | -37% | -51% | -56% | -100% | | | | | | | | | | | |
| Net Adds | 1.474 | 2.864 | 0.604 | (1.566) | (0.824) | (0.625) | (0.965) | (3.980) | (1.276) | (1.087) | (0.586) | (0.456) | (3.405) | | | | | - | | | | | - |
| Solo Subs (avg.) | 3.180 | 5.349 | 7.083 | 6.602 | 5.407 | 4.683 | 3.888 | 5.395 | 2.767 | 1.586 | 0.749 | 0.228 | 1.703 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| **Total Subscribers (end of period)** | **40.517** | **51.481** | **60.385** | **59.919** | **59.345** | **59.028** | **58.584** | **58.584** | **57.909** | **68.142** | **67.364** | **66.708** | **66.708** | **66.708** | **66.708** | **66.908** | **67.308** | **67.308** | **68.058** | **68.808** | **69.558** | **70.308** | **70.308** |
| *y/y growth* | 31% | 27% | 17% | 12% | 6% | 1% | -3% | -3% | -3% | 15% | 14% | 14% | 14% | 15% | -2% | -1% | 1% | 1% | 2% | 3% | 4% | 4% | 4% |
| *Sequential Growth* | | | | -1% | -1% | -1% | -1% | | -1% | 18% | -1% | -1% | | 0% | 0% | 0% | 1% | | 1% | 1% | 1% | 1% | |
| Net Adds | 9.474 | 10.964 | 8.904 | (0.466) | (0.574) | (0.317) | (0.444) | (1.801) | (0.675) | 10.233 | (0.778) | (0.656) | 8.124 | | | 0.200 | 0.400 | 0.600 | 0.750 | 0.750 | 0.750 | 0.750 | 3.000 |
| Total Subscribers (avg.) | 36.170 | 45.754 | 55.968 | 60.152 | 59.632 | 59.187 | 58.806 | 59.444 | 58.247 | 63.026 | 67.753 | 67.036 | 64.015 | 66.708 | 66.708 | 66.808 | 67.108 | 66.833 | 67.683 | 68.433 | 69.183 | 69.933 | 68.808 |
| Monthly Subscription ARPS ($) | 93 | 112 | 123 | 138 | 145 | 159 | 170 | 153 | 187 | 189 | 202 | 205 | 200 | 220 | 222 | 231 | 235 | 227 | 245 | 250 | 260 | 265 | 255 |
| *y/y growth* | 4% | 20% | 11% | 13% | 19% | 29% | 35% | 24% | 36% | 30% | 27% | 21% | 30% | 17% | 18% | 15% | 15% | 14% | 11% | 13% | 12% | 13% | 12% |
| *sequential growth* | | | | 10% | 5% | 10% | 7% | | 10% | 1% | 7% | 2% | | 7% | 1% | 4% | 2% | | 4% | 2% | 4% | 2% | |
| Monthly Payments ARPS ($) | 60 | 68 | 80 | 93 | 98 | 100 | 108 | 100 | 116 | 109 | 109 | 120 | 115 | 128 | 133 | 140 | 149 | 137 | 163 | 162 | 166 | 174 | 166 |
| *y/y growth* | 10% | 14% | 17% | 20% | 25% | 27% | 27% | 25% | 25% | 11% | 9% | 11% | 16% | 11% | 22% | 28% | 24% | 19% | 27% | 21% | 19% | 17% | 21% |
| *sequential growth* | | | | 8% | 6% | 2% | 8% | | 7% | -6% | 0% | 10% | | 7% | 4% | 5% | 6% | | 9% | -1% | 3% | 4% | |
| **Key Metrics** | | | | | | | | | | | | | | | | | | | | | | | |
| Total ARPS ($, annualized) | $1,860 | $2,184 | $2,460 | $2,765 | $2,928 | $3,108 | $3,336 | $3,035 | $3,624 | $3,516 | $3,708 | $3,900 | $3,687 | $4,179 | $4,263 | $4,452 | $4,603 | $4,374 | $4,892 | $4,941 | $5,116 | $5,266 | $5,054 |
| **Total Monthly ARPS ($)** | **$155** | **$182** | **$205** | **$230** | **$244** | **$259** | **$278** | **$253** | **$302** | **$293** | **$309** | **$325** | **$307** | **$348** | **$355** | **$371** | **$384** | **$365** | **$408** | **$412** | **$426** | **$439** | **$421** |
| *y/y growth* | 6% | 17% | 13% | 15% | 21% | 27% | 31% | 23% | 31% | 20% | 19% | 17% | 21% | 15% | 21% | 20% | 18% | 19% | 17% | 16% | 15% | 14% | 16% |
| *Sequential Growth* | | | | 9% | 6% | 6% | 7% | | 9% | -3% | 5% | 5% | | 7% | 2% | 4% | 3% | | 6% | 1% | 4% | 3% | |
| Payments volume (in millions) | 4,121 | 5,061 | 6,470 | 1,866 | 1,950 | 1,971 | 2,100 | 7,887 | 2,245 | 2,716 | 2,674 | 2,940 | 10,575 | 3,008 | 3,174 | 3,257 | 3,479 | 12,918 | 3,797 | 3,817 | 3,923 | 4,143 | 15,680 |
| *y/y growth* | 33% | 23% | 28% | 22% | 22% | 23% | 21% | 22% | 20% | 39% | 36% | 40% | 34% | 34% | 17% | 22% | 18% | 22% | 26% | 20% | 20% | 19% | 21% |
| Take Rate | 0.63% | 0.74% | 0.83% | 0.90% | 0.90% | 0.90% | 0.91% | 0.90% | 0.90% | 0.82% | 0.82% | 0.82% | 0.84% | 0.85% | 0.84% | 0.86% | 0.86% | 0.85% | 0.87% | 0.87% | 0.88% | 0.88% | 0.88% |
| *y/y expansion in take rate* | 0.08% | 0.11% | 0.09% | | | | | 0.07% | | | | | | | | | | -0.07% | | | | | 0.02% |
| GMV (TTM, $B) | | | | 9.7 | 10.0 | 10.5 | | | 11.2 | 12.5 | 13.8 | | | | | | | | | | | | |
| *y/y growth* | | | | | | | | | 16% | 25% | 32% | | | | | | | | | | | | |
| *capture rate* | | | | | | | | | 74% | 72% | 111% | | | | | | | | | | | | |
| Dollar-based net expansion rate (full quarter) | | | | 108% | 108% | 110% | 109% | | 106% | 103% | 101% | | | | | | | | | | | | |
| Practitioners on MB (ending, 000s) | 240 | 278 | 329 | 356 | 362 | 369 | 373 | 373 | 395 | 465 | 469 | | | | | | | | | | | | |
| *y/y growth* | 27% | 16% | 18% | | | | | 13% | 11% | 28% | 27% | | | | | | | | | | | | |
| Practitioners on MB (avg, 000s) | 215 | 259 | 304 | 343 | 359 | 366 | 371 | 351 | 384 | 430 | 467 | | | | | | | | | | | | |
| Practitioners per subscriber (avg, 000s) | 5.9 | 5.7 | 5.4 | 5.7 | 6.0 | 6.2 | 6.3 | 5.9 | 6.6 | 6.8 | 6.9 | | | | | | | | | | | | |
| *y/y growth* | -6% | -5% | -4% | | | | | 9% | | | | | | | | | | | | | | | |
| Available Inventory per day (avg., millions) | 3.1 | 3.7 | 4.4 | 4.7 | 4.8 | 4.8 | 4.9 | 4.9 | 5.2 | 5.7 | | | | | | | | | | | | | |
| *y/y growth* | 24% | 19% | 19% | | | 9% | 11% | 11% | 11% | 19% | -100% | | | | | | | | | | | | |
| Available Inventory per year (millions) | 1,132 | 1,351 | 1,606 | 1,716 | 1,752 | 1,752 | 1,789 | 1,789 | 1,898 | 2,081 | - | | | | | | | | | | | | |
| *% filled* | 28% | 29% | 30% | | | | | 34% | | | | | | | | | | | | | | | |

