# EXHIBIT 5

**From:** ████████ Brett White
**To:** ████████████ Brett White; ████████ Mike Mansbach
**TimeStamp:**     10/22/18 04:33:05 PM
**DateDelivered:** 10/22/18 04:33:06 PM

---

$68m forecast with at least $0.5m risk.

CONFIDENTIAL
CONFIDENTIAL

MB0180119
MB-WALLEYE-0185738