# EXHIBIT 6

| From: | u=Craig ████████████████████████ ██████████ |
| --- | --- |
| | ████████████████████████████████████████████ ███████ |
| Sent: | Fri, 26 Oct 2018 01:02:15 +0000 (UTC) |
| To: | "Brett White" ████████████████████ |
| Subject: | Guidance Slide |
| Attachments: | 2.15 Q4 2018 Guidance.pptx;2.14 Guidance Model-Q4'18.xlsx |

Hi Brett,

Here is the guidance slide and back-up.

It is in the earnings call binder.

Regards,
Craig

CONFIDENTIAL
CONFIDENTIAL



Earnings Guidance

| (in millions, except EPS) | Actuals Q1'18 | Actuals Q2'18 | Actuals Q3'18 | Forecast Q4'18 | Forecast FY'18 | Q4'18 Guidance Range Low | High | Mid | Cons. Q4'18 | Cons. v. Midpt | Fcst v. Midpt | FY'18 Guidance Range Low | High | Mid | Cons. FY'17 | Cons. v. Midpt | Fcst v. Midpt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 53.8 | 61.6 | 63.8 | 67.9 | 247.1 | 66.0 | 68.0 | 67.0 | 68.1 | (1.1) | 0.9 | 245.2 | 247.2 | 246.2 | 247.9 | (1.7) | 0.9 |
| YTY % change | 28% | 40% | 37% | 37% | 35% | 13% | 37% | 35% | 37% | | | 34% | 35% | 35% | 36% | | |
| QTQ % change | 8% | 14% | 4% | 6% | | 3% | 7% | 5% | 7% | | | | | | | | |
| Expense excl Other Inc/Exp | 51.3 | 64.5 | 67.0 | 71.6 | 254.3 | 71.7 | 71.7 | 71.7 | 71.5 | | | 254.4 | 254.4 | 254.4 | 265.4 | | |
| Adjusted EBITDA | 4.6 | (0.5) | (0.7) | (1.2) | 2.2 | (3.1) | (1.1) | (2.1) | (0.7) | (1.4) | 1.0 | 0.3 | 2.3 | 1.3 | 2.6 | | |
| Other Inc/(Exp) | 0.3 | 0.0 | 0.7 | 1.2 | 2.2 | 1.2 | 1.2 | 1.2 | 0.8 | | | 2.2 | 2.2 | 2.2 | 1.4 | | |
| Non-GAAP Loss | 2.9 | (2.9) | (2.5) | (2.5) | (5.0) | (4.5) | (2.5) | (3.5) | (2.8) | (0.7) | 1.0 | (7.0) | (5.0) | (6.0) | (6.0) | 0.1 | 1.0 |
| Non-GAAP EPS | $ 0.058 | $ (0.060) | $ (0.053) | $ (0.053) | $ (0.105) | $ (0.094) | $ (0.052) | $ (0.073) | $ (0.055) | $ (0.018) | $ 0.020 | $ (0.146) | $ (0.104) | $ (0.125) | $ (0.12) | $ 0.001 | $ 0.020 |

Updated 10/25/18

CONFIDENTIAL
CONFIDENTIAL

MB0131170
MB-WALLEYE-0136789