# EXHIBIT 7

**From:**       Brett White ███████████████████
**Sent:**       Fri, 26 Oct 2018 22:00:32 +0000 (UTC)
**To:**         FPA ███████████████
**Cc:**         E-Staff ███████████████
**Subject:**    Board of Directors growth call update
**Attachments:** 2019 Revenue deck_20181023_final draft.pptx

FP&A Team,

Today we held our first Board of Directors Growth Planning Call and it was a big success!  That would not have been the case if not for the huge effort and amazing professionalism of the FP&A team.

We originally planned to review the first pass of our 2019 plan with the Board at the end of November.  Then we threw you a curveball and said, just kidding, we want to review the first pass of the revenue plan with the Board at the end of October.

You all rallied and delivered a very impressive product and importantly, were able to keep the whole exec team aware of the rapidly evolving assumptions so on the day of the call, we were all very well versed in the details of the plan and were all on the same page.

The work product that you have all produced (attached) and the countless meetings and hours of detailed work that it took to get us here is inspiring.  It is truly amazing how much farther ahead we are now then where we were this time last year not only in terms of timing but most importantly, quality and depth of content.

Thank you all so much for your efforts and continued commitment to excellence.

Have a great weekend.


Brett

**Brett White**
*Chief Operating Officer &*
*Chief Financial Officer*
████████████

**MINDBODY, Inc.**
4051 Broad Street, Suite 220
San Luis Obispo, CA 93401
████████████████



CONFIDENTIAL
CONFIDENTIAL

MB0005048
MB-WALLEYE-0010388



CONFIDENTIAL
CONFIDENTIAL

MB0005049
MB-WALLEYE-0010389



CONFIDENTIAL
CONFIDENTIAL

MB0005050
MB-WALLEYE-0010390



CONFIDENTIAL
CONFIDENTIAL

MB0005051
MB-WALLEYE-0010391



CONFIDENTIAL
CONFIDENTIAL

MB0005052
MB-WALLEYE-0010392



CONFIDENTIAL
CONFIDENTIAL

MB0005053
MB-WALLEYE-0010393