# EXHIBIT 8

| | |
|---|---|
| **From:** | Craig Heinle ██████████████████████ |
| **Sent:** | Fri, 2 Nov 2018 23:01:42 +0000 (UTC) |
| **To:** | Brett White ██████████████████ |
| **Subject:** | RE: Guidance |
| **Attachments:** | 6.11 Q4 2018 Guidance - 110218.pptx |

Hi Brett,

Here are my responses.

Attached are the two options I would suggest – with and without BMA.

**From:** Brett White
**Sent:** Friday, November 2, 2018 1:22 PM
**To:** Craig Heinle ██████████████████
**Subject:** Guidance

Hi Craig,

A couple questions/observations:

1. Do we have enough cushion built into expenses? I believe so.
2. Last qtr we gave $1.5m range bottom line range….this qtr we are proposing a $2m range….is there a reason that we are expanding the range? This was what we discussed for the BOD – use $2M range and same expenses.  I am good with $1.5M range to bottom.

**Brett White**
*Chief Operating Officer &*
*Chief Financial Officer*
██████████

**MINDBODY, Inc.**
4051 Broad Street, Suite 220
San Luis Obispo, CA 93401
██████████████



CONFIDENTIAL
CONFIDENTIAL



CONFIDENTIAL
CONFIDENTIAL

MB0007538
MB-WALLEYE-0012878



CONFIDENTIAL
CONFIDENTIAL

MB0007539
MB-WALLEYE-0012879