# EXHIBIT 10

Participants: From: ███████████  ███  ███████

To:    ██████████  Kyle Gearhart

To:    ██████████  Brett White

From:

To:

Source:

Timestamp: 11/3/2018 9:02:03 PM(UTC+0)

Will review.  The philosophy is to forecast for the quarter not the month.  We use the first month to identify if there is anything material that would affect the quarter. We minimally beat in October - that tells me we are on track to hit our forecast.  If we were slightly under we would not push it through.  The question is - did the assumptions we saw in month 1 cause us to think our assumptions for month 2 and 3 need to be revised - I do not know of anything in the flash that would materially change our assumptions for the preceding months.

CONFIDENTIAL
CONFIDENTIAL

MB0224213
MB-WALLEYE-0229847