# EXHIBIT 11

**From:**       Craig Heinle ████████████████████████████

**Sent:**       Mon, 5 Nov 2018 23:14:17 +0000 (UTC)

**To:**         Brett White ████████████████████

**Subject:**    6.11 Q4 2018 Guidance - 110518.pptx

**Attachments:** 6.11 Q4 2018 Guidance - 110518.pptx

---

Updated guidance with color changed.

CONFIDENTIAL
CONFIDENTIAL

MB0008502
MB-WALLEYE-0013842



CONFIDENTIAL
CONFIDENTIAL

MB0008503
MB-WALLEYE-0013843