# EXHIBIT 12

**From:**     Rick Stollmeyer
**Sent:**     Tue, 6 Nov 2018 06:46:42 +0000 (UTC)
**To:**       Jason Gold███████████████ Brett White███████████████████████
              █████████████████████ Nicole Gunderson
              ████████████████████████ Kimberly Lytikainen
              ██████████████████]; Jennifer Saxon
              ███████████████ Mike Mansbach

**Subject:**      MB Q318 CEO V8.3
**Attachments:**  MB Q318 CEO V8.3.docx

IR Team,

Our Audit Committee, Brett, Kimberly, Mike and I met this evening to review our latest Q4 forecasts, and aligned around a substantial guide down for the quarter.   This doesn't change the tenor of our long term outlook for the business, but it does necessitate changes to my script.  In the attached draft, I have inserted an early acknowledgement of our operational difficulties in my script, and pulled some of the other material out.   There was good stuff in V8.1 – 8.2, which we will save for future use.

Sorry for the late changes.  I will work on mine in the early morning, so if you are reading this after 8am, go to DropBox.

Let's follow this agenda for tomorrow:

Finalize the Press Release:  10- 10:15a
Land my script: 10:15 - 11a
Land Brett's script:  11 – 11:30
Practice Q&A: 11:30-12:45

Nicole - Here's a swing at my Press Release quote:

"This was our first full quarter with two distinct Go To Market Teams for Fitness and Beauty & Wellness" said Rick Stollmeyer…. "While we remain excited about our long term growth opportunities, we encountered greater operating challenges than expected in Q3, and this caused our results to come in below expectations"

CONFIDENTIAL                                                                                              MB0019328

**CEO Script – Q3 2018**

Thanks Nicole, and welcome everyone to our third quarter 2018 earnings call.

The MINDBODY Team delivered 37% year over year revenue growth in Q3 while making substantial progress in our integrations, accelerating higher price software tier subscriber growth, increasing ARPS 19% year over year and delivering a better than expected bottom line.

We also experienced notable execution challenges in Q3, including an unexpected buildup of deferred revenue from Branded Mobile Apps and a slower ramp of our newly formed Fitness and Beauty and Wellness sales teams.   These short term issues reflect in less than anticipated Q3 revenues, and a significant reset to our Q4 growth expectations.   In my view these challenges stem from growing pains as our people, processes and systems adjust to the increased complexity of our business post acquisitions.  They are fixable and we are confident we can and will do better in the quarters ahead.

But, our long term future remains very bright.

Our B2B SaaS enabled Marketplace of Wellness managed over 188 million classes and appointments and $ 4 billion in GMV in Q3, while our consumer interfaces set new records.

- In September, our consumer products team released multiple improvements to the MINDBODY App, and an all new consumer web booking interface on MINDBODY.IO.  This product work set off a powerful inflection in consumer engagement as we closed the quarter, and delivered a 40% year over year increase in MINDBODY App bookings and a near doubling in purchases of promoted Introductory Offers, Dynamic Pricing and Partner Bookings.

- And sales of our Branded Mobile Apps are on fire.  Our customers are signing up for these apps via the Ultimate software tier and Fitmetrix in greater numbers than ever before, and consumers are eagerly engaging with them.

- All in, MINDBODY's web and mobile interfaces generated more than 64 million consumer bookings or more  1/3rd of all the  fitness, beauty and wellness sessions booked on our platform.  This marks a sea change in consumer behavior over the past several years, and has become a paramount value proposition to our customers.

- MINDBODY's marketplace of real time available classes and appointments combined with the growing reach of our web and mobile interfaces are changing how people engage with wellness. When someone can find, book and pay for the classes or services they want in a few taps, this inevitably leads to more bookings and relieves the businesses we serve from employing extra desk staff to answer the phone and manually record transactions. It will likely take several more years for MINDBODY to completely replace manual bookings in our Target Markets, but we are well on our way.

- All of this is fueling the rapid expansion of our brand.   One measure of that brand is our annual MINDBODY Bold Conference, held this year in San Diego, where we hosted over 2,000 attendees.

MB0019329