# EXHIBIT 13

**From:**     Craig Heinle ███████████████████████

**Sent:**     Tue, 6 Nov 2018 15:59:35 +0000 (UTC)

**To:**       Brett White ███████████████████████████ Nicole
              Gunderson ████████████████████████████████

**Subject:**  New Guidance

**Attachments:** 6.11 Q4 2018 Guidance - 110618.pptx

---

Updated new guide.

FYI...WASO would be ~ $47.9M.

CONFIDENTIAL
CONFIDENTIAL



CONFIDENTIAL
CONFIDENTIAL

MB0006934
MB-WALLEYE-0012274