# EXHIBIT 14

**MINUTES OF A VIDEO MEETING**

**OF THE BOARD OF DIRECTORS**

**December 7, 2018**

Pursuant to notice duly given, a telephonic meeting of the Board of Directors (the "**Board**") of MINDBODY, Inc., a Delaware corporation (the "**Company**"), was held on December 7, 2018, commencing at approximately 8:00 a.m., local time.

| | |
|---|---|
| **Directors Present**: | Rick Stollmeyer, Chair |
| | K. Blair Christie |
| | Court Cunningham |
| | Gail Goodman |
| | Cipora Herman |
| | Eric Liaw |
| | Adam Miller |
| | Graham Smith |
| | |
| **Others Present**: | Michael Mansbach, President |
| | Brett White, Chief Financial Officer and Chief Operating Officer |
| | Jon Avina, Cooley LLP |
| | Jamie Leigh, Cooley LLP |

**1.  Call to Order**

Mr. Stollmeyer, serving as Chair of the meeting, called the meeting to order.  The meeting, having been duly convened, was ready to proceed with business.  Mr. Avina served as secretary of the meeting and recorded the minutes.  All parties could hear and be heard by one another.

**2.  Update on Company's 2019 Operating Plan**

As the first order of business, Mr. Stollmeyer provided the Board with a high-level update of the Company's planning process and expected timing with respect to preparing a draft of the Company's 2019 Operating Plan for the Board to review.  Mr. Mansbach also added his perspective on the planning process as it relates to the Company's sales function and the assumptions that management was considering with respect to the impact that various hiring and productivity scenarios could have on the 2019 Operating Plan. Finally, Mr. White described the status of the various inputs that the Company's financial planning and analysis team would need to receive and review in order to provide the Board with the draft 2019 Operating Plan for its review and approval.  Questions were asked and answered, and a discussion ensued.

*At this time, Mr. Mansbach left the meeting, and Ms. Leigh joined the meeting.*

**3.  Project Vandenberg**

Next, Mr. Stollmeyer updated the Board on the status of Project Vandenberg, and the Strategic Transactions Committee of the Board (the "**Committee**") updated the Board regarding discussions with potential strategic transaction participants and future meetings with certain participants and management scheduled for the week of December 10, 2018.  Mr. Stollmeyer also previewed with the Board the broad outline of the management presentation that management was preparing with assistance from Qatalyst Partners LP (the Company's financial advisor), for additional preliminary, high-level, business diligence meetings scheduled to take place the week of December 10, 2018.  Discussion ensued.  Mr. Avina also

CONFIDENTIAL
CONFIDENTIAL

MB0000166
MB-WALLEYE-0005506

reviewed with the Board and management the process for seeking Board approval of the 2019 Operating Plan and the Company's 5-Year Forecast, which would take place prior to sharing any such information with potential bidders. Questions were asked and answered, and a discussion ensued.

## 4. Adjournment

There being no further business to come before the Board, the meeting was duly adjourned.

