# EXHIBIT 17

**From:**      Rick Stollmeyer
**Sent:**      Wed, 14 Nov 2018 19:25:54 +0000 (UTC)
**To:**        Eric Liaw[⬛⬛⬛⬛⬛⬛]; Gail Goodman ⬛⬛⬛⬛⬛⬛⬛⬛
               ⬛⬛⬛⬛⬛; Court Cunningham ⬛⬛⬛⬛⬛⬛⬛⬛
**Subject:**   FW: Thank You (MB / ⬛⬛⬛⬛⬛⬛⬛)

---

Committee – we now have three inbound indications of interest from the three leading PE acquirers.   I will give my now well practiced luke warm response, cite a busy IR season, and suggest we plan a get together in December.

(woo hoo)

Rick

**From:** ⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛>
**Sent:** Wednesday, November 14, 2018 11:16 AM
**To:** Rick Stollmeyer ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Subject:** RE: Thank You (MB / ⬛⬛⬛⬛⬛⬛⬛)

Hey Rick – hope everything has been going well.  I just wanted to follow up on the conversation you recently had with our Managing Partners, ⬛⬛⬛⬛.  I think the next step was to set up an in-person with us and you to try to brainstorm ways we could potentially work together.

Do you by chance have any plans in the coming weeks to come up the bay area?  If not, we can always try to find a time that works well for both of us to come down to SLO – it's an easy trip.  We'd be bringing ⬛⬛⬛, another Managing Partner ⬛⬛⬛⬛ (lead on ⬛⬛⬛⬛), myself and a ⬛⬛⬛⬛⬛, so should be a productive conversation.

Please let me know what you think.

Thanks!
⬛⬛

**From:** Brett White ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Sent:** Monday, February 26, 2018 10:50 AM
**To:** ⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛; Rick Stollmeyer ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Cc:** Nadia Adam ⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Subject:** RE: Thank You (MB / ⬛⬛⬛⬛⬛⬛⬛)

Great.  We will be in the lobby.  See you then.

**From:** ⬛⬛⬛⬛ ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Sent:** Monday, February 26, 2018 10:41 AM
**To:** Brett White ⬛⬛⬛⬛⬛⬛⬛⬛⬛; Mike Mansbach ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ Rick Stollmeyer ⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Cc:** Nadia Adam ⬛⬛⬛⬛⬛⬛⬛⬛⬛
**Subject:** RE: Thank You (MB / ⬛⬛⬛⬛⬛⬛⬛)

Awesome, how about 3:30pm then?  We will come by your hotel (I think there is plenty of space to catch up in the lobby or whatever is convenient for you).  It will be myself and ⬛⬛⬛⬛ who you guys met before – both of us are also on the ⬛⬛⬛⬛

CONFIDENTIAL
CONFIDENTIAL

MB0006267
MB-WALLEYE-0011607

Please let me know if that works.

Thanks,

██

**From:** Brett White ███████████████████████
**Sent:** Monday, February 26, 2018 10:35 AM
**To:** ████████████████████████ Mike Mansbach ██████████████████████ Rick Stollmeyer ███████████████████████
**Cc:** Nadia Adam ██████████████████████
**Subject:** RE: Thank You (MB / █████████████)

Hi ██

Thanks for reaching out.  Rick and I are at the Palace Hotel today and we have an opening between 2:30-4pm if there is 30 mins in that block that works for you.

Let me know.

Brett

**From:** █████████████████████████████ ]
**Sent:** Monday, February 26, 2018 10:26 AM
**To:** Mike Mansbach ████████████████████████; Rick Stollmeyer ██████████████████ >
**Cc:** Brett White ████████████████████; Nadia Adam ███████████████████████
**Subject:** RE: Thank You (MB / █████████████)

Mindbody team – just wanted to circle up on the below.  Let me know if you have any free time for a coffee or drinks while in town this week – absolutely no worries if not because we can meet up at IHRSA.  I was also with the ████ ████ on Friday and they mentioned connecting with you guys in the coming weeks.  We could always combine the connection and set up a call between you and us and them, if easier.

Either way, I'll be at your presentation tomorrow, so will swing by to say hi afterwards.

Looking forward to connecting soon!

Best,

██

**From:** Mike Mansbach █████████████████████████
**Sent:** Wednesday, February 14, 2018 5:03 PM
**To:** █████████ ████████████ Rick Stollmeyer █████████████████████
**Cc:** Brett White ████████████████████████; Nadia Adam ████████████████████████
**Subject:** Re: Thank You (MB / █████████████)

Hi ██

Looking forward to meeting you.

