# EXHIBIT 18

**From:**       +18054414913 Rick Stollmeyer
**To:**         +16154769466 Kent Kirby;+16155009677 Dominic Calvani
**TimeStamp:**  12/24/18 06:39:50 AM

Thanks Dominic. Vista's in love with me (and me with them). No retirement in my headlights. However, I will likely sell most or all of my stock. It will be incumbent upon them to provide compelling incentives. Let's meet after the holidays to talk about how to allocate the inbound cash

CONFIDENTIAL

MB0022668