# EXHIBIT 21

**From:**      +18054414913 Rick Stollmeyer
**To:**        +14083982640 Brett White;rick@mindbodyonline.com Rick Stollmeyer
**TimeStamp:** 01/06/19 11:29:17 AM
**DateDelivered:** 01/06/19 11:29:17 AM

had a meaningful conversation with Hamish and Andy. They expressed a lot of support for you and me, and feel we are worth a lot more than $36,59. I expressed our appreciation for the relationship and pointed out the Go Shop, and connected them with Jeff. Expect they will execute an NDA and want a meeting. You have my green light to execute that and any other NDAs Jeff feels are productive.

CONFIDENTIAL                                                                                   MB0022716