EXHIBIT 22

**From:** Craig Heinle ██████████████████
**Sent:** Sat, 5 Jan 2019 01:27:14 +0000 (UTC)
**To:** Brett White ██████████████████████; Kyle Gearhart<██████
**Cc:** Alexis Lohr ████████████████████ Eric Steinbroner ███████████████ Kelly Symmes ████████████ Mark Baker ████████████████ Mike Mansbach ██████████████ Nicole Gunderson ██████████████; Rick Stollmeyer ██████████████ Scott Fisher ██████████████████>
**Subject:** RE: Revenue flash DECEMBER

---

Agree – this was an amazing effort by the team.

Take out ████████████████ (both were held out of forecast due to uncertainty) and this is right on the forecast.

This is what is called hitting the bullseye "dead-on" – Great job.

**From:** Brett White ██████████████████████
**Sent:** Friday, January 4, 2019 3:55 PM
**To:** Kyle Gearhart ████████████████████
**Cc:** Alexis Lohr ██████████████████████; Craig Heinle ██████████████████████ Eric Steinbroner ██████████████████; Kelly Symmes ██████████████████████████; Mark Baker ██████████████████████; Mike Mansbach ██████████████████; Nicole Gunderson ██████████████████████; Rick Stollmeyer ██████████████████████ Scott Fisher ██████████████████
**Subject:** Re: Revenue flash DECEMBER

Pow!!!  Nailed it. Great job revenue forecast team!!!
On Jan 4, 2019, at 1:51 PM, Kyle Gearhart ██████████████████████████ wrote:

Rick, Brett, Mike, Mark and team,

The December revenue flash is attached and available in Dropbox here: ██████████████████
████████████████

**MINDBODY Consolidated: Q4'18 estimated revenue of $68.3M, favorable to last E-Staff Forecast by $0.3M**

**DECEMBER revenue favorable $0.4M to BOQ Q4'18**
<u>Subs & Services favorable by $0.1M</u>
████████████████████████████
██████████████████████████████████

<u>Payments favorable $0.3M</u>
██████████████████████████
████████████████████████████████
██████████████████████████████████████████
██████████

<u>Product & Other unfavorable less than ($0.1M)</u>

CONFIDENTIAL
CONFIDENTIAL

████████████████████████

**Q4'18 revenue forecast favorable to BOQ Q4'18 $0.3M**
<u>Subs & Services favorable by $0.2M</u>
████████████████████

████████████████

████████████████████████████████████████

████████

<u>Payments favorable to BOQ $0.2M</u>
████████████████████████████

<u>Product & Other unfavorable ($0.1M)</u>
-██████████████████████

HAPPY NEW YEAR!  Looking forward to a great 2019!

Thanks and regards,

Kyle

**Kyle Gearhart**
*Senior Finance Manager, FP&A*
MINDBODY, Inc.
███████████████

██████████

<u>Get MINDBODY Connect™</u>

<image001.jpg>
<2. Revenue Flash_DEC_20190104.xlsx>

CONFIDENTIAL
CONFIDENTIAL