EXHIBIT 23

**From:** Rick Stollmeyer ███████████████████████

**Sent:** Sat, 5 Jan 2019 02:14:16 +0000 (UTC)

**To:** Kyle Gearhart <████████████████████; Alexis Lohr███████████████████████; Brett White███████████████████████; Craig Heinle███████████████████████; Eric Steinbroner███████████████████████; Kelly Symmes███████████████████████; Mark Baker███████████████████████; Mike Mansbach███████████████████████; Nicole Gunderson███████████████████████; Scott Fisher███████████████████████; E-Staff ███████████████████; "Dan Chandre" ███████████████████████; Corey Kossack███████████████████████; Aaron Severs███████████████████████; Aaron Stead███████████████████████; Monica Dioda ███████████████████████; "Josh Lloyd" ███████████████████████; Kevin Teague ███████████████████████; Brent Kraus ███████████████████████; Annie Woo███████████████████████; Doug Hecht ███████████████████████; Chuck Phillips ███████████████████████; Shawn Jacques███████████████████████; Russell Cherry███████████████████████; Yancy Olson███████████████████████; Natalie Efstathiou███████████████████████; Joe Callinan███████████████████████; Christina Schumann███████████████████████; Emily Bartels███████████████████████; Carl Lytikainen███████████████████████; Brian Raboin███████████████████████; Akshay Gadre███████████████████████; Matthew Mahoney███████████████████████; Rosemary Biagioni███████████████████████; Samantha Law███████████████████████; Alexander Soria███████████████████████; Michelle Berlin███████████████████████; Angela Berlin███████████████████████; Pete Premenko███████████████████████

**Subject:** Re: Revenue flash DECEMBER

---

**Company Confidential - do not forward without permission.**

+ETeam  and key senior leaders

Dear MB Leaders,

We are looking at a strong finish to a challenging and pivotal year.  Our estimated Q4 revenue of $68.3M reflects +37% growth YoY and a massive beat against the Street's consensus midpoint of $66M.

In Q4, you and the teams you lead  produced strong  growth across nearly every facet of our business, with notable revenue inflections in multiple key areas - including upper tier sales, Frederick, FitMetrix, BMA, and Promote.  These results are a direct reflection of this team's focus, dedication, passion and sheer grit.

In 2018, we assembled the juggernaut of the Fitness, Beauty and Wellness market and came together as #OneMBTeam.  As we carry that momentum into 2019, I can't think of a better way to say goodbye to the public markets (for now) and open up a new chapter as a flagship company of Vista Equity Partners - the largest and most successful privately held software company in the world.

We have a tremendous future ahead of us and I am enormously proud of all of you.

Woo Hoo!

Rick

Rick Stollmeyer
CEO / Co-Founder
MINDBODY, Inc.

---

**From:** Kyle Gearhart ███████████████████████
**Sent:** Friday, January 4, 2019 4:51 PM
**To:** Alexis Lohr; Brett White; Craig Heinle; Eric Steinbroner; Kelly Symmes; Mark Baker; Mike Mansbach; Nicole Gunderson; Rick Stollmeyer; Scott Fisher
**Subject:** Revenue flash DECEMBER

Rick, Brett, Mike, Mark and team,

The December revenue flash is attached and available in Dropbox here: ████████████████████████████

**MINDBODY Consolidated: Q4'18 estimated revenue of $68.3M, favorable to last E-Staff Forecast by $0.3M**

**DECEMBER revenue favorable $0.4M to BOQ Q4'18**
Subs & Services favorable by $0.1M
████████████████████████████████

Payments favorable $0.3M
████████████████████████████████████

Product & Other unfavorable less than ($0.1M)
███████████████████

**Q4'18 revenue forecast favorable to BOQ Q4'18 $0.3M**
Subs & Services favorable by $0.2M
████████████████████████████████████████

Payments favorable to BOQ $0.2M
████████████████████████

Product & Other unfavorable ($0.1M)
████████████████

HAPPY NEW YEAR!  Looking forward to a great 2019!

Thanks and regards,

Kyle

Kyle Gearhart
*Senior Finance Manager, FP&A*
MINDBODY, Inc.
████████████████

Get MINDBODY Connect™



CONFIDENTIAL
CONFIDENTIAL

MB0018202
MB-WALLEYE-0023542