# EXHIBIT 24

**From:**              ████████ Rick Stollmeyer
**To:**                ████████████ Brett ████████████ Brett White
**TimeStamp:**    01/06/19 11:23:12 AM
**DateRead:**      01/06/19 11:23:18 AM

One question: should we plan on a last Earnings Call? My script: "here's our big beat. Adios mutha fuckahs"

CONFIDENTIAL
CONFIDENTIAL

MB0180579
MB-WALLEYE-0186198