# EXHIBIT 25

| | |
|---|---|
| **From:** | Franklin Reis ██████████████████████ |
| **Sent:** | Tue, 8 Jan 2019 22:04:28 +0000 (UTC) |
| **To:** | Brett White ████████████████████████ |
| **Cc:** | Nicolas Stahl ██████████████████████; Derek Klomhaus ██████████████████████; Nikhil Raheja ███████████████: Rick Stollmeyer ██████████████████████ |
| **Subject:** | RE: MB - 4Q'18 Preliminary Results |

CAUTION: This email originated from outside of the organization.

Excellent, Brett. Thanks for passing along. Congratulations on the great quarter!

Best,
Franklin



**Franklin Reis | Associate | Vista Equity Partners**
Four Embarcadero Center, 20th Floor, San Francisco, CA 94111 ██████████████████████
VistaEquityPartners.com

**From:** Brett White ██████████████████
**Sent:** Tuesday, January 8, 2019 1:43 PM
**To:** Franklin Reis ██████████████████
**Cc:** Nicolas Stahl ██████████████████ Derek Klomhaus ██████████████████████ Nikhil Raheja ██████████████████ Rick Stollmeyer ██████████████████████
**Subject:** RE: MB - 4Q'18 Preliminary Results

**EXTERNAL**

Hi Franklin,

Prelim Q4'18 revenue came in strong, about $0.3m above forecast and $2.2m above analyst consensus.  Our current estimate is below.

Our accounting close process is to produce a revenue "flash" (estimate) by workday (WD) 3 and close the books by WD 9 (Monday, Jan 14th).  We will not have a solid EBITDA estimate until Monday.

Let me know if you have any questions.

Brett

CONFIDENTIAL
CONFIDENTIAL

| | Q4-FY17 | Q1-FY18 | Q2-FY18 | Q3-FY18 | Q4-FY18 Current Forecast | Q4-FY18 YoY Growth (Reported) |
|---|---|---|---|---|---|---|
| **Subscribers** | | | | | | |
| **Gross Subscribers** | 4,569 | 3,900 | 4,440 | 4,488 | 4,172 | |
| **Net New Subscribers** | 4,097 | 3,451 | 3,998 | 4,073 | 3,752 | |
| **Cancellations** | 4,541 | 4,626 | 5,167 | 4,853 | 4,510 | |
| **Net Subscriber Growth** | (444) | (675) | (1,178) | (778) | (761) | |
| **Total Subscribers** | 58,584 | 57,909 | 68,142 | 67,364 | 66,603 | |
| *MINDBODY* | 58,584 | 57,372 | 56,034 | 55,254 | 54,514 | |
| *FitMetrix* | – | 537 | 634 | 756 | 810 | |
| *Booker* | 11,126 | 11,421 | 11,474 | 11,354 | 11,729 | |
| **Subscribers - HVS/Solo** | | | | | | |
| **Total Subscribers** | 58,584 | 57,909 | 68,142 | 67,364 | 66,603 | |
| *HVS* | 55,179 | 55,780 | 67,127 | 66,908 | 66,259 | |
| *Solo* | 3,405 | 2,129 | 1,015 | 456 | 344 | |
| **Revenue** | | | | | | |
| Subscription Revenue | 24,535 | 26,284 | 32,538 | 34,550 | 37,111 | |
| Premium Services & Tech Partners | 5,411 | 6,456 | 6,003 | 6,242 | 6,700 | |
| **Subscription & Services** | 29,946 | 32,741 | 38,540 | 40,792 | 43,812 | |
| Payments Revenue | 19,109 | 20,228 | 22,266 | 22,036 | 23,470 | |
| **Recurring Revenue** | 49,054 | 52,968 | 60,807 | 62,828 | 67,281 | |
| Products & Other Sales | 639 | 852 | 804 | 954 | 1,025 | |
| **Total Revenue** | 49,693 | 53,820 | 61,611 | 63,782 | 68,307 | |
| **YoY Revenue Growth (Reported)** | 30.1% | 27.5% | 39.7% | 36.8% | 37.5% | |

**From:** Franklin Reis ▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, January 8, 2019 11:35 AM
**To:** Brett White ▮▮▮▮▮▮▮▮▮▮
**Cc:** Nicolas Stahl ▮▮▮▮▮▮▮▮▮▮ Derek Klomhaus ▮▮▮▮▮▮▮▮▮▮ Nikhil Raheja ▮▮▮▮▮▮▮▮▮▮

**Subject:** MB - 4Q'18 Preliminary Results

CAUTION: This email originated from outside of the organization.

Brett,

Hope you had some relaxing time off over the last few weeks, a strong close out to year end and a great start to 2019! Whenever available, could you please provide how 4Q'18 financial results closed out? It'd be helpful to have high level preliminary stats at your earliest convenience (total revenue, total subscription revenue, total payments revenue, & EBITDA).

I've added Nikhil from Qatalyst so they're in the loop too.

Thank you,
Franklin



**Franklin Reis | Associate | Vista Equity Partners**
Four Embarcadero Center, 20th Floor, San Francisco, CA 94111 ▮▮▮▮▮▮▮▮▮▮
VistaEquityPartners.com

This message contains information that is confidential and/or may be privileged. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this message or its attachments is strictly prohibited.

CONFIDENTIAL
CONFIDENTIAL

In addition, emails sent from and to this vistaequitypartners.com domain are monitored, archived, and subject to disclosure, including in connection with regulatory or other legal processes. If you have received this message in error, please advise the sender immediately by reply email and delete this message.

This message contains information that is confidential and/or may be privileged. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copy of this message or its attachments is strictly prohibited. In addition, emails sent from and to this vistaequitypartners.com domain are monitored, archived, and subject to disclosure, including in connection with regulatory or other legal processes. If you have received this message in error, please advise the sender immediately by reply email and delete this message.

CONFIDENTIAL
CONFIDENTIAL

MB0002777
MB-WALLEYE-0008117