# EXHIBIT 26

## MINUTES OF A TELEPHONIC MEETING

## OF THE BOARD OF DIRECTORS

### January 18, 2019

Pursuant to notice duly given, a telephonic meeting of the Board of Directors (the "**Board**") of MINDBODY, Inc., a Delaware corporation (the "**Company**"), was held on January 18, 2019, commencing at approximately 10:30 a.m., Pacific Time.

**Directors Present**:  Rick Stollmeyer, Chair
K. Blair Christie
Court Cunningham
Gail Goodman
Cipora Herman
Eric Liaw
Graham Smith

**Directors Absent**:  Adam Miller

**Others Present**:  Brett White, Chief Financial Officer and Chief Operating Officer
Kimberly Lytikainen, Chief Legal Officer and Secretary
Douglas Johnston, Vice President, Deputy General Counsel
Jon Avina, Cooley LLP
Jamie Leigh, Cooley LLP

### 1.  Call to Order

Mr. Stollmeyer, serving as Chair of the meeting, called the meeting to order and introduced the Company attendees. The meeting, having been duly convened, was ready to proceed with business. Mr. Johnston served as secretary of the meeting and recorded the minutes. All parties could hear and be heard by one another.

### 2.  2019 Budget

As the first order of business, Mr. White led a presentation regarding the Company's 2019 fiscal year financial plan incorporating changes from the version presented to the Board in December of 2018 including fourth quarter 2018 actuals. Questions were asked and answered, and a discussion ensued. Following discussion, upon motion duly made and seconded, the Board members present unanimously approved the following resolution:

*Approval of 2019 Budget*

**RESOLVED**:  That the Company's proposed 2019 Budget, as presented to the Board, is hereby approved.

### 3.  Project Vandenberg Update

Next, Mr. Avina and Ms. Leigh presented an update on Project Vandenberg, including an update on the outreach conducted to date to strategic parties and financial sponsors during the go-shop period.

CONFIDENTIAL
CONFIDENTIAL

Mr. Avina and Ms. Leigh also discussed the timeline and process for the proposed special meeting of stockholders. Questions were asked and answered, and a discussion ensued. Following discussion, upon motion duly made and seconded, the Board members present unanimously approved the following resolutions:

*Special Meeting of Stockholders*

**RESOLVED**: That a special meeting of stockholders (the "**Special Meeting**") shall be held on Thursday, February 14, 2019 at 9:00 a.m., Pacific Time, at the Company's corporate offices located at 651 Tank Farm Road, San Luis Obispo, California 93401 for the following purposes:

1. To adopt the Agreement and Plan of Merger, dated as of December 23, 2018, by and among the Company, Torreys Parent, LLC, and Torreys Merger Sub, Inc. (the "**Merger Agreement**");
2. To approve, on an advisory (non-binding) basis, the compensation that may be paid or become payable to the Company's named executive officers that is based on or otherwise relates to the Merger Agreement and the transactions contemplated by the Merger Agreement (the "**Compensation Proposal**"); and
3. To approve any proposal to adjourn the Special Meeting to a later date or dates, if necessary or appropriate, to solicit additional proxies if there are insufficient votes to adopt the Merger Agreement at the time of the Special Meeting.

**RESOLVED FURTHER**: That the Board hereby recommends a vote by the stockholders:

1. "FOR" the adoption of the Merger Agreement;
2. "FOR" the approval, on an advisory (non-binding) basis, of the Compensation Proposal; and
3. "FOR" any proposal to adjourn the Special Meeting to a later date or dates, if necessary or appropriate, to solicit additional proxies if there are insufficient votes to adopt the Merger Agreement at the time of the Special Meeting.

**RESOLVED FURTHER**: That a representative of Computershare Trust Company, N.A. is hereby appointed and designated as the Inspector of Elections for the Special Meeting.

**RESOLVED FURTHER**: That the Board hereby designates each of Richard Stollmeyer, Chief Executive Officer and Chairman of the Company, Brett White, Chief Operating Officer and Chief Financial Officer of the Company, and Douglas Johnston, Vice President, Deputy General Counsel of the Company, with full power of substitution, as a proxy for the Company's solicitation of stockholder votes at the Special Meeting.

**RESOLVED FURTHER**: That the officers of the Company, in consultation with counsel, are hereby authorized and directed to prepare or cause to be prepared a notice of special meeting of stockholders, a proxy statement, and a form of proxy card (collectively, with any and all amendments or supplements thereto, the "**Proxy Materials**"), including any modifications to the Proxy Materials as may be required by the Securities and Exchange Commission (the "**SEC**"), and to take such actions as are reasonably necessary to carry out the intent of the foregoing resolutions.

