# EXHIBIT 27

**From:** Eric Liaw
**Sent:** Thu, 24 Jan 2019 23:27:59 +0000 (UTC)
**To:** Brett White█████████████████████████, Cipora Herman████████████
**Cc:** Graham Smith████████████████████; Eric Steinbroner
████████████████████████; Sara Townsend
████████████████████████; Douglas Johnston
████████████████████████

**Subject:** RE: Audit Committee Call

---

I can't read tone but I wouldn't do that.

**From:** Brett White ████████████████████
**Sent:** Thursday, January 24, 2019 3:14 PM
**To:** Eric Liaw █████████     Cipora Herman ████████████████
**Cc:** Graham Smith ██████████████████████; Eric Steinbroner ████████████████████████; Sara
Townsend ██████████████████████; Douglas Johnston ████████████████████████
**Subject:** RE: Audit Committee Call

We could give prelim 2019 revenue guidance based on the 2019 forecast....haircutting it for beat and raise....that
would definitely move votes to "yes"!

**From:** Eric Liaw ████████████████
**Sent:** Thursday, January 24, 2019 3:04 PM
**To:** Brett White ██████████████████████; Cipora Herman████████████
**Cc:** Graham Smith ████████████████; Eric Steinbroner ████████████████████████; Sara
Townsend ██████████████████████████; Douglas Johnston ████████████████████
**Subject:** RE: Audit Committee Call

CAUTION: This email originated from outside of the organization.
I wonder whether affirming the forecast helps move votes into the "yes" column.

**From:** Brett White████████████████████████
**Sent:** Thursday, January 24, 2019 2:58 PM
**To:** Cipora Herman ████████████████; Eric Liaw ██████████████
**Cc:** Graham Smith ████████████████████; Eric Steinbroner ████████████████████████; Sara
Townsend██████████████████████; Douglas Johnston ████████████████████
**Subject:** RE: Audit Committee Call

Thanks all for your responses.  I will schedule the call for 9am PT, Feb 6th.

Eric, I don't think we have an obligation to affirm the 2019 revenue forecast but I will double check.

Brett

**From:** cipora herman ████████████████
**Sent:** Thursday, January 24, 2019 1:45 PM
**To:** Eric Liaw ████████████████
**Cc:** Brett White████████████████████████; Graham Smith ██████████████████████; Eric Steinbroner
██████████████████████; Sara Townsend ████████████████████████; Douglas
Johnston ████████████████████████
**Subject:** Re: Audit Committee Call

CAUTION: This email originated from outside of the organization.

I could do a call on the 6th. Morning is strictly better for me as well.

Thanks,

Cipora

On Thu, Jan 24, 2019 at 10:15 AM Eric Liaw ████████████ wrote:

I agree with this approach. Given the agitation from Luxor, who may use this information to attempt to bolster their position, are we under any obligation to / should we reconfirm that our budget for '19 (which is more material to future value) is unchanged from the proxy statement?

Re: 2/6, morning is better for me.

**From:** Brett White ████████████████████████
**Sent:** Thursday, January 24, 2019 9:25 AM
**To:** Eric Liaw ████████████; Graham Smith ████████████; Cipora Herman ████████████
**Cc:** Eric Steinbroner ████████████████████████; Sara Townsend ████████████████████████; Douglas Johnston ████████████████████████
**Subject:** Audit Committee Call

Audit Committee,

We are currently planning to hold our shareholder vote on Feb 14th. Since our Q4'18 revenue exceeded consensus pretty meaningfully ($68.3m actual vs $66m consensus) we think the right think to do is to publicly release this information via 8K no later than Feb 7th so the shareholders have the information before they vote.

We are assuming that you would like to review the information before it is released so we are proposing to send you the standard audit committee package and then have a quick call on Feb 6th to afford you the opportunity to ask any questions that you may have and also have the auditors provide an audit status update (they will not be finished with their testing at that point).

Questions:
1. Do you agree with this approach?
2. What is your availability for a call on Feb 6th?

Thanks in advance!

Brett

Brett White
*Chief Operating Officer &*
*Chief Financial Officer*
████████████████

MINDBODY, Inc.
4051 Broad Street, Suite 220
San Luis Obispo, CA 93401
████████████████

Confidential
Confidential



Confidential
Confidential

IVP-020371
LIAW_SDNY_0009389