# EXHIBIT 29

Message
_____

**From:**      Calvani, Dominic ███████████████████
**Sent:**      2/20/2018 2:02:55 PM
**To:**        Rick Stollmeyer ███████████████████, Kirby, Kent ███████████████]; Young, Jennifer
               ███████████████████
**Subject:**   RE: Three topics

Rick:

The first trade starts of the 10b5-1 plan should trade today for 17,739 shares. The remaining trades will occur on the 1st of every month. The lateness of the first trade revolves around the cooling off period. We will manage the cash flow for you and dip into the line of credit if we need to. Right now there is a ████████ balance on the line of credit from some of the cash outflows. Our plan would be to pay off the line of credit with the cash proceeds from the 10b5-1 plan so we keep the balance, if any, as small as possible.

I'll let Jennifer respond with respect to the check.

Best regards,

Dominic Calvani
Senior Vice President – Wealth Management
UBS Private Wealth Management
███████████████

_____

**From:** Rick Stollmeyer ███████████████████
**Sent:** Monday, February 19, 2018 8:00 AM
**To:** Kirby, Kent; Calvani, Dominic; Young, Jennifer
**Subject:** Three topics

Good morning KCW Team,

Three items top of mind this morning:

1. Please confirm my new 10B5-1. When does it go off this month and for how many shares? Will this late month schedule be consistent for the remainder of the year?

2. I need to revise my financial plan based on the above, and the following greater than expected H1 cash outlays:

- our ███████████████████ is accelerating to completion, with ████████ per month needed March - July.

- I am doing a follow on investment in ███████████████████ needed in mid-March. (The motors are selling! ███████████████████)

- I will probably be making a substantial investment in a local medical device startup ████████ in late March. (███████████████████ more to follow on this later).

3. I made a ████████ short term loan to a friend last week. Please confirm attached check will draw against LOC.

I am completely comfortable with digging into my LOC in H1 to cover all the above. In the back half of 2018 it should all pay down rapidly - house and car done, ███████████████ and no further angel investing.

Please estimate my cash position accordingly.

Confidential Treatment Requested

UBS00000845