# EXHIBIT 30

Message

| | |
|---|---|
| **From:** | Seymour, Grace ███████████████ |
| **Sent:** | 1/18/2019 5:10:42 PM |
| **To:** | 'rick.stollmeyer@mindbodyonline.com' ████████████████ |
| **CC:** | Kirby, Kent ██████████ Calvani, Dominic ██████████ |
| **BCC:** | ████████████ ████████████ |
| **Subject:** | RE: [External] Cash requirements for Q1 |
| **Attachments:** | Portfolio Holdings, 01.18.2019.pdf |

Hi Rick,

I left a voicemail earlier to confirm the transfers to ████ and ███████████ When you have a free minute will you give me a call to authorize? Once these transfers are complete it will leave your UBS assets as follows:

- **Cash:** ████

- **Equity:** ████
  - ████
  - ████
  - ████
  - ████

- **SBL:** $0 balance, approximately ████ available for use

Please let me know if you have any questions or if I can assist further.

Regards,

**Grace Seymour**

**Family Office Partners**
UBS | Private Wealth Management
Office (615) 750-8230 | Fax (888) 409-6724
www.ubs.com/team/familyofficepartners

---

**From:** Rick Stollmeyer ██████████████████

**Date:** Friday, Jan 18, 2019, 8:51 AM

**To:** Calvani, Dominic ████████████████ Kirby, Kent ██████████████

**Subject:** [External] Cash requirements for Q1

Kent and Dominic,

To cover our cash needs during the interim period between my 10b51 hold and pending large liquidiity, please transfer ███████████████████████

UBS00000761-UNREDACTED

Where does this leave our UBS cash on hand and total holdings after that?

Jill and I are looking forward to your visit next week!

Rick

Rick Stollmeyer

CEO / Co-Founder

MINDBODY, Inc.

Highly Confidential                                                                                                                UBS00000762-UNREDACTED