# EXHIBIT 31

Message

**From:**  Rick Stollmeyer ███████████████████
**Sent:**  2/2/2019 4:20:34 PM
**To:**  <dominic.calvani@████████████████████  <kent.kirby████████ ██████████
████████████████████
**Subject:**  [External] Introducing Todd, Kent and Dominic

Dear Kent, Dominic and Todd,

As we have discussed, Jill and I have engaged Todd Mirolla to assist us in the scope defined below.

Todd ████████████████████████████████████, and has now formed a family office - Prossimo Advisors - with his daughter in SLO. ████████████████████.

Kent and Dominic have been ███████████████████████████████████████ - Kirby, Calvani and Walker. ███████████████████████████████.

████████████████████████████████████████████████████
████████████  Jill and I are navigating a complex and wonderful transition from "wealthy on paper" to actually wealthy.  During this transition, and in the years that follow, we want to substantially reduce the complexity and stress of our lives, avoid legal hassles and protect our wealth.  We also want to lead our children to their best self sustainable, happy lives.████████████████████████████████████.

We that in mind, Jill and I have committed to keep the majority of our assets in relatively low risk investments managed by KCW, with occasional higher risk investments (generally angel investing and private equity) kept within clearly defined guardrails and a well managed annual budgets.

We will not buy yachts, planes or expensive second and third homes.  Instead, we will stay liquid and live a debt and risk free life filled with rich, meaningful experiences, and robust giving back.

███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████

We ask you to work together collaboratively and peacefully to help us live that dream.

███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████

Todd ████████████████████████████ His initial scope is as follows:

1. **Strategic Advice -** █████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████

In particular, Prossimo's near term focus will include:

███████████████████████████████████████████████████

███████████████████████████

Confidential Treatment Requested  UBS00000954

████████████████████████████████████

███████████████████████████

████████████████████████████████████████████████████████████████████
██████████████████████████

█████████████████████████████████████████████

████████████████████████████

**(2) Management Services -** ████████████████████████████████████████████████████████
████████████████████████████████████████████████

In particular, Todd will provide an independent review of:

████████████████████

███████████████████████

███████████████████████

█████████████

██████████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████████████████████████████████████
████████████████████████

██████████████████████████████ I expect MB's acquisition by Vista Equity Partners to close that same day.  My liquidity will follow in approximately 30 days.

Please connect with each other between now and then to begin your collaboration on our behalf.

Thank you,

Rick and Jill

 UBS00000955

Confidential Treatment Requested

UBS00000956