# EXHIBIT 32

Message

| | |
|---|---|
| **From**: | Calvani, Dominic ██████████████████████ |
| **Sent**: | 3/28/2019 9:20:57 PM |
| **To**: | Jayo, Alicia ████████████   Johnson, B Matthew ████████████████████ ]; Kirby, Kent ███████████████ ; Kirby, Kris ████████████████ Lewis, Jacquie ████████████████ Quina, Tripp ███████████████ ]; Seymour, Grace ████████████████ ; Tostenson, Angela ████████████████████ Walker, Benjamin ████████████████ ; Williams, Katie ████████████████ |
| **Subject**: | Stollmeyer Call Notes |

I think I forgot to send these but I spoke with Rick Stollmeyer recently. ██████████████████████████████████████ He has promised the company 3 more years and in 1.5 yrs he is taking a 3 month sabbatical. He thinks that he could make as much money over the next three years as he did the first go around. They are in the process of working on his comp agreement and the equity pool for the company. ████████████████████████████████████ ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████ ████████████████████████

We discussed setting a budget for Angel investing. He thinks ████████████ will need another $1 million ████ ████████████████████████████████████

Best regards,


**Dominic M. Calvani**
**Senior Vice President – Wealth Management**

**Family Office Partners**
UBS | Private Wealth Management
3102 West End Avenue, Suite 780
Nashville, TN 37203
████████████ | ████████████
████████████

✳ UBS

www.ubs.com/team/familyofficepartners

Highly Confidential