**MEMO ENDORSED**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2021

John P. Del Monaco
To Call Writer Directly:
+1 212 446 4795
john.delmonaco@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

August 27, 2021

**VIA CM/ECF**

The Honorable Valerie E. Caproni
U.S. District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 240
New York, NY 10007

Re:     *In re Mindbody, Inc. Securities Litigation*, No. 1:19-cv-08331-VEC

Dear Judge Caproni:

I write on behalf of Defendants MINDBODY, Inc., Richard L. Stollmeyer, and Brett White, and with the consent of counsel for Defendant Eric Liaw (collectively, "Defendants"). Pursuant to Section 5.B(ii) of Your Honor's Individual Practices in Civil Cases, Defendants respectfully request permission to file under seal limited portions of Defendants' Answer (the "Answer") to the Second Amended Complaint (the "SAC") filed by Lead Plaintiffs Walleye Trading LLC and Walleye Opportunities Master Fund Ltd. ("Lead Plaintiffs").

Defendants propose narrowly tailored redactions to their Answer to maintain under seal specific information contained in the SAC that the Court has already authorized be filed under seal with respect to the SAC. (*See* Dkt. No. 92.) Specifically, Defendants propose only to redact portions of their Answer that restate the allegations in the SAC, and only with respect to material that is redacted in the SAC. As the Court has already determined (*see id.*), the proposed redactions are appropriate under the two-part test outlined in *Lugosch v. Pyramid Co. of Onondaga*. 435 F.3d 110, 119-20 (2d Cir. 2006) (a court must "determin[e] the weight of the presumption of access" based on the role the material plays in the court's exercise of its Article III power, and then "balance competing considerations" against that weight, including, but not limited to, "the privacy interests of those resisting disclosure").

For the foregoing reasons, Defendants respectfully request that the Court grant the limited sealing request herein. We appreciate the Court's consideration of these matters and are available should there be any questions.

## KIRKLAND & ELLIS LLP

The Honorable Valerie E. Caproni
August 27, 2021
Page 2

                                                        Respectfully submitted,

                                                        */s/ John P. Del Monaco*
                                                        John P. Del Monaco

cc:      All Counsel of Record (via CM/ECF)

---

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: September 2, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE