```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/08/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
WALLEYE TRADING LLC, *individually and on* :
*behalf of all others similarly situated*, :
:
                            Plaintiff, :
:    19-CV-8331 (VEC)
       -against- :
:    ORDER
:
:
MINDBODY, INC., RICHARD L. :
STOLLMEYER, AND BRETT WHITE, :
:
                          Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties are scheduled to appear for a status conference on Thursday, September 9, 2021 at 11:00 A.M., *see* Order, Dkt. 93 at 5;

      IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the conference is adjourned to **Thursday, September 9, 2021 at 4:30 P.M.** The conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. For courthouse entry requirements, the parties should consult the Court's order at docket entry 93.

      IT IS FURTHER ORDERED that any interested members of the public may listen to the proceeding remotely by dialing 1-888-363-4749, using the access code 3121171 and the security code 8331. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date: September 8, 2021
      New York, New York

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**