USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
WALLEYE TRADING LLC, *individually and on behalf of all others similarly situated*,

                           Plaintiff,

          -against-

MINDBODY, INC., RICHARD L. STOLLMEYER, AND BRETT WHITE,

                           Defendants.
------------------------------------------------------------- X

19-CV-8331 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 9, 2021, the parties appeared for a status conference;

    IT IS HEREBY ORDERED that the following schedule is adopted:

| Event | Deadline |
| --- | --- |
| Plaintiffs' Class Certification Motion and Opening Expert Reports | Friday, October 15, 2021 |
| Class Certification Discovery by Defendants (including fact depositions and depositions of any experts whose opinions are relied upon in support of Plaintiffs' class certification motion) | Friday, November 5, 2021 |
| Defendants' Class Certification Opposition; Defendants' Expert Reports; Any *Daubert* Challenge to Plaintiffs' Experts | Thursday, December 2, 2021 |
| Completion of Class Certification Discovery by Plaintiffs (including depositions of any experts whose opinions are relied upon by Defendants in opposing Plaintiffs' class certification motion) | Thursday, December 23, 2021 |
| Plaintiffs' Class Certification Reply; Plaintiffs' Response in Opposition to Defendants' *Daubert* Challenge; Cross *Daubert* Challenge to Defendants' Experts | Friday, January 14, 2022 |
| Defendants' Reply in Support of its *Daubert* Challenge of Plaintiffs' Experts; Defendants' Response in Opposition to Plaintiffs' *Daubert* Challenge | Friday, February 18, 2022 |
| Plaintiffs' Reply in Support of Its Cross *Daubert* Challenge to Defendants' Experts | Friday, March 4, 2022 |
| Interrogatories | Friday, October 22, 2021 |

| Requests to Admit | Friday, October 22, 2021 |
|---|---|
| Completion of Fact Discovery (including fact depositions) | Monday, November 22, 2021 |
| Submission of Expert Reports for Party with Burden of Proof on Issue | 45 days after Court's decision on class certification |
| Expert Rebuttal Reports | 35 days from opening expert reports |
| Expert Reply Reports | 35 days from rebuttal reports |

IT IS FURTHER ORDERED that the parties may change interim deadlines upon consent and without leave of Court.  The parties may not adjourn the final briefing deadline (*i.e.*, all briefing on class certification and associated *Daubert* motions must be complete by March 4, 2022) or the November 22, 2021 fact discovery deadline without leave of Court.

IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge, they may submit a joint letter requesting a referral.

**SO ORDERED.**

**Date:  September 9, 2021**
   **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**