**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MINDBODY, INC. SECURITIES LITIGATION | Civil Action No. 1:19-cv-08331-VEC |

**DECLARATION OF CAROL C. VILLEGAS IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT**
**AS CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

I, CAROL C. VILLEGAS, declare as follows:

1.      I am a partner at the law firm of Labaton Sucharow LLP, Lead Counsel for Court-appointed Co-Lead Plaintiffs Walleye Trading LLC and Walleye Opportunities Master Fund Ltd. I am a member in good standing of the Bar of the State of New York and am duly admitted to practice before this Court.

2.      I respectfully submit this Declaration, together with the attached exhibits, in support of Plaintiffs' Motion for Class Certification, Appointment as Class Representatives, and Appointment of Class Counsel filed herewith:

3.      Attached hereto as **Exhibit A** is the expert report of Chad Coffman, dated October 15, 2021.

4.      Attached hereto as **Exhibit B** is the expert report of Benjamin Sacks, dated October 15, 2021.

2

5.      Attached hereto as **Exhibit C** is the firm résumé of Labaton Sucharow LLP.

Dated: October 15, 2021

> /s/ Carol C. Villegas
> CAROL C. VILLEGAS

2