UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MINDBODY, INC. SECURITIES LITIGATION | Civil Action No. 1:19-cv-08331-VEC |

**NOTICE OF CO-LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that Court-appointed Co-Lead Plaintiffs Walleye Trading LLC and Walleye Opportunities Master Fund Ltd. ("Co-Lead Plaintiffs"), on behalf of themselves and all other members of the proposed Settlement Class, through court-appointed Lead Counsel Labaton Sucharow LLP, hereby move this Court for an Order, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (e): (i) preliminarily approving the proposed Settlement of this securities class action; (ii) preliminarily certifying the Settlement Class for purposes of the Settlement only; (iii) approving the form and manner of providing notice of the proposed Settlement to the Settlement Class, including the procedures and deadlines for objecting, seeking exclusion from the Settlement Class, and submitting Claim Forms; (iv) scheduling a date for the final Settlement Hearing; (v) appointing Strategic Claims Services as the Claims Administrator to administer the Settlement; and (vi) granting such other and further relief as the Court may deem fair and proper.

This motion is based on the accompanying Memorandum of Law in Support of Co-Lead Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement and the Declaration of Carol C. Villegas, dated March 3, 2022, with annexed exhibits, filed herewith.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, which was negotiated by the Parties to the Settlement, with annexed exhibits, is also submitted herewith.

DATED: March 3, 2022                    Respectfully submitted,

                                        **LABATON SUCHAROW LLP**

                                        */s/ Carol C. Villegas*
                                        Carol C. Villegas
                                        David J. Schwartz
                                        Jake Bissell-Linsk
                                        Charles Farrell
                                        140 Broadway

1

New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Emails: cvillegas@labaton.com
       dschwartz@labaton.com
       jbissell-linsk@labaton.com
       cfarrell@labaton.com

*Counsel for Walleye Trading LLC and Walleye Opportunities Master Fund Ltd. and the Proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, I caused the foregoing Notice of Co-Lead Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement to be served electronically through the Court's ECF system upon all ECF participants.

*/s/ Carol C. Villegas*
CAROL C. VILLEGAS
