**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MINDBODY, INC. SECURITIES LITIGATION | Civil Action No. 1:19-cv-08331-VEC |

**DECLARATION OF CAROL C. VILLEGAS IN SUPPORT OF**
**CO-LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF**
**PROPOSED CLASS ACTION SETTLEMENT**

I, CAROL C. VILLEGAS, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.      I am a member of the law firm of Labaton Sucharow LLP, Court-appointed Lead Counsel in this proposed class action, and am admitted to practice before this Court.  I respectfully submit this declaration in support of Co-Lead Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement.

2.      True and correct copies of the following documents are annexed hereto:

Exhibit 1:      Stipulation and Agreement of Settlement, dated as of March 3, 2022, with exhibits thereto.

Exhibit 2:      Firm resume of Labaton Sucharow LLP.

Exhibit 3:      *In re Mindbody, Inc. Securities Litigation*, Hearing Transcript, Sept. 9, 2019.

Exhibit 4:      McIntosh J. & Starykh S., *Recent Trends in Securities Class Action Litigation: 2021 Full-Year Review* (NERA 2022).

Exhibit 5:      Preliminary Labaton Sucharow LLP Lodestar Report.

Exhibit 6:      Memorandum of Law in support of Plaintiffs' Motion for Class Certification, Appointment as Class Representatives, and Appointment of Class Counsel (ECF No. 106).

Exhibit 7:      Villegas Declaration, and certain exhibits, submitted in support of Plaintiffs' Motion for Class Certification, Appointment as Class Representatives, and Appointment of Class Counsel (ECF No. 107).

Exhibit 8:      Firm resume of Strategic Claims Services.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 3, 2022.

/s/ *Carol C. Villegas*
CAROL C. VILLEGAS