# Exhibit 5

## PRELIMINARY LODESTAR REPORT

FIRM: LABATON SUCHAROW LLP
REPORTING PERIOD:  INCEPTION THROUGH FEBRUARY 28, 2022

| NAME | STATUS | HOURS | 2021 RATES | LODESTAR |
|---|---|---|---|---|
| Keller, C. | P | 55.0 | $1,150 | $63,250.00 |
| Gardner, J. | P | 32.9 | $1,100 | $36,190.00 |
| Zeiss, N. | P | 51.9 | $975 | $50,602.50 |
| Villegas, C. | P | 461.9 | $925 | $427,257.50 |
| McConville, F. | P | 29.5 | $800 | $23,600.00 |
| Schwartz, D. | P | 16.7 | $800 | $13,360.00 |
| Rosenberg, E. | OC | 136.5 | $800 | $109,200.00 |
| Cividini, D. | OC | 108.4 | $675 | $73,170.00 |
| Farrell, D. | OC | 21.9 | $675 | $14,782.50 |
| Bissell-Linsk, J. | OC | 1,294.0 | $500 | $647,000.00 |
| Vielandi, J. | A | 19.6 | $550 | $10,780.00 |
| Wood, C. | A | 65.6 | $450 | $29,520.00 |
| Farrell, C. | A | 700.7 | $425 | $297,797.50 |
| Accordino Jr., W. | A | 35.1 | $425 | $14,917.50 |
| Saldamando, D. | A | 198.2 | $400 | $79,280.00 |
| Gopie, N. | SA | 1,161.6 | $435 | $505,296.00 |
| Gill, C. | SA | 528.0 | $410 | $216,480.00 |
| Barrett, T. | SA | 46.3 | $360 | $16,668.00 |
| Hussain, U. | SA | 530.0 | $335 | $177,550.00 |
| Greenbaum, A. | I | 78.5 | $550 | $43,175.00 |
| Clark, J. | I | 77.1 | $425 | $32,767.50 |
| Stroock, A. | I | 31.5 | $150 | $4,725.00 |
| Donlon, N. | PL | 422.0 | $375 | $158,250.00 |
| Pina, E. | PL | 64.0 | $360 | $23,040.00 |
| Boria, C. | PL | 29.3 | $360 | $10,548.00 |
| Malonzo, F. | PL | 184.9 | $355 | $65,639.50 |
| | | | | |
| **Grand Total** | | **6,381.1** | | **$3,144,846.50** |

| | | | |
|---|---|---|---|
| Partner | (P) | Law Clerk | (LC) |
| Of Counsel | (OC) | Investigators | (I) |
| Associate | (A) | Paralegal | (PL) |
| Staff Attorney | (SA) | | |