USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
                                                               :    19-CV-8331 (VEC)
        IN RE MINDBODY, INC. SECURITIES                        :
        LITIGATION                                             :    ORDER
                                                               :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 12, 2022, the parties appeared for a hearing on Plaintiffs' motion for preliminary approval of the settlement agreement.

IT IS HEREBY ORDERED that the Fairness Hearing in this matter will be held on **Thursday, October 27, 2022 at 2:30 P.M.**

IT IS FURTHER ORDERED that by no later than **Thursday, May 26, 2022**, Plaintiffs must (1) file a copy of the Supplemental Agreement Regarding Requests for Exclusion under seal; and (2) file corrected documents in support of their motion for preliminary approval, making the corrections discussed at today's hearing and populating the dates based on the date of the Fairness Hearing. Plaintiffs must file clean and redlined versions of the supporting documents.

**SO ORDERED.**

Date: May 12, 2022
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**