USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:      19-CV-8331 (VEC)
IN RE MINDBODY, INC. SECURITIES    :
LITIGATION                                         :      ORDER
:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 26, 2022, Plaintiffs filed a revised motion for preliminary approval of the proposed class action settlement, Dkts. 125–126;

WHEREAS the revised motion and supporting paperwork includes the following deadlines:

| | |
|---|---|
| Deadline for Submitting Claims Forms | September 27, 2022 |
| Deadline for Receipt of Requests for Exclusion | September 27, 2022 |
| Deadline for Filing Motion in Support of Final Approval of the Settlement, Plan of Allocation, and Lead Counsel's Application for Attorneys' Fees and Expenses | September 13, 2022 |
| Deadline for Filing Objections | September 27, 2022 |
| Deadline to File a Notice of Intention to Appear at the Settlement Hearing | September 27, 2022 |
| Deadline for Filing Reply Papers | October 20, 2022 |
| Settlement Hearing | October 27, 2022 at 2:30 P.M. |

WHEREAS the Court expects the parties to discuss the claims rate and the number of exclusions in their motion for final approval of the settlement, which requires that the motion be filed after the deadlines for submitting claims forms and exclusions;

WHEREAS the deadline to file objections must be after the deadline for filing the motion for final approval so that potential objectors may consider the motion in filing any objections; and

WHEREAS class members, including any objectors, may not know whether they would like to appear at the settlement hearing until after the deadline to file objections.

IT IS HEREBY ORDERED that, to accommodate those considerations, the schedule is revised as follows:

| | |
|---|---|
| Deadline for Submitting Claims Forms | September 27, 2022 |
| Deadline for Receipt of Requests for Exclusion | September 27, 2022 |
| Deadline for Filing Motion in Support of Final Approval of the Settlement, Plan of Allocation, and Lead Counsel's Application for Attorneys' Fees and Expenses | **October 4, 2022** |
| Deadline for Filing Objections | **October 14, 2022** |
| Deadline to File a Notice of Intention to Appear at the Settlement Hearing | **October 18, 2022** |
| Deadline for Filing Reply Papers | October 20, 2022 |
| Settlement Hearing | October 27, 2022 at 2:30 P.M. |

IT IS FURTHER ORDERED that, by no later than **Friday, June 3, 2022**, Plaintiffs must file a revised motion for preliminary approval with corrected supporting documents incorporating the above revisions to the schedule. Plaintiffs must file clean and redlined versions of the documents.

**SO ORDERED.**

Date: **May 29, 2022**
      **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**