**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MINDBODY, INC. SECURITIES LITIGATION | Civil Action No. 1:19-cv-08331-VEC |

**SECOND SUPPLEMENTAL DECLARATION OF CAROL C. VILLEGAS**
**IN SUPPORT OF CO-LEAD PLAINTIFFS' MOTION FOR**
**PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

I, CAROL C. VILLEGAS, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1.    I am a member of the law firm of Labaton Sucharow LLP, Court-appointed Lead Counsel in this proposed class action, and am admitted to practice before this Court.  I respectfully submit this second supplemental declaration in further support of Co-Lead Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlement and to provide the Court with revised documents consistent with the Court's May 31, 2022 order (ECF No. 127).

2.    Annexed hereto as Exhibit 1 are redlines showing revisions made, at the request of the Court, to the following documents: the proposed Preliminary Approval Order, the long-form Notice, and the Summary Notice.  No changes were needed in the Claim Form.

3.    Annexed hereto as Exhibit 2 are clean versions of the revised proposed Preliminary Approval Order, long-form Notice, and Summary Notice.

4.    A separate revised proposed Preliminary Approval Order, with its exhibits, is also being filed herewith for the Court's convenience.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 3, 2022.

/s/ *Carol C. Villegas*
CAROL C. VILLEGAS