USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MINDBODY, INC. SECURITIES LITIGATION | Civil Action No. 1:19-cv-08331-VEC |

**STIPULATION OF VOLUNTARY DISMISSAL OF BRETT WHITE**

This Stipulation of Voluntary Dismissal of Brett White (the "White Stipulation") is made and entered into by and between Walleye Trading LLC and Walleye Opportunities Master Fund Ltd. ("Co-Lead Plaintiffs"), on behalf of themselves and all other members of the Settlement Class (defined below), on the one hand, and Mindbody, Inc. ("Mindbody" or the "Company"), Richard L. Stollmeyer, Brett White, and Eric Liaw (collectively, the "Individual Defendants" and, with Mindbody, "Defendants"), on the other (together, the "Parties").

**WHEREAS** the Parties' Stipulation and Agreement of Settlement, ECF No. 118-1, concerning settlement of the above-captioned proposed class action, requires the Parties to execute a stipulation of voluntary dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1), for the dismissal of claims against Defendant Brett White without prejudice, within five business days of the entry of the settlement obtaining preliminary approval; and

**WHEREAS** the Court has preliminarily approved the settlement, subject to consideration of final approval of the settlement after notice has been provided to the class;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, as follows:

1.      Defendant Brett White shall be dismissed from this Action, without prejudice, pursuant to Rule 41(a)(1).

Dated: June 13, 2022

**LABATON SUCHAROW LLP**

/s/ Carol C. Villegas
Carol C. Villegas
David J. Schwartz
Jake Bissell-Linsk
Charles Farrell
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
cvillegas@labaton.com
dschwartz@labaton.com
jbissell-linsk@labaton.com
cfarrell@labaton.com

*Counsel for Co-Lead Plaintiffs Walleye Trading LLC and Walleye Opportunities Master Fund Ltd and the Proposed Settlement Class*

**KIRKLAND & ELLIS LLP**

/s/ Matthew Solum
Matthew Solum, P.C.
John Del Monaco
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
matthew.solum@kirkland.com
john.delmonaco@kirkdland.com

*Counsel for Defendants Mindbody, Inc., Richard L. Stollmeyer, and Brett White*

**COOLEY LLP**

/s/ Sarah Lightdale
Sarah Lightdale
55 Hudson Yards, 44th Floor
New York, NY 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
slightdale@cooley.com

*Counsel for Defendant Eric Liaw*

The claims against Defendant Brett White are hereby dismissed without prejudice.

The Clerk of Court is respectfully directed to terminate Defendant Brett White.

SO ORDERED.

*(signature)* Date: June 13, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE