**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MINDBODY, INC. SECURITIES LITIGATION | Civil Action No. 1:19-cv-08331-VEC |

**NOTICE OF CO-LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS**
**ACTION SETTLEMENT AND PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that Court-appointed Co-Lead Plaintiffs Walleye Trading LLC and Walleye Opportunities Master Fund Ltd. ("Co-Lead Plaintiffs"), on behalf of themselves and the proposed Settlement Class, through court-approved Lead Counsel Labaton Sucharow LLP, will move this Court on October 27, 2022 at 2:30 p.m., before the Honorable Valerie E. Caproni, in Courtroom 443 at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a Final Order and Judgment approving the proposed Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation for the proceeds of the Settlement as fair, reasonable, and adequate.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Co-Lead Plaintiffs submit and are filing herewith: (i) the Memorandum of Law in Support of Co-Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, dated October 4, 2022; and (ii) the Declaration of Carol C. Villegas in Support of Co-Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, dated October 4, 2022, with annexed exhibits.

Proposed Orders will be submitted with the reply submission on or before October 20, 2022, after the deadline for objecting has passed.

Dated:  October 4, 2022

Respectfully submitted,

**LABATON SUCHAROW LLP**

 */s/ Carol C. Villegas*
Carol C. Villegas
David J. Schwartz
Jake Bissell-Linsk
140 Broadway, 34th Floor
New York, NY  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
cvillegas@labaton.com
dschwartzabaton.com
jbissell-linsk@labaton.com

*Lead Counsel for Walleye Trading LLC and*
*Walleye Opportunities Master Fund Ltd. and the*
*Proposed Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

*/s/ Carol C. Villegas*
CAROL C. VILLEGAS

3