# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MINDBODY, INC. SECURITIES LITIGATION | Civil Action No. 1:19-cv-08331-VEC |

**DECLARATION ON BEHALF OF CO-LEAD PLAINTIFFS WALLEYE TRADING LLC AND WALLEYE OPPORTUNITIES MASTER FUND LTD. IN SUPPORT OF CO-LEAD PLAINTIFFS' MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES AND EXPENSES**

I, Andrew Carney, declare as follows pursuant to 28 U.S.C. § 1746:

1. I serve as Chief Executive Officer of Walleye Capital LLC ("Walleye Capital"). Walleye Capital is a multi-strategy platform hedge fund adviser headquartered in Minnesota. The firm manages over $4 billion of investor capital. The Court-appointed Co-Lead Plaintiffs — Walleye Trading LLC and Walleye Opportunities Master Fund LTD (together the "Co-Lead Plaintiffs") — are both funds managed and advised by Walleye Capital.

2. I respectfully submit this declaration in support of final approval of the proposed settlement of this action (the "Settlement") and the application of Court-appointed Lead Counsel for attorneys' fees and payment of expenses. I have personal knowledge of the matters testified to herein.

3. The Co-Lead Plaintiffs understand that the Private Securities Litigation Reform Act of 1995 was intended to encourage institutional investors with large losses to seek to manage and direct securities fraud class actions. Walleye Capital is a large, sophisticated institutional investor that, through the Co-Lead Plaintiffs, committed itself to vigorously prosecuting this litigation, through trial if necessary. In seeking appointment as Co-Lead Plaintiffs in the case, the Co-Lead

Plaintiffs understood their fiduciary duties to serve the interests of the class by participating in the management and prosecution of the case.

4.      At all times during this litigation, the Co-Lead Plaintiffs have endeavored to fully discharge their obligations to the class as Co-Lead Plaintiffs.  To that end, the Co-Lead Plaintiffs, through the principals at Walleye Capital (a) had in-person, telephonic, and written communications with Lead Counsel concerning this action; (b) remained fully informed regarding case developments; (c) reviewed pleadings and motions filed in the action; (d) participated in discovery, and (e) closely monitored and participated in settlement discussions, ultimately agreeing to accept the mediator's settlement recommendation, subject to the Court's approval.

5.      Based on their involvement in the litigation and settlement negotiations in this action, the Co-Lead Plaintiffs believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class.  The Co-Lead Plaintiffs also believe that the proposed Settlement represents a favorable recovery, in light of the substantial risks of success in continued litigation of the claims.  Therefore, the Co-Lead Plaintiffs endorse approval of the Settlement by the Court.

6.      The Co-Lead Plaintiffs also believe that Lead Counsel's request for an award of attorneys' fees in the amount of thirty percent (30%) of the Settlement Fund is fair and reasonable under the particular circumstances of this case.  The Co-Lead Plaintiffs have evaluated the fee request by considering the efficient prosecution of the action, the amount and quality of the work performed, and the recovery obtained for the Settlement Class. The Co-Lead Plaintiffs understand that Lead Counsel will also devote additional time in the future to administering the Settlement, without requesting additional compensation.

7.      The Co-Lead Plaintiffs further believe that the litigation expenses being requested are reasonable and represent costs and expenses necessary for the prosecution and resolution of

2

the claims. Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at a reasonable cost, the Co-Lead Plaintiffs support Lead Counsel's application for an award of attorneys' fees and payment of litigation expenses.

8.  In addition, the Co-Lead Plaintiffs understand that reimbursement of a lead plaintiff's reasonable costs and expenses, including lost wages, is authorized under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4). Consequently, in connection with Lead Counsel's request for payment of litigation expenses, the Co-Lead Plaintiffs seek reimbursement in the amount of $8,000, which represents the cost of the 20 hours that the Co-Lead Plaintiffs conservatively estimate were devoted to supervising and participating in the litigation over the course more than two and a half years.

9.  From the inception of the litigation, I, Andrew Carney, CEO of Walleye Capital and Jim Moeller, Chief Legal Officer and General Counsel of Walleye Capital were the primary points of contact between the Co-Lead Plaintiffs and Lead Counsel Labaton Sucharow LLP. Mr. Moeller and I consulted with Lead Counsel throughout the course of the litigation. Mr. Moeller and I also reviewed court filings, assisted with responses to discovery requests (including the search for and production of documents), and participated in discussions about a potential negotiated resolution of the action.

10.  In total, Mr. Moeller and I collectively dedicated at least 20 hours to this action on behalf of the Co-Lead Plaintiffs. This was time that we did not spend conducting the usual business of the Co-Lead Plaintiffs, which represents a cost to them. Our respective effective hourly rates exceed $400 per hour.[1]  The total cost of our time at the rate of $400 per hour is $8,000.

---

[1] While both my and Mr. Moeller's compensation fluctuates annually depending on the success of Walleye Capital and its funds, at all times during the Class Period (November 6, 2018 through February 15, 2019) and at all times that the Co-Lead Plaintiffs, through Walleye Capital,

3

11.    In the aggregate, the Co-Lead Plaintiffs request reimbursement for their costs in the amount of $8,000.

12.    In conclusion, the Co-Lead Plaintiffs endorse the Settlement as fair, reasonable, and adequate, and believe it represents a favorable recovery for the Settlement Class in light of the significant risks of continued litigation.  The Co-Lead Plaintiffs further support Lead Counsel's attorneys' fee and litigation expense request and believe that it represents fair and reasonable compensation for Lead Counsel in light of the extensive work performed, the recovery obtained for the Settlement Class, and the attendant litigation risks.  Finally, the Co-Lead Plaintiffs request reimbursement for their costs in the amount of $8,000.  Accordingly, the Co-Lead Plaintiffs respectfully request that the Court approve the motion for final approval of the proposed Settlement, the motion for an award of attorneys' fees and payment of litigation expenses, and Co-Lead Plaintiffs' request for reimbursement of their costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 26th day of September, 2022.

Andrew Carney

---

have been involved in this litigation (November 2019 through the Present), our respective compensation has exceeded $400 per hour.  In the interests of fairly representing the Settlement Class, I am requesting that the Court reimburse the Walleye Funds for its time at the reduced rate of $400 per hour.

4