**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MINDBODY, INC. SECURITIES LITIGATION | Civil Action No. 1:19-cv-08331-VEC |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING UPDATES ON (A) MAILING OF THE NOTICE AND CLAIM FORM; (B) REPORT ON REQUESTS FOR EXCLUSION; AND (C) CLAIMS RECEIVED**

I, Margery Craig, declare as follows:

1.     I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over fifteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception.  I have personal knowledge of the facts set forth herein and, if called on to do so, I could and would testify competently thereto.

2.     Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, dated June 3, 2022 (ECF No. 130, the "Preliminary Approval Order"), the Court approved the retention of SCS as the Claims Administrator in connection with the Settlement of the above-captioned Action.[1]  I submit this declaration as a supplement to the previously filed Declaration of Josephine Bravata Concerning (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections Received to Date, dated September 30, 2022 (ECF No. 137-3, the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated as of March 3, 2022

regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

<strong><u>UPDATE ON MAILING OF THE NOTICE AND CLAIM FORM</u></strong>

3.      As reported in the Initial Mailing Declaration, SCS mailed the Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses ("Notice") and Proof of Claim Form and Release Form (collectively, the "Notice and Claim Form") to 22,387 potential Settlement Class Members and nominees.  Since the Initial Mailing Declaration, no additional Notices and Claim Forms have been mailed by SCS.  In total, as of the date of this declaration, 22,387 Notice and Claim Forms have been mailed to potential Settlement Class Members and nominees.

<strong><u>UPDATE ON SETTLEMENT WEBPAGE</u></strong>

4.      The Initial Mailing Declaration also noted that on June 14, 2022, SCS's website was updated to include a specific webpage for this Settlement, www.strategicclaims.net/mindbody/.  The webpage is accessible 24 hours a day, 7 days a week and contains a current status of the case, important Settlement-related deadlines, an online claim filing link, and downloadable copies of the Notice and Claim Form, the Preliminary Approval Order, and the Stipulation. On October 5, 2022, SCS posted to the Settlement webpage the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, the Memorandum of Law in Support of Co-Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and the Declaration of Carol C. Villegas (ECF Nos. 134, 136, and 137).  To date, there have been 11,872 pageviews by 3,399 unique users.  SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information until the conclusion of the administration.

---

(ECF No. 118-1, the "Stipulation") and in the Initial Mailing Declaration (defined above).

2

## UPDATE ON EXCLUSIONS AND OBJECTIONS

5.      The Notice informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than September 27, 2022.  SCS has been monitoring all mail received for this case.  As previously reported in the Initial Mailing Declaration, SCS received one request for exclusion.  The exclusion request did not provide the required transaction information and documentation to be valid; therefore, SCS sent a letter requesting further information.  SCS did not receive a response to the letter.  A copy of the exclusion request was attached as Exhibit C to the Initial Mailing Declaration.  Since the Initial Mailing Declaration, SCS has not received any additional requests for exclusion.

6.      According to the Notice, Settlement Class Members seeking to object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's Fee and Expense Application were required to submit their objection in writing such that the objection was received by Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than October 14, 2022.  As of the date of this Declaration, SCS has not received any misdirected objections.

## UPDATE ON CLAIMS RECEIVED TO DATE

7.      The Notice also informed Settlement Class Members that in order to qualify for a payment of the Net Settlement Fund, a Claim Form must be timely filed either online at www.strategicclaims.net/mindbody/ or by mail, with a postmark of no later than September 27, 2022.  As of the date of this Declaration, SCS has received 5,143 Claims (representing approximately 26,343,430 shares of Mindbody common stock sold during the Class Period). Of the Claims received, 4,861 Claims were filed electronically, 142 Claims were submitted by mail, and 140 Claims were submitted through the Settlement webpage's claim filing link.

8.      Below is a preliminary estimate of the total recognized losses to date. The numbers below will be adjusted  following SCS's efforts to notify claimants about deficiencies

and conditions of ineligibility and SCS's quality assurance procedure, which are currently in process.

| Claims Status | Number of claims | Dollar Amount of Recognized Losses | Shares |
|---|---|---|---|
| Valid | 2,932 | $404,808,700 | 25,705,163 |
| Deficient  (missing information) | 35 | $10,051,523 | 638,267 |
| Rejected (no losses/gains/wrong security/no proof) | 2,176 | n/a | n/a |
| | 5,143 | $414,860,223 | 26,343,430 |

9.      As noted above, SCS is currently in the process of reviewing and analyzing the claims submitted and, therefore, the number of claims received should not be construed as a final count of valid claims.  The claims received are subject to further review, analysis, and quality control measures.  Some of the claims received contain deficiencies (such as inadequate or no supporting documentation), which will be addressed during the normal course of the administration.  Claims that do not meet the submission requirements after being given an opportunity to cure deficiencies may ultimately be rejected.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of October 2022, in Media, Pennsylvania.

Margery Craig