*Source: JMP Securities LLC and Company Filings*

JMP

January 10, 2019

MINDBODY, Inc. (MB)

## FIGURE 5.   MB Income Statement

| | 2014 | 2015A | 2016A | Q1A | Q2A | Q3A | Q4A | 2017A | Q1A | Q2A | Q3A | Q4 | 2018E | Q1 | Q2 | Q3 | Q4 | 2019E | Q1 | Q2 | Q3 | Q4 | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | \multicolumn{5}{c}{2017A} | | | \multicolumn{5}{c}{2018E} | | | \multicolumn{5}{c}{2019E} | | | \multicolumn{4}{c}{2020E} | | |
| **Non-GAAP** | | | | | | | | | | | | | | | | | | | | | | | |
| Subscription and Services | 40,500 | 61,339 | 82,919 | 24,953 | 25,992 | 28,283 | 29,946 | 109,174 | 32,743 | 38,540 | 40,792 | 41,247 | 153,322 | 44,027 | 44,428 | 46,354 | 47,311 | 182,120 | 49,747 | 51,325 | 53,963 | 55,597 | 210,631 |
| *y/y growth* | 43% | 51% | 35% | 30% | 29% | 34% | 34% | 32% | 31% | 48% | 44% | 38% | 40% | 34% | 15% | 14% | 15% | 19% | 13% | 16% | 16% | 18% | 16% |
| Payments | 26,000 | 37,460 | 53,807 | 16,750 | 17,619 | 17,786 | 19,108 | 71,263 | 20,229 | 22,266 | 22,037 | 24,108 | 88,640 | 25,670 | 26,658 | 28,010 | 29,920 | 110,258 | 33,031 | 33,211 | 34,522 | 36,462 | 137,227 |
| *y/y growth* | 52% | 44% | 44% | 38% | 37% | 32% | 25% | 32% | 21% | 26% | 24% | 26% | 24% | 27% | 20% | 27% | 24% | 24% | 29% | 25% | 23% | 22% | 24% |
| Products and Other | 3,510 | 2,570 | 2,294 | 511 | 496 | 543 | 639 | 2,189 | 851 | 805 | 953 | 650 | 3,259 | 675 | 720 | 675 | 675 | 2,745 | 630 | 640 | 600 | 600 | 2,470 |
| *y/y growth* | 5% | -27% | -11% | -15% | -9% | -8% | 15% | -5% | 67% | 62% | 76% | 2% | 49% | -21% | -11% | -29% | 4% | -16% | -7% | -11% | -11% | -11% | -10% |
| **Revenue** | **70,010** | **101,369** | **139,020** | **42,214** | **44,107** | **46,612** | **49,693** | **182,626** | **53,823** | **61,611** | **63,782** | **66,005** | **245,221** | **70,372** | **71,806** | **75,038** | **77,906** | **295,122** | **83,408** | **85,176** | **89,085** | **92,659** | **350,328** |
| *y/y growth* | 44% | 45% | 37% | 32% | 31% | 32% | 30% | 31% | 28% | 40% | 37% | 33% | 34% | 31% | 17% | 18% | 18% | 20% | 19% | 19% | 19% | 19% | 19% |
| Cost of Revenue | 29,783 | 36,238 | 41,744 | 11,584 | 11,965 | 12,426 | 13,160 | 49,135 | 14,600 | 18,003 | 18,738 | 19,340 | 70,681 | 20,549 | 20,824 | 21,011 | 21,035 | 83,418 | 22,687 | 22,998 | 23,875 | 24,647 | 94,207 |
| *% of revenue* | 43% | 36% | 30% | 27% | 27% | 27% | 26% | 27% | 27% | 29% | 29% | 29% | 29% | 29% | 29% | 28% | 27% | 28% | 27% | 27% | 27% | 27% | 27% |
| **Gross Profit** | **40,227** | **65,132** | **97,276** | **30,630** | **32,142** | **34,186** | **36,533** | **133,491** | **39,223** | **43,608** | **45,044** | **46,666** | **174,541** | **49,823** | **50,982** | **54,028** | **56,871** | **211,705** | **60,721** | **62,178** | **65,210** | **68,012** | **256,121** |
| *gross margin* | 57.5% | 64.3% | 70.0% | 72.6% | 72.9% | 73.3% | 73.5% | 73.1% | 72.9% | 70.8% | 70.6% | 70.7% | 71.2% | 70.8% | 71.0% | 72.0% | 73.0% | 71.7% | 72.8% | 73.0% | 73.2% | 73.4% | 73.1% |
| Operating Expenses | | | | | | | | | | | | | | | | | | | | | | | |
| Sales and Marketing | 30,726 | 42,812 | 54,401 | 15,828 | 16,691 | 17,678 | 18,756 | 68,953 | 16,811 | 20,326 | 21,587 | 23,366 | 82,090 | 24,912 | 25,132 | 26,263 | 28,202 | 104,509 | 29,193 | 29,812 | 30,289 | 31,504 | 120,797 |
| *% of revenue* | 44% | 42% | 39% | 37% | 38% | 38% | 38% | 38% | 31% | 33% | 34% | 35% | 33% | 35% | 35% | 35% | 36% | 35% | 35% | 35% | 34% | 34% | 34% |
| Research and development | 15,870 | 22,155 | 28,346 | 8,121 | 7,822 | 7,809 | 8,194 | 31,946 | 10,476 | 15,499 | 16,579 | 17,161 | 59,715 | 16,889 | 16,515 | 16,508 | 16,360 | 66,273 | 18,350 | 17,887 | 17,817 | 17,605 | 71,659 |
| *% of revenue* | 23% | 22% | 20% | 19% | 18% | 17% | 16% | 17% | 19% | 25% | 26% | 26% | 24% | 24% | 23% | 22% | 21% | 22% | 22% | 21% | 20% | 19% | 20% |
| General and Administrative | 17,399 | 26,241 | 26,674 | 7,483 | 7,862 | 8,138 | 7,957 | 31,440 | 9,416 | 10,644 | 10,050 | 10,561 | 40,671 | 11,260 | 11,489 | 11,256 | 11,686 | 45,690 | 12,511 | 12,606 | 11,937 | 12,046 | 49,100 |
| *% of revenue* | 25% | 26% | 19% | 18% | 18% | 17% | 16% | 17% | 17% | 17% | 16% | 16% | 17% | 16% | 16% | 15% | 15% | 15% | 15% | 15% | 13% | 13% | 14% |
| change in fair value of contingent consid | (1,434) | (11) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *% of revenue* | -2% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| **Total Operating Expenses** | **62,561** | **91,197** | **109,421** | **31,432** | **32,375** | **33,625** | **34,907** | **132,339** | **36,703** | **46,469** | **48,216** | **51,088** | **182,476** | **53,060** | **53,136** | **54,028** | **56,248** | **216,473** | **60,054** | **60,305** | **60,043** | **61,155** | **241,557** |
| *% of revenue* | 89% | 90% | 79% | 74% | 73% | 72% | 70% | 72% | 68% | 75% | 76% | 77% | 74% | 75% | 74% | 72% | 72% | 73% | 72% | 71% | 67% | 66% | 69% |
| **Income from Operations** | **(22,334)** | **(26,065)** | **(12,145)** | **(802)** | **(233)** | **561** | **1,626** | **1,152** | **2,520** | **(2,861)** | **(3,172)** | **(4,422)** | **(7,935)** | **(3,237)** | **(2,154)** | **-** | **623** | **(4,768)** | **667** | **1,874** | **5,167** | **6,857** | **14,565** |
| *Operating Margin* | -31.9% | -25.7% | -8.7% | -1.9% | -0.5% | 1.2% | 3.3% | 0.6% | 4.7% | -4.6% | -5.0% | -6.7% | -3.2% | -4.6% | -3.0% | 0.0% | 0.8% | -1.6% | 0.8% | 2.2% | 5.8% | 7.4% | 4.2% |
| change in fair value of preferred stock w | (283) | (25) | | | | | | | | | | | | | | | | | | | | | |
| Interest income | - | 9 | 56 | - | - | - | - | - | - | 436 | 1,482 | 1,500 | 3,418 | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 | 1,500 | 1,500 | 1,500 | 1,500 | 6,000 |
| Interest expense | (68) | (938) | (1,179) | (214) | (83) | 172 | 234 | 109 | 366 | (1,037) | (4,040) | (3,000) | (7,711) | (3,000) | (3,000) | (3,000) | (3,000) | (12,000) | (3,000) | (3,000) | (3,000) | (3,000) | (12,000) |
| Other income (expense), net | (68) | (147) | (202) | (80) | (21) | 45 | (328) | (384) | (2,094) | 679 | 3,435 | - | 2,020 | - | - | - | - | - | - | - | - | - | - |
| **Income (loss) before taxes** | **(22,753)** | **(27,166)** | **(13,470)** | **(1,096)** | **(337)** | **778** | **1,532** | **877** | **792** | **(2,783)** | **(2,295)** | **(5,922)** | **(10,208)** | **(4,737)** | **(3,654)** | **(1,500)** | **(877)** | **(10,768)** | **(833)** | **374** | **3,667** | **5,357** | **8,565** |
| provision for income taxes | 116 | 247 | 321 | 142 | 118 | 83 | (176) | 167 | (2,058) | 78 | 169 | (1,421) | (3,232) | (1,137) | (877) | (360) | (210) | (2,584) | (200) | 90 | 880 | 1,286 | 2,056 |
| *effective tax rate* | -1% | -1% | -2% | -13% | -35% | 11% | -11% | 19% | -260% | -3% | -7% | 24% | 32% | 24% | 24% | 24% | 24% | 24% | 24% | 24% | 24% | 24% | 24% |
| **Net income (loss)** | **(22,869)** | **(27,412)** | **(13,791)** | **(1,238)** | **(455)** | **695** | **1,708** | **710** | **2,850** | **(2,861)** | **(2,464)** | **(4,501)** | **(6,976)** | **(3,600)** | **(2,777)** | **(1,140)** | **(666)** | **(8,184)** | **(633)** | **284** | **2,787** | **4,071** | **6,509** |
| **EPS** | **$ (0.73)** | **$ (0.77)** | **$ (0.35)** | **$ (0.03)** | **$ (0.01)** | **$ 0.01** | **$ 0.03** | **$ 0.02** | **$ 0.06** | **$ (0.06)** | **$ (0.05)** | **$ (0.09)** | **$ (0.15)** | **$ (0.08)** | **$ (0.06)** | **$ (0.02)** | **$ (0.01)** | **$ (0.17)** | **$ (0.01)** | **$ 0.01** | **$ 0.05** | **$ 0.08** | **$ 0.12** |
| **Adjusted EBITDA** | **(18,769)** | **(19,862)** | **(4,817)** | **1,114** | **1,669** | **2,488** | **3,630** | **8,901** | **4,621** | **(523)** | **(711)** | **477** | **3,864** | **1,663** | **2,746** | **4,900** | **5,523** | **14,831** | **5,767** | **6,974** | **10,267** | **11,957** | **34,965** |
| *Adjusted EBITDA margin* | -26.8% | -19.6% | -3.5% | 2.6% | 3.8% | 5.3% | 7.3% | 4.9% | 8.6% | -0.8% | -1.1% | 0.7% | 1.6% | 2.4% | 3.8% | 6.5% | 7.1% | 5.0% | 6.9% | 8.2% | 11.5% | 12.9% | 10.0% |

*Source: JMP Securities LLC and Company Filings*



January 10, 2019

MINDBODY, Inc. (MB)

### FIGURE 6.  MB Balance Sheet

| ($ in thousands, except per share data) | 2014 Q1 | Q2 | Q3 | Q4 | 2015 Q1 | Q2 | Q3 | Q4 | 2016 Q1 | Q2 | Q3 | Q4 | 2017 Q1 | Q2 | Q3 | Q4 | 2018 Q1 | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Current Assets | | | | | | | | | | | | | | | | | | | |
| Cash and equivalents | 54,863 | 47,636 | 39,973 | 34,675 | 22,099 | 106,846 | 100,110 | 93,405 | 91,451 | 87,910 | 86,288 | 85,864 | 87,941 | 223,792 | 225,312 | 232,019 | 217,708 | 325,795 | 154,074 |
| Short-term investments | | | | | | | | | | | | | | | | | | | 171,016 |
| Accounts receivable, net | 2,601 | 2,574 | 2,690 | 3,193 | 4,015 | 4,500 | 6,400 | 6,643 | 7,854 | 8,017 | 8,520 | 9,129 | 9,886 | 9,284 | 10,047 | 10,917 | 12,196 | 13,545 | 12,639 |
| Deferred commissions, current | | | | | | | | | | | | | | | | | | 1,702 | 2,645 |
| Prepaid expenses and other | 1,784 | 1,686 | 2,620 | 2,562 | 3,107 | 2,227 | 2,556 | 3,082 | 3,286 | 3,644 | 3,710 | 3,702 | 4,080 | 4,845 | 5,698 | 5,612 | 7,331 | 9,617 | 8,948 |
| **Total current assets** | **59,248** | **51,896** | **45,283** | **40,430** | **29,221** | **113,573** | **109,066** | **103,130** | **102,591** | **99,571** | **98,518** | **98,695** | **101,907** | **237,921** | **241,057** | **248,548** | **237,235** | **350,659** | **349,322** |
| Deferred offering costs | | 266 | 579 | 863 | 2,456 | | | | | | | | | | | | | | |
| Restricted cash | 2,412 | 2,320 | 2,150 | 772 | - | | | | | | | | | | | | | | |
| Property and equipment, net | 15,289 | 18,723 | 23,529 | 28,568 | 32,487 | 32,412 | 31,999 | 31,754 | 33,509 | 34,013 | 33,658 | 33,104 | 32,377 | 33,461 | 34,484 | 32,871 | 33,185 | 33,514 | 33,001 |
| Deferred commissions, noncurrent | | | | | | | | | | | | | | | | | | 4,640 | 6,926 |
| Intangible assets, net | 558 | 450 | 113 | 60 | 873 | 789 | 712 | 636 | 560 | 484 | 1,974 | 2,027 | 6,651 | 6,245 | 5,835 | 7,377 | 17,484 | 72,598 | 69,272 |
| Goodwill | 1,827 | 1,827 | 1,827 | 1,827 | 5,396 | 5,396 | 5,396 | 5,396 | 5,396 | 5,396 | 9,258 | 9,039 | 11,583 | 11,583 | 11,583 | 11,583 | 20,248 | 111,511 | 111,468 |
| Other non-current assets | 408 | 507 | 494 | 531 | 643 | 577 | 516 | 498 | 507 | 498 | 538 | 650 | 641 | 604 | 593 | 934 | 3,914 | 1,528 | 1,303 |
| **Total assets** | **79,742** | **75,989** | **73,975** | **73,051** | **71,076** | **152,747** | **147,689** | **141,414** | **142,563** | **139,962** | **143,946** | **143,515** | **153,159** | **289,814** | **293,552** | **301,313** | **312,066** | **574,450** | **571,292** |
| Liabilities, redeemable preferred stock, and shareholders' deficit | | | | | | | | | | | | | | | | | | | |
| Current liabilites: | | | | | | | | | | | | | | | | | | | |
| Accounts Payable | 3,076 | 2,474 | 3,857 | 5,406 | 6,268 | 5,005 | 4,954 | 4,426 | 6,449 | 6,424 | 5,500 | 4,827 | 4,909 | 5,806 | 7,421 | 7,448 | 9,376 | 10,993 | 11,327 |
| Accrued expenses and other liabilities | 4,274 | 4,544 | 5,327 | 5,219 | 5,873 | 7,095 | 8,055 | 7,911 | 9,038 | 9,666 | 10,099 | 10,470 | 10,708 | 11,723 | 10,857 | 13,099 | 12,827 | 17,443 | 16,595 |
| Deferred revenue, current portion | 1,891 | 1,922 | 2,205 | 2,396 | 2,493 | 2,691 | 3,104 | 3,367 | 3,687 | 4,124 | 4,486 | 4,859 | 5,445 | 5,845 | 6,063 | 6,318 | 5,949 | 7,241 | 7,962 |
| Other current liabilities | 1,203 | 1,196 | 621 | 447 | 444 | 558 | 590 | 645 | 658 | 669 | 984 | 581 | 2,148 | 2,261 | 1,871 | 1,828 | 1,135 | 832 | 1,093 |
| **Total current liabilities** | **10,444** | **10,136** | **12,010** | **13,468** | **15,078** | **15,349** | **16,703** | **16,349** | **19,832** | **20,883** | **21,069** | **20,737** | **23,210** | **25,635** | **26,212** | **28,693** | **29,287** | **36,509** | **36,977** |
| Debt | | | | | | | | | | | | | | | | | | 231,549 | 234,946 |
| Deferred revenue, noncurrent portion | | | | | | | 1,456 | 1,886 | 2,275 | 2,614 | 2,909 | 3,269 | 3,350 | 3,319 | 3,256 | 3,201 | 1,499 | 1,451 | 1,339 |
| Deferred rent, net of current portion | 729 | 830 | 916 | 988 | 1,108 | 1,163 | 1,208 | 1,254 | 1,298 | 1,340 | 1,359 | 1,387 | 1,563 | 1,638 | 1,811 | 1,966 | 2,096 | 2,256 | 2,239 |
| Contingent consideration | 883 | | - | - | - | | | | | | | | | | | | | | |
| Financing obligation on leases | 6,914 | 9,109 | 1,257 | 15,496 | 16,791 | 16,083 | 15,984 | 15,961 | 15,861 | 15,750 | 15,640 | 15,450 | 15,329 | 15,197 | 15,066 | 14,932 | 14,789 | 14,634 | 14,479 |
| Preferred stock warrant liability | 927 | 846 | 864 | 1,188 | 1,338 | | - | - | | | | | | | | | | | |
| Other non-current liabilities | 310 | 337 | 364 | 387 | 431 | 515 | 126 | 181 | 166 | 188 | 993 | 1,016 | 310 | 490 | 689 | 585 | 607 | 667 | 450 |
| **Total liabilities** | **20,207** | **21,258** | **15,411** | **31,527** | **34,746** | **33,110** | **35,477** | **35,631** | **39,432** | **40,775** | **41,970** | **41,859** | **43,762** | **46,279** | **47,034** | **49,377** | **48,278** | **287,066** | **290,430** |
| Commitments and contingencies | | | | | | | | | | | | | | | | | | | |
| Redeemable preferred stock | 150,968 | 154,255 | 157,872 | 166,449 | 170,159 | | | | | | | | | | | | | | |
| Shareholders' deficit | | | | | | | | | | | | | | | | | | | |
| Additional paid in capical | | | | | | 264,844 | 267,136 | 270,436 | 274,330 | 276,954 | 285,641 | 289,317 | 300,877 | 439,337 | 445,928 | 454,197 | 463,906 | 504,506 | 515,335 |
| Accumulated deficit | (91,377) | (99,458) | (110,219) | (124,796) | (133,636) | (145,004) | (154,632) | (164,382) | (170,976) | (177,526) | (183,421) | (187,361) | (191,270) | (195,645) | (199,275) | (202,153) | (200,002) | (216,893) | (234,130) |
| Accumulated other comprehensive loss | (56) | (65) | (88) | (129) | (191) | (203) | (292) | (271) | (223) | (241) | (247) | (300) | (210) | (157) | (135) | (108) | (116) | (229) | (343) |
| **Total shareholders' deficit** | **(91,433)** | **(99,523)** | **(110,307)** | **(124,925)** | **(133,827)** | **119,637** | **112,212** | **105,783** | **103,131** | **99,187** | **101,973** | **101,656** | **109,397** | **243,535** | **246,518** | **251,936** | **263,788** | **287,384** | **280,862** |
| **Total liabilities, redeemable preferred stock and shareholde** | **79,742** | **75,990** | **62,976** | **73,051** | **71,078** | **152,747** | **147,689** | **141,414** | **142,563** | **139,962** | **143,943** | **143,515** | **153,159** | **289,814** | **293,552** | **301,313** | **312,066** | **574,450** | **571,292** |
| | | | | | | | | | | | | | | | | | | | |
| Total Cash | | | | | 22,099 | 106,846 | 100,110 | 93,405 | 91,451 | 87,910 | 86,288 | 85,864 | 87,941 | 223,792 | 225,312 | 232,019 | 217,708 | 325,795 | 325,090 |
| Total Debt | | | | | | | | | | | | | | | | | | 231,549 | 234,946 |
| Net Cash | | | | | 22,099 | 106,846 | 100,110 | 93,405 | 91,451 | 87,910 | 86,288 | 85,864 | 87,941 | 223,792 | 225,312 | 232,019 | 217,708 | 94,246 | 90,144 |
| | | | | | | | | | | | | | | | | | | | |
| Total Deferred Revenue | 1,891 | 1,922 | 2,205 | 2,396 | 2,493 | 2,691 | 4,560 | 5,253 | 5,962 | 6,738 | 7,395 | 8,128 | 8,795 | 9,164 | 9,319 | 9,519 | 7,448 | 8,692 | 9,301 |
| y/y growth | | | | | 32% | 40% | 107% | 119% | 139% | 150% | 62% | 55% | 48% | 36% | 26% | 17% | -15% | -5% | 0% |
| sequential growth | | | | | 4% | 8% | 69% | 15% | 13% | 13% | 10% | 10% | 8% | 4% | 2% | 2% | -22% | 17% | 7% |

*Source: JMP Securities LLC and Company Filings*



January 10, 2019

MINDBODY, Inc. (MB)

## FIGURE 7.  MB Cash Flow Statement

| ($ in thousands, except per share data) | 2014 | 2015A | 2016A | Q1A | Q2A | Q3A | Q4A | 2017A | Q1A | Q2A | Q3A | Q4 | 2018E | Q1 | Q2 | Q3 | Q4 | 2019E | Q1 | Q2 | Q3 | Q4 | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2017A | | | | | 2018E | | | | | 2019E | | | | | 2020E | | | |
| Net Loss | (24,607) | (36,088) | (22,979) | (3,909) | (4,375) | (3,630) | (2,878) | (14,792) | (1,691) | (16,891) | (17,237) | (11,601) | (47,420) | (10,920) | (10,317) | (8,900) | (8,646) | (38,784) | (8,833) | (8,166) | (5,913) | (4,879) | (27,791) |
| Depreciation and amortization | 4,574 | 6,516 | 8,763 | 2,090 | 2,309 | 2,337 | 2,414 | 9,150 | 2,648 | 5,307 | 5,589 | 5,700 | 19,244 | 5,700 | 5,700 | 5,700 | 5,700 | 22,800 | 5,900 | 5,900 | 5,900 | 5,900 | 23,600 |
| SBC | 1,737 | 8,375 | 7,755 | 2,497 | 3,513 | 3,915 | 4,176 | 14,101 | 4,816 | 7,402 | 7,622 | 7,800 | 27,640 | 8,020 | 8,240 | 8,460 | 8,680 | 33,400 | 8,900 | 9,150 | 9,400 | 9,650 | 37,100 |
| Change in fair value of warrant liability | 283 | 25 | | - | - | - | | | - | - | | | - | | | | | | | | | | - |
| Change in fair value of contingent consideration | (1,434) | (11) | | - | - | - | | | - | - | | | - | | | | | | | | | | - |
| Write-off of acquired and developed technology | 426 | | | - | - | - | | | - | - | | | - | | | | | | | | | | - |
| Other | 473 | 540 | 1,009 | (9) | 3 | 23 | 325 | 342 | (2,103) | 1,110 | 3,790 | | 2,797 | | | | | - | | | | | - |
| Changes in assets and liabilities | - | | | | - | - | - | | | - | - | 1,700 | 1,700 | (4,000) | 2,500 | (1,500) | 4,500 | 1,500 | (3,500) | 6,500 | (2,000) | 6,000 | 7,000 |
| Accounts receivable | (1,122) | (3,842) | (3,305) | (721) | 621 | (739) | (900) | (1,739) | (1,012) | 426 | 892 | | 306 | | | | | - | | | | | - |
| Deferred commissions | | | | | | | | | | (5,943) | (3,714) | | (9,657) | | | | | - | | | | | - |
| prepaid expenses and other current assets | (1,405) | (526) | (638) | (376) | (748) | (837) | 90 | (1,871) | (1,036) | (697) | (673) | | (2,406) | | | | | - | | | | | - |
| Other assets | (99) | 148 | (132) | 12 | 39 | 13 | (341) | (277) | (2,674) | 2,674 | - | | - | | | | | - | | | | | - |
| Accounts payable | 2,081 | 722 | 92 | 294 | 401 | 966 | 304 | 1,965 | 1,089 | (3,536) | 1,370 | | (1,077) | | | | | - | | | | | - |
| Accrued payable | 146 | | | | - | - | 2,307 | 2,307 | | - | 3,224 | | 3,224 | | | | | - | | | | | - |
| Accrued liabilities | 668 | 2,743 | 2,631 | 327 | 943 | (1,005) | (265) | | (463) | 4,366 | (3,903) | | - | | | | | - | | | | | - |
| Deferred revenue | 350 | 2,556 | 2,775 | 652 | 357 | 143 | 199 | 1,351 | 321 | 433 | 621 | | 1,375 | | | | | - | | | | | - |
| Deferred rent | | 268 | 133 | 176 | 71 | 171 | 155 | 573 | 160 | 174 | 28 | | 362 | | | | | - | | | | | - |
| **Net cash from operating activities** | **(17,929)** | **(18,574)** | **(3,896)** | **1,033** | **3,134** | **1,357** | **5,586** | **11,110** | **55** | **(5,175)** | **(2,391)** | **3,599** | **(3,912)** | **(1,200)** | **6,123** | **3,760** | **10,234** | **18,916** | **2,467** | **13,384** | **7,387** | **16,671** | **39,909** |
| Purchase of proprety and equipment | (7,311) | (9,919) | (8,591) | (1,406) | (2,538) | (1,848) | (1,058) | (6,850) | (1,969) | (2,011) | (1,947) | (2,200) | (8,127) | (2,400) | (2,400) | (2,400) | (2,400) | (9,600) | (3,000) | (3,000) | (3,000) | (3,000) | (12,000) |
| Additions to internally dev. Software | | | | | | | (1,963) | (1,963) | (1,043) | (296) | (27) | | (1,366) | | | | | - | | | | | - |
| disposal of property and equipment | 20 | - | | | - | - | | | - | - | | | - | | | | | - | | | | | - |
| marketable securities | | | | | | | | | | | (171,102) | | (171,102) | | | | | - | | | | | - |
| acquisition of business | - | (3,000) | (4,138) | (1,450) | - | (250) | - | (1,700) | (15,196) | (136,569) | - | | (151,765) | | | | | - | | | | | - |
| change in restricted cash | 1,623 | 788 | | | | | | | | | | | - | | | | | - | | | | | - |
| **Net cash from investing activities** | **(5,668)** | **(12,131)** | **(12,729)** | **(2,856)** | **(2,538)** | **(2,098)** | **(3,021)** | **(10,513)** | **(18,208)** | **(138,876)** | **(173,076)** | **(2,200)** | **(332,360)** | **(2,400)** | **(2,400)** | **(2,400)** | **(2,400)** | **(9,600)** | **(3,000)** | **(3,000)** | **(3,000)** | **(3,000)** | **(12,000)** |
| proceeds from debt | - | | | | - | - | | | | 254,472 | 946 | | | | | | | | | | | | |
| repayment of bank term loan | - | (316) | | | - | - | | | | - | - | | | | | | | | | | | | |
| net proceeds from employee stock based transactions | 12 | 194 | 3,040 | 1,510 | - | 1,728 | - | 3,238 | 2,006 | - | 2,255 | | | | | | | | | | | | |
| proceeds from issue of redeemable convert. Pref. stoc | 49,913 | | | | - | - | | | | - | - | | | | | | | | | | | | |
| proceeds from exercise of equity awards | | | 6,626 | 2,408 | 2,229 | 982 | 4,421 | 10,040 | 3,499 | 1,340 | 1,343 | | | | | | | | | | | | |
| payment of deferred offering cost | (644) | (3,380) | | | - | - | | | | - | - | | | | | | | | | | | | |
| collection of notes receivable from stockholder | - | | | | - | - | | | | - | - | | | | | | | | | | | | |
| payments on contingent consideration | (240) | | | | - | - | | | | - | - | | | | | | | | | | | | |
| payment on debt issuance costs | - | | | | - | - | | | | - | - | | | | | | | | | | | | |
| proceeds from equity offering | - | 93,093 | | | 134,528 | (251) | (11) | 134,266 | | - | - | | | | | | | | | | | | |
| payments on financing obligations | (239) | | | (100) | (1,572) | 1,351 | (190) | | (1,540) | 37 | 1,119 | | | | | | | | | | | | |
| other | | (73) | (499) | (33) | - | (1,563) | (141) | (1,737) | (121) | (3,632) | (1,888) | | | | | | | | | | | | |
| **Net cash provided by financing activities** | **48,802** | **89,518** | **9,167** | **3,785** | **135,185** | **2,247** | **4,079** | **145,296** | **3,844** | **252,217** | **3,775** | | | | | | | | | | | | |
| effect of exchange rate changes on cash | (76) | (83) | (80) | 115 | 70 | 14 | 63 | 262 | (2) | (79) | (29) | | | | | | | | | | | | |
| **net increase in cash and equivalents** | **25,129** | **58,730** | **(7,538)** | **2,077** | **135,851** | **1,520** | **6,707** | **146,155** | **(14,311)** | **108,087** | **(171,721)** | | | | | | | | | | | | |
| **cash and equivalents beginning of period** | **9,544** | **34,672** | **93,402** | **85,864** | **87,941** | **223,792** | **225,312** | **85,864** | **232,019** | **217,708** | **325,795** | | | | | | | | | | | | |
| **cash at end of period** | **34,672** | **93,402** | **85,864** | **87,941** | **223,792** | **225,312** | **232,019** | **232,019** | **217,708** | **325,795** | **154,074** | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | |
| FCF | (25,240) | (28,493) | (12,487) | (373) | 596 | (491) | 2,565 | 2,297 | (2,957) | (7,482) | (4,365) | 1,399 | (13,405) | (3,600) | 3,723 | 1,360 | 7,834 | 9,316 | (533) | 10,384 | 4,387 | 13,671 | 27,909 |
| *margin* | *-36%* | *-28%* | *-9%* | *-1%* | *1%* | *-1%* | *5%* | *1%* | *-5%* | *-12%* | *-7%* | *2%* | *-5%* | *-5%* | *5%* | *2%* | *10%* | *3%* | *-1%* | *12%* | *5%* | *15%* | *8%* |
| CapEx as % of rev | 10% | 10% | 6% | 3% | 6% | 4% | 2% | 4% | 4% | 3% | 3% | 3% | 3.3% | 3% | 3% | 3% | 3% | 3.3% | 4% | 4% | 3% | 3% | 3.4% |
| | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | 70,010 | 101,369 | 139,020 | 42,214 | 44,107 | 46,612 | 49,693 | 182,626 | 53,823 | 61,611 | 63,782 | 66,005 | 245,221 | 70,372 | 71,806 | 75,038 | 77,906 | 295,122 | 83,408 | 85,176 | 89,085 | 92,659 | 350,328 |

*Source: JMP Securities LLC and Company Filings*



**MINDBODY, Inc. (MB)**



## Company Description

Founded in 2001, MINDBODY helps wellness practitioners (e.g., yoga/Pilates, spa, salon, massage, dance, fitness, etc.) automate their businesses with software solutions. The company has 58k+ business subscribers.

## Investment Risks

MINDBODY faces a number of risks that may prevent it from achieving our investment thesis and valuation, including: 1) most of MINDBODY's customers are small and medium-sized businesses that may experience particularly acute adverse impacts in times of an economic downturn, which presents a risk to MINDBODY's financial performance; 2) a number of its payment processing contracts require it to assume liability for any losses its processing partners may suffer as a result of losses caused by MINDBODY's subscribers (e.g., charge-backs, subscriber fraud); and 3) competition in the market for business management software for wellness services businesses is highly fragmented and there are relatively low barriers to entry.

**MINDBODY, Inc. (MB)**

JMP

## JMP FACTS AND DISCLOSURES

**Analyst Certification:**

The research analyst(s) who prepared this report does/do hereby certify that the views presented in this report are in accordance with my/our personal views on the securities and issuers discussed in this report. As mandated by SEC Regulation AC no part of my/our compensation was, is or will be directly or indirectly related to the specific views or recommendations expressed herein. This certification is made under the obligations set forth in SEC Regulation AC. Any other person or entity may not use it for any other purpose. This certification is made based on my/our analysis on the date of this report's publication. I/We assume no obligation to update this certification to reflect any facts, circumstances, or events that may subsequently come to my/our attention. Signed Patrick Walravens and Mathew Spencer

**JMP Securities Disclosures:**

JMP Securities currently makes a market in the securities of MINDBODY, Inc., Avalara, Inc., BlackLine, Inc., Cornerstone OnDemand, Inc., Ellie Mae, Inc., RealPage, Inc., SPS Commerce, Inc. and Tyler Technologies, Inc.

JMP Securities was manager or co-manager of a public offering of securities for MINDBODY, Inc., Avalara, Inc. and RealPage, Inc. (MB, AVLR and RP) in the past 12 months, and received compensation for doing so.

JMP Securities expects to receive OR intends to seek compensation for investment banking services from MINDBODY, Inc., Avalara, Inc., BlackLine, Inc., Cornerstone OnDemand, Inc., Ellie Mae, Inc., RealPage, Inc., SPS Commerce, Inc. and Tyler Technologies, Inc. in the next 3 months.

**JMP Securities Investment Opinion Definitions:**

Market Outperform (MO): JMP Securities expects the stock price to outperform relevant market indices over the next 12 months.
Market Perform (MP): JMP Securities expects the stock price to perform in line with relevant market indices over the next 12 months.
Market Underperform (MU): JMP Securities expects the stock price to underperform relevant market indices over the next 12 months.

**JMP Securities Research Ratings and Investment Banking Services:** (as of January 10, 2019)

| JMP Rating | Regulatory Equivalent | # Co's Under Coverage | % of Total | Regulatory Equivalent | # Co's Under Coverage | % of Total | # Co's Receiving IB Services in Past 12 Months | % of Co's With This Rating |
|---|---|---|---|---|---|---|---|---|
| MARKET OUTPERFORM | Buy | 248 | 60.64% | Buy | 248 | 60.64% | 73 | 29.44% |
| MARKET PERFORM | Hold | 142 | 34.72% | Hold | 142 | 34.72% | 21 | 14.79% |
| MARKET UNDERPERFORM | Sell | 3 | 0.73% | Sell | 3 | 0.73% | 0 | 0% |
| COVERAGE IN TRANSITION | | 15 | 3.67% | | 15 | 3.67% | 1 | 6.67% |
| RATING SUSPENDED | | 0 | 0.00% | | 0 | 0.00% | 0 | 0% |
| TOTAL: | | 409 | 100% | | 409 | 100% | 95 | 23.23% |

**Stock Price Chart of Rating and Target Price Changes:**

Note: First annotation denotes initiation of coverage or 3 years, whichever is shorter. If no target price is listed, then the target price is N/A. In accordance with FINRA Rule 2241, the chart(s) below reflect(s) price range and any changes to the rating or price target as of the end of the most recent calendar quarter. The action reflected in this note is not annotated in the stock price chart. Source: JMP Securities.

In order to obtain these (6 or more) stock price charts or additional applicable disclosures and information concerning JMP's recommendations of companies under coverage mentioned in this report, please contact JMP Securities at (877) 263-1333 or visit www.jmpsecurities.com

**MINDBODY, Inc. (MB)**



**JMP Disclaimer:**

JMP Securities LLC (the "Firm") compensates research analysts, like other Firm employees, based on the Firm's profitability, which includes revenues from the Firm's institutional sales, trading, and investment banking departments as well as on the quality of the services and activities performed that are intended to benefit the Firm's institutional clients. These data have been prepared by JMP Securities LLC for informational purposes only and are based on information available to the public from sources that we believe to be reliable, but we do not guarantee their accuracy or completeness. Any opinions and projections expressed herein reflect our judgment at this date and are subject to change without notice. These data are neither intended nor should be considered as an offer to sell or a solicitation or a basis for any contract for the purchase of any security or other financial product. JMP Securities LLC, its affiliates, JMP Group LLC, Harvest Capital Strategies LLC, and their respective partners, directors, officers, and associates may have a long or short position in, may act as a market maker for, or may purchase or sell a position in the securities mentioned herein. JMP Securities LLC or its affiliates may be performing, have performed, or seek to perform investment banking, advisory, or other services and may have acted as manager or co-manager for a public offering of securities for any company mentioned herein. The reader should assume that JMP Securities LLC will solicit business from the company covered in this report. Members of our Sales and Trading Department provide oral and/or written market opinions and trading strategies to our clients that reflect their personal opinions about stocks that are the subject of the firm's research reports. Our research analysts discuss trading strategies with clients that sometimes reflect short-term expectations for the price of the securities that are the subject of research reports. These trading strategies are distinct from the analysts' fundamental rating for the stock, which is based upon the analysts' view compared to other stocks under coverage for the relevant time period. © Copyright 2019. All rights reserved by JMP Securities LLC. JMP Securities LLC is a member of FINRA, NASDAQ, and SIPC.

**MINDBODY, Inc. (MB)**



**Jeffrey H. Spurr**
**Director of Research**
(415) 835-3903

---

# RESEARCH PROFESSIONALS

### FINANCIAL SERVICES

**Alternative Asset Managers**
Devin Ryan                                   (212) 906-3578
    Brian McKenna                      (212) 906-3545

**Commercial & Specialty Finance**
Christopher York                             (415) 835-8965
    Thomas Wenk                        (415) 835-8962

**Consumer Finance**
David M. Scharf                              (415) 835-8942
    Jeff Zhang, CFA                    (415) 835-8948

**Financial Processing & Outsourcing**
David M. Scharf                              (415) 835-8942
    Jeff Zhang, CFA                    (415) 835-8948

**Insurance**
Matthew J. Carletti                          (312) 768-1784
    Karol Chmiel                       (312) 768-1786

**Investment Banks & Brokers**
Devin Ryan                                   (212) 906-3578
    Brian McKenna                      (212) 906-3545

**Mortgage Finance**
**REITs: Agency, Hybrid, & Commercial Mortgage**
Steven C. DeLaney                            (212) 906-3517
    Chris Muller                       (212) 906-3559
Trevor Cranston, CFA                         (415) 869-4431
    Mikhail Goberman                   (212) 906-3543

### HEALTHCARE

**Biopharma**
Donald Ellis, PharmD                         (212) 906-3507
    Nazibur Rahman                     (212) 906-3519

**Biotechnology**
Liisa A. Bayko                               (312) 768-1785
    Jonathan Wolleben                  (312) 768-1788
    Neil Panchal, MD                   (312) 768-1795
Jason N. Butler, PhD                         (212) 906-3505
    Roy Buchanan                       (212) 906-3509
    Simon J. Gruber, PhD               (212) 906-3538
    Jonathan Helander, PhD             (212) 906-3540

**Healthcare Services & Facilities**
Peter L. Martin, CFA                         (415) 835-8904
    Jonathan Freed                     (415) 835-8908

**Medical Devices & Supplies**
David Turkaly                                (212) 906-3563
    Daniel W. Stauder                  (212) 906-3535

### REAL ESTATE

**Housing & Land Development**
Peter L. Martin, CFA                         (415) 835-8904
Aaron Hecht                                  (415) 835-3963
    Doug Hansen                        (415) 835-8934

**Property Services**
Mitch Germain                                (212) 906-3546
    Corey DeVito                       (212) 906-3525

**Residential Services**
Aaron Hecht                                  (415) 835-3963

**REITs: Healthcare & Specialty**
Peter L. Martin, CFA                         (415) 835-8904
    Jonathan Freed                     (415) 835-8908

**REITs: Diversified, Industrial, Office, & Retail**
Mitch Germain                                (212) 906-3546
    Corey DeVito                       (212) 906-3525

**REITs: Residential**
Aaron Hecht                                  (415) 835-3963

### TECHNOLOGY

**Energy Technology & Services**
**Industrial Technology**
Joseph Osha                                  (415) 835-8998
    Hilary Cauley                      (415) 835-8996

**Cybersecurity, Data Management & Comm Infrastructure**
Erik Suppiger                                (415) 835-3918
    Michael Berg                       (415) 835-3914

**Internet & Digital Media**
Ronald V. Josey III                          (212) 906-3528
    David Yueh                         (415) 835-3957

**Software**
Patrick Walravens                            (415) 835-8943
    Mathew Spencer                     (415) 835-8930
    Joe Goodwin                        (415) 869-4477
Peter Lowry                                  (415) 869-4418

---

# ADDITIONAL CONTACTS

**Thomas R. Wright**
**Director of Equities**
(212) 906-3599

**Charles Sweeney**
**Director of Sales & Trading**
(212) 906-3573

**600 Montgomery Street, Suite 1100**
San Francisco, CA 94111
www.jmpsecurities.com