_Jon Avina_

Jon Avina,
Secretary for the Meeting

-2-

CONFIDENTIAL
CONFIDENTIAL

# FY'19 Plan – Preliminary

| | Q1'18-A | Q2'18-A | Q3'18-A | Q4'18-F | FY'18-F | Q1'19-F | Q2'19-F | Q3'19-F | Q4'19-F | FY'19-F |
|---|---|---|---|---|---|---|---|---|---|---|
| **P&L** | | | | | | | | | | |
| Subscription and services | 32.7 | 38.5 | 40.8 | 43.6 | 155.7 | 46.5 | 48.9 | 51.1 | 53.7 | 200.2 |
| *Year over year % change* | *31%* | *48%* | *44%* | *46%* | *43%* | *42%* | *27%* | *25%* | *23%* | *29%* |
| Payments | 20.2 | 22.3 | 22.0 | 23.2 | 87.8 | 23.6 | 24.4 | 25.7 | 29.7 | 103.4 |
| *Year over year % change* | *21%* | *26%* | *24%* | *22%* | *23%* | *17%* | *10%* | *17%* | *28%* | *18%* |
| Product and other | 0.9 | 0.8 | 1.0 | 1.2 | 3.8 | 1.1 | 1.1 | 1.3 | 1.7 | 5.2 |
| **Total revenue** | **53.8** | **61.6** | **63.8** | **68.0** | **247.2** | **71.2** | **74.4** | **78.1** | **85.0** | **308.8** |
| **Year over year % change** | **27%** | **40%** | **37%** | **37%** | **35%** | **32%** | **21%** | **22%** | **25%** | **25%** |
| Cost of revenue | 14.6 | 18.0 | 18.7 | 20.1 | 71.5 | 21.4 | 22.3 | 23.2 | 25.8 | 92.7 |
| *Year over year % change* | *26%* | *51%* | *51%* | *53%* | *45%* | *46%* | *24%* | *29%* | *37%* | *361%* |
| Gross profit | 39.2 | 43.6 | 45.0 | 47.9 | 175.8 | 49.9 | 52.1 | 54.9 | 59.3 | 216.1 |
| *Gross margin* | *72.9%* | *70.8%* | *70.6%* | *70.4%* | *71.1%* | *70.0%* | *70.0%* | *70.2%* | *69.7%* | *70.0%* |
| Operating expenses | | | | | | | | | | |
| Sales and marketing | 16.8 | 20.3 | 21.6 | 23.9 | 82.6 | 24.7 | 25.7 | 26.5 | 28.5 | 105.4 |
| *Year over year % change* | *6%* | *22%* | *22%* | *28%* | *20%* | *47%* | *26%* | *23%* | *19%* | *28%* |
| *YoY Excl impact of capitalized commissions* | *23%* | *38%* | *41%* | *45%* | *37%* | *67%* | *42%* | *38%* | *31%* | *43%* |
| Research and development | 10.5 | 15.5 | 16.6 | 16.7 | 59.2 | 16.9 | 17.3 | 17.3 | 17.8 | 69.3 |
| *Year over year % change* | *29%* | *98%* | *112%* | *103%* | *85%* | *62%* | *12%* | *4%* | *7%* | *17%* |
| General and administrative | 9.4 | 10.6 | 10.1 | 11.4 | 41.5 | 12.6 | 12.4 | 12.3 | 12.8 | 50.0 |
| *Year over year % change* | *26%* | *35%* | *23%* | *44%* | *32%* | *33%* | *16%* | *22%* | *12%* | *20%* |
| **Total operating expenses** | **36.7** | **46.5** | **48.2** | **52.0** | **183.4** | **54.2** | **55.3** | **56.1** | **59.1** | **224.7** |
| *Year over year % change* | *17%* | *44%* | *43%* | *49%* | *39%* | *48%* | *19%* | *16%* | *14%* | *23%* |
| **Non-GAAP loss from operations** | **2.5** | **(2.9)** | **(3.2)** | **(4.1)** | **(7.7)** | **(4.4)** | **(3.2)** | **(1.2)** | **0.2** | **(8.6)** |
| Other income (expense), net | 0.4 | 0.1 | 0.9 | 1.3 | 2.7 | 1.6 | 1.6 | 1.6 | 1.5 | 6.2 |
| Income (loss) before prov. for inc. taxes | 2.9 | (2.8) | (2.3) | (2.8) | (5.0) | (2.8) | (1.7) | 0.4 | 1.7 | (2.4) |
| Provision for income taxes | 0.1 | 0.1 | 0.2 | 0.1 | 0.4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 |
| **Non-GAAP net income/(loss)** | **2.9** | **(2.9)** | **(2.5)** | **(2.9)** | **(5.4)** | **(2.9)** | **(1.8)** | **0.3** | **1.6** | **(2.8)** |
| **Adjusted EBITDA** | **4.6** | **(0.5)** | **(0.7)** | **(1.6)** | **1.8** | **(2.0)** | **(0.8)** | **1.2** | **2.5** | **1.0** |

Reconciliation of Gross to Net Rev Rec and Expense as % of Revenue in Plan Appendix

CONFIDENTIAL

MB0002307