Mike

**From:** ████████████████████████

CONFIDENTIAL
CONFIDENTIAL

**Date:** Wednesday, February 14, 2018 at 4:55 PM
**To:** Rick Stollmeyer ███████████████████████
**Cc:** Brett White ████████████████████████████, Nadia Adam ██████████████████████
Mike Mansbach ██████████████████████████
**Subject:** RE: Thank You (MB / ████████████████ )

Rick – that all sounds great!  Let's see how the ████████████ works out and then we can find a time to get together at your convenience.  I also spoke to the ████████ today, and ████████ said he'd definitely be interested in meeting up with you guys at IHRSA.  Looking forward to see you all there and meeting you in person as well Mike.

We'll stay close over the coming weeks.

Best,

██

**From:** Rick Stollmeyer ██████████████████████████████
**Sent:** Tuesday, February 13, 2018 11:06 PM
**To:** ██████████████████████████
**Cc:** Brett White ██████████████████████████; Nadia Adam ██████████████████████████; Mike Mansbach ██████████████████
**Subject:** Re: Thank You (MB / ██████████████ )

H████

Glad to reached out.  If you don't get on the JMP roster, let Brett and me know.  We'll find some time.  Maybe grab a coffee / drink.

And, all three of us will be at IHRSA.  We would be happy with meet with you and the ████████ there as well.

Cheers,

Rick
On Feb 13, 2018, at 1:56 PM ████████████████████████████ wrote:

Rick and team – I see you will be attending the JMP conference in a couple weeks.  I put in for a meeting with the ████ ████, so hopefully that works out.  If not, do you plan on attending IHRSA this year?  I will be down there with the ████████ so would be good to meet up at some point if so!

Please let me know!

Thanks,

██

**From:** ████████████
**Sent:** Friday, November 10, 2017 4:35 PM
**To:** 'Rick Stollmeyer' ██████████████████████
**Cc:** Brett White ██████████████████████████; Nadia Adam ██████████████████████████; Mike Mansbach ████████████████████████
**Subject:** RE: Thank You (MB / ████████████████ )

Great, thanks Rick.  Mike – looking forward to catching up with you in more detail in the New Year after the transaction has closed!

CONFIDENTIAL
CONFIDENTIAL

Have a great weekend!

Best,

██

**From:** Rick Stollmeyer ███████████████████████████
**Sent:** Friday, November 10, 2017 5:07 AM
**To:** ██████████████████████████████
**Cc:** Brett White ██████████████████████████; Nadia Adam ███████████████████████ Mike Mansbach ████████████████████████
**Subject:** Re: Thank You (MB / ████████████████)

Congrats on the successful acquisition██  Looping in our President, Mike Mansbach, whose responsibilities include strategic partnerships.   Let us know when you and team would like to discuss.

Cheers,

Rick

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc
On Nov 9, 2017, at 6:24 PM, ████████████████████████████ wrote:

Rick and Brett – not sure if you saw the announcement yesterday: ███████████████████ ███████████████████████

We are excited to partner with ████████████████ – thanks for sharing the insight a few weeks back.  That being said and as you mentioned, we'd love to find ways to further work together as we look to continue growing both businesses!  Let's stay close.

Also, congrats on the great last quarter!  It's great to watch MB continue to execute upon its mission!

Best,

██

*The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information and is intended only for the use of the intended addressee. It is the property of* ████████████████ *Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.*

**From:** Rick Stollmeyer ███████████████████████████
**Sent:** Tuesday, September 12, 2017 11:11 PM
**To:** █████████████████████████
**Cc:** Brett White ██████████████████████████; Nadia Adam ███████████████████████
**Subject:** Re: Thank You (MB / ████████████████)

Sounds timely...

Talk tomorrow at 7:45a ?

CONFIDENTIAL
CONFIDENTIAL

You can call my cell ██████████

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc
On Sep 12, 2017, at 8:48 AM, █████████████████████████████ wrote:

Thanks Rick – I completely understand and respect the rush up to the Bold Conference. We were planning on just doing a phone call for now to not only get an update on the business, but to also chat about one of your competitors that may be in the market right now. To the extent you are not active or interested in that process, we're more than happy to push out our update until after your conference. However, if you think the conversation could be timely, we'd love to chat at your convenience.

Please let me know what works best for you.

Thanks and best of luck in the conference prep!

██

**From:** Rick Stollmeyer █████████████████████████████
**Sent:** Tuesday, September 12, 2017 12:35 AM
**To:** █████████████████████████
**Cc:** Brett White █████████████████████; Nadia Adam █████████████████████
**Subject:** Re: Thank You (MB / ███████████████)

Hi ███

Brett and I are in Boston right now. Next two weeks leading up the the Bold Conference are pretty tight. Were you thinking of coming out or a doing a phone call?

Rick

On Sep 11, 2017, at 4:17 PM, ███████████████████████████ wrote:

Rick and Brett – hope all is well and that you have been able to enjoy the Summer! I know it's been a while since we last caught up. As I'm sure you are aware, there is some interesting stuff going on in the market. Just wondering if you have some time to briefly catch up in the coming days.

Please let me know.

Thanks,

██

**From:** Rick Stollmeyer █████████████████████████
**Sent:** Wednesday, March 29, 2017 9:48 PM
**To:** ████████████████████████
**Cc:** Brett White <brett.white@mindbodyonline.com>
**Subject:** Re: Thank You (MB / Thoma Bravo Meeting)

Thanks ███! We look forward to your Summer visit as well.

Cheers,

CONFIDENTIAL
CONFIDENTIAL

Rick

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc
On Mar 29, 2017, at 6:20 PM, ██████████████████████████ wrote:

Rick and Brett – congrats on the acquisition announced yesterday!  Yield management definitely makes sense for the industry, and it sounds like you got a great technology which will really enable your customers to squeeze out some incremental revenue!

Looking forward to staying in touch and visiting you down in SLO later this Summer!

Best,



**From:** ██████████
**Sent:** Tuesday, January 10, 2017 9:41 AM
**To:** 'Rick Stollmeyer'
**Cc:** Brett White
**Subject:** RE: Thank You (MB / █████████████████ )

Thanks Rick!  Brett, please do let us know if you have any availability during your trip out here.  Otherwise we are happy to make the short trip down to SLO this Summer to catch up and taste some good wines again!

Best,



**From:** Rick Stollmeyer ████████████████████████
**Sent:** Tuesday, January 10, 2017 5:53 AM
**To:** ██████████
**Cc:** Brett White
**Subject:** Re: Thank You (MB / █████████████████ )

Thanks ███  These are exciting times at MB, indeed.

Brett is managing our SF trip schedule, and will circle back on any openings there.  It's pretty tight, so a trip to SLO might be the better option.

Cheers,

Rick
On Jan 6, 2017, at 2:40 PM, ███████████████████████████ wrote:

Rick and Brett – we saw all of the big news this week and just wanted to reach out to congratulate you on both the announcement of the new custom-branded web technology and your partnership with Google.  Both sound extremely exciting as the partnership with Google will bring many new customers to your subscriber base, and the web technology will further your web solutions, especially along mobile, which we discussed in detail during our last meeting.  Can't wait to see how these developments pan out over the coming quarters!

We also see that you will be in SF towards the end of February – we would love to meet you again for lunch, coffee or drinks while you are in town.  Otherwise, maybe we can meet up later in the year down in SLO again.

Best,

CONFIDENTIAL
CONFIDENTIAL

MB0006272
MB-WALLEYE-0011612

Eric

**From:** ████████
**Sent:** Friday, October 28, 2016 5:11 PM
**To:** 'Rick Stollmeyer'
**Cc:** Brett White
**Subject:** RE: Thank You (MB ⁄ ████████████████)

Rick and Brett –

Apologies for the late Friday afternoon email (was traveling the past few days), but I just wanted to reach out to congratulate you on yet again another impressive quarter!

Not only were we once again impressed with your ability to beat the plan, but we are also excited to see the impressive net new subscribers added this quarter! Furthermore, the focus on high-quality customers was really demonstrated through the growth in ARPS and maintenance of a high net expansion rate. Lastly, we'd like to congratulate you on the 8,000 subscribers now on the network – this is a strong validation of the opportunity that exists in this platform. The ████████ team wishes you continued success on closing out the rest of the year!

Hope all is well and we look forward to staying in touch. Hope you both have great weekends!

Best,

██

**From:** Rick Stollmeyer ████████████████████████
**Sent:** Saturday, September 03, 2016 9:41 AM
**To:** ████████████████████████████████
**Cc:** Brett White
**Subject:** Re: Thank You (MB ⁄ ██████████████)

Thanks ███

██████████████

Brett and I enjoyed meeting you, talking about MB, learning more about your firm and demonstrating the slide. We will let you know next time ██████████

Wishing you and yours a fun and relaxing Labor Day weekend.

Cheers,

Rick
On Sep 2, 2016, at 12:41 PM, ████████████████████████████████ wrote:

Rick and Brett –

Just wanted to thank you again for taking the time to meet with us on Tuesday. We thoroughly enjoyed the opportunity to get to know you and the company in greater detail. As we mentioned, we realize there isn't necessarily anything to do now, but as management-centric investors, we truly enjoy getting to know highly-successful management teams (especially in situations where management is such a crucial component in the company's great culture). We think Mindbody aligns well with our investment criteria, and we look forward to following the Company's continued success!

Please do let us know next time you are ██████████████████, and we'd love to grab a coffee or host you in our new

CONFIDENTIAL
CONFIDENTIAL

MB0006273
MB-WALLEYE-0011613

offices (complete with a sleek new gym!).  Also, we will definitely check out Zak Ebrahim's "The Terrorist's Son" and Ted Talk before we see you next!

Have a great holiday weekend,



Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc

CONFIDENTIAL
CONFIDENTIAL