**RESOLVED FURTHER**: That all actions taken by the officers of the Company to date in connection with the preparation of the Proxy Materials are hereby ratified, and that the proxy statement for the Special Meeting is hereby approved in substantially the form previously presented to and reviewed by the Board, with such changes deemed necessary or advisable by the officers, in consultation with legal counsel.

CONFIDENTIAL
CONFIDENTIAL

MB0000196
MB-WALLEYE-0005536

**RESOLVED FURTHER**:  That the officers of the Company, in consultation with counsel, be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to file or submit, as applicable (or cause to be filed or submitted, as applicable) with the SEC, the Proxy Materials as necessary to comply with the Securities Exchange Act of 1934, as amended, the rules and regulations thereunder, and the listing standards of the NASDAQ Stock Market.

**RESOLVED FURTHER**:  That the officers of the Company are hereby directed to cause the Proxy Materials to be sent to all stockholders of record as of January 18, 2019, the record date for the Special Meeting.

**RESOLVED FURTHER**: That the officers of the Company be, and each of them hereby is, authorized to solicit proxies from the stockholders to approve the matters set forth in the proxy statement with respect to the Special Meeting.

**RESOLVED FURTHER**:  That the Board hereby authorizes, directs and empowers the officers of the Company to pay any and all expenses and fees as they shall deem necessary and advisable (including, without limitation, those of any proxy solicitation firm) arising in connection with the solicitation of proxies for and from the Company's stockholders.

**RESOLVED FURTHER**:  That the officers of the Company are hereby authorized and directed, in the name and on behalf of the Company, or otherwise, to execute all such instruments, documents, and certificates and to take all such further and other action in connection with the resolutions hereinabove adopted as they may deem necessary, advisable or proper to effectuate the intent and purpose of these resolutions.

## 4. Administrative Approvals

Next, Ms. Lytikainen presented for discussion certain resolutions that had been distributed to the Board for review prior to the meeting regarding the appointment of Corporate Secretary and approval of prior Board and Strategic Transactions Committee minutes.

*Approval of Strategic Transactions Committee Minutes*

Upon motion duly made and seconded, the members of the Strategic Transactions Committee unanimously adopted the following resolution:

**RESOLVED**:  That the minutes from the meetings of the Strategic Transactions Committee held on October 31, 2018, November 14, 2018, December 3, 2018, December 14, 2018, and December 19, 2018, in the forms previously distributed to the members of the Strategic Transactions Committee, are hereby approved.

*Approval of Prior Minutes*

Upon motion duly made and seconded, the Board members present unanimously adopted the following resolution:

**RESOLVED**:  That the minutes from the meetings of the Board held on November 27, 2018, November 28, 2018, December 7, 2018, December 17, 2018, December 20, 2018, December 21, 2018, and December 23, 2018, in the forms previously distributed to the Board, are hereby approved.

*Appointment of Corporate Secretary*

-3-

CONFIDENTIAL
CONFIDENTIAL

MB0000197
MB-WALLEYE-0005537

Upon motion duly made and seconded, the Board members present unanimously adopted the following resolutions:

**WHEREAS**, on December 17, 2018, the Board received notice of the resignation of Kimberly Lytikainen from her role as Chief Legal Officer and Corporate Secretary of the Company, to be effective as of January 18, 2019; and

**WHEREAS**, the Board has determined that it is in the best interests of the Company and its stockholders to appoint Douglas Johnston as the Company's Corporate Secretary, effective as of January 18, 2019.

**NOW, THEREFORE, BE IT RESOLVED**:  That the Board hereby approves the appointment of Mr. Johnston as the Company's Corporate Secretary, effective as of January 18, 2019.

*Omnibus Resolutions*

**RESOLVED**:  That any of the appropriate officers of the Company be, and each of them hereby is, authorized (i) to prepare, execute, deliver and perform, as the case may be, such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, (ii) to pay or cause to be paid on behalf of the Company any related costs and expenses, and (iii) to take such other actions, in the name and on behalf of the Company, as each such officer, in his or her discretion, shall deem necessary or advisable to complete and effect the foregoing transactions or to carry out the intent and purposes of the foregoing resolutions and the transactions contemplated thereby, and the preparation, execution, delivery and performance of any such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, the payment of any such costs or expenses and the performance of any such other acts shall be conclusive evidence of the approval of the Audit Committee thereof and all matters relating thereto.

**RESOLVED FURTHER**:  That all actions heretofore taken by any officer, director, employee or agent of the Company that are within the contemplation of the foregoing resolutions are hereby in all respects ratified, confirmed, authorized, and approved as acts of the Company.

5.  **Adjournment**

There being no further business to come before the Board, the meeting was duly adjourned.

*Douglas Johnston*

Douglas Johnston,
Secretary for the Meeting

-4-

CONFIDENTIAL
CONFIDENTIAL

MB0000198
MB-WALLEYE